Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants | NO. CV-04-5125-FVS<br><br>DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) |

Defendant Impulse Marketing Group, Inc. now moves for dismissal pursuant to FRCP 12(b)(6). This motion is based upon the Declaration of David O. Klein, Esq. in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, the Declaration of Phil Huston in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, and the Memorandum of Law of Impuse Marketing Group, Inc. in Support of Motion to Dismiss Plaintiff's Complaint.

DATED this 26TH day of January, 2005.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By _____
FLOYD E. IVEY, WSBA #6888
Local Counsel for Defendant

Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6) - 1.
Z:\IPClient\Pfau.Don\Bryan v. Pfau\Pleadings\Mtn to Dismiss 050125.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1    KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP

2    By *Peter J. Glantz by Floyd E. Ivey*
3    PETER J. GLANTZ    *with telephone*
     Attorneys for Defendant    *authority*
4
     I hereby certify that a copy of the foregoing was
5    sent via ~~Pronto Legal Messenger Service~~ this *regular mail and fax*
     26th day of January, 2005, to:
6
     Douglas E. McKinley, Jr.
7    P.O. Box 202
     Richland, WA 99352
8
     _____
9    Secretary to Floyd E. Ivey

Defendant's Motion to Dismiss Pursuant to FRCP
12(b)(6) - 2.
Z:\IPClient\Pfau.Don\Bryan v. Pfau\Pleadings\Mtn to Dismiss 050125.wpd