Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants | NO. CV-04-5125-FVS<br><br>**NOTICE OF APPEARANCE** |

You are hereby notified that the undersigned, Sean A. Moynihan and Peter J. Glantz, of the firm of KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP, and Floyd E. Ivey, of the firm of LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE, appear for and on behalf of the defendant, Impulse Marketing Group, Inc.; and you are directed to serve all future papers and pleadings, except process, upon said attorneys at their address below stated.

DATED this 26th day of January, 2005

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By _____
FLOYD E. IVEY, WSBA #6888
Local Counsel for Defendant
1141 N. Edison, Suite C
Kennewick, WA 99336

Notice of Appearance - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Ntc Appearance 050126.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

```
 1
 2                      KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP
 3                      By _Sean A. Moynihan, Peter J. Glantz_
                           _by /s/ Floyd E. Ivey with_
 4                         SEAN A. MOYNIHAN    _telephone authority_
                           PETER J. GLANTZ
 5                         Attorneys for Defendant
                           485 Madison Ave., 15th Floor
 6                         New York, NY 10022
                           (212) 935-6020
 7                         Fax: (212) 753-8101
 8
 9   I hereby certify that a copy of the foregoing was
     sent via regular mail, postage prepaid, and via
10   facsimile this 26th day of January, 2005, to:
11   Douglas E. McKinley, Jr.
     P.O. Box 202
12   Richland, WA 99352
     Fax: 628-2307
13
         /s/ Anna Siwell
14   _____
     Secretary to Floyd E. Ivey
15
```

Notice of Appearance - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Ntc Appearance 050126.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581