# EXHIBIT A

Dockets.Justia.com



John P. Fonzo
Vice President & General Counsel

One Millennium Drive
Uniontown, PA 15401
Phone: (724) 437-3707
Fax: (724) 439-5681
john.fonzo@usacdt.com

E-MARKETING • FULFILLMENT SERVICES • DIRECT MAIL • IN-HOUSE LETTERING
STATE OF THE ART CALL CENTER • WAREHOUSE & DISTRIBUTION • GRAPHIC ART & DESIGN
DATABASE MANAGEMENT & LIST SERVICES • INBOUND & OUTBOUND TELEMARKETING

7

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR BENTON AND FRANKLIN COUNTIES

James S. Gordon, Jr.

              Plaintiff(s)   )   Case No. 03-2-02677-5

             )

         V.        )

Commonwealth Marketing Group   **CONFIRMATION OF SERVICE**

            )

         Defendant(s)  )

E. KAY STAPLES
BENTON COUNTY CLERK

DEC 2 6 2003

FILED

Check one of the following:

[X] All the named defendants or respondents have been served or have waived service.

[ ] One or more named defendants or respondents have not yet been served,; and

    The following defendants or respondents have been served or have waived service:

_____

    The following defendants or respondents have not yet been served:

_____

    Reasons why service has not been obtained:

    How service will be obtained:

_____

    Date by which service is expected to be obtained:

_____

No other named defendants or respondents remain to be served.

| 12/26/03 | Jim Gordon |
|---|---|
| Date | Plaintiff |

KIMBERLY STAPLES
BENTON COUNTY CLERK

DEC 1 5 2003

FILED

# CASE TYPE 2

Benton _____ COUNTY SUPERIOR COURT

## CASE INFORMATION COVER SHEET

Case Number __03-2-02677-5__ Case Title __J. Gordon V Commonwealth Mtg__

Attorney Name __Ross So.__                Bar Membership Number _____

Please check **one** category that best describes this case for indexing purposes. Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources. Cause of action definitions are listed on the back of this form. Thank you for your cooperation.

**APPEAL/REVIEW**
____ Administrative Law Review (ALR 2)
____ Appeal of a Department of Licensing Revocation (DOL 2)
____ Civil, Non-Traffic (LCA 2)
____ Civil, Traffic (LCI 2)

**CONTRACT/COMMERCIAL**
____ Breach of Contract (COM 2)
____ Commercial Contract (COM 2)
____ Commercial Non-Contract (COL 2)
____ Third Party Collection (COL 2)

**MERETRICIOUS RELATIONSHIP**
____ Meretricious Relationship (MER 2)

**DOMESTIC VIOLENCE/ANTIHARASSMENT**
_X_ Civil Harassment (HAR 2)
____ Domestic Violence (DVP 2)
____ Foreign Protection Order (FPO 2)
____ Vulnerable Adult Protection (VAP 2)

**JUDGMENT**
____ Abstract Only (ABJ 2)
____ Foreign Judgment (FJU 2)
____ Judgment, Another County (ABJ 2)
____ Judgment, Another State (FJU 2)
____ Tax Warrant (TAX 2)
____ Transcript of Judgment (TRJ 2)

**OTHER COMPLAINT/PETITION**
____ Action to Compel/Confirm Private Binding Arbitration (MSC 2)
____ Change of Name (CHN 2)
____ Deposit of Surplus Funds (MSC 2)
____ Emancipation of Minor (EOM 2)
____ Injunction (INJ 2)
____ Interpleader (MSC 2)
_X_ Malicious Harassment (MHA 2)

____ Minor Settlement (No guardianship) (MST 2)
____ Petition for Civil Commitment (Sexual Predator)(PCC 2)
____ Seizure of Property from Commission of Crime (SPC 2)
____ Seizure of Property Resulting from a Crime (SPR 2)
____ Subpoenas (MSC 2)

**PROPERTY RIGHTS**
____ Condemnation (CON 2)
____ Foreclosure (FOR 2)
____ Land Use Petition (LUP 2)
____ Property Fairness (PFA 2)
____ Quiet Title (QTI 2)
____ Unlawful Detainer (UND 2)

**TORT, MEDICAL MALPRACTICE**
____ Hospital (MED 2)
____ Medical Doctor (MED 2)
____ Other Health Care Professional (MED 2)

**TORT, MOTOR VEHICLE**
____ Death (TMV 2)
____ Non-Death Injuries (TMV 2)
____ Property Damage Only (TMV 2)

**TORT, NON-MOTOR VEHICLE**
____ Asbestos (PIN 2)
____ Other Malpractice (MAL 2)
____ Personal Injury (PIN 2)
____ Products Liability (TTO 2)
____ Property Damage (PRP 2)
____ Wrongful Death (WDE 2)

**WRIT**
____ Habeas Corpus (WHC 2)
____ Mandamus (WRM 2)
____ Restitution (WRR 2)
____ Review (WRV 2)

IF YOU CANNOT DETERMINE THE APPROPRIATE CATEGORY, PLEASE DESCRIBE THE CAUSE OF ACTION BELOW

_____

_____

9

SCANNED

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _Crista Calgini_    ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

_Crista Calcagni_    _12/22/03_

1. Article Addressed to:

Commonwealth Mktg. Group
1 Millenium Dr.
Uniontown, PA 15401

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from serv   7003 0500 0000 6060

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

10

E. KAY STAPLES
BENTON COUNTY CLERK

DEC 1 5 2003

FILED

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR BENTON AND FRANKLIN COUNTIES

*James L. Gordon, Jr.*

                )    Case No.  *03-2-02677-5*

     Plaintiff(s)  )

                )    **CIVIL CASE SCHEDULE ORDER**

       v.       )    **(ORSCS)**

*Commonwealth Marketing Group, Inc.*

     Defendant(s)  )

## I. SCHEDULE

(Cases filed the week of 12/15/03)

|  |  | DUE DATE |
|---|---|---|
| 1. | Confirmation of Service | 01/19/04 |
| 2. | Confirmation / Waiver of Status Conference | 03/15/04 |
| 3. | Last Date for Filing: Motions to Change Trial Date; Jury Demand | 04/19/04 |
| 4. | Status Conference (if needed) | 04/22/04 |
| 5. | Plaintiff's Disclosure of Lay and Expert Witnesses | 05/17/04 |
| 6. | Defendant's Disclosure of Lay and Expert Witnesses | 07/19/04 |
| 7. | Disclosure of Plaintiff's Rebuttal Witnesses | 08/16/04 |
| 8. | Disclosure of Defendant's Rebuttal Witnesses | 09/20/04 |
| 9. | Last Date for Filing Statement of Arbitrability | 10/04/04 |
| 10. | Settlement Position Statements filed by all parties | 10/04/04 |
| 11. | Discovery Cutoff (60 days prior to trial) | 10/18/04 |
| 12. | Settlement / Pretrial Conference | 10/21/04 |
| 13. | Last Date for Hearing Dispositive Pretrial Motions | 11/04/04 |
| 14. | Last Date for Filing and Serving Trial Management Report | 11/18/04 |
| 15. | Pretrial Conference | 11/18/04 |
| 16. | Trial Memoranda, Motions In Limine, Jury Instructions | 12/06/04 |
| 17. | Trial Date | 12/20/04 |

## II. ORDER

IT IS ORDERED that all parties comply with the foregoing schedule.

DATED this _____*15*_____ day of _____*December*_____, 2003

*Judge Vanderschoor*

NOTICE TO PLAINTIFF:
The plaintiff may serve a copy of the Case Schedule Order on the defendant(s) along with the summons and complaint. Otherwise, the plaintiff shall serve the Case Schedule Order on the defendant(s) within ten (10) days after the latter of: (1) the filing of the summons and complaint or (2) service of the defendant's first response to the complaint, whether that response is a Notice of Appearance, an Answer, or a CR 12 Motion

11

SCANNED

E. KAY STAPLES
BENTON COUNTY CCSRK

DEC 15 2003

FILED

1

2

3

4

5

6

7

8

9

10      IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
11             IN AND FOR THE COUNTY OF BENTON

12

13    James S. Gordon, Jr.,

            Case No.: 03-2-02677-5

14      Plaintiff,

            SUMMONS

15           vs.

16    Commonwealth Marketing Group, Inc.,

17      Defendant

18    ─────────────────────────────────────

19    To the Defendant:  A lawsuit has been started against you in the above entitled

20    court by James S. Gordon, Jr., plaintiff.  Plaintiff's claim is stated in the written

21    complaint, a copy of which is served upon you with this summons.

22    In order to defend against this lawsuit, you must respond to the complaint by

23    stating your defense in writing, and serve a copy upon the person signing this

24    summons within 20 days (or 60 days if served outside the State of Washington)

25    after the service of this summons, excluding the day of service, or a default

1   judgment may be entered against you without notice.  A default judgment is one

2   where plaintiff is entitled to what he asks for because you have not responded.  If

3   you serve a notice of appearance on the undersigned person you are entitled to

4   notice before a default judgment may be entered.

5   You may demand that the plaintiff file this lawsuit with the court.  If you do so, the

6   demand must be in writing and must be served upon the person signing this

7   summons.  Within 14 days after you serve the demand, the plaintiff must file this

8   lawsuit with the court, or the service on you of this summons and complaint will be

9   void.

10  If you wish to seek the advice of an attorney in this matter, you should do so

11  promptly so that your written response, if any, may be served on time.

12  This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the

13  State of Washington.

14

15  Dated this ___15___ day of December, 2003.

16

17  _____

18  James S. Gordon, Jr.

19  Plaintiff

20  1419 Jadwin Avenue

21  Richland, WA 99352

22

23

24

25

E. KAY STAPLES
BENTON COUNTY CLERK

DEC 1 5 2003

FILED

1

2

3

4

5

6

7

8

9

10 James S. Gordon, Jr.,

11 Plaintiff,                              Case No.: 03-2-02677-5

12          vs.                          COMPLAINT

13 Commonwealth Marketing Group, Inc.,

14 Defendant

15

16 Case #:

17 COMPLAINT FOR INJUNCTIVE AND ADDITIONAL RELIEF UNDER THE

18 UNFAIR BUSINESS PRACTICES--CONSUMER PROTECTION ACT, THE

19 COMMERCIAL ELECTRONIC MAIL STATUTE AND THE UNLAWFUL

20 HARASSMENT STATUTE

21

22 COMES NOW, plaintiff, James S. Gordon, Jr., and brings this action against

23 defendant named herein. Plaintiff alleges the following on information and belief:

24

25

14

1  1. JURISDICTION AND VENUE

2  1.1 This Complaint is filed and these proceedings are instituted under the

3  provisions of RCW 19.86, the Unfair Business Practices--Consumer Protection Act,

4  RCW 19.190, the Unsolicited Electronic Mail Act, and RCW 10.14, the Unlawful

5  Harassment Statute.

6

7  1.2 Jurisdiction of the Plaintiff to commence this action is conferred by RCW

8  19.190.030(2).

9

10  1.3 The violations alleged herein have been and are being committed in whole or in

11  part in Benton County, in the State of Washington by defendant named herein.

12

13  2. DEFENDANT

14  2.1 Commonwealth Marketing Group, Inc., is located at 1 Millenium Dr.,

15  Uniontown, PA 15401.

16

17  2.2 Defendant conducts business in Washington through unsolicited commercial

18  electronic mail transmitted through the Internet to Washington residents.

19

20  3. NATURE OF TRADE OR COMMERCE

21  3.1 Defendant sells credit products and services. Defendant solicits business using

22  unsolicited electronic mail.

23

24  3.2 Defendant sent 1,266 unsolicited emails to Plaintiff.

25

3.3 The electronic mail messages were designed to entice Plaintiff to believe that he would be applying for a major platinum credit card. Instead, Defendant is offering its own products and credit rather than a universally accepted credit card, such as VISA and MasterCard.

3.4 Defendant knows or has reason to know that Plaintiff is a Washington State resident. Plaintiff has sent a certified return receipt letter to Defendant.

3.5 Defendant competes with other companies in the State of Washington engaged in similar business.

4. CAUSE OF ACTION--MISLEADING SUBJECT FIELD

4.1 Plaintiff realleges Paragraphs 3.1 through 3.5 and incorporates them herein as if set forth in full.

4.2 Electronic mail programs list electronic mail messages by various components in the message header. The common components displayed are: the address in the FROM field, indicating who the message is from; the contents in the SUBJECT field, which describes the content of the message; the address in the TO field, indicating who the message is to.
To read the entire message, the user usually must select that message in some manner and command the electronic mail program to display the entire message.

4.3 The purpose of the SUBJECT field in an electronic mail message is to describe the message's text. This enables a computer user to have discretion over whether