and when to read the entire text of the message. Emergency or personal messages may take precedence over commercial messages. Similarly, work-related messages may take precedence over commercial messages.

4.4 Defendant's unsolicited electronic mail messages contain numerous misleading SUBJECT fields. The 133 SUBJECT fields in Defendant's electronic mail messages are:

1. Subject: PLATINUM CREDIT CARD - APPLY NOW
2. Subject: Get a $7500 Platinum Card regardless of credit history.
3. Subject: Get A Platinum Card Now
4. Subject: ----- Guaranteed* Platinum! -----
5. Subject: $5000 Unsecured Gold Card
6. Subject: $600 Unsecured Gold Card *You* Qualify for a GOLD Card
7. Subject: $6000 Unsecured Gold Card
8. Subject: $7500 Platinum Card ...Get One Now
9. Subject: $7500 Platinum Plus Card - Get 1 Now
10. Subject: $7500 Unsecured Platinum Card
11. Subject: $7500 Unsecured Platinum Card, Guaranteed
12. Subject: ***Establish your credit with Gold!***
13. Subject: ***Establish your credit with Platinum***
14. Subject: ***Get a $7500 Unsecured Platinum Card***
15. Subject: ~~~~ Guaranteed* Platinum! ~~~
16. Subject: <<<<< Guaranteed* Platinum >>>>>
17. Subject: ===Guaranteed* Platinum!===

17

Dockets.Justia.com

18. Subject: >>>>>>> Guaranteed* Platinum >>>>>
19. Subject: 7500 unsecured card
20. Subject: 7500 Unsecured Platinum Card
21. Subject: Approval letter for you, Sum approved [$6000]
22. Subject: Believe it or not, you've got Platinum offer.
23. Subject: Claim an Approved $7500 Platinum Card
24. Subject: Congrats JAMILA! Your $7,500 Credit Limit is Approved!
25. Subject: Congrats! $7,500 Credit Limit is Approved Faye!
26. Subject: Congrats! $7,500 Credit Limit is Approved James!
27. Subject: Congrats! $7,500 Credit Limit is Approved JAMILA!
28. Subject: Congrats! $7,500 Credit Limit is Approved JAY!
29. Subject: Congrats! $7,500 Credit Limit is Approved JONATHAN!
30. Subject: Congrats! You Can Get a $7500 Platinum Card!
31. Subject: Congrats! Your $7,500 Credit Limit is Approved Faye!
32. Subject: Congrats! Your $7,500 Credit Limit is Approved James!
33. Subject: Congrats! Your $7,500 Credit Limit is Approved JAMILA!
34. Subject: Congrats! Your $7,500 Credit Limit is Approved JAY!
35. Subject: Congrats! Your $7,500 Credit Limit is Approved JONATHAN!
36. Subject: Congrats! Your Approved For a $7500 Platinum Card!
37. Subject: Congratulations Your $7500 Platinum Card is Guaranteed!
38. Subject: Congratulations! Your $7500 Platinum Card is Guaranteed!
39. Subject: Congratulations! Your $7500 Platinum Card is Guaranteed! 1522
40. Subject: Congratulations! Your $7500 Platinum Card is Guaranteed! 9923
41. Subject: Congratulations! Your $7500 Platinum Card is Guaranteed*

42. Subject: Congratulations! Your $7500 Platinum Card is Guaranteed* 10/07/03

43. Subject: Congratulations! Your $7500.00 Platinum Card is Guaranteed*

44. Subject: Establish your credit with Platinum

45. Subject: Faye, get a $7500 Platinum Card now

46. Subject: Faye, having trouble getting a credit card?

47. Subject: Faye, looking for a gold card

48. Subject: Faye, looking for a platinum card

49. Subject: Friend, having trouble getting a credit card?

50. Subject: Friend, looking for a platinum card

51. Subject: Get a $6000.00 Unsecured Gold Credit Line!

52. Subject: Get a $7500 Platinum Card for Holiday Shopping!

53. Subject: Get a $7500 Platinum Card for your Christmas shopping

54. Subject: Get a $7500 Platinum Card Now

55. Subject: Get a $7500 Platinum Card regardless of credit history

56. Subject: Get a $7500 Platinum Card regardless of credit history !

57. Subject: Get a $7500 Platinum Card regardless of credit history ~

58. Subject: Get a $7500 Unsecured Platinum Card

59. Subject: Get a $7500 Unsecured USA Net Platinum Card... No Credit Checks

60. Subject: Get a 7500 Dollar Unsecured Platinum Card

61. Subject: Get an Unsecured Gold Card... No Credit Checks

62. Subject: Get an Unsecured Platinum .. No Credit Checks

63. Subject: Get an Unsecured Platinum Card.. No Credit Checks

64. Subject: Get an Unsecured Platinum Plus Card.. no Credit Checks

65. Subject: Get an Unsecured Platinum Plus Card..no check on your history

66. Subject: Get the credit you deserve

67. Subject: Guaranteed 7500 credit card to anyone

68. Subject: Guaranteed Approval

69. Subject: Guaranteed* $7500 Credit Line

70. Subject: Guaranteed* Gold Card!

71. Subject: Guaranteed* Platinum!

72. Subject: Guaranteed* Platinum! ( $7500 Unsecured Platinum Card)

73. Subject: Immediate Response Needed

74. Subject: Is this a mistake? You have got Platinum status.

75. Subject: JAMES your pre-apprv line is $2500. Well done!

76. Subject: JAMES, get a $7500 Platinum Card now

77. Subject: James, Get a $7500 Platinum Card regardless of credit

78. Subject: James, having trouble getting a credit card?

79. Subject: James, looking for a gold card

80. Subject: James, looking for a platinum card

81. Subject: Make$6,000 Unsecured card

82. Subject: MSM - PRE-SHIPPING REPORT

83. Subject: MSM, You are Pre-approved* for a $5,000 Gold Card

84. Subject: MSM, You may be eligible for $7500 Credit

85. Subject: Need a new card?

86. Subject: Need credit?

87. Subject: Platinum Approval

88. Subject: PLATINUM CREDIT CARD - APPLY NOW

89. Subject: RE: Got Gold?

90. Subject: Receive a $7500 Unsecured Platinum

20

91. Subject: Search complete. Total credit pre-approved for JONATHAN@GORDONWORKS.COM- $7500
92. Subject: Unsecured 7500 unsecured card
93. Subject: USA Platinum Card. Guaranteed Online Approval
94. Subject: Wanna' get approved for a platinum Card
95. Subject: We'll show you how to get top of the line credit
96. Subject: What's better than a GOLD card?
97. Subject: You are approved for $6000 in credit!
98. Subject: You are Pre-approved* for a $5,000 Gold Card
99. Subject: You are Pre-approved* for a 5,000 dollar Gold Card
100. Subject: You Have $7500 Approved - Start using this credit now!
101. Subject: You have one card waiting
102. Subject: You May Be Approved For A $7500 Platinum Card
103. Subject: You may be eligible for $7500 Credit
104. Subject: You qualify for a Gold Card
105. Subject: You* Qualify for a Gold Card
106. Subject: You* Qualify for a GOLD Card * $600 Unsecured Gold Card
107. Subject: You* Qualify for a GOLD Card. No Credit Checks!
108. Subject: You* Qualify for a Platinum Card
109. Subject: You* Qualify for a Platinum Card *$7500 Unsecured Platinum Card
110. Subject: You* Qualify for a  G O L D  Card ! (*Establish your credit with Gold!*)
111. Subject: Your $7500 credit line has been approved
112. Subject: Your $7500 Credit Was Approved

113. Subject: Your $7500 Platinum Card is Guaranteed*

114. Subject: Your $7500 Unsecured Credit was Approved

115. Subject: Your 7500 dollar Platinum Card is Guaranteed

116. Subject: Your 7500 dollar Platinum Card is Guaranteed

117. Subject: Your Application for a $7500 Platinum Card May Have Been Approved!

118. Subject: Your credit may already be better than you think

119. Subject: Your credit record may exceed Gold status

120. Subject: Your new $7500 credit line

121. Subject: Your new Platinum credit card

122. Subject: Your new Platinum credit card is ready

123. Subject: Your New Pre-approved* $5,000 Credit Card

124. Subject: Your Platinum Card

125. Subject: Your Platinum Credit Card ($7,500.00)

126. Subject: You're approved for $6000 in credit

127. Subject: You're Invited To Apply For a Platinu Card!

128. Subject: You're Invited To Apply For a Platinum Card!

129. Subject: You're Preapproved* for a 7,500 dollar Platinum Card

130. Subject: Approval for your new $2,500 credit card is just a click away!

131. Subject: You Have One Card Waiting!

132. Subject: Your Platinum Credit Card is Approved

133. Subject: Your Platinum Credit Card is Approved

Defendant's 133 SUBJECTs are intended to make Plaintiff believe Defendant's product is an offering from a major credit card company. Rather than being a major

72

credit card, Defendant's offer is for its limited buying club. Defendant's electronic mail messages are advertisements featuring its buying club and the cards that are required to buy its products.

4.5 The use of false or misleading information in the SUBJECT field of a commercial electronic mail message violates RCW 19.190.030(1)(b). Pursuant to RCW 19.190.030(2), defendant's violation of RCW 19.190.030(1)(b) constitutes a per se violation of the Consumer Protection Act, RCW 19.86.

4.6 The conduct described above constitutes unfair or deceptive acts or practices in trade or commerce and unfair methods of competition in violation of RCW 19.86.020.

4.7 Defendant's emails also misrepresent or obscure the origin or the transmission path identifying the point of origin of the message or sender. RCW 19.190.030 (1)(a) prohibits a sender from misrepresenting or obscuring any information in identifying the point of origin or the transmission path of a commercial electronic mail message.

5. CAUSE OF ACTION--INVALID ADDRESS IN FROM FIELD

5.1 Plaintiff realleges Paragraphs 4.1 through 4.7 and incorporates them herein as if set forth in full.

5.2 Electronic mail programs list electronic mail messages by various components in the message header. The common components displayed are: the address in the



FROM field, indicating who the message is from; the content in the SUBJECT field, which describe the content of the message; the address in the TO field, indicating who the message is to.

To read the entire message, the user usually must select that message in some manner and command the electronic mail program to display the entire message.

5.3 The purpose of the FROM field in an electronic mail message is to identify the sender of the electronic mail message. This identification helps the recipient of electronic mail decide which messages have priority for reading. Messages from acquaintances may take precedence over commercial messages. Similarly, messages from business associates may take precedence over commercial messages.

A valid address in the FROM field also provides a means by which the recipient can verify the source of the information or by which to protest the receipt of unsolicited commercial electronic mail messages.

5.4 Defendant's unsolicited electronic mail messages contain invalid addresses in the FROM field in terms of contact information for Defendant. Below, is a list of the "From" fields used by Defendant and/or Defendant's agents:

1. From: account security ivisiondeals@v.ew01.com
2. From: Platinum yourdeals@mydailydeals.net
3. From: USA Platinum wins@winspire.net
4. From: "$7500 Credit!" credit@mygreatoffers.com
5. From: "7500@Ad-Freedom" ad-freedom@comcast.com
6. From: "Account Openings" Account_Openings_20007_pof@reply.freetx.com
7. From: "Account Openings" Help-My-Credit.ijhopq@ijhopq.emza.net

24

8. From: "Account Openings" Help-My-Credit.ijhopq@ijhopq.lnk2c.com

9. From: "Account Openings" itsimazing.552ytgu@552ytgu.emza.net

10. From: "Account Openings" itsimazing.552ytgu@552ytgu.lnk2c.com

11. From: "Accounts" Accounts-replyto-1503-958917644@lists.cool-offers.net

12. From: "Advisory Board" Advisory_Board-14630050@12277.Inbound.netoes.com

13. From: "Advisory Board" Advisory_Board-14630059@12277.Inbound.netoes.com

14. From: "Alex" leave-lotsolaughs-6436284C@mail.lotsolaughs.com

15. From: "All American" AllAmerican@firstclasstelemail.com

16. From: "All American" AllAmerican@telcomail.com

17. From: "Approvals" Approvals@bontc.com

18. From: "Approvals" Approvals@firstclasstelemail.com

19. From: "Approvals" Approvals@telcomail.com

20. From: "Card Services Department" CardServicesDepartment@b0ntc.com

21. From: "Card Services Department" Services@telcomail.com

22. From: "Congratulations!" credit@mygreatoffers.com

23. From: "ConsumerInfo.com" consumer_info@consumerinfo.rsc02.com

24. From: "Craig" leave-hopesforthefuture-3328078O@hopesforthefuture.com

25. From: "Credit Approval Officer" tfs@r.aaaabi.com

26. From: "Credit Approval Officer" tfs@r.vollku.com

27. From: "Credit Card Approval" support@look4emails.com

75

28. From: "Credit Department" leave-hopesforthefuture-3328078O@hopesforthefuture.com

29. From: "Credit Department" sales-alhc@outstandingvalues.com

30. From: "Credit Department" sales-axjs@outstandingvalues.com

31. From: "Credit Department" sales-cckg@outstandingvalues.com

32. From: "Credit Department" sales-obfb@outstandingvalues.com

33. From: "Credit Department" sales-oule@outstandingvalues.com

34. From: "Credit Department" sales-pmpp@outstandingvalues.com

35. From: "Credit Department" sales-wako@outstandingvalues.com

36. From: "Credit Department" sales-ynow@outstandingvalues.com

37. From: "Credit NOW" crednow@isweeps.money.energizing.net

38. From: "Credit NOW" crednow@isweeps.money.restful.net

39. From: "Credit NOW" internet@internetsweeps.energizing.net

40. From: "Credit NOW" isw@breezor.net

41. From: "ExceptionalDeals" promotions@firstchoiceinternet.com

42. From: "FG4A: Guaranteed* Gold Card!" fg4a@reply.mb00.net

43. From: "Gold Card" GoldCard-replyto-476-487183548@lists.herorig.com

44. From: "Great Deals" greatdeals@webstakes.com

45. From: "Guaranteed Approval" mail33@mail.play4keeps.com

46. From: "Issuance Supervisor" Issuance@telcomail.com

47. From: "Issuance Supervisor" IssuanceSupervisor@b0ntc.com

48. From: "Issuance Supervisor" IssuanceSupervisor@bontc.com

26