| | |
|---|---|
| 1 | 49. From: "Issuance Supervisor" Supervisor@firstclasstelemail.com |
| 2 | 50. From: "Issuing Authority" IssuingAuthority@btcmail1.com |
| 3 | 51. From: "Jay" <leave-hopesforthefuture-3328078O@hopesforthefuture.com> |
| 4 | 52. From: "Jay" Jay@AMERICAGARBANZO.COM |
| 5 | 53. From: "Jay" Jay@CLEARSHARD.COM |
| 6 | |
| 7 | 54. From: "Jay" leave-hopesforthefuture-3328078O@hopesforthefuture.com |
| 8 | 55. From: "Jeff" leave-hopesforthefuture-3328078O@hopesforthefuture.com |
| 9 | 56. From: "Jen" leave-hopesforthefuture-3328078O@hopesforthefuture.com |
| 10 | 57. From: "Jen" leave-lotsolaughs-6436284C@mail.lotsolaughs.com |
| 11 | 58. From: "Lauren" <Lauren@ALLOYMARCH.COM> |
| 12 | 59. From: "Lauren" Lauren@CARLMARCH.COM |
| 13 | |
| 14 | 60. From: "Lauren" Lauren@CONCRETEMARCH.COM |
| 15 | 61. From: "Michael" 1zbzu8PooTjqt9DHBC9C6riR7iFmLq-14303@lof.reply.4o-1.com |
| 16 | |
| 17 | 62. From: "Michael" 1zZzqgxMYrvYmrs68A21wxpYN4iHjGf7@17184.reply.4o-1.com |
| 18 | |
| 19 | 63. From: "Michael" 1zZzsq7Wi15iw12GIKCB67ziXEsRwRvR-14303@lof.reply.NeToes.com |
| 20 | |
| 21 | 64. From: "Michael" amtravelers.4pviik8@4pviik8.emza.net |
| 22 | 65. From: "Michael" amtravelers.4pviik8@4pviik8.ivbs.net |
| 23 | |
| 24 | 66. From: "Michael" offers4you.4p1ovj7@4p1ovj7.djkf.net |
| 25 | 67. From: "Michael" offers4you.4p1ovj7@4p1ovj7.imcid.net |

Summary of Pleading - 14

68. From:    "Michael" offerswithoutlimits@4966mgs.djkf.net

69. From:    "Michael" offerswithoutlimits@4966mgs.imcid.net

70. From:    "Michael" offerswithoutlimits@4966mgs.uive.net

71. From:    "Michael" offerswithoutlimits@djkf.net

72. From:    "Michael" offerswithoutlimits@imcid.net

73. From:    "Michael" offerswithoutlimits@uive.net

74. From:    "Michael" wantmorestuff@imcid.net

75. From:    "MovieTicketSource.com" MovieTicketSource_r-ebbbnmuwechabm@movieticketsource.net

76. From:    "offers" offers@mail0169253248.1-800-products.net

77. From:    "Platinum For You" quizc@newsletter.forecastmail.com

78. From:    "Platinum Invitation" 1717@1522.optinenterprises.com

79. From:    "Platinum Plus" 1zayKJe33M0FLNcfibbXZSC2kPzVvNq-14964@klted.reply.Katillist.com

80. From:    "Pre-Approved" 1136577061963820pa@bounce.mailspool.com

81. From:    "Pre-Approved" 1136577069328630pa@return.dailyemail.org

82. From:    "Pre-Approved" 1136577076693440pa@bounce.mailspool.com

83. From:    "Pre-Approved" 1136577084058250pa@sender.mailnotice.com

84. From:    "Pre-Approved" 1136577091423060pa@sendmails.com

85. From:    "Pre-Approved" fundeals-aqqggeuc@outstandingvalues.com

86. From:    "Pre-Approved" fundeals-bedomgld@outstandingvalues.com

87. From:    "Pre-Approved" fundeals-bewyymjh@outstandingvalues.com



88. From:   "Pre-Approved" fundeals-crbgapnn@outstandingvalues.com

89. From:   "Pre-Approved" fundeals-eamdvyta@outstandingvalues.com

90. From:   "Pre-Approved" fundeals-exyktufj@outstandingvalues.com

91. From:   "Pre-Approved" fundeals-gxclefak@outstandingvalues.com

92. From:   "Pre-Approved" fundeals-hwhxigow@outstandingvalues.com

93. From:   "Pre-Approved" fundeals-iapclbqb@outstandingvalues.com

94. From:   "Pre-Approved" fundeals-iwijlptw@outstandingvalues.com

95. From:   "Pre-Approved" fundeals-jddsvrqn@outstandingvalues.com

96. From:   "Pre-Approved" fundeals-kwwahnvi@outstandingvalues.com

97. From:   "Pre-Approved" fundeals-lmosxdsp@outstandingvalues.com

98. From:   "Pre-Approved" fundeals-lmqbtrlv@outstandingvalues.com

99. From:   "Pre-Approved" fundeals-mlhfsfea@outstandingvalues.com

100.    From:   "Pre-Approved" fundeals-nxivsopk@outstandingvalues.com

101.    From:   "Pre-Approved" fundeals-nyaftoey@outstandingvalues.com

102.    From:   "Pre-Approved" fundeals-oarwsqlw@outstandingvalues.com

103.    From:   "Pre-Approved" fundeals-ovloxwbe@outstandingvalues.com

104.    From:   "Pre-Approved" fundeals-pgybyoht@outstandingvalues.com

105.    From:   "Pre-Approved" fundeals-pnxnpvsi@outstandingvalues.com

106.    From:   "Pre-Approved" fundeals-pyvvmdyf@outstandingvalues.com

107.    From:   "Pre-Approved" fundeals-ssyaiqyv@outstandingvalues.com

108.    From:   "Pre-Approved" fundeals-thgdotek@outstandingvalues.com

109.    From:   "Pre-Approved" fundeals-vjxsovak@outstandingvalues.com

| | | | |
|---|---|---|---|
| 1 | 110. | From: | "Pre-Approved" fundeals-vretuequ@outstandingvalues.com |
| 2 | 111. | From: | "Pre-Approved" fundeals-vtcadevn@outstandingvalues.com |
| 3 | 112. | From: | "Pre-Approved" fundeals-yhfxqrgg@outstandingvalues.com |
| 4 | 113. | From: | "Pre-Approved" fundeals-ykdulilc@outstandingvalues.com |
| 5 | 114. | From: | "Pre-Approved" fundeals-youmrces@outstandingvalues.com |
| 6 | 115. | From: | "Pre-Approved" fundeals-yxicxaya@outstandingvalues.com |
| 7 | 116. | From: | "Pre-Approved" fundeals-yxvnnqox@outstandingvalues.com |
| 8 | 117. | From: | "Pre-Approved" mail-cpkdkm@outstandingvalues.com |
| 9 | 118. | From: | "Pre-Approved" mail-hmtbhg@outstandingvalues.com |
| 10 | 119. | From: | "Pre-Approved" mail-ipllhw@outstandingvalues.com |
| 11 | 120. | From: | "Pre-Approved" mail-jkhkai@outstandingvalues.com |
| 12 | 121. | From: | "Pre-Approved" mail-nqespk@outstandingvalues.com |
| 13 | 122. | From: | "Pre-Approved" mail-qilfit@outstandingvalues.com |
| 14 | 123. | From: | "Pre-Approved" mail-riuxvg@outstandingvalues.com |
| 15 | 124. | From: | "Pre-Approved" mail-yjrame@outstandingvalues.com |
| 16 | 125. | From: | "Pre-Approved" myshoppingfun-alu@meta-deals.com |
| 17 | 126. | From: | "Pre-Approved" myshoppingfun-bge@meta-deals.com |
| 18 | 127. | From: | "Pre-Approved" myshoppingfun-cav@meta-deals.com |
| 19 | 128. | From: | "Pre-Approved" myshoppingfun-csu@meta-deals.com |
| 20 | 129. | From: | "Pre-Approved" myshoppingfun-dui@meta-deals.com |
| 21 | 130. | From: | "Pre-Approved" myshoppingfun-iyi@meta-deals.com |
| 22 | 131. | From: | "Pre-Approved" myshoppingfun-nic@meta-deals.com |

| | | | |
|---|---|---|---|
| 1 | 132. | From: | "Pre-Approved" myshoppingfun-qcp@meta-deals.com |
| 2 | 133. | From: | "Pre-Approved" myshoppingfun-qiw@meta-deals.com |
| 3 | 134. | From: | "Pre-Approved" myshoppingfun-qxh@meta-deals.com |
| 4 | 135. | From: | "Pre-Approved" myshoppingfun-sox@meta-deals.com |
| 5 | 136. | From: | "Pre-Approved" myshoppingfun-usd@meta-deals.com |
| 6 | 137. | From: | "Pre-Approved" myshoppingfun-vkd@meta-deals.com |
| 7 | 138. | From: | "Pre-Approved" offers-duuc@outstandingvalues.com |
| 8 | 139. | From: | "Pre-Approved" offers-ecih@outstandingvalues.com |
| 9 | 140. | From: | "Pre-Approved" offers-jses@outstandingvalues.com |
| 10 | 141. | From: | "Pre-Approved" offers-nocl@outstandingvalues.com |
| 11 | 142. | From: | "Pre-Approved" offers-pqsn@outstandingvalues.com |
| 12 | 143. | From: | "Pre-Approved" optindeals-jp@zvv261.com |
| 13 | 144. | From: | "Pre-Approved" optindeals-ps@zvv261.com |
| 14 | 145. | From: | "Pre-Approved" optindeals-yn@zvv261.com |
| 15 | 146. | From: | "Realmagnifique" Realmagnifique_bx@meta-deals.com |
| 16 | 147. | From: | "Realmagnifique" Realmagnifique_fu@meta-deals.com |
| 17 | 148. | From: | "Realmagnifique" Realmagnifique_hb@meta-deals.com |
| 18 | 149. | From: | "Realmagnifique" Realmagnifique_hc@meta-deals.com |
| 19 | 150. | From: | "Realmagnifique" Realmagnifique_hs@meta-deals.com |
| 20 | 151. | From: | "Realmagnifique" Realmagnifique_jg@meta-deals.com |
| 21 | 152. | From: | "Realmagnifique" Realmagnifique_ms@meta-deals.com |
| 22 | 153. | From: | "Realmagnifique" Realmagnifique_pb@meta-deals.com |

154.  From: "Realmagnifique" Realmagnifique_us@meta-deals.com

155.  From: "Realmagnifique" Realmagnifique_wt@meta-deals.com

156.  From: "Realmagnifique" Realmagnifique_xi@meta-deals.com

157.  From: "Realmagnifique" Realmagnifique_xq@meta-deals.com

158.  From: "Realmagnifique" Realmagnifique_yh@meta-deals.com

159.  From: "Robert" leave-lotsolaughs-6436284C@mail.lotsolaughs.com

160.  From: "sean" leave-hopesforthefuture-3328078O@hopesforthefuture.com

161.  From: "Search Department" Search@lrcdirect.com

162.  From: "Status Notification" Status@firstclasstelemail.com

163.  From: "Status Notification" Status@telcomail.com

164.  From: "UnsecuredCreditCards" leave-officialmail-9644624N@mail2.redrockmail.com

165.  From: "USA Platinum Card" mail34@mail.play4keeps.com

166.  From: "USA Platinum Network Center" 1zWyDwDOZwzDXdDOQOZYXMIA8xdP3eAb6a2-15001@wnt.reply.4o-1.com

167.  From: "USA Platinum Network Center" 1zZzsSj8KdhKYdesuwonijbK9qU3X5c7-15001@wnt.reply.4o-1.com

168.  From: "USA Platinum Network Center" itsimazing.52rhumh@52rhumh.emza.net

169.  From: "USA Platinum Network Center" offers4you.533rfkz@533rfkz.ivbs.net

170. From: "USA Platinum Network Center"
offerswithoutlimits.4p1ov9p@4p1ov9p.imcid.net

171. From: "USA Platinum Network Center"
offerswithoutlimits.4p1ov9p@4p1ov9p.djkf.net

172. From: "USA Platinum Network Center"
USA_Platinum_Network_Center-14930975@12488.Inbound.netoes.com

173. From: "USA Platinum Network Center"
USA_Platinum_Network_Center-14930959@12488.Inbound.netoes.com

174. From: "USA Platinum Network Center"
USA_Platinum_Network_Center-14931464@12488.Inbound.netoes.com

175. From: "USA Platinum Network Center"
USA_Platinum_Network_Center-14931566@12488.Inbound.netoes.com

176. From: "USA Platinum Network Center"
USA_Platinum_Network_Center-14931698@12488.Inbound.netoes.com

177. From: "USA Platinum Network Center"
USA_Platinum_Network_Center-14975723@12488.Inbound.netoes.com

178. From: "USA Platinum Network Center"
USA_Platinum_Network_Center-14974761@12488.Inbound.netoes.com

179. From: "USA Platinum Network Center"
USA_Platinum_Network_Center@lof.16715.reply.4o-1.com

180. From: "USA Platinum Network Center"
USA_Platinum_Network_Center_21143_wnt@reply.freetx.com

181. From: "USA Platinum" americantravelers@got3m9.imcid.net

182. From: "USA Platinum" americantravelers@got3m9.uive.net

183. From: "USA Platinum" itsimazing@djkf.net

184. From: "USA Platinum" itsimazing@fd73h9.imcid.net

185. From: "USA Platinum" MoreMonthlyMoney.ilwh4z@ilwh4z.emza.net

186. From: "USA Platinum" MoreMonthlyMoney.ilwh4z@ilwh4z.ivbs.net

187. From: "USA Platinum" MoreMonthlyMoney.ilwh4z@ilwh4z.ivbs.net

188. From: "USA Platinum" offers4you@got43p.djkf.net

189. From: "USA Platinum" offerswithoutlimits@got4cs.uive.net

190. From: "USA Platinum" USA_Platinum_19480_lof@reply.freetx.com

191. From: "USA Platinum" USA_Platinum_20313_owl@reply.freetx.com

192. From: "USA Platinum" USA_Platinum_20316_ofu@reply.freetx.com

193. From: "USA Platinum" USA_Platinum_20447_wnt@reply.freetx.com

194. From: "USA Platinum" USA_Platinum_21759_qco@reply.freetx.com

195. From: "USA Platinum" USA_Platinum-13118471@11293.inbound.netoes.com

196. From: "USA Platinum" USA_Platinum-14202531@12003.Inbound.netoes.com

197. From: "USA Platinum" USA_Platinum-14202539@12003.Inbound.netoes.com

198. From: "USA Platinum" USA_Platinum-14629924@12270.Inbound.netoes.com

199. From: "USA Platinum" USA_Platinum-14629931@12270.Inbound.netoes.com

200. From: "USA Platinum" USA_Platinum-14653060@12270.Inbound.netoes.com

201. From: "USA Platinum" USAPlatinum@firstclasstelemail.com

202. From: "USA Platinum" wantmorestuff@uive.net

203. From: $600 Unsecured Gold Card hey2@r.zzzzbi.com

204. From: $600 Unsecured Gold Card heywhatzup2@r.ojmail01.com

205. From: $600 Unsecured GOLD heywhatzup2@r.ojmail01.com

206. From: $7500 Unsecured Platinum Card amazingprizes@17.postnote.com

207. From: $7500 Unsecured Platinum Card luckystuff@09.postnote.com

208. From: $7500 Unsecured Platinum Card swelldeals@lists.postlite.com

209. From: == You* Qualify == cpsav2@r.ospe1.com

210. From: 102-33953-103708@b.sw03.com

211. From: 102-33953-103720@b.sw03.com

212. From: 102-33953-23168@b.sw03.com

213. From: 102-33953-59556@b.sw03.com

214. From: 102-33953-94114@b.sw03.com

215. From: 139710320.USAPLATINUMPLUSA1@bounce.iexpect.com

216. From: 139710320.USAPLATINUMPLUSA2@bounce.iexpect.com

217. From: 139710320.USAPLATINUMPLUSA2@bounce.MailDealz.com

| | | | |
|---|---|---|---|
| 1 | 218. | From: | 140384010.USAPLATINUMPLUSA1@bounce.iexpect.com |
| 2 | 219. | From: | 140384010.USAPLATINUMPLUSA2@bounce.iexpect.com |
| 3 | 220. | From: | 140674219.USAPLATINUMPLUSA1@bounce.iexpect.com |
| 4 | 221. | From: | 140674219.USAPLATINUMPLUSA2@bounce.iexpect.com |
| 5 | 222. | From: | 140858392.USAPLATINUMPLUSA1@bounce.iexpect.com |
| 6 | 223. | From: | 140858392.USAPLATINUMPLUSA2@bounce.iexpect.com |
| 7 | 224. | From: | 140858515.USAPLATINUMPLUSA1@bounce.iexpect.com |
| 8 | 225. | From: | 140858515.USAPLATINUMPLUSA2@bounce.iexpect.com |
| 9 | 226. | From: | 1-725_1-56073-875576@b.ovviuu.com |
| 10 | 227. | From: | 1-725_1-56073-894415@b.ovviuu.com |
| 11 | 228. | From: | 1-725_1-56073-898616@b.ovviuu.com |
| 12 | 229. | From: | 1-725_1-56073-979553@b.ovviuu.com |
| 13 | 230. | From: | 1-726-52881-119091@b.eqwe1.com |
| 14 | 231. | From: | 1-726-52881-152883@b.eqwe1.com |
| 15 | 232. | From: | 1-726-52881-162277@b.eqwe1.com |
| 16 | 233. | From: | 1-726-52881-162289@b.eqwe1.com |
| 17 | 234. | From: | 1-726-52881-83368@b.eqwe1.com |
| 18 | 235. | From: | 1-726-53634-119091@b.eqwe1.com |
| 19 | 236. | From: | 1-726-53634-152883@b.eqwe1.com |
| 20 | 237. | From: | 1-726-53634-162277@b.eqwe1.com |
| 21 | 238. | From: | 1-726-53634-162289@b.eqwe1.com |
| 22 | 239. | From: | 1-726-53634-83368@b.eqwe1.com |