1     240.    From:   1-726-54831-119091@b.mailatc.com

2     241.    From:   1-726-54831-152883@b.mailatc.com

3     242.    From:   1-726-54831-162277@b.mailatc.com

4     243.    From:   1-726-54831-162289@b.mailatc.com

5     244.    From:   1-726-54831-83368@b.mailatc.com

6

7     245.    From:   1-726-55409-119091@b.mailatc.com

8     246.    From:   1-726-55409-152883@b.mailatc.com

9     247.    From:   1-726-55409-162277@b.mailatc.com

10    248.    From:   1-726-55409-162289@b.mailatc.com

11    249.    From:   1-726-55409-83368@b.mailatc.com

12    250.    From:   1-728-53344-103048@b.ospe1.com

13    251.    From:   1-728-53344-103060@b.ospe1.com

14    252.    From:   1-728-53344-23026@b.ospe1.com

15    253.    From:   1-728-53344-59189@b.ospe1.com

16    254.    From:   1-728-53344-93541@b.ospe1.com

17    255.    From:   1-728-54121-103048@b.ospe1.com

18    256.    From:   1-728-54121-103060@b.ospe1.com

19    257.    From:   1-728-54121-23026@b.ospe1.com

20    258.    From:   1-728-54121-59189@b.ospe1.com

21    259.    From:   1-728-54121-93541@b.ospe1.com

22

23    260.    From:   1-728-54226-103048@b.ospe1.com

24    261.    From:   1-728-54226-103060@b.ospe1.com

25

Dockets.Justia.com

1     262.    From:   1-728-54226-23026@b.ospe1.com

2     263.    From:   1-728-54226-59189@b.ospe1.com

3     264.    From:   1-728-54226-93541@b.ospe1.com

4     265.    From:   1-728-54766-103048@b.ojmail01.com

5     266.    From:   1-728-54766-103060@b.ojmail01.com

6     267.    From:   1-728-54766-23026@b.ojmail01.com

7     268.    From:   1-728-54766-59189@b.ojmail01.com

8
9     269.    From:   1-728-54766-93541@b.ojmail01.com

10    270.    From:   1-728-54800-103048@b.ojmail01.com

11    271.    From:   1-728-54800-103060@b.ojmail01.com

12    272.    From:   1-728-54800-23026@b.ojmail01.com

13    273.    From:   1-728-54800-59189@b.ojmail01.com

14    274.    From:   1-728-54800-93541@b.ojmail01.com

15
16    275.    From:   1-729-55155-103048@b.ospe1.com

17    276.    From:   1-729-55155-103060@b.ospe1.com

18    277.    From:   1-729-55155-23026@b.ospe1.com

19    278.    From:   1-729-55155-59189@b.ospe1.com

20    279.    From:   1-729-55155-93541@b.ospe1.com

21    280.    From:   2-102-34546-103708@b.zzzzbi.com

22    281.    From:   2-102-34546-103720@b.zzzzbi.com

23    282.    From:   2-102-34546-23168@b.zzzzbi.com

24    283.    From:   2-102-34546-59556@b.zzzzbi.com

25



1 | 284. | From:  2-102-34546-94114@b.zzzzbi.com

2 | 285. | From:  2-102-35208-103708@b.fmwiwo.com

3 | 286. | From:  2-102-35208-103720@b.fmwiwo.com

4 | 287. | From:  2-102-35208-23168@b.fmwiwo.com

5 | 288. | From:  2-102-35208-59556@b.fmwiwo.com

6 | 289. | From:  2-102-35208-94114@b.fmwiwo.com

7 | 290. | From:  7500 Credit  credit7500@cw69.com

8 | 291. | From:  Apply now  1062961209058@mailserver2.iexpect.com

9 | 292. | From:  Apply now  1062961209721@mailserver2.iexpect.com

10 | 293. | From:  Apply Now  1063479605636@mailserver2.iexpect.com

11 | 294. | From:  Apply Now  1063479606757@mailserver2.iexpect.com

12 | 295. | From:  Apply Now  1063479607058@mailserver2.iexpect.com

13 | 296. | From:  Apply Now  1063661250990@mailserver2.iexpect.com

14 | 297. | From:  Apply Now  1063661297468@mailserver2.iexpect.com

15 | 298. | From:  Apply Now  1063661341558@mailserver2.iexpect.com

16 | 299. | From:  Apply now  1064170805779@mailserver2.iexpect.com

17 | 300. | From:  Apply now  1064170806661@mailserver2.iexpect.com

18 | 301. | From:  Apply now  1064170806947@mailserver2.iexpect.com

19 | 302. | From:  Apply Now  1064689208917@mailserver2.iexpect.com

20 | 303. | From:  Apply Now  1064689210365@mailserver2.iexpect.com

21 | 304. | From:  Apply Now  1064689211337@mailserver2.iexpect.com

22 | 305. | From:  Apply Now  1065041106777@mailserver2.iexpect.com

306.    From:    Apply Now 1065041178442@mailserver2.iexpect.com

307.    From:    Apply Now 1065041246406@mailserver2.iexpect.com

308.    From:    Apply now 1065380409989@mailserver2.iexpect.com

309.    From:    Apply now 1065395228125@mailserver2.iexpect.com

310.    From:    Apply now 1065395232911@mailserver2.iexpect.com

311.    From:    Apply Now 1065634415919@mailserver2.iexpect.com

312.    From:    Apply Now 1065634416827@mailserver2.iexpect.com

313.    From:    Apply Now 1065634425183@mailserver2.iexpect.com

314.    From:    Apply Now 1065634425781@mailserver2.iexpect.com

315.    From:    Apply Now 1065812449369@mailserver2.iexpect.com

316.    From:    Apply Now 1065812480894@mailserver2.iexpect.com

317.    From:    Apply Now 1065812483349@mailserver2.iexpect.com

318.    From:    Apply Now 1065812547653@mailserver2.iexpect.com

319.    From:    Apply Now 1066503603772@mailserver2.iexpect.com

320.    From:    Apply Now 1066503604571@mailserver2.iexpect.com

321.    From:    Apply Now 1066503607335@mailserver2.iexpect.com

322.    From:    Apply now 1067633624953@mailserver2.iexpect.com

323.    From:    Apply now 1067633624953@mailserver2.iexpect.com

324.    From:    Apply now 1067633649189@mailserver2.iexpect.com

325.    From:    Apply now 1067633651506@mailserver2.iexpect.com

326.    From:    Apply now 1067634046022@mailserver2.iexpect.com

327.    From:    Apply Now 1069098061219@mailserver2.iexpect.com

1   328.   From:   Apply now 1069266933417@mailserver2.iexpect.com

2   329.   From:   Apply now 1069266934093@mailserver2.iexpect.com

3   330.   From:   Apply now 1069277060576@mailserver2.iexpect.com

4   331.   From:   Apply now 1069277060876@mailserver2.iexpect.com

5   332.   From:   Apply Now AdvantageZone          r-bgrrzrhihuevhk@advantage-

6
    zone.com
7

8   333.   From:   Apply Now AdvantageZone          r-cgeeuoibacnlai@advantage-

9   zone.com

10  334.   From:   Apply Now AdvantageZone          r-cgoohoaeacalu@advantage-

11  zone.com

12  335.   From:   Apply Now AdvantageZone          r-fgxxdxarayvvgm@advantage-

13
    zone.com
14

15  336.   From:   Apply Now AdvantageZone          r-jvjjkjcpcxdkcc@advantage-

16  zone.com

17  337.   From:   Apply Now AdvantageZone          r-kjiilrmvbovvjm@advantage-

18  zone.com

19  338.   From:   Apply Now AdvantageZone          r-ltdtzkhdwyftd@advantage-

20  zone.com

21  339.   From:   Apply Now AdvantageZone          r-ltzzfzhdhykthf@advantage-

22
    zone.com
23

24  340.   From:   Apply Now AdvantageZone          r-

25  umwwdbaqpzjmpf@advantage-zone.com

341. From: Apply Now AdvantageZone     r-wcffwfptpmdfre@advantage-zone.com

342. From: Apply Now AdvantageZone     r-wcttqfgrpmdfre@advantage-zone.com

343. From: Apply Now AdvantageZone     r-wcttqfgrpmdtpr@advantage-zone.com

344. From: Apply Now AdvantageZone     r-xeccwcaramzbcz@advantage-zone.com

345. From: Apply Now AdvantageZone     r-xeccwcaramzrab@advantage-zone.com

346. From: Apply Now AdvantageZone     r-ymvvbvpwpxpvv@advantage-zone.com

347. From: Apply Now AdvantageZone     r-zmaawsbvtifptt@advantage-zone.com

348. From: Apply Now BargainADay     r-bgigrehimuzrv@Bargainaday.com

349. From: Apply Now BargainADay     r-fgrgxfarqvqdv@Bargainaday.com

350. From: Apply Now BargainADay     r-jvppgjwacxdgks@Bargainaday.com

351. From: Apply Now BargainADay     r-pkggzpqenmkkgz@Bargainaday.com

352.    From:  Apply Now <u>BargainADay</u>            r-

<u>pkggzpqenmxnpq@Bargainaday.com</u>

353.    From:  Apply Now <u>BargainADay</u>            r-

<u>qinnpnzeztpna@Bargainaday.com</u>

354.    From:  Apply Now <u>BargainADay</u>            r-

<u>rwzzesmlgvllwg@Bargainaday.com</u>

355.    From:  Apply Now <u>BargainADay</u>            r-

<u>umbbfbpwpzmmwd@Bargainaday.com</u>

356.    From:  Apply Now <u>BargainADay</u>            r-

<u>vvzzkzfjfabfzc@Bargainaday.com</u>

357.    From:  Apply Now <u>BargainADay</u>            r-

<u>wcffwfptpmdqwe@Bargainaday.com</u>

358.    From:  Apply Now <u>BargainADay</u>            r-

<u>wcffwfptpmrrcp@Bargainaday.com</u>

359.    From:  Apply Now <u>BargainADay</u>            r-

<u>ymwwfvjdpxbvz@Bargainaday.com</u>

360.    From:  Apply Now <u>BargainADay</u>            r-

<u>zmapssnwfipsn@Bargainaday.com</u>

361.    From:  Apply Now <u>deal3256909@dealmode.com</u>

362.    From:  Apply Now <u>deal6356118@dealmode.com</u>

363.    From:  Apply Now <u>deal6487403@dealmode.com</u>

364.    From:  Apply Now <u>deal6546363@dealmode.com</u>

1    365.    From:   Apply Now deal6550341@dealmode.com

2    366.    From:   Apply Now DealsByDay             r-

3    arlruvjlkmvtkt@dealsbyday.com

4    367.    From:   Apply Now DealsByDay             r-

5    enbbubhmhcwrtm@dealsbyday.com

6

7    368.    From:   Apply Now DealsByDay             r-

8    fgxxdxaravqaj@dealsbyday.com

9    369.    From:   Apply Now DealsByDay             r-

10   ifttbtgagmcxba@dealsbyday.com

11   370.    From:   Apply Now DealsByDay             r-

12   ifttbtgagmfxbg@dealsbyday.com

13

14   371.    From:   Apply Now DealsByDay             r-

15   nuddodpnpqrruu@dealsbyday.com

16   372.    From:   Apply Now DealsByDay             r-

17   oniimiopogaixa@dealsbyday.com

18   373.    From:   Apply Now DealsByDay             r-

19   rwssasgzgvlmem@dealsbyday.com

20   374.    From:   Apply Now DealsByDay             r-

21   xeccwcaramawc@dealsbyday.com

22   375.    From:   Apply Now TheBigDaily           r-

23   cgeeuoibacnboi@TheBigDaily.com

24

25

44

376.    From:   Apply Now TheBigDaily            r-
cgeeuoibacnlao@TheBigDaily.com

377.    From:   Apply Now TheBigDaily            r-
enbbubhmhcwuhb@TheBigDaily.com

378.    From:   Apply Now TheBigDaily            r-
fgxxdxarayfxjg@TheBigDaily.com

379.    From:   Apply Now TheBigDaily            r-
hyppjpkbktyeja@TheBigDaily.com

380.    From:   Apply Now TheBigDaily            r-
ifttbtgagmcxtk@TheBigDaily.com

381.    From:   Apply Now TheBigDaily            r-
jvppgjwacxawds@TheBigDaily.com

382.    From:   Apply Now TheBigDaily            r-
jvppgjwacxggs@TheBigDaily.com

383.    From:   Apply Now TheBigDaily            r-
mnssifvluwnlqi@TheBigDaily.com

384.    From:   Apply Now TheBigDaily            r-
tcvvevlzlbkjlv@TheBigDaily.com

385.    From:   Apply Now TheBigDaily            r-
tczzhvxulbuucu@Bargainaday.com

386.    From:   Apply Now TheBigDaily            r-
umwwdbaqpzbdm@TheBigDaily.com

387.     From:   Apply Now <u>TheBigDaily        r-</u>
<u>wcffwfptpmrrcr@Bargainaday.com</u>

388.     From:   Apply Now <u>TheBigDaily        r-</u>
<u>wcttqfgrpmdfec@TheBigDaily.com</u>

389.     From:   Apply Now <u>TheBigDaily        r-</u>
<u>xerrkcsbamzwac@TheBigDaily.com</u>

390.     From:   Appproved now <u>gfts2@r.fmwivo.com</u>

391.     From:   Appproved now <u>gfts2@r.wow-offer.com</u>

392.     From:   Approval Department <u>approval@90210salt.com</u>

393.     From:   Approval Department <u>ow@mx15.domesticlists.com</u>

394.     From:   Approval Department <u>PDmail@reply.mb00.net</u>

395.     From:   Approval Department <u>specialoffers@lists.presentlink.com</u>

396.     From:   Approval Notice <u>approval@29sspretz.com</u>

397.     From:   Approval Notice <u>cpsav2@r.qqqqbi.com</u>

398.     From:   Approval Notice <u>custoomer_service@9384sallt.com</u>

399.     From:   Approval Notice <u>custoomer_service@zel394pret.com</u>

400.     From:   Approval Notice <u>emailprize@lists.presentlink.com</u>

401.     From:   Approval Notice <u>homefree@reply.mb00.net</u>

402.     From:   Approval notice <u>r-14965721-234@creditgiftmail.com</u>

403.     From:   Approval notice <u>r-53809865-4304@hpvjwdjbp.yfdjack.com</u>

404.     From:   Approval Notice <u>wincashcentral2@reply.mb00.net</u>

405.     From:   Approval* Notice <u>gramopc@the.poidy.com</u>