| | | | |
|---|---|---|---|
| 1 | 406. | From: | Approved ylpoint@mail1.financesol.com |
| 2 | 407. | From: | Approved ylpoint@mail1.globalpmnet.com |
| 3 | 408. | From: | Approved ylpoint@mail2.globalpmnet.com |
| 4 | 409. | From: | Approved ylpoint@mail2.realestatenotif.com |
| 5 | 410. | From: | Approved ylpoint@mail3.financesol.com |
| 6 | 411. | From: | Approved ylpoint@mail3.globalpmnet.com |
| 7 | 412. | From: | Approved ylpoint@mail3.realestatenotif.com |
| 8 | 413. | From: | Approved ylpoint@mail4.financesol.com |
| 9 | 414. | From: | Approved ylpoint@mail4.realestatenotif.com |
| 10 | 415. | From: | barbells@unsure.nj45.com |
| 11 | 416. | From: | bounce-hyppjpkbktsyyb@Bargainaday.com |
| 12 | 417. | From: | bounce-MSG_12411180-15188899-@msg.09302tw.com |
| 13 | 418. | From: | bounce-MSG_12411180-15188925-@msg.09302tw.com |
| 14 | 419. | From: | bounce-xerrkcsbamzeer@Bargainaday.com |
| 15 | 420. | From: | Buyers Advantage BuyersAdvantage@c.ss01.net |
| 16 | 421. | From: | Buyers Advantage BuyersAdvantage@e.ew01.com |
| 17 | 422. | From: | Buyers Advantage BuyersAdvantage@e.ss01.net |
| 18 | 423. | From: | Buyers Advantage BuyersAdvantage@h.ew01.com |
| 19 | 424. | From: | Buyers Advantage BuyersAdvantage@j.ew01.com |
| 20 | 425. | From: | Buyers Advantage BuyersAdvantage@k.ew01.com |
| 21 | 426. | From: | Buyers Advantage BuyersAdvantage@u.ew01.com |
| 22 | 427. | From: | Buyers Advantage BuyersAdvantage@w.ew01.com |

47

Dockets.Justia.com

1    428.    From:    campaign-1550696-545771@lists.mastermailings.com

2    429.    From:    campaign-2265331-545771@lists.mastermailings.com

3    430.    From:    campaign-2265331-731214@lists.mastermailings.com

4    431.    From:    campaign-2265331-879362@lists.mastermailings.com

5    432.    From:    Card Approvals card@702pprez.com

6    433.    From:    Card Department bciprize@reply.mb00.net

7    434.    From:    Confirmation Notice confirmation@pp2092reze.com

8    435.    From:    Confirmation Required custoomer_service@738lme.com

9    436.    From:    Congratulations fsc2@r.getcoupondeals.com

10   437.    From:    Congratulations fsc2@r.iqwe1.com

11   438.    From:    Congratulations fsc2@r.orangejuicemail.com

12   439.    From:    Congratulations fsc2@r.ovviuu.com

13   440.    From:    Congratulations r-14965721-173@creditgiftmail.com

14   441.    From:    Congratulations r-14965721-213@creditgiftmail.com

15   442.    From:    Congratulations r-53809865-4417@gekzqdzje.yfdjack.com

16   443.    From:    Congratulations stellaroffers@lists.postlite.com

17   444.    From:    Congratulations yvmbjzbwvxpvvj@dgawcywqg.yfdvdsmail.com

18   445.    From:    Credit Department cedeals@ruminates.com

19   446.    From:    Credit non-existent? cpsav2@r.ospe1.com

20   447.    From:    Digitaldraft Digitaldraft1772741@digitaldraft.com

21   448.    From:    Digitaldraft Digitaldraft1896988@digitaldraft.com

22   449.    From:    Establish Credit k28I6kIrFgv@rb21ex.com

48

1   450.   From:   Establish Credit k28I6kIrFgv@rb21ex.com

2   451.   From:   Establish Your Credit ccard@rb25ex.com

3   452.   From:   Establish your credit creditcard@rb25ex.com

4   453.   From:   Establish your Credit DHiKYQ5GvhF@rb23ex.com

5
6   454.   From:   Establish Your Credit offerbin@lists.postlite.com

7   455.   From:   Final notice r-14965721-204@yourgiftcardsmail.com

8   456.   From:   Final notice r-53809865-3865@yfdjack.com

9   457.   From:   Final notice r-53809865-4041@coghilheo.yfdjack.com

10  458.   From:   Fireball Mail r-36873987-

11      1969@zmapwmnpw.irresistiblemail.com

12  459.   From:   Get Gold gfts2@r.fmwivo.com

13  460.   From:   Get Platinum usaplatthree@getsmail.com

14
15  461.   From:   Go platinum reports@imo1.net

16  462.   From:   Go platinum reports@myobdeals.com

17  463.   From:   Gold Member goldmember@04.postnote.com

18  464.   From:   Got gold? gfts2@r.xxxxbi.com

19  465.   From:   Got platinum? reports@imo1.com

20  466.   From:   Got platinum? reports@in-f01.com

21  467.   From:   Got platinum? reports@mobd01.com

22
23  468.   From:   Guaranteed Approval bzxfjhsehr@greatmailrewards.com

24  469.   From:   Guaranteed Approval F5oDm6PIN2g@dailyspectacular.com

25  470.   From:   Guaranteed Approval MgIOyVia3qr@rb21ex.com

49

1    471.    From:    Guaranteed Platinum guaranteed@pp2092reze.com

2    472.    From:    Guareenteed Credit getfreeperfume@reply.mb00.net

3    473.    From:    Important Notice important@90210salt.com

4    474.    From:    Instant Platinum Credit

5          InstantPlatinumCredit70450154@simplesuggestions.com

6    475.    From:    Invitation Notice invitation@09302tw.com

7

8    476.    From:    lures@rod.nj45.com

9    477.    From:    Mike Hot-Dealz          r-daqqlgczjvhjwq@hot-dealz.com

10   478.    From:    Mike Hot-Dealz          r-ifttbtgagmcgba@hot-dealz.com

11   479.    From:    MTS Credit Office MTS_Credit_Office_r-

12        itttfabcdmgffe@movieticketsource.net

13   480.    From:    MTS e-Deals MTS_e-Deals          r-

14        jjjjvpkdgxcdas@movieticketsource.net

15

16   481.    From:    Need 1 for weekend cpsav2@r.ospe1.com

17   482.    From:    Need credit? ccoffer@rb25ex.com

18   483.    From:    offerswow-return-160@lists.postlite.com

19   484.    From:    out@bfiesta01.com (Approval Department)

20   485.    From:    out@bpick02.net (Approval Dept.)

21   486.    From:    pdupdate-return-150@lists.servitall.com

22   487.    From:    Platinum Acceptance custoomer_service@zel394pret.com

23   488.    From:    Platinum Acceptance platinum@702pprez.com

24   489.    From:    Platinum Approval custoomer_service@738lme.com

25



| | 490. | From: | Platinum Approval papproval@29sspretz.com |
|---|---|---|---|
| 1 | | | |
| 2 | 491. | From: | Platinum Approval pltainum@702pprez.com |
| 3 | 492. | From: | Platinum Card uroffers@your-offers.com |
| 4 | 493. | From: | Platinum Invitation premiumspread@nr.mastermailings.com |
| 5 | | | |
| 6 | 494. | From: | Platinum Platinum@drd1mail.com |
| 7 | 495. | From: | Platinum Platinum@OFFERAVENUE.COM |
| 8 | 496. | From: | Platinum Platinum@ofmsvr.com |
| 9 | 497. | From: | Platinum Platinum@svnsvr.com |
| 10 | 498. | From: | Platinum Reward gramopc@the.inraw.com |
| 11 | 499. | From: | Platinum_Plus 1394.6660914@I-JST5.com |
| 12 | 500. | From: | Platinum_Plus 1394.6663468@I-JST5.com |
| 13 | 501. | From: | Platinum_Plus emailoffer@list.world-wideent.com |
| 14 | 502. | From: | PlatinumCreditCards office@officialadvertisements.com |
| 15 | | | |
| 16 | 503. | From: | Pre-Approved editor-iylwdascdmvpv@caymans.responsego.com |
| 17 | 504. | From: | Pre-Approved editor-uvqlfuyemxwvd@maui.dlbnetwork.net |
| 18 | 505. | From: | S U P E R krisyau2@r.eqwe1.com |
| 19 | 506. | From: | SamplesPlaza samplesplaza@reply.mb00.net |
| 20 | 507. | From: | Short on Cash? ShortonCash_928753@www-central.com |
| 21 | 508. | From: | SmilePop updates8053@smilepop.com |
| 22 | 509. | From: | SmilePop updates9131@smilepop.com |
| 23 | | | |
| 24 | 510. | From: | Summer Fun SummerFun@03.brightermail.com |
| 25 | 511. | From: | Summer Fun SummerFun@09.bluerocketonline.com |

51

1    512.    From:    swelldeals-return-1506@lists.postlite.com

2    513.    From:    Unsecured Credit Card 6nkyWObzNGy@samevalues.com

3    514.    From:    Unsecured Credit Offer a7RAPcWFUv@exgon.com

4    515.    From:    Unsecured Platinum 62ZzjyMvfQI@exgon.com

5    516.    From:    Unsecured Platinum ratetwo@edailymail.com

6

7    517.    From:    updates448@pages.wotch.com

8    518.    From:    Urgent Message urgent@90210salt.com

9    519.    From:    Urgent Message urgent@przt9230el.com

10   520.    From:    Urgent Notice urgent@pp2092reze.com

11   521.    From:    USA Platinum activaral01@the.krawa.com

12   522.    From:    USA Platinum amtrav@45569456.com

13   523.    From:    USA Platinum Card 1388-150994-

14        unsubscribe@aswediscussed.com

15

16   524.    From:    USA Platinum Card 1388-150996-

17        unsubscribe@aswediscussed.com

18   525.    From:    USA Platinum Card click4s902239@right-finds.com

19   526.    From:    USA Platinum Card ow@mx13.listbatch.com

20   527.    From:    USA Platinum Card uroffers@your-offers.com

21   528.    From:    USA Platinum Card USAPlatinumCard@leadbullet.net

22   529.    From:    USA Platinum Card USAPlatinumCard@winspire.net

23   530.    From:    USA Platinum Card USAPlatinumCard1772741@wingshot.net

24

25   531.    From:    USA Platinum Card USAPlatinumCard1896988@wingshot.net

1   532.    From:   USA Platinum click4s@clickforspecials.com

2   533.    From:   USA Platinum Network Center amtrav@45569456.com

3   534.    From:   USA Platinum PlatinumCard@friendlymail.net

4   535.    From:   USA Platinum r-106594268-6489@uqawbgpjwf.at133.com

5   536.    From:   USA Platinum r-106650935-6489@avtlluteru.at133.com

6
7   537.    From:   USA Platinum r-106870460-6489@xbsrwksars.at133.com

8   538.    From:   USA Platinum r-106870536-6489@zvbapwbsma.at133.com

9   539.    From:   USA Platinum r-195296814-8310@interactivemktg-corp.com

10  540.    From:   USA Platinum r-195296814-8601@zvnsfnapvt.interactivemktg-

11      corp.com

12  541.    From:   USA Platinum USAPlatinum@clomail.com

13  542.    From:   USA Platinum usaplatinum@fpc-mail.com

14  543.    From:   USA Platinum UsaPlatinum@majortask.net

15
16  544.    From:   USA scaoffers@mx01.dealfinders.net

17  545.    From:   Want gold? luckyprizes@reply.mb00.net

18  546.    From:   You* Qualify for a Platinum Card

19      heywhatzup2@r.ojmail01.com

20  547.    From:   You* Qualify for it cpsav2@r.ospe1.com

21  548.    From:   You* Qualify gift4credit@reply.mb00.net

22  549.    From:   Your Credit offerswow@lists.postlite.com

23  550.    From:   Your New Card NFDaily@reply.mb00.net

24
25  551.    From:   You've been selected cpsav2@r.ospe1.com

1   Defendant has used 551 different email "From" addresses in its communications

2   with Plaintiff. Plaintiff has no clear choice of email addresses to respond to request

3   the cessation of the unsolicited commercial emails. The volume of email from

4   Defendant shifts an onerous burden on Plaintiff in terms of the time required to

5   respond to each of the 1,266 total email messages sent by Defendant to Plaintiff.

6   By responding to an email wherein the principal is not reached, Plaintiff would be

7   verifying its valid email addresses to a marketing agent who can then send

8   additional unsolicited email to Plaintiff from many other principals.

9   Plaintiff chose to go directly to the source of the emails rather than contact

10  hundreds of marketing agents. Defendant failed to acknowledge or respond to

11  Plaintiff's request to end the unsolicited email.

12

13  5.5 The use of false, misleading, or missing information in the FROM field of a

14  commercial electronic mail message violates RCW 19.190.030(1)(b). Pursuant to

15  RCW 19.190.030(2), defendant's violations of RCW 19.190.030(1)(b) constitute a per

16  se violation of the Consumer Protection Act, RCW 19.86.

17  5.6 The conduct described above constitutes unfair or deceptive acts or practices in

18  trade or commerce and unfair methods of competition in violation of RCW

19  19.86.020.

20

21  6. UNLAWFUL HARASSMENT

22  6.1 Defendant has knowingly and willfully engaged in a course of conduct, which

23  has annoyed and harassed Plaintiff contrary to the prohibitions contained in RCW

24  10.14.020.

25

1   7.8 That the Court make such orders pursuant to RCW 19.86.080 as it deems

2   appropriate to provide for restitution to Plaintiff of money or property acquired by

3   defendant as a result of the conduct complained of herein.

4   7.9 That the Court make such orders pursuant to RCW 19.86.080 to provide that

5   Plaintiff have and recover from defendant the costs of this action, including

6   reasonable attorney's fees.

7

8   7.10 That the Court order such other relief as it may deem just and proper to fully

9   and effectively dissipate the effects of the conduct complained of herein, or which

10  may otherwise seem proper to the Court.

11

12  Dated this __15__ day of __December__, 2003.

13  _____

14  JAMES S. GORDON, JR.

15  Plaintiff

16  1419 Jadwin Avenue

17  Richland, WA 99352

18

19

20

21

22

23

24

25

1   6.2 Defendant received a certified return receipt letter from Plaintiff on September

2   2, 2003. Plaintiff's letter was a demand for damages wherein Defendant was

3   advised that its emails were sent in violation of RCW 19.190. Defendant was, also,

4   advised that Plaintiff's email address was registered in Washington's Association of

5   Internet Service Providers' (WAISP) database. The registry is one of several ways

6   Washington E-mail address holders can protect themselves under Washington's

7   Unsolicited Commercial E-Mail law, which prohibits sending commercial E-mail

8   with false or forged headers or misleading subject lines according WAISP.

9

10  6.3 Subsequent to the receipt of Plaintiff's letter by Defendant, Defendant has sent

11  an additional 1196 emails to Plaintiff. These 1196 emails were sent during the

12  period of September 6, 2003 through December 11, 2003 (96 days). Prior to

13  Plaintiff's letter to Defendant, Plaintiff received an average of two emails per day

14  from Defendant. After Defendant's receipt of Plaintiff's letter, Plaintiff received an

15  average of 12 emails per day from Defendant.

16

17  6.4 Defendant's emails to Plaintiff after the receipt of Plaintiff's demand for

18  damages, served no legitimate or lawful purpose other than to annoy and harass

19  Plaintiff and is in violation of RCW 10.14.030(1)(2)(3).

20

21  7. PRAYER FOR RELIEF

22  7.1 Plaintiff, James S. Gordon, Jr., prays for relief as follows:

23

24  7.2 That the Court adjudge and decree that defendant has engaged in the conduct

25  complained of herein.

1

2  7.3 That the Court adjudge and decree that the conduct complained of in

3  Paragraphs 4.4 and 5.4 constitutes violations of the Commercial Electronic Mail

4  Statute, Chapter 19.190 RCW, and pursuant to RCW 19.190.030(2) constitutes per

5  se violations of the Consumer Protection Act, Chapter 19.86 RCW.

6

7  7.4 That the Court adjudge and decree that the conduct complained of in

8  Paragraphs 3.1 through 5.6 constitutes unfair or deceptive acts or practices and

9  unfair methods of competition in violation of the Consumer Protection Act, Chapter

10  19.86 RCW.

11

12  7.5 That the Court adjudge and decree that the conduct complained of in

13  Paragraphs 6.1 through 6.4 constitutes unlawful harassment and is in violation of

14  RCW 10.14.030(1)(2)(3).

15

16  7.6 That the Court issue a permanent injunction enjoining and restraining

17  defendant and his representatives, successors, assigns, officers, agents, servants,

18  employees, and all other persons acting or claiming to act for, on behalf of, or in

19  active concert or participation with defendant from continuing or engaging in the

20  unlawful conduct complained of herein.

21

22  7.7 That the Court assess civil penalties, pursuant to 19.190.040(1) of five hundred

23  dollars ($500) per violation against defendant for each and every one of the 1266

24  violations of RCW 19.86.020 caused by the conduct complained of herein.

25