# EXHIBIT B



Dockets.Justia.com

CLOSED, JURY, LC01

## Eastern District of Washington
## U.S. District Court (Spokane)
## CIVIL DOCKET FOR CASE #: 2:04-cv-05003-AAM

Gordon v. Commonwealth Market                       Date Filed: 01/08/2004
Assigned to: Senior Judge Alan A. McDonald          Jury Demand: Plaintiff
Demand: $533000                                     Nature of Suit: 360 P.I.: Other
Cause: 28:1441 Petition for Removal                 Jurisdiction: Diversity

**Plaintiff**

**James S Gordon, Jr**                 represented by   **James S Gordon, Jr**
                                                        1419 Jadwin Avenue
                                                        Richland, WA 99352
                                                        509-943-4715
                                                        PRO SE

                                                        **Douglas E McKinley, Jr**
                                                        Douglas McKinley Law office
                                                        P O Box 202
                                                        Richland, WA 99352
                                                        509-628-0809
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Commonwealth Marketing Group Inc**   represented by   **Daniel Maring Waggoner**
                                                        Davis Wright Tremaine - SEA
                                                        1501 Fourth Avenue
                                                        Suite 2600
                                                        Seattle, WA 98101-1688
                                                        206-622-3150
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Randal Lee Gainer**
                                                        Davis Wright Tremaine - SEA
                                                        1501 Fourth Avenue
                                                        Suite 2600
                                                        Seattle, WA 98101-1688
                                                        206-622-3150
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2004 | 36 | ORDER OF DISMISSAL WITH PREJUDICE. Signed by Judge Alan A. McDonald. This action is dismissed with prejudice and District Executive is directed to close the file. TEXT-ONLY ENTRY; no PDF document will issue. This text-only entry constitutes the Court's order or notice on the matter. (FC, Judicial Assistant) (Entered: 10/20/2004) |
| 08/05/2004 | 35 | ANSWER by defendant Commonwealth Market (PP) (Entered: 08/06/2004) |
| 07/27/2004 | 34 | SECOND AMENDED COMPLAINT re:; jury demand (PP) (Entered: 07/27/2004) |
| 07/22/2004 | 33 | ORDER to Amend first amended complaint by Judge Alan A. McDonald granting stipulation [31-1] (cc: all counsel) (PP) (Entered: 07/22/2004) |
| 07/16/2004 | 32 | PROPOSED RECEIVED Order re: stipulation [31-1] submitted by James S Gordon Jr, Commonwealth Market (PP) (Entered: 07/19/2004) |
| 07/16/2004 | 31 | Stipulation amending complaint by plaintiff James S Gordon Jr, defendant Commonwealth Market (PP) (Entered: 07/19/2004) |
| 06/24/2004 | 30 | AMENDED COMPLAINT re: New counsel (PP) (Entered: 06/24/2004) |
| 06/24/2004 | 29 | ORDER by Judge Alan A. McDonald granting motion to amend complaint [25-1] (cc: all counsel) (PP) (Entered: 06/24/2004) |
| 05/20/2004 | 28 | Proof of service by plaintiff James S Gordon Jr of: 25-28 (PP) (Entered: 05/21/2004) |
| 05/20/2004 | 27 | PROPOSED RECEIVED Order re: motion to amend complaint [25-1] submitted by plaintiff James S Gordon Jr (PP) (Entered: 05/21/2004) |
| 05/20/2004 | 26 | Memorandum by plaintiff James S Gordon Jr in support of motion to amend complaint [25-1] (PP) (Entered: 05/21/2004) |
| 05/17/2004 | 24 | Scheduling Conference Order by Judge Alan A. McDonald Disp mtn ddl: 7/15/05; ;discovery to be complete 6/17/05 ; pretrial conference 11:00 8/26/05 Yakima, WA ;proposed PTO due 8/19/05 ;Jury Trial set 9:30 9/6/05 Richland, WA (cc:all counsel) (PP) (Entered: 05/17/2004) |
| 05/13/2004 | 23 | Discovery Plan by plaintiff James S Gordon Jr pur. to FRCP 26(F) (PP) (Entered: 05/13/2004) |
| 05/10/2004 | 25 | MOTION by plaintiff James S Gordon Jr to amend complaint (PP) (Entered: 05/21/2004) |
| 04/27/2004 | 22 | ATTORNEY APPEARANCE for plaintiff James S Gordon Jr; Atty Douglas E McKinley Jr appearing (PP) (Entered: 04/28/2004) |
| 04/26/2004 | 21 | ORDER striking pltfs motion summary judgment hearing until after scheduling conference and may or may not be renoted by Judge Alan A. McDonald (cc: all counsel) (PP) (Entered: 04/26/2004) |
| 04/23/2004 | 20 | Withdrawal by plaintiff James S Gordon Jr of withdrawing motion for summary judgment oral arg Yakima, WA [12-1], withdrawing motion to exceed page |

| | | |
|---|---|---|
| | | limitation [11-1] (PP) (Entered: 04/26/2004) |
| 04/21/2004 | 19 | Declaration of Phil Huston by defendant Commonwealth Market re motion response [14-1] (PP) (Entered: 04/22/2004) |
| 04/20/2004 | 18 | Supplement by plaintiff James S Gordon Jr re motion for summary judgment oral arg Yakima, WA [12-1] (PP) (Entered: 04/21/2004) |
| 04/19/2004 | 17 | Declaration of Robert Kane by defendant Commonwealth Market re motion response [14-1] (PP) (Entered: 04/20/2004) |
| 04/19/2004 | 16 | Declaration of Randy Gainer by defendant Commonwealth Market re motion response [14-1] and Rule 56 Continuance. (PP) (Entered: 04/20/2004) |
| 04/19/2004 | 15 | Statement of facts by defendant Commonwealth Market in support of motion response [14-1] (PP) (Entered: 04/20/2004) |
| 04/19/2004 | 14 | Response by defendant Commonwealth Market to motion for summary judgment and defendants motion for rule 56 continuance oral arg Yakima, WA [12-1] (PP) (Entered: 04/20/2004) |
| 04/06/2004 | 13 | Notice by plaintiff James S Gordon Jr of hearing setting motion for summary judgment oral arg Yakima, WA [12-1] ; oral argument 10:00 5/11/04 Yakima, WA (PP) (Entered: 04/07/2004) |
| 04/06/2004 | 12 | MOTION and BRIEF by plaintiff James S Gordon Jr for summary judgment oral arg Yakima, WA (PP) (Entered: 04/07/2004) |
| 04/06/2004 | 11 | MOTION by plaintiff James S Gordon Jr to exceed page limitation (PP) (Entered: 04/07/2004) |
| 03/16/2004 | 10 | Demand for jury trial by plaintiff James S Gordon Jr (PP) (Entered: 03/17/2004) |
| 03/16/2004 | | SPECIAL HRG ASSIGNMENT tele stat conf set before Judge Alan A. McDonald 10:30 5/13/04 Yakima, WA (PP) (Entered: 03/16/2004) |
| 03/16/2004 | | Sched Conference Notice ;telephonic sched conf 10:30 5/13/04 Yakima, WA (PP) (Entered: 03/16/2004) |
| 03/12/2004 | 9 | ORDER OF REASSIGNMENT by Judge Edward F. Shea; This case is reassigned to Judge Alan A. McDonald; Clerk and counsel shall change case number and initials to CV-04-5003-AAM; all further proceedings to be conducted by Judge McDonald (cc: all counsel, plaintiff and Judge McDonald) (CV) (Entered: 03/16/2004) |
| 03/12/2004 | | FAXED/MAILED order/judgment (order of reassignment) to all counsel & Judge AAM (CR) (Entered: 03/12/2004) |
| 03/08/2004 | 8 | Withdrawal of Objection to Removal [3-1] by plaintiff James S Gordon Jr (CV) Modified on 03/15/2004 (Entered: 03/08/2004) |
| 02/24/2004 | | Courtroom Deputy Modification (Utility Event) resetting motion to remand [3-1] 11:30 3/26/04 Richland, WA to be heard telephonically (DB) (Entered: 02/24/2004) |
| 02/02/2004 | 7 | Response by defendant Commonwealth Market to "objection to |

| | | |
|---|---|---|
| | | removal" (motion to remand [3-1]) (CV) (Entered: 02/05/2004) |
| 01/28/2004 | 6 | Response by plaintiff James S Gordon Jr to defendant's answers [4-1] (CV) (Entered: 01/29/2004) |
| 01/28/2004 | 5 | Notice by plaintiff James S Gordon Jr of hearing setting motion to remand [3-1] (tele argument) 3:45 3/19/04 Richland, WA (CV) (Entered: 01/29/2004) |
| 01/21/2004 | 4 | ANSWER by defendant Commonwealth Market (CV) (Entered: 01/23/2004) |
| 01/21/2004 | 3 | . . . MOTION by plaintiff James S Gordon Jr to remand (CV) (Entered: 01/23/2004) |
| 01/21/2004 | 3 | Objection by plaintiff James S Gordon Jr to removal [1-1], brief AND . . . (CV) (Entered: 01/23/2004) |
| 01/15/2004 | 2 | Corporate Disclosure Statement by defendant Commonwealth Market Group, Inc. (CV) (Entered: 01/15/2004) |
| 01/13/2004 | | Law Clerk assigned to case is 01 (DB) (Entered: 01/13/2004) |
| 01/08/2004 | 1 | Notice of petition for removal from Benton County Superior Court Case Number: 03-2-02677-5 Fee status: pd Receipt #: 056714 (CR) (Entered: 01/09/2004) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/17/2004 08:51:20 | | |
| PACER Login: | kz0018 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:04-cv-05003-AAM |
| Billable Pages: | 2 | Cost: | 0.14 |

U.S. DISTRICT COURT, EASTERN DISTRICT OF WASHINGTON

September 7, 2004

**Summary of Local Rule Amendments**

The beginning pages listing judges, officers, addresses and phone numbers, and the Introduction have been updated.

**LR 3.1** amended to include electronic filing.

**LR 5.1** amended to include electronic service, courtesy paper copy for the judge if document over 100 pages, proof of service still required when a party files a document electronically and fax filing through vendor eliminated as of November 13, 2004.

**LR 7.1** amended to eliminate reference to chamber's paper copy of cases.  Counsel will be able to electronically attach cases when filing in the ECF system.  Deleted sentence, "The time of the hearing need only be included if the movant requests oral argument."  In the ECF System, attorneys must choose a time, "4:30 p.m.", for all motions without oral argument.

**LR 10.1** amended to add the word "paper" to two-hole punch rule, added new ECF procedure concerning three-hole punch for judge's courtesy copy of documents over 100 pages, added new ECF procedure for paginating large documents including exhibits, added the court's web site for forms, added new privacy identifier (home address in criminal cases) adopted by the Judicial Conference regarding public access in criminal cases and added a new method (filing a reference list) for the court's access to personal identifiers.

**LR 24.1** amended rule to eliminate the requirement to submit two paper copies of the notice.  When the notice is filed, a copy can be provided to the United States Attorney from the electronic record.

**LR 51.1** amended to provide the Court with an electronic copy of the Instructions that can be modified if desired.  This copy will be emailed to the judge similar to the ECF procedures for proposed orders.

**LR 54.1** amended for clarification.

**LR 55.1** amended to reflect new Servicemembers Civil Relief Act of 2003 which revises the Soldiers' and Sailors' Civil Relief Act of 1940 previously cited.

**LR 67.1** amended to allow attorneys to email the proposed order to Finance rather than personally delivering a copy.

**LR 83.2** amended to provide clarification on the procedure for government attorneys employed outside of the district appearing on behalf of the United States and procedures for admitting attorneys who are employed by the U.S. Attorney or the Federal Defender in the district.

**LR 83.6** - new rule adopted. <u>Persons Appearing Without an Attorney, Pro Se Litigants</u>. A corporation including a limited liability corporation, a partnership including a limited liability partnership, an unincorporated association, or a trust may not appear in any action or proceeding pro se.

**LMR 12** amended to state that a consent form will be included with the notice and amended wording to reflect scheduling conference rather than status conference.