# EXHIBIT C



Dockets.Justia.com

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

The Honorable Alan A. McDonald

RECEIVED
JUN 2 6 2004
Randy Gainer

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 4 2004

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

JAMES S. GORDON, JR,
an individual residing in
Benton County, Washington.

    Plaintiff,

vs.

COMMONWEALTH MARKETING
GROUP, INC.,
a Pennsylvania Corporation

    Defendant.

NO. CV-04-5003-AAM

FIRST AMENDED COMPLAINT

TO:    CLERK OF COURT

AND TO:    Randy Gainer
    Davis Wright Tremaine LLP
    2600 Century Square – 1501 Fourth Avenue
    Seattle, Washington 98101-1688

COMES NOW, plaintiff, James S. Gordon, Jr., and brings this FIRST AMENDED COMPLAINT against defendant named herein. Plaintiff alleges the following on information and belief:

1.    PARTIES

FIRST AMENDED COMPLAINT    1

1.1 Plaintiff James S. Gordon, Jr. is and was a resident of Benton County, Washington during the time of all acts complained of herein.

1.2 Defendant Commonwealth Marketing Group, Inc., is a Pennsylvania Corporation having its principle place of business located at 1 Millenium Dr., Uniontown, PA 15401.

2. JURISDICTION

2.1 The Defendant regularly transacts business within the State of Washington.

2.2 As a result of the Defendant's transactions within the State of Washington, this Court has personal jurisdiction over the Defendant under RCW 4.28.185(1)(a).

2.3 The cause of action complained of herein includes allegations that commercial electronic messages sent by or on behalf of the Defendant to the Plaintiff violate RCW 19.190 et seq. and RCW 19.86 et seq. and includes a prayer for relief in excess of $75,000, exclusive of interest and costs.

2.4 This Court has original jurisdiction over the subject matter of this complaint under 28 U.S.C. § 1332 as it is a controversy between citizens of different states, it contains allegations that the Defendant's conduct violated RCW 19.86 et seq. and RCW 19.190 et seq., and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. CAUSE OF ACTION

3.1 Plaintiff realleges Paragraphs 1.1 through 2.4 and incorporates them herein as if set forth in full.

3.2 The Plaintiff is the registrant of the internet domain name "Gordonworks.com."

3.3 At all times relevant to this action, the Plaintiff's status as a Washington resident is and was available, upon request, from the Plaintiff.

3.4 The Plaintiff's status as a Washington resident and the Plaintiff's internet domain name "Gordonworks.com" has been and is registered, at all times

relevant to this complaint, with the Washington's Association of Internet Service Providers' (WAISP) database.

3.5    On or about September 2, 2003, the Defendant received a letter sent by Plaintiff by certified mail, return receipt requested, advising the Defendant that Plaintiff was a resident of the State of Washington, and that the Defendant was sending the Plaintiff commercial electronic mail messages to Plaintiff's domain "Gordonworks.com" which violated RCW 19.190 et seq. and RCW 19.86 et seq.

3.6    Despite this letter, the Defendant has continued to initiate the transmission, conspired with another to initiate the transmission, or assisted the transmission, of commercial electronic mail messages to the Plaintiff at Plaintiff's domain "Gordonworks.com."

3.7    In the time period subsequent to the Defendant's receipt of Plaintiff's letter on September 2, 2003, Plaintiff has received 1850 commercial electronic mail messages from the Defendant, or agents acting at the direction of and on behalf of the Defendant, at Plaintiff's domain, "Gordonworks.com."

3.8    The Defendant knew or consciously avoided knowing that the initiator of these commercial electronic mail messages was engaged in a practice that violates Washington State's consumer protection act, RCW 19.86.

3.9    All of the commercial electronic mail messages violate at least one prohibition of RCW 19.190.020 (1)(a) or (b) because each of the commercial electronic mail messages:

3.9.1    misrepresent or obscure information identifying the point of origin of the commercial electronic mail message, and/or

3.9.2    misrepresent or obscure information identifying the transmission path of the commercial electronic mail message, and/or

3.9.3    contain false or misleading information in the subject line of the commercial electronic mail message.

FIRST AMENDED COMPLAINT    3

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

3.10   Pursuant to RCW 19.190.030 (1)(a) and (b), all of the commercial electronic mail messages violate Washington State's consumer protection act, RCW 19.86, because each of the commercial electronic mail messages:

3.10.1   misrepresent or obscure information identifying the point of origin of the commercial electronic mail message, and/or

3.10.2   misrepresent or obscure information identifying the transmission path of the commercial electronic mail message, and/or

3.10.3   contain false or misleading information in the subject line of the commercial electronic mail message.

3.11   The Plaintiff fully expects that the Defendant, or the Defendant's agents acting on behalf of and at the direction of the Defendant, will continue to send commercial electronic mail messages to the Plaintiff throughout the period that resolution of this complaint is pending, which will also violate at least one prohibition of RCW 19.190.020 (1)(a) or (b) and constitute a per se violation of RCW 19.86 under RCW 19.190.030 (1)(a) or (b).

4.   PRAYER FOR RELIEF

4.1   Plaintiff, James S. Gordon, Jr., prays for relief as follows:

4.2   That the Court adjudge and decree that defendant has engaged, and continues to engage, in the conduct complained of herein.

4.3   That the Court adjudge and decree that the conduct complained of in paragraphs 3.1 through 3.9.3, and paragraph 3.11, constitutes violations of the Commercial Electronic Mail Statute, RCW 19.190.020.

4.4   That the Court adjudge and decree that the conduct complained of in paragraphs 3.1 through 3.11 constitutes violations of the Commercial Electronic Mail Statute, RCW 19.190.030, and therefore a violation of the Consumer Protection Act, RCW 19.86.

4.5   That the Court assess civil penalties, pursuant to 19.190.040(1) of five hundred dollars ($500) per violation against defendant for each and every one of the violations of RCW 19.190.020 caused by the conduct complained of herein.

4.6   That the Court assess civil penalties, pursuant to RCW 19.86.140, of two thousand dollars ($2,000) for each and every one of the violations of RCW 19.86 caused by the conduct complained of herein.

4.7   That the Court enter judgment pursuant to RCW 19.86.140 providing that Plaintiff has been injured by the conduct complained of herein, and ordering that the Plaintiff recover from the defendant the costs of this action, including reasonable attorney's fees.

4.8   That the Court order such other relief as it may deem just and proper to fully and effectively remedy the effects of, and prevent future instances of, the conduct complained of herein, or which may otherwise seem proper to the Court.

DATED this 20th day of May, 2004.

DOUGLAS E. MCKINLEY, JR.
Attorney for Plaintiff
P.O. Box 202
Richland, Washington 99352
Telephone (509) 628-0809
Fax (509 628-2307

FIRST AMENDED COMPLAINT            5



DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

The Honorable Alan A. McDonald

RECEIVED
JUL 2 5 2004
Randy Gainer

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

JAMES S. GORDON, JR.,
an individual residing in
Benton County, Washington,

    Plaintiff,

vs.

COMMONWEALTH MARKETING
GROUP, INC.,
a Pennsylvania Corporation

    Defendant.

NO. CV-04-5003-AAM

SECOND AMENDED COMPLAINT

JURY TRIAL REQUESTED

TO:    CLERK OF COURT

AND TO:    Randy Gainer
Davis Wright Tremaine LLP
2600 Century Square – 1501 Fourth Avenue
Seattle, Washington 98101-1688

COMES NOW, plaintiff, James S. Gordon, Jr., and brings this SECOND AMENDED COMPLAINT against defendant named herein. Plaintiff alleges the following on information and belief:

1.    PARTIES

SECOND AMENDED COMPLAINT    1

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

1.1 Plaintiff James S. Gordon, Jr. is and was a resident of Benton County, Washington during the time of all acts complained of herein.

1.2 Defendant Commonwealth Marketing Group, Inc., is a Pennsylvania Corporation having its principle place of business located at 1 Millenium Dr., Uniontown, PA 15401.

2. JURISDICTION

2.1 The Defendant regularly transacts business within the State of Washington.

2.2 As a result of the Defendant's transactions within the State of Washington, this Court has personal jurisdiction over the Defendant under RCW 4.28.185(1)(a).

2.3 The cause of action complained of herein includes allegations that commercial electronic messages sent by or on behalf of the Defendant to the Plaintiff violate RCW 19.190 et seq. and RCW 19.86 et seq. and includes a prayer for relief in excess of $75,000, exclusive of interest and costs.

2.4 This Court has original jurisdiction over the subject matter of this complaint under 28 U.S.C. § 1332 as it is a controversy between citizens of different states, it contains allegations that the Defendant's conduct violated RCW 19.86 et seq. and RCW 19.190 et seq., and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. CAUSE OF ACTION

3.1 Plaintiff realleges Paragraphs 1.1 through 2.4 and incorporates them herein as if set forth in full.

3.2 The Plaintiff is the registrant of the internet domain name "Gordonworks.com."

3.3 At all times relevant to this action, the Plaintiff's status as a Washington resident is and was available, upon request, from the Plaintiff.

3.4 The Plaintiff's status as a Washington resident and the Plaintiff's internet domain name "Gordonworks.com" has been and is registered, at all times

SECOND AMENDED COMPLAINT     2

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

07/25/2004 SUN 05:56  [TX/RX NO 5906] ☒015

relevant to this complaint, with the Washington's Association of Internet Service Providers' (WAISP) database.

3.4.1 Plaintiff is an interactive computer service as that term is defined in RCW 19.190.010 (7)

3.5 On or about September 2, 2003, the Defendant received a letter sent by Plaintiff by certified mail, return receipt requested, advising the Defendant that Plaintiff was a resident of the State of Washington, and that the Defendant was sending the Plaintiff commercial electronic mail messages to Plaintiff's domain "Gordonworks.com" which violated RCW 19.190 et seq. and RCW 19.86 et seq.

3.6 Despite this letter, the Defendant has continued to initiate the transmission, conspired with another to initiate the transmission, or assisted the transmission, of commercial electronic mail messages to the Plaintiff at Plaintiff's domain "Gordonworks.com."

3.7 In the time period subsequent to the Defendant's receipt of Plaintiff's letter on September 2, 2003, Plaintiff has received 1850 commercial electronic mail messages from the Defendant, or agents acting at the direction of and on behalf of the Defendant, at Plaintiff's domain, "Gordonworks.com."

3.8 The Defendant knew or consciously avoided knowing that the initiator of these commercial electronic mail messages was engaged in a practice that violates Washington State's consumer protection act, RCW 19.86.

3.9 All of the commercial electronic mail messages violate at least one prohibition of RCW 19.190.020 (1)(a) or (b) because each of the commercial electronic mail messages:

3.9.1 misrepresent or obscure information identifying the point of origin of the commercial electronic mail message, and/or

3.9.2 misrepresent or obscure information identifying the transmission path of the commercial electronic mail message, and/or

SECOND AMENDED COMPLAINT        3

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

3.9.3  contain false or misleading information in the subject line of the commercial electronic mail message.

3.10  Pursuant to RCW 19.190.030 (1)(a) and (b), all of the commercial electronic mail messages violate Washington State's consumer protection act, RCW 19.86, because each of the commercial electronic mail messages:

3.10.1  misrepresent or obscure information identifying the point of origin of the commercial electronic mail message, and/or

3.10.2  misrepresent or obscure information identifying the transmission path of the commercial electronic mail message, and/or

3.10.3  contain false or misleading information in the subject line of the commercial electronic mail message.

3.11  The Plaintiff fully expects that the Defendant, or the Defendant's agents acting on behalf of and at the direction of the Defendant, will continue to send commercial electronic mail messages to the Plaintiff throughout the period that resolution of this complaint is pending, which will also violate at least one prohibition of RCW 19.190.020 (1)(a) or (b) and constitute a per se violation of RCW 19.86 under RCW 19.190.030 (1)(a) or (b).

4. PRAYER FOR RELIEF

4.1  Plaintiff, James S. Gordon, Jr., prays for relief as follows:

4.2  That the Court adjudge and decree that defendant has engaged, and continues to engage, in the conduct complained of herein.

4.3  That the Court adjudge and decree that the conduct complained of in paragraphs 3.1 through 3.9.3, and paragraph 3.11, constitutes violations of the Commercial Electronic Mail Statute, RCW 19.190.020.

4.4  That the Court adjudge and decree that the conduct complained of in paragraphs 3.1 through 3.11 constitutes violations of the Commercial Electronic Mail Statute, RCW 19.190.030, and therefore a violation of the Consumer Protection Act, RCW 19.86.

SECOND AMENDED COMPLAINT    4

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

07/25/2004 SUN 05:56  [TX/RX NO 5906] ⌀017

4.5    That the Court assess civil penalties, pursuant to 19.190.040(1) of five hundred dollars ($500) per violation against defendant for each and every one of the violations of RCW 19.190.020 caused by the conduct complained of herein.

4.5.1  That the Court assess civil penalties, pursuant to 19.190.040(1) of one thousand dollars ($1,000) per violation against defendant for each and every one of the commercial electronic email messages sent through plaintiff's interactive computer service in violation of RCW 19.190.020.

4.6    That the Court assess civil penalties, pursuant to RCW 19.86.140, of two thousand dollars ($2,000) for each and every one of the violations of RCW 19.86 caused by the conduct complained of herein.

4.7    That the Court enter judgment pursuant to RCW 19.86.140 providing that Plaintiff has been injured by the conduct complained of herein, and ordering that the Plaintiff recover from the defendant the costs of this action, including reasonable attorney's fees.

4.8    That the Court order such other relief as it may deem just and proper to fully and effectively remedy the effects of, and prevent future instances of, the conduct complained of herein, or which may otherwise seem proper to the Court.

DATED this 25th day of July, 2004.

DOUGLAS E. MCKINLEY, JR.
Attorney for Plaintiff
P.O. Box 202
Richland, Washington 99352
Telephone (509) 628-0809
Fax (509 628-2307

SECOND AMENDED COMPLAINT            5

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

```
                                        The Honorable Alan A. McDonald
DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352                      RECEIVED
Phone 628-0809 Fax (509) 628-2307
                                                 JUL 25 2004

                                                Randy Gainer
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington. | ) ) ) ) |
| Plaintiff, | ) NO. CV-04-5003-AAM |
| vs. | ) CERTIFICATE OF SERVICE |
| COMMONWEALTH MARKETING GROUP, INC., a Pennsylvania Corporation | ) JURY TRIAL REQUESTED ) ) |
| Defendant. | ) ) |

TO:    CLERK OF COURT

AND TO:   Randy Gainer
          Davis Wright Tremaine LLP
          2600 Century Square – 1501 Fourth Avenue
          Seattle, Washington 98101-1688

The undersigned hereby certifies and declares under penalty of perjury under the laws of the State of Washington that on July 25, 2004, he caused a copy of the following documents:

(1)   Second Amended Complaint

---

CERTIFICATE OF SERVICE - 1

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

1  (2)  Certificate Of Service

3  to be served upon the following party in the manner indicated:

| | | |
|---|---|---|
| Randy Gainer, attorney for Defendant | (X) | Via US Mail |
| Commonwealth Marketing Group, Inc. | ( ) | Via US Mail, Certified, Return Receipt Requested |
| Davis Wright Tremaine LLP | (X) | Via Facsimile |
| 2600 Century Square – 1501 Fourth Avenue | ( ) | Via Federal Express |
| Seattle, Washington 98101-1688 | ( ) | Via Process Service |

Executed at Richland, Washington this 25th day of June, 2004.

Douglas E. McKinley, Jr.

CERTIFICATE OF SERVICE - 2

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone: 628-0809 Fax (509) 628-2307

07/25/2004 SUN 05:56 [TX/RX NO 5906] ☒013