# EXHIBIT F

99

Dockets.Justia.com

| Account Name | ACCT # | From Address |
|---|---|---|
| Wotch.com | 12036 | updates448@wotch.com |
| Datran | 7721 | Leave-hopesforthefuture-33280780@hopesforthefuture.com |
| Datran | 7721 | Leave-hopesforthefuture-33280780@hopesforthefuture.com |
| Datran | 7721 | USAPlatinum@lenders2you.com |
| Datran | 6360 | Issuance@telcomail.com |
| Datran | 6360 | USAPlatinum@ircdirect.com |
| Datran | 6362 | Superviser@firstclasstelemail.com |
| Datran | 6360 | USAPlatinum@lenders2you.com |
| Datran | 6360 | Services@telcomail.com |
| Datran | 6360 | Services@telcomail.com |
| Datran | 6360 | Issuance@telcomail.com |
| Datran | 6362 | USAPlatinum@firstclasstelemail.com |
| Datran | 6360 | USAPlatinum@ircdirect.com |
| Leibo Technologies | 6901 | card@prizpal12.com |
| Subscriberbase | 8102 | 1060836551.7014@163rb25ex.com |
| Subscriberbase | 8102 | 1061786643.3320@155.rb25ex.com |
| 4 Hour Wireless | 8000 | Platinumcard@friendlymail.net |
| 4 Hour Wireless | 8000 | Platinumcard@friendlymail.net |
| 4 Hour Wireless | 8000 | Platinumcard@friendlymail.net |
| 4 Hour Wireless | 8000 | Platinumcard@friendlymail.net |
| Opt-in Big | 13276 | goldmember@04postnote.com |
| No Info | | updates8053@smilepop.com |
| No Info | | service@palacpriz231.com |
| No Info | | wins@winspire.net |
| No Info | | wins@winspire.net |
| | | approvals@fpc-mail.com |
| | | approvals@fpc-mail.com |
| Datran | 6360 | IssuingAuthority@telcomemail.com |
| Datran | 6360 | IssuingAuthority@telcomemail.com |
| Datran | 6360 | IssuingAuthority@telcomemail.com |
| Datran | 6360 | IssuingAuthority@telcomemail.com |
| | | From: Apply now 1062961209058@mailserver2.iexpect.com |
| | | From: Apply now 1062961209721@mailserver2.iexpect.com |
| | | From: Apply Now 1063479605636@mailserver2.iexpect.com |
| | | From: Apply Now 1063479606757@mailserver2.iexpect.com |



| To Address | Website Opted in |
|---|---|
| msm@gordonworks.com | Tiger Email Direct |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| msm@gordonworks.com | American Greeting |
| Jim@gordonworks.com | |
| Jim@gordonworks.com | |
| sd@gordonworks.com | |
| Business@gordonworks.com | |
| sd@gordonworks.com | |
| Business@gordonworks.com | |
| msm@gordonworks.com | No Info |
| msm@gordonworks.com | |
| msm@gordonworks.com | |
| jobs@gordonworks.com | |
| bonniegg@gordonworks.com | |
| jim@gordonworks.com | Fridaysales.com |
| jim@gordonworks.com | Fridaysales.com |
| JAMES@GORDONWORKS.COM | EMAILPRIZE |
| JAY@GORDONWORKS.COM | EMAILPRIZE |
| FAYE@GORDONWORKS.COM | EMAILPRIZE |
| JAMILA@GORDONWORKS.COM | EMAILPRIZE |
| JAMES@GORDONWORKS.COM | EMAILPRIZE |
| JAY@GORDONWORKS.COM | EMAILPRIZE |
| FAYE@GORDONWORKS.COM | EMAILPRIZE |
| JAMILA@GORDONWORKS.COM | EMAILPRIZE |

101

| Opt-in date | Opt-out date | IP Address |
|---|---|---|
| 8/30/2002 | | 10/21/2003 |
| 1/7/2002 | | 10/15/2003 17:49 |
| 1/7/2002 | | 10/15/2003 17:49 |
| 1/7/2002 | | 10/15/2003 17:49 |
| 1/7/2002 | | 10/15/2003 17:49 |
| 1/7/2002 | | 10/15/2003 17:49 |
| 1/7/2002 | | 10/15/2003 17:49 |
| 1/7/2002 | | 10/15/2003 17:49 |
| 1/7/2002 | | 10/15/2003 17:49 |
| 1/7/2002 | | 10/15/2003 17:49 |
| 1/7/2002 | | 10/15/2003 17:49 |
| 1/7/2002 | | 10/15/2003 17:49 |
| 1/7/2002 | | 10/15/2003 17:49 |
| 1/7/2002 | | 10/15/2003 17:49 |

| | | |
|---|---|---|
| No Info | No Info | |

| | | |
|---|---|---|
| 04.09.2003 10:22 PM | Monday, October 20, 2003 4:55 PM | |
| 04.09.2003 10:22 PM | Monday, October 20, 2003 4:55 PM | |
| 9/3/2003 | | |
| 9/10/2003 | | |
| 09/15/03 | | |
| 09/17/03 | | |
| 09/03/03 | 01/14/04 | 4.5.74.214. |
| 09/10/03 | 01/14/04 | 4.5.74.214. |
| 09/15/03 | 01/14/04 | 4.5.74.214. |
| 09/17/03 | 01/14/04 | 4.5.74.214. |

102