Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, <br><br> Plaintiffs <br><br> vs. <br><br> IMPULSE MARKETING GROUP, INC., a Nevada Corporation, <br><br> Defendants | NO. CV-04-5125-FVS <br><br> **NOTE FOR HEARING** <br><br> Date: February 25, 2005 <br><br> WITH ORAL ARGUMENT |

PLEASE TAKE NOTICE that the Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) be heard on February 25, 2005, or as soon thereafter as the Court deems appropriate, with oral argument in Richland, Washington.

Dated: January 26th, 2005

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By _____
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP

By PETER J. GLANTZ by FLOYD E. IVEY
PETER J. GLANTZ        with telephone
Attorneys for Defendant  authority

Note for Hearing of Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6) - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  I hereby certify that a copy of the foregoing was
   sent via regular mail, postage prepaid and via
2  facsimile this 26th day of January, 2005, to:

3  Douglas E. McKinley, Jr.
   P.O. Box 202
4  Richland, WA 99352
   Fax: 628-2307
5  
   _____
6  Secretary to Floyd E. Ivey

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Note for Hearing of Defendant's Motion to Dismiss Pursuant to FRCP
12(b)(6) - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581