Liebler, Ivey, Conner, Berry & St. Hilaire
By:    Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, Washington 99336
Local Counsel for Defendant
Impulse Marketing Group, Inc.

Klein, Zelman, Rothermel, & Dichter, L.L.P.
By:    Peter J. Glantz, Esq. & Sean Moynihan, Esq.
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT RICHLAND

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, | No. CV-04-5125-FVS |
| | RULE 7.1 STATEMENT |
| Plaintiff, | |
| vs. | |
| IMPULSE MARKETING GROUP, INC., A Nevada Corporation | DATE: January 26, 2005 |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Impulse Marketing Group, Inc. ("Impulse") by its attorneys, Liebler, Ivey, Conner, Berry & St. Hilaire and Klein, Zelman, Rothermel & Dichter, L.L.P., hereby certify that Impulse has no parent corporations and there are no publicly held corporations that own ten percent or more of its stock.

1

Dated: New York, New York
    January 26, 2005

*[signature: Floyd E. Ivey]*
Liebler, Ivey, Conner, Berry & St. Hilaire
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, Washington 99336
Local Counsel for Defendant
Impulse Marketing Group, Inc.

*[signature: Sean A Moynihan and Peter J. Glantz by Floyd E. Ivey with Telephone Authority]*
Sean A. Moynihan
Peter J. Glantz
Klein, Zelman, Rothermel & Dichter, LLP
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020
(212) 753-8101 (fax)

{00068377;1}    2