Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, <br><br> Plaintiffs <br><br> vs. <br><br> IMPULSE MARKETING GROUP, INC., a Nevada Corporation, <br><br> Defendants | NO. CV-04-5125-FVS <br><br> **NOTICE OF APPEARANCE** |

You are hereby notified that the undersigned, David O. Klein, of the firm of KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP, appear for and on behalf of the defendant, Impulse Marketing Group, Inc.; and you are directed to serve all future papers and pleadings, except process, upon said attorney at his address below stated.

DATED this 10th day of February, 2005

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA #6888
Local Counsel for Defendant
1141 N. Edison, Suite C
Kennewick, WA 99336

Notice of Appearance - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Ntc Appearance 050126.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

|   |   |
|---|---|
| 1 | KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP |
| 2 |  |
| 3 | By s/ FLOYD E. IVEY by telephone authority<br>DAVID O. KLEIN<br>Attorneys for Defendant |
| 4 | 485 Madison Ave., 15th Floor<br>New York, NY 10022 |
| 5 | (212) 935-6020<br>Fax: (212) 753-8101 |
| 6 |  |
| 7 |  |
| 8 | I hereby certify that a copy of the foregoing was sent via facsimile this 10th day of February, 2005, to: |
| 9 | Douglas E. McKinley, Jr.<br>Fax: 628-2307 |
| 10 |  |
| 11 | s/ Floyd E. Ivey<br>FLOYD E. IVEY |
| 12 |  |

Notice of Appearance - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Ntc Appearance 050126.wpd