1

2  Floyd E. Ivey
   Liebler, Ivey & Connor, P.S.
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   Telephone (509) 735-3581
5  Fax (509) 735-3585

6

7  **IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF WASHINGTON**

8

9  JAMES S. GORDON, JR., an individual  )   NO. CV-04-5125-FVS
   residing in Benton County, Washington, )
10                                         )
                   Plaintiffs              )   **MOTION TO PARTICIPATE
11                                         )   PRO HAC VICE**
   vs.                                     )
12                                         )
   IMPULSE MARKETING GROUP, INC.,          )   Without Oral Argument
13 a Nevada Corporation,                   )
                                           )
14                 Defendants              )
   _____   )
15
         The Defendant now moves for permission by this Court for the participation
16
   of David O. Klein as Pro Hac Vice in the above-entitled matter as counsel for the
17
   Defendant. This motion is brought by attorney Floyd E. Ivey , Washington State
18
   Bar Association No. 6888, who resides in and has an office in this state, is
19
   admitted to practice in this Court and who is joined of record in the appearance
20
   for the Defendant. This motion is supported by the Declaration of David O. Klein
21
   supporting the Motion to Participate as Pro Hac Vice.
22
         This motion is accompanied by a filing fee of $100 for application to
23
   participate as pro hac vice.
24

25

26

27

28

Motion to Participate Pro Hac Vice Klein - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

Dated: February 10, 2005

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that a copy of the foregoing was sent via facsimile this 10th day of February, 2005, to:

Douglas E. McKinley, Jr.
Fax: 628-2307

s/ Floyd E. Ivey
FLOYD E. IVEY

Motion to Participate Pro Hac Vice Klein - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581