Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, | NO. CV-04-5125-FVS |
| Plaintiffs | **MOTION TO PARTICIPATE PRO HAC VICE** |
| vs. | |
| IMPULSE MARKETING GROUP, INC., a Nevada Corporation, | Without Oral Argument |
| Defendants | |

The Defendant now moves for permission by this Court for the participation of Sean A. Moynihan as Pro Hac Vice in the above-entitled matter as counsel for the Defendant. This motion is brought by attorney Floyd E. Ivey , Washington State Bar Association No. 6888, who resides in and has an office in this state, is admitted to practice in this Court and who is joined of record in the appearance for the Defendant. This motion is supported by the Declaration of Sean A. Moynihan supporting the Motion to Participate as Pro Hac Vice.

This motion is accompanied by a filing fee of $100 for application to participate as pro hac vice.

Motion to Participate Pro Hac Vice Moynihan - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  Dated: February 10, 2005

2  LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

3

4  By s/ FLOYD E. IVEY
   FLOYD E. IVEY, WSBA#6888
   Attorneys for Defendant

5

6

7  I hereby certify that a copy of the foregoing was sent via facsimile this _____ day of February, 2005, to:

8  Douglas E. McKinley, Jr.
   Fax: 628-2307

9

10 s/ Floyd E. Ivey
   FLOYD E. IVEY

Motion to Participate Pro Hac Vice Moynihan - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581