Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, | NO. CV-04-5125-FVS |
| Plaintiffs | **NOTE FOR HEARING** |
| vs. | Date: February 18, 2005 |
| IMPULSE MARKETING GROUP, INC., a Nevada Corporation, | WITHOUT ORAL ARGUMENT |
| Defendants | |

PLEASE TAKE NOTICE that the three Motions to Participate Pro Hac Vice be heard on February 18, 2005, or as soon thereafter as the Court deems appropriate, without oral argument.

Dated:   February 10, 2005

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By   s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that a copy of the foregoing was
sent via facsimile this 10th day of February, 2005, to:

Douglas E. McKinley, Jr.
Fax: 628-2307

s/ Floyd E. Ivey_____
FLOYD E. IVEY

Note for Hearing - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com