Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants | NO. CV-04-5125-FVS<br><br>DECLARATION OF DAVID O. KLEIN IN SUPPORT OF MOTION TO PARTICIPATE PRO HAC VICE |

David O. Klein now declares that I am one of the attorneys appearing on behalf of the Defendant in the above-entitled matter. My address is 485 Madison Avenue, New York, NY 10022 and my telephone number is (212) 935-6020. I was admitted to practice before the U.S. District Court, Southern District of New York in 1993. Attorney Floyd E. Ivey, 1141 N. Edison, Suite C, Kennewick, WA 99336, (509) 735-3581, is associated as defense counsel in this matter. I have never been subject to any disciplinary sanctions by any Court or bar association.

I certify and declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

_/s/ David O. Klein_                            2/10/05
DAVID O. KLEIN                                  Date
Signed at New York, NY

Declaration of David O. Klein in Support of Motion to Participate Pro Hac Vice - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  I hereby certify that a copy of the foregoing was
2  sent via facsimile this 10th day of February, 2005, to:

3  Douglas E. McKinley, Jr.
4  Fax: 628-2307

5  _____
6  Secretary to Floyd E. Ivey

Declaration of Peter J. Glantz in Support of Motion to Participate Pro Hac Vice - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581