Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, <br><br> Plaintiffs <br><br> vs. <br><br> IMPULSE MARKETING GROUP, INC., a Nevada Corporation, <br><br> Defendants | NO. CV-04-5125-FVS <br><br> DECLARATION OF SEAN MOYNIHAN IN SUPPORT OF MOTION TO PARTICIPATE PRO HAC VICE |

Sean A. Moynihan now declares that I am one of the attorneys appearing on behalf of the Defendant in the above-entitled matter. My address is 485 Madison Avenue, New York, NY 10022 and my telephone number is (212) 935-6020. I was admitted to practice before the U.S. District Court, Southern District of New York in 1993. Attorney Floyd E. Ivey, 1141 N. Edison, Suite C, Kennewick, WA 99336, (509) 735-3581, is associated as defense counsel in this matter. I have never been subject to any disciplinary sanctions by any Court or bar association.

I certify and declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

_____    2-10-05
SEAN A. MOYNIHAN            Date
Signed at New York, NY

Declaration of Sean A. Moynihan in Support of Motion to Participate Pro Hac Vice - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

| | |
|---|---|
| 1 | I hereby certify that a copy of the foregoing was |
| 2 | sent via facsimile this 10th day of February, 2005, to: |
| 3 | Douglas E. McKinley, Jr. |
| 4 | Fax: 628-2307 |
| 5 | _[signature]_____ |
| 6 | Secretary to Floyd E. Ivey |

1 I hereby certify that a copy of the foregoing was

2 sent via facsimile this 10th day of February, 2005, to:

3 Douglas E. McKinley, Jr.

4 Fax: 628-2307

5 _/s/ Gina Swift_____

6 Secretary to Floyd E. Ivey

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Peter J. Glantz in Support of Motion to Participate Pro Hac Vice - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581