Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants | NO. CV-04-5125-FVS<br><br>**ORDER TO PARTICIPATE PRO HAC VICE** |

This motion having come on before the Court on February 18, 2005 and the Court having reviewed the motion and supporting declaration of Peter J. Glantz, now

ORDERS, ADJUDGES AND DECREES that Peter J. Glantz is hereby admitted as Pro Hac Vice for the above-entitled case.

DATED this _____ day of February, 2005.

_____
JUDGE

Order to Participate Pro Hac Vice - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581