1

2  Floyd E. Ivey
   Liebler, Ivey & Connor, P.S.
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   Telephone (509) 735-3581
5  Fax (509) 735-3585

6

7          **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE EASTERN DISTRICT OF WASHINGTON**
8

9  JAMES S. GORDON, JR., an individual       )    NO.  CV-04-5125-FVS
   residing in Benton County, Washington,    )
10                                            )
              Plaintiffs                      )    **ORDER TO PARTICIPATE**
11                                            )    **PRO HAC VICE**
   vs.                                        )
12                                            )
                                              )
13  IMPULSE MARKETING GROUP, INC.,            )
    a Nevada Corporation,                     )
14                                            )
              Defendants                      )
15  _____  )

16        This motion having come on before the Court on February 18, 2005 and the

17  Court having reviewed the motion and supporting declaration of Sean A.

18  Moynihan, now

19        ORDERS, ADJUDGES AND DECREES that Sean A. Moynihan is hereby

20  admitted as Pro Hac Vice for the above-entitled case.

21        DATED this _____ day of February, 2005.

22

23                                  _____
                                    JUDGE
24

25

26

27

28

   Order to Participate Pro Hac Vice - 1          LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
                                                              Attorneys at Law
                                                              P.O. Box 6125
                                                       Kennewick, Washington 99336-0125
                                                              (509) 735-3581