Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants | NO. CV-04-5125-FVS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 14, 2005, I electronically filed the **Reply Memorandum of Law in Response to Plaintiff's Opposition and in Further Support of Defendant's Motion to Dismiss Plaintiff's Complaint** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Douglas E. McKinley, Jr., and I hereby certify that I have sent via internet email the document to the following non-CM/ECF participants: David O. Klein, Peter J. Glantz, Sean A. Moynihan.

Dated: February 16, 2005.

S/ FLOYD E. IVEY
WSBA #6888
Attorney for Defendant
P.O. Box 6125
Kennewick, WA 99336
(509) 735-3581
Fax: (509) 735-3585
Feivey@3-cities.com

Certificate of Service - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Certificate of Service.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com