Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, | NO. CV-04-5125-FVS |
| Plaintiffs | **NOTE FOR HEARING** |
| vs. | Date: March 31, 2005 |
| IMPULSE MARKETING GROUP, INC., a Nevada Corporation, | BY TELEPHONE CONFERENCE |
| Defendants | |

PLEASE TAKE NOTICE that the Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) be heard on March 31, 2005, at 10:30 a.m., by telephone conference, or as soon thereafter as the Court deems appropriate.

Dated:   February 23, 2005

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By   S/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that on February 23, 2005, I electronically filed the **Notice of Hearing for March 31, 2005** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Douglas E. McKinley, Jr., and I hereby certify that I have sent via internet email the document to the following non-CM/ECF participants: David O. Klein, Peter J. Glantz, Sean A. Moynihan.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Note for Hearing 050222 - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com