Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585
Appearing for Defendant

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307
Appearing for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, <br><br> Plaintiffs <br><br> vs. <br><br> IMPULSE MARKETING GROUP, INC., a Nevada Corporation, <br><br> Defendants | NO. CV-04-5125-FVS <br><br> DEFENDANT'S RESPONSE TO PLAINTIFF'S RESPONSE TO MOTIONS TO ADMIT COUNSEL GLANTZ, MOYNIHAN AND KLEIN PRO HAC VICE |

Defendant Impulse Marketing Group, Inc. now responds to Plaintiff's Response to Motions for Mr. Klein, Mr. Glantz, and Mr. Moynihan to participate Pro Hac Vice. Plaintiff has filed, on February 16, 2005, a response to Defendant's Notice of Appearance of attorney David Klein and Defendant's Motion to Admit attorneys Glantz, Moynihan and Klein Pro Hac Vice. Plaintiff couches the Response as an alert that the indicated appearance and admission of Counsel Glantz, Moynihan and Klein "appears" to violate RPC 3.7. However, Plaintiff has

Defendant's Response to Plaintiff's Response re: Motion to Admit Pro Hac Vice - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff.motionDisqualify.050216\Defendant.Response to Plaintiffs.Motion to Disqualify.050216.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1 not moved to disqualify attorneys Glantz, Moynihan and Klein.

2   Plaintiff's Response addresses the Declaration of David Klein, submitted by Defendant in support of Defendant's Motion to Dismiss. Plaintiff's Response analyzes Mr. Klein's Declaration relative to the Motion to Dismiss.

   Counsel for Plaintiff, Mr. McKinley, and counsel for Defendant Mr. Ivey, have discussed Mr. Klein's declaration relative to Mr. McKinley's concern. Mr. Klein's Declaration is merely argument by counsel and bears no testimony. Mr. Huston, a representative of the Defendant, has submitted a Declaration in support of the Motin to Dismiss. Mr. Klein's Declaration reflects the content of Mr. Huston's Declaration and offers argument to the court.

   Plaintiff's "Response" re: the Motions to admit Pro Hac Vice, constitute argument opposing the Motion to Dismiss. Plaintiff's opportunity to submit such argument occurred when Plaintiff filed its Response to the Motion to Dismiss. Plaintiff's Response re: the Motion to admit Pro Hav Vice is improper submission of argument and should be disregarded by the Court relative to Defendant's Motion to Dismiss.

   DATED this 23rd day of February, 2005.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By_____
FLOYD E. IVEY, WSBA #6888
Local Counsel for Defendant


KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP

By_____
PETER J. GLANTZ
Attorneys for Defendant

Defendant's Response to Plaintiff's Response re:
Motion to Admit Pro Hac Vice - 2.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff.motionDisqualify.050216\Defendant.Response to Plaintiffs.Motion to Disqualify.050216.wpd

1  I hereby certify that a copy of the foregoing was
   sent via Pronto Legal Messenger Service this
2  ~~22nd~~ day of ~~January~~, 2005, to:
         February
3  Douglas E. McKinley, Jr.
   P.O. Box 202
4  Richland, WA 99352

5  _____
   Secretary to Floyd E. Ivey

Defendant's Response to Plaintiff's Response re:
Motion to Admit Pro Hac Vice - 3.
Z:\IPClient\ImpulseMarketingGroup v.
Gordon\Pleadings\Plaintiff.motionDisqualify.050216\Defendant.Response to
Plaintiffs.Motion to Disqualify.050216.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581