1     UNITED STATES DISTRICT COURT

2     EASTERN DISTRICT OF WASHINGTON

5  JAMES S. GORDON, JR.,

                                        No. CV-04-5125-FVS
6              Plaintiff,

7                                       ORDER GRANTING
        v.                              PERMISSION TO APPEAR
8                                       PRO HAC VICE

9  IMPULSE MARKETING GROUP, INC.,

10             Defendant.

**BEFORE THE COURT** is Peter Glantz, David Klein, and Sean Moynihan's motions to appear pro hac vice. (Ct. Rec. 12, 13, and 14).

Plaintiff objects to these motions on the basis that the participation of these attorneys would appear to violate Rule 3.7 of the Rules of Professional Conduct. Plaintiff's concern relates to the declaration of Mr. Klein, which was submitted in support of Defendant's motion to dismiss. The motion to dismiss is scheduled to be heard by the Court with telephonic argument on March 31, 2005. Plaintiff argues the declaration of Mr. Klein constitutes testimony because, if accepted by the Court, the conclusions would dispose of this case. Plaintiff objects to the pro hac vice admission of Mr. Glantz and Mr. Moynihan on the basis that they are both partners or associates with Mr. Klein. Therefore, Plaintiff argues their appearance would also violate Rule 3.7 of the Rules of Professional Conduct.

Essentially, Plaintiff's objection constitutes argument opposing

Defendant's motion to dismiss rather than argument opposing Mr. Glantz, David Klein, and Sean Moynihan's requests for pro hac vice admission.  Plaintiff's objection to the testimony of Mr. Klein in support of Defendant's motion to dismiss may be addressed by the Court within the bounds of the motion to dismiss.  Accordingly, the Court grants the requests for pro hac vice admission.

**IT IS HEREBY ORDERED** that the Motions to Appear **PRO HAC VICE**, **Ct. Rec. 12, Ct. Rec. 13,** and **Ct. Rec. 14**, are **GRANTED** pursuant to Local Rule 83.2(c)(1) of the United States District Court, Eastern District of Washington.  Counsel of record, Floyd E. Ivey, shall sign all pleadings, motions and other papers prior to filing and shall meaningfully participate in this case.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___1st___ day of March, 2005.

                s/ Fred Van Sickle
                Fred Van Sickle
      Chief United States District Judge

ORDER - 2