UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., <br><br> Plaintiff, <br><br> v. <br><br> IMPULSE MARKETING GROUP, INC., <br><br> Defendant. | No. CV-04-5125-FVS <br><br> ORDER |

**THE DEFENDANT** having filed a motion to dismiss on January 26, 2005; argument having been noted for the 31st day of March at 10:30 a.m.; and the moving party having requested that its motion be argued telephonically; Now, therefore

**IT IS HEREBY ORDERED:**

1. A party objecting to telephonic argument shall file and serve its objection by 4:00 p.m. on March 28, 2005.

2. Legal authorities and written argument shall be presented by memorandum. Evidence in support of, or in opposition to, the relief requested shall be presented by affidavit or declaration.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___25th___ day of March, 2005.

                          s/ Fred Van Sickle
                            Fred Van Sickle
               Chief United States District Judge

ORDER - 1