Case 2:04-cv-05125-FVS    Document 31-2    Filed 03/28/2005

1

2   Floyd E. Ivey
    Liebler, Ivey & Connor, P.S.
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585

6

7                **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE EASTERN DISTRICT OF WASHINGTON**
8

9   JAMES S. GORDON, JR., an individual        )        NO.  CV-04-5125-FVS
    residing in Benton County, Washington,     )
10                                             )
                    Plaintiffs                 )        **ORDER SETTING**
11                                             )        **DEFENDANT'S MOTION**
    vs.                                        )        TO DISMISS FOR
12                                             )        HEARING BY TELEPHONE
                                               )        CONFERENCE
13  IMPULSE MARKETING GROUP, INC.,             )
    a Nevada Corporation,                      )
14                                             )
                    Defendants                 )
15  _____ )

16          This Court on March 28, 2005, having reviewed the Declaration of the

17  Plaintiff relative to hearing the Defendant's Motion to Dissmiss by telephonic

18  conference or by personal appearance and having reviewed the Memorandum Of

19  the Defendant opposing the personal appearance by one or more of the parties,

20  now

21          ORDERS, ADJUDGES AND DECREES that argument of Defendant's

22  Motion to Dismiss shall be conducted by telephonic conference.  The Defendant is

23  to make arrangements for the telephone conference.

24          DATED this _____ day of March, 2005.

25

26                                              _____
                                                **JUDGE**
27

28

    Order For Telephonic Conference-                        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
    Defendant's Motion to Dismiss - 1                                    Attorneys at Law
                                                                         P.O. Box 6125
                                                              Kennewick, Washington 99336-0125
                                                                        (509) 735-3581

1        I hereby certify that on March 28, 2005, I electronically filed the **Order Setting Defendant's Motion to Dismiss for Hearing by Telephone Conference**

2    with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Douglas E. McKinley, Jr., and I hereby

3    certify that I have sent via internet email the document to the following non-CM/ECF participants: David O. Klein, Peter J. Glantz, Sean A. Moynihan.

4

5                S/ FLOYD E. IVEY
            FLOYD E. IVEY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order For Telephonic Conference-
Defendant's Motion to Dismiss - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581