# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington<br><br>Plaintiff,<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendant. | **Case No.** CV-04-5125-FVS<br><br>**MINUTES** Telephonic Motion Hearing<br><br>**DATE:** 3/31/05<br><br>**LOCATION:** SPOKANE |

| | Judge Fred Van Sickle | |
|---|---|---|
| Cindy Parks<br>**Courtroom Deputy** | 02<br>**Law Clerk** | Mark Snover<br>**Court Reporter** |
| Douglas E McKinley<br><br>**Plaintiff's Counsel** | Floyd Ivey<br>Peter J Glantz<br>Sean A Moynihan<br>**Defendant's Counsel** | |

[ ] Open Court    [ ] Chambers    [x] Telecon    By: _____

Motion brought before the Court:

    Defendant's Motion to Dismiss Complaint (Ct. Rec. 2)

Parties present argument

    **Court: will not rule on the motion at this time; plaintiff's counsel shall submit a formal brief within 3 weeks regarding new issue brought before the court as it relates to the application of Rule 9(b); defendant's response deadline 2 weeks; Court will thereafter provide final ruling in writing.**

*Order forthcoming*

| CONVENED: 10:40 AM | ADJOURNED: 11:05 AM | TIME: .5 HR | CALENDARED [ ] |
|---|---|---|---|