```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF WASHINGTON
 3
 4
 5  JAMES S. GORDON, JR., an
    individual residing in Benton          No. CV-04-5125-FVS
 6  County, Washington,
 7                     Plaintiff,          ORDER
 8
 9            v.
10
    IMPULSE MARKETING GROUP, INC., a
11  Nevada Corporation,
12                     Defendant.
13
```

14

15   **THIS MATTER** came before the Court pursuant to Defendant's motion
16  to dismiss, Ct. Rec. 2.  The Court heard oral arguments on this
17  motion during a telephonic hearing on March 31, 2005.  This Order is
18  intended to memorialize the Court's oral ruling.
19   **IT IS HEREBY ORDERED** that the Court reserves ruling on
20  Defendant's Motion to Dismiss, Ct. Rec. 2, until the Court receives
21  additional briefing addressing the issue of whether Plaintiff's
22  Complaint is subject to the heightened pleading requirements of
23  Federal Rule of Civil Procedure 9(b).  Plaintiff shall file his
24  memoranda by **April 21, 2005**; Defendant shall file its reply memoranda
25  by **May 5, 2005**.  Thereafter, the Court will address Defendant's
26  motion to dismiss in a written order.

ORDER - 1

1  //

2  **IT IS SO ORDERED.**  The District Court Executive is hereby
3  directed to enter this order and furnish copies to counsel.
4  **DATED** this <u>31st</u> day of March, 2005.

<pre>
                        s/ Fred Van Sickle
                         Fred Van Sickle
                   Chief United States District Judge
</pre>

ORDER - 2