Gordon v. Impulse Marketing Group Inc Doc. 36

Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WASHINGTON**

JAMES S. GORDON, JR., an individual residing in Benton County, Washington,

Plaintiffs

vs.

IMPULSE MARKETING GROUP, INC., a Nevada Corporation,

Defendants

NO. CV-04-5125-FVS

DEFENDANT'S ADDITIONAL SUPPLEMENTAL RESPONSE RE: DEFENDANT'S MOTION TO DISMISS

Defendant Impulse Marketing Group, Inc. now submits Additional Supplemental Response regarding Defendant's Motion to Dismiss.

On or about March 31, 2005, the Court directed the parties to provide it with Supplemental Memoranda of Law with respect to whether Federal Rule of Civil Procedure §9(b) applies to Washington's Commercial Electronic Mail Statute, RCW §19.190 et seq. and the Washington Consumer Protection Act, RCW §19.86 et seq. (collectively, the "Washington Statutes"). Both parties briefed the Court on this issue.

The Defendant respectfully submits this Additional Supplemental Response to further clarify Defendant's Supplemental Memorandum of Law. Defendant continues to maintain that Plaintiff's allegations arising out of

Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6) - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\DefendantMotionToDismiss\Defendant.Additional.Supplemental.Response.Motion to Dismiss 051520.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

Defendant's violations of the Washington Statutes are preempted by the CAN-SPAM Act of 2003 ("CAN-SPAM"). There are only two (2) limited exceptions where CAN-SPAM would not arguably bar Plaintiff's Complaint. Said exceptions are found in Sections 8(b)(2)(A)&(B) of CAN-SPAM wherein the express language provides:

> (A) This Act shall not be construed to preempt the applicability of State laws that are not specific to electronic mail, including State trespass, contract, or tort law; or (B) other State laws to the extent that those laws relate to acts of **fraud** or computer crime (emphasis added).

In the above-referenced matter, Section 8(b)(2)(A) is inapplicable because Plaintiff's Complaint specifically alleges that his damages arise from Defendant's transmission of electronic mail. Further, none of Plaintiff's causes of action sound in trespass, contract, or tort law.

Should the Court hold that Plaintiff's allegations arising out of Defendant's violations of the Washington Statutes are not barred by CAN-SPAM then any and all of Plaintiff's allegations must necessarily relate to acts of **fraud** or computer crime by definition. As Plaintiff does not have standing to allege that Defendant committed any computerized criminal act whatsoever, the allegations with respect to Defendant's violations of the Washington Statutes must necessarily relate to acts of fraud, thus triggering the applicability of the heightened pleading requirement under Federal Rule of Civil Procedure §9(b).

The Defendant submits that are novel and have, to Defendant's knowledge, never before been adjudicated.

DATED this 20th day of May, 2005.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE



LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

By /s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA #6888
Local Counsel for Defendant

KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP

By PETER J. GLANTZ by telephone authority by /S/FLOYD E. IVEY
PETER J. GLANTZ
Attorneys for Defendant

I hereby certify that a copy of the foregoing was sent via facsimile and electronically filed EFS on this 20th day of May, 2005, to:

Douglas E. McKinley, Jr.
P.O. Box 202
Richland, WA 99352

______________________________
Secretary to Floyd E. Ivey

Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6) - 3.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\DefendantMotionToDismiss\Defendant.Additional.Supplemental.Response.Motion to Dismiss 051520.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581