DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| JAMES S. GORDON, JR, <br> Plaintiff, <br> v. <br> IMPULSE MARKETING GROUP, INC., <br> Defendant <br> IMPULSE MARKETING GROUP, INC., <br> Third Party Plaintiff <br> v. <br> BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT, EMILY ABBEY, and LEW REED <br> Third Party Defendants | NO. CV-04-5125-FVS <br><br> NOTICE OF PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS AND THIRD PARTY DEFENDANTS UNDER FRCP 12(b)(6) OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT UNDER FRCP 56 OR IN THE ALTERNATIVE TO DISMISS UNDER FRCP (9)(b) <br><br> Jury Trial Demanded |

COMES NOW the Plaintiff, James S. Gordon, Jr., and brings this Notice of

NOTICE OF MOTION TO DISMISS – No. CV-04-5125-FVS

Page 1 of 2

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

Plaintiff's motion to dismiss counterclaims and claims against Third Party Defendants under FRCP 12(b)(6), or in the alternative for summary judgment under FRCP 56, or in the alternative to dismiss under FRCP (9)(b) to be heard with oral argument September 28, 2005 at 2:00 pm in the Federal District Court in Richland, Washington.

    DATED this 17th day of August, 2005

```
                                S/ DOUGLAS E. MCKINLEY, JR.
                                WSBA# 20806
                                Attorney for Plaintiff
                                P.O. Box 202
                                Richland, Washington 99352
                                Phone (509) 628-0809
                                Fax (509) 628-2307
                                Email: doug@mckinleylaw.com
```

## Certificate of Service

I hereby certify that on August 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Floyd Ivey, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants: Peter J. Glantz, Sean A. Moynihan, David O. Klein.

```
                                S/ DOUGLAS E. MCKINLEY, JR.
                                WSBA# 20806
                                Attorney for Plaintiff
                                P.O. Box 202
                                Richland, Washington 99352
                                Phone (509) 628-0809
                                Fax (509) 628-2307
                                Email: doug@mckinleylaw.com
```