Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants | NO. CV-04-5125-FVS<br><br>DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT |

Defendant Impulse Marketing Group, Inc. now request an extension of time to file its Response to Plaintiff's Motion to Dismiss or for Summary Judgment scheduled for hearing September 28, 2005. Defendant's Response is due August 29, 2005. The Plaintiff agrees to an extension of time to file Defendant's Response to September 7, 2005. This motion is based on the Declaration of Floyd E. Ivey of August 22, 2005.

DATED this 23th day of August, 2005.

        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

        By /s/  FLOYD E. IVEY
            FLOYD E. IVEY, WSBA #6888
            Local Counsel for Defendant

Defendant's Motion For Extension of Time to File Response to Plaintiff's Motion to Dismiss and for Summary Judgment - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\Defendant.Motion.Extension.Time.File.Response.050822.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP

By PETER J. GLANTZ by telephone authority by
/S/FLOYD E. IVEY
PETER J. GLANTZ
  Attorneys for Defendant

I hereby certify that on August 23, 2005, I electronically filed **Defendant's Agreed Motion for Extension of Time to File Response to Plaintiff's Motion to Dismiss or for Summary Judgment** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Defendant's Motion For Extension of Time to File Response to Plaintiff's Motion to Dismiss and for Summary Judgment - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\Defendant.Motion.Extension.Time.File.Response.050822.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581