1

2   Floyd E. Ivey
    Liebler, Ivey & Connor, P.S.
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585

6

7          **IN THE UNITED STATES DISTRICT COURT**
         **FOR THE EASTERN DISTRICT OF WASHINGTON**
8

9   JAMES S. GORDON, JR., an individual       )    NO.  CV-04-5125-FVS
    residing in Benton County, Washington,    )
10                                            )
              Plaintiffs                      )    ORDER ON DEFENDANT'S
11                                            )    MOTION FOR EXTENSION
    vs.                                       )    OF TIME TO FILE  RESPONSE
12                                            )    TO PLAINTIFF'S MOTION
    IMPULSE MARKETING GROUP, INC.,            )    TO DISMISS OR FOR
13  a Nevada Corporation,                     )    SUMMARY JUDGMENT
                                              )
14            Defendants                      )
    _____ )
15
           The court having considered the Agreed Motion For the Defendant's
16
    Extension of Time to file Defendant's Response to Plaintiff's  Motion to Dismiss
17
    or for Summary Judgment to September 7, 2005 and Plaintiff's Reply to
18
    September 14, 2005 now (grants) (denies) said motion.
19
           Dated this _____ day of August, 2005.
20

21                                _____
22                                JUDGE VAN SICKLE

23

24

25

26

27                                    LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
                                               Attorneys at Law
                                                P.O. Box 6125
                                         Kennewick, Washington 99336-0125
28                                              (509) 735-3581
    Declaration of Floyd E. Ivey for Extension of time
    to File Response to Plaintiff's Motion to Dismiss
    and for Summary Judgment - 1.
    Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for
    S u m m a r y    J u d g m e n t \ O r d e r    o n
    Defendant.Motion.Extension.Time.File.Response.050822.wpd

1        I hereby certify that on August 23, 2005, I electronically filed **Order on Defendant's Motion for Extension of Time to File Response to Plaintiff's**

2    **Motion to Dismiss or for Summary Judgment** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E.

3    McKinley, Jr. and transmitted via internet to Peter Glantz.

4                               S/ FLOYD E. IVEY

5                               FLOYD E. IVEY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Declaration of Floyd E. Ivey for Extension of time
to File Response to Plaintiff's Motion to Dismiss
and for Summary Judgment - 2.

Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for
Summary Judgment\Order on
Defendant.Motion.Extension.Time.File.Response.050822.wpd