Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants | NO. CV-04-5125-FVS<br><br>DECLARATION OF FLOYD E. IVEY FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT |

I am counsel for Defendant. Plaintiff has filed a Motion to Dismiss or for Summary Judgment scheduled for September 28, 2005. Defendant's Response is due August 29, 2005. I have spoken with attorney Mr. Douglas McKinley on Friday, August 19, 2005 regarding an extension of time to file Defendant's Response and Mr. McKinley has agreed to an extension for Defendant's Response to September 7, 2005. This extension will make Plaintiff's Reply due September 14, 2005. I request the court to so order that Defendant's Response shall be filed by September 7, 2005 with Plaintiff's Reply by September 14, 2005.

DATED this 23th day of August, 2005.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By /s/  FLOYD E. IVEY

Declaration of Floyd E. Ivey for Extension of time to File Response to Plaintiff's Motion to Dismiss and for Summary Judgment - 1.

Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\Declaration Floyd Ivey supporting Defendant.Motion.Extension.Time.File.Response.050822.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  FLOYD E. IVEY, WSBA #6888
   Local Counsel for Defendant
2

3

4

5  KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP

6  By PETER J. GLANTZ by telephone authority by
   /S/FLOYD E. IVEY
7  PETER J. GLANTZ
   Attorneys for Defendant
8

9     I hereby certify that on August 23, 2005, I electronically filed **Declaration of Floyd E. Ivey for Extension of Time to File Response to Plaintiff's Motion to Dismiss or for Summary Judgment** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

12  S/ FLOYD E. IVEY
    FLOYD E. IVEY

28  Declaration of Floyd E. Ivey for Extension of time to File Response to Plaintiff's Motion to Dismiss and for Summary Judgment - 2.

Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\Declaration Floyd Ivey supporting Defendant.Motion.Extension.Time.File.Response.050822.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581