Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants | NO. CV-04-5125-FVS<br><br>**NOTE FOR HEARING**<br><br>WITHOUT ORAL ARGUMENT |

PLEASE TAKE NOTICE that Defendant's Motion for Extension of Time to File Response to Plaintiff's Motion to Dismiss or Summary Judgment August 29, 2005, or as soon thereafter as the Court deems appropriate, without oral argument.

Dated: August 23, 2005

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By  s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that on August 23, 2005, I electronically filed **Notice of Hearing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Note for Hearing - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581