1

2  Liebler, Ivey, Conner, Berry & St. Hilaire
   By:    Floyd E. Ivey
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, Washington 99336
   Local Counsel for Defendant
5  Impulse Marketing Group, Inc.

6  Klein, Zelman, Rothermel, & Dichter, L.L.P.
   By:    Sean Moynihan, Esq.
7  485 Madison Avenue
   New York, New York 10022
8  Telephone Number (212) 935-6020
   Facsimile Number (212) 753-8101
9  Attorneys for Defendant
   Impulse Marketing Group, Inc.
10

11             **IN THE UNITED STATES DISTRICT COURT**
               **FOR THE EASTERN DISTRICT OF WASHINGTON**
12                          **AT RICHLAND**

13

14  JAMES S. GORDON, JR.,                )           No. CV 04-5125-FVS
                                         )
15       Plaintiff(s),                   )       **DEFENDANT'S MOTION FOR**
                                         )       **DISMISSAL OF THIRD-PARTY**
16  v.                                   )         **DEFENDANT LEW REED**
                                         )
17  IMPULSE MARKETING GROUP, INC.,       )
                                         )
18       Defendant(s).                   )         **JURY TRIAL REQUESTED**
                                         )
19                                       )
                                         )
20  IMPULSE MARKETING GROUP, INC.,       )
                                         )
21       Third-Party Plaintiff,          )
                                         )
22  v.                                   )
                                         )
23  BONNIE GORDON, JAMES S. GORDON,      )
24  III, JONATHAN GORDON, JAMILA         )
    GORDON, ROBERT PRITCHETT, EMILY      )
25  ABBEY and LEW REED,                  )
                                         )
26       Third-Party Defendants.         )

Defendant's Motion for Dismissal of Third-Party Plaintiff Lew
Reed    -PAGE 1 OF 3-

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
ATTORNEYS AT LAW
1141 North Edison, Suite C
Kennewick, WA  99336
(509) 735-3581

Dockets.Justia.com

1

2      Defendant and Third-Party Plaintiff, Impulse Marketing Group Inc., moves

3   to Dismiss Third-Party Defendant Lew Reed.  This Motion is brought pursuant to

4   Federal Rule of Civil Procedure 41(a)(2) and is further supported by the

5   Declaration of Floyd E. Ivey in Support of Defendant's Motion to Dismiss Third-

6

7   Party Defendant Lew Reed.

8      Date:  September 1, 2005

9
                              s/ FLOYD E. IVEY
10                             WSBA #6888
                              Liebler, Ivey, Connor, Berry & St. Hilaire
11                             By:  Floyd E. Ivey
                              1141 N. Edison, Suite C
12                             P.O. Box 6125
                              Kennewick, WA  99336
13                             Local Counsel for Defendant
14                             Impulse Marketing Group, Inc.
15

16                             s/ SEAN A. MOYNIHAN
                              Sean A. Moynihan, Esq. (admitted pro hac vice)
17                             Klein, Zelman, Rothermel & Dichter, LLP
                              485 Madison Avenue, 15th Floor
18                             New York, NY  10022
                              (212) 935-6020
19                             (212) 753-8101 Fax
                              Attorneys for Defendant
20                             Impulse Marketing Group, Inc.
21

22

23

24

25

26

1

2    I hereby certify that on September 1, 2005, I electronically filed the

3    **Defendant's Motion for Dismissal of Third-Party Defendant Lew Reed** with

4    the Clerk of the Court using the CM/ECF System which will send notification of

5    such filing to the following: Douglas E. McKinley, Jr., and I hereby certify that I

6    have sent via internet email the document to the following non-CM/ECF

7    participants: David O. Klein, Peter J. Glantz, Sean A. Moynihan.

8

9                          <u>S/ FLOYD E. IVEY</u>
                          FLOYD E. IVEY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Defendant's Motion for Dismissal of Third-Party Plaintiff Lew        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Reed    -PAGE 3 OF 3-                                                         ATTORNEYS AT LAW
                                                                     1141 North Edison, Suite C
                                                                     Kennewick, WA  99336
                                                                     (509) 735-3581