1  Liebler, Ivey, Conner, Berry & St. Hilaire
2  By:    Floyd E. Ivey
   1141 N. Edison, Suite C
3  P.O. Box 6125
   Kennewick, Washington 99336
4  Local Counsel for Defendant
   Impulse Marketing Group, Inc.
5
6  Klein, Zelman, Rothermel, & Dichter, L.L.P.
   By:    Sean Moynihan, Esq.
7  485 Madison Avenue
   New York, New York 10022
8  Telephone Number (212) 935-6020
   Facsimile Number (212) 753-8101
9  Attorneys for Defendant
   Impulse Marketing Group, Inc.
10

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND**

| | |
|---|---|
| JAMES S. GORDON, JR.,              )<br>                                    )<br>    Plaintiff(s),                  )<br>                                    )<br>v.                                  )<br>                                    )<br>IMPULSE MARKETING GROUP, INC.,      )<br>                                    )<br>    Defendant(s).                   )<br>                                    )<br>IMPULSE MARKETING GROUP, INC.,      )<br>                                    )<br>    Third-Party Plaintiff,          )<br>                                    )<br>v.                                  )<br>                                    )<br>BONNIE GORDON, JAMES S. GORDON,     )<br>III, JONATHAN GORDON, JAMILA        )<br>GORDON, ROBERT PRITCHETT, EMILY     )<br>ABBEY and LEW REED,                 )<br>                                    )<br>    Third-Party Defendants.         ) | No. CV 04-5125-FVS<br><br>**ORDER ON DEFENDANT IMPULSE'S MOTION TO DISMISS THIRD-PARTY DEFENDANT LEW REED**<br><br>**JURY TRIAL REQUESTED** |

Order on Motion for Dismissal of Third-Party Plaintiff Lew Reed -PAGE 1 OF 2-

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
ATTORNEYS AT LAW
1141 North Edison, Suite C
Kennewick, WA  99336
(509) 735-3581

Dockets.Justia.com

1  The court having considered Defendant and Third-Party Plaintiff Impulse
2  Marketing Group, Inc.'s Motion to Dismiss Third-Party Defendant Lew Reed and
3  the Declaration of Floyd E. Ivey in Support of Defendant's Motion to Dismiss
4  Third-Party Defendant Lew Reed now (grants) (denies) said motion.

Dated this _____ day of September, 2005.

_____
JUDGE VAN SICKLE

I hereby certify that on September 1, 2005, I electronically filed the **Order on Defendant's Motion for Dismissal of Third-Party Defendant Lew Reed** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Douglas E. McKinley, Jr., and I hereby certify that I have sent via internet email the document to the following non-CM/ECF participants: David O. Klein, Peter J. Glantz, Sean A. Moynihan.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Order on Motion for Dismissal of Third-Party Plaintiff Lew Reed
-PAGE 2 OF 2-

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
ATTORNEYS AT LAW
1141 North Edison, Suite C
Kennewick, WA  99336
(509) 735-3581