1  Liebler, Ivey, Conner, Berry & St. Hilaire
2  By:     Floyd E. Ivey
   1141 N. Edison, Suite C
3  P.O. Box 6125
   Kennewick, Washington 99336
4  Local Counsel for Defendant
   Impulse Marketing Group, Inc.
5

6  Klein, Zelman, Rothermel, & Dichter, L.L.P.
   By:     Sean Moynihan, Esq.
7  485 Madison Avenue
   New York, New York 10022
8  Telephone Number (212) 935-6020
   Facsimile Number (212) 753-8101
9  Attorneys for Defendant
   Impulse Marketing Group, Inc.
10

11           **IN THE UNITED STATES DISTRICT COURT**
             **FOR THE EASTERN DISTRICT OF WASHINGTON**
12                           **AT RICHLAND**

13

| | | |
|---|---|---|
| JAMES S. GORDON, JR., | ) | No. CV 04-5125-FVS |
| | ) | |
| Plaintiff(s), | ) | **DECLARATION OF FLOYD E. IVEY** |
| | ) | **IN SUPPORT OF DEFENDANT'S** |
| v. | ) | **MOTION FOR DISMISSAL OF** |
| | ) | **THIRD-PARTY DEFENDANT LEW** |
| IMPULSE MARKETING GROUP, INC., | ) | **REED** |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | **JURY TRIAL REQUESTED** |
| IMPULSE MARKETING GROUP, INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT, EMILY ABBEY and LEW REED, | ) ) ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |

Declaration of Floyd E. Ivey in Support of Defendant's Motion for Dismissal of Third-Party Plaintiff Lew Reed    -PAGE 1 OF 3-

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
ATTORNEYS AT LAW
1141 North Edison, Suite C
Kennewick, WA  99336
(509) 735-3581

I am counsel for Defendant and Third-Party Plaintiff Impulse Marketing Group Inc. Mr. Lew Reed has been named as a Third-Party Defendant in Defendant Impulse's Third-Party Complaint. There has been no appearance on behalf of Mr. Lew Reed and Mr. Reed has not been served. However, Plaintiff, whose counsel has not entered appearances on behalf of any Third-Party Defendant, has brought a Motion to Dismiss or alternatively a Motion for Summary Judgment for Dismissal of all Third-Party Defendants. Counsel for Plaintiff is not inclined to stipulate to the dismissal of Mr. Reed except on terms.

Date: September 1, 2005.

s/ FLOYD E. IVEY
WSBA #6888
Liebler, Ivey, Connor, Berry & St. Hilaire
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA  99336
Local Counsel for Defendant
Impulse Marketing Group, Inc.

s/ SEAN A. MOYNIHAN
Sean A. Moynihan, Esq. (admitted pro hac vice)
Klein, Zelman, Rothermel & Dichter, LLP
485 Madison Avenue, 15th Floor
New York, NY  10022
(212) 935-6020
(212) 753-8101 Fax
Attorneys for Defendant
Impulse Marketing Group, Inc.

Declaration of Floyd E. Ivey in Support of Defendant's Motion for Dismissal of Third-Party Plaintiff Lew Reed     -PAGE 2 OF 3-

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
ATTORNEYS AT LAW
1141 North Edison, Suite C
Kennewick, WA  99336
(509) 735-3581

1  
2   I hereby certify that on September 1, 2005, I electronically filed the
3   **Declaration of Floyd E. Ivey in Support of Defendant's Motion for Dismissal
4   of Third-Party Defendant Lew Reed** with the Clerk of the Court using the
5   CM/ECF System which will send notification of such filing to the following:
6   Douglas E. McKinley, Jr., and I hereby certify that I have sent via internet email
7   the document to the following non-CM/ECF participants: David O. Klein, Peter J.
    Glantz, Sean A. Moynihan.
8                   S/ FLOYD E. IVEY
9                   FLOYD E. IVEY
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Declaration of Floyd E. Ivey in Support of Defendant's Motion  
for Dismissal of Third-Party Plaintiff Lew Reed    -PAGE 3 OF 3-

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE  
ATTORNEYS AT LAW  
1141 North Edison, Suite C  
Kennewick, WA 99336  
(509) 735-3581