1  Liebler, Ivey, Conner, Berry & St. Hilaire
2  By:    Floyd E. Ivey
   1141 N. Edison, Suite C
3  P.O. Box 6125
   Kennewick, Washington 99336
4  Local Counsel for Defendant
   Impulse Marketing Group, Inc.
5

6  Klein, Zelman, Rothermel, & Dichter, L.L.P.
   By:    Sean Moynihan, Esq.
7  485 Madison Avenue
   New York, New York 10022
8  Telephone Number (212) 935-6020
   Facsimile Number (212) 753-8101
9  Attorneys for Defendant
   Impulse Marketing Group, Inc.
10

11                **IN THE UNITED STATES DISTRICT COURT**
                  **FOR THE EASTERN DISTRICT OF WASHINGTON**
12                             **AT RICHLAND**

13

14 | JAMES S. GORDON, JR.,                          )    No. CV 04-5125-FVS
   |                                                )
15 |     Plaintiff(s),                              )    **DEFENDANT'S MEMEORANDUM IN**
   |                                                )    **SUPPORT OF MOTION FOR**
16 | v.                                             )    **DISMISSAL OF THIRD-PARTY**
   |                                                )    **DEFENDANT LEW REED**
17 | IMPULSE MARKETING GROUP, INC.,                 )    **(WITHOUT ORAL AGRUMENT)**
   |                                                )
18 |     Defendant(s).                              )
   |                                                )
19 |                                                )    **JURY TRIAL REQUESTED**
   |                                                )
20 | IMPULSE MARKETING GROUP, INC.,                 )
   |                                                )
21 |     Third-Party Plaintiff,                     )
   |                                                )
22 | v.                                             )
   |                                                )
23 | BONNIE GORDON, JAMES S. GORDON,                )
   | III, JONATHAN GORDON, JAMILA                   )
24 | GORDON, ROBERT PRITCHETT, EMILY                )
   | ABBEY and LEW REED,                            )
25 |                                                )
   |                                                )
26 |     Third-Party Defendants.                    )

Defendant's Memorandum in Support of Motion for Dismissal of       LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Third-Party Plaintiff Lew Reed    -PAGE 1 OF 3-                              ATTORNEYS AT LAW
                                                                         1141 North Edison, Suite C
                                                                          Kennewick, WA  99336
                                                                             (509) 735-3581

Dockets.Justia.com

Defendant and Third-Party Plaintiff, Impulse Marketing Group Inc., has filed a Third-Party Complaint naming as a Third-Party Defendant Mr. Lew Reed. Mr. Reed has not been served and there has been no Notice of Appearance entered on his behalf. Plaintiff, not having appeared for any Third-Party Defendant, has filed a Motion to Dismiss or alternatively for Summary Judgment for Dismissal of all Third-Party Defendants. Plaintiff's Motion for Summary Judgment allows for Dismissal by Stipulation of all who have Appeared pursuant to Federal Rule of Civil Procedure 41(a)(1). However, Plaintiff is reluctant to stipulate to dismissal except on terms. Hence Defendant moves for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). This Motion is for Dismissal without Prejudice.

Date: September 1, 2005

>s/ FLOYD E. IVEY
WSBA #6888
Liebler, Ivey, Connor, Berry & St. Hilaire
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Local Counsel for Defendant
Impulse Marketing Group, Inc.

Defendant's Memorandum in Support of Motion for Dismissal of Third-Party Plaintiff Lew Reed    -PAGE 2 OF 3-

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
ATTORNEYS AT LAW
1141 North Edison, Suite C
Kennewick, WA 99336
(509) 735-3581

        s/ SEAN A. MOYNIHAN
Sean A. Moynihan, Esq. (admitted pro hac vice)
Klein, Zelman, Rothermel & Dichter, LLP
485 Madison Avenue, 15th Floor
New York, NY  10022
(212) 935-6020
(212) 753-8101 Fax
Attorneys for Defendant
Impulse Marketing Group, Inc.

I hereby certify that on September 1, 2005, I electronically filed the **Memorandum In Support of Defendant's Motion for Dismissal of Third-Party Defendant Lew Reed** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Douglas E. McKinley, Jr., and I hereby certify that I have sent via internet email the document to the following non-CM/ECF participants: David O. Klein, Peter J. Glantz, Sean A. Moynihan.

        S/ FLOYD E. IVEY
        FLOYD E. IVEY

Defendant's Memorandum in Support of Motion for Dismissal of Third-Party Plaintiff Lew Reed    -PAGE 3 OF 3-

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
ATTORNEYS AT LAW
1141 North Edison, Suite C
Kennewick, WA  99336
(509) 735-3581