1  Liebler, Ivey, Conner, Berry & St. Hilaire
2  By:     Floyd E. Ivey
   1141 N. Edison, Suite C
3  P.O. Box 6125
   Kennewick, Washington 99336
4  Local Counsel for Defendant
   Impulse Marketing Group, Inc.
5
6  Klein, Zelman, Rothermel, & Dichter, L.L.P.
   By:     Sean Moynihan, Esq.
7  485 Madison Avenue
   New York, New York 10022
8  Telephone Number (212) 935-6020
   Facsimile Number (212) 753-8101
9  Attorneys for Defendant
10 Impulse Marketing Group, Inc.

11           **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE EASTERN DISTRICT OF WASHINGTON**
12                        **AT RICHLAND**

13

| | | |
|---|---|---|
| 14 | JAMES S. GORDON, JR., | ) No. CV 04-5125-FVS |
| 15 | Plaintiff(s), | ) **NOTICE OF HEARING OF** |
|    |               | ) **DEFENDANT'S MOTION FOR** |
| 16 | v. | ) **DISMISSAL OF THIRD-PARTY** |
|    |    | ) **DEFENDANT LEW REED** |
| 17 | IMPULSE MARKETING GROUP, INC., | ) **(WITHOUT ORAL ARGUMENT)** |
| 18 | Defendant(s). | ) |
| 19 |  | ) **JURY TRIAL REQUESTED** |
| 20 | IMPULSE MARKETING GROUP, INC., | ) |
| 21 | Third-Party Plaintiff, | ) |
| 22 | v. | ) |
| 23 | BONNIE GORDON, JAMES S. GORDON, | ) |
| 24 | III, JONATHAN GORDON, JAMILA | ) |
|    | GORDON, ROBERT PRITCHETT, EMILY | ) |
| 25 | ABBEY and LEW REED, | ) |
| 26 | Third-Party Defendants. | ) |

Notice of Hearing of Motion for Dismissal of Third-Party            LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Plaintiff Lew Reed    -PAGE 1 OF 3-                                               ATTORNEYS AT LAW
                                                                              1141 North Edison, Suite C
                                                                               Kennewick, WA  99336
                                                                                  (509) 735-3581

Dockets.Justia.com

Defendant's Motion for Dismissal of Third-Party Defendant Lew Reed is set for hearing on September 28, 2005, contemporaneously with Plaintiff's Motion to Dismiss Third-Party Defendants or alternatively for Summary Judgment.

Date:  September 1, 2005

              s/ FLOYD E. IVEY
              WSBA #6888
              Liebler, Ivey, Connor, Berry & St. Hilaire
              By:  Floyd E. Ivey
              1141 N. Edison, Suite C
              P.O. Box 6125
              Kennewick, WA  99336
              Local Counsel for Defendant
              Impulse Marketing Group, Inc.

              s/ SEAN A. MOYNIHAN
              Sean A. Moynihan, Esq. (admitted pro hac vice)
              Klein, Zelman, Rothermel & Dichter, LLP
              485 Madison Avenue, 15th Floor
              New York, NY  10022
              (212) 935-6020
              (212) 753-8101 Fax
              Attorneys for Defendant
              Impulse Marketing Group, Inc.

Notice of Hearing of Motion for Dismissal of Third-Party Plaintiff Lew Reed    -PAGE 2 OF 3-

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
ATTORNEYS AT LAW
1141 North Edison, Suite C
Kennewick, WA  99336
(509) 735-3581

I hereby certify that on September 1, 2005, I electronically filed the **Notice of Hearing of Defendant's Motion for Dismissal of Third-Party Defendant Lew Reed** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Douglas E. McKinley, Jr., and I hereby certify that I have sent via internet email the document to the following non-CM/ECF participants: David O. Klein, Peter J. Glantz, Sean A. Moynihan.

<u>S/ FLOYD E. IVEY</u>
FLOYD E. IVEY

Notice of Hearing of Motion for Dismissal of Third-Party
Plaintiff Lew Reed    -PAGE 3 OF 3-

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
ATTORNEYS AT LAW
1141 North Edison, Suite C
Kennewick, WA  99336
(509) 735-3581