1

2  Floyd E. Ivey
   Liebler, Ivey & Connor, P.S.
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   Telephone (509) 735-3581
5  Fax (509) 735-3585

6

7  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE EASTERN DISTRICT OF WASHINGTON**

8

9  JAMES S. GORDON, JR., an individual )    NO. CV-04-5125-FVS
   residing in Benton County, Washington, )
10                                         )
                Plaintiffs                 )  DEFENDANT'S SECOND
11                                         )  MOTION FOR EXTENSION
   vs.                                     )  OF TIME TO FILE RESPONSE
12                                         )  TO PLAINTIFF'S MOTION
   IMPULSE MARKETING GROUP, INC.,          )  TO DISMISS OR FOR
13 a Nevada Corporation,                   )  SUMMARY JUDGMENT OR
                                           )  IN THE ALTERNATIVE TO
14              Defendants                 )  STRIKE PLAINTIFF'S
   _____ )  MOTION
15 IMPULSE MARKETING GROUP, INC.,          )
                                           )
16        Third-Party Plaintiff,           )
                                           )
17 vs.                                     )
                                           )
18 BONNIE GORDON, JAMES S. GORDON,         )
   III, JONATHAN GORDON, JAMILA            )
19 GORDON, ROBERT PRITCHETT and            )
   EMILY ABBEY,                            )
20                                         )
          Third-Party Defendants.          )
21 _____ )

22   Defendant Impulse Marketing Group, Inc. has filed on September 6, 2005

23 its First Amended Defendant's Answer and now requests an extension of time,

24 from September 7, 2005, to file its Response to Plaintiff's Motion to Dismiss or

25 for Summary Judgment scheduled for hearing September 28, 2005. Defendant's

26 Response is due September 7, 2005. This motion is based on the Declaration of

27

28  Defendant's Second Motion For Extension of Time to File
    Response to Plaintiff's Motion to Dismiss and for Summary
    Judgment - 1.
    Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for
    S u m m a r y
    Judgment\DefendantsSecondMotionExtension.050906\Defendant.Second.Motion.
    Extension.Time.File.Response.050906.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Floyd E. Ivey of September 6, 2005 and Defendant's Memorandum of Authorities Supporting Second Motion for Extension.

DATED this 6th day of September, 2005.

        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

        By /s/  FLOYD E. IVEY
            FLOYD E. IVEY, WSBA #6888
            Local Counsel for Defendant


        KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP

        By PETER J. GLANTZ by telephone authority by
        /S/FLOYD E. IVEY
        PETER J. GLANTZ
          Attorneys for Defendant


    I hereby certify that on September 6, 2005, I electronically filed **Defendant's Second Motion for Extension of Time to File Response to Plaintiff's Motion to Dismiss or for Summary Judgment** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

        S/ FLOYD E. IVEY
        FLOYD E. IVEY

Defendant's Second Motion For Extension of Time to File Response to Plaintiff's Motion to Dismiss and for Summary Judgment - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for S u m m a r y Judgment\DefendantsSecondMotionExtension.050906\Defendant.Second.Motion.Extension.Time.File.Response.050906.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581