Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants.<br>_____ | NO. CV-04-5125-FVS<br><br>ORDER ON DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT |

The court having considered the Second Motion For the Defendant's Extension of Time to file Defendant's Response to Plaintiff's Motion to Dismiss or for Summary Judgment to September 21, 2005 or in the alternative to strike Plaintiff's Motion to Dismiss; the Court now (grants / denies Defendant's Motion for Extension to file Response to September 21, 2005) (grants / denies Defendant's Motion to Strike Plaintiff's Motion to Dismiss).

Order on Second Motion for Extension - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\DefendantsSecondMotionExtension.050906\Order on Defendant Second Motion Extension.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  Dated this _____ day of September, 2005.

2

3  _____
   **JUDGE VAN SICKLE**

4

5  I hereby certify that on September 6, 2005, I electronically filed **Order on Defendant's Second Motion for Extension of Time to File Response to Plaintiff's Motion to Dismiss or for Summary Judgment** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

6

7  S/ FLOYD E. IVEY
   _____
8  FLOYD E. IVEY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order on Second Motion for Extension - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\DefendantsSecondMotionExtension.050906\Order on Defendant Second Motion Extension.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581