1

2   Floyd E. Ivey
    Liebler, Ivey & Connor, P.S.
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585

6

7   **IN THE UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF WASHINGTON**

8

| | |
|---|---|
| 9  JAMES S. GORDON, JR., an individual residing in Benton County, Washington, | NO. CV-04-5125-FVS |
| 10 | DECLARATION OF FLOYD E. IVEY SUPPORTING DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE TO STRIKE PLAINTIFF'S MOTION |
| Plaintiffs | |
| 11  vs. | |
| 12 | |
| IMPULSE MARKETING GROUP, INC., a Nevada Corporation, | |
| 13 | |
| 14  Defendants | |
| 15  IMPULSE MARKETING GROUP, INC., | |
| 16  Third-Party Plaintiff, | |
| 17  vs. | |
| 18  BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY, | |
| 19 | |
| 20 | |
| Third-Party Defendants. | |
| 21 | |

22   I am counsel for Defendant. Defendant has filed its Answer with Counter

23   Claims and a Third-Party Complaint. Plaintiff has not filed a responsive pleading.

24   Plaintiff has filed a Motion to Dismiss Defednant's Counterclaims and Third Party

25   Complaint. Defendant's Response to Plaintiff's Motion to Dismiss was extended

26   by order of the court to September 7, 2005.

27

28   Declaration of Floyd E. Ivey in Support of Second Motion For Extension of Time to File Response to Plaintiff's Motion to Dismiss and for Summary Judgment - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for S u m m a r y Judgment\DefendantsSecondMotionExtension.050906\Declaration.Ivey.Supporting.Defendant.Second.Motion.Extension.Time.File.Response.050906.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  Defendant has filed its First Amended Defendant's Answer, Counterclaims and Third-Party Complaint on September 6, 2005. Defendant requests a further extension of time to file its Response to Plaintiff's Motion to September 21, 2005 or in the alternative the Defendant requests that Plaintiff's Motin to Dismiss be stricken in light of Defendant's filing of its First Amended Defendant's Answer.

DATED this 6th day of September, 2005.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By /s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA #6888
Local Counsel for Defendant

KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP

By PETER J. GLANTZ by telephone authority by
/S/FLOYD E. IVEY
PETER J. GLANTZ
    Attorneys for Defendant

I hereby certify that on September 6, 2005, I electronically filed **Declaration of Floyd E. Ivey in Support of Defendant's Second Motion for Extension of Time to File Response to Plaintiff's Motion to Dismiss or for Summary Judgment** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

S/ FLOYD E. IVEY
FLOYD E. IVEY

---

Declaration of Floyd E. Ivey in Support of Second Motion For Extension of Time to File Response to Plaintiff's Motion to Dismiss and for Summary Judgment - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\DefendantsSecondMotionExtension.050906\Declaration.Ivey.Supporting.Defendant.Second.Motion.Extension.Time.File.Response.050906.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581