Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants.<br>_____ | NO. CV-04-5125-FVS<br>MEMORANDUM SUPPORTING DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE TO STRIKE PLAINTIFF'S MOTION |

Defendant has filed its Answer with Counter Claims and a Third-Party Complaint. Plaintiff has not filed a responsive pleading. Plaintiff has filed a Motion to Dismiss Defendant's Counterclaims and Third Party Complaint. Defendant's Response to Plaintiff's Motion to Dismiss was extended by order of the court to September 7, 2005.

---

Memorandum Supporting Defendant's Second Motion For Extension of Time to File Response to Plaintiff's Motion to Dismiss and for Summary Judgment - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\DefendantsSecondMotionExtension.050906\Defendants.Memorandum.Supporting.Defendant.Second.Motion.Extension.Time.File.Response.050906.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1 Defendant has filed its First Amended Defendant's Answer, Counterclaims
2 and Third-Party Complaint on September 6, 2005.  Defendant requests a further
3 extension of time to file its Response to Plaintiff's Motion to September 21, 2005
4 or in the alternative the Defendant requests that Plaintiff's Motion to Dismiss be
5 stricken in light of Defendant's filing of its First Amended Defendant's Answer.

6 A party may amend the party's pleading once as a matter of course at any
7 time before a responsive pleading is served.  Federal Rules of Civil Procedure
8 Rule 15(a); *Ascon Properties, Inc. v. Mobil Oil Co.* 866 F.2d 1149, 1160 (9th. Cir.
9 Cal. 1989).  Plaintiff's Motion to Dismiss is not a responsive pleading.  FRCP 7(a)
10 defines "pleadings" as a complaint and answer; a reply to a counterclaim; an
11 answer to a cross-claim; and a third party complaint and answer. Anything else is a
12 motion or paper. The requirement in Rule 8(c) that a party set forth the affirmative
13 defenses listed in that rule applies only to responsive "pleadings," not to motions.
14 A motion to dismiss is not a pleading.  *Morrison v. Mahoney* 399 F.3d 1042, 1046
15 (9th Cir. Mont. 2005).

16 Defedant requests either an extension of time to September 21, 2005 for
17 the filing of its Response to Plaintiff's Motion to Dismiss or alternatively for
18 Plaintiff's Motion to be stricken in light of the filing of First Amended
19 Defendant's Answer, Counterclaims and Third-Party Complaint.

20 DATED this 6th day of September, 2005.

21        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

23     By /s/  FLOYD E. IVEY
     FLOYD E. IVEY, WSBA #6888
24     Local Counsel for Defendant

28 Memorandum Supporting Defendant's Second Motion For Extension of Time to File Response to Plaintiff's Motion to Dismiss and for Summary Judgment - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\DefendantsSecondMotionExtension.050906\Defendants.Memorandum.Supporting.Defendant.Second.Motion.Extension.Time.File.Response.050906.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP

By PETER J. GLANTZ by telephone authority by
/S/FLOYD E. IVEY
PETER J. GLANTZ
   Attorneys for Defendant

I hereby certify that on September 6, 2005, I electronically filed **Defendant's Memorantum in Support of Defendant's Second Motion for Extension of Time to File Response to Plaintiff's Motion to Dismiss or for Summary Judgment** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

S/ FLOYD E. IVEY
FLOYD E. IVEY

---

Memorandum Supporting Defendant's Second Motion For Extension of Time to File Response to Plaintiff's Motion to Dismiss and for Summary Judgment - 3.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\DefendantsSecondMotionExtension.050906\Defendants.Memorandum.Supporting.Defendant.Second.Motion.Extension.Time.File.Response.050906.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581