Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants.<br>_____ | NO. CV-04-5125-FVS<br><br>**NOTE FOR HEARING**<br><br>WITHOUT ORAL ARGUMENT<br><br>(DATE OF HEARING: September 7, 2005 @ 6:30) |

PLEASE TAKE NOTICE that Defendant's Second Motion for Extension of Time to File Response to Plaintiff's Motion to Dismiss or Summary Judgment on September 7, 2005 at 6:30 p.m., or as soon thereafter as the Court deems appropriate, without oral argument.

Note for Hearing - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1     Dated: September 6, 2005

2                 LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

3

4               By  s/ FLOYD E. IVEY
                  FLOYD E. IVEY, WSBA#6888
                  Attorneys for Defendant

5

6     I hereby certify that on September 6, 2005, I electronically filed **Notice of Hearing** with the Clerk of the Court using the CM/ECF System which will send

7  notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

8                  S/ FLOYD E. IVEY

9                  FLOYD E. IVEY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Note for Hearing - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581