|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF WASHINGTON | |

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendant. | No. CV-04-5125-FVS<br><br>**ORDER AND NOTICE OF HEARING** |
| IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants. | |

The Court, being fully advised, now, therefore,

**IT IS HEREBY ORDERED:**

1. The September 28, 2005, hearing on Plaintiff's Motion to Dismiss Counterclaims and Third Party Defendants Under FRCP 12(b)(6) or in the Alternative For Summary Judgment Under FRCP 56 or in the Alternative To Dismiss Under FRCP 9(b), **Ct. Rec. 40**, is **STRICKEN and RESET for October 12, 2005, in Richland, Washington, at 2:00 p.m.**,

**ORDER AND NOTICE OF HEARING** - 1

**unless the parties confirm with the Court through a joint, WRITTEN stipulation, that they wish the hearing to be telephonic.**

    2.  Defendant's Motion for Dismissal of Third-Party Defendant Lew Reed, **Ct. Rec. 50**, is **SET FOR HEARING on October 12, 2005, in Richland, Washington, at 2:00 p.m. unless the parties confirm with the Court through a joint, WRITTEN stipulation, that they wish the hearing to be telephonic.**

    3.  Defendant's Second Motion for Extension of Time to File Response to Plaintiff's Motion to Dismiss or For Summary Judgment or in the Alternative to Strike Plaintiff's Motion, **Ct. Rec. 54**, is **GRANTED IN PART AND DENIED IN PART**:  Defendant shall file its response to Plaintiff's Motion to Dismiss or For Summary Judgment, Ct. Rec. 40, by 5:00 p.m. on September 23, 2005.  Plaintiff's reply, if any, shall be filed by 5:00 p.m. on September 30, 2005.

    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

    **DATED** this <u>7th</u> day of September, 2005.

                            s/ Fred Van Sickle
                               Fred Van Sickle
                    Chief United States District Judge