Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants.<br>_____ | NO. CV-04-5125-FVS<br><br>DEFENDANT'S MOTION TO SHORTEN TIME FOR CONSIDERATION OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION TO DISMISS OR FOR CLARIFICATION |

Defendant moves to Shorten Time to September 9, 2005 for hearing of Defendant's Motion to Strike Plaintiff's Motion to Dismiss and in the Alternative to Clarify Which Pleading is the Subject of Plaintiff's Motion. This Motion is based on the contemporaneously filed Defendant's Motion to Strike Plaintiff's Motion set for October 12, 2005 and Defendant's Memorandum Supporting Defendant's Motion to Strike. This Motion to Shorten Time and Defendant's

Defendant's Motion to Shorten Time for Consideration of
Defendant's Motion to Strike Plaintiff's Motion to Dismiss or for
Clarification - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for
Summary Judgment\Defendants Motion to Shorten
Time\Defendant.Motion.Shorten.Time.Strike.PlaintiffsMotionDismiss.050908.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  Motion to Strike has been transmitted to Plaintiff's Counsel.

2  DATED this 8th day of September, 2005.

3  LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

4  By /s/  FLOYD E. IVEY
   FLOYD E. IVEY, WSBA #6888
5  Local Counsel for Defendant

6

7

8  I hereby certify that on September 8, 2005, I electronically filed **Defendant's Motion to Shorten Time for Consideration of Defendant's Motion to Strike Plaintiff's Motion to Dismiss or For Clarification** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

9

10

11  S/ FLOYD E. IVEY
    FLOYD E. IVEY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant's Motion to Shorten Time for Consideration of Defendant's Motion to Strike Plaintiff's Motion to Dismiss or for Clarification - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\Defendants Motion to Shorten Time\Defendant.Motion.Shorten.Time.Strike.PlaintiffsMotionDismiss.050908.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581