Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, | NO. CV-04-5125-FVS |
| Plaintiffs | **NOTE FOR HEARING** |
| vs. | |
| IMPULSE MARKETING GROUP, INC., a Nevada Corporation, | WITHOUT ORAL ARGUMENT |
| Defendants | (DATE OF HEARING: September 9, 2005 @ 6:30 pm) |
| IMPULSE MARKETING GROUP, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY, | |
| Third-Party Defendants. | |

PLEASE TAKE NOTICE that Defendant's Motion to Shorten Time is scheduled for September 9, 2005 at 6:30 p.m., without oral argument, or as soon thereafter as the Court deems appropriate.

Note for Hearing - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dated:   September 8, 2005

                LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By  s/ FLOYD E. IVEY
     FLOYD E. IVEY, WSBA#6888
     Attorneys for Defendant

I hereby certify that on September 8, 2005, I electronically filed **Notice of Hearing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

                S/ FLOYD E. IVEY
                FLOYD E. IVEY

Note for Hearing - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581