1

2   Floyd E. Ivey
    Liebler, Ivey & Connor, P.S.
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585

6

7           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF WASHINGTON
8

9   JAMES S. GORDON, JR., an individual        )    NO.  CV-04-5125-FVS
    residing in Benton County, Washington,     )
10                                             )
                    Plaintiffs                 )    DEFENDANT'S MOTION
11                                             )    TO STRIKE PLAINTIFF'S
    vs.                                        )    MOTION TO DISMISS
12                                             )    AND IN THE ALTERNATIVE
    IMPULSE MARKETING GROUP, INC.,             )    FOR CLARIFICATION OF
13  a Nevada Corporation,                      )    THE PLEADING WHICH
                                               )    IS SUBJECT TO PLAINTIFF'S
14                  Defendants                 )    MOTION
    _____   )
15  IMPULSE MARKETING GROUP, INC.,             )
                                               )
16          Third-Party Plaintiff,             )
                                               )
17  vs.                                        )
                                               )
18  BONNIE GORDON, JAMES S. GORDON,            )
    III, JONATHAN GORDON, JAMILA               )
19  GORDON, ROBERT PRITCHETT and               )
    EMILY ABBEY,                               )
20                                             )
            Third-Party Defendants.            )
21  _____   )

22          Defendant Impulse Marketing Group, Inc. filed on September 6, 2005 its

23  First Amended Answer, Amended Counterclaims and Amended Third-Party

24  Complaint.

25          Plaintiff's Motion To Dismiss Counterclaims and Third Party Defendants

26  under FRCP 12(b)(6) or in the Alternative for Summary Judgement under FRCP

27

28  Defendant's Motion to Strike Plaintiff's Motion to Dismiss and in
    the Alternative for Clarification of the Pleading which is Subject to
    Plaintiff's Motion - 1.
    Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for
    S       u       m       m       a       r       y
    Judgment\DEfednant'sMotionStrikeorForClarification\Defendant.Motion.Clarify.
    Argument.PlaintiffsMotionDismiss.050908.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

56 or in the Alternative to Dismiss Under FRCP 9(b)(hereafter Plaintiff's Motion

to Dismiss) remains, pertaining to the original Defendant's Answer, Counterclaims

and Third Party Complaint, and is now rescheduled for October 12, 2005.

Defendant moves to Strike Plaintiff's Motion to Dismiss and in the

alternative for clarification of the pleading which is the subject of Plaintiff's

Motion to Dismiss.  This Motion is based on the Defendant's Memorandum in

Support of Defendant's Motion to Strike Plaintiff's Motion to Dismiss and in the

Alternative for Clarification of Which Pleading is the Subject of Plaintiff's

Motion.

DATED this 8th day of September, 2005.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By /s/  FLOYD E. IVEY
FLOYD E. IVEY, WSBA #6888
Local Counsel for Defendant

I hereby certify that on September 8, 2005, I electronically filed **Defendant's Motion to Strike Plaintiff's Motion to Dismiss and in the Alternative for Clarification of the Pleading Which is Subject to Plaintiff's Motion** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Defendant's Motion to Strike Plaintiff's Motion to Dismiss and in the Alternative for Clarification of the Pleading which is Subject to Plaintiff's Motion - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for S u m m a r y Judgment\DEfednant'sMotionStrikeorForClarification\Defendant.Motion.Clarify. Argument.PlaintiffsMotionDismiss.050908.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581