Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>    Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>    Defendants<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>    Third-Party Defendants.<br>_____ | NO. CV-04-5125-FVS<br><br>ORDER ON DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION TO DISMISS AND IN THE ALTERNATIVE FOR CLARIFICATION OF THE PLEADING WHICH IS SUBJECT TO PLAINTIFF'S MOTION |

The court having considered Defendant's Motion to Strike Plaintiff's Motion to Dismiss and in the Alternative for Clarification of the Pleading which is Subject to Plaintiff's Motion now (grants) (denies) Motion to Strike and (grants) (denies) Motion to Clarify which Pleading is Subject to Plaintiff's Motion..

Dated this _____ day of September, 2005.

_____
JUDGE VAN SICKLE

Order on Defendant's Motion to Clarify - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\DEfednant'sMotionStrikeorForClarification\Order on Motion to Clarify 050908.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1

2   I hereby certify that on September 8, 2005, I electronically filed **Order on Defendant's Motion to Strike Plaintiff's Motion to Dismiss and in the Alternative for Clarification of the Pleading which is Subject to Plaintiff's Motion** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

3

4

5

        S/ FLOYD E. IVEY
6       FLOYD E. IVEY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order on Defendant's Motion to Clarify - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for SummaryJudgment\DEfednant'sMotionStrikeorForClarification\Order on Motion to Clarify 050908.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581