1

2  Floyd E. Ivey
   Liebler, Ivey & Connor, P.S.
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   Telephone (509) 735-3581
5  Fax (509) 735-3585

6

7              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF WASHINGTON
8

9  JAMES S. GORDON, JR., an individual    )    NO.  CV-04-5125-FVS
   residing in Benton County, Washington,  )
10                                         )
                    Plaintiffs             )    DECLARATION OF FLOYD
11                                         )    E. IVEY IN SUPPORT OF
   vs.                                     )    DEFENDANT'S MOTION TO
12                                         )    STRIKE PLAINTIFF'S
   IMPULSE MARKETING GROUP, INC.,          )    MOTION TO DISMISS OR
13 a Nevada Corporation,                   )    FOR CLARIFICATION OF
                                           )    WHICH PLEADING IS
14                  Defendants             )    SUBJECT TO PLAINTIFF'S
   _____ )    MOTION TO DISMISS
15 IMPULSE MARKETING GROUP, INC.,          )
                                           )
16        Third-Party Plaintiff,           )
                                           )
17 vs.                                     )
                                           )
18 BONNIE GORDON, JAMES S. GORDON,         )
   III, JONATHAN GORDON, JAMILA            )
19 GORDON, ROBERT PRITCHETT and            )
   EMILY ABBEY,                            )
20                                         )
          Third-Party Defendants.          )
21 _____ )

22       I am one of the attorneys appearing for the Defendant Impulse Marketing

23 Group, Inc. which filed, on September 6, 2005 its First Amended Answer,

24 Amended Counterclaims and Amended Third-Party Complaint.

25       Plaintiff's Motion To Dismiss Counterclaims and Third Party Defendants

26 under FRCP 12(b)(6) or in the Alternative for Summary Judgment under FRCP 56

27 or in the Alternative to Dismiss Under FRCP 9(b)(hereafter Plaintiff's Motion to

28

Declaration of Floyd E. Ivey in Support of Motion to Clarify - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for
S u m m a r y
Judgment\DEfednant'sMotionStrikeorForClarification\DeclarationFloydEIvey
reDefendant.Motion Strike Clarify 050908.wpd

Dockets.Justia.com

1  Dismiss) remains, pertaining to the original Defendant's Answer, Counterclaims

2  and Third Party Complaint, and is now rescheduled for October 12, 2005.

3      Counsel for Plaintiff and I have discussed Plaintiff's striking the Motion to

4  Dismiss set for October 12, 2005 without agreement being reached.

5      I certify and declare, under penalty of perjury under the laws of the State of

6  Washington, that the foregoing is true and correct.

7      DATED this 8th day of September, 2005.

8                  LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

9          By /s/ <u>FLOYD E. IVEY</u>

10             FLOYD E. IVEY, WSBA #6888
               Local Counsel for Defendant

11

12

13

14

15      I hereby certify that on September 8 2005, I electronically filed **Declaration
       of Floyd E. Ivey in Support of Defendant's Motion to Strike Plaintiff's Motion**

16     **to Dismiss or for Clarification of Which Pleading is Subject to Plaintiff's**
       **Motion to Dismiss** with the Clerk of the Court using the CM/ECF System which

17     will send notification of such filing to Douglas E. McKinley, Jr. and transmitted
       via internet to Peter Glantz.

18

19                  <u>S/ FLOYD E. IVEY</u>
                   FLOYD E. IVEY

20

21

22

23

24

25

26

27

28

Declaration of Floyd E. Ivey in Support of Motion to Clarify - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for
S u m m a r y
Judgment\DEfednant'sMotionStrikeorForClarification\DeclarationFloydEIvey
reDefendant.Motion Strike Clarify 050908.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581