Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants.<br>_____ | NO. CV-04-5125-FVS<br><br>DEFENDANT'S MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION TO DISMISS AND IN THE ALTERNATIVE FOR CLARIFICATION OF THE PLEADING WHICH IS THE SUBJECT OF PLAINTIFF'S MOTION |

Plaintiff has moved to Dismiss relative to the original Defendant's Counterclaims and Third-Party Complaint.

However, Defendant Impulse Marketing Group, Inc. filed its First Amended Answer, Amended Counterclaims and Third-Party Amended Complaint on September 6, 2005.

Memorandum in Support of Defendant's Motion to Strike Plaintiff's Motion to Dismiss and in the Alternative for Clarification of the Pleading Which is the Subject of Plaintiff's Motiont - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for S u m m a r y Judgment\DEfednant'sMotionStrikeorForClarification\MemorandumSupportingDefendantsMotionToClarifyOrStrikePlaintiffsMotion.050908.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  Plaintiff's Motion, relative to the original Answer, is now rescheduled for
2  October 12, 2005. However, Defendant's filing of the Amended Answer renders
3  moot the original Answer. Proceeding with argument of Plaintiff's Motion
4  pertaining to the original Answer renders confusion over which pleading is the
5  subject of Argument. Plaintiff's Motion to Dismiss is moot, in light of the
6  Defendant's Filing of its Amended Answer, and should be stricken. Defendant's
7  Amended Answer supercedes the original Answer, thus making the motion to
8  dismiss the original Answer moot. The Amended Answer becomes the operative
9  pleading. Plaintiff's Motion to Dismiss should be stricken. *Kentucky Press Ass'n,*
10 *Inc. v. Kentucky* 355 F.Supp.2d 853, 857 (E.D.Ky.2005); *Parry v. Mohawk Motors*
11 *of Mich., Inc.,* 236 F.3d 299, 306 (6th Cir.2000); *Pure Country, Inc. v. Sigma Chi*
12 *Fraternity* 312 F.3d 952, 956 (8th Cir. Mo. 2002).

13 Defendant respectfully requests the Court to Strike Plaintiff's Motion To
14 Dismiss Counterclaims and Third Party Defendants Under FRCP 12(b)(6) or in
15 The Alternative For Summary Judgment Under FRCP 56 or in The Alternative to
16 Dismiss Under FRCP 9(b).

17 DATED this 8th day of September, 2005.

18 LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

19 By /s/ FLOYD E. IVEY
   FLOYD E. IVEY, WSBA #6888
20 Local Counsel for Defendant

21

22 I hereby certify that on September 8, 2005, I electronically filed
   **Defendant's Memorandum In Support of Defendant's Motion to Strike
   Plaintiff's Motion to Dismiss and in the Alternative for Clarification of the
23 Pleading Which is the Subject of Plaintiff's Motion** with the Clerk of the Court
   using the CM/ECF System which will send notification of such filing to Douglas
24 E. McKinley, Jr. and transmitted via internet to Peter Glantz.

25 S/ FLOYD E. IVEY
   FLOYD E. IVEY

26

27

28 Memorandum in Support of Defendant's Motion to Strike Plaintiff's
   Motion to Dismiss and in the Alternative for Clarification of the
   Pleading Which is the Subject of Plaintiff's Motiont - 2.
   Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for
   S u m m a r y
   Judgment\DEfednant'sMotionStrikeorForClarification\MemorandumSupportingD
   efendantsMotionToClarifyOrStrikePlaintiffsMotion.050908.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581