Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants.<br>_____ | NO. CV-04-5125-FVS<br><br>**NOTE FOR HEARING**<br><br>WITHOUT ORAL ARGUMENT<br><br>(DATE OF HEARING: September 9, 2005 @ 6:30 pm) |

PLEASE TAKE NOTICE that Defendant's Motion to Strike Plaintiff's Motion to Dismiss and in the Alternative for Clarification of the Pleading Which is Subject to Plaintiff's Motion is scheduled for September 9, 2005 at 6:30 p.m., without oral argument, or as soon thereafter as the Court deems appropriate.

Note for Hearing - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1 | Dated:   September 8, 2005

2 | LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By  s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that on September 8, 2005, I electronically filed **Notice of Hearing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr. and transmitted via internet to Peter Glantz.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Note for Hearing - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581