| | |
|---|---|
| DOUGLAS E. MCKINLEY, JR.<br>Attorney At Law<br>P.O. Box 202<br>Richland, Washington 99352<br>Phone 628-0809 Fax (509) 628-2307 | THE HONORABLE FRED VAN SICKLE |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| JAMES S. GORDON, JR,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC.,<br><br>Defendant<br><br>IMPULSE MARKETING GROUP, INC.,<br><br>Third Party Plaintiff<br><br>v.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT, EMILY ABBEY, and LEW REED<br><br>Third Party Defendants | NO. CV-04-5125-FVS<br><br>MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND PLAINTIFF'S STIPULATION THAT THE PLAINTIFF'S MOTION TO DISMISS SHOULD BE APPLIED TO THE DEFENDANT'S AMENDED ANSWER<br><br>Jury Trial Demanded |

COMES NOW the Plaintiff, James S. Gordon, Jr., and hereby stipulates that

MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND PLAINTIFF'S STIPULATION THAT THE PLAINTIFF'S MOTION TO DISMISS SHOULD BE APPLIED TO THE DEFENDANT'S AMENDED ANSWER

– No. CV-04-5125-FVS

Page 1 of 3

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

Dockets.Justia.com

its' pending motion to dismiss counterclaims and third party defendants under FRCP 12(b) (6) or in the alternative for summary judgment under FRCP 56 or in the alternative to dismiss under FRCP (9) (b)), currently set for oral argument in Richland on October 12, 2005 at 2 pm, should be applied to the Defendant's amended answer. Based on this stipulation, the Court should deny the Defendant's motion to strike, and should clarify to the Defendant that the Plaintiff's pending motion to dismiss applies to the Defendant's amended answer.

The Plaintiff notes for the Court that the Defendant's original answer and its amended answer allege identical counterclaims against the Plaintiff and identical third party claims against the Third Party Defendants. All the Defendant has changed by amending its' answer are tangential factual allegations that have no bearing on the issues set for hearing before the Court. If the Defendant believes amending their answer defeated the basis of the Plaintiff's motion to dismiss, they are of course free to argue as such in their brief due September 23, 2005, or in oral argument set for October 12, 2005.

## **CONCLUSION**

The Plaintiff respectfully requests that the Court deny the Defendant's request to strike the Plaintiff's pending motion to dismiss, and clarify to the

MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND PLAINTIFF'S STIPULATION THAT THE PLAINTIFF'S MOTION TO DISMISS SHOULD BE APPLIED TO THE DEFENDANT'S AMENDED ANSWER

Page 2 of 3

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307

– No. CV-04-5125-FVS

Defendant that the Plaintiff's pending motion to dismiss applies to the Defendant's amended answer.

DATED this 8th day of September, 2005

        S/ DOUGLAS E. MCKINLEY, JR.
        WSBA# 20806
        Attorney for Plaintiff
        P.O. Box 202
        Richland, Washington 99352
        Phone (509) 628-0809
        Fax (509) 628-2307
        Email: doug@mckinleylaw.com

## Certificate of Service

I hereby certify that on September 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Floyd Ivey, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants: Peter J. Glantz, Sean A. Moynihan, David O. Klein.

        S/ DOUGLAS E. MCKINLEY, JR.
        WSBA# 20806
        Attorney for Plaintiff
        P.O. Box 202
        Richland, Washington 99352
        Phone (509) 628-0809
        Fax (509) 628-2307
        Email: doug@mckinleylaw.com

MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND PLAINTIFF'S STIPULATION THAT THE PLAINTIFF'S MOTION TO DISMISS SHOULD BE APPLIED TO THE DEFENDANT'S AMENDED ANSWER

– No. CV-04-5125-FVS

Page 3 of 3

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202
Richland, Washington 99352
Phone 628-0809 Fax (509) 628-2307