1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF WASHINGTON

3

4

5  JAMES S. GORDON, JR., an individual
   residing in Benton County, Washington,    No. CV-04-5125-FVS
6

7                                            **ORDER OF CLARIFICATION**
                Plaintiff,
8

9        v.

10
   IMPULSE MARKETING GROUP, INC., a Nevada
11 Corporation,

12
                Defendant.
13

14 IMPULSE MARKETING GROUP, INC.,

15              Third-Party Plaintiff,

16 BONNIE GORDON, JAMES S. GORDON, III,
   JONATHAN GORDON, JAMILA GORDON, ROBERT
17 PRITCHETT and EMILY ABBEY,

18              Third-Party Defendants.

19
       The Court, being fully advised, now, therefore,
20
       **IT IS HEREBY ORDERED:**
21
       1.   Defendant Impulse Marketing Group, Inc.'s Motion to
22
   Expedite, **Ct. Rec. 63**, is **GRANTED.**
23
       2.   Defendant Impulse Marketing Group, Inc.'s Motion to Strike
24
   and in the Alternative for Clarification, **Ct. Rec. 65**, is **GRANTED IN**
25
   **PART AND DENIED IN PART.**  The Court determines that Plaintiff's
26

**ORDER OF CLARIFICATION** - 1

1  Motion to Dismiss Counterclaims and Third Party Defendants Under FRCP
2  12(b)(6) or in the Alternative For Summary Judgment Under FRCP 56 or
3  in the Alternative To Dismiss Under FRCP 9(b), Ct. Rec. 40, **SHALL**
4  **APPLY TO DEFENDANT'S AMENDED ANSWER.**
5      **IT IS SO ORDERED.**  The District Court Executive is hereby
6  directed to enter this Order and furnish copies to counsel.
7      **DATED** this <u>12th</u> day of September, 2005.

                        s/ Fred Van Sickle
                        Fred Van Sickle
                   United States District Judge

**ORDER OF CLARIFICATION** - 2