

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK ■ JAMES R. LARSEN, CLERK

# Noncompliance Notice

Date: 09/12/05
Case No. CV-04-5125-FVS
Attorney's Name: Sean A. Moynihan

☐  Paper Document(s) Submitted for Filing:
The document(s) listed above were not filed in compliance with LR 3.1(b) and the *Administrative Procedures for Electronic Case Filing* which require documents to be filed electronically.

☑  You are not registered for CM/ECF and receiving electronically filed orders.

If the filing attorney is not yet registered to use the court's electronic case filing system (CM/ECF), he/she must complete and return the attached CM/ECF registration form and begin using the system and filing documents electronically in compliance with LR 3.1(b) and the Court's *Administrative Procedures for Electronic Case Filing* within 30 days from the date of this notice.

The Court's website at www.waed.uscourts.gov contains:

  1. The CM/ECF Administrative Procedures for Civil and Criminal Cases and other documents pertaining to the CM/ECF system;
  2. Technical requirements for participating in the court's electronic case filing system; and
  3. Information about training available for attorneys and their support staff.

The Court's CM/ECF toll free Help Desk Number is: 1-866-255-0650.

Within 30 days from the date of this notice, you must register for CM/ECF and **ALL** filings **MUST** be submitted in compliance with LR 3.1(b) and the Administrative Procedures for Electronic Case Filing.
Failure to comply will result in a show cause order.

c:     Judge Fred Van Sickle
       All counsel participating in case

U.S. DISTRICT COURT ● EASTERN DISTRICT OF WASHINGTON

**Electronic Case Filing System Attorney Registration Form**

(Please Type)

| For Official Use Only: |
|---|
| Password: _____ |
| Login: _____ |

This form shall be used to register for an account on the Court's Case Management/Electronic Case Filing (CM/ECF) System. Registered attorneys will have privileges to electronically submit documents and to view electronic documents, as available, in the CM/ECF system.

The following information is required for registration:

First/Middle/Last Name: _____

Last Four Digits of Social Security Number: _____

Attorney Bar # and State: _____

Firm Name: _____

Firm Address: _____

_____

Voice Phone Number: _____     FAX Phone Number: _____

Internet Email Address: _____
(Attorney's email for electronic service)

Additional Email Address: _____
(Central Repository, Secretary, etc.)

Does your Email Software support HTML messages?     Yes_____     No_____

☐     I already have an ECF login that I use at another Court, which is _____.
        Please assign the same login.

*By submitting this registration form, the undersigned agrees to abide by the following:*

1.    The CM/ECF System is for filing and reviewing electronic documents and notices.

2.    Beginning August, 2004, please contact the Clerk's Office at 509-353-2150 (Spokane), 509-575-5838 (Yakima) and 509-376-7262 (Richland) to schedule training.

| For Official Use Only: |
|---|
| Email Atty: _____ |
| Response from Atty: _____ |
| Email Login/Password: _____ |

3. Each attorney desiring to file pleadings or other papers electronically must complete and sign an Attorney Registration Form. An attorney's password issued by the Court combined with the user's identification (login), serves as and constitutes the attorney's signature. Therefore, an attorney must protect and secure the password issued by the Court. If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the attorney to immediately notify the Court.

4. The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in CM/ECF shall constitute the signature of that attorney under Fed.R.Civ.P. 11.

5. Registration as a Filing User constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D), except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the Court's Administrative Procedures for Electronic Case Filing.

6. A user accesses case information via the Court's Internet site or through Public Access to Court Electronic Records (PACER) Service Center. Although the Court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required in addition to the login and password issued by the Court. To register for PACER, a user must complete the online form or submit a registration form available on the PACER web site through a link on the Court's site or at http://pacer.psc.uscourts.gov.

7. By this registration, the undersigned agrees to abide by the Court's Local Rules and Administrative Procedures for Electronic Case Filing currently in effect and any changes or additions that may be made in the future.

Please return to:    U.S. District Court
                     Attn: CM/ECF Registration
                     P.O. Box 1493
                     Spokane, WA 99210

_____          _____
Date                                        Attorney/Participant Signature

**Your login and password will be emailed to you by the Office of the Clerk.** If you prefer to have your login/password mailed, please write the address in the space provided below:

Alternate address:    _____
                      _____