|   |   |
|---|---|
| 1 | |
| 2 | Floyd E. Ivey |
| 3 | Liebler, Ivey & Connor, P.S.<br>1141 N. Edison, Suite C<br>P.O. Box 6125 |
| 4 | Kennewick, WA 99336<br>Telephone (509) 735-3581 |
| 5 | Fax (509) 735-3585 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, | ) ) ) | NO. CV-04-5125-FVS |
| Plaintiffs | ) ) | **NOTICE OF WITHDRAW OF COUNSEL RE: DAVID O. KLEIN** |
| vs. | ) ) | |
| IMPULSE MARKETING GROUP, INC., a Nevada Corporation, | ) ) ) | |
| Defendants | ) ) | |
| IMPULSE MARKETING GROUP, INC., | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY, | ) ) ) ) ) | |
| Third-Party Defendants. | ) ) | |

PLEASE TAKE NOTICE that David O. Klein now withdraws his appearance as counsel for Impulse Marketing Group, Inc. No further notice is to be given to attorney David O. Klein relative to any aspect of the above-entitled matter.

Notice of Withdraw re: David O. Klein - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dated:   September 13, 2005

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By  s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

KLEIN, ZELMAN, ROTHERMEL & DICHTER, LLP

By  s/ FLOYD E. IVEY signing for David O. Klein
with telephonic authority
DAVID O. KLEIN

I hereby certify that on September 13, 2005, I electronically filed **Notice of Withdraw re: David O. Klein** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter Glantz and Sean A. Moynihan.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Notice of Withdraw re: David O. Klein - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581