Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, | NO. CV-04-5125-FVS |
| Plaintiffs | DEFENDANT'S MOTION TO SHORTEN TIME FOR CONSIDERATION OF DEFENDANT'S MOTION FOR TELEPHONIC ORAL ARGUMENT |
| vs. | |
| IMPULSE MARKETING GROUP, INC., a Nevada Corporation, | |
| Defendants | |
| IMPULSE MARKETING GROUP, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY, | |
| Third-Party Defendants. | |

Defendant moves to Shorten Time to September 16, 2005 for hearing of Defendant's Motion for Telephonic Oral Argument of Plaintiff's Motion to Dismiss.

---

Defendant's Motion to Shorten Time for Consideration of
Defendant's Motion for Telephonic Oral Argument - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for
Summary Judgment\DefendantMotionTelephonicOralArgument\Motion to Shorten
Time\Defendant Mtn Shorten Time 050913.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  DATED this 13th day of September, 2005.

2  LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

3  By /s/ FLOYD E. IVEY
   FLOYD E. IVEY, WSBA #6888
4  Local Counsel for Defendant

5

6

7  I hereby certify that on September 13, 2005, I electronically filed **Defendant's Motion to Shorten Time for Consideration of Defendant's Motion for Telephonic Oral Argument** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan.

10  S/ FLOYD E. IVEY
    FLOYD E. IVEY

Defendant's Motion to Shorten Time for Consideration of Defendant's Motion for Telephonic Oral Argument - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\DefendantMotionTelephonicOralArgument\Motion to Shorten Time\Defendant Mtn Shorten Time 050913.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581