Gordon v. Impulse Marketing Group Inc Doc. 77

Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants<br>______________________________<br>IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants. | NO. CV-04-5125-FVS<br><br>DEFENDANT'S MOTION FOR TELEPHONIC ORAL ARGUMENT OF PLAINTIFF'S MOTION TO DISMISS SET FOR OCTOBER 12, 2005 AND IN THE ALTERNATIVE FOR TERMS |

Defendant moves for Telephonic Oral Argument of Plaintiff's Motion to Dismiss set for October 12, 2005 and in the alternative for terms. This Motion is based on the Declaration of Sean Moynihan in Support of Defendant's Motion for Telephonic Oral Argument of Plaintiff's Motion to Dismiss Set for October 12, 2005, Declaration of Floyd E. Ivey and on Defendant's Memorandum.

Defendant's Motion for Telephonic Oral Argument of Plaintiff's Motion to Dismiss - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\DefendantMotionTelephonicOralArgument\Defendant.Motion.TelephonicOralArgument.050913.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

DATED this 13th day of September, 2005.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By /s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA #6888
Local Counsel for Defendant

I hereby certify that on September 13, 2005, I electronically filed **Defendant's Motion for Telephonic Oral Argument of Plaintiff's Motion to Dismiss Set for October 12, 2005** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Defendant's Motion for Telephonic Oral Argument of Plaintiff's Motion to Dismiss - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\DefendantMotionTelephonicOralArgument\Defendant.Motion.TelephonicOralArgument.050913.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581