1

2   Floyd E. Ivey
    Liebler, Ivey & Connor, P.S.
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585

6

7              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF WASHINGTON
8

9   JAMES S. GORDON, JR., an individual       )      NO.  CV-04-5125-FVS
    residing in Benton County, Washington,    )
10                                            )
                 Plaintiffs                    )
11                                            )
    vs.                                        )
12                                            )
    IMPULSE MARKETING GROUP, INC.,            )      ORDER ON MOTION FOR
13  a Nevada Corporation,                     )      TELEPHONIC ORAL
                                              )      ARGUMENT
14               Defendants                    )
    _____ )          (DATE OF HEARING:
15  IMPULSE MARKETING GROUP, INC.,            )      September 16, 2005 @ 6:30 pm)
                                              )
16          Third-Party Plaintiff,            )
                                              )
17  vs.                                        )
                                              )
18  BONNIE GORDON, JAMES S. GORDON, )
    III, JONATHAN GORDON, JAMILA             )
19  GORDON, ROBERT PRITCHETT and             )
    EMILY ABBEY,                              )
20                                            )
            Third-Party Defendants.           )
21  _____ )

22        The court having considered the Motion For Telephonic Oral Argument on

23  Plaintiff's Motion to Dismiss,  now (grants) (denies) said motion and in the

24  alternative (grants) (denies) terms of $_____.

25

26

27

28

Order on Motion for Telephonic Argument - 1

                                    LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
                                                   Attorneys at Law
                                                    P.O. Box 6125
                                          Kennewick, Washington 99336-0125
                                                   (509) 735-3581

Dockets.Justia.com

Dated:   September 13, 2005.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By  s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that on September 13, 2005, I electronically filed **Order on Motion for Telephonic Oral Argument** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Order on Motion for Telephonic Argument - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581