Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants | NO. CV-04-5125-FVS<br><br>DECLARATION OF FLOYD E. IVEY IN SUPPORT OF DEFENDANT'S REQUEST FOR TELEPHONIC ORAL ARGUMENT OF PLAINTIFF'S MOTION TO DISMISS |

I am counsel for Defendant. I have spoken with Plaintiff's counsel, Mr. McKinley, on several occasions regarding scheduling of Plaintiff's Motion to Dismiss, set for October 12, 2005, for telephonic oral argument rather than oral argument by personal appearance of counsel. Counsel for Plaintiff prefers personal appearance of attorneys for oral argument. Defendant has requested, in a motion, that telephonic oral argument be scheduled.

I certify and declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 13th day of September, 2005.

     LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

     By /s/ <u>FLOYD E. IVEY</u>
      FLOYD E. IVEY, WSBA #6888
      Local Counsel for Defendant

---

Declaration of Floyd E. Ivey in Support of Defendant's Request for Telephonic Oral Argument of Plaintiff's Motion to Dismiss - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\DefendantMotionTelephonicOralArgument\Declaration Floyd Ivey supporting Telephonic Argument 050913.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1
2  I hereby certify that on September 13, 2005, I electronically filed
3  **Declaration of Floyd E. Ivey in Support of Defendant's Request for Telephonic Oral Argument of Plaintiff's Motion to Dismiss** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan.
4
5                    S/ FLOYD E. IVEY
6                    FLOYD E. IVEY
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Floyd E. Ivey in Support of Defendant's Request for
Telephonic Oral Argument of Plaintiff's Motion to Dismiss - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for Summary Judgment\DefendantMotionTelephonicOralArgument\Declaration Floyd Ivey supporting Telephonic Argument 050913.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581