Case 2:04-cv-05125-FVS     Document 80     Filed 09/13/2005

1

2   Floyd E. Ivey
    Liebler, Ivey & Connor, P.S.
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    Telephone (509) 735-3581
5   Fax (509) 735-3585

6

7   **IN THE UNITED STATES DISTRICT COURT**
    **FOR THE EASTERN DISTRICT OF WASHINGTON**
8

9   JAMES S. GORDON, JR., an individual          )        NO.  CV-04-5125-FVS
    residing in Benton County, Washington,       )
10                                               )
          Plaintiffs                             )        DECLARATION OF SEAN
11                                               )        MOYNIHAN IN SUPPORT OF
    vs.                                          )        DEFENDANT'S MOTION
12                                               )        FOR TELEPHONIC ORAL
    IMPULSE MARKETING GROUP, INC.,               )        ARGUMENT OF PLAINTIFF'S
13  a Nevada Corporation,                        )        MOTION TO DISMISS SET
                                                 )        FOR OCTOBER 12, 2005
14        Defendants                             )
    _____        )
15  IMPULSE MARKETING GROUP, INC.,               )
                                                 )
16        Third-Party Plaintiff,                 )
                                                 )
17  vs.                                          )
                                                 )
18  BONNIE GORDON, JAMES S. GORDON,              )
    III, JONATHAN GORDON, JAMILA                 )
19  GORDON, ROBERT PRITCHETT and                 )
    EMILY ABBEY,                                 )
20                                               )
          Third-Party Defendants.               )
21  _____        )

22        I am one of the attorneys appearing for Defendant in this matter.  This firm

23  has represented other Defendant's relative to claims by Plaintiff James S. Gordon,

24  Jr.  I have been a principal attorney in directing the Defense of this case and will

25  present argument in support of the Defendant.

26        In March 2005 we resisted Plaintiff's request that the Defendant's Motion to

27

28  Declaration of Sean Moynihan in Support of Defendant's Motion           LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
    for Telephonic Oral Argument of Plaintiff's Motion to Dismiss set                     Attorneys at Law
                                                                                           P.O. Box 6125
    for October 12, 2005 - 1.                                              Kennewick, Washington 99336-0125
    Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Plaintiff Motion for                  (509) 735-3581
    S    u    m    m    a    r    y
    Judgment\DefendantMotionTelephonicOralArgument\DeclarationOfSean.Moynih
    anTelephonicOralArgument.2.050913.wpd

1   Dismiss be argued by the personal appearance of counsel before the Court.

2   Telephonic Oral Argument did occur.  The economic impact of travel expense is

3   estimated at $1,000 including air fare on Delta from New York to Pasco of

4   $624.28 and hotel and meals.  The additional expense to the client will be

5   approximately $3,200 per diem for litigation, for a total of $13,800 for four days

6   of October 10 through October 13.  Some of these legal expenses will be incurred

7   with Telephonic Oral Argument thus reducing the total additional expense.

8            DATED this 13th day of September, 2005.

9

                     By /s/ SEAN MOYNIHAN
10
                        Counsel for Defendant
11

12

13

         I hereby certify that on September 13, 2005, I electronically filed
14   **Declaration of Sean Moynihan on in Support of Defendant's Motion for
     Telephonic Oral Argument of Plaintiff's Motion to Dismiss Set for October
15   12, 2005** with the Clerk of the Court using the CM/ECF System which will send
     notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A.
16   Moynihan.

17                      S/ FLOYD E. IVEY
                        FLOYD E. IVEY
18

19

20

21

22

23

24

25

26

27

28   Declaration of Sean Moynihan in Support of Defendant's Motion         LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
     for Telephonic Oral Argument of Plaintiff's Motion to Dismiss set                    Attorneys at Law
     for October 12, 2005 - 2.                                                              P.O. Box 6125
     Z:\IPClient\ImpulseMarketingGroup  v.  Gordon\Pleadings\Plaintiff  Motion  for   Kennewick, Washington 99336-0125
     S       u       m       m       a       r       y                                     (509) 735-3581
     Judgment\DefendantMotionTelephonicOralArgument\DeclarationOfSean.Moynih
     anTelephonicOralArgument.2.050913.wpd