Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants.<br>_____ | NO. CV-04-5125-FVS<br><br>**NOTE FOR HEARING**<br><br>WITHOUT ORAL ARGUMENT<br><br>(DATE OF HEARING: September 16, 2005 @ 6:30 pm) |

PLEASE TAKE NOTICE that Defendant's Motion for Telephonic Oral Argument of Plaintiff's Motion to Dismiss Set for October 12, 2005 is scheduled for September 16, 2005 at 6:30 p.m., without oral argument, or as soon thereafter as the Court deems appropriate.

Note for Hearing - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1 | Dated:   September 13, 2005

2 | LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

3

4 | By  s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

5

6 | I hereby certify that on September 13, 2005, I electronically filed **Note for Hearing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan.

7

8 | S/ FLOYD E. IVEY
9 | FLOYD E. IVEY

Note for Hearing - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581