UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendant. | No. CV-04-5125-FVS<br><br>**ORDER GRANTING MOTION FOR DISMISSAL OF THIRD-PARTY DEFENDANT LEW REED** |
| IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants. | |

The Court, being fully advised, now, therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion for Dismissal of Third-Party Defendant Lew Reed, **Ct. Rec. 50**, is **GRANTED**. There being no objection from Third-Party Defendant Lew Reed, pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Lew Reed is **DISMISSED** from this action **WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**  The District Court Executive is hereby

**ORDER GRANTING MOTION FOR DISMISSAL OF THIRD-PARTY DEFENDANT LEW REED** - 1

1 | directed to enter this Order and furnish copies to counsel.

2 | **DATED** this 6th day of October, 2005.

```
                        s/ Fred Van Sickle
                         Fred Van Sickle
                      United States District Judge
```

**ORDER GRANTING MOTION FOR DISMISSAL OF THIRD-PARTY DEFENDANT LEW REED** - 2