Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants.<br>_____ | NO. CV-04-5125-FVS<br><br>ORDER ON DEFENDANT'S MOTION TO CLARIFY SCHEDULING ORDER AND IN THE ALTERNATIVE FOR EXTENSION OF TIME |

The court having considered Defendant's Motion to Clarify Scheduling Order is hereby (granted) _____ (denied) _____. The motion is clarified to require dispositive motions to be filed after discovery cutoff of June 5, 2006 and on or before June 12, 2006. The motion to clarified being denied, Third Party Plaintiff's Motion for Extension of Time to File Response to Third Party Defendant's Motion to Dismiss is extended to Monday, November 21, 2005.

Order on Defendant's Motion to Clarify - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\MotionClarificationSchedulingOrder.051108\Order on Motion to Clarify 051109.pdf.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1

2   Dated this _____ day of November, 2005.

3

4   _____
    JUDGE VAN SICKLE

5

6   I hereby certify that on November 9, 2005, I electronically filed **Order on Defendant's Motion to Clarify Scheduling Order** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

7

8

9

10
    S/ FLOYD E. IVEY
11  FLOYD E. IVEY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order on Defendant's Motion to Clarify - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\MotionClarificationSchedulingOrder.051108\Order on Motion to Clarify 051109.pdf.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581