| | |
|---|---|
| 1 | FLOYD E. IVEY<br>Liebler, Ivey, Connor, Berry & St. Hilaire |
| 2 | P. O. Box 6125<br>Kennewick, WA 99336-0125 |
| 3 | 509-735-3581<br>Attorneys for Defendant |
| 4 | Impulse Marketing Group, Inc.<br>and Third Party Plaintiff |
| 5 | |
| 6 | Klein, Zelman, Rothermel, & Dichter, L.L.P.<br>By:   Sean Moynihan, Esq.; Peter Glantz |
| 7 | 485 Madison Avenue<br>New York, New York 10022 |
| 8 | Telephone Number (212) 935-6020<br>Facsimile Number (212) 753-8101 |
| 9 | Attorneys for Defendant<br>Impulse Marketing Group, Inc.<br>and Third Party Plaintiff |
| 10 | |
| 11 | DOUGLAS E. MCKINLEY, JR.<br>Attorney At Law |
| 12 | P.O. Box 202 Richland, Washington 99352<br>509-628-0809 |
| 13 | Fax (509) 628-2307<br>Attorney for Plaintiff |

### UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JAMES S. GORDON, JR., | ) | No. CV-04-5125-FVS |
|  | ) |  |
| Plaintiff, | ) |  |
| vs. | ) | DECLARATION OF FLOYD E. IVEY |
|  | ) | REGARDING MOTION TO |
| IMPULSE MARKETING GROUP, | ) | CLARIFY SCHEDULING ORDER |
| INC., | ) |  |
|  | ) |  |
| Defendant | ) |  |
| _____ | ) |  |
| IMPULSE MARKETING GROUP, | ) |  |
| INC., | ) |  |
|  | ) |  |
| Third-Party Plaintiff, | ) |  |
| vs. | ) |  |
|  | ) |  |
| BONNIE GORDON, et al., | ) |  |
|  | ) |  |
| Third-Party Defendants. | ) |  |

Declaration of Floyd E. Ivey Re: Motion to Clarify Scheduling Order
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  The Scheduling Order in this matter sets, in paragraph 1, a discovery cutoff of June 5, 2006. Paragraph 2 states that dispositive motions are to be filed on or before June 12, 2006. Third Party Defendant's have filed Motions to Dismiss noted for December 5, 2005 and dates thereafter in December. There will have been no discovery conducted by December 5, 2005. The Plaintiff and Defendant request clarification. Are dispositive motions to be filed after discovery cutoff or at any time prior to June 12, 2006?

I certify and declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 9th day of November, 2005.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ Floyd E. Ivey
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that on November 9, 2005, I electronically filed **Declaration of Floyd E. Ivey Re: Motion to Clarify Scheduling Order** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Declaration of Floyd E. Ivey Re: Motion to Clarify Scheduling Order
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581