| | |
|---|---|
| 1 | FLOYD E. IVEY |
| 2 | Liebler, Ivey, Connor, Berry & St. Hilaire<br>P. O. Box 6125 |
| 3 | Kennewick, WA 99336-0125<br>509-735-3581 |
| 4 | Attorneys for Defendant<br>Impulse Marketing Group, Inc. |
| 5 | and Third Party Plaintiff |
| 6 | Klein, Zelman, Rothermel, & Dichter, L.L.P.<br>By:   Sean Moynihan, Esq.; Peter Glantz |
| 7 | 485 Madison Avenue<br>New York, New York 10022 |
| 8 | Telephone Number (212) 935-6020<br>Facsimile Number (212) 753-8101 |
| 9 | Attorneys for Defendant<br>Impulse Marketing Group, Inc. |
| 10 | and Third Party Plaintiff |
| 11 | DOUGLAS E. MCKINLEY, JR.<br>Attorney At Law |
| 12 | P.O. Box 202 Richland, Washington 99352<br>509-628-0809 |
| 13 | Fax (509) 628-2307<br>Attorney for Plaintiff |
| 14 | |

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| 17 | JAMES S. GORDON, JR., ) | No. CV-04-5125-FVS |
| 18 | )<br>         Plaintiff,       ) | |
| 19 | vs.                                 )<br>) | MEMORANDUM REGARDING<br>MOTION TO CLARIFY |
| 20 | IMPULSE MARKETING GROUP, )<br>INC.,                               ) | SCHEDULING ORDER |
| 21 | )<br>         Defendant       ) | |
| 22 | _____ )<br>) | |
| 23 | IMPULSE MARKETING GROUP, )<br>INC.,                               ) | |
| 24 | )<br>     Third-Party Plaintiff,  ) | |
| 25 | vs.                                 )<br>) | |
| 26 | BONNIE GORDON, et al.,    )<br>) | |
| 27 |      Third-Party Defendants.  ) | |

Memorandum re: Motion to Clarify Scheduling
Order
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  The Third Party Defendants have filed Motions to Dismiss which are noted
2  for hearing December 5, 2005. Motions to Dismiss are dispositive. *Duffy v.*
3  *Landberg* 133 F.3d 1120, 1122 (8th Cir. Minn. 1998); *Brever v. Rockwell Int'l*
4  *Corp.* 40 F.3d 1119, 1125 (10th Cir.1994). Discovery cutoff in this matter is June
5  5, 2006. Dispositive motions are to be filed "on or before June 12, 2006." There
6  will have been no discovery conducted in this matter by December 5, 2005.
7      DATED this 9th day of   November, 2005.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ Floyd  E. Ivey
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that on November 9, 2005, I electronically filed **Memorandum Re: Motion to Clarify Scheduling Order** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Memorandum re: Motion to Clarify Scheduling Order
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581