FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Klein, Zelman, Rothermel, & Dichter, L.L.P.
By:   Sean Moynihan, Esq.; Peter Glantz
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202 Richland, Washington 99352
509-628-0809
Fax (509) 628-2307
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, | |
| vs. | MOTION TO EXPEDITE MOTION TO CLARIFY SCHEDULING ORDER AND IN THE ALTERNATIVE TO EXTEND TIME (WITHOUT ORAL ARGUMENT) |
| IMPULSE MARKETING GROUP, INC., | |
| Defendant | |
| IMPULSE MARKETING GROUP, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |

Motion to Expedite Motion to Clarify Scheduling Order
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

The Court is moved to Expedite the hearing for Plaintiff's and Defendant's Motion to Clarify the Scheduling Order for hearing without Oral Argument on Monday, November 14, 2005 and in the alternative for an Extension of Time to Respond to Third Party Defendant's Motion to Dismiss.

DATED this 9th day of November, 2005.

| DOUGLAS E. MCKINLEY, JR. | LIEBLER, IVEY, & CONNOR, P.S. |
|---|---|
| s/ Floyd E. Ivey for Douglas E. McKinley<br>Douglas E. McKinley, Jr. WSBA #20806<br>Attorney for Plaintiff James S. Gordon | s/ Floyd E. Ivey<br>Floyd E. Ivey, WSBA #6888<br>Attorneys for the Defendant Impulse |

I hereby certify that on November 9, 2005, I electronically filed **Motion to Expedite Motion to Clarify Scheduling Order** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Motion to Expedite Motion to Clarify Scheduling Order
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581