Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, <br><br> Plaintiffs <br><br> vs. <br><br> IMPULSE MARKETING GROUP, INC., a Nevada Corporation, <br><br> Defendants <br> _____ <br> IMPULSE MARKETING GROUP, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY, <br><br> Third-Party Defendants. | NO. CV-04-5125-FVS <br><br> ORDER ON DEFENDANT'S MOTION TO EXPEDITE |

The court having considered Defendant's Motion to Expedite Motion to Clarify Scheduling Order is hereby (granted) _____(denied) _____.

Dated this _____ day of November, 2005.

_____
JUDGE VAN SICKLE

Order on Defendant's Motion to Expedite - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\MotionClarificationSchedulingOrder.051108\Order on Motion to Expedite 051109.pdf.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  I hereby certify that on November 9, 2005, I electronically filed **Order on Defendant's Motion to Expedite** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Order on Defendant's Motion to Expedite - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\MotionClarificationSchedulingOrder.051108\Order on Motion to Expedite 051109.pdf.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581