```
1                    UNITED STATES DISTRICT COURT
2                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendant. | No. CV-04-5125-FVS<br><br>**ORDER OF CLARIFICATION** |
| IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants. | |

The Court, being fully advised, now, therefore,

**IT IS HEREBY ORDERED:**

1. Motion to Expedite, **Ct. Rec. 174**, is **GRANTED**.

2. Motion to Clarify Scheduling Order and in the alternative, Motion for Extension of Time, **Ct. Rec. 170**, is **GRANTED IN PART AND DENIED IN PART**. Paragraph 2 of the Court's Scheduling Order states that dispositive motions shall be filed on or before June 12, 2006,

**ORDER OF CLARIFICATION** - 1

which means such motions may be filed any time prior to, and including, June 12, 2006.  The Court does not have sufficient information to enable it to determine whether the motions to dismiss filed by the third-party defendants should be continued or whether the Court should grant defendant an extension of time to file a response to the third-party defendants' motions to dismiss.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this <u>10th</u> day of November, 2005.

s/ Fred Van Sickle
Fred Van Sickle
United States District Judge

**ORDER OF CLARIFICATION** - 2