IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>Impulse Marketing Group, Inc.,<br><br>Defendant<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Emily Abbey, Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>ORDER ON THIRD-PARTY DEFENDANT'S MOTION TO DISMISS THIRD-PARTY PLAINTIFF'S CLAIMS & COUNTERCLAIMS. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

RECEIVED
NOV 15 2005
CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

ORDER- 1

The Court has considered Third-Party Defendant's motion to dismiss; consequently this Court (grants) (denies) Third-Party Defendant's motion to dismiss with prejudice.

Third-Party Defendant shall / shall not prepare an answer to Third-Party Plaintiff's claims and counterclaims within 20 days of this ruling.

Dated this ___ th day of November / December, 2005.

_____

JUDGE VAN SICKLE

Emily Abbey

1407 2nd Ave West Apt. 608

Seattle, WA 98119

206-217-0466

Dated this 10th day of November, 2005

*Emily H. Abbey* (signature)

**Certificate of Service**

I, hereby, certify that on November 15, 2005, I filed with this Court a proposed Order. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an

ORDER- 2

1  electronic copy of this Order to Douglas E. McKinley, Jr., Peter J. Glantz, Sean A. Moynihan, and Floyd E. Ivey. I have served all non-CM/ECF participants, Bonnie Gordon, Jamila Gordon, James Gordon III, Jonathan Gordon, and Robert Pritchett by other means.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25