FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 15 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>　　Plaintiff,<br><br>vs.<br><br>Impulse Marketing Group, Inc.,<br><br>Defendant<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Emily Abbey, Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>THIRD-PARTY DEFENDANT'S MEMORANDUM OF AUTHORITIES |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AUTHORITIES- 1

AND TO: Peter J. Glantz and Sean A. Moynihan

Without the benefit of legal training, the undersigned does not have the wherewithal to cite case law or statute to propound a legal rationale for its position below. However, as a matter of equity, Third-Party Defendant should prevail as Impulse appears to have filed this counter suit to intimidate and annoy me or as a delaying tactic to enable Impulse more time to fish for something that does not exist – a nexus to or culpability in an alleged scheme by me.

Even to a layperson, Third-Party Plaintiff was obviously not able to elevate its allegations or claims to the level of evidence as none was provided. Innuendo even fails to persuade in the court of public opinion. In the interest of judicial economy, the undersigned pleads that the Court grant Third-Party Defendant's motion to dismiss with prejudice.

The undersigned respectfully requests that the Court issue an order granting Third-Party Defendant the dismissal of the claims and counterclaims of Third-Party Plaintiff.

Emily Abbey
1407 2nd Ave West Apt. 608
Seattle, WA 98119
206-217-0466

Dated this 10th day of November, 2005

*Emily H Abbey* (signature)

AUTHORITIES- 2

1. I, hereby, certify that on November 15, 2005, I filed with this Court the above memorandum of authorities. The Clerk of the Court will
2. provide electronic notification system using the CM/ECF, which will send an electronic copy of this document to Douglas E. McKinley,
3. Jr., Peter J. Glantz, Sean A. Moynihan, and Floyd E. Ivey. I have served all non-CM/ECF participants, Bonnie Gordon, Jamila
4. Gordon, James Gordon III, Jonathan Gordon, and Robert Pritchett by other means.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.

AUTHORITIES- 3