FILED IN THE
U.S. DISTRICT COURT
EASTERN DIST... ...NGTON

NOV 15 2005

JAMES R. ... ...
                    DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>　　Plaintiff,<br><br>vs.<br><br>Impulse Marketing Group, Inc.,<br><br>Defendant<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Emily Abbey, Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>NOTICE OF HEARING ON THIRD-PARTY DEFENDANT'S MOTION TO DISMISS THIRD-PARTY PLAINTIFF'S CLAIMS & COUNTERCLAIMS<br><br>WITHOUT ORAL ARGUMENT<br><br>DATE OF HEARING:<br><br>December 12, 2005 @ 6:30PM |

TO: Clerk of the Court

HEARING- 1

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

PLEASE TAKE NOTICE that third-party defendant's Motion to Dismiss third-party plaintiff's Claims and Counterclaims is scheduled for hearing on December 12th at 6:30pm, without oral argument, or as soon thereafter as the Court deems appropriate.

Emily H. Abbey

1407 2nd Ave West Apt. 608

Seattle, WA 98119

206-217-0466

Dated this 10th day of November, 2005

*/s/ Emily H. Abbey*

I, hereby, certify that on November 15, 2005, I filed with this Court a Notice of Hearing. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to Douglas E. McKinley, Jr., Peter J. Glantz, Sean A. Moynihan, and Floyd E. Ivey. I have served all non-CM/ECF participants, Jamila Gordon, James Gordon III, Jonathan Gordon, Bonnie Gordon, and Robert Pritchett by other means.

HEARING- 2