```
Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>　　　　Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>　　　　Defendants<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>　　Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>　　Third-Party Defendants.<br>_____ | NO. CV-04-5125-FVS<br><br>**MOTION FOR ORDER OF DEFAULT** |

Third-Party Plaintiff Impulse Marketing Group, Inc. ("Impulse"), by and through Floyd E. Ivey of the firm of Liebler, Ivey, Connor, Berry & St. Hilaire, now moves the Court to enter an order adjudging the following named Third-Party Defendants to be in default in this action for having failed to serve an answer herein, namely: 1) Emily Abbey, served on October 10, 2005; and 2) Jamila

---

Motion for Default - 1

Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Defaults\Motion for Order of Default 051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  Gordon, served on October 16, 2005. This motion is based upon the files and
2  records herein and the Declaration of Floyd E. Ivey in support of this Motion for
3  Order of Default.
4      Dated: November 18, 2005.
5                  LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By  s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that on November 18, 2005, I electronically filed **Motion for Order of Default** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Motion for Default - 2

Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Defaults\Motion for Order of Default 051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581