1

2      Floyd E. Ivey
       Liebler, Ivey & Connor, P.S.
3      1141 N. Edison, Suite C
       P.O. Box 6125
4      Kennewick, WA 99336
       Telephone (509) 735-3581
5      Fax (509) 735-3585

6

7                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF WASHINGTON
8

9      JAMES S. GORDON, JR., an individual    )      NO.  CV-04-5125-FVS
       residing in Benton County, Washington, )
10                                            )
                           Plaintiffs         )      **ORDER OF DEFAULT**
11                                            )
       vs.                                    )
12                                            )
       IMPULSE MARKETING GROUP, INC.,         )
13     a Nevada Corporation,                  )
                                              )
14                         Defendants         )
       _____ )
15     IMPULSE MARKETING GROUP, INC.,         )
                                              )
16             Third-Party Plaintiff,         )
                                              )
17     vs.                                    )
                                              )
18     BONNIE GORDON, JAMES S. GORDON, )
       III, JONATHAN GORDON, JAMILA           )
19     GORDON, ROBERT PRITCHETT and           )
       EMILY ABBEY,                           )
20                                            )
               Third-Party Defendants.        )
21     _____ )

22            The Court having reviewed Third-Party Plaintiff Impulse Marketing Group,

23     Inc.'s  ("Impulse") Motion for Order of Default and the Declaration of Floyd E.

24     Ivey in Support of Motion for Order of Default, now orders as follows:

25            1.     Regarding Third-Party Defendant Emily Abbey _____ (grants)

26     _____(denies) Third-Party Plaintiff's Motion for Order of Default.

27

28     Order of Default Regarding James S. Gordon, III - 1          LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
                                                                             Attorneys at Law
       Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Defaults\Order of          P.O. Box 6125
       Default 051118.wpd                                              Kennewick, Washington 99336-0125
                                                                         (509) 735-3581

1        2.      Regarding Third-Party Defendant Jamila Gordon _____ (grants)

2    _____(denies) Third-Party Plaintiff's Motion for Order of Default.

3

4        DONE this ____ day of November, 2005.

5

6                                    _____

7                                    JUDGE

8

9        I hereby certify that on November 18, 2005, I electronically filed **Order of**
**Default** with the Clerk of the Court using the CM/ECF System which will send

10   notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A.
     Moynihan.  I hereby certify that I have served the foregoing to the following non-

11   CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S.
     Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

12                        S/ FLOYD E. IVEY_____
                          FLOYD E. IVEY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Order of Default Regarding James S. Gordon, III - 2

Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Defaults\Order of
Default 051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581