Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants. | NO. CV-04-5125-FVS<br><br>**DECLARATION OF FLOYD E. IVEY IN SUPPORT OF MOTION FOR ORDER OF DEFAULT** |

I am counsel for Third-Party Plaintiff Impulse Marketing Group, Inc. ("Impulse"). The Third-Party Summons and Complaint in this action were duly, legally and personally served on the following named Third-Party Defendants on the dates so indicated as appears in the affidavits of service which were filed with the Court herein. More than twenty days have elapsed since the time of said

Declaration of Floyd E. Ivey Re: Motion for Default - 1

Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Defaults\Declaration of FEI re Motion for Order of Default 051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

service upon each of the indicated Third-Party Defendants. The Third-Party Defendants have appeared in this matter pro se. The Third-Party Defendants have failed to file answers in this Court or served upon the Third-Party Plaintiff any pleadings of any nature whatsoever other than their Notices of Appearance. Therefore, the Third-Party Defendants which are identified herein are wholly in default.

1. Emily Abbey, served October 10, 2005;

2. Jamila Gordon, served October 16, 2005;

The Soldiers and Sailors Relief Act does not apply.

This declaration is made as a basis for an Order of Default against the indicated Third-Party Defendants.

I certify and declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

| | |
|---|---|
| s/ Floyd E. Ivey | November 18, 2005 |
| FLOYD E. IVEY, WSBA 6888 | Date |

Signed at Kennewick, Washington

I hereby certify that on November 18, 2005, I electronically filed **Declaration of Floyd E. Ivey In Support of Motion for Order of Default** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

                                S/ FLOYD E. IVEY
                                FLOYD E. IVEY

Declaration of Floyd E. Ivey Re: Motion for Default - 2

Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Defaults\Declaration of FEI re Motion for Order of Default 051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581