Floyd E. Ivey
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> IMPULSE MARKETING GROUP, ) <br> INC., ) <br> ) <br> Defendant ) <br> _____ ) <br> ) <br> IMPULSE MARKETING GROUP, ) <br> INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BONNIE GORDON, et al., ) <br> ) <br> Third-Party Defendants. ) | No. CV-04-5125-FVS <br><br> DEFENDANT AND THIRD PARTY PLAINTIFF'S MOTION TO AMEND THIRD PARTY COMPLAINT |

The Defendant and Third Party Plaintiff now Moves to Amend Defendant's FIRST AMENDED ANSWER, AMENDED COUNTERCLAIMS AND THIRD PARTY AMENDED COMPLAINT relative only to the THIRD PARTY COMPLAINTS.

This motion is supported by the Defendant's Memorandum of Authorities Supporting Motion to Amend Answer.

DATED this 18th day of November, 2005

                LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

Defendant's Motion to Amend Defendant's Answer, Counterclaims and Third Party Amended Complaint - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\DefendantPleadings\Answer.SecondAmended\MotionAmendAnswer.SecondedAmendment.051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

By s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA #6888
Counsel for Defendant
1141 N. Edison, Suite C
Kennewick, WA 99336

I hereby certify that on November 18, 2005, I electronically filed **Defendant and Third Party Plaintiff's Motion to Amend Third Party Complaint** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan.  I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Defendant's Motion to Amend Defendant's Answer, Counterclaims and Third Party Amended Complaint - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\DefendantPleadings\Answer.SecondAmended\MotionAmendAnswer.SecondedAmendment.051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581