1  Floyd E. Ivey
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581

4

5  **UNITED STATES DISTRICT COURT FOR THE**

6  **EASTERN DISTRICT OF WASHINGTON**

7  JAMES S. GORDON, JR.,            )        No. CV-04-5125-FVS
                                    )
8          Plaintiff,               )
   vs.                              )
9                                   )   THIRD PARTY PLAINTIFF'S
   IMPULSE MARKETING GROUP,         )   MEMORANDUM IN SUPPORT OF
10 INC.,                            )   DEFENDANT AND THIRD PARTY
                                    )   PLAINTIFF'S MOTION TO AMEND
11         Defendant                )   THIRD PARTY COMPLAINT
   _____  )
12                                  )
   IMPULSE MARKETING GROUP,         )
13 INC.,                            )
                                    )
14         Third-Party Plaintiff,   )
   vs.                              )
15                                  )
   BONNIE GORDON, et al.,           )
16                                  )
           Third-Party Defendants.  )
17

18

19      The Defendant and Third Party Plaintiff now Moves to Amend its Third
20 Party Plaintiff's Complaints re: all Third Party Defendants.  Defendant and Third
21 Party Plaintiff filed its FIRST AMENDED ANSWER, AMENDED
22 COUNTERCLAIMS AND THIRD PARTY AMENDED COMPLAINT on or
23 about September 6, 2005.  Defendant has Filed its Proposed Defendant's Second
24 Amended Answer, Amended Counterclaims and Third Party Amended Complaint
25 contemporaneously with the filing of this Motion.  This matter is set for trial in
26 2006.  There has been no Answer filed by any Third Party Defendant.  Motions to
27 Dismiss are scheduled by the Third Party Defendants commencing December 5,
28

Defendant's Memorandum Supporting Motion to Amend Answer - 1.
Z:\IPClient\ImpulseMarketingGroup v.
Gordon\Pleadings\DefendantPleadings\Answer.SecondAmended\MotionAmendA
nswer.SecondAmend.Memorandum.051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

2005.

Federal Rules of Civil Procedure Rule 15(a) provides for Amendment of an Answer by leave of the Court with leave to amend freely given where justice so provides.

In the present matter the Motion is filed prior to the hearing of any of the Third Party Defendant's Motions to Dismiss. There is no discovery scheduled. There is no prejudice to the Plaintiff. The Defendant requests the Court to grant Defendant's Motion to Amend.

DATED this 18th day of November, 2005

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ FLOYD E. IVEY
FLOYD E. IVEY, WSBA #6888
Counsel for Defendant
1141 N. Edison, Suite C
Kennewick, WA 99336

I hereby certify that on November 18, 2005, I electronically filed **Third Party Plaintiff's Memorandum in Support of Defendant and Third Party Plaintiff's Motion to Amend Third Party Complaint** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Defendant's Memorandum Supporting Motion to Amend Answer - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\DefendantPleadings\Answer.SecondAmended\MotionAmendAnswer.SecondAmend.Memorandum.051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581