FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Klein, Zelman, Rothermel, & Dichter, L.L.P.
By:   Sean Moynihan, Esq.; Peter Glantz
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202 Richland, Washington 99352
509-628-0809
Fax (509) 628-2307
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, | |
| vs. | MOTION TO EXPEDITE DEFENDANT'S MOTION TO AMEND THIRD PARTY COMPLAINT |
| IMPULSE MARKETING GROUP, INC., | |
| Defendant | November 28, 2005 |
| _____ | WITHOUT ORAL ARGUMENT |
| IMPULSE MARKETING GROUP, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |

Motion to Expedite Motion to Clarify Scheduling Order
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  The Court is moved to Expedite the hearing for Defendant's Motion to
2  Amend Third Party Complaint for hearing without Oral Argument on Monday,
3  November 28 2005 and in the alternative for an Extension of Time to Respond to
4  Third Party Defendant's Motion to Dismiss.
5  DATED this 18th day of November, 2005.

6
7  **LIEBLER, IVEY, & CONNOR, P.S.**
8
9  **s/ Floyd E. Ivey**
   **Floyd E. Ivey, WSBA #6888**
10 **Attorneys for the Defendant Impulse**
11
12  I hereby certify that on November 18, 2005, I electronically filed **Motion to Expedite Motion to Amend Third Party Complaint** with the Clerk of the Court
13  using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I
14  have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett,
15  Emily Abbey and Jamila Gordon.
16
   S/ FLOYD E. IVEY
17 FLOYD E. IVEY
18
19
20
21
22
23
24
25
26
27
28

Motion to Expedite Motion to Clarify Scheduling Order
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581