1  Floyd E. Ivey
   Liebler, Ivey & Connor, P.S.
2  1141 N. Edison, Suite C
   P.O. Box 6125
3  Kennewick, WA 99336
   Telephone (509) 735-3581
4  Fax (509) 735-3585

5

6  **IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF WASHINGTON**

7

8  JAMES S. GORDON, JR., an individual )   NO. CV-04-5125-FVS
   residing in Benton County, Washington, )
9                                         )
              Plaintiffs                  )   **NOTE FOR HEARING
10                                        )   DEFENDANT'S MOTION TO**
   vs.                                    )
11                                        )
   IMPULSE MARKETING GROUP, INC.,         )
12 a Nevada Corporation,                  )   Without Oral Argument
                                          )
13           Defendants                   )   November 28, 2005
   _____)

14
       PLEASE TAKE NOTICE that the Defendants' Motion to Expedite
15
   Defendant's Motion to Amend Third Party Complaint is set to be heard on
16
   November 28, 2005 at 6:30 p.m., or as soon thereafter as the Court deems
17
   appropriate, without oral argument.
18
       Dated this 18th day of November, 2005
19
                      LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
20

21             By s/ Floyd E. Ivey
                  FLOYD E. IVEY, WSBA#6888
22                Attorneys for Defendant

23     I hereby certify that on November 18, 2005, I electronically filed **Note for
   Hearing Defendant's Motion to Expedite Defendant's Motion to Amend
24 Third Party Complaint** with the Clerk of the Court using the CM/ECF System
   which will send notification of such filing to Douglas E. McKinley, Jr., Peter J.
25 Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to
   the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan
26 Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

27                    S/ FLOYD E. IVEY
                      FLOYD E. IVEY
28

Note for Hearing - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581