Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants.<br>_____ | NO. CV-04-5125-FVS<br><br>ORDER ON DEFENDANT'S MOTION FOR EXTENSION |

The court having considered Defendant's Motion For Extension to File a Response to Third Party Defendants' Motion to Dismiss is hereby (granted) _____(denied) _____.

Dated this _____ day of November, 2005.

_____
JUDGE VAN SICKLE

Order on Defendant's Motion for Extension - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\DefendantPleadings\MotionExtension.ResponseThirdPartyDef MotDiss.051118\Order on Motion for Extension 051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1
2      I hereby certify that on November 18, 2005, I electronically filed **Order on Defendant's Motion for Extension to File Response to Motion to Dismiss** with
3  the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I
4  hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon,
5  III, Robert Pritchett, Emily Abbey and Jamila Gordon.

6                        S/ FLOYD E. IVEY
                      FLOYD E. IVEY
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order on Defendant's Motion for Extension - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\DefendantPleadings\MotionExtension.ResponseThirdPartyDef MotDiss.051118\Order on Motion for Extension 051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581