Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants | NO. CV-04-5125-FVS<br><br>**DECLARATION OF FLOYD E. IVEY RE:** EXTENSION OF TIME **TO FILE RESPONSE TO** THIRD PARTY DEFENDANT MOTION TO DISMISS<br><br>November 21, 2005<br>W I T H O U T   O R A L ARGUMENT |

I am counsel for Defendant herein. Defendant and Third Party Plaintiff has filed its proposed Second Amended Third Party Complaint and Motion to Amend noted for hearing November 28, 2005. The Third Party Defendants have filed Motions to Dismiss the First Third Party Complaint with the first Motion to Dismiss, for Mr. Pritchett, on December 5, 2005. The remaining Third Party Defendant's Motions to Dismiss are scheduled into mid December, 2005. Third Party Plaintiff's Response to Defendant Pritchett's Motion to Dismiss is due November 18, 2005. Due to litigation and office demands the Defendant and Third Party Plaintiff seeks an extension of time to file Third Party Plaintiff's Response to Wednesday, November 23, 2005.

The foregoing is true and correct to my knowledge and belief. Signed at Kennewick Washington, November 18, 2005.

Note for Hearing  - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

2

3  By s/ Floyd E. Ivey
   FLOYD E. IVEY, WSBA#6888
   Attorneys for Defendant

4

5  I hereby certify that on November 18, 2005, I electronically filed Declaration of Floyd E. Ivey in support of Defendant's Motion For Extension of time To File Defendant's Response to Third Party Plaintiff's Motion to Dismiss

6  with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A.

7  Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S.

8  Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

9  S/ FLOYD E. IVEY
   FLOYD E. IVEY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Note for Hearing - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581