1 Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
2 1141 N. Edison, Suite C
P.O. Box 6125
3 Kennewick, WA 99336
Telephone (509) 735-3581
4 Fax (509) 735-3585

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants | NO. CV-04-5125-FVS<br><br>**NOTE FOR HEARING DEFENDANT'S MOTION** EXTENSION OF TIME **TO FILE RESPONSE TO** THIRD PARTY DEFENDANT MOTION TO DISMISS<br><br>November 21, 2005<br>W I T H O U T   O R A L ARGUMENT |

PLEASE TAKE NOTICE that the Defendants' Motion to Extend Time for Filing Defendant's Response to Third Party Defendant's Motion to Dismiss is set to be heard on November 21, 2005 at 6:30 p.m., or as soon thereafter as the Court deems appropriate, without oral argument.

Dated this 18th day of November, 2005

        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

        By s/ Floyd E. Ivey
           FLOYD E. IVEY, WSBA#6888
           Attorneys for Defendant

I hereby certify that on November 18, 2005, I electronically filed **Note for Hearing Defendant's Motion For Extension of time To File Defendant's Response to Third Party Plaintiff's Motion to Dismiss** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

        S/ FLOYD E. IVEY
        FLOYD E. IVEY

Note for Hearing - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581