1   Floyd E. Ivey
    Liebler, Ivey & Connor, P.S.
2   1141 N. Edison, Suite C
    P.O. Box 6125
3   Kennewick, WA 99336
    Telephone (509) 735-3581
4   Fax (509) 735-3585

5

6               **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE EASTERN DISTRICT OF WASHINGTON**

7   JAMES S. GORDON, JR., an individual      )    NO.  CV-04-5125-FVS
    residing in Benton County, Washington,   )
8                                            )
                        Plaintiffs           )    **NOTE FOR HEARING**
9                                            )    **DEFENDANT'S MOTION**
    vs.                                      )    **TO EXPEDITE MOTION**
10                                           )    **FOR EXTENSION TO FILE**
    IMPULSE MARKETING GROUP, INC.,           )    **RESPONSE TO MOTION**
11  a Nevada Corporation,                    )    **TO DISMISS**
                                             )
12                      Defendants           )    November 21, 2005
    _____ )    W I T H O U T   O R A L
13                                                ARGUMENT

14          PLEASE TAKE NOTICE that the Defendants' Motion to Expedite Motion

15  for Extension to File Response to Third Party Defendant's Motion to Dismiss is

16  set to be heard on November 21, 2005 at 6:30 p.m., or as soon thereafter as the

17  Court deems appropriate, without oral argument.

18          Dated this 18th day of November, 2005

19                          LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

20

21                  By s/ Floyd  E. Ivey_____
                        FLOYD E. IVEY, WSBA#6888
                        Attorneys for Defendant
22

23          I hereby certify that on November 18, 2005, I electronically filed **Note for**
    **Hearing Defendant's Motion to Expedite Motion for Extension of time To File**
    **Defendant's Response to Third Party Plaintiff's Motion to Dismiss** with the
24  Clerk of the Court using the CM/ECF System which will send notification of such
    filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan.  I
25  hereby certify that I have served the foregoing to the following non-CM/ECF
    participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon,
26  III, Robert Pritchett, Emily Abbey and Jamila Gordon.

27                  S/ FLOYD E. IVEY_____
                    FLOYD E. IVEY
28

Note for Hearing  - 1                          LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
                                                           Attorneys at Law
                                                            P.O. Box 6125
                                                   Kennewick, Washington 99336-0125
                                                          (509) 735-3581