```
                    FILED IN THE
                  U.S. DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON

                    NOV 18 2005

                  JAMES R. LARSEN, CLERK
             _____DEPUTY
                  RICHLAND, WASHINGTON
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | **DECLARATION REGARDING THIRD PARTY PLAINTIFF'S CERTIFICATION OF SERVICE** |
| Impulse Marketing Group, Inc., | |
| Defendant | |
| | |
| Impulse Marketing Group, Inc., | |
| Third-Party Plaintiff, | |
| v. | |
| Bonnie Gordon, | |
| Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1  I am apprised of the fact that Mr. Ivey has certified to this Court that
2  he has notified third-party defendant(s) of Impulse's motion for default.
3  I have personally NOT received any communication whatsoever from
4  Impulse nor its attorneys of any such motion for default. And any
5  intimation or statement that I have is FALSE.
6
7  Previously, Mr. Ivey claimed that he had collaborated with me
8  concerning the joint status conference –that statement is FALSE, also.
9
10 I trust that this Court will not allow false representations by Impulse or
11 its attorneys to survive without the appropriate sanctions.
12
13 Bonnie F. Gordon
14 9804 Buckingham Drive
15 Pasco, WA 99301
16 509-210-1069
17
18 Dated this 18th day of November, 2005

19 *[signature]*

## Certificate of Service

21 I, hereby, certify that on November 18, 2005, I filed with this Court a Notice of Appearance. The Clerk of the Court will provide electronic
22 notification using the CM/ECF, which will send an electronic copy of this Notice to Douglas E. McKinley, Jr., Peter J. Glantz, Sean A.
23 Moynihan, and Floyd E. Ivey. I have served all non-CM/ECF participants, Jamila Gordon, James Gordon III, Jonathan Gordon,
24 Emily Abbey, and Robert Pritchett by other means.
25