Case 2:04-cv-05125-FVS   Document 194   Filed 11/21/2005



Dockets.Justia.com

# Orders on Motions

2:04-cv-05125-FVS Gordon v. Impulse Marketing Group Inc

**Eastern District of Washington**

**U.S. District Court**

Notice of Electronic Filing

The following transaction was received from SAP, Case Administrator entered on 11/10/2005 at 1:22 PM PST and filed on 11/10/2005
**Case Name:** Gordon v. Impulse Marketing Group Inc
**Case Number:** 2:04-cv-5125
**Filer:**
**Document Number:** 176

**Docket Text:**
ORDER OF CLARIFICATION Granting [174] Motion to Expedite and Granting in part and Denying in part [170] Motion to Clarify Scheduling Order and in the alternative, Motion for Extension of Time . Signed by Judge Fred Van Sickle. (SAP, Case Administrator)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069357611 [Date=11/10/2005] [FileNumber=453245-0
] [00ff88d59a88b535857d808d29044feda7fe94f640c16b76adf65bc2b89ea07460a
56901c916d421c40c2c92442c550a7ed4b26bf82543b8922l1883dc21adee]]

**2:04-cv-5125 Notice will be electronically mailed to:**

Peter J Glantz     pglantz@kzrd.com,

Floyd Edwin Ivey     feivey@3-cities.com, gswift@licbs.com

Douglas E McKinley , Jr     doug@mckinleylaw.com

Sean A Moynihan     seanm@legal.org, seanm@kzrd.com

**2:04-cv-5125 Notice will be delivered by other means to:**

Emily Abbey
1407 Second Avenue
#608
Seattle, WA 98119

Bonnie Gordon
9804 Buckingham Drive
Pasco, WA 99301

Jamila Gordon
329 NW 7th Street
Corvallis, OR 97330

Jonathan Gordon
9804 Buckingham Drive
Pasco, WA 99301

James S Gordon III
c/o James S. Gordon Jr
9804 Buckingham Drive
Pasco, WA 99301

Robert Pritchett
1952 Thayer Drive
Richland, WA 99354

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendant. | No. CV-04-5125-FVS<br><br>**ORDER OF CLARIFICATION** |
| IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants. | |

The Court, being fully advised, now, therefore,

**IT IS HEREBY ORDERED:**

1. Motion to Expedite, **Ct. Rec. 174**, is **GRANTED**.

2. Motion to Clarify Scheduling Order and in the alternative, Motion for Extension of Time, **Ct. Rec. 170**, is **GRANTED IN PART AND DENIED IN PART**. Paragraph 2 of the Court's Scheduling Order states that dispositive motions shall be filed on or before June 12, 2006,

**ORDER OF CLARIFICATION - 1**

1  which means such motions may be filed any time prior to, and
2  including, June 12, 2006.  The Court does not have sufficient
3  information to enable it to determine whether the motions to dismiss
4  filed by the third-party defendants should be continued or whether
5  the Court should grant defendant an extension of time to file a
6  response to the third-party defendants' motions to dismiss.
7      **IT IS SO ORDERED.**  The District Court Executive is hereby
8  directed to enter this Order and furnish copies to counsel.
9      **DATED** this <u>10th</u> day of November, 2005.

> <u>s/ Fred Van Sickle</u>
> Fred Van Sickle
> United States District Judge

ORDER OF CLARIFICATION - 2