1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15           **UNITED STATES DISTRICT COURT FOR THE**

16              **EASTERN DISTRICT OF WASHINGTON**

17 JAMES S. GORDON, JR.,            )        No. CV-04-5125-FVS
                                    )
18         Plaintiff,                )
   vs.                              )       MOTION TO WITHDRAW
19                                   )       DEFENDANT'S MOTION FOR
   IMPULSE MARKETING GROUP,         )       ORDERS OF DEFAULT
20 INC.,                             )       REGARDING ALL
                                    )       THIRD PARTY DEFENDANT
21         Defendant                 )
   _____  )
22                                   )       November 21, 2005
   IMPULSE MARKETING GROUP,         )       WITHOUT ORAL ARGUMENT
23 INC.,                             )
                                    )
24         Third-Party Plaintiff,    )
   vs.                              )
25                                   )
   BONNIE GORDON, et al.,           )
26                                   )
           Third-Party Defendants.  )
27

28

Motion to Withdraw Motion for Order of Default                 LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Page 1 of 2                                                    Attorneys at Law
                                                               P.O. Box 6125
                                                               Kennewick, Washington 99336-0125
                                                               (509) 735-3581

1  The Defendant and Third Party Plaintiff moves to withdraw the Third Party
2  Plaintiff's Motions for entry of Orders of Default as to all Third Party Defendants.
3  Defendant's Motion to withdraw is requested to be set for hearing without Oral
4  Argument on Monday, November 21 2005.
5  DATED this 21th day of   November, 2005.

**LIEBLER, IVEY, & CONNOR, P.S.**

**s/ Floyd E. Ivey**
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendant Impulse**

I hereby certify that on November 21, 2005, I electronically filed **Defendants Motion to Withdraw Third Party Plaintiff's Motions for Entry of Orders of Default as to All Third Party Defendants** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan.  I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Motion to Withdraw Motion for Order of Default
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581