Gordon v. Impulse Marketing Group Inc    Doc. 196
Case 2:04-cv-05125-FVS    Document 196    Filed 11/21/2005

1 Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
2 1141 N. Edison, Suite C
P.O. Box 6125
3 Kennewick, WA 99336
Telephone (509) 735-3581
4 Fax (509) 735-3585

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiffs<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendants | NO. CV-04-5125-FVS<br><br>**NOTE FOR HEARING DEFENDANT'S MOTION TO WITHDRAW DEFENDANT'S MOTION FOR ORDER OF DEFAULT** AS TO ALL THIRD PARTY DEFENDANTS<br>November 21, 2005<br>W I T H O U T   O R A L ARGUMENT |

PLEASE TAKE NOTICE that the Defendants' Motion to Withdraw Defendant's Motion for Orders of Default as to all Third Party Defendants is set to be heard on November 21, 2005 at 6:30 p.m., or as soon thereafter as the Court deems appropriate, without oral argument.

Dated this 21th day of November, 2005

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ Floyd E. Ivey
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that on November 21, 2005, I electronically filed **Note for Hearing Defendant's Motion to Withdraw Defendant's Motion for Orders of Default as to all Third Party Defendants** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Note for Hearing - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581