Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, ) ) ) | NO.  CV-04-5125-FVS |
| Plaintiffs ) ) | ORDER ON DEFENDANT'S MOTION FOR EXTENSION |
| IMPULSE MARKETING GROUP, INC., a Nevada Corporation, ) ) ) | |
| Defendants ) | |
| IMPULSE MARKETING GROUP, INC., ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY, ) ) ) ) | |
| Third-Party Defendants. ) | |

The court having considered Defendant's Motion For Extension to File a

Response to Third Party Defendants' Motion to Dismiss is hereby (granted)

_____(denied) _____.

Dated this _____ day of November, 2005.

_____
JUDGE VAN SICKLE

Order on Defendant's Motion for Extension  - 1.
Z:\IPClient\Impulse Marketing Group  v.
Gordon\Pleadings\DefendantPleadings\MotionExtension.ResponseThirdPartyDef
MotDiss.051118\Order on Motion for Extension 051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   I hereby certify that on November 18, 2005, I electronically filed **Order on Defendant's Motion for Extension to File Response to Motion to Dismiss** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan.  I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

        S/ FLOYD E. IVEY
        FLOYD E. IVEY

Order on Defendant's Motion for Extension  - 2.
Z:\IPClient\ImpulseMarketingGroup v.
Gordon\Pleadings\DefendantPleadings\MotionExtension.ResponseThirdPartyDef
MotDiss.051118\Order on Motion for Extension 051118.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581