1   FLOYD E. IVEY
    Liebler, Ivey, Connor, Berry & St. Hilaire
2   P. O. Box 6125
    Kennewick, WA 99336-0125
3   509-735-3581
    Attorneys for Defendant
4   Impulse Marketing Group, Inc.
    and Third Party Plaintiff
5
    Klein, Zelman, Rothermel, & Dichter, L.L.P.
6   By:   Sean Moynihan, Esq.; Peter Glantz
    485 Madison Avenue
7   New York, New York 10022
    Telephone Number (212) 935-6020
8   Facsimile Number (212) 753-8101
    Attorneys for Defendant
9   Impulse Marketing Group, Inc.
    and Third Party Plaintiff
10
    DOUGLAS E. MCKINLEY, JR.
11  Attorney At Law
    P.O. Box 202 Richland, Washington 99352
12  509-628-0809
    Fax (509) 628-2307
13  Attorney for Plaintiff

14

15              **UNITED STATES DISTRICT COURT FOR THE**

16                **EASTERN DISTRICT OF WASHINGTON**

17  JAMES S. GORDON, JR.,                )          No. CV-04-5125-FVS
                                         )
18               Plaintiff,              )
    vs.                                  )
19                                       )          MOTION TO EXTEND TIME FOR
    IMPULSE MARKETING GROUP,             )          FILING OF
20  INC.,                                )          DEFENDANT'S RESPONSE TO
                                         )          THIRD PARTY DEFENDANT'S
21               Defendant              )          MOTION TO DISMISS
    ──────────────────────────────────   )
22  IMPULSE MARKETING GROUP,             )          November 21, 2005
    INC.,                                )          WITHOUT ORAL ARGUMENT
23                                       )
                                         )
24          Third-Party Plaintiff,       )
    vs.                                  )
25                                       )
    BONNIE GORDON, et al.,               )
26                                       )
            Third-Party Defendants.      )
27

28

Motion to Expedite Motion to Clarify Scheduling Order
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1    The Court is moved to Expedite the hearing for Defendant's Motion For

2  Extension of time to file Defendant's Response to Third Party Defendant's Motion

3  to Dismiss for hearing without Oral Argument on Monday, November 21 2005.

4    DATED this 18th day of   November, 2005.

5

6         **LIEBLER, IVEY, & CONNOR, P.S.**

7

8         **s/ Floyd E. Ivey**
          **Floyd E. Ivey, WSBA #6888**
9         **Attorneys for the Defendant Impulse**

10

11   I hereby certify that on November 18, 2005, I electronically filed **Motion
     for Extension of Time to File Defendant's Response to Third Party**
12  **Defendant's Motion to Dismiss** with the Clerk of the Court using the CM/ECF
     System which will send notification of such filing to Douglas E. McKinley, Jr.,
13  Peter J. Glantz and Sean A. Moynihan.  I hereby certify that I have served the
     foregoing to the following non-CM/ECF participants by other means: Bonnie
14  Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey
     and Jamila Gordon.

15

16         S/ FLOYD E. IVEY
           FLOYD E. IVEY
17

18

19

20

21

22

23

24

25

26

27

28

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581