```
                        FILED IN THE
                      U.S. DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON

                        NOV 21 2005

                      JAMES R. LARSEN, CLERK
                      _____DEPUTY
                        RICHLAND, WASHINGTON
```

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | CHANGE OF ADDRESS |
| Impulse Marketing Group, Inc., | |
| Defendant | |
| | |
| Impulse Marketing Group, Inc., | |
| Third-Party Plaintiff, | |
| v. | |
| Jamila E. Gordon, | |
| Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1  This notice is intended to inform the Court and all parties in the above
2  captioned lawsuit(s) that ALL future correspondence should be sent to
3  me at the address, below.  DO NOT call my cell phone or send me
4  electronic mail.
5
6  Jamila E. Gordon
7  9804 Buckingham Dr.
8  Pasco, WA 99301
9  541-740-5136 (cell phone)
10
11
12  Dated this 15th day of November, 2005
13  _____
14
15           Certificate of Service
16  I, hereby, certify that on November    , 2005, I filed with this Court a
    Change of Address Notice. The Clerk of the Court will provide electronic
17  notification using the CM/ECF, which will send an electronic copy of
    this Notice to Douglas E. McKinley, Jr., Peter J. Glantz, Sean A.
18  Moynihan, and Floyd E. Ivey. I have served all non-CM/ECF
    participants, Bonnie Gordon, James Gordon III, Jonathan Gordon,
19  Emily Abbey, and Robert Pritchett by other means.
20
21
22
23
24
25