```
                              FILED IN THE
                           U.S. DISTRICT COURT
                      EASTERN DISTRICT OF WASHINGTON

                            NOV 21 2005

                        JAMES R. LARSEN, CLERK
                        _____DEPUTY
                         RICHLAND, WASHINGTON
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | DECLARATION REGARDING THIRD PARTY PLAINTIFF'S CERTIFICATION OF SERVICE |
| Impulse Marketing Group, Inc., | |
| Defendant | |
| | |
| Impulse Marketing Group, Inc., | |
| Third-Party Plaintiff, | |
| v. | |
| James S. Gordon III, | |
| Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

I am apprised of the fact that Mr. Ivey has certified to this Court that he has notified third-party defendant(s) of Impulse's motion for default. I have personally NOT received any communication whatsoever from Impulse nor its attorneys of any such motion for default. And any intimation or statement that I have is FALSE.

Previously, Mr. Ivey claimed that he had collaborated with me concerning the joint status conference –that statement is FALSE, also.

I trust that this Court will sanction Impulse and/or its attorneys up to and including dismissing their lawsuit against me.

James S. Gordon III
9804 Buckingham Drive
Pasco, WA 99301
509-210-1069

Dated this 18th day of November, 2005

*[signature]*

## Certificate of Service

I, hereby, certify that on November 21, 2005, I filed with this Court a Notice of Appearance. The Clerk of the Court will provide electronic notification using the CM/ECF, which will send an electronic copy of this Notice to Douglas E. McKinley, Jr., Peter J. Glantz, Sean A. Moynihan, and Floyd E. Ivey. I have served all non-CM/ECF participants, Bonnie Gordon, Jamila Gordon, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.