```
                                    FILED IN THE
                                 U.S. DISTRICT COURT
                              EASTERN DISTRICT OF WASHINGTON

                                    NOV 21 2005

                                JAMES R. LARSEN, CLERK
                              _____ DEPUTY
                                 RICHLAND, WASHINGTON
```

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | AFFIDAVIT OF THIRD-PARTY DEFENDANT, |
| Impulse Marketing Group, Inc., | ROBERT L. PRITCHETT |
| Defendant | |
| | |
| Impulse Marketing Group, Inc., | |
| Third-Party Plaintiff, | |
| v. | |
| Robert L. Pritchett, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

Robert L. Pritchett declares as follows:

1) I, Robert L. Pritchett, am the named third party defendant in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) Upon receipt of third-party plaintiff's service of process, the undersigned filed a notice of appearance (pro se) with this Court.

3) My email to Mr. Floyd E. Ivey asking him to stipulate to an extension of time to file an answer to the instant counterclaims is attached as (Exhibit 1).

4) As of the date below, Mr. Ivey has failed to respond to this emailed request.

5) Mr. Ivey has filed a motion for default without acknowledging or responding to my request for stipulation.

6) I have prepared an answer with affirmative defenses and counterclaims to Impulse's third party complaint in the event that my motion to dismiss is denied.

Mr. Ivey has an advantage in that he is an attorney and I am not. I trust that this Court will not grant him the additional advantage of an unfair surprise made in bad faith.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Robert L. Pritchett

1952 Thayer Drive

Richland, WA 99354

EXECUTED this 21st day of November, 2005.

*/s/ Robert Taylor Pritchett*

I, hereby, certify that on November 21, 2005, I filed this affidavit with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to Douglas E. McKinley, Jr., Peter J. Glantz, Sean A. Moynihan, and Floyd E. Ivey. I have served all non-CM/ECF participants, Bonnie Gordon, Jamila Gordon, James Gordon III, Emily Abbey, and Jonathan K. Gordon by other means.

X-IronPort-AV: i="3.97,169,1125892800";
  d="scan'208"; a="1467631512:sNHT26226726"
Date: Mon, 3 Oct 2005 11:43:08 -0700 (PDT)
Subject: Pro Se response to Impulse Marketing's Counter-Suit Update
From: "Robert Pritchett" <rpritchett@maccompanion.com>
To: feivey@3-cities.com
Cc: doug@mckinleylaw.com, kamau@charter.net
Reply-To: rpritchett@maccompanion.com
User-Agent: SquirrelMail/1.4.3a
X-Mailer: SquirrelMail/1.4.3a


Floyd, et. al;

I submitted my Pro Se Notice of Appearance last week to the Eastern
Washington District of the Federal Court in Richland, responding to the
counter-suit by Impulse Marketing.

Will you please stipulate to an extension of the time to file an answer to
Impulse's counter-suit until the court has ruled?


--
Robert Pritchett
CEO - MPN, LLC
Publisher - macCompanion
1952 Thayer Drive
Richland WA 99352
1-509-210-0217
1-888-684-2161 (toll-free)
rpritchett@maccompanion.com
http://www.maccompanion.com