FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 21 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br>vs.<br>Impulse Marketing Group, Inc.,<br>Defendant<br><br>Impulse Marketing Group, Inc.,<br>Third-Party Plaintiff,<br>v.<br>Robert L. Pritchett,<br>Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>**DECLARATION REGARDING THIRD PARTY PLAINTIFF'S CERTIFICATION OF SERVICE** |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

I am apprised of the fact that Mr. Ivey has certified to this Court that he has notified third-party defendant(s) of Impulse's motion for default. I have personally NOT received any communication whatsoever from Impulse nor its attorneys of any such motion for default. And any intimation or statement that I have is FALSE.

Previously, Mr. Ivey claimed that he had collaborated with me concerning the joint status conference –that statement is FALSE, also.

I trust that this Court will sanction Impulse and/or its attorneys up to and including dismissing their lawsuit against me.

Robert L. Pritchett
1952 Thayer Drive
Richland WA 99354
509-210-0217

Dated this 18th day of November, 2005

_____

## Certificate of Service

I, hereby, certify that on November 21, 2005, I filed with this Court a Notice of Appearance. The Clerk of the Court will provide electronic notification using the CM/ECF, which will send an electronic copy of this Notice to Douglas E. McKinley, Jr., Peter J. Glantz, Sean A. Moynihan, and Floyd E. Ivey. I have served all non-CM/ECF participants, Bonnie Gordon, Jamila Gordon, James Gordon III, Emily Abbey, and Jonathan K. Gordon by other means.