1

2  Floyd E. Ivey
3  Liebler, Ivey & Connor, P.S.
   1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   Telephone (509) 735-3581
5  Fax (509) 735-3585

6

7  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE EASTERN DISTRICT OF WASHINGTON**
8

| | |
|---|---|
| 9  JAMES S. GORDON, JR., an individual residing in Benton County, Washington, | NO. CV-04-5125-FVS |
| 10 | |
| 11             Plaintiffs | **CERTIFICATE OF SERVICE** |
| 12  vs. | |
| 13  IMPULSE MARKETING GROUP, INC., a Nevada Corporation, | |
| 14             Defendants | |

15  I hereby certify that on November 23, 2005, I electronically filed the
16  **Defendant and Third Party Plaintiff's Memorandum of Law in Opposition to**
17  **Third Party Defendants' Motion to Dismiss** and **Declaration of Peter J. Glantz**
18  **in Opposition to Third Party Defendants' Motion to Dismiss Impulse**
19  **Marketing Group, Inc.'s Third Party Amended Complaint** with the Clerk of
20  the Court using the CM/ECF System which will send notification of such filing to
21  Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan.  However, due
22  to a staffing shortage at the office the mailing to the non-CM/ECF participants was
23  overlooked.  The materials filed electronically with the Court on November 23,
24  2005 have today been mailed to: Bonnie Gordon, Jonathan Gordon, James S.
25  Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

26

27

28

Certificate of Service - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Certificate of Service 051128.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  Dated: November 28, 2005.

2  S/ FLOYD E. IVEY
WSBA #6888
3  Attorney for Defendant
P.O. Box 6125
4  Kennewick, WA 99336
(509) 735-3581
5  Fax: (509) 735-3585
Feivey@3-cities.com

6

7  I hereby certify that on November 28, 2005, I electronically filed **Certificate of Service** with the Clerk of the Court using the CM/ECF System
8  which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to
9  the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

10

11  S/ FLOYD E. IVEY
FLOYD E. IVEY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Pleadings\Certificate of Service 051128.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581