UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>　　　　　Defendant. | No. CV-04-5125-FVS<br><br>ORDER GRANTING MOTION TO WITHDRAW |
| IMPULSE MARKETING GROUP, INC.,<br><br>　　　　　Third-Party Plaintiff,<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>　　　　　Third-Party Defendants. | |

　　　The Court, being fully advised, now therefore,

　　　**IT IS HEREBY ORDERED**:

　　　1.　Defendant's Motion to Withdraw Defendant's Motion for Orders of Default Regarding All Third Party Defendants, **Ct. Rec. 195**, is **GRANTED**.

　　　2.　Defendant's Motion for Entry of Default as to Emily Abbey and Jamila Gordon, **Ct. Rec. 180**, is **WITHDRAWN**.

　　　3.　Defendant's Motion for Entry of Default as to Robert Pritchett, Bonnie Gordon, James S. Gordon, III, and Jonathan Gordon,

ORDER GRANTING MOTION TO WITHDRAW - 1

1   **Ct. Rec. 142,** is **WITHDRAWN.**

2   **IT IS SO ORDERED.** The District Court Executive is hereby

3   directed to enter this Order and furnish copies to counsel **and to the**

4   **pro se third-party defendants.**

5   **DATED** this <u>28th</u> day of November, 2005.

         s/ Fred Van Sickle
         Fred Van Sickle
         United States District Judge

ORDER GRANTING MOTION TO WITHDRAW - 2