1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15        **UNITED STATES DISTRICT COURT FOR THE**

16             **EASTERN DISTRICT OF WASHINGTON**

17 JAMES S. GORDON, JR.,           )   No. CV-04-5125-FVS
                                   )
18           Plaintiff,            )
   vs.                             )   MOTION TO EXTEND TIME FOR
19                                 )   FILING OF
   IMPULSE MARKETING GROUP,        )   DEFENDANT'S RESPONSE TO
20 INC.,                           )   THIRD PARTY DEFENDANT'S
                                   )   MOTION TO DISMISS
21           Defendant             )
   _____ )   WITHOUT ORAL ARGUMENT
22                                 )
   IMPULSE MARKETING GROUP,        )
23 INC.,                           )
                                   )
24      Third-Party Plaintiff,     )
   vs.                             )
25                                 )
   BONNIE GORDON, et al.,          )
26                                 )
        Third-Party Defendants.    )
27

28

Motion to Expedite Motion to Clarify Scheduling Order          LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Page 1 of 2                                                              Attorneys at Law
                                                                          P.O. Box 6125
                                                                  Kennewick, Washington 99336-0125
                                                                         (509) 735-3581

1  The Court is moved to Extend the time to file Defendant's Response to
2  Third Party Defendant's Motion to Dismiss for hearing without Oral Argument on
3  Friday, December 2, 2005.

4  DATED this 29th day of November, 2005.

6  **LIEBLER, IVEY, & CONNOR, P.S.**

8  **s/ Floyd E. Ivey**
   **Floyd E. Ivey, WSBA #6888**
9  **Attorneys for the Defendant Impulse**

11 I hereby certify that on November 29, 2005, I electronically filed **Motion for Extension of Time to File Defendant's Response to Third Party Defendant's Motion to Dismiss** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

16 S/ FLOYD E. IVEY
   FLOYD E. IVEY

Motion to Expedite Motion to Clarify Scheduling Order
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581