1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15              **UNITED STATES DISTRICT COURT FOR THE**

16                 **EASTERN DISTRICT OF WASHINGTON**

17  JAMES S. GORDON, JR.,            )   No. CV-04-5125-FVS
                                     )
18          Plaintiff,                )
    vs.                              )   DECLARATION OF FLOYD E. IVEY
19                                   )   RE: MOTION TO EXTEND TIME
    IMPULSE MARKETING GROUP,         )   FOR FILING OF
20  INC.,                            )   DEFENDANT'S RESPONSE TO
                                     )   THIRD PARTY DEFENDANT'S
21          Defendant                )   MOTION TO DISMISS
    _____     )
22                                   )
    IMPULSE MARKETING GROUP,         )   WITHOUT ORAL ARGUMENT
23  INC.,                            )
                                     )
24          Third-Party Plaintiff,    )
    vs.                              )
25                                   )
    BONNIE GORDON, et al.,           )
26                                   )
            Third-Party Defendants.  )

27

28

Motion to Expedite Motion to Clarify Scheduling Order
Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1   The Defendant and Third Party Plaintiff has moved to Extend the time to
2   file Defendant's Response to Third Party Defendant's Motion to Dismiss for
3   hearing without Oral Argument on Friday, December 2, 2005.  This motion was
4   intended to have been filed during the week of November 14, 2005 for hearing on
5   November 21, 2005 for filing of the indicated Defendant's Response by November
6   23, 2005.  The clerk has advised this office, as of November 28, 2005, that the
7   motion was not filed but that the proposed Order was filed twice.  Defendant has
8   filed the Response to Third Party Defendant's Motion to Dismiss as to all Third
9   Party Defendant's Motions to Dismiss.

10   Counsel and staff have found that the electronic filing of documents has
11   posed problems not encountered when the printed document is prepared and
12   delivered to a clerk.  There have been several such instances where motions,
13   orders, notices and declarations have been incorrectly filed with corrections caught
14   shortly following the filing.  Counsel for the Defendant and Third Party Plaintiff
15   does not believe that this requested Extension and the error encountered is
16   prejudicial to the Third Party Defendant whose Motion to Dismiss is first to be
17   heard or to the remaining Third Party Defendants whose motions are set for
18   consideration in mid December.
19   The foregoing is stated on penalty of perjury as true and correct to the best of my
20   knowledge.
21   Signed at Kennewick.
22   DATED this 29th day of   November, 2005.
23
24   **LIEBLER, IVEY, & CONNOR, P.S.**
25
26   **s/ Floyd E. Ivey**
    **Floyd E. Ivey, WSBA #6888**
27   **Attorneys for the Defendant Impulse**
28

Motion to Expedite Motion to Clarify Scheduling Order
Page 2 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

I hereby certify that on November 29, 2005, I electronically filed Declaration of Floyd E. Ivey regarding Defendant and Third Party Plaintiff's **Motion for Extension of Time to File Defendant's Response to Third Party Defendant's Motion to Dismiss** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Motion to Expedite Motion to Clarify Scheduling Order
Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581