1  Floyd E. Ivey
   Liebler, Ivey & Connor, P.S.
2  1141 N. Edison, Suite C
   P.O. Box 6125
3  Kennewick, WA 99336
   Telephone (509) 735-3581
4  Fax (509) 735-3585

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington, | NO. CV-04-5125-FVS |
| Plaintiffs | **NOTE FOR HEARING DEFENDANT'S MOTION** MOTION |
| vs. | **FOR EXTENSION TO FILE RESPONSE TO MOTION** |
| IMPULSE MARKETING GROUP, INC., a Nevada Corporation, | TO DISMISS |
| Defendants | December 5, 2005 |
| | W I T H O U T  O R A L ARGUMENT |

PLEASE TAKE NOTICE that the Defendants' Motion for Extension to File Response to Third Party Defendant's Motion to Dismiss is set to be heard on December 5, 2005 at 6:30 p.m., or as soon thereafter as the Court deems appropriate, without oral argument.

Dated this 30th day of November, 2005

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ Floyd E. Ivey
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that on November 30, 2005, I electronically filed **Note for Hearing Defendant's Motion for Extension of time To File Defendant's Response to Third Party Plaintiff's Motion to Dismiss** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Note for Hearing - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581