```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>　　　　　Defendant. | No. CV-04-5125-FVS<br><br>**ORDER** |
| IMPULSE MARKETING GROUP, INC.,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　　　v.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>　　　　　Third-Party Defendants. | |

　　　The Court, being fully advised, now therefore,

　　　**IT IS HEREBY ORDERED:**

　　　1.　Defendant Impulse Marketing Group, Inc.'s Motion to Extend Time for Filing of Defendant's Response to Third-Party Defendants' Motions to Dismiss, **Ct. Rec. 223,** is **GRANTED**. Therefore, **Ct. Rec. 197,** is **MOOT.**

　　　2.　Defendant shall file its response to Third-Party Defendants' Motions to Dismiss by **5:00 p.m. on December 5, 2005**. Replies, if any, by Third-Party Defendants shall be filed by **5:00 p.m. on**

ORDER - 1

**December 12, 2005.**  These motions, Ct. Rec. 40, 155, 158, 161, 164, 167 and 177, will be scheduled for hearing **without oral argument** on **December 23, 2005.**

   3.  Defendant's Motions to Expedite, **Ct. Rec. 188 and Ct. Rec. 191,** are **GRANTED.**

   **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and pro se parties.

   **DATED** this <u>1st</u> day of December, 2005.

                          s/ Fred Van Sickle
                          Fred Van Sickle
                     United States District Judge

ORDER - 2