```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>        Plaintiff,<br><br>    v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>        Defendant. | No. CV-04-5125-FVS<br><br>ORDER |
| IMPULSE MARKETING GROUP, INC.,<br><br>        Third-Party Plaintiff,<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>        Third-Party Defendants. | |

**BEFORE THE COURT** is the Defendant and Third-Party Plaintiff Impulse Marketing Group, Inc.'s Second Motion to Amend/Correct Third-Party Complaint. The Court notes that the Third-Party Defendants have not yet filed their Answers to the Complaint and their Motions to Dismiss have not yet bet heard by the Court. Further, Federal Rule of Civil Procedure 15(a) provides that leave to amend a complaint shall be freely given. Accordingly,

**IT IS HEREBY ORDERED:**

1.  Defendant and Third-Party Plaintiff Impulse Marketing Group,

ORDER - 1

1 | Inc.'s Second Motion to Amend/Correct Third-Party Complaint, **Ct. Rec. 182, is GRANTED.**

    2.  Defendant and Third-Party Plaintiff's Motion to Expedite, **Ct. Rec. 186, is GRANTED.**

    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel **and to the pro se third-party defendants.**

    **DATED** this <u>1st</u> day of December, 2005.

```
                    s/ Fred Van Sickle
                    Fred Van Sickle
              United States District Judge
```

ORDER - 2