```
                              FILED IN THE
                            U.S. DISTRICT COURT
                       EASTERN DISTRICT OF WASHINGTON

                            DEC 02 2005

                         JAMES R. LARSEN, CLERK
                         _____ DEPUTY
                           RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN

DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | RESPONSE TO MOTION TO OPPOSE THIRD PARTY MOTION TO DISMISS - SECOND AFFIDAVIT OF THIRD-PARTY DEFENDANT, BONNIE F. GORDON |
| Impulse Marketing Group, Inc., Defendant | |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | |
| v. | |
| Bonnie F. Gordon, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

Bonnie F. Gordon declare as follows:

1) I, Bonnie F. Gordon, am the named third party defendant in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) Impulse and/or its unnamed third party marketers sent me the two emails, Exhibit 1 and Exhibit 2.

3) Each of the attached exhibits is addressed to the email address, faye@gordonworks.com, and this address is an issue in the above captioned lawsuit.

4) The contact information in terms of the street address referenced in each email was my true address at the time(s) of the alleged opt-in(s).

5) There are scores of additional emails with accurate contact or subscriber information (profile) all of which have true and correct contact information for faye@gordonworks.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Bonnie F. Gordon
9804 Buckingham Drive
Pasco, WA 99301
509-210-1069

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

EXECUTED this 2nd day of December, 2005.

*[signature]*

I, hereby, certify that on December 2, 2005, I filed this affidavit with this Court. I have served Douglas E. McKinley, Jr., Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by mail and/or other means., Emily Abbey, and Robert Pritchett by other means.

*[signature]*

Exhibit 1

Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Delivered-To: virtual-gordonworks_com-faye@gordonworks.com
Subject: 1419 Jadwin Avenue Richland WA
From: Lending Group<LendingGroup31347402@the-lendinggroup.com>
To: faye@gordonworks.com
X-SP-Track-ID: <odTXzNapRBt7E>
Date: Fri, 11 Mar 2005 18:38:26 -0500

The Lending Group

Loan Setup Approval #: 5033042101
Borrower: faye@gordonworks.com
Subject Property: 1419 Jadwin Avenue Richland WA
Loan Program: MAT 30yr Mortg.
Interest Rate: 1.25%
Loan Amount: 158,650

Your internet loan request has been approved for Application set-up. For your reference the
inquiry application number is 5033042101. Your initial inquiry will expire: 03/31/05.
For your own protection in order to continue with the processing of this Mortgage Loan,
it is mandatory to continue the application by phone. If you wish to cancel
or proceed with this Mortgage Transaction you may do so by calling 800-599-0206 ext 4020
and ask for Paul Mathews.

Thank You
Internet Loan Department

---

If you believe you have got this email in error, go to : here or inform us at :
The Lending Group,
17971 Biscayne Blvd.
Suite 213,
Aventura, FL 33160

Case 2:04-cv-05125-FVS    Document 228    Filed 12/02/2005

Exhibit 2

Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Delivered-To: virtual-gordonworks_com-faye@gordonworks.com
Date: Mon, 02 Aug 2004 20:38:54 PDT
From: Mary Harvey <maryharvey@rightmindedvirtue.com>
To: faye@gordonworks.com
Subject: WA RICHLAND Reifnance Faye Gordon
Reply-To: Mary Harvey <maryharvey@rightmindedvirtue.com>
Subject: WA RICHLAND Reifnance Faye Gordon

Faye Gordon

I heard you may have interest in either purchasing a new RICHLAND WA home, or Refi at 1419 Jadwin Avenue.  I can be a direct free help to you.

http://zz6661796540676f72646f6e776f726b732e636f6d.rightmindedvirtue.com

Sincerely
Mary Harvey
Customer Service Specialist

If you don\'t want mails, write to my address or use our online removal:
http://zz6661796540676f72646f6e776f726b732e636f6d.rightmindedvirtue.com

Printed for Jim Gordon <Kamau@charter.net>    12/1/2005