FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 02 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br><br>vs.<br><br>Impulse Marketing Group, Inc.,<br><br>Defendant<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Emily Abbey, Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>RESPONSE TO MOTION TO OPPOSE THIRD PARTY MOTION TO DISMISS, MOTION TO STRIKE PETER J. GLANTZ'S DECLARATION, AND AFFIDAVIT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

Dockets.Justia.com

The new "talking points" by Impulse include four "triable" issues of fact in its second or latest amendment to its third party complaint:

1. Impulse makes an issue of who, plaintiff or third party, received email from Impulse and its unnamed marketing partners. However, its causes of action are not predicated on the question of who received emails. The alleged acts are independent of the issue of who is receiving email.

2. Impulse focuses on allegedly untruthful and/or inaccurate subscriber profiles. Impulse and/or its unnamed marketing partners are still sending email to the email address bearing my name [through November 27, 2005]. One explanation is that Impulse is fraudulently selling profiles which it believes are bad leads. Another more plausible explanation is that the leads were never bad.

3. In the elaborate conspiracy theory spun by Impulse and allegedly directed by Plaintiff, Impulse did not allege any duty third party defendant allegedly had to unnamed marketing partner(s) – the actual owners of the web sites wherein Plaintiff allegedly opted-in. Impulse is attempting to "usurp" standing that is rightfully the dominion of unnamed third party marketers. Further, Impulse did not plead that it or its unnamed third party marketers had fulfilled or performed on the alleged contract by sending Plaintiff or third party defendant a free prize of any kind.

4. The alleged pecuniary benefit attributed to third party defendants is not an element giving rise to a cause of action in the instant case. And Impulse's pretext of third party defendant(s) generating

bad leads is trumped by the fact that Impulse is still selling my subscriber profile. The continued emails that are being sent by Impulse foils or frustrates its specious claims for indemnification and contribution, fraud and deceit, breach of contract, tortious interference and the disingenuous claim for injunctive relief. Impulse has admitted that third party defendant had opted-out of its email or spam lists by January 2004. However, Impulse has only recently created the fiction of re-subscribing after the 12(b)6 motion – it has presented no facts in support of the re-subscription myth.

5. Impulse has not pled specific contractual duties to be exercised by unnamed third party marketers – the rightful owners of the websites named by Impulse. Impulse did not plead ownership of these unnamed third party web sites. If there were contractual duties, and third party defendants deny that there were, the rights and responsibilities accrue to the unnamed third party marketers and third party defendants. No duty is owed to Impulse by third party defendants.

6. Under Impulse's reciprocal consideration, it failed to plead that it or unnamed third party marketers fulfilled any terms of the alleged contract. The quid pro quo was not upheld – no actual exchange was alleged.

7. As amended, Impulse's old and new causes, claims, and counterclaims still fail to state a cause upon which relief may be granted. And its triable issues of fact are without substance. Even if the Court was to find otherwise, any benefit of this or these

arguments would accrue to the unnamed rightful owners of the web sites who have not joined this action. Impulse can not invoke rights that do not belong to it as they lack legal standing to do so.

Peter Glantz's declaration is simply a partial, inferior reiteration of pleadings in and around the latest amended complaint – it adds no substance to the record – unless Mr. Glantz has personal knowledge and would like to testify on his client's behalf. As such, third party defendant moves the Court to strike Mr. Glantz's declaration.

## AFFIDAVIT

1) I, Emily Abbey, am the named third party defendant in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) The attached email was sent to an email address which bears my name at the "gordonworks.com" domain. Exhibit 1

3) It is my belief that the email was sent by Impulse Marketing Group, Inc. or its unnamed marketing partners to whom Impulse has bought/sold my personally identifying information for profit as a subscriber profile.

4) Impulse or its unnamed marketing partners continue to send hundreds of emails each week to my email address.

5) Some of these emails are for counterfeit drugs, pornography, stock scams, mortgage scams, and the like.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Emily Abbey

1407 2nd Ave West Apt 608

Seattle, WA 98119

206-217-0466

EXECUTED this 29th day of November, 2005.

*Emily H Abbey*

## Certificate of Service

I, hereby, certify that on December   , 2005, I filed this response to motion with this Court. I have served Douglas E. McKinley, Jr., Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Bonnie Gordon, and Robert Pritchett by mail and/or other means.

Case No. CV-04-5125-FVS                                Exhibit 1, page 1

Emily Abbey, Third-Party Defendant

Delivered-To: 7-emily@gordonworks.com
X-Original-To: emily@gordonworks.com
Delivered-To: emily@gordonworks.com
From: "Admissions Office" <Barber_cascara2@rocketmail.com >
Reply-To: "Admissions Office" <Barber_cascara2@rocketmail.com >
To: emily@gordonworks.com
Subject: RE: your education
Date: Tue, 29 Nov 2005 15:48:55 -0800
User-Agent: SquirrelMail/1.4.2
X-Sender: Barber_cascara2@rocketmail.com
Organization: auto.cauldron

You've been nominated,

Thanks to a private nomination, you are now eligible to obtain an official University Degree.

Obtain a prosperous future, increase money-earning power, and the enjoy the prestige that comes with having the career position you've always dreamed of. The degree will be awarded to you based on your present knowledge and life experience, bachelors, masters, phd and more are available.

If you are interested, please call us back Anytime at:

1-206-338-3579

Leave us a message and a member of our staff will call you back, have a good day.

Sincerely,

Andrea Glenn - MBA, PhD
-Admissions Officer

Case No. CV-04-5125-FVS                                Exhibit 1, page 2

## Emily Abbey, Third-Party Defendant

Pharmacy 24/7, 08:59 PM 11/27/2005 +0000, Refill Phentermine

Delivered-To: 7-emily@gordonworks.com
From: "Pharmacy 24/7" <csjgtdb@247medsavings.net>
To: "Cu stomer" <emily@gordonworks.com>
Subject: Refill Phentermine
Date: Sun, 27 Nov 2005 20:59:27 +0000
X-Mailer: Microsoft Outlook Express 6.00.2800.1123

Dear Pharmacy Customer,

If you would like to order your Prescription Weight Loss medication without any hassles at a discount.

please click here: 247medsavings.net
If you have any other questions or would like to talk to a friendly customer service agent..

please contact us here.

Thank You,
Customer Service

> Anti-Depressants
> Antibiotics
> Anxiety
> Birth Control
> Diuretic
> Flu
> Herpes
> Men's Health
> Migraine Headache
> Muscle Relaxers
> Pain Relief
> Sexual Health
> Sleep Aids
> Weight Loss
> Women's Health