1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15         **UNITED STATES DISTRICT COURT FOR THE**

16            **EASTERN DISTRICT OF WASHINGTON**

17 JAMES S. GORDON, JR.,            )    No. CV-04-5125-FVS
                                    )
18         Plaintiff,                )    DECLARATION OF FLOYD E. IVEY
   vs.                              )    IN SUPPORT OF DEFENDANT'S
19                                  )    MOTION TO COMPEL AND FOR
   IMPULSE MARKETING GROUP,         )    SANCTIONS
20 INC.,                            )
                                    )
21         Defendant                )
   _____  )
22                                  )
   IMPULSE MARKETING GROUP,         )
23 INC.,                            )
                                    )
24      Third-Party Plaintiff,      )
   vs.                              )
25                                  )
   BONNIE GORDON, et al.,           )
26                                  )
        Third-Party Defendants.     )
27

28

Declaration of Floyd E. Ivey
Page 1 of 4

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

I am counsel representing Defendant. On December 23, 2006 I mailed Defendant's First Interrogatories and Defendant's First Request for Production of Documents to Plaintiff. On February 15, 2006 I sent a request by fax and email for Plaintiff's responses to discovery by Friday, February 24, 2006 or in the alternative for a conference pursuant to LR 37.1. Plaintiff counsel Mr. McKinley called to advise that he would be withdrawing or substituted. Plaintiff later called to indicate that the substitution should be accomplished by Friday, February 17, 2006.

There has been no substitution and counsel for Plaintiff has not called to confer re: discovery.

Defendant requests Sanctions per FRCP 37(a)(4), for time expended in contacting Plaintiff counsel re: responses, for time, in drafting Defendant's Motion to Compel and Motion to Expedite and associated documents, of 2.5 hours at $265/hour for a total of $662.50.

Defendant requests that Plaintiff be required to fully respond to Defendant's Discovery by Wednesday, March 8, 2006.

I declare that the foregoing is true and correct.

Signed at Kennewick, Washington, this 21st day of February, 2006.

/s/ FLOYD E. IVEY

_____

Floyd E. Ivey

I hereby certify that on February 21, 2006, I electronically filed **Declaration of Floyd E. Ivey in Support of Defendant's Motion to Compel and for Sanctions** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S.

Declaration of Floyd E. Ivey
Page 2 of 4

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1 | Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

2 | S/ FLOYD E. IVEY
FLOYD E. IVEY

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Floyd E. Ivey
Page 3 of 4

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

# LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
**www.lieblerivey.com**
*Attorneys at Law*

**Intellectual Property**                    **The Edison Professional Building**
Floyd E. Ivey *                              1141 North Edison, Suite C                                Craig M. Liebler
  Registered Patent Attorney                      P.O. Box 6125                                        William J. Connor
  Patents, Trademarks, Copyrights, Kennewick, Washington 99336-0125                                    Alicia M. Berry
  Licensing, Litigation and Other                 Telephone 509-735-3581                               Ronald F. St. Hilaire
  Intellectual Property Matters                   Facsimile  509-735-3585

**feivey@3-cities.com**
***cell: 948-0943**

February 15, 2006

**Via Email and Fax Only - 628-2307**

Douglas E. McKinley, Jr.
Attorney at Law
P.O. Box 202
Richland, WA 99352

      Re: Gordon v. Impulse Marketing Group Inc.–Discovery

Dear Doug:

    Defendant's First Interrogatories and Requests for Production were mailed December 23, 2005.  Responses were due January 25, 2006.
    I acknowledge your advice re: withdrawal from another case with related issues.  I am not aware that you intend to withdraw from this matter.
    First, re: providing responses - I ask if you can assure, and preferably guarantee, that you can deliver responses next week by Thursday, February 24, 2006.
    Second, if you cannot make responses by the 24th, I ask that we confer, in accordance with LR 37.1(b) by 5p.m. today, Thursday afternoon or Friday morning or afternoon.
    You can reach me at both the office 735 3581 or cell 948 0943.  Thank you.

                Yours very truly,

                /s/ FLOYD E. IVEY

                FLOYD E. IVEY

FEI:gs
cc:Moynihan, Glantz by email
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Discovery\MtnCompel\MotionCompel\DecIveySupportMotionCompel.060221.wpd

Declaration of Floyd E. Ivey
Page 4 of 4

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581