1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:    Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

11 DOUGLAS E. MCKINLEY, JR.
   Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, | DEFENDANT'S MEMORANDUM IM SUPPORT OF DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS |
| vs. | |
| IMPULSE MARKETING GROUP, INC., | |
| Defendant | |
| IMPULSE MARKETING GROUP, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |

Memorandum re: Motion to Compel and for Sanctions
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

The Defendant has filed its Motion to Compel Plaintiff's Response to Defendant's Discovery served on Plaintiff December 6, 2005. Counsel for Plaintiff advises that he will withdraw and or that other counsel will substitute and that such should have been accomplished by Friday, February 17, 2006. There has been no substitution and no response by counsel to the request for conference.

Defendant's Motion to Compel is pursuant to FRCP 37(a)(2). Counsel for Defendant certifies that a good faith attempt has been made to confer with Plaintiff's counsel. Defendant has sent a request for a conference pursuant to LR 37.1 to Plaintiff attorney Mr. McKinley, by fax and email, on February 14, 2006, a copy of which is annexed hereto. Plaintiff's counsel has not further responded.

Defendant asks the Court to award Sanctions per FRCP 37(a)(4). *Freeman v. San Diego Ass'n of Realtors* 322 F.3d 1133, 1156 (C.A.9 Cal. 2003).

Discovery Cutoff is April 3, 2006.

DATED this 21st day of February, 2006.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ Floyd E. Ivey
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that on February 21, 2006, I electronically filed **Defendant's Memorandum in Support of Motion to Compel** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Memorandum re: Motion to Compel and for Sanctions
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581