1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15 **UNITED STATES DISTRICT COURT FOR THE**

16 **EASTERN DISTRICT OF WASHINGTON**

17 JAMES S. GORDON, JR.,            )   No. CV-04-5125-FVS
                                    )
18       Plaintiff,                 )   NOTICE OF HEARING OF
   vs.                              )   DEFENDANT'S MOTION TO
19                                  )   COMPEL AND FOR SANCTIONS
   IMPULSE MARKETING GROUP,         )
20 INC.,                            )
                                    )
21       Defendant                  )
   _____  )
22                                  )
   IMPULSE MARKETING GROUP,         )
23 INC.,                            )
                                    )
24       Third-Party Plaintiff,     )
   vs.                              )
25                                  )
   BONNIE GORDON, et al.,           )
26                                  )
         Third-Party Defendants.    )
27

28

Note for Hearing - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1

2    PLEASE TAKE NOTICE that the Defendants' Motion to Compel be heard

3 on February 28, 2006 at 6:30 p.m., or as soon thereafter as the Court deems

4 appropriate, without oral argument.

5    Dated this 21st day of February, 2006

6                    LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

7
             By s/ Floyd  E. Ivey
8             FLOYD E. IVEY, WSBA#6888
              Attorneys for Defendant

9
     I hereby certify that on February 21, 2006, I electronically filed **Note for
10 Hearing Motion to Compel** with the Clerk of the Court using the CM/ECF
   System which will send notification of such filing to Douglas E. McKinley, Jr.,
11 Peter J. Glantz and Sean A. Moynihan.  I hereby certify that I have served the
   foregoing to the following non-CM/ECF participants by other means: Bonnie
12 Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon
   and Emily Abbey.
13
                    S/ FLOYD E. IVEY
14                  FLOYD E. IVEY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Note for Hearing  - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581