1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15              **UNITED STATES DISTRICT COURT FOR THE**

16                    **EASTERN DISTRICT OF WASHINGTON**

17  JAMES S. GORDON, JR.,            )    No. CV-04-5125-FVS
                                     )
18         Plaintiff,                )    ORDER ON DEFENDANT'S
    vs.                              )    MOTION TO COMPEL AND FOR
19                                   )    SANCTIONS
    IMPULSE MARKETING GROUP,         )
20  INC.,                            )
                                     )
21         Defendant                 )
    _____    )
22                                   )
    IMPULSE MARKETING GROUP,         )
23  INC.,                            )
                                     )
24       Third-Party Plaintiff,      )
    vs.                              )
25                                   )
    BONNIE GORDON, et al.,           )
26                                   )
         Third-Party Defendants.     )
27

28

Order on Defendant's Motion to Compel and for Sanctions - 1.
Z:\IPClient\ImpulseMarketingGroup v.
Gordon\Discovery\MtnCompel\MotionCompel\Order on Motion to
Compel060221.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1
2
3   The court having considered Defendant's Motion to Compel and for
4   Sanctions said Order is hereby (granted) _____(denied) _____. The
5   Plaintiff is Ordered to Respond to Defendant's Discovery by _____, 2006.
6   Sanctions are awarded in the amount of $_____ and are to be paid to
7   Defendant counsel by Plaintiff by _____, 2006.
8
9   Dated this _____ day of _____, 2006.
10
11  _____
    JUDGE VAN SICKLE
12
13  I hereby certify that on February 21, 2006, I electronically filed **Order on Defendant's Motion to Compel and for Sanctions** with the Clerk of the Court
14  using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I
15  have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett,
16  Jamila Gordon and Emily Abbey.
17              S/ FLOYD E. IVEY
                FLOYD E. IVEY
18
19
20
21
22
23
24
25
26
27
28

Order on Defendant's Motion to Compel and for Sanctions - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Discovery\MtnCompel\MotionCompel\Order on Motion to Compel060221.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581