1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:    Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15           **UNITED STATES DISTRICT COURT FOR THE**

16              **EASTERN DISTRICT OF WASHINGTON**

17 JAMES S. GORDON, JR.,              )       No. CV-04-5125-FVS
                                      )
18       Plaintiff,                   )   DEFENDANT'S MOTION TO
   vs.                                )   COMPEL AND FOR SANCTIONS
19                                    )
   IMPULSE MARKETING GROUP,           )
20 INC.,                              )
                                      )
21       Defendant                    )
   _____    )
22                                    )
   IMPULSE MARKETING GROUP,           )
23 INC.,                              )
                                      )
24       Third-Party Plaintiff,       )
   vs.                                )
25                                    )
   BONNIE GORDON, et al.,             )
26                                    )
         Third-Party Defendants.      )
27

28

Motion to Compel
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

Defendant moves for Sanctions and to Compel Plaintiff's Responses to Defendant's First Interrogatories to Plaintiff and First Request for Production of Documents to the Plaintiff which were served by U.S. Mail on December 23, 2005. This Motion is based on the separate Declaration of Floyd E. Ivey and Defendant's Memorandum in Support.

DATED this 21st day of February, 2006.

**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**

**s/ Floyd E. Ivey**
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendant Ascentive**

I hereby certify that on February 21, 2006, I electronically filed **Motion to Compel Plaintiff's Response to Defendant's Motion to Compel** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley,Jr. , Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Motion to Compel
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581