1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15 **UNITED STATES DISTRICT COURT FOR THE**

16 **EASTERN DISTRICT OF WASHINGTON**

17 JAMES S. GORDON, JR.,              )   No. CV-04-5125-FVS
                                      )
18         Plaintiff,                 )   DEFENDANT'S MOTION TO
   vs.                                )   EXPEDITE MOTION TO COMPEL
19                                    )   AND FOR SANCTIONS
   IMPULSE MARKETING GROUP,           )
20 INC.,                              )
                                      )
21         Defendant                  )
   _____    )
22                                    )
   IMPULSE MARKETING GROUP,           )
23 INC.,                              )
                                      )
24      Third-Party Plaintiff,        )
   vs.                                )
25                                    )
   BONNIE GORDON, et al.,             )
26                                    )
        Third-Party Defendants.       )
27

28

Motion to Expedite Motion to Compel and for Sanctions
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581


The Court is moved to Expedite the hearing for Plaintiff's and Defendant's Motion to Compel and for Sanctions for hearing without Oral Argument on Tuesday, February 28, 2006. This Motion is supported by the Declaration of Floyd E. Ivey in Support of Motion to Compel and for Sanctions.

DATED this 21st day of February, 2006.

**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**

<u>s/ Floyd E. Ivey</u>
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendant Ascentive**

I hereby certify that on February 21, 2006, I electronically filed **Motion to Expedite Motion to Compel and for Sanctions** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

<u>S/ FLOYD E. IVEY</u>
FLOYD E. IVEY

Motion to Expedite Motion to Compel and for Sanctions
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581