Case 2:04-cv-05125-FVS    Document 240-2    Filed 02/21/2006

1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:    Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15 **UNITED STATES DISTRICT COURT FOR THE**

16 **EASTERN DISTRICT OF WASHINGTON**

17 | JAMES S. GORDON, JR.,                    )    No. CV-04-5125-FVS
                                              )
18 |         Plaintiff,                       )    ORDER ON DEFENDANT'S
   | vs.                                     )    MOTION TO EXPEDITE
19 |                                          )    DEFENDANT'S MOTION TO
   | IMPULSE MARKETING GROUP,                 )    COMPEL AND FOR SANCTIONS
20 | INC.,                                    )
                                              )
21 |         Defendant                        )
   | _____      )
22 |                                          )
   | IMPULSE MARKETING GROUP,                 )
23 | INC.,                                    )
                                              )
24 |         Third-Party Plaintiff,           )
   | vs.                                     )
25 |                                          )
   | BONNIE GORDON, et al.,                   )
26 |                                          )
   |         Third-Party Defendants.          )

27

28

Order on Defendant's Motion to Expedite - 1.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Discovery\MtnCompel\MtnExpedite\eOrder on Motion to Expedite 060221.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

The court having considered Defendant's Motion to Expedite Motion to Compel and for Sanctions, said Order is hereby (granted) _____(denied) _____.

Dated this _____ day of _____, 2006.

_____
JUDGE VAN SICKLE

I hereby certify that on February 21, 2006, I electronically filed **Order on Defendant's Motion to Expedite** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Order on Defendant's Motion to Expedite - 2.
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Discovery\MtnCompel\MtnExpedite\eOrder on Motion to Expedite 060221.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581