1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:    Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15              **UNITED STATES DISTRICT COURT FOR THE**

16               **EASTERN DISTRICT OF WASHINGTON**

17 JAMES S. GORDON, JR.,              )        No. CV-04-5125-FVS
                                      )
18          Plaintiff,                )   NOTICE OF HEARING OF
   vs.                                )   DEFENDANT'S MOTION TO
19                                    )   EXPEDITE DEFENDANT'S
   IMPULSE MARKETING GROUP,           )   MOTION TO COMPEL AND FOR
20 INC.,                              )   SANCTIONS
                                      )
21          Defendant                 )
   _____   )
22                                    )
   IMPULSE MARKETING GROUP,           )
23 INC.,                              )
                                      )
24       Third-Party Plaintiff,       )
   vs.                                )
25                                    )
   BONNIE GORDON, et al.,             )
26                                    )
         Third-Party Defendants.      )
27

28

Note for Hearing  - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1

2    PLEASE TAKE NOTICE that the Defendants' Motion to Expedite Motion

3    to Clarify Scheduling Order be heard on February 28, 2006 at 6:30 p.m., or as

4    soon thereafter as the Court deems appropriate, without oral argument.

5    Dated this 21st day of February, 2006

6    LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

7

8

9    By s/ Floyd  E. Ivey

10   FLOYD E. IVEY, WSBA#6888
     Attorneys for Defendant

11

12   I hereby certify that on February 21, 2006, I electronically filed **Note for Hearing Motion to Expedite** with the Clerk of the Court using the CM/ECF

13   System which will send notification of such filing to Douglas E. McKinley, Jr., Peter J. Glantz and Sean A. Moynihan.  I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie

14   Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

15

16   S/ FLOYD E. IVEY

17   FLOYD E. IVEY

18

19

20

21

22

23

24

25

26

27

28

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581