1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15            **UNITED STATES DISTRICT COURT FOR THE**

16                **EASTERN DISTRICT OF WASHINGTON**

17 JAMES S. GORDON, JR.,              )   No. CV-04-5125-FVS
                                      )
18         Plaintiff,                 )   DEFENDANT'S SUPPLEMENTAL
   vs.                                )   MEMORANDUM IN SUPPORT OF
19                                    )   DEFENDANT'S MOTION TO
   IMPULSE MARKETING GROUP,           )   COMPEL AND FOR SANCTIONS
20 INC.,                              )
                                      )
21         Defendant                  )
   _____    )   TELEPHONIC HEARING 3/8/06
22                                    )
   IMPULSE MARKETING GROUP,           )
23 INC.,                              )
                                      )
24     Third-Party Plaintiff,         )
   vs.                                )
25                                    )
   BONNIE GORDON, et al.,             )
26                                    )
       Third-Party Defendants.        )
27

28

Memorandum re: Motion to Compel and for Sanctions
Page 1 of 4

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1
2    The Defendant has filed, on Tuesday, February 21, 2006, its Motion to
3  Compel Plaintiff's Response to Defendant's Discovery served on Plaintiff
4  December 6, 2005.  Defendant has received on Wednesday, February 22, 2006,
5  from attorney Richard Siegel, the attached 3 pages titled "Answers to
6  Interrogatories" and "Responses to Defendant's First Requests for Production of
7  Documents".  Counsel Douglas McKinley, for Plaintiff, has advised that he will
8  withdraw and or that counsel Richard Siegel will substitute.  However, there has
9  been no evidence of substitution.  Mr. McKinley appears to remain counsel of
10  record for Plaintiff.

11   The Plaintiff's Responses have been reviewed with answers and productions
12  deemed by Defendant to be non-responsive identified in a letter from Defendant
13  attorney Floyd E. Ivey to attorney Mr. McKinley with copy to Mr. Siegel delievere
14  by fax and email to Mr. McKinley at approximately 11:30 a.m. and to Mr. Siegel
15  by email on February 22, 2006.  A copy of the letter is incorporated herein.

16   Attorney Ivey called Mr. McKinley prior to 12 noon on February 22, 2006,
17  received a answer machine and left a message inviting Mr. McKinley to respond
18  to the 37.1 conference request.  Mr. Siegel has been requested by email to likewise
19  respond.  Mr. Siegel has responded to advise that he is substituting and that he
20  should have an opportunity to respond specifically to the contended deficiencies.
21  Counsel for Defendant awaits a response.

22   Pages 5 and 6 of the Defendant's First Interrogatories are apended hereto.
23  The letter from Ivey to attorney Mr. McKinley, copied to substituting Mr. Siegel
24  and acknowledged by Mr. Siegel, of February 22, 2006, sets out the substance of
25  Interrogatories 2, 3, 4, 5 and 6 and the contention of non-responsiveness.
26  Likewise set out is page 1 of the Defendant's First Request for Production of
27  Documents.  The substance of Requests No. 3, 4, 5 and 6 are stated along with the
28  contention of non-responsiveness.

Memorandum re: Motion to Compel and for
Sanctions
Page 2 of 4

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1   Defendant's Motion to Compel is pursuant to FRCP 37(a)(2).  Counsel for
2   Defendant certifies that a good faith attempt has been made to confer with
3   Plaintiff's counsel.  Counsel Mr. Siegel has requested that this matter be continued
4   to Friday, March 3, 2006 to allow counsel sufficient time to respond.

5   Plaintiff's counsel states that "we have already provided you with virtually
6   all responsive documents in my client's possession, albeit perhaps not in the
7   precise format in which you would prefer."  The statement indicates little prospect
8   of agreement on what must be produced and addressed in answers to
9   interrogatories.

10  Plaintiff alleges at 3.6 of Plaintiff's Complaint that Defendant has
11  transmitted thousands of commercial electronic mail messages to Plaintiff at
12  various addresses of the Plaintiff's domain "Gordonworks.com."  Plaintiff has
13  provided, as a Rule 26 initial disclosure, a CD indicating to contain thousands of
14  email messages.  Defendant's discovery specifically requires the Plaintiff to
15  demonstrate facts relative to each email alleged to offend the statute.  Plaintiff's
16  response to Interrogatories and Plaintiff's Production refuses to address each
17  message.  Rather, Plaintiff's approach is to require the Defendant to do the
18  forensics for each email.  Plaintiff's fundamental burden is in demonstrating that
19  there are one or more electronic mail messages which affront the statute.
20  Plaintiff's responses are wholly non-responsive.

21  Defendant asks the Court to award Sanctions per FRCP 37(a)(4).  *Freeman*
22  *v. San Diego Ass'n of Realtors* 322 F.3d 1133, 1156 (C.A.9 Cal. 2003).

23  DATED this 22st day of   February, 2006.

24
25  LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
26
27
28  By s/ Floyd  E. Ivey

Memorandum re: Motion to Compel and for Sanctions
Page 3 of 4

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  FLOYD E. IVEY, WSBA#6888
   Attorneys for Defendant
2

3  I hereby certify that on February 22, 2006, I electronically filed
   **Defendant's Supplemental Memorandum in Support of Motion to Compel**
4  with the Clerk of the Court using the CM/ECF System which will send
   notification of such filing to _____, Peter J. Glantz and Sean A.
5  Moynihan.  I hereby certify that I have served the foregoing to the following non-
   CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S.
6  Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.  Also served is
   Robert Siegel, who has also been sent these pleadings by email.
7

8  <u>S/ FLOYD E. IVEY                      </u>

9  FLOYD E. IVEY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Memorandum re: Motion to Compel and for Sanctions
Page 4 of 4

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581