Gordon v. Impulse Marketing Group Inc Doc. 244



FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Klein, Zelman, Rothermel, & Dichter, L.L.P.
By: Sean Moynihan, Esq.; Peter Glantz
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202 Richland, Washington 99352
509-628-0809
Fax (509) 628-2307
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF WASHINGTON**

JAMES S. GORDON, JR.,

Plaintiff,

vs.

IMPULSE MARKETING GROUP, INC.,

Defendant

---

IMPULSE MARKETING GROUP, INC.,

Third-Party Plaintiff,

vs.

BONNIE GORDON, et al.,

Third-Party Defendants.

No. CV-04-5125-FVS

DECLARATION OF FLOYD E. IVEY IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS (SUPPLEMENTAL TO DECLARATION OF 2/21/06)

TELEPHONIC HEARING



Dockets.Justia.com

I am counsel representing Defendant. On February 21, 2006 I prepared a Declaration in Support of Defendant's Motion to Compel. On February 22, 2006 I received from attorney Robert Siegel, Plaintiff's Responses to Defendant's First Interrogatories and to Defendant's First Request For Production of Documents.

I reviewed the Plaintiff's Responses relative to Defendant's Interrogatories and Requests for Production and summarized discovery dificiencies in a letter of February 22, 2006 to attorney Mr. McKinley with copy to attorney Mr. Siegel. My letter of February 22, 2006 is attached hereto. Communications with attorney Mr. Siegel re: Defendant's Motion to Compel, the review of and summary of contended discovery deficienciers, the revision and refiling of Defendant's Motion to Compel and Motion to Expedite, the time in speaking with the Court Clerk for rescheduling and in filing of these pleadings has taken 6 hours at $265/hour for a total of $1590.00. I have only reviewed Interrogatory answers through Interrogatory 6 of 22 interrogatories and Requests for Production through Request 6.

Defendant requests Sanctions per FRCP 37(a)(4), for time expended in contacting Plaintiff counsel re: responses, for time, in drafting and redrafting Defendant's Motion to Compel and Motion to Expedite and associated documents as follows: for time expended February 21, 2006 of 2.5 hours at $265/hour for a total of $662.50. For time expended February 22, 2006 of 6 hours at $265/hour for a total of $1590.00.

Defendant requests that Plaintiff be required to fully respond to Defendant's Discovery by Friday, March 10, 2006.

I declare that the foregoing is true and correct.

Signed at Kennewick, Washington, this 22^st^ day of February, 2006.

/s/ FLOYD E. IVEY



LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

_________________________

Floyd E. Ivey

I hereby certify that on February 22, 2006, I electronically filed **Declaration of Floyd E. Ivey in Support of Defendant's Motion to Compel and for Sanctions** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to _________________, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey. Robert Siegel has also received these pleadings by email.

S/ FLOYD E. IVEY
FLOYD E. IVEY



LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**
**www.lieblerivey.com**
***Attorneys at Law***
**The Edison Professional Building**
**1141 North Edison, Suite C**
**P.O. Box 6125**
**Kennewick, Washington 99336-0125**
**Telephone 509-735-3581**
**Facsimile 509-735-3585**

**Intellectual Property**
**Floyd E. Ivey ***
**Registered Patent Attorney**
**Patents, Trademarks, Copyrights,**
**Licensing, Litigation and Other**
**Intellectual Property Matters**

**Craig M. Liebler**
**William J. Connor**
**Alicia M. Berry**
**Ronald F. St. Hilaire**

**feivey@3-cities.com**
***cell: 948-0943**

February 15, 2006

**Via Email and Fax Only - 628-2307**

Douglas E. McKinley, Jr.
Attorney at Law
P.O. Box 202
Richland, WA 99352

Re: Gordon v. Impulse Marketing Group Inc.–Discovery

Dear Doug:

Defendant's First Interrogatories and Requests for Production were mailed December 23, 2005. Responses were due January 25, 2006.

I acknowledge your advice re: withdrawal from another case with related issues. I am not aware that you intend to withdraw from this matter.

First, re: providing responses - I ask if you can assure, and preferably guarantee, that you can deliver responses next week by Thursday, February 24, 2006.

Second, if you cannot make responses by the 24th, I ask that we confer, in accordance with LR 37.1(b) by 5p.m. today, Thursday afternoon or Friday morning or afternoon.

You can reach me at both the office 735 3581 or cell 948 0943. Thank you.

Yours very truly,

/s/ FLOYD E. IVEY

FLOYD E. IVEY

FEI:gs
cc:Moynihan, Glantz by email
Z:\IPClient\ImpulseMarketingGroup v. Gordon\Discovery\MtnCompel\SupplementalPleadings\MtnCompelSupp\DecIveySupplementalSupportMotionCompel.060222.wpd