FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Klein, Zelman, Rothermel, & Dichter, L.L.P.
By:   Sean Moynihan, Esq.; Peter Glantz
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

DOUGLAS E. MCKINLEY, JR.
Attorney At Law
P.O. Box 202 Richland, Washington 99352
509-628-0809
Fax (509) 628-2307
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., <br><br>      Plaintiff, <br>vs. <br><br>IMPULSE MARKETING GROUP, INC., <br><br>      Defendant <br>_____ <br>IMPULSE MARKETING GROUP, INC., <br><br>     Third-Party Plaintiff, <br>vs. <br><br>BONNIE GORDON, et al., <br><br>     Third-Party Defendants. | No. CV-04-5125-FVS <br><br>NOTICE OF HEARING OF DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS (RENOTING OF HEARING FROM 2/28/06 TO 3/3/06) <br><br><br>TELEPHONIC HEARING |

Note for Hearing  - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1

2    PLEASE TAKE NOTICE that the Defendants' Motion to Compel be heard

3  on March 8, 2006 at 1:30 p.m., or as soon thereafter as the Court deems

4  appropriate, with oral argument.

5    Dated this 22st day of February, 2006

6                    LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

7

8    By s/ Floyd E. Ivey
     FLOYD E. IVEY, WSBA#6888
     Attorneys for Defendant

9

10   I hereby certify that on February 22, 2006, I electronically filed Re-**Note for Hearing Motion to Compel** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to _____

11  McKinley, Jr., Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means:

12  Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey. Robert Siegel has also been provided these pleadings

13  by email.

14            S/ FLOYD E. IVEY
              FLOYD E. IVEY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Note for Hearing - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581