1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:    Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15            **UNITED STATES DISTRICT COURT FOR THE**

16              **EASTERN DISTRICT OF WASHINGTON**

17  JAMES S. GORDON, JR.,            )        No. CV-04-5125-FVS
                                     )
18          Plaintiff,               )   DEFENDANT'S MOTION TO
    vs.                              )   EXPEDITE MOTION TO COMPEL
19                                   )   AND FOR SANCTIONS(RENOTE
    IMPULSE MARKETING GROUP,         )   FROM TUESDAY 2/28/06 TO
20  INC.,                            )   WEDNESDAY 3/8/06 AT 1:30PM.)
                                     )
21          Defendant               )
    _____ )   TELEPHONIC HEARING
22                                   )
    IMPULSE MARKETING GROUP,         )
23  INC.,                            )
                                     )
24       Third-Party Plaintiff,      )
    vs.                              )
25                                   )
    BONNIE GORDON, et al.,           )
26                                   )
         Third-Party Defendants.     )
27

28

Motion to Expedite Motion to Compel and for Sanctions        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Page 1 of 2                                                           Attorneys at Law
                                                                        P.O. Box 6125
                                                              Kennewick, Washington 99336-0125
                                                                       (509) 735-3581

Dockets.Justia.com

1

2      The Court is moved to Expedite the hearing for Plaintiff's and Defendant's

3   Motion to Compel and for Sanctions for hearing without Oral Argument on

4   Wednesday, March 8, 2006 at 1:30 p.m..  This Motion is supported by the

5   Declaration of Floyd E. Ivey in Support of Motion to Compel and for Sanctions

6   and Defendant's Supplemental Memorandum in Support of Motion to Compel.

        DATED this 22st day of   February, 2006.

7

8

9                 **LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**

10

11                **s/ Floyd E. Ivey**
                  **Floyd E. Ivey, WSBA #6888**
                  **Attorneys for the Defendant Impulse**
12

13

14      I hereby certify that on February 22, 2006, I electronically filed **Motion to
    Expedite Motion to Compel and for Sanctions** with the Clerk of the Court using
    the CM/ECF System which will send notification of such filing to Douglas E.
15  McKinley, Jr., Peter J. Glantz and Sean A. Moynihan.  I hereby certify that I have
    served the foregoing to the following non-CM/ECF participants by other means:
16  Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila
    Gordon and Emily Abbey.  Robert Siegel is also provided a copy of this pleading
17  by email.

18                           S/ FLOYD E. IVEY
                             FLOYD E. IVEY
19

20

21

22

23

24

25

26

27

28

Motion to Expedite Motion to Compel and for Sanctions        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Page 2 of 2                                                              Attorneys at Law
                                                                         P.O. Box 6125
                                                              Kennewick, Washington 99336-0125
                                                                         (509) 735-3581