1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15            **UNITED STATES DISTRICT COURT FOR THE**

16              **EASTERN DISTRICT OF WASHINGTON**

17 JAMES S. GORDON, JR.,            )    No. CV-04-5125-FVS
                                    )
18        Plaintiff,                )    NOTICE OF HEARING OF
   vs.                              )    DEFENDANT'S MOTION TO
19                                  )    EXPEDITE DEFENDANT'S
   IMPULSE MARKETING GROUP,         )    MOTION TO COMPEL AND FOR
20 INC.,                            )    SANCTIONS (RENOTE FROM 2/28
                                    )    TO MARCH 8, 2006 AT 1:30PM)
21        Defendant                 )
   _____  )
22                                  )    TELEPHONIC HEARING
   IMPULSE MARKETING GROUP,         )
23 INC.,                            )
                                    )
24        Third-Party Plaintiff,    )
   vs.                              )
25                                  )
   BONNIE GORDON, et al.,           )
26                                  )
          Third-Party Defendants.   )
27

28

Note for Hearing  - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

PLEASE TAKE NOTICE that the Defendants' Motion to Expedite Motion to Clarify Scheduling Order be heard on March 8, 2006 at 1:30 p.m., or as soon thereafter as the Court deems appropriate, without oral argument.

Dated this 22st day of February, 2006

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ Floyd E. Ivey

FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that on February 22, 2006, I electronically filed **Note for Hearing Motion to Expedite** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to _____, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey. Robert Siegel has also been provided this pleading by email.

S/ FLOYD E. IVEY

FLOYD E. IVEY
Note for Hearing - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581