```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>    Plaintiff,<br><br>        v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>    Defendant. | No. CV-04-5125-FVS<br><br>**ORDER** |
| IMPULSE MARKETING GROUP, INC.,<br><br>    Third-Party Plaintiff,<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>    Third-Party Defendants. | |

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion to Expedite, **Ct. Rec. 240** and **Ct. Rec. 246**, are **GRANTED**. Defendant's Motion to Compel, **Ct. Rec. 235**, is noted for telephonic hearing on March 8, 2006, at 1:30 p.m. **Defendant shall initiate the call**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this <u>28th</u> day of February, 2006.

                    s/ Fred Van Sickle
                    Fred Van Sickle
                    United States District Judge

ORDER - 1