UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendant. | No. CV-04-5125-FVS<br><br>**AMENDED NOTICE OF HEARING** |
| IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants. | |

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** Defendant's Motion to Compel, **Ct. Rec. 235**, is noted for telephonic hearing on March 8, 2006, at 2:30 p.m. **Defendant shall initiate the call**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this <u>2nd</u> day of March, 2006.

                 s/ Fred Van Sickle
                 Fred Van Sickle
            United States District Judge

**AMENDED NOTICE OF HEARING** - 1