ROBERT J. SIEGEL
Attorney At Law
1325 Fourth Avenue
Suite 940
Seattle, WA 98101
(206) 624-9410

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

JAMES S. GORDON, JR.,

    Plaintiff,

v.

IMPULSE MARKETING GROUP, INC.,

    Defendant,

NO. CV-04-5125-FVS

**NOTICE OF WITHDRAWAL AND CONSENT TO SUBSTITUTION OF COUNSEL**

TO:     Clerk of Court

AND TO:     Defendants and their Attorney

Pursuant to Civil Rule 71, you are hereby notified that the undersigned hereby withdraws as attorney of record for Plaintiff James Gordon and consents to the substitution of Robert J. Siegel of Merkle Siegel & Friedrichsen. All further pleadings, correspondence and notices may be served upon:

    Robert J. Siegel
    Merkle Siegel & Friedrichsen
    1325 Fourth Avenue, Suite 940
    Seattle, WA 98101

- 1

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

This withdrawal and substitution shall be effective immediately, without further Order of the Court.

DATED this 14th day of February, 2006.

WITHDRAWING ATTORNEY:

SUBSTITUTING ATTORNEY:

MERKLE SIEGEL & FRIEDRICHSEN, P.C.

_____
Douglas McKinley, WSBA #

_____
Robert J. Siegel   WSBA # 17312

- 2

J:\RJS\CLIENTS\COLE\CAPTION.DOC

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717