ROBERT J. SIEGEL
Attorney At Law
1325 Fourth Avenue
Suite 940
Seattle, WA 98101
(206) 624-9410

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., | NO. CV-04-5125-FVS |
| Plaintiff, | RESPONSE TO DEFENDANT'S MOTION TO COMPEL |
| v. | |
| IMPULSE MARKETING GROUP, INC., | [HEARING: MARCH 8, 2006] |
| Defendant. | |

Plaintiff respectfully responds as follows to Defendant's Motion To Compel:

1. **Defendant's Motion Is Not Well Founded And Is Unnecessary.** The undersigned has only recently substituted into this case. As explained to Defendant's counsel in correspondence between them, the undersigned requested a reasonable continuance in order to have adequate time within which to respond to this motion, and/or to provide Defendant with Plaintiff's answers and responses to the discovery requests at issue here. He further offered to extend the discovery deadline in an accommodation. Defendant agreed to Plaintiff's request for a reasonable continuance of this Motion (originally noted as Expedited for March 3, 2006), which is now noted for hearing on March 8, 2006. Since that time Plaintiff has provided his responses to Defendant's discovery requests.

RESPONSE TO DEFENDANT'S
MOTION TO COMPEL - 1

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

2.   **Defendant Complains That Plaintiff Has Failed To Provide His Trial Preparation, And/Or To Prepare Defendant's Case.**   In correspondence, Defendant has alleged specific deficiencies in response to Plaintiff's answers.  Essentially, what Defendant's alleged deficiencies boil down to is that Plaintiff has failed to state with specificity as to each of the thousands of offending emails sent by Defendant (approximately 6,500) which parts of each email violate which provisions of the Washington CEMA.  The emails speak for themselves as to how they violate the applicable statutes, and determining that is a question of law for the Court, and/or fact for the jury.  Further, Plaintiff has provided Defendant with extensive forensic analyses (hundreds of pages) showing the tracing of the subject emails.  Thus, Defendant has been provided with everything in Plaintiff's possession insofar as the offending emails are concerned and, with the exception of supplemental responses to be produced when appropriate, nothing more should be required of him at this point.

The Washington CEMA speaks in terms of "false or misleading" information in the 'subject' header field and/or which "obscures" information in the transmission path or point of origin of commercial emails, "spam".  Plaintiff will, of course, be prepared at trial to establish that each of the offending emails violated the applicable statutes in one or more ways, however, it is not Plaintiff's burden at this point in the litigation to prepare his trial exhibits, or to prepare Defendant's case for him.

2.   **Defendant Has Not Been Prejudiced By, Nor Should Plaintiff Be Penalized For A Short Delay Occasioned By The Transfer Of His Case To A New Attorney.**
Defendant's Motion was unnecessary.  Had Defendant simply agreed to a short and reasonable continuance to allow new counsel time to do his due diligence, and to respond to outstanding discovery requests, the need for Defendant's Motion could have easily been obviated.  As stated above, Plaintiff has now provided extensive discovery responses, including, but not limited to: tens of thousands of pages of emails, email histories, and forensic email tracing records.  Plaintiff respectfully requests that the Court exercise its discretion and not sanction him for any delays in responding to discovery occasioned by his transfer of the case to new counsel.

RESPONSE TO DEFENDANT'S
MOTION TO COMPEL - 2

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392 FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

1
2   [The Court should also note that Defendant has provided nothing in the way of responses to
3   Third-Party Defendants' overdue and outstanding discovery requests.]
4
        **RESPECTFULLY SUBMITTED** this 27TH day of February, 2006.
5
6   **MERKLE SIEGEL & FRIEDRICHSEN, P.C.**
7
8   _____
    Robert J. Siegel, WSBA #17312
9   Attorneys for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

RESPONSE TO DEFENDANT'S
MOTION TO COMPEL - 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC