# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of March, 2006, I cause the foregoing **Plaintiff's Response to Defendant's Motion to Compel** to be served via **email** on the following parties:

Floyd Ivey, Esq.
Liebler, Ivey, Connor, Berry & St. Hilaire
1141 North Edison, Suite C
P.O. Box 6125
Kennewick, Washington 99336-0125

Email: feivey@3-cities.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct and that this declaration was executed on March 2, 2006 at Seattle, Washington.

_Adana Lloyd_
Adana Lloyd

DECLARATION OF MAILING-1

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC