1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   DOUGLAS E. MCKINLEY, JR.
11 Attorney At Law
   P.O. Box 202 Richland, Washington 99352
12 509-628-0809
   Fax (509) 628-2307
13 Attorney for Plaintiff

14

15 **UNITED STATES DISTRICT COURT FOR THE**

16 **EASTERN DISTRICT OF WASHINGTON**

17 | JAMES S. GORDON, JR., | No. CV-04-5125-FVS

18 | Plaintiff, | DEFENDANT'S SECOND SUPPLEMENTAL MEMORANDUM
   | vs. |
19 | | IN SUPPORT OF DEFENDANT'S
   | IMPULSE MARKETING GROUP, | MOTION TO COMPEL AND FOR
20 | INC., | SANCTIONS

21 | Defendant

22 | _____
   | IMPULSE MARKETING GROUP, | TELEPHONIC HEARING 3/8/06
23 | INC.,

24 | Third-Party Plaintiff,
   | vs.
25
   | BONNIE GORDON, et al.,
26
   | Third-Party Defendants.
27

28

Memorandum re: Motion to Compel and for Sanctions
Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

The Defendant's Motion to Compel is set for Wednesday, March 8, 2006 at 2:30 p.m. Defendant has previously communicated with Plaintiff counsel Mr. McKinley and Mr. Siegel regarding the Defendant's contentions that the Plaintiff's responses to Discovery have been non-responsive. Defendant has prior to March 3, 2006, advised Plaintiff Counsel of deficiencies in responses to Defendant's First Interrogatories through interrogatory No. 13.

Defendant has, on March 3, 2006, addressed the remaining interrogatories in a letter transmitted solely to Mr. Siegel. The letter of March 3, 2006 is incorporated herein as a statement of the contended deficiencies. Also attached to this Second Supplemental Memorandum is a copy of Defendant's Interrogatories and Defendant's Requests for Production. Also attached are Plaintiff's responses to Defendant's Discovery.

Defendant asks the Court to award Sanctions per FRCP 37(a)(4). *Freeman v. San Diego Ass'n of Realtors* 322 F.3d 1133, 1156 (C.A.9 Cal. 2003). Defendant counsel Ivey has expended an additional 1.75 hours at $265/hour in addressing the remaining interrogatory answers and requests the court to award sanctions.

DATED this 3rd day of March, 2006.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ Floyd E. Ivey
FLOYD E. IVEY, WSBA#6888
Attorneys for Defendant

I hereby certify that on March 3, 22, 2006, I electronically filed **Defendant's Second Supplemental Memorandum in Support of Motion to Compel** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel, Peter J. Glantz and Sean A. Moynihan.

Memorandum re: Motion to Compel and for Sanctions
Page 2 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon,
2  III, Robert Pritchett, Jamila Gordon and Emily Abbey.

         S/ FLOYD E. IVEY

         FLOYD E. IVEY

Memorandum re: Motion to Compel and for
Sanctions
Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581