IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br> vs. <br> Impulse Marketing Group, Inc., <br> Defendant <br><br> Impulse Marketing Group, Inc., <br> Third-Party Plaintiff, <br> v. <br> Bonnie F. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> ORDER ON THIRD PARTY DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS. <br><br> **PROPOSED** |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED

MAR 0 6 2006

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1  The Court having considered Third party Defendant's Motion to Compel
2  and for Sanctions – said Order is hereby (granted) _____ (denied)
3  _____. Impulse is Ordered to Respond in full to Third Party
4  Defendant's Discovery by _____, 2006. Sanctions are awarded in
5  the amount of $_____ and are to be paid to Third Party
6  Defendant or to this Court by Impulse by _____, 2006.
7
8  Dated this _____ day of _____, 2006
9
10  _____
11  JUDGE VAN SICKLE
12
13
14
                              Certificate of Service
15
16  I, hereby, certify that on March 6, 2006, I filed this Order on Third Party Defendant's Motion to Compel and for Sanctions with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E.
17  Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.
18  *[signature]*
19  _____
20
21
22
23
24
25