FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 6 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br><br>vs.<br><br>Impulse Marketing Group, Inc.,<br><br>Defendant<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>NOTICE OF HEARING ON THIRD PARTY DEFENDANT'S MOTION TO EXPEDITE THIRD PARTY DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1  PLEASE TAKE NOTICE that the Third Party Defendant's Motion to
2  Expedite will be heard on ___3/6/06___ at 6:30 pm. And an oral
3  hearing on Third Party Defendant's Motion to Compel will be heard on
4  _____ at _____ am/pm.

*[handwritten annotations: w/o oral argument or as soon thereafter as the Court deems appropriate ... oral argument w/ the Court deems appropriate ... Oral argument requested on 3/9/06 ... deem appropriate]*

6  As noted in Impulse's moving papers regarding its Motion to Expedite,
7  the discovery cutoff is approaching. The undersigned has not been
8  provided a schedule order for this case and will assume Mr. Ivey is
9  correct...4/3/06.

12  Bonnie F. Gordon, Pro Se
13  9804 Buckingham Drive
14  Pasco, WA 99301
15  509-210-1069

17  EXECUTED this 6th day of March, 2006.
18  *[signature]*

20                    Certificate of Service
21  I, hereby, certify that on March 6, 2006, I filed this motion to expedite
    with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A.
22  Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan
    Gordon, Emily Abbey, and Robert Pritchett by other means.
23  *[signature]*