1

2

3

4

5

6

7

8

9

10

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

11

12

13

14

15

16

17

18

19

20

21

James S. Gordon, Jr., Plaintiff,

     vs.

Impulse Marketing Group, Inc.,

Defendant


Impulse Marketing Group, Inc.,

Third-Party Plaintiff,

 v.

Robert L Pritchett, Third-Party

Defendant

) Case No.: CV-04-5125-FVS
)
) **ORDER ON THIRD PARTY**
) **DEFENDANT'S MOTION TO**
) **COMPEL AND FOR**
) **SANCTIONS.**
)
)
) **PROPOSED**
)
)
)
)

_____

22

23

24

25

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

    RECEIVED

   MAR 0 7 2006

   CLERK, US DISTRICT COURT
   RICHLAND, WASHINGTON

1  The Court having considered Third party Defendant's Motion to Compel

2  and for Sanctions – said Order is hereby (granted) _____ (denied)

3  _____. Impulse is Ordered to Respond in full to Third Party

4  Defendant's Discovery by _____, 2006. Sanctions are awarded in

5  the amount of $_____ and are to be paid to Third Party

6  Defendant or to this Court by Impulse by _____, 2006.

7

8  Dated this _____ day of _____, 2006

9

10  _____

11  **JUDGE VAN SICKLE**

12

13

14

15                      Certificate of Service

16  I, hereby, certify that on March 7, 2006, I filed this Order on Third
    Party Defendant's Motion to Compel and for Sanctions with this Court.
17  I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E.
    Ivey, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily
18  Abbey, and Jamila Gordon by other means.

19  _____

20

21

22

23

24

25