FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 7 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br><br> vs. <br><br> Impulse Marketing Group, Inc., <br><br> Defendant <br><br> Impulse Marketing Group, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Robert L. Pritchett, Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> NOTICE OF HEARING ON THIRD-PARTY DEFENDANT, ROBERT L. PRITCHETT'S MOTION TO EXPEDITE THE MOTION TO COMPEL AND FOR SANCTIONS. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1. PLEASE TAKE NOTICE that Third Party Defendant Motion to
2. Expedite Motion to Compel and for Sanctions will be heard on Monday,
3. March 13, 2006 at 6:30pm., or as soon thereafter as the Court deems
4. appropriate, without oral argument.
5.
6. Robert L. Pritchett
7. 1952 Thayer Drive
8. Richland, WA 9354
9. 509-210-0217
10.
11. EXECUTED this 7th day of March, 2006.
12. _____
13.
14. Certificate of Service
15. I, hereby, certify that on March 7, 2006, I filed this Motion to Expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A.
16. Moynihan, Floyd E. Ivey, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Jamila Gordon by other means.
17. _____
18.
19.
20.
21.
22.
23.
24.
25.