```
                                    FILED IN THE
                                U.S. DISTRICT COURT
                             EASTERN DISTRICT OF WASHINGTON

                                   MAR 0 7 2006

                               JAMES R. LARSEN, CLERK
                                              DEPUTY
                               RICHLAND, WASHINGTON
```

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br><br> vs. <br><br> Impulse Marketing Group, Inc., <br><br> Defendant <br><br><br> Impulse Marketing Group, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Robert L. Pritchett, Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> THIRD-PARTY DEFENDANT, ROBERT L PRITCHETT'S MOTION TO EXPEDITE THE MOTION TO COMPEL AND FOR SANCTIONS. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1  Third Party Defendant moves the Court to expedite his Motion to
2  Compel as time is of the essence in terms of the remaining period for
3  discovery.
4
5  Robert L. Pritchett
6  1952 Thayer Drive
7  Richland, WA 99354
8  509-210-0217
9
10 EXECUTED this 7th day of March, 2006.
11 *(signature)*
12
13             Certificate of Service
14 I, hereby, certify that on March 7, 2006, I filed this Motion to Expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A.
15 Moynihan, Floyd E. Ivey, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Jamila Gordon by other means.
16 *(signature)*
17