1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN

DISTRICT OF WASHINGTON AT RICHLAND

James S. Gordon, Jr., Plaintiff,    )    Case No.: CV-04-5125-FVS
                                     )
      vs.                            )    ORDER ON THIRD PARTY
                                     )    DEFENDANT'S MOTION TO
Impulse Marketing Group, Inc.,       )    ~~COMPEL AND FOR~~ EXPEDITE. ~~AND~~
                                     )    ~~SANCTIONS~~.
Defendant                            )
                                     )
                                     )
                                     )    # PROPOSED
                                     )
Impulse Marketing Group, Inc.,       )
                                     )
Third-Party Plaintiff,
                                     )
 v.
                                     )
Robert L. Pritchett, Third-Party
                                     )
Defendant
                                     )
_____

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED

MAR 0 7 2006

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1  The Court having considered Third party Defendant's Motion to

2  Expedite Motion to Compel and for Sanctions, said Order is hereby

3  (granted) _____ (denied) _____.

4

5

6  Dated this _____ day of _____, 2006

7

8  _____

9  JUDGE VAN SICKLE

10

11

12

13                    Certificate of Service

I, hereby, certify that on March 7, 2006, I filed this Order on Third

14  Party Defendant's Motion to Compel and for Sanctions with this Court.
I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E.

15  Ivey, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily
Abbey, and Jamila Gordon by other means.

16

17  _____

18

19

20

21

22

23

24

25