Gordon v. Impulse Marketing Group Inc                                                                                      Doc. 263

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 7 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

James S. Gordon, Jr., Plaintiff,

vs.

Impulse Marketing Group, Inc.,

Defendant

Impulse Marketing Group, Inc.,

Third-Party Plaintiff,

v.

Robert L Pritchett, Third-Party Defendant

_____

Case No.: CV-04-5125-FVS

NOTICE OF HEARING ON THIRD PARTY DEFENDANT'S MOTION TO EXPEDITE THIRD PARTY DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS.

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1  PLEASE TAKE NOTICE that the Third Party Defendant's Motion to
2  Expedite will be heard on 3/9/06 at 6:30 pm, or as soon thereafter as the
3  Court deems appropriate, without oral argument.
4
5  As noted in Impulse's moving papers regarding its Motion to Expedite,
6  the discovery cutoff is approaching. The undersigned has not been
7  provided a schedule order for this case and will assume Mr. Ivey is
8  correct…4/3/06.
9
10 Robert L. Pritchett
11 1952 Thayer Drive
12 Richland, WA 99354
13 509-210-0217
14
15 EXECUTED this 7th day of March, 2006.
16 *[signature]*
17
18                    Certificate of Service
19 I, hereby, certify that on March 7, 2006, I filed this motion to expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A.
20 Moynihan, Floyd E. Ivey, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Jamila Gordon by other means.
21
22 *[signature]*
23
24
25