# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington<br><br>                      Plaintiff,<br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>                      Defendant.<br><br>IMPULSE MARKETING GROUP, INC.,<br><br>                      Third-Party Plaintiff,<br>vs.<br><br>BONNIE GORDON, et al.,<br><br>                      Third-Party Defendants. | **Case No.** CV-04-5125-FVS<br><br>**MINUTES**<br><br>**DATE:** 3/8/06<br><br>**LOCATION:** SPOKANE<br><br>**TELEPHONIC MOTION HEARING** |

| | | |
|---|---|---|
| | **Judge Fred Van Sickle** | |
| Cindy Parks<br>**Courtroom Deputy** | 02<br>**Law Clerk** | Topper Baker<br>**Court Reporter** |
| Robert J. Siegel<br><br>**Plaintiff's Counsel** | Floyd Ivey; Sean A. Moynihan; Peter J. Glantz<br>**Defendant's Counsel**<br><br>**Pro Se Third-Party Defendants**<br>James Gordon, Jr.; Emily Abbey | |

[ ] Open Court      [ ] Chambers      [x] Telecon    By: _____

**Motions before the Court:**
**Defendant's First Motion to Compel Plaintiff's Response to Defendant's Discovery and for Sanctions (Ct. Rec. 235) -** *ruling reserved*

Arguments presented by counsel

**Court: reserves ruling at this point regarding sanctions and costs; parties shall further discuss and confer to develop a meaningful way to catagorize the discovery**

*Order forthcoming*

| CONVENED: 2:30 PM | ADJOURNED: 3:00 PM | TIME: .5 HR | CALENDARED [ ] |
|---|---|---|---|