1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10

11

12             **UNITED STATES DISTRICT COURT FOR THE**

13                **EASTERN DISTRICT OF WASHINGTON**

14 | JAMES S. GORDON, JR.,           )   No. CV-04-5125-FVS
   |                                 )
15 |        Plaintiff,               )   THIRD PARTY PLAINTIFF'S
   | vs.                             )   MOTION FOR EXTENSION TO
16 |                                 )   ANSWER DISCOVERY FROM
   | IMPULSE MARKETING GROUP,        )   JAMES GORDON III
17 | INC.,                           )
   |                                 )
18 |        Defendant                )
   | _____ )
19 |                                 )
   | IMPULSE MARKETING GROUP,        )
20 | INC.,                           )
   |                                 )
21 |        Third-Party Plaintiff,   )
   | vs.                             )
22 |                                 )
   | BONNIE GORDON, et al.,          )
23 |                                 )
   |        Third-Party Defendants.  )

24

25

26

27       Third Party Plaintiff requests an extension to File Responses to Discovery
   from James Gordon III.  All Third Party Defendant's, who have had discovery
28 due, have agreed to extensions.  Multiple attempts have been made by counsel for

Motion for extension.                           LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Page 1 of 3                                                     Attorneys at Law
                                                                 P.O. Box 6125
                                                        Kennewick, Washington 99336-0125
                                                                (509) 735-3581

Third Party Plaintiff to contact James Gordon III with no response. There is no indicated prejudice. The Responses were served on March 8, 2006, contemporaneous with responses to like discovery from Jonathan Gordon, served contemporaneously with that of James Gordon III.

The request is to extend the date of response to March 8, 2006.

DATED this 8th day of March, 2006.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ FLOYD E. IVEY
    FLOYD E. IVEY, WSBA#6888
    Attorneys for Defendant
    1141 N. Edison, Suite C
    P.O. Box 6125
    Kennewick, Washington 99336
    Local Counsel for Defendant
    Impulse Marketing Group, Inc.

S/ SEAN MOYNIHAN & PETER J. GLANTZ
    Sean A. Moynihan & Peter J. Glantz
    Klein, Zelman, Rothermel & Dichter, LLP
    485 Madison Avenue, 15th Floor
    New York, New York 10022
    (212) 935-6020
    (212) 753-8101 (fax)

I hereby certify that on March 8, 2006, I electronically filed DEFENDANT'S REQUEST FOR EXTENSION TO FILE RESPONSE TO DISCOVERY OF JAMES GORDON III with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

Motion for extension.
Page 2 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

| | |
|---|---|
| 1 | S/ FLOYD E. IVEY |
| 2 | FLOYD E. IVEY |

Motion for extension.
Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581