1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:    Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, | NOTICE OF HEARING OF DEFENDANT'S MOTION FOR EXTENSION |
| . | |
| IMPULSE MARKETING GROUP, INC., | |
| Defendant | |
| _____ | |
| IMPULSE MARKETING GROUP, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |

PLEASE TAKE NOTICE that the Defendants' Motion for Extension to File Response to Discovery of James Gordon III be heard on April 11, 2006 at 6:30

Note for Hearing - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  p.m., or as soon thereafter as the Court deems appropriate, without oral argument.

2  Dated this 8th day of March, 2006

3  LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

4

5  By s/ Floyd E. Ivey
   FLOYD E. IVEY, WSBA#6888
   Attorneys for Defendant

6

7  I hereby certify that on March 8, 2006, I electronically filed **Note for Hearing Motion to for Extension** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel, Peter J. Glantz

8  and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan

9  Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

10  S/ FLOYD E. IVEY
    FLOYD E. IVEY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Note for Hearing - 2