1  UNITED STATES DISTRICT COURT

2  EASTERN DISTRICT OF WASHINGTON

3

4

5  JAMES S. GORDON, JR., an individual
   residing in Benton County, Washington,   No. CV-04-5125-FVS
6
                  Plaintiff,
7                                           ORDER
            v.
8
   IMPULSE MARKETING GROUP, INC., a Nevada
9  Corporation,

10                Defendant.

11 IMPULSE MARKETING GROUP, INC.,

12                Third-Party Plaintiff,

13

14 BONNIE GORDON, JAMES S. GORDON, III,
   JONATHAN GORDON, JAMILA GORDON, ROBERT
   PRITCHETT and EMILY ABBEY,
15
                  Third-Party Defendants.
16

17   **BEFORE THE COURT** is Defendant's Motion to Compel (Ct. Rec. 235).

18 The Court heard oral argument during a telephonic hearing on March 8,

19 2006. Plaintiff was represented by Robert Siegel. Defendant was

20 represented by Floyd Ivey, Sean Moynihan, and Peter Glantz. This

21 Order is intended to memorialize and supplement the Court's oral

22 ruling.

23   **IT IS HEREBY ORDERED:**

24   1. The parties are directed to meet and confer in an attempt to

25 resolve their discovery dispute. Defendant's Motion to Compel (**Ct.**

26 **Rec. 235**) is **DENIED, WITH LEAVE TO RENEW** if the parties are unable to

ORDER - 1

1  resolve their discovery disputes.

2  **IT IS SO ORDERED.**  The District Court Executive is hereby
3  directed to enter this Order and furnish copies to counsel.

4  **DATED** this 9th day of March, 2006.

5                         s/ Fred Van Sickle
                           Fred Van Sickle
6                   United States District Judge

ORDER - 2