UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JAMES S. GORDON, JR., an individual
residing in Benton County, Washington,          No. CV-04-5125-FVS

                     Plaintiff,

               v.                               ORDER

IMPULSE MARKETING GROUP, INC.,a Nevada
Corporation,

                     Defendant.

IMPULSE MARKETING GROUP, INC.,

               Third-Party Plaintiff,

BONNIE GORDON, JAMES S. GORDON, III,
JONATHAN GORDON, JAMILA GORDON, ROBERT
PRITCHETT and EMILY ABBEY,

               Third-Party Defendants.

   **BEFORE THE COURT** is Third-Party Defendant Bonnie Gordon's Motion

to Compel and for Sanction (Ct. Rec. 256), Third-Party Defendant

Robert Pritchett's Motion to Compel and for Sanctions (Ct. Rec. 259)

and Robert Pritchett's Motion to Expedite (Ct. Rec. 261).  The Court,

being fully advised, now therefore,

   **IT IS HEREBY ORDERED:**

   1.  Pursuant to Local Rule 7.1(h), any party filing a motion

"shall also file a notice setting the time, date and place for a

hearing on a motion.  The date of the hearing is at least 25 days

after filing the motion if all parties' counsel are in the same city,

ORDER - 1

or at least 31 days if counsel are not in the same city[.]"  Third-Party Plaintiff Bonnie Gordon did not file a notice of hearing with her motion to compel and motion for sanctions.  In accordance with the Local Rules, that motion (**Ct. Rec. 256**) **shall be noted for hearing without oral argument on April 6, 2006,** unless Bonnie Gordon files a specific request for oral argument.

2.   Third-Party Defendant Robert Pritchett's Motion to Expedite (**Ct. Rec. 261**), is **DENIED.**  In light of the June 5, 2006, discovery deadline in this case, the  Court determines that an emergency hearing is not necessary.

3.   Third Party Defendant Robert Pritchett's Motion to Compel and for Sanctions (**Ct. Rec. 259**) **shall be noted for hearing on April 7, 2006, without oral argument** unless Robert Pritchett files a request for oral argument.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel **and to the Third-Party Defendants proceeding pro se.**

**DATED** this 9th day of March, 2006.

s/ Fred Van Sickle
Fred Van Sickle
United States District Judge

ORDER - 2