IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br>vs.<br>Impulse Marketing Group, Inc.,<br>Defendant<br><br>Impulse Marketing Group, Inc.,<br>Third-Party Plaintiff,<br>v.<br>Jamila E. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>ORDER ON THIRD PARTY DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED

MAR 0 9 2006

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1  The Court having considered Third party Defendant's Motion to Compel
2  and for Sanctions – said Order is hereby (granted) _____ (denied)
3  _____. Impulse is Ordered to Respond in full to Third Party
4  Defendant's Discovery by _____, 2006. Sanctions are awarded in
5  the amount of $_____ and are to be paid to Third Party
6  Defendant or to this Court by Impulse by _____, 2006.
7
8  Dated this _____ day of _____, 2006
9
10  _____
11  JUDGE VAN SICKLE
12
13
14
15              Certificate of Service
16  I, hereby, certify that on March 9, 2006, I filed this Order on Third Party Defendant's Motion to Compel and for Sanctions with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E.
17  Ivey, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.
18
19  _____/s/_____ P DA _____
20