FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 09 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br><br> vs. <br><br> Impulse Marketing Group, Inc., <br><br> Defendant <br><br><br> Impulse Marketing Group, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Jamila E. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> NOTICE OF HEARING ON THIRD PARTY DEFENDANT'S MOTION TO ~~EXPEDITE THIRD PARTY DEFENDANT'S MOTION TO~~ COMPEL AND FOR SANCTIONS. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1. PLEASE TAKE NOTICE that the Third Party Defendant's Motion to
2. Compel will be heard on 3/17/06 at 6:30 pm, or as soon thereafter as the
3. Court deems appropriate, without oral argument.
4.
5. As noted in Impulse's moving papers regarding its Motion to Expedite,
6. the discovery cutoff is approaching. The undersigned has not been
7. provided a schedule order for this case.
8.
9.
10. Jamila E. Gordon, Pro Se
11. 9804 Buckingham Drive
12. Pasco, WA 99301
13. 509-210-1069
14.
15. EXECUTED this 9th day of March, 2006.
16. _____
17.
18. Certificate of Service
19. I, hereby, certify that on March 9, 2006, I filed this motion to expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A.
20. Moynihan, Floyd E. Ivey, Bonnie Gordon, James Gordon III, Jonathan
21. Gordon, Emily Abbey, and Robert Pritchett by other means.
22. _____
23.
24.
25.