FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 09 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br><br> vs. <br><br> Impulse Marketing Group, Inc., <br><br> Defendant <br><br> Impulse Marketing Group, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Jamila E. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> THIRD-PARTY DEFENDANT, JAMILA E. GORDON'S MOTION TO EXPEDITE THE MOTION TO COMPEL AND FOR SANCTIONS. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1  Third Party Defendant moves the Court to expedite her Motion to
2  Compel as time is of the essence in terms of the remaining period for
3  discovery.

5  Jamila E. Gordon, Pro Se
7  9804 Buckingham Drive
8  Pasco, WA 99301
9  509-210-1069

11 EXECUTED this 9th day of March, 2006.
12 _____

## Certificate of Service

I, hereby, certify that on March 9, 2006, I filed this Motion to Expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

_____