IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, </br></br> vs. </br></br> Impulse Marketing Group, Inc., </br></br> Defendant </br></br> Impulse Marketing Group, Inc., </br></br> Third-Party Plaintiff, </br></br> v. </br></br> Jamila E. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS </br></br> ORDER ON THIRD PARTY DEFENDANT'S MOTION TO Expedite Motion h COMPEL AND FOR SANCTIONS. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED

MAR 0 9 2006

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1  The Court having considered Third party Defendant's Motion to
2  Expedite Motion to Compel and for Sanctions, said Order is hereby
3  (granted) _____ (denied) _____.

6  Dated this _____ day of _____, 2006

8  _____
9  JUDGE VAN SICKLE

## Certificate of Service

I, hereby, certify that on March 9, 2006, I filed this Order on Third Party Defendant's Motion to Compel and for Sanctions with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

_____  *[signature] PoA*