FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 09 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br><br>vs.<br><br>Impulse Marketing Group, Inc.,<br><br>Defendant<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Jamila E. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>NOTICE OF HEARING ON THIRD-PARTY DEFENDANT, JAMILA E. GORDON'S MOTION TO EXPEDITE THE MOTION TO COMPEL AND FOR SANCTIONS. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

PLEASE TAKE NOTICE that Third Party Defendant Motion to Expedite Motion to Compel and for Sanctions will be heard on Tuesday, March 14, 2006 at 6:30pm, or as soon thereafter as the Court deems appropriate, without oral argument.

Jamila E. Gordon, Pro Se

9804 Buckingham Drive

Pasco, WA 99301

509-210-1069

EXECUTED this 9th day of March, 2006.

_____

## Certificate of Service

I, hereby, certify that on March 9, 2006, I filed this Motion to Expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

_____