1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | ) Case No.: CV-04-5125-FVS |
| vs. | ) AMENDED ORDER ON THIRD PARTY DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS. |
| Impulse Marketing Group, Inc., Defendant | ) |
| | ) |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | ) PROPOSED |
| v. | ) |
| Bonnie F. Gordon, Third-Party Defendant | ) |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED

MAR 0 9 2006

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1  The Court having considered Third Party Defendant's Motion to
2  Expedite Motion to Compel and for Sanctions, said Order is hereby
3  (granted) _____ (denied) _____.
4
5
6  Dated this _____ day of _____, 2006
7
8  _____
9  JUDGE VAN SICKLE
10
11
12
13                        Certificate of Service
14  I, hereby, certify that on March 9, 2006, I filed this Order on Third Party Defendant's Motion to Compel and for Sanctions with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E.
15  Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.
16
17  _____
18
19
20
21
22
23
24
25