```
                                    FILED IN THE
                                 U.S. DISTRICT COURT
                              EASTERN DISTRICT OF WASHINGTON

                                   MAR 09 2006

                                JAMES R. LARSEN, CLERK
                                                 DEPUTY
                                 RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br><br> vs. <br><br> Impulse Marketing Group, Inc., <br><br> Defendant <br><br><br> Impulse Marketing Group, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Bonnie F. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> AMENDED NOTICE OF HEARING ON THIRD PARTY DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1  PLEASE TAKE NOTICE that the Third Party Defendant's Motion to
2  ~~Expedite~~ Compel *[handwritten]* will be heard on 3/17/06 at 6:30 pm, or as soon thereafter as
3  the Court deems appropriate, without oral argument.

4

5  Bonnie F. Gordon, Pro Se

6  9804 Buckingham Drive

7  Pasco, WA 99301

8  509-210-1069

9

10 EXECUTED this 9th day of March, 2006.

11 *[signature]*

12

13                    Certificate of Service

14 I, hereby, certify that on March 9, 2006, I filed this motion to expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A.
15 Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

16 *[signature]*

17