FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 09 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br><br>vs.<br><br>Impulse Marketing Group, Inc.,<br>Defendant<br><br>Impulse Marketing Group, Inc.,<br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>AMENDED NOTICE OF HEARING ON THIRD PARTY DEFENDANT'S MOTION TO EXPEDITE THIRD PARTY DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1  PLEASE TAKE NOTICE that the Third Party Defendant's Motion to
2  Expedite will be heard on 3/13/06 at 6:30 pm, or as soon thereafter as
3  the Court deems appropriate, without oral argument.

5  Bonnie F. Gordon, Pro Se
6  9804 Buckingham Drive
7  Pasco, WA 99301
8  509-210-1069

10  EXECUTED this 9th day of March, 2006.
11  _____

13  Certificate of Service
14  I, hereby, certify that on March 9, 2006, I filed this motion to expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.
17  _____