```
                                    FILED IN THE
                                U.S. DISTRICT COURT
                            EASTERN DISTRICT OF WASHINGTON

                                  MAR 13 2006

                                JAMES R. LARSEN, CLERK
                                _____DEPUTY
                                  RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br><br>vs.<br><br>Impulse Marketing Group, Inc.,<br><br>Defendant<br><br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>AFFIDAVIT OF THIRD-PARTY DEFENDANT, BONNIE F. GORDON IN SUPPORT OF ANSWER AND COUNTERCLAIMS |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

Bonnie F. Gordon declares as follows:

1) I, Bonnie F. Gordon, am a named third party defendant in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) Mr. Douglas McKinley's, (Plaintiff's attorney) Rule 26 disclosure dated 8/9/04 in Docket # CV-04-5003-AAM, states, in part, "Plaintiffs believe that the following individuals are likely to have discoverable information relevant to disputed facts alleged in the pleadings". My name is one of the named individuals. Impulse sued a Richland police officer because his name was also on this list. If I, in fact, have discoverable information, Impulse has yet to attempt to discover it.

3) The Whois lookup process is a means for individuals or organizations to identify ownership of registered Internet domains. My Whois data for my domain references the fact that I am a Washington resident. Exhibit #1

4) Mr. Kenneth Adamson of Impulse on October 21, 2003 wrote to Commonwealth Marketing Group, Inc. of Uniontown, PA informing it that "this recipient is in a file of blocked and/or suppressed recipients and will not receive mail from any of our marketing partners". On or before that date in 2003, Impulse knew Plaintiff (and I) did not want its email ads. Exhibit #2a-b

5) Memo dated May 17, 2004 to Mr. Ken Adamson of Impulse shows an accurate subscriber profile for me. Dates of the profiles were in September 2003. Exhibit #3

6) Examples of emails claiming that prizes have been won by a "gordonworks.com" recipient. Exhibit #4a

7) Excerpt from referenced complaint, above. This a partial list of the >500 aliases used by Impulse. Aliases have no legitimate commercial purpose in email other than to obscure the sender's identity. Exhibit #5   Source: Complaint, Gordon v. Commonwealth Marketing Group, Inc.

8) I believe that Spamhaus is the foremost international authority on email. Spamhaus refers to Impulse as one of the 200 worst spammers on earth as it occupies a spot on a list referred to as the Registry of Known Spam Operations or (ROKSO). Spamhaus also cites Impulse's record of criminal violations – thus the "spam gang" reference – Exhibit #6a and 6b

9) Impulse has sent approximately 166 emails to my new Internet domain. Statutory damages of $500 per email attach to each.

10) Plaintiff has taught me a process for analyzing email, I will use his process and tool for my analysis.  Exhibit #7.

11) Impulse has developed a means to buy/sell personal profiles, which allows it (and its agents, if any) to perpetually renew its right to spam an individual. Impulse does this, in part, via a) using large numbers of "throwaway" domains – this is necessary as domains will, have, and are being shut down for spamming  b) employing agents ostensibly overseas, which complicates civil suits and gives it more bites at the proverbial spam apple c)  refusing to honor opt-out requests  d) employing hundreds/thousands of aliases in a shell game (where is the

spammer) and more.

12) Impulse needs to enmesh its identity with its so-called marketing partners to enjoy the benefits of perpetual spamming and the financial windfall that ensues. However, it will distance itself from these marketing partners by employing a tactic of "plausible deniability" when it comes to violations of laws. The document "Defendant and third party plaintiff's memorandum of law in opposition to third party defendants motion to dismiss" – Complaint # CV-04-5125-FVS – contains the following text strings or excerpts, which tend to enmesh or meld the identities of Impulse and its marketing partners, the web sites, and the alleged harm(s), etc. --- From the Introduction, pages 3-5, "Impulse and/or its marketing partners…from an Impulse-related website…using its websites…submit to Impulse…by submitting their subscriber profile to Impulse…grant Impulse the right…applicable Impulse-related website…significance to Impulse…applicable web site…adversely impacts Impulse…damages Impulse…impacts Impulse's… harm to Impulse…various Impulse-related websites…provide Impulse with false…Impulse and/or its marketing partners…against Impulse…failing to give Impulse…applicable Impulse-related website…Impulse received inaccurate…causing Impulse pecuniary…Impulse and its third party…harm to Impulse.

13) Each rendition of Impulse's counterclaims - each cause of action versus me indicates a libelous statement and/or conclusion.

 itdidnotendright.com

 68.178.150.119

 Bonnie Glover-Gordon
1419 Jadwin Avenue
Richland, Washington 99354
United States

 Glover-Gordon, Bonnie bonniefaye@gordonworks.com
1419 Jadwin Avenue
Richland, Washington 99354
United States
5092101069 Fax --

 Glover-Gordon, Bonnie bonniefaye@gordonworks.com
1419 Jadwin Avenue
Richland, Washington 99354
United States
5092101069 Fax --

 NS1.GORDONWORKS.COM
NS2.GORDONWORKS.COM

 Created: 05-Nov-04
Expires: 05-Nov-06
Source: whois.godaddy.com

| | |
|---|---|
| **From:** | Kenneth Adamson [kadamson@impulsemg.com] |
| **Sent:** | Tuesday, October 21, 2003 11:01 AM |
| **To:** | Jacque Joseph |
| **Subject:** | RE: Opt-in info on James Gordon |

Hello Jacque
I got another response this morning from the "fpc-mail" mailing
Ken,

This is the basic data I found on this recipient:

Jim S. Gordon, 1419 Jadwin Avenue, Richland, WA 99352, 509-943-4715,
jim@gordonworks.com

I am sourcing back the site that he signed up on, date/time and IP
address (if available); whether it was an in-house list site or a
partner site, I will get you what we have.


Again to confirm, this recipient is in a file of blocked and/or
suppressed recipients and will not receive mail from any of our
marketing partners.

-----Original Message-----
From: Jacque Joseph [mailto:legaljj@usacdt.com]
Sent: Monday, October 20, 2003 6:33 PM
To: Kenneth Adamson
Subject: RE: Opt-in info on James Gordon

CONFIDENTIAL INFORMATION:  This email and any file(s)
transmitted with it are confidential and are intended
solely for the use of the individual(s) or the entity
to whom it is addressed.  This communication may contain
privileged material.  If you are not the intended
recipient(s) or the person authorized by and responsible
for delivering the e-mail to the intended recipient(s),
be advised that you have received this e-mail in error
and that any use, dissemination, forwarding, printing,
or copying of this e-mail and any file attachment(s)
is not authorized by the sender of this e-mail
or Commonwealth Marketing Group, Inc. d.b.a. USA Credit, LLC.
If you have received this e-mail in error, please
immediately notify us by telephone at (724) 437-3707 or
(800) 447-1252 or reply by e-mail to the sender.  If you
are not the intended recipient, please destroy the original
transmission and its content(s).

## Jacque Joseph

**From:** Kenneth Adamson [kadamson@impulsemg.com]
**Sent:** Friday, August 06, 2004 3:16 PM
**To:** Jacque Joseph
**Subject:** FW: Scrub

**Sent:** Tuesday, January 13, 2004 3:55 AM
**To:** Dist Service
**Subject:** Re: Scrub

At 06:40 PM 1/12/2004, you wrote:

> January 12, 2004
> Subject: Scrub
>
> Dear Affiliate,
>
> Due to legal issues, please scrub the domain gordonworks.com from all of your lists. None of IMG's products can be mailed to this domain. We appreciate your immediate attention to this matter. If you have any questions, please contact your broker or IMG directly. Thanks in advance for your help and cooperation.
>
> Distributor Services
> Impulsemg.com

CMG 000100

8/23/2004

## John Fonzo

**From:** Jacque Joseph [legaljj@usacdt.com]
**Sent:** Monday, May 17, 2004 1:33 PM
**To:** Ken Adamson (E-mail); John Fonzo esq (E-mail)
**Subject:** FW: gordonwork

FYI
Jac

-----Original Message-----
**From:** Swati Raut [mailto:swati@rautmedia.com]
**Sent:** Monday, May 17, 2004 1:50 PM
**To:** 'Jacque Joseph'
**Subject:** RE: gordonwork

Fyi – we sent a request to our tech guy. As soon as I hear from him, I will let you know.

*Swati Raut*
**Senior Account Executive**
**Raut Media, Inc.**
Phone 732-906-1515
Fax 732-906-2112
swati@rautmedia.com
http://www.rautmedia.com
http://www.affiliatelink.com

> -----Original Message-----
> **From:** Jacque Joseph [mailto:legaljj@usacdt.com]
> **Sent:** Monday, May 10, 2004 12:07 PM
> **To:** 'Swati Raut'
> **Subject:** RE: gordonwork
>
> Thank you so much The information is very helpful. Would you be able to go back as far as you can (archived files) to try and locate any additional information on the gordonworks group e-mail addresses. Anything prior to September 2003 would really be of assistance.
>
> Thank You Very Much
> Jacqueline Joseph,
> Assistant V.P. Corporate Compliance
>
>> -----Original Message-----
>> **From:** Swati Raut [mailto:swati@rautmedia.com]
>> **Sent:** Monday, May 10, 2004 11:00 AM
>> **To:** legaljj@usacdt.com
>> **Subject:** gordonwork
>>
>> I apologize for the delay. Here is the information you requested.
>>
>> james@gordonworks.com,JAMES,GORDON,1419 JADWIN
>> AVENUE,RICHLAND,WA,99352,9/13/1956,F,4.5.74.214,
>> 9/7/2003 23:07:00,www.ecreditfinders.com

CMG 000158

9/14/2004

```
Faye,Gordon,faye@gordonworks.com,2003-9-11 21:32:52,4.5.74.214

from emailprize.com database:

james@gordonworks.com,4.5.74.214,2003-09-02
02:01:32,James,Gordon,1951-03-30,1419 Jadwin
Avenue,Richland,WA,us,99352, 509-943-4715,2170007,m

jay@gordonworks.com,4.5.74.214,2003-09-09
19:04:04,Jay,Gordon,1978-11-09,1419 Jadwin Avenue,
Richland,WA,us,99352,509-943-4715,2189384,m


from home4freestuff.com database:

james@gordonworks.com,4.5.74.214,2003-09-02
22:50:18,2097664,James,Gordon,1951-03-30,1419 Jadwin Avenue,
Richland,WA,us,99352,509-943-4715,2277689,m

faye@gordonworks.com,4.5.74.214,2003-09-14
22:26:55,BF,Gordon,1953-05-31,1419 Jadwin Avenue,
Richland,WA,us,99352,509-943-4715,2359957,f

jonathan@gordonworks.com,4.5.74.214,2003-09-16
15:14:19,Jonathan,Gordon,1980-05-05,Mission,
Pasco,WA,us,99301,509-555-5555,2371909,m

jamila@gordonworks.com,4.5.74.214,2003-09-16
15:26:17,Jamila,Gordon,1974-07-01,7 Roosevelt,
Walla Walla,WA,us,99362,509-526-5555,2371947,f

emily@gordonworks.com,4.5.88.163,2003-10-23
23:51:02,NULL,NULL,NULL,NULL,NULL,NULL,NULL,NULL,
2507170,NULL
```

*Swati Raut*
**Senior Account Executive**
**Raut Media, Inc.**
Phone 732-906-1515
Fax 732-906-2112
swati@rautmedia.com
http://www.rautmedia.com
http://www.affiliatelink.com

CONFIDENTIAL INFORMATION: This email and any file(s) transmitted with it are confidential and are intended solely for the use of the individual(s) or the entity to whom it is addressed. This communication may contain privileged material. If you are not the intended

CMG 000159

9/14/2004

```
X-Persona: <ValueWeb>
Received: from cust_req_fwding (msm@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com id
<225825-24448>; Sun, 10 Aug 2003 05:10:01 -0400
Received: from g.ew01.com ([69.6.0.16]) by ams.ftl.affinity.com with ESMTP id <223719-24447>; Sun, 10 Aug 2003
05:09:03 -0400
Received: (from daemon@localhost)
    by g.ew01.com (8.8.8/8.8.8) id DAA98568;
    Sun, 10 Aug 2003 03:36:27 -0400 (EDT)
Date: Sun, 10 Aug 2003 05:08:08 -0400 (EDT)
Message-Id: <200308100736.DAA98568@g.ew01.com>
From:   You actually won <LuckyDeals@g.ew01.com>
To:     msm@gordonworks.com
Subject: Prize Center
MIME-Version: 1.0
Content-Type: text/html; charset="iso-8859-1"
```

Please respond here for your chance to claim big prize:

Click Here




* Supplies are LIMITED. Hurry before they are given away


unsubscribe from this mailing list: click here
or send a blank to: r.LuckyDeals.0-1edf9a8-3885.gordonworks.com.-msm@g.ew01.com
ezeih

# From fields of Impulse Illustrating the Use of Aliases

1. From:   account security ivisiondeals@v.ew01.com
2. From:   Platinum yourdeals@mydailydeals.net
3. From:   USA Platinum wins@winspire.net
4. From:   "$7500 Credit!" credit@mygreatoffers.com
5. From:   "7500@Ad-Freedom" ad-freedom@comcast.com
6. From:   "Account Openings" Account_Openings_20007_pof@reply.freetx.com
7. From:   "Account Openings" Help-My-Credit.ijhopq@ijhopq.emza.net
8. From:   "Account Openings" Help-My-Credit.ijhopq@ijhopq.lnk2c.com
9. From:   "Account Openings" itsimazing.552ytgu@552ytgu.emza.net
10. From:  "Account Openings" itsimazing.552ytgu@552ytgu.lnk2c.com
11. From:  "Accounts" Accounts-replyto-1503-958917644@lists.cool-offers.net
12. From:  "Advisory Board" Advisory_Board-14630050@12277.Inbound.netoes.com
13. From:  "Advisory Board" Advisory_Board-14630059@12277.Inbound.netoes.com
14. From:  "Alex" leave-lotsolaughs-6436284C@mail.lotsolaughs.com
15. From:  "All American" AllAmerican@firstclasstelemail.com
16. From:  "All American" AllAmerican@telcomail.com
17. From:  "Approvals" Approvals@bontc.com
18. From:  "Approvals" Approvals@firstclasstelemail.com
19. From:  "Approvals" Approvals@telcomail.com
20. From:  "Card Services Department" CardServicesDepartment@b0ntc.com
21. From:  "Card Services Department" Services@telcomail.com
22. From:  "Congratulations!" credit@mygreatoffers.com
23. From:  "ConsumerInfo.com" consumer_info@consumerinfo.rsc02.com
24. From:  "Craig" leave-hopesforthefuture-3328078O@hopesforthefuture.com
25. From:  "Credit Approval Officer" tfs@r.aaaabi.com
26. From:  "Credit Approval Officer" tfs@r.vollku.com
27. From:  "Credit Card Approval" support@look4emails.com
28. From:  "Credit Department" leave-hopesforthefuture-3328078O@hopesforthefuture.com
29. From:  "Credit Department" sales-alhc@outstandingvalues.com
30. From:  "Credit Department" sales-axjs@outstandingvalues.com
31. From:  "Credit Department" sales-cckg@outstandingvalues.com
32. From:  "Credit Department" sales-obfb@outstandingvalues.com
33. From:  "Credit Department" sales-oule@outstandingvalues.com
34. From:  "Credit Department" sales-pmpp@outstandingvalues.com
35. From:  "Credit Department" sales-wako@outstandingvalues.com
36. From:  "Credit Department" sales-ynow@outstandingvalues.com
37. From:  "Credit NOW" crednow@isweeps.money.energizing.net
38. From:  "Credit NOW" crednow@isweeps.money.restful.net
39. From:  "Credit NOW" internet@internetsweeps.energizing.net
40. From:  "Credit NOW" isw@breezor.net
41. From:  "ExceptionalDeals" promotions@firstchoiceinternet.com
42. From:  "FG4A: Guaranteed* Gold Card!" fg4a@reply.mb00.net
43. From:  "Gold Card" GoldCard-replyto-476-487183548@lists.herorig.com
44. From:  "Great Deals" greatdeals@webstakes.com
45. From:  "Guaranteed Approval" mail33@mail.play4keeps.com
46. From:  "Issuance Supervisor" Issuance@telcomail.com
47. From:  "Issuance Supervisor" IssuanceSupervisor@b0ntc.com

Case 2:04-cv-05125-FVS    Document 289    Filed 03/13/2006    Exhibit 6 a

when terminated simply move on to the next ISP already set up and waiting.

ROKSO is a "3 Strikes" register. To be listed in ROKSO a spammer must first be terminated by a minimum of 3 ISPs for AUP violations. IP addresses under the control of ROKSO-listed spammers are automatically and preemptively listed in the Spamhaus Block List (SBL).

For qualified Law Enforcement Agencies Spamhaus provides a special version of this ROKSO database which gives access to records with evidence, logs and information on illegal activities of many of these gangs, too sensitive to publish here.

**Spamhaus also publishes a weekly TOP 10 "Worst ROKSO Spammers" chart.**

| Name | Country |
|---|---|
| Dan Traina | United States |
| Dana Jones - The Ballman | United States |
| Daniel Khoshnood | United States |
| Daniel Lessing - Coastal Promo / EZ Shoppin | United States |
| Daniel Lin | United States |
| Daniel Mankani | India |
| Danny Luna | United States |
| Datran Media | United States |
| Dave Patton / lightspeedmarketing | United States |
| David Lambert - Aztec Internet | United States |
| DM GROUP / Robert Hicks | United States |
| Drew Auman / thebulkclub.com | United States |
| Eddie Davidson | United States |
| Eddy Marin - Oneroute | United States |
| Eduardo de Souza / hostsolutions.us / hostingsmart.biz | United States |
| Elegance Network | United States |
| Elmar Brunenieks | Latvia |
| elogic.cc | United States |
| Email Experts / Email Solutions | United States |
| emailspidereasy.com | China |
| Erhard Englhofer | Australia |
| Eric Reinertsen | United States |
| Estrela Marketing / Adam Taub | United States |
| EvoClix / Larry Tasman / Greg Numark | United States |
| eXcuria - inkjet cartridge spammers | United States |
| fairgamemail.us | United States |
| Franpro / gtwinc.com / azmalink.net | United States |
| Fred Lusky and Scott Maslowe / Netbenders and Lakeshore Development | United States |
| FutureVision Communication / sncsi.net | United States |
| G-Force Marketing / MegaHits Promoter | United States |
| Gaven Stubberfield | United States |
| George Kokinos / Miles Marketing | United States |
| Georgi Kara Yacoubain | United States |
| Glen and Stacey McCausland | United States |
| Glen Hannifin | United States |
| Global Internic / NewTLDRegistration.com | Canada |
| Greg Nowakowski + Chris Tibaldo / Racksource + Zacson | United States |
| Henrik Jorgensen / Etech Scripts | Denmark |
| Henry Perez | United States |
| hispeedmedia.com / adprosolutions.com | United States |
| Hong Chen / YonHen Internet Marketing Center | China |
| Howard Minsky / TheAdStop.com / ad360.com | United States |
| Huntsville Consultants - Sean Sutherland | Canada |
| Husein Gandhi | India |
| Ivo Ottavio Reali Camargo | Brazil |
| James Botkin | United States |
| Jared Dingwerth / X-press Marketing | United States |
| Jason M. Pitts / AKA "J_Data" mortgage spammer | United States |
| Jeffrey P Goldstein / Gregory Greenstein - emailhello.com / impulse marketing | United States |

# SPAMHAUS

## THE SPAMHAUS PROJECT

Home | About ROKSO | ROKSO FAQs | Advanced Search

**Register Of Known Spam Operations**

ROKSO

Search

## Jeffrey P Goldstein / Gregory Greenstein - emailhello.com / impulse marketing

**SBL Listings** | **Index**

Country: **United States**   State: **Georgia**

**ROK1370 - Main Info**

GO

**ROK4893**

**Breaking federal law?**

Impulse Marketing Group spam servers

Jefferey Goldstein's "Impulse Marketing Group" have been caught committing rampant felonies of the Computer Fraud & Abuse Act and CAN-SPAM Act from this IP address on a massive scale.

Law enforcement may contact Spamhaus for evidence logs of this activity.

Organization:
Impulse Marketing Group
Net OPS
5887 Glenridge Drive Suite 400
Atlanta, GA 30328
US
Phone: 678-805-2100
Email: systemadmin@impulsemg.com

Registrar Name....: Register.com
Registrar Whois...: whois.register.com
Registrar Homepage: http://www.register.com

Domain Name: TOPHEALTHBENEFITS.COM

Was: SBL21094 69.42.77.70/32 (webair.com)

The address of this ROKSO record is: http://www.spamhaus.org/rokso/evidence.lasso?rokso_id=ROK4893

The above consists of information in the public domain. The Spamhaus Project makes every effort to avoid errors in submissions to the database, and will correct any errors, but accepts no responsibility or liability for any errors, or liability for any loss or damage, consequential or otherwise, incurred in reliance on the material in these pages. The information on this site is for information purposes only and is not intended as legal advice of any kind.






THE SPAMHAUS PROJECT
HOME

SBL    ROKSO

## Sample Email Analysis

===**Analysis**================================================
From: IP address 69.6.27.19, host name '09.postnote.com'.
Location: United States - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 3.0a (build 760)

===**Received Headers (from you to sender)**===================
R1: (unknown) - Thu, 4 Sep 2003 04:32:57 -0400
   from cust_req_fwding (james@gordonworks.com --> jsg33051@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <265853-28530>
R2: 69.6.27.19 - Thu, 4 Sep 2003 04:32:37 -0400
   from **09.postnote.com ([69.6.27.19])**
   by   ams.ftl.affinity.com
   with ESMTP
   id   <244412-28530>
R3: (unknown) - Wed, 3 Sep 2003 18:44:42 -0700 (PDT)
   from daemon@localhost
   by   09.postnote.com (8.8.8/8.8.8)
   id   SAA68492

===**All e-mail Internet Headers**=============================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com id <265853-28530>; Thu, 4 Sep 2003 04:32:57 -0400
Received: from 09.postnote.com ([69.6.27.19]) by ams.ftl.affinity.com with ESMTP id <244412-28530>; Thu, 4 Sep 2003 04:32:37 -0400
Received: (from daemon@localhost)
   by 09.postnote.com (8.8.8/8.8.8) id SAA68492;
   Wed, 3 Sep 2003 18:44:42 -0700 (PDT)
Date: Wed, 3 Sep 2003 20:32:24 -0700 (PDT)
Message-Id: <200309040144.SAA68492@09.postnote.com>
From:   $7500 Unsecured Platinum Card **<luckystuff@09.postnote.com>**
To:   james@gordonworks.com
X-info: Please report complaints to abuse@postnote.com
X-info: All e-mails sent through this system contains full working unsubscription info.
Subject: James You* Qualify for a Platinum Card
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="MIME_BOUNDARY-15871-0-1062651604"

NOTE: Each page of the [1,823 page] WORD document to Impulse contains an analysis of the email header (the upper portion which is labeled "Analysis") with annotation (highlights) for the respective components of the email. The lower portion of the page is the actual email, labeled "All email Internet Headers".

This document was prepared using EmailTrackerPro by VisualWare. The analyses are highlighted to illustrate areas which indicate obfuscation of the required (accurate) IP address and/or domain name in each received headers, denoted with an "R" followed by a number and colon.

Commercial email headers are held to a higher standard than those of more casual or non-commercial communications. And these non-commercial emails have a higher/truer fidelity to recognized standards for email, e.g. RFC 821/822. Therefore, denotations of the wrong GMT; missing IP addresses; missing domains; mismatched pairing of IP and domain; use of unallocated IP addresses; misleading subject lines; bad return addresses; aliases which misstate the origin of the sender obfuscate the sender's ID and/or location . Traceroutes and other analyses may be conducted on these emails.