```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>    Plaintiff,<br><br>       v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>    Defendant. | No. CV-04-5125-FVS<br><br>ORDER |
| IMPULSE MARKETING GROUP, INC.,<br><br>    Third-Party Plaintiff,<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>    Third-Party Defendants. | |

**BEFORE THE COURT** is Third-Party Defendant Jamila Gordon's Motion to Compel and for Sanction (Ct. Rec. 270) and Motion to Expedite (Ct. Rec. 272); Third-Party Defendant Bonnie Gordon's Motion to Compel and for Sanctions (Ct. Rec. 274) and Motion to Expedite (Ct. Rec. 277). The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED:**

1. Third-Party Defendant Bonnie Gordon's Motion to Expedite (**Ct. Rec. 277**) and Third-Party Defendant Jamila Gordon's Motion to Expedite (**Ct. Rec. 272**) are **DENIED**. In light of the June 5, 2006, discovery deadline in this case, the Court determines that an

ORDER - 1

1  emergency hearing is not necessary.

2      2.  Pursuant to the Local Rules, Jamila Gordon's Motion to
3  Compel and for Sanction (Ct. Rec. 270), and Bonnie Gordon's Motion to
4  Compel and for Sanctions (Ct. Rec. 274) **shall be noted for hearing on**
5  **April 10, 2006, without oral argument** unless a request for oral
6  argument is made with the Court's chambers.

7      **IT IS SO ORDERED.**  The District Court Executive is hereby
8  directed to enter this Order and furnish copies to counsel **and to the**
9  **Third-Party Defendants proceeding pro se**.

10     **DATED** this 16th day of March, 2006.

11                         s/ Fred Van Sickle
                           Fred Van Sickle
12                    United States District Judge

ORDER - 2