```
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>  Plaintiff,<br><br>        v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>  Defendant. | No. CV-04-5125-FVS<br><br>**ORDER** |
| IMPULSE MARKETING GROUP, INC.,<br><br>  Third-Party Plaintiff,<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>  Third-Party Defendants. | |

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time to File Response / Reply to Discovery of James Gordon, III. (**Ct. Rec. 265**) is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and to the Third-Party Defendants proceeding *pro se*.

**DATED** this 20th day of March, 2006.

                    s/ Fred Van Sickle
                    Fred Van Sickle
              United States District Judge

ORDER - 1