# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | ORDER ON THIRD PARTY DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS. |
| Impulse Marketing Group, Inc., Defendant | |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | |
| v. | |
| James S. Gordon III, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED

MAR 20 2006

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

5

1  The Court having considered Third Party Defendant's Motion to Compel
2  and for Sanctions – said Order is hereby (granted) _____ (denied)
3  _____. Impulse is Ordered to Respond in full to Third Party
4  Defendant's Discovery by _____, 2006. Sanctions are awarded in
5  the amount of $_____ and are to be paid to Third Party
6  Defendant or to this Court by Impulse by _____, 2006.

8  Dated this _____ day of _____, 2006

10 _____
11 JUDGE VAN SICKLE

## Certificate of Service

I, hereby, certify that on March 20, 2006, I filed this Order on Third Party Defendant's Motion to Compel and for Sanctions with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, Jonathan Gordon, Bonnie Gordon, Emily Abbey, and Robert Pritchett by other means.

_____