```
                    FILED IN THE
                  U.S. DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON

                    MAR 20 2006

                JAMES R. LARSEN, CLERK
                                    DEPUTY
                  RICHLAND, WASHINGTON
```

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | NOTICE OF HEARING ON THIRD PARTY DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS. |
| Impulse Marketing Group, Inc., Defendant | |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | |
| v. | |
| James S. Gordon III, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1  PLEASE TAKE NOTICE that the Third Party Defendant's Motion to
2  Compel will be heard on 4/10/06 at 6:30 pm, or as soon thereafter as the
3  Court deems appropriate, without oral argument.
4
5  James S. Gordon III, Pro Se
6  9804 Buckingham Drive
7  Pasco, WA 99301
8  509-210-1069
9
10 EXECUTED this 20th day of March, 2006.
11 _____
12
13           Certificate of Service
14 I, hereby, certify that on March 20, 2006, I filed this notice of hearing on motion to compel with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, Jonathan Gordon, Bonnie Gordon, Emily Abbey, and Robert Pritchett by other means.
15
16
17 _____