```
          FILED IN THE
        U.S. DISTRICT COURT
    EASTERN DISTRICT OF WASHINGTON

          MAR 20 2006

        JAMES R. LARSEN, CLERK
                          DEPUTY
        RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | NOTICE OF HEARING ON THIRD PARTY DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS. |
| Impulse Marketing Group, Inc., Defendant | |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | |
| v. | |
| Jonathan K. Gordon, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

Dockets.Justia.com

PLEASE TAKE NOTICE that the Third Party Defendant's Motion to Compel will be heard on 4/10/06 at 6:30 pm, or as soon thereafter as the Court deems appropriate, without oral argument.

Jonathan K. Gordon, Pro Se

9804 Buckingham Drive

Pasco, WA 99301

509-210-1069

EXECUTED this 20th day of March, 2006.

_____ P oA

### Certificate of Service

I, hereby, certify that on March 20, 2006, I filed this notice of hearing on motion to compel with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Bonnie Gordon, Emily Abbey, and Robert Pritchett by other means.

_____ P oA