```
                                    FILED IN THE
                              U.S. DISTRICT COURT
                         EASTERN DISTRICT OF WASHINGTON

                                  MAR 2 7 2006

                              JAMES R. LARSEN, CLERK
                                              DEPUTY
                              RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br><br> vs. <br><br> Impulse Marketing Group, Inc., <br><br> Defendant <br><br> Impulse Marketing Group, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Jamila E. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> HEARING ON THIRD PARTY DEFENDANT'S MOTION FOR A TEMPORARY INJUNCTION. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

1

1  PLEASE TAKE NOTICE that the Third Party Defendant's Motion for a
2  temporary injunction will be heard on 04/27/06 at 6:30 pm, or as soon
3  thereafter as the Court deems appropriate, without oral argument.
4
5  Jamila E. Gordon, Pro Se
6  9804 Buckingham Drive
7  Pasco, WA 99301
8  509-210-1069
9
10 EXECUTED this 27th day of March, 2006.
11 */s/ Jamila Gordon/*
12
13                    Certificate of Service
14 I, hereby, certify that on March 27, 2006, I filed this motion to expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A.
15 Moynihan, Floyd E. Ivey, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.
16
17 */s/ Jamila Gordon/*

2