```
                                        FILED IN THE
                                      U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF WASHINGTON

                                         MAR 2 7 2006

                                      JAMES R. LARSEN, CLERK
                                      _____ DEPUTY
                                        RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN

DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | THIRD PARTY DEFENDANT'S MOTION FOR TEMPORARY INJUNCTION & DECLARATION IN SUPPORT |
| Impulse Marketing Group, Inc., Defendant | |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | |
| v. | |
| Bonnie F. Gordon, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

1

## Introduction

In November 2004, the above captioned case was filed with this Court. About six months ago, I was sued by Impulse in retaliation for Plaintiff listing me as a prospective witness in his lawsuit. Earlier this month, after the dismissal of my motion to dismiss, I filed an answer and reply to that lawsuit. Impulse is still sending email to my mailbox.

## Declaration

I, Bonnie F. Gordon, declare the following:

1) I am a named third party defendant in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) I introduced evidence in my answer to this lawsuit and the subsequent declarations in support thereof, which states that Impulse knew that the "gordonworks.com" Internet domain name was not to be sent email by Impulse or its affiliate marketers – see Impulse's Kenneth Adamson's October 21, 2003 memo, wherein he states, "…this recipient is in a file of blocked and/or suppressed recipients and will not receive mail from any of our marketing partners".

3) On January 7, 2004, Robert Kane, CEO of Commonwealth Marketing Group, Inc. of Uniontown, PA – the company which hired Impulse to send email on its behalf warned the owner of Impulse, Jeff Goldstein, "it is imperative that Impulse and any Impulse affiliate marketers take every available step to assure that no message of any kind be transmitted to the network

domain: "gordonworks.com". Impulse failed to comply with all requests to stop sending "gordonworks.com" email ads.

4) On March 22, 2006, Impulse sent ten emails addressed to the gordonworks.com domain. Two of those emails were addressed to "faye@gordonworks.com". **Exhibit 1**

5) The continued email abuse of the "gordonworks.com" domain by Impulse can not be justified by business necessity or any other legitimate reason --- the only purpose these emails serve is to harass, intimidate, and annoy me.

6) Impulse's lack of diligence in terms of its corporate obligations to the public vis-à-vis honoring legitimate opt-out requests has led to ongoing damages – financial damages as well as damage to the "public trust" – these damages are ongoing and are due solely to Impulse's actions or lack of action.

7) Impulse continues to profit from selling my personally identifying information in spite of the current lawsuit citing violations of RCW 9.35 – Identity Theft Statute and RCW 19.170- Free Prize Statute.

8) Impulse has acted with malice and oppression by forcing its marketing ads on me and quite likely on hundreds, thousands, or perhaps tens of thousands of Washington State residents.

THEREFORE, third party defendant moves this Court to issue an order for a temporary injunction against Impulse Marketing Group, Inc. (a Nevada corporation) doing business in the State of Georgia.

3

Specifically, the undersigned asks this Court to enjoin Impulse and its agents, employees, directors, owners, contractors, and all others acting on behalf of Impulse from sending email to me and to enjoin Impulse from sending its email to all Washington State residents until this lawsuit has been adjudicated. Impulse's reckless behaviors are anathema to the "public trust" as it uses its business to harass, intimidate and annoy individuals who complain about its marketing practices. An injunction helps to preserve the public trust, especially on this matter which entails questions of identity theft and other public policy concerns.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Bonnie F. Gordon, Pro Se

9804 Buckingham Drive

Pasco, WA 99301

509-210-1069

EXECUTED this 27th day of March, 2006.

_____

Certificate of Service

I, hereby, certify that on March 27, 2006, I filed this motion with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

_____

4

Case 2:04-cv-05125-FVS    Document 305    Filed 03/27/2006

Exhibit 1

X-Persona: <gordonworks.com>
Return-Path: <FAYE@gordonworks.com>
Delivered-To: 7-jim@gordonworks.com
Received: (qmail 14370 invoked by uid 0); 22 Mar 2006 04:49:59 -0600
Received: (qmail 26114 invoked from network); 22 Mar 2006 04:35:56 -0600
Received: from mail3.banddly.com (66.59.94.15)
  by omniinnovations.com with SMTP; 22 Mar 2006 04:35:48 -0600
Message-ID: <15710722.1143023697747.JavaMail.root@banddly.com>
Date: Wed, 22 Mar 2006 04:34:57 -0600 (CST)
From: Free Card Search <card@banddly.com>
Reply-To: Free Card Search <r-1511342-35879@banddly.com>
To: "faye gordon" <FAYE@GORDONWORKS.COM>
Subject: *****SPAM***** Your New Credit Line Has Been Approved Please Activate
Mime-Version: 1.0
Content-Type: multipart/alternative;
   boundary="----=_Part_68781_22369225.1143023697745"
X-CC: lfdhgkzgzzyokoyffsztfzt ggyozoothkytzfwg gzkgwgfsf
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****************
X-Spam-Status: Yes, hits=16.5 required=7.0 tests=ADDR_FREE,BAD_CREDIT,
    BAYES_99,BEEN_TURNED_DOWN,COMPLETELY_FREE,FOR_FREE,
    HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TITLE_UNTITLED,NO_OBLIGATION,
    RCVD_IN_BL_SPAMCOP_NET,RCVD_IN_SBL autolearn=spam version=2.63
X-Spam-Report:
    *  2.6 ADDR_FREE From Address contains FREE
    *  1.4 BEEN_TURNED_DOWN BODY: Have you been turned down?
    *  0.4 BAD_CREDIT BODY: Eliminate Bad Credit
    *  0.5 COMPLETELY_FREE BODY: No such thing as a free lunch (2)
    *  0.6 FOR_FREE BODY: No such thing as a free lunch (1)
    *  1.5 NO_OBLIGATION BODY: There is no obligation
    *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image area
    *  0.1 HTML_MESSAGE BODY: HTML included in message
    *  5.4 BAYES_99 BODY: Bayesian spam probability is 99 to 100%
    *      [score: 1.0000]
    *  0.4 HTML_TITLE_UNTITLED BODY: HTML title contains "Untitled"
    *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
    *      [Blocked - see <http://www.spamcop.net/bl.shtml?66.59.94.15>]
    *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
    *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL30018>]

5

Case 2:04-cv-05125-FVS    Document 305    Filed 03/27/2006



If you wish to opt out of this offer, Click Here.
Free Card Search c/o Impulse Marketing Group
1100 Hammond Drive NE
Suite 410A - 202
Atlanta, Georgia 30328

To no longer receive these messages, please send a blank emaill here:
unsub-ixtxxfgcmftbde@banddly.com
OR Send a postal mail to: Premium Products, 301 E 47th St. New York, NY 10017