```
                                FILED IN THE
                             U.S. DISTRICT COURT
                          EASTERN DISTRICT OF WASHINGTON

                                MAR 2 7 2006

                           JAMES R. LARSEN, CLERK
                           _____ DEPUTY
                             RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | ) Case No.: CV-04-5125-FVS |
| vs. | ) HEARING ON THIRD PARTY DEFENDANT'S MOTION FOR A TEMPORARY INJUNCTION. |
| Impulse Marketing Group, Inc., Defendant | ) |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | ) |
| v. | ) |
| Bonnie F. Gordon, Third-Party Defendant | ) |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

1

PLEASE TAKE NOTICE that the Third Party Defendant's Motion for a temporary injunction will be heard on 04/27/06 at 6:30 pm, or as soon thereafter as the Court deems appropriate, without oral argument.

Bonnie F. Gordon, Pro Se

9804 Buckingham Drive

Pasco, WA 99301

509-210-1069

EXECUTED this 27th day of March, 2006.

*/s/ Bonnie Gordon*

## Certificate of Service

I, hereby, certify that on March 27, 2006, I filed this motion to expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

*/s/ Bonnie Gordon*

2