```
                                        FILED IN THE
                                      U.S. DISTRICT COURT
                                EASTERN DISTRICT OF WASHINGTON

                                         MAR 2 7 2006

                                     JAMES R. LARSEN, CLERK
                                     _____ DEPUTY
                                       RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br><br> vs. <br><br> Impulse Marketing Group, Inc., <br><br> Defendant <br><br><br> Impulse Marketing Group, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Jonathan K. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> HEARING ON THIRD PARTY DEFENDANT'S MOTION FOR A TEMPORARY INJUNCTION. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

1

PLEASE TAKE NOTICE that the Third Party Defendant's Motion for a temporary injunction will be heard on 04/27/06 at 6:30 pm, or as soon thereafter as the Court deems appropriate, without oral argument.

Jonathan K. Gordon, Pro Se

9804 Buckingham Drive

Pasco, WA 99301

509-210-1069

EXECUTED this 27th day of March, 2006.

_____

## Certificate of Service

I, hereby, certify that on March 27, 2006, I filed this motion to expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Bonnie Gordon, James Gordon III, Jamila Gordon, Emily Abbey, and Robert Pritchett by other means.

_____

2