```
                              FILED IN THE
                           U.S. DISTRICT COURT
                       EASTERN DISTRICT OF WASHINGTON

                              MAR 2 7 2006

                           JAMES R. LARSEN, CLERK
                           _____DEPUTY
                            RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | HEARING ON THIRD PARTY DEFENDANT'S MOTION FOR A TEMPORARY INJUNCTION. |
| Impulse Marketing Group, Inc., Defendant | |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | |
| v. | |
| James S. Gordon III, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

1

PLEASE TAKE NOTICE that the Third Party Defendant's Motion for a temporary injunction will be heard on 04/27/06 at 6:30 pm, or as soon thereafter as the Court deems appropriate, without oral argument.

James S. Gordon III, Pro Se

9804 Buckingham Drive

Pasco, WA 99301

509-210-1069

EXECUTED this 27th day of March, 2006.

*[signature]*

_____

### Certificate of Service

I, hereby, certify that on March 27, 2006, I filed this motion to expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Bonnie Gordon, Jonathan Gordon, Jamila Gordon, Emily Abbey, and Robert Pritchett by other means.

*[signature]*

_____