IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | ORDER ON THIRD PARTY DEFENDANT'S MOTION FOR A TEMPORARY INJUNCTION. |
| Impulse Marketing Group, Inc., | |
| Defendant | |
| | |
| Impulse Marketing Group, Inc., | |
| Third-Party Plaintiff, | |
| v. | |
| Emily Abbey, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

RECEIVED
MAR 28 2006
CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1

1  The Court having considered Third Party Defendant's Motion for a
2  Temporary Injunction, said Order is hereby (granted) _____
3  (denied) _____.

6  Dated this _____ day of _____, 2006

8  _____
9  JUDGE VAN SICKLE

Certificate of Service

I, hereby, certify that on March \_\_, 2006, I filed this Order on Third Party Defendant's Motion for a Temporary Injunction with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Bonnie Gordon, and Robert Pritchett by other means.

*Judith Durl — POA*

2