Gordon v. Impulse Marketing Group Inc
Case 2:04-cv-05125-FVS    Document 312    Filed 03/28/2006
Doc. 312

```
                              FILED IN THE
                           U.S. DISTRICT COURT
                         EASTERN DISTRICT OF WASHINGTON

                              MAR 28 2006

                           JAMES R. LARSEN, CLERK
                          _____ DEPUTY
                            RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br><br>vs.<br><br>Impulse Marketing Group, Inc.,<br><br>Defendant<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Emily Abbey, Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>HEARING ON THIRD PARTY DEFENDANT'S MOTION FOR A TEMPORARY INJUNCTION. |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

1

PLEASE TAKE NOTICE that the Third Party Defendant's Motion for a Temporary Injunction will be heard on 04/29/06 at 6:30 pm, or as soon thereafter as the Court deems appropriate, without oral argument.

Emily Abbey, Pro Se

1407 Second Avenue West, #608

Seattle, WA 98119

(206) 217-0466

EXECUTED this ___th day of March, 2006.

*Judith Dur* POA

## Certificate of Service

I, hereby, certify that on March , 2006, I filed this motion to expedite with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Bonnie Gordon, and Robert Pritchett by other means.

*Judith Dur* POA

2