**EXHIBIT A**



Dockets.Justia.com

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, Washington 98101-2509
Phone (206)-624-9392
Fax (206) 624-0717

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

JAMES S. GORDON, JR,
a married individual d/b/a
'GORDONWORKS.COM'; OMNI
INNOVATIONS, LLC., a
Washington limited liability
company;

Plaintiffs,

v.

IMPULSE MARKETING
GROUP, INC., a
Nevada/Georgia corporation;
JEFFREY GOLDSTEIN,
individually and as part of his
marital community; PHILLIP
HUSTON, individually and as
part of his marital community;
KENNETH ADAMSON,
individually and as part of his
marital community; JOHN
DOES, I-X,

NO. CV-04-5125-FVS

[FIRST AMENDED]
COMPLAINT FOR DAMAGES UNDER
THE CAN-SPAM ACT OF 2003 [15
U.S.C. §7701, *et seq.*]; WASHINGTON
CONSUMER PROTECTION ACT
(RCW 19.86); THE WASHINGTON
COMMERCIAL ELECTRONIC MAIL
ACT (RCW 19.190); THE IDENTITY
CRIMES ACT (RCW 9.35); RCW 19.170
et seq., and Injunctive Relief

[JURY DEMAND]

COMES NOW, Plaintiff James S. Gordon, Jr. and brings this COMPLAINT

against defendants named herein. Plaintiff alleges the following on information and

belief:

NO. CV-05-5079-FVS
PLAINTIFF'S FIRST AMENDED
COMPLAINT

Page 1 of 19

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

1

## 1. PARTIES

2

3    1.1    Plaintiff James S. Gordon, Jr. ("Gordon") is a married individual who

4    is and was a resident of Benton and/or Franklin County, Washington, and

5    who was doing business as an interactive computer service as

6    'gordonworks.com', during the time of all acts complained of herein.

7

8    1.2    Plaintiff Omni Innovations, LLC ("Omni"), is a Washington limited

9    liability company, whose primary place of business is Pasco, Washington,

10   and which is the interactive computer service/internet access service that is

11

12   the registered owner of the internet domain 'Gordonworks.com', and whose

13   internet domain server received many of the unlawful emails from

14   Defendants described herein.

15

16   1.3    Defendant Impulse Marketing Group, Inc., ("Impulse") upon

17   information and belief, is a **Nevada** corporation, with its principle place of

18   business located in Georgia.

19

20   1.4    Defendant Jeffrey Goldstein ("Goldstein") is an officer, director,

21   and/or majority shareholder of Impulse, and as such controls its policies,

22   activities, and practices, including those alleged herein on behalf of Impulse.

23

24   All acts and practices undertaken by Goldstein on behalf of Impulse are and

25

26   FIRST AMENDED COMPLAINT
27   FOR DAMAGES, PENALTIES, ETC.
     -2
28   GORDON v. IMPULSE
     MARKETING, INC., ET AL

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717



were for the benefit of his marital community.  Defendant resides in the State

of Georgia and transacts or has transacted business in the State of

Washington and in the Eastern District of Washington.

1.5    Defendant Phil Huston ("Huston") is an officer, director, and/or

majority shareholder of Impulse, and as such controls its policies, activities,

and practices, including those alleged herein on behalf of Impulse.  All acts

and practices undertaken by Huston on behalf of Impulse are and were for

the benefit of his marital community.  Defendant resides in the State of

Georgia and transacts or has transacted business in the State of Washington

and in the Eastern District of Washington.

1.6    Defendant Kenneth Adamson ("Adamson") is an officer, director,

and/or majority shareholder of Impulse, and as such controls its policies,

activities, and practices, including those alleged herein on behalf of Impulse.

All acts and practices undertaken by Huston on behalf of Impulse are and

were for the benefit of his marital community.  Defendant resides in the State

of Georgia and transacts or has transacted business in the State of

Washington, and in the Eastern District of Washington.

1.7    The actions alleged herein to have been undertaken by the defendants

FIRST AMENDED COMPLAINT
FOR DAMAGES, PENALTIES, ETC.
-3
GORDON v. IMPULSE
MARKETING, INC., ET AL

Page 3 of 19

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

were undertaken by each defendant individually, were actions of which each

defendant had knowledge and that each defendant authorized, controlled,

directed, or had the ability to authorize, control or direct, and/or were actions

each defendant assisted and/or participated in, and are actions for which each

defendant is liable.  Each defendant aided, abetted, assisted, and conspired

with the actions of each other defendant herein in that each defendant had

knowledge of those actions, provided assistance and benefited from those

actions, in whole or in part.  Each of the defendants was the agent of each of

the other defendants, and in committing those acts herein alleged, was acting

within the course and scope of such agency and with the permission and

consent of other defendants.

## II.    JURISDICTION

2.1      This Court has original jurisdiction of the causes of action herein

which are brought  under the CAN-SPAM Act of 2003 -- 15 U.S.C. §7701, *et

seq.*, 15 U.S.C. §7707(g)(1).

2.2      The unlawful actions of the defendants were committed in the States of

Washington, Georgia, and in the judicial district of this Court.

2.3      The Defendants regularly transact business within the State of

FIRST AMENDED COMPLAINT
FOR DAMAGES, PENALTIES, ETC.
-4
GORDON v. IMPULSE
MARKETING, INC., ET AL

Page 4 of 19

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

Washington by virtue of the fact that they regularly send commercial bulk emails into the State, which emails are received on computers and other electronic devices owned and maintained by residents of the State in the State. As a result of the Defendants' acts and transactions within the State of Washington, this Court has personal jurisdiction over the Defendants under RCW 4.28.185(1)(a).

2.4     The causes of action complained of herein include allegations that commercial electronic messages sent by or on behalf of the Defendants to the Plaintiffs violate RCW 19.190 et seq., the Washington Commercial Electronic Mail Act (CEMA) and RCW 19.86 et seq.  the Washington State Consumer Protection Act (CPA), the Washington Identity Crimes Act (RCW 9.35 et seq.)

2.5     This Court has diversity jurisdiction over the parties named herein as plaintiffs and defendants are residents of different states, and the complaint includes a prayer for relief in excess of $75,000, exclusive of interest and costs.

2.6     Jurisdiction to commence this action is conferred by 15 U.S.C. §7701, *et seq.*, 15 U.S.C. §7707(g)(1); RCW 19.86.080, 19.86.090, 19.86.160, RCW

FIRST AMENDED COMPLAINT
FOR DAMAGES, PENALTIES, ETC.
-5
GORDON v. IMPULSE
MARKETING, INC., ET AL

Page 5 of 19

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

19.190.030 and RCW 4.12.020-.025.

## III.   General Allegations

3.1      Plaintiffs reallege and incorporate as though fully set forth herein, all

prior paragraphs herein.

3.2      Plaintiff Gordon is the registrant of the internet domain

"gordonworks.com".

3.3      Plaintiff Omni d/b/a 'gordonworks.com', is an interactive computer

service as that term is defined in 15 U.S.C. §7703(11); 47 USC 231(e)(4);

and RCW 19.190.010 (7), and is the owner of an internet domain server,

which, among others, hosts the 'Gordonworks.com' domain.

3.4      Gordon provides or enables computer access by multiple users to a

computer server that hosts the "gordonworks.com" domain name and further

provides electronic mail accounts to individuals utilizing their personal

domain names for electronic messaging, including individuals residing

within the Federal judicial district in which this case is brought.

3.5      Plaintiff Gordon is a user of the interactive computer service provided

by Omni and 'gordonworks.com', and maintains electronic mail message

accounts with 'gordonworks.com, including under the address

FIRST AMENDED COMPLAINT
FOR DAMAGES, PENALTIES, ETC.
-6
GORDON v. IMPULSE
MARKETING, INC., ET AL

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

1  jim@gordonworks.com as well as the domain name "rcw19190020.com".

2  3.6     At all times relevant to this action, each of the Plaintiffs' status as

3

4  Washington residents is and was public knowledge and available to

5  defendants upon request from the Plaintiffs, their domain registrar

6

7  information, and other readily accessible sources.

8  3.7     The Defendants have initiated the transmission of numerous

9  commercial email messages directed to and through Plaintiff Omni's

10

11  interactive computer service, and/or to and through Plaintiff Omni's domain

12  'gordonworks.com', and/or further addressed to Plaintiff Gordon's email

13  address jim@gordonworks.com, as well as to other users of Omni's

14

15  interactive service.

16

17  **IV.    Causes of Action**

18                **4.1    First Cause of Action**

19  **Violations of the Can-Spam Act of 2003** [15 U.S.C. §7701 et seq.]

20

21  Plaintiff realleges all preceding paragraphs and incorporates them herein as if set

22                      forth in full:

23  4.1.1     Plaintiffs have received thousands of commercial electronic mail

24

25  messages from or on behalf of defendants, sent to Omni's electronic mail

26  FIRST AMENDED COMPLAINT
27  FOR DAMAGES, PENALTIES, ETC.
    -7
28  GORDON v. IMPULSE
    MARKETING, INC., ET AL

Page 7 of 19

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

1    server located in Benton and Franklin Counties, Washington, and/or to its

2    registered domains, including 'gordonworks.com' in violation of the CAN-

3
     SPAM Act of 2003, 15 U.S.C. §7701 et seq.
4

5    4.1.2  Plaintiffs Omni and Gordon further allege that they received numerous

6           items of electronic mail from the defendants sent to the

7
            'gordonworks.com' domain on Omni's server, and to email addresses
8

9           served thereby, that were responded to with specific requests not to

10          receive future commercial electronic mail messages, which requests went

11
            unheeded for a substantial amount of time during which defendants
12

13          continued to send unlawful email to plaintiff in violation of 15 U.S.C.

14
            §7704(a)(4).
15

16

17   4.1.3  Plaintiffs further allege that the defendants sent at least one (1) separate

18          item of electronic mail to the plaintiff to an address most likely harvested

19
            from domain name registration and/or by other means of anonymous internet
20

21          information harvesting.  Said conduct was in violation of 15 U.S.C.

22          §7704(b)(1)(A)(i), and (ii).

23

24

25
26   FIRST AMENDED COMPLAINT          Page 8 of 19
27   FOR DAMAGES, PENALTIES, ETC.
     -8
28   GORDON v. IMPULSE
     MARKETING, INC., ET AL

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

4.1.4    Plaintiffs further allege that defendants initiated the transmission of commercial electronic mail to plaintiff at and through his 'gordonworks.com' domain, and to individual email accounts at that domain and on its server, which electronic mail included materially misleading subject lines, which constitutes a violation of 15 USC 7704(a)(2).

4.1.5    Plaintiffs further allege that defendants initiated the transmission of commercial electronic mail to plaintiff at and through the 'gordonworks.com' domain, and Omni server, and to individual email accounts served thereby, which electronic mail failed to provide a functioning mechanism, clearly and conspicuously displayed, that a recipient may use, in a manner specified in the message, to request not to receive further messages from the sender, which constitutes violations of 15 USC 7704(a)(3)(A), and 7704(a)(4)(A)(ii).

4.1.6    Plaintiffs further allege that defendants initiated the transmission of commercial electronic mail to plaintiffs at and through the 'gordonworks.com' domain and Omni server to individual email accounts served thereby, which electronic mail failed to provide clear and conspicuous notice that the mail is an "advertisement", which constitutes a violation of 15 USC 7704(a)(4)(A)(i).

FIRST AMENDED COMPLAINT
FOR DAMAGES, PENALTIES, ETC.
-9
GORDON v. IMPULSE
MARKETING, INC., ET AL

Page 9 of 19

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

4.1.7    Plaintiff Omni further alleges that defendants initiated the transmission of commercial electronic mail to plaintiff at and through its 'gordonworks.com' domain and server, and to individual email accounts served thereby, which electronic mail constitutes a violation of 15 USC 7704(a)(2).

4.1.8    Plaintiff Omni further alleges that defendants initiated the transmission of commercial electronic mail to plaintiff at and through its 'gordonworks.com' domain and Omni server, and to individual email accounts served thereby, which electronic mail failed to include a physical postal address, which constitutes a violation of 15 USC 7704(a)(4)(A)(iii).

4.1.9    As a proximate result of said unlawful conduct by said defendants, Plaintiffs are entitled to damages for the actual monetary loss incurred or statutory damages in the amount of up to $100.00 in the case of violation of Section 5(a)(1) or up to $25.00 in the case of each violation of the other subsections of Section 5 in the form of statutory damages as set forth in 15 U.S.C. §7707(g)(1) and (3)(A).

4.1.10    Plaintiffs furthermore seek a preliminary and permanent injunction against the defendants for their current and future violations of the CAN-

FIRST AMENDED COMPLAINT FOR DAMAGES, PENALTIES, ETC. -10
GORDON v. IMPULSE MARKETING, INC., ET AL

Page 10 of 19

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

SPAM Act of 2003 as it and members of the general public will continue to incur damages as a result of the unlawful conduct of said defendants. The seeking of injunctive relief by the plaintiff is specifically authorized by 15 U.S.C. §7707(g)(1)(A).

4.1.6    Plaintiffs furthermore seek their attorney fees and costs against the defendants pursuant to 15 U.S.C. §7707(g)(4).

## 4.2    Second and Third Causes of Action

### Violations of the Washington CEMA [RCW 19.190.020 et seq.]

### and the Washington Consumer Protection Act [RCW 19.86 et seq.]

Plaintiffs reallege all preceding paragraphs and incorporates them herein as if set forth in full:

4.2.1    It is a violation of RCW 19.190.020(1)(a)(b) and 19.190.030(1)(a)(b) to initiate the transmission, conspire with another to initiate the transmission, or assist the transmission, of a commercial electronic mail message from a computer located in Washington or to an electronic mail address that the sender knows, or has reason to know, is held by a Washington resident that uses a third party's internet domain name without permission of the third party, or otherwise misrepresents or obscures any information in identifying

FIRST AMENDED COMPLAINT
FOR DAMAGES, PENALTIES, ETC.
-11
GORDON v. IMPULSE
MARKETING, INC., ET AL

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717



the point of origin or the transmission path of a commercial electronic mail message, or contains false or misleading information in the subject line.

4.2.2    Defendants initiated the transmission, or assisted and/or conspired to transmit numerous commercial electronic mail messages to Plaintiffs' domain and server, and to Plaintiff Gordon's individual email account which defendants knew, or had reason to know were located in the state of Washington, which emails misrepresented or obscured information identifying the point of origin or the transmission path, and/or which contained false or misleading information in the subject line, which constitutes violations of RCW 19.190 et seq.

4.2.3    It is further a violation of RCW 19.190.080 to "solicit, request, or take any action to induce a person to provide personally identifying information by means of a web page, electronic mail message, or otherwise using the internet by representing oneself, either directly or by implication, to be another person, without the authority or approval of such other person." Numerous emails sent by Defendants and received by Plaintiffs violated this provision of the CEMA.

4.2.4    Pursuant to RCW 19.190.020(1)(a)(b), each email sent in this Second

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717



1    Cause of Action is a separate and distinct violation of RCW 19.190, and

2    pursuant to RCW 19.190.030(1)(a)(b), (2), and (3) constitutes a separate and

3

4    distinct violation of the Consumer Protection Act, RCW 19.86.

5    4.2.5    Further, defendants' acts herein alleged, constitute separate and

6    distinct violations of RCW 19.86 as they constitute unfair or deceptive acts

7

8    and practices, occurring in the regular course of defendants' conduct of trade

9    and commerce, and are unfair methods of competition, which acts have been,

10   or are likely to be perpetrated against other residents of the State.

11

12

13   Plaintiffs have been damaged as a result of Defendants' statutory violations

14   as set forth herein, in an amount to be proven at trial.

15

16

17   **4.3 Fourth Cause of Action**

18   **RCW 19.170 et seq.**

19   Plaintiff realleges all preceding paragraphs and incorporates them herein as if

20   set forth in full:

21   4.3.1    RCW 19.170 et seq. makes it unlawful under Washington State law to

22   deceptively advertise or promote "free" prizes, gifts, awards, travel coupons

23

24   or certificate, free item, or any other item offered in a promotion that is

25

26   FIRST AMENDED COMPLAINT          Page 13 of 19

27   FOR DAMAGES, PENALTIES, ETC.

     -13

28   GORDON v. IMPULSE

     MARKETING, INC., ET AL

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

1  different and distinct from the goods, service, or property promoted by a

2  sponsor.  The statute makes a violation of RCW 19.170 a per se violation of

3  the State Consumer Protection Act (RCW 19.86 et seq.)

4

5  4.3.2    Numerous email advertisements, ie., "spam" which Defendants

6  transmitted to Plaintiffs, as described herein, violated RCW 19.170 et seq., in

7  the following ways:  In violation of RCW 19.170.030:

8

9      (a) The offending emails contained offers, and promotions for
10          prizes, gifts, and awards which failed to identify the name and
11          address of the promoter and the sponsor of the promotion;
            and/or,
12
      (b) failed to state the verifiable retail value of each prize offered in
13          it; and/or,

14      (c) failed to disclose the verifiable retail value and odds for each
15          prize which must be stated in immediate proximity on the same
            page with the first listing of each prize in type at least as large as
16          the typeface used in the standard text of the offer; and/or

17      (d) failed to conspicuously disclose, if a person is required or
18          invited to view, hear, or attend a sales presentation in order to
            claim a prize that has been awarded, may have been awarded, or
19          will be awarded, the requirement or invitation must be
            conspicuously disclosed under subsection (7) of this section to
20          the person in the offer in bold-face type at least as large as the
            typeface used in the standard text of the offer; and/or,
21
22      (e) or failed to otherwise comply with RCW 19.170.030 which
23          requires that "No item in an offer may be denominated a prize,
            gift, award, premium, or similar term that implies the item is
24          free if, in order to receive the item or use the item for its

25

26  FIRST AMENDED COMPLAINT        Page 14 of 19
27  FOR DAMAGES, PENALTIES, ETC.
    -14
28  GORDON v. IMPULSE
    MARKETING, INC., ET AL

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

intended purpose the intended recipient is required to spend any sum of money, including but not limited to shipping fees, deposits, handling fees, payment for one item in order to receive another at no charge, or the purchase of another item or the expenditure of funds in order to make meaningful use of the item awarded in the promotion. The payment of any applicable state or federal taxes by a recipient directly to a government entity is not a violation of this section."

In violation of RCW 19.170.040:

(a)    included a prize in an offer when the promoter or sponsor knows or has reason to know that the prize will not be available in a sufficient quantity based upon the reasonably anticipated response to the offer.

(b)    failed to comply with subsection (5) which provides: "If the prize is not available for immediate delivery to the recipient, the recipient shall be given, at the promoter or sponsor's option, a rain check for the prize, the verifiable retail value of the prize in cash, or a substitute item of equal or greater verifiable retail value."

(c)    failed to comply with subsection 5(b), which provides: "If the rain check cannot be honored within thirty days, the promoter or sponsor shall mail to the person a valid check or money order for the verifiable retail value of the prize described in this chapter."

(d)    failed to comply with subsection (6), which provides: "A sponsor shall fulfill the rain check within thirty days if the person named as being responsible fails to honor it."

(e)    failed to comply with subsection (7) , which provides: "The offer shall contain the following clear and conspicuous statement of recipients' rights printed in type at least as large as the typeface used in the standard text of the offer:" If you receive a rain check in lieu of the prize, you are entitled by law to receive the prize, an item of equal or greater value, or the cash

FIRST AMENDED COMPLAINT
FOR DAMAGES, PENALTIES, ETC.
-15
GORDON v. IMPULSE
MARKETING, INC., ET AL

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717




equivalent of the offered prize within thirty days of the date on which you claimed the prize." ".

(f)     failed to comply with subsection (8) , which provides: "It is a violation of this chapter to misrepresent the quality, type, value, or availability of a prize."

5. **Demand for jury.**    Plaintiff demands that this cause be tried to a jury.

## PRAYER FOR RELIEF

Plaintiffs pray for relief as follows:

That the Court adjudge and decree that defendant has engaged in the conduct complained of herein.

That the Court adjudge and decree that the conduct complained of herein constitutes violations of the Federal Can-Spam Act of 2003, 15 U.S.C. §7705, and that Plaintiffs are entitled to all damages provided for thereunder, as may be proved at trial;

That the Court adjudge and decree that the conduct complained of herein constitutes violations of the Washington Commercial Electronic Mail Act, RCW 19.190 et seq., and that Plaintiff is entitled to all damages provided for thereunder, as may be proved at trial, including but not limited to treble damages of up to three times the per statutory damages provided therein for

FIRST AMENDED COMPLAINT FOR DAMAGES, PENALTIES, ETC. -16
GORDON v. IMPULSE MARKETING, INC., ET AL

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717



each violation committed by the defendants, in an amount to be proven at trial;

That the Court adjudge and decree that the conduct complained of herein constitutes violations of RCW 19.170 et seq. and that Plaintiff is entitled to all damages provided for thereunder, as may be proved at trial, including but not limited to aggravated damages under RCW 19.170.060 of up to three times the amount of statutory damages for these violations committed by the defendants willfully and knowingly, and for defendants' unlawful activity.

That the Court adjudge and decree that the conduct complained of herein constitutes violations of the Washington Consumer Protection Act, RCW 19.86 et seq., and that Plaintiff is entitled to all damages provided for thereunder, as may be proved at trial;

That the Court assess civil penalties, pursuant to 19.190.040(1) of five hundred dollars ($500) per violation against defendant for each and every one of the commercial electronic mail messages sent to plaintiff Gordon in violation of RCW 19.190.020.

That the Court assess civil penalties, pursuant to 19.190.040(1) one thousand dollars ($1,000) per violation against defendant for each and every one of the commercial electronic mail messages sent through plaintiff Gordon's

FIRST AMENDED COMPLAINT
FOR DAMAGES, PENALTIES, ETC.
-17
GORDON v. IMPULSE
MARKETING, INC., ET AL

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717



interactive computer service in violation of RCW 19.190.020.

That the Court assess civil penalties in the way of treble damages pursuant to RCW 19.86.140, of two thousand dollars ($2,000) for each and every one of the violations of RCW 19.86 caused by the conduct complained of herein.

That the Court enter judgment pursuant to RCW19.86.140 providing that Plaintiff has been injured by the conduct complained of herein, and ordering that Plaintiff recover from the defendant the costs of this action, including reasonable attorney's fees.

That the Court assess all allowable civil penalties, pursuant to RCW 9.35 against defendants for each and every violation of that statute.

That the Court order such other relief as it may deem just and proper to fully and effectively remedy the effects of, and prevent future instances of, the conduct complained of herein, or which may otherwise seem proper to the Court.

DATED this 29th day of March, 2006.

**MERKLE SIEGEL & FRIEDRICHSEN, P.C.**

_____

Robert J. Siegel/ WSBA #17312
Attorneys for Plaintiffs

FIRST AMENDED COMPLAINT
FOR DAMAGES, PENALTIES, ETC.
-18
GORDON v. IMPULSE
MARKETING, INC., ET AL

Page 18 of 19

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717



1
2
3
4
5

# Certificate of Service

6

7    I, hereby, certify that on March 29, 2006, we filed this pleading with this

8
     Court. The Clerk of the Court will provide electronic notification system
9

10   using the CM/ECF, which will send an electronic copy of this Notice to:

11
     Floyd E. Ivey.
12

13

14   /S/ Robert J. Siegel
15   Robert J. Siegel, WSBA #17312
     Attorneys for Plaintiffs
16

17

18

19

20

21

22

23

24

25
                                              MERKLE SIEGEL & FRIEDRICHSEN, P.C.
26   FIRST AMENDED COMPLAINT    Page 19 of 19    1325 Fourth Ave., Suite 940
                                                  Seattle, WA 98101-2509
27   FOR DAMAGES, PENALTIES, ETC.                 Phone: 206-624-9392
     -19                                          Fax: 206-624-0717
28   GORDON v. IMPULSE
     MARKETING, INC., ET AL