MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, Washington 98101-2509
Phone (206)-624-9392
Fax (206) 624-0717

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>    Plaintiff,<br><br>v.<br><br>Impulse Marketing Group, Inc.,<br>Defendant<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon,<br><br>Third-Party Defendants | NO. CV-04-5125-FVS<br><br>DECLARATION OF ROBERT J. SIEGEL IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>**[NOTED FOR HEARING WITHOUT ORAL ARGUMENT ON MAY 1, 2006]**<br><br>[Jury Trial Demanded] |

I, Robert J. Siegel state and declare as follows:

1. I am counsel of record for Plaintiff James S. Gordon, Jr. in this matter.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of the unreported decision by the US District Court, WD Washington in <u>Microsoft v. JDO Media, Inc., et al</u>, No. C04-0515P, Aug. 1, 2005.

NO. CV-05-5079-FVS
SIEGEL DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Page 1 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

dockets.Justia.com

1 | I declare under penalty of perjury under the laws of the State of Washington that the
2 | foregoing is true and correct.
3 |
4 | SIGNED this 29th day of March, 2006, at Seattle, Washington.
5 | **MERKLE SIEGEL & FRIEDRICHSEN, P.C.**
6 |
7 | ROBERT J. SIEGEL, WSBA #17312
8 | Attorney for Plaintiff

NO. CV-05-5079-FVS
SIEGEL DECLARATION IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO
AMEND

Page 2 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717



## Certificate of Service

I hereby certify that on March 29, 2006, I filed this affidavit with this Court via approved electronic filing, and served the following:

Attorneys for Defendants: Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey,

Third Party Defendants: Jamila Gordon, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

/S/ Robert J. Siegel
ROBERT J. SIEGEL, WSBA #17312
Attorney for Plaintiff

NO. CV-05-5079-FVS
SIEGEL DECLARATION IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO
AMEND

Page 3 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717