ROBERT J. SIEGEL
Attorney At Law
1325 Fourth Avenue
Suite 940
Seattle, WA 98101
(206) 624-9410

THE HON. FRED VANSICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

JAMES S. GORDON, JR.,

    Plaintiff,

v.

IMPULSE MARKETING GROUP, INC.,

    Defendant.

NO. CV-04-5125-FVS

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLANT

[HEARING: May 1, 2006]

I James S. Gordon, Jr. state and declare as follows:

1. I am the plaintiff in the above entitled action.

2. I am the owner, principal member of Omni Innovations, LLC., a Washington limited liability company ("Omni"). Omni in turn owns the internet email domain server which hosts the Gordonworks.com domain, among others. After the commencement of this lawsuit, and only recently after having updated and enhanced my database search capabilities, did I discover that numerous unlawful emails from Defendant IMG reside on Omni's server.

DECLARATION OF JAMES S. GORDON
IN SUPPORT OF MOTION TO AMEND - 1

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

3.   Omni has not previously been a party to this action, but I believe that Omni is entitled to make claims for statutory damages for violations as set forth in my First Amended Complaint.

4.   Further, I feel obligated to advise the Court that Floyd Ivey, Defendant's local counsel, in addition to having extensive discussions with me in contemplation of spam lawsuits, formally represented Omni in the drafting of its LLC contracts, and I believe that a conflict of interest exists with Mr. Ivey's representation adverse to me and to Omni.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 28th day of March, 2006, at Pasco, Washington.

_____
James S. Gordon, Jr.

### Certificate of Service

We, hereby, certify that on March 29, 2006, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to: Floyd E. Ivey.

_____
Adana Lloyd

DECLARATION OF JAMES S. GORDON
IN SUPPORT OF MOTION TO AMEND - 2