MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, Washington 98101-2509
Phone (206)-624-9392
Fax (206) 624-0717

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

James S. Gordon, Jr.,

   Plaintiff,

   v.

Impulse Marketing Group, Inc.,
Defendant

Impulse Marketing Group, Inc.,

Third-Party Plaintiff,

   v.

Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon,

Third-Party Defendants

NO. CV-04-5125-FVS

NOTICE OF HEARING OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

**[JURY DEMAND]**

   PLEASE TAKE NOTICE that the Plaintiff's Motion for Leave to File First Amended Complaint be heard on Monday, May 1, 2006 at 6:30p.m., or as soon thereafter as the Court deems appropriate, without oral argument.

NO. CV-05-5079-FVS
NOTICE OF HEARING – PLAINTIFF'S
MOTION TO AMEND COMPLAINT

Page 1 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

Dockets.Justia.com

1  RESPECTFULLY SUBMITTED, this 29 day of March, 2006.

2

3  MERKLE SIEGEL & FRIEDRICHSEN, P.C.

4  _____

5  Robert J. Siegel, WSBA #17312
   Attorneys for Plaintiffs

6

7

8

...

28  NO. CV-05-5079-FVS
    MOTION OF HEARING – PLAINTIFF'S
    MOTION TO AMEND COMPLAINT.

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

## Certificate of Service

I, hereby, certify that on March 29, 2006, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to:

Floyd E. Ivey.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
MOTION OF HEARING – PLAINTIFF'S
MOTION TO AMEND COMPLAINT.

Page 3 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717