| | | |
|---|---|---|
| 1 | | |
| 2 | MERKLE SIEGEL & FRIEDRICHSEN, P.C. | THE HONORABLE FRED VAN SICKLE |
| 3 | 1325 Fourth Ave., Suite 940 | |
| 4 | Seattle, Washington 98101-2509 | |
| 5 | Phone (206)-624-9392 | |
| | Fax (206) 624-0717 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

James S. Gordon, Jr.,

    Plaintiff,

v.

Impulse Marketing Group, Inc.,
Defendant

Impulse Marketing Group, Inc.,

Third-Party Plaintiff,

v.

Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon,

Third-Party Defendants

NO. CV-04-5125-FVS

**PLAINTIFF'S MOTION TO EXPEDITE PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT**

[WITHOUT ORAL ARGUMENT]

**[JURY DEMAND]**

Plaintiff moves the Court to Expedite the hearing for Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint, regularly noted for hearing on May 1, 2006, for expedited hearing without Oral Argument on April 7, 2006. Good cause exists to expedite the hearing in the interests of justice, and to further the

NO. CV-05-5079-FVS
PLAINTIFF'S MOTION TO EXPEDITE
MOTION TO AMEND COMPLAINT

Page 1 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

Dockets.Justia.com

1  efficient administration of this matter.

2  Dated: March 29, 2006

MERKLE, SIEGEL, & FRIEDRICHSEN

BY: _____
ROBERT J. SIEGEL, WSBA #17312

NO. CV-05-5079-FVS
PLAINTIFF'S MOTION TO EXPEDITE
MOTION TO AMEND COMPLAINT.

Page 2 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

## Certificate of Service

I, hereby, certify that on March 29, 2006, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to:

Floyd E. Ivey.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
PLAINTIFF'S MOTION TO EXPEDITE
MOTION TO AMEND COMPLAINT.

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717