MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, Washington 98101-2509
Phone (206)-624-9392
Fax (206) 624-0717

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>  Plaintiff,<br><br>v.<br><br>Impulse Marketing Group, Inc.,<br>Defendant<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon,<br><br>Third-Party Defendants | NO. CV-04-5125-FVS<br><br>**ORDER ON PLAINTIFF'S MOTION TO EXPEDITE PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[WITHOUT ORAL ARGUMENT] |

The Court having considered Plaintiff's Motion to Expedite Motion for Leave to File a First Amended Complaint, said Order is hereby (granted) _____ (denied) _____ .

NO. CV-05-5079-FVS
ORDER ON PLAINTIFF'S MOTION TO
AMEND COMPLAINT

Page 1 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

Dated this _____ day of _____, 2006

_____
Judge Fred Van Sickle

RESPECTFULLY SUBMITTED, this 28 day of March, 2006.

MERKLE SIEGEL & FRIEDRICHSEN, P.C.

_____
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
ORDER ON PLAINTIFF'S MOTION FOR
LEAVE TO FILE FIRST AMENDED
COMPLAINT

Page 2 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

## Certificate of Service

I, hereby, certify that on March 29, 2006, I filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to:

Floyd E. Ivey.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
ORDER ON PLAINTIFF'S MOTION FOR
LEAVE TO FILE FIRST AMENDED
COMPLAINT

Page 3 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717