1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   Robert J. Siegel
11 1325 4th Ave. Suite 940
   Seattle, Wa. 98101-2509
12 Telephone: 206 624 9392
   Facsimile Number 206 624 0717
13 Attorney for Plaintiff

14

15              **UNITED STATES DISTRICT COURT FOR THE**

16                 **EASTERN DISTRICT OF WASHINGTON**

17 | JAMES S. GORDON, JR.,                  )    No. CV-04-5125-FVS
                                            )
18 |         Plaintiff,                     )
   | vs.                                    )
19 |                                        )    MOTION TO DISMISS THIRD
   | IMPULSE MARKETING GROUP,               )    PARTY DEFENDANTS'
20 | INC.,                                  )    COUNTERCLAIMS
                                            )
21 |         Defendant                      )    Noted for Hearing May 12, 2006 at
   | _____         )    1:30 p.m.
22 |                                        )
   | IMPULSE MARKETING GROUP,               )    WITH ORAL ARGUMENT
23 | INC.,                                  )
                                            )
24 |     Third-Party Plaintiff,             )
   | vs.                                    )
25 |                                        )
   | BONNIE GORDON, et al.,                 )
26 |                                        )
   |     Third-Party Defendants.            )

27

28

Motion to Dismiss Third Party Defendants' Counterclaims          LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Page 1 of 3                                                                    Attorneys at Law
                                                                               P.O. Box 6125
                                                                       Kennewick, Washington 99336-0125
                                                                               (509) 735-3581

The Court is moved, pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss the Third Party Defendants' Counterclaims. This Motion is supported by Defendant and Third Party Plaintiff's MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THIRD PARTY DEFENDANTS' COUNTERCLAIMS

DATED this 31st day of March, 2006.

S/FLOYD E. IVEY
_____
Liebler, Ivey, Conner, Berry & St. Hilaire
By:    Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, Washington 99336
Local Counsel for Defendant
Impulse Marketing Group, Inc.

S/FLOYD E. IVEY for SEAN MOYNIHAN and PETER GLANTZ
_____
Sean A. Moynihan
Peter J. Glantz
Klein, Zelman, Rothermel & Dichter, LLP
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020
(212) 753-8101 (fax)

I hereby certify that on March 31, 2006, I electronically filed **Motion to Expedite on Motion for Extension of Time to File Defendant's Response to Third Party Defendant's Motion to Dismiss** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert J. Siegel, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie

Motion to Dismiss Third Party Defendants' Counterclaims
Page 2 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey
2  and Jamila Gordon.
3
4
5                    S/ FLOYD E. IVEY
6                    FLOYD E. IVEY

Motion to Dismiss Third Party Defendants' Counterclaims
Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581