1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

5  Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

10
   Robert J. Siegel
11 1325 4th Ave. Suite 940
   Seattle, Wa. 98101-2509
12 Telephone: 206 624 9392
   Facsimile Number 206 624 0717
13 Attorney for Plaintiff

14

15           **UNITED STATES DISTRICT COURT FOR THE**

16              **EASTERN DISTRICT OF WASHINGTON**

17 JAMES S. GORDON, JR.,              )    No. CV-04-5125-FVS
                                      )
18         Plaintiff,                 )
   vs.                                )
19                                    )    NOTICE OF HEARING OF MOTION
   IMPULSE MARKETING GROUP,           )    TO DISMISS THIRD PARTY
20 INC.,                              )    DEFENDANTS' COUNTERCLAIMS
                                      )
21         Defendant                  )    Noted for Hearing May 12, 2006 at
   _____     )    1:30 p.m.
22                                    )
   IMPULSE MARKETING GROUP,           )    WITH ORAL ARGUMENT
23 INC.,                              )
                                      )
24     Third-Party Plaintiff,         )
   vs.                                )
25                                    )
   BONNIE GORDON, et al.,             )
26                                    )
       Third-Party Defendants.        )
27

28

Notice of hearing of Defendant and Third Party Plaintiff's Motion       LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
to Dismiss Third Party Defendants' Counterclaims                                     Attorneys at Law
Page 1 of 3                                                                           P.O. Box 6125
                                                                            Kennewick, Washington 99336-0125
                                                                                     (509) 735-3581

1  Defendant and Third Party Plaintiff's Motion to Dismiss Third Party
2  Defendants' Counterclaims is noted for hearing on May 12, 2006 at 1:30 p.m. or at
3  such other time as the court may direct.
4
5  DATED this 31st day of   March, 2006.
6
7  S/FLOYD E. IVEY
   _____
8  Liebler, Ivey, Conner, Berry &
   St. Hilaire
9  By:   Floyd E. Ivey
   1141 N. Edison, Suite C
10 P.O. Box 6125
   Kennewick, Washington 99336
11 Local Counsel for Defendant
   Impulse Marketing Group, Inc.
12
   S/FLOYD  E.  IVEY  for  SEAN
13 MOYNIHAN and PETER GLANTZ
   _____
14 Sean A. Moynihan
   Peter J. Glantz
15 Klein, Zelman, Rothermel & Dichter,
   LLP
16 485 Madison Avenue, 15th Floor
   New York, New York 10022
17 (212) 935-6020
   (212) 753-8101 (fax)
18
19
20
21
22  I hereby certify that on March 31, 2006, I electronically filed **Notice of**
23 **hearing of Motion to Dismiss Third Party Defendants' Counterclaims** with the
24 Clerk of the Court using the CM/ECF System which will send notification of such
25 filing to Robert J. Siegel, Peter J. Glantz and Sean A. Moynihan.  I hereby certify
26 that I have served the foregoing to the following non-CM/ECF participants by
27 other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert
28 Pritchett, Emily Abbey and Jamila Gordon.

Notice of hearing of Defendant and Third Party Plaintiff's Motion
to Dismiss Third Party Defendants' Counterclaims
Page 2 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Case 2:04-cv-05125-FVS    Document 322    Filed 03/31/2006

S/ FLOYD E. IVEY

FLOYD E. IVEY

Notice of hearing of Defendant and Third Party Plaintiff's Motion
to Dismiss Third Party Defendants' Counterclaims
Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581