1      The Court is moved, pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss the

2   Third Party Defendants' Counterclaims.  This Motion is supported by Defendant

3   and Third Party Plaintiff's MEMORANDUM OF LAW IN SUPPORT OF

4   MOTION TO DISMISS THIRD PARTY DEFENDANTS' COUNTERCLAIMS

5

6      DATED this 31st day of   March, 2006.

7

8                                              S/FLOYD E. IVEY

9                                              Liebler, Ivey, Conner, Berry &
                                               St. Hilaire
10                                             By:     Floyd E. Ivey
                                               1141 N. Edison, Suite C
11                                             P.O. Box 6125
                                               Kennewick, Washington 99336
12                                             Local Counsel for Defendant
                                               Impulse Marketing Group, Inc.
13
                                               S/FLOYD  E.  IVEY  for  SEAN
14                                             MOYNIHAN and PETER GLANTZ

15                                             Sean A. Moynihan
                                               Peter J. Glantz
16                                             Klein, Zelman, Rothermel & Dichter,
                                               LLP
17                                             485 Madison Avenue, 15th Floor
                                               New York, New York 10022
18                                             (212) 935-6020
                                               (212) 753-8101 (fax)
19

20

21

22

23      I hereby certify that on March 31, 2006, I electronically filed **Motion to**

24   **Dismiss Third Party Defendant's Counterclaims** with the Clerk of the Court

25   using the CM/ECF System which will send notification of such filing to Robert J.

26   Siegel, Peter J. Glantz and Sean A. Moynihan.  I hereby certify that I have served

27   the foregoing to the following non-CM/ECF participants by other means: Bonnie

28   Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey

Motion to Dismiss Third Party Defendants' Counterclaims          LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Page 2 of 3                                                        Attorneys at Law
                                                                  P.O. Box 6125
                                                                  Kennewick, Washington 99336-0125
                                                                  (509) 735-3581

Dockets.Justia.com

1   and Jamila Gordon.

2

3

4                           S/ FLOYD E. IVEY

5                           FLOYD E. IVEY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion to Dismiss Third Party Defendants' Counterclaims
Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581