1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

10

11

12                  **UNITED STATES DISTRICT COURT FOR THE**

13                       **EASTERN DISTRICT OF WASHINGTON**

14  JAMES S. GORDON, JR.,           )   No. CV-04-5125-FVS
                                    )
15         Plaintiff,                )  DEFENDANT'S OBJECTION TO
    vs.                             )  PLAINTIFF'S MOTION TO
16                                  )  EXPEDITE PLAINTIFF'S MOTION
    IMPULSE MARKETING GROUP,        )  TO AMEND COMPLAINT
17  INC.,                           )
                                    )  AND DEFENDANT'S REQUEST
18         Defendant                )  FOR ORAL ARGUMENT OF
    _____ )  PLAINTIFF'S MOTION TO AMEND
19                                  )  COMPLAINT
    IMPULSE MARKETING GROUP,        )
20  INC.,                           )
                                    )
21         Third-Party Plaintiff,   )
    vs.                             )
22                                  )
    BONNIE GORDON, et al.,          )
23                                  )
           Third-Party Defendants.  )
24

25
           The Plaintiff has moved to Amend Plaintiff's Complaint with the Motion set
26
    in the normal course for May 1, 2006. Plaintiff has also moved to expedite, with
27
    the Motion to Expedite set without oral argument on Friday, March 31, 2006
28

Defendant's Objection to Plaintiff's Motion to Expedite Plaintiff's
Motion to Amend Complaint
Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  wherein Plaintiff seeks to expedite the hearing on the Motion to Amend to April 7,
2  2006.
3      Defendant Objects to scheduling of the Motion to Amend.  Defendant
4  requests the court to deny the Motion to Expedite and to allow the responses to be
5  filed in the normal course pursuant to LR 7.1.  The timing set forth in the Fed. R.
6  Civ. P. and in Local Rules allows for orderly consideration of issues and
7  formulation of and presentation of argument.  There is no showing of prejudice to
8  Plaintiff by having the Motion presented in the normal course on May 1, 2006.
9      Defendant requests Oral Argument for the Motion to Amend the Complaint.
10      Defendant asks the Court to Deny the Motion to Expedite set for 6:30 p.m.
11  on Friday, March 31, 2006.
12      DATED this 31st day of   March, 2006.

14      LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

17  By s/ FLOYD E. IVEY
    FLOYD E. IVEY, WSBA#6888
18      Attorneys for Defendant
    1141 N. Edison, Suite C
19      P.O. Box 6125
    Kennewick, Washington 99336
20      Local Counsel for Defendant
    Impulse Marketing Group, Inc.

23  S/ SEAN MOYNIHAN & PETER J. GLANTZ
    Sean A. Moynihan & Peter J. Glantz
24      Klein, Zelman, Rothermel & Dichter, LLP
    485 Madison Avenue, 15th Floor
25      New York, New York 10022
    (212) 935-6020
26      (212) 753-8101 (fax)

Defendant's Objection to Plaintiff's Motion to Expedite Plaintiff's
Motion to Amend Complaint
Page 2 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1
2
3   I hereby certify that on March 31, 2006, I electronically filed
DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO EXPEDITE
4   PLAINTIFF'S MOTION TO AMEND COMPLAINT with the Clerk of the Court
using the CM/ECF System which will send notification of such filing to Robert
5   Siegel, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served
the foregoing to the following non-CM/ECF participants by other means: Bonnie
6   Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon
and Emily Abbey.
7
            S/ FLOYD E. IVEY
8           FLOYD E. IVEY

Defendant's Objection to Plaintiff's Motion to Expedite Plaintiff's
Motion to Amend Complaint
Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

I hereby certify that on March 31, 2006, I electronically filed DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO EXPEDITE PLAINTIFF'S MOTION TO AMEND COMPLAINT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

        S/ FLOYD E. IVEY
        FLOYD E. IVEY

Defendant's Objection to Plaintiff's Motion to Expedite Plaintiff's Motion to Amend Complaint
Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581