1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   ROBERT SIEGEL
11 Attorney At Law
   1325 Fourth Avenue, Suite 940
12 Seattle, WA 98101-2509
   Attorney for Plaintiff
13

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., ) | No. CV-04-5125-FVS |
| Plaintiff, ) | |
| vs. ) | MOTION: DEFENDANT AND THIRD PARTY PLAINTIFF'S MOTION TO STRIKE DECLARATIONS OF THIRD PARTY DEFENDANTS, INCLUDING MRS. BONNIE GORDON, MS. JAMILA GORDON, MR. JONATHAN GORDON AND MR. JAMES GORDON III AND OTHERS IN SUPPORT OF THIRD PARTY DEFENDANT'S MOTIONS TO COMPEL AND DISQUALIFY |
| IMPULSE MARKETING GROUP, INC., ) | |
| Defendant ) | |
| _____ ) | |
| IMPULSE MARKETING GROUP, INC., ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| BONNIE GORDON, et al., ) | WITHOUT ORAL ARGUMENT |
| Third-Party Defendants. ) | |

Defendant's Motion to Strike Portions of Declarations - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1

2  Defendant and Third Party Plaintiff moves to strike portions of Declarations
3  relied upon by Third Party Defendants in Motions to Compel and to Disqualify.
4  This Motion is supported by the Defendant's Memorandum in Support of Motion
5  to Strike.

6  DATED this 2nd day of April, 2006.

7

8  **LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**

9

10

11  **s/ FLOYD E. IVEY**
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendant Impulse**

12

13

14  I hereby certify that on April 2, 2006, I electronically filed **Motion to Strike Declarations** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

15

16

17  S/ FLOYD E. IVEY
18  FLOYD E. IVEY

19

20

21

22

23

24

25

26

27

28

Defendant's Motion to Strike Portions of Declarations - Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581