1   FLOYD E. IVEY
    Liebler, Ivey, Connor, Berry & St. Hilaire
2   P. O. Box 6125
    Kennewick, WA 99336-0125
3   509-735-3581
    Attorneys for Defendant
4   Impulse Marketing Group, Inc.
    and Third Party Plaintiff

5
    Klein, Zelman, Rothermel, & Dichter, L.L.P.
6   By:    Sean Moynihan, Esq.; Peter Glantz
    485 Madison Avenue
7   New York, New York 10022
    Telephone Number (212) 935-6020
8   Facsimile Number (212) 753-8101
    Attorneys for Defendant
9   Impulse Marketing Group, Inc.
    and Third Party Plaintiff

10
    ROBERT SIEGEL
11  Attorney At Law
    1325 Fourth Avenue, Suite 940
12  Seattle, WA 98101-2509
    Attorney for Plaintiff

13

14
                    UNITED STATES DISTRICT COURT FOR THE
15
                        EASTERN DISTRICT OF WASHINGTON
16
    JAMES S. GORDON, JR.,                  )          No. CV-04-5125-FVS
17                                         )
                    Plaintiff,             )
18  vs.                                    )   NOTICE: NOTICE OF HEARING OF
                                           )   DEFENDANT AND THIRD PARTY
19  IMPULSE MARKETING GROUP,               )   PLAINTIFF'S MOTION TO STRIKE
    INC.,                                  )   DECLARATIONS OF THIRD PARTY
20                                         )   DEFENDANTS, INCLUDING MRS.
                    Defendant              )   BONNIE GORDON, MS. JAMILA
21  _____        )   GORDON, MR. JONATHAN
                                           )   GORDON AND MR. JAMES
22  IMPULSE MARKETING GROUP,               )   GORDON III AND OTHERS  IN
    INC.,                                  )   SUPPORT OF THIRD PARTY
23                                         )   DEFENDANT'S MOTIONS TO
            Third-Party Plaintiff,         )   COMPEL AND DISQUALIFY
24  vs.                                    )
                                           )
25  BONNIE GORDON, et al.,                 )   WITHOUT ORAL ARGUMENT
                                           )
26          Third-Party Defendants.        )

27

28

Notice: Motion to Strike Portions of Declarations  - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1

2   Defendant and Third Party Plaintiff's Motion to Strike portions of

3   Declarations of Mrs. Bonnie Gordon, Ms. Jamila Gordon, Mr. Jonathan Gordon

4   and Mr. James Gordon III are noted for hearing on April 10, 2006 without oral

5   argument and concurrent with the hearing of Third Party Defendant's Motions to

6   Compel and Disqualify.

7                    DATED this 2nd day of April, 2006.

8

9   **LIEBLER, IVEY, CONNOR, BERRY & ST.
    HILAIRE**

10

11  **s/ FLOYD E. IVEY**
    _____
12  **Floyd E. Ivey, WSBA #6888**
    **Attorneys for the Defendant Impulse**

13

14

15       I hereby certify that on April 2, 2006, I electronically filed **Notice of
    Hearing of Motion to Strike Declarations** with the Clerk of the Court using the
    CM/ECF System which will send notification of such filing to Robert Siegel, Peter
16  J. Glantz and Sean A. Moynihan.  I hereby certify that I have served the foregoing
    to the following non-CM/ECF participants by other means: Bonnie Gordon,
17  Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila
    Gordon.

18

19  **S/ FLOYD E. IVEY**
    _____
    FLOYD E. IVEY

20

21

22

23

24

25

26

27

28

Notice: Motion to Strike Portions of Declarations  - Page 2 of 2