1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

5  Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

10 ROBERT SIEGEL
11 Attorney At Law
   1325 Fourth Avenue, Suite 940
12 Seattle, WA 98101-2509
   Attorney for Plaintiff
13

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., ) | No. CV-04-5125-FVS |
| Plaintiff, ) | |
| vs. ) | MEMORANDUM: DEFENDANT AND THIRD PARTY PLAINTIFF'S RESPONSE TO THIRD PARTY DEFENDANT'S MOTION TO COMPEL |
| IMPULSE MARKETING GROUP, ) INC., ) | |
| Defendant ) | |
| _____ ) | WITHOUT ORAL ARGUMENT |
| IMPULSE MARKETING GROUP, ) INC., ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| BONNIE GORDON, et al., ) | |
| Third-Party Defendants. ) | |

Defendant's Memorandum in Response to Motion to Compel - Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

## I. INTRODUCTION

Third Party Defendants Move to Compel Third Party Plaintiff regarding Third Party Plaintiff's responses to Third Party Defendants' Interrogatories and Requests for Production. The Third Party Plaintiff has timely responded to all Third Party Defendant Discovery.

The majority of interrogatories propounded by the Third Party Plaintiffs was not relevant to the Third Party Plaintiff's causes of action alleged against the Third Party Defendants.

Third Party Plaintiff's causes of action include 1. First Cause of Action-Indemnification and Contribution; 2. Second Cause of Action-Fraud and Deceit; 3. Third Cause of Action-Tortious Interference with Business Relationships; 4. Fourth Cause of Action-Breach of Contract and 5. Fifth Cause of Action-Injunctive Relief. The Third Party Plaintiff's discovery addressed broadly the business of the Defendant Impulse Marketing Group. The Third Party Defendant's discovery rarely sought discovery re: the above indicated causes of action. Hence, Third Party Plaintiff has objected to the majority of the Interrogatories and Requests for Production propounded by Third Party Defendants.

The Third Party Plaintiff has produced an opt in spread sheet which bears email addresses at the "gordonworks.com" domain and with names suggestive of the names of the Third Party Defendants.

The Third Party Defendants have not sought a LR 37.1 Discovery Conference with the Third Party Plaintiff. The Third Party Defendants have not cited law, in their Motions to Compel, to overcome the objections raised by the Third Party Plaintiff.

The Third Party Plaintiff requests the court to deny Third Party Defendants' Motions to Compel.

Defendant's Memorandum in Response to Motion to Compel - Page 2 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

DATED this 5nd day of April, 2006.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

s/ FLOYD E. IVEY
Floyd E. Ivey, WSBA #6888
Attorneys for the Defendant Impulse

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
Sean Moynihan, Esq.; Peter Glantz
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

S/ FLOYD E. IVEY for Sean Moynihan and Peter Glantz

_____
Sean Moynihan and Peter Glantz

I hereby certify that on April 5, 2006, I electronically filed MEMORANDUM: DEFENDANT AND THIRD PARTY PLAINTIFF'S RESPONSE TO THIRD PARTY DEFENDANT'S MOTION TO COMPEL with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Defendant's Memorandum in Response to Motion to Compel - Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581