FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 05 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | THIRD PARTY DEFENDANT'S MOTION TO STRIKE THIRD PARTY PLAINTIFF'S MOTION TO STRIKE |
| Impulse Marketing Group, Inc., | |
| Defendant | |
| | |
| Impulse Marketing Group, Inc., | |
| Third-Party Plaintiff, | |
| v. | |
| Bonnie F. Gordon, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

1

Third Party Plaintiff has set a hearing for April 10, 2006 on its Motion to Strike. This hearing has been set in violation of L.R. 7.1 (h)(1), which provides for a 25 day notice to non-moving party. I received 5 days notice. As a consequence of this violation, the undersigned requests that the Court strike this hearing so that Impulse can properly note same. Further, Impulse is sending notifications of court proceedings to the wrong addresses for third party defendants. As a result, notices are not arriving in time for all third party defendants. A third example from last week of a mis-direction of documents is forthcoming (under separate cover). As third party defendants are not a part of the electronic notification system, we must wait for US mail to receive notices and we do not have the advantage of filing responses on a weekend or evenings. This motion was preceded by a motion to shorten time, i.e. motion to expedite.

Bonnie F. Gordon, Pro Se
9804 Buckingham Drive
Pasco, WA 99301
509-210-1069

EXECUTED this 5th day of April, 2006.

_____

Certificate of Service

I, hereby, certify that on April 5, 2006, I filed this motion with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

_____

2