Gordon v. Impulse Marketing Group Inc



IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN

DISTRICT OF WASHINGTON AT RICHLAND

James S. Gordon, Jr., Plaintiff,     )   Case No.: CV-04-5125-FVS

       vs.                   )   ORDER ON THIRD PARTY

Impulse Marketing Group, Inc.,     )   DEFENDANT'S MOTION TO
                                )   SHORTEN TIME OR EXPEDITE

Defendant                      )   THIRD PARTY DEFENDANT'S
                                )   MOTION TO STRIKE THIRD
                                )   PARTY PLAINTIFF'S MOTION
                                )   TO STRIKE

Impulse Marketing Group, Inc.,     )
                                )

Third-Party Plaintiff,         )

  v.

Bonnie F. Gordon, Third-Party

Defendant

_____

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

RECEIVED

APR 0 5 2006

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1

The Court having considered Third Party Defendant's Motion to

Shorten Time or Expedite, said Order is hereby (granted) _____

(denied) _____.


Dated this _____ day of _____, 2006


_____

JUDGE VAN SICKLE




                              Certificate of Service

I, hereby, certify that on April 5, 2006, I filed this Order on Third Party
Defendant's Motion for a Temporary Injunction with this Court. I have
served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey,
Jamila Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and
Robert Pritchett by other means.

_____

2