IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | ORDER ON THIRD PARTY DEFENDANT'S MOTION TO SHORTEN TIME OR EXPEDITE THIRD PARTY DEFENDANT'S MOTION TO STRIKE THIRD PARTY PLAINTIFF'S MOTION TO STRIKE |
| Impulse Marketing Group, Inc., Defendant | |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | |
| v. | |
| Jamila E. Gordon, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

RECEIVED
APR 0 5 2006
CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1

The Court having considered Third Party Defendant's Motion to Shorten Time or Expedite, said Order is hereby (granted) _____ (denied) _____.

Dated this _____ day of _____, 2006

_____
JUDGE VAN SICKLE

## Certificate of Service

I, hereby, certify that on April 5, 2006, I filed this Order on Third Party Defendant's Motion for a Temporary Injunction with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

_____ P o A