FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 7 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | |
| Impulse Marketing Group, Inc., Defendant | DECLARATION RE: CHANGE OF ADDRESS |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | |
| v. | |
| Jamila E. Gordon, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

1

Jamila E. Gordon declares as follows:

1) I, Jamila E. Gordon, am a named third party defendant in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) I filed a document entitled "Change of Address" with this Court dated the 23rd of November, 2005.

3) The purpose of that filing was to preclude the mis-direction of mail to my former address.

4) Impulse has sent many legal documents to my former address.

5) Attached is the envelope containing the latest set of documents mailed to me at the wrong address. **Exhibit 1.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Jamila E. Gordon
9804 Buckingham Drive
Pasco, WA 99301
509-210-1069

EXECUTED this 7th day of April, 2006

_____

Certificate of Service

I, hereby, certify that on April 7, 2006, I filed this affidavit with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

_____

2



LIEBLER, IVEY, CONNER, BERRY & ST. HILAIRE
ATTORNEYS AT LAW
1141 N. EDISON, SUITE C
P.O. BOX 6125
KENNEWICK, WA 99336

To
Jamila Gordon
735 Roosevelt
Walla Walla, WA 99362