1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

5  Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

10 ROBERT SIEGEL
11 Attorney At Law
   1325 Fourth Avenue, Suite 940
12 Seattle, WA 98101-2509
   Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, | |
| vs. | DEFENDANT AND THIRD PARTY PLAINTIFF'S RESPONSE TO THIRD PARTY DEFENDANTS' MOTION TO STRIKE DEFENDANT AND THIRD PARTY PLAINTIFF'S MOTION TO STRIKE PORTIONS OF DECLARATIONS OF THIRD PARTY DEFENDANTS, INCLUDING MRS. BONNIE GORDON, MS. JAMILA GORDON, MR. JONATHAN GORDON AND MR. JAMES GORDON III AND OTHERS IN SUPPORT OF THIRD PARTY DEFENDANT'S MOTIONS TO COMPEL AND DISQUALIFY |
| IMPULSE MARKETING GROUP, INC., | |
| Defendant | |
| _____ | |
| IMPULSE MARKETING GROUP, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |
| | WITHOUT ORAL ARGUMENT |

Third Party Plaintiff's Response to Third Party Defendant's Motion to Strike Motion to Strike Portions of Declarations - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

Third Party Defendants have moved to strike Third Party Plaintiff's Motion to Strike portions of Declarations of Mrs. Bonnie Gordon, Ms. Jamila Gordon, Mr. Jonathan Gordon and Mr. James Gordon III which are filed in support of Third Party Plaintiffs' Motions to Compel and Disqualify.

Third Party Plaintiff notes that the Third Party Defendant's have supplied Declarations with their Motion to Strike and that the Third Party Defendants' Motions to Compel and Disqualify are noted without oral argument on April 10, 2006. The Third Party Plaintiff requests that the Third Party Defendants' Motions be denied and in the alternative that the Third Party Defendants' be granted additional time to submit additional argument and evidence.

DATED this 10th day of April, 2006.

**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**

**s/ FLOYD E. IVEY**
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendant Impulse**

I hereby certify that on April 10, 2006, I electronically filed **Defendant and Third Party Plaintiff's Response to Third Party Defendant's Motions to Strike Motion to Strike Declarations** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Third Party Plaintiff's Response to Third Party Defendant's Motion to Strike Motion to Strike Portions of Declarations - Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581