FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 10 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br> vs. <br> Impulse Marketing Group, Inc., <br> Defendant <br><br> Impulse Marketing Group, Inc., <br> Third-Party Plaintiff, <br> v. <br> James S. Gordon III, Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> DECLARATION AND RESPONSE TO IMPULSE MEMORANDUM RE: IMPULSE MOTION TO STRIKE |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

1

James S. Gordon III declares as follows:

1) I, James S. Gordon III, am a named third party defendant in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) In the fall of 2004, my dad, Plaintiff, James S. Gordon, Jr. taught me to do the forensic investigation of emails.

3) I have prepared forensic documents for this lawsuit as well as other litigation.

4) I have two Internet domains hosted on the Omni server. Both email domains are receiving spam from Impulse.

5) I, also, had an email address at the "gordonworks.com" domain.

6) Plaintiff apprises his clients of Omni's litigation via telephone and an occasional meeting.

7) I receive copies of all filings by third party defendants in this case.

8) I have personal knowledge of the violations of the laws alleged by Plaintiff in its claims related to "gordonworks.com" as well as those of Omni as Plaintiff has included me in the forensic analysis.

9) Plaintiff has given me a set of close to 6,000 emails that have been sent to Omni's server that we are dividing among ourselves for analysis.

10) Counterclaims for illegal spamming made against Impulse include my personal domains, which are hosted on the Omni server as well as claims for and by Omni for illegal spamming

by Impulse under state and federal laws.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Response to Motion to Strike**

My status as an investigative or forensic team member for Omni and "gordonworks.com" gives me personal knowledge of this litigation. Therefore, my declaration should be allowed to stand in its entirety.

James S. Gordon III
9804 Buckingham Drive
Pasco, WA 99301
509-210-1069


EXECUTED this 10th day of April, 2006

_____

Certificate of Service

I, hereby, certify that on April 10, 2006, I filed this affidavit with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, Bonnie Gordon, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

_____

3