```
                                          FILED IN THE
                                       U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF WASHINGTON

                                          APR 10 2006

                                      JAMES R. LARSEN, CLERK
                                                        DEPUTY
                                       RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | |
| Impulse Marketing Group, Inc., | DECLARATION AND RESPONSE TO IMPULSE MEMORANDUM RE: IMPULSE MOTION TO STRIKE |
| Defendant | |
| Impulse Marketing Group, Inc., | |
| Third-Party Plaintiff, | |
| v. | |
| Robert L. Pritchett, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

1

Robert L. Pritchett declares as follows:

1) I, Robert L. Pritchett, am a named third party defendant in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) In the summer of 2003, Plaintiff, James S. Gordon, Jr. requested that I help him to understand Internet mail protocols and forensic techniques for determining the sender of an email.

3) I have a Masters of Science degree in Computer Systems.

4) Plaintiff asked me to work as the Chief Information Officer of Omni Innovations, LLC in 2003.

5) It is my expectation that I will be employed full-time by Omni.

6) I have used the forensic applications of VisualWare, Inc. to examine where Plaintiff's emails were sent from and by whom.

7) Plaintiff apprises me of Omni's litigation via telephone and occasional meetings.

8) I receive copies of all filings by third party defendants in this case.

9) I have personal knowledge of the violations of the laws alleged by Plaintiff in its claims related to "gordonworks.com" as well as those of Omni as Plaintiff has included me in the forensic analysis.

10) Plaintiff is dividing a set of close to 6,000 Omni emails (for analysis) between himself, one of his sons, and me. These emails were sent by Impulse and/or its agents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Response to Motion to Strike**

My status as a forensic team member and prospective Chief Information Officer for Omni and "gordonworks.com" affords me personal knowledge of this litigation. Therefore, my declaration should be allowed to stand in its entirety.

Robert L. Pritchett
1952 Thayer Dr.
Richland, WA 99354
509-210-0217

EXECUTED this 10th day of April, 2006

*/s/ Robert Leigh Pritchett*

Certificate of Service

I, hereby, certify that on April 10, 2006, I filed this affidavit with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, Bonnie Gordon, Jonathan Gordon, James Gordon III, and Emily Abbey by other means.

*/s/ Robert Leigh Pritchett*