1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:    Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   ROBERT SIEGEL
11 Attorney At Law
   Attorney for Plaintiff
12

13              UNITED STATES DISTRICT COURT FOR THE
14              EASTERN DISTRICT OF WASHINGTON
15
   JAMES S. GORDON, JR.,            )          No. CV-04-5125-FVS
16                                   )
              Plaintiff,             )
17 vs.                              )   NOTICE OF RENOTING OF
                                    )   HEARING OF DEFENDANT'S
18 IMPULSE MARKETING GROUP,         )   MOTION TO COMPEL FOR
   INC.,                            )   HEARING CONTEMPORANEOUS
19                                   )   WITH PLAINTIFF'S MOTION TO
              Defendant             )   AMEND COMPLAINT
20 _____   )
                                    )   MAY 1, 2006
21 IMPULSE MARKETING GROUP,         )
   INC.,                            )
22                                   )
           Third-Party Plaintiff,   )
23 vs.                              )
                                    )
24 BONNIE GORDON, et al.,           )
                                    )
25         Third-Party Defendants.  )

26

27        Defendant  notices  for  rehearing  Defendant's  Motion  to  Compel

28 contemporaneous  with  Plaintiff's  Motion  to  Amend  Complaint  with  the  hearing

_____
Defendant/ThirdPtyPlaintiff ResMtnAmend Complaint and Re-        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
noting of Defendant's Motion to Compel - Page 1 of 3                        Attorneys at Law
                                                                              P.O. Box 6125
                                                                    Kennewick, Washington 99336-0125
                                                                            (509) 735-3581

1   scheduled for May 1, 2006.

2

3           DATED this 18th day of April, 2006.

4

5                           LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

6

7           By s/ FLOYD E. IVEY
            FLOYD E. IVEY, WSBA#6888
8           Attorneys for Defendant
            1141 N. Edison, Suite C
9           P.O. Box 6125
            Kennewick, Washington 99336
10          Local Counsel for Defendant
            Impulse Marketing Group, Inc.

11

12          S/ SEAN MOYNIHAN & PETER J. GLANTZ
            Sean A. Moynihan & Peter J. Glantz
            Klein, Zelman, Rothermel & Dichter, LLP
13          485 Madison Avenue, 15th Floor
            New York, New York 10022
14          (212) 935-6020
            (212) 753-8101 (fax)

15

16

17

18

19

20

21          I hereby certify that on April 18, 2006, I electronically filed
            DEFENDANT'S NOTICE OR HEARING OF DEFENDANT'S MOTION TO
22          COMPEL ON MAY 1, 2006 with the Clerk of the Court using the CM/ECF
            System which will send notification of such filing to Robert Siegel, Peter J. Glantz
23          and Sean A. Moynihan.  I hereby certify that I have served the foregoing to the
            following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan
24          Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

25                          S/ FLOYD E. IVEY
                            FLOYD E. IVEY
26

27

28

Defendant/ThirdPtyPlaintiff ResMtnAmend Complaint and Re-               LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
noting of Defendant's Motion to Compel - Page 2 of 3                                    Attorneys at Law
                                                                                        P.O. Box 6125
                                                                            Kennewick, Washington 99336-0125
                                                                                      (509) 735-3581

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581