1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   ROBERT SIEGEL
11 Attorney At Law
   Attorney for Plaintiff
12

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., ) | No. CV-04-5125-FVS |
| ) | |
| Plaintiff, ) | |
| vs. ) | DEFENDANT'S EXPEDITED MOTION FOR HEARING OF PLAINTIFF'S MOTION TO AMEND COMPLAINT WITH ORAL ARGUMENT |
| ) | |
| IMPULSE MARKETING GROUP, ) INC., ) | |
| ) | |
| Defendant ) | |
| _____ ) | |
| ) | |
| IMPULSE MARKETING GROUP, ) INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| ) | |
| BONNIE GORDON, et al., ) | |
| ) | |
| Third-Party Defendants. ) | |

27  Plaintiff has moved to amend Plaintiff's Complaint without oral argument set

28  for May 1, 2006. Defendant has requested, in responses, that Plaintiff's Motion to

DefendantMotionOralArguPlaintiffsMotAmend - Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  Amend be set with Oral Argument.

2      Defendant now moves to hear Plaintiff's Motion to Amend with oral argument
3  and sets, by separate Notice, this motion for hearing without oral argument of 6:30
4  April 19, 2006 or as soon thereafter as the court determines.

5      Defendant has filed a Notice of Hearing of Defendant's re-noted Motion to
6  Compel for hearing with oral argument on May 1, 2006. Defendant now moves to
7  Strike Defendant's setting of a Motion to Compel for May 1, 2006 and will by
8  separate Notice set the motion for hearing with Oral Argument.

10      DATED this 19th day of April, 2006.

12      LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

14  By s/ FLOYD E. IVEY
    FLOYD E. IVEY, WSBA#6888
    Attorneys for Defendant
15      1141 N. Edison, Suite C
    P.O. Box 6125
16      Kennewick, Washington 99336
    Local Counsel for Defendant
17      Impulse Marketing Group, Inc.

19  S/ SEAN MOYNIHAN & PETER J. GLANTZ
    Sean A. Moynihan & Peter J. Glantz
    Klein, Zelman, Rothermel & Dichter, LLP
20      485 Madison Avenue, 15th Floor
    New York, New York 10022
21      (212) 935-6020
    (212) 753-8101 (fax)

28      I hereby certify that on April 19, 2006, I electronically filed

DefendantMotionOralArguPlaintiffsMotAmend - Page 2 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  DEFENDANT'S MOTION FOR HEARING OF PLAINTIFF'S MOTION TO AMEND COMPLAINT BY ORAL ARGUMENT and DEFENDANT'S MOTION
2  TO STRIKE RENOTE OF DEFENDANT'S MOTION TO COMPEL FOR MAY 1, 2006 with the Clerk of the Court using the CM/ECF System which will send
3  notification of such filing to Robert Siegel, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF
4  participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

                  S/ FLOYD E. IVEY
                  FLOYD E. IVEY

DefendantMotionOralArguPlaintiffsMotAmend - Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581