1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   ROBERT SIEGEL
11 Attorney At Law
   Attorney for Plaintiff
12

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., ) | No. CV-04-5125-FVS |
| )  Plaintiff, ) | |
| vs. ) | DEFENDANT'S NOTICE OF |
| ) | HEARING OF EXPEDITED MOTION |
| IMPULSE MARKETING GROUP, ) | FOR HEARING OF PLAINTIFF'S |
| INC., ) | MOTION TO AMEND COMPLAINT |
| ) | WITH ORAL ARGUMENT |
| Defendant ) | |
| _____ ) | |
| ) | |
| IMPULSE MARKETING GROUP, ) | |
| INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| ) | |
| BONNIE GORDON, et al., ) | |
| ) | |
| Third-Party Defendants. ) | |

Plaintiff has moved to amend Plaintiff's Complaint without oral argument set for May 1, 2006. Defendant now notes its Expedited Motion, at 6:30 April 19, 2006

DefendantMotionOralArguPlaintiffsMotAmend - Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

without oral argument, for hearing of Plaintiff's Motion to Amend with Oral Argument on a date to be set by the Court.

DATED this 19th day of April, 2006.

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By s/ FLOYD E. IVEY
    FLOYD E. IVEY, WSBA#6888
    Attorneys for Defendant
    1141 N. Edison, Suite C
    P.O. Box 6125
    Kennewick, Washington 99336
    Local Counsel for Defendant
    Impulse Marketing Group, Inc.

S/ SEAN MOYNIHAN & PETER J. GLANTZ
    Sean A. Moynihan & Peter J. Glantz
    Klein, Zelman, Rothermel & Dichter, LLP
    485 Madison Avenue, 15th Floor
    New York, New York 10022
    (212) 935-6020
    (212) 753-8101 (fax)

    I hereby certify that on April 19, 2006, I electronically filed DEFENDANT'S MOTION FOR HEARING OF PLAINTIFF'S MOTION TO AMEND COMPLAINT BY ORAL ARGUMENT and DEFENDANT'S MOTION TO STRIKE RENOTE OF DEFENDANT'S MOTION TO COMPEL FOR MAY 1, 2006 with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

                S/ FLOYD E. IVEY
                FLOYD E. IVEY

DefendantMotionOralArguPlaintiffsMotAmend - Page 2 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DefendantMotionOralArguPlaintiffsMotAmend - Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581