UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>　　　　　Defendant. | No. CV-04-5125-FVS<br><br>**AMENDED NOTICE OF HEARING** |
| IMPULSE MARKETING GROUP, INC.,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>　　　　　Third-Party Defendants. | |

　　The Court, being fully advised, now therefore,

　　**IT IS HEREBY ORDERED** that due to the Court's criminal trial schedule, the **telephonic hearing** set for May 12, 2006, for Third-Party Plaintiff Impulse Marketing Group's Motion to Dismiss Third-Party Defendants' Counterclaims (Ct. Rec. 320) is **CONTINUED** to **May 18, 2006,** at **10:00 a.m. Counsel for the moving party, Third-Party Plaintiff Impulse Marketing Group, shall initiate the call.**

**AMENDED NOTICE OF HEARING** - 1

1  //
2  **IT IS SO ORDERED.**  The District Court Executive is hereby
3  directed to enter this Order and furnish copies to counsel.
4  **DATED** this 3rd day of May, 2006.

          s/ Fred Van Sickle
          Fred Van Sickle
          United States District Judge

**AMENDED NOTICE OF HEARING** - 2