1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   Robert J. Siegel
11 1325 4th Ave. Suite 940
   Seattle, Wa. 98101-2509
12 Telephone: 206 624 9392
   Facsimile Number 206 624 0717
13 Attorney for Plaintiff

14

15 **UNITED STATES DISTRICT COURT FOR THE**

16 **EASTERN DISTRICT OF WASHINGTON**

17  JAMES S. GORDON, JR.,                 )   No. CV-04-5125-FVS
                                          )
18          Plaintiff,                    )   MOTION TO DISMISS THIRD
    vs.                                   )   PARTY DEFENDANTS' AMENDED
19                                        )   COUNTERCLAIMS
    IMPULSE MARKETING GROUP,              )
20  INC.,                                 )   Noted for Hearing May 18, 2006 at
                                          )   10:00 a.m.
21          Defendant                     )
    _____       )   WITH ORAL ARGUMENT
22                                        )
    IMPULSE MARKETING GROUP,              )
23  INC.,                                 )
                                          )
24          Third-Party Plaintiff,        )
    vs.                                   )
25                                        )
    BONNIE GORDON, et al.,                )
26                                        )
            Third-Party Defendants.       )

27

28

Motion to Dismiss Third Party Defendants' Counterclaims
Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

## **PRELIMINARY STATEMENT**

Defendant and Third Party Plaintiff now Moves to Dismiss Third Party Defendants' Amended Counterclaims. Defendant and Third Party Plaintiff has noted its Motion to Dismiss Third Party Defendants' Counterclaims with the motion set for oral argument May 18, 2006 at 10 a.m.  Third Party Defendants have filed First Amended Counterclaims subsequent to the noting of the Third Party Plaintiff's Motion to Dismiss.  The Third Party Defendant's have revised their original counterclaims and have added one or more counterclaim.  The Third Party Plaintiff notes this Motion to Dismiss the Amended Counterclaims for May 18, 2006 at 10 a.m.

This Motion is supported by a contemporaneously filed Memorandum in Support of Third Party Plaintiff's Motion to Dismiss Amended Counterclaims.

DATED this 12th day of   May, 2006.

S/FLOYD E. IVEY

_____
Liebler, Ivey, Conner, Berry & St. Hilaire
By:   Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, Washington 99336
Local Counsel for Defendant
Impulse Marketing Group, Inc.

1    S/FLOYD E. IVEY for SEAN MOYNIHAN
2    and PETER GLANTZ

3    _____
     Sean A. Moynihan
4    Peter J. Glantz
     Klein, Zelman, Rothermel & Dichter,
5    LLP
6    485 Madison Avenue, 15th Floor
     New York, New York 10022
7    (212) 935-6020
8    (212) 753-8101 (fax)

9
        I hereby certify that on May 12, 2006, I electronically filed THIRD PARTY
10   PLAINTIFF'S MOTION TO DISMISS THIRD PARTY DEFENDANTS'
11   AMENDED COUNTERCLAIMS with the Clerk of the Court using the CM/ECF
     System which will send notification of such filing to Robert J. Siegel, Peter J.
12   Glantz and Sean A. Moynihan.  I hereby certify that I have served the foregoing to
13   the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan
     Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.
14

15

16

17              S/ FLOYD E. IVEY
18
                FLOYD E. IVEY
19

20

21

22

23

24

25

26

27

28

{00078056;1}                3