1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   Robert J. Siegel
11 1325 4th Ave. Suite 940
   Seattle, Wa. 98101-2509
12 Telephone: 206 624 9392
   Facsimile Number 206 624 0717
13 Attorney for Plaintiff

14

15 **UNITED STATES DISTRICT COURT FOR THE**

16 **EASTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| 17 | JAMES S. GORDON, JR., ) | No. CV-04-5125-FVS |
| 18 | Plaintiff, ) vs. ) | MOTION TO EXPEDITE HEARING OF THIRD PARTY PLAINTIFF'S MOTION TO DISMISS THIRD PARTY DEFENDANTS' AMENDED COUNTERCLAIMS |
| 19 | ) IMPULSE MARKETING GROUP, ) | |
| 20 | INC., ) ) | |
| 21 | Defendant ) _____ ) | Motion to Expedite Noted without Oral Argument for May 12, 2006 at 6:30 p.m. |
| 22 | IMPULSE MARKETING GROUP, ) INC., ) | |
| 23 | ) | WITHOUT ORAL ARGUMENT |
| 24 | Third-Party Plaintiff, ) vs. ) | |
| 25 | ) BONNIE GORDON, et al., ) | |
| 26 | ) Third-Party Defendants. ) | |

27

28

Motion to Dismiss Third Party Defendants' Counterclaims
Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Defendant and Third Party Plaintiff now Moves to Expedite the hearing of Third Party Plaintiff's Motion Dismiss Third Party Defendants' Amended Counterclaims on May 18, 2006, at 10 a.m. Third Party Plaintiff's Motion to Dismiss Third Party Defendants' Counterclaims is set for May 18, 2006 at 10 a.m. Third Party Defendants have filed First Amended Counterclaims subsequent to the noting of the Third Party Plaintiff's Motion to Dismiss. The Third Party Defendant's have revised their original counterclaims and have added one or more counterclaim.

The Third Party Plaintiff asks the Court to expedite Third Party Plaintiff's Motion to Dismiss the Amended Counterclaims for hearing as scheduled for the original Motion to Dismiss Third Party Defendants' Counterclaims.   DATED this 12th day of   May, 2006.

              S/FLOYD E. IVEY
              _____
              Liebler, Ivey, Conner, Berry &
              St. Hilaire
              By:   Floyd E. Ivey
              1141 N. Edison, Suite C
              P.O. Box 6125
              Kennewick, Washington 99336
              Local Counsel for Defendant
                Impulse Marketing Group, Inc.

              S/FLOYD E. IVEY for SEAN MOYNIHAN and PETER GLANTZ
              _____
              Sean A. Moynihan
              Peter J. Glantz
              Klein, Zelman, Rothermel & Dichter, LLP

485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020
(212) 753-8101 (fax)

I hereby certify that on May 12, 2006, I electronically filed THIRD PARTY PLAINTIFF'S MOTION TO EXPEDITE HEARING OF THIRD PARTY PLAINTIFF'S MOTION TO DISMISS THIRD PARTY DEFENDANTS' AMENDED COUNTERCLAIMS with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert J. Siegel, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY

FLOYD E. IVEY