1　FLOYD E. IVEY
　Liebler, Ivey, Connor, Berry & St. Hilaire
2　P. O. Box 6125
　Kennewick, WA 99336-0125
3　509-735-3581
　Attorneys for Defendant
4　Impulse Marketing Group, Inc.
　and Third Party Plaintiff
5
　Klein, Zelman, Rothermel, & Dichter, L.L.P.
6　By:　Sean Moynihan, Esq.; Peter Glantz
　485 Madison Avenue
7　New York, New York 10022
　Telephone Number (212) 935-6020
8　Facsimile Number (212) 753-8101
　Attorneys for Defendant
9　Impulse Marketing Group, Inc.
　and Third Party Plaintiff
10
　Robert J. Siegel
11　1325 4th Ave. Suite 940
　Seattle, Wa. 98101-2509
12　Telephone: 206 624 9392
　Facsimile Number 206 624 0717
13　Attorney for Plaintiff

14

15　　　　　**UNITED STATES DISTRICT COURT FOR THE**

16　　　　　　　**EASTERN DISTRICT OF WASHINGTON**

17　JAMES S. GORDON, JR.,　　　　)　　　No. CV-04-5125-FVS
　　　　　　　　　　　　　　　　)
18　　　　　Plaintiff,　　　　　　)　　　NOTICE OF HEARING OF MOTION
　vs.　　　　　　　　　　　　　　)　　　TO EXPEDITE HEARING OF THIRD
19　　　　　　　　　　　　　　　　)　　　PARTY PLAINTIFF'S MOTION TO
　IMPULSE MARKETING GROUP,　　　)　　　DISMISS THIRD PARTY
20　INC.,　　　　　　　　　　　　 )　　　DEFENDANTS' AMENDED
　　　　　　　　　　　　　　　　)　　　COUNTERCLAIMS
21　　　　　Defendant　　　　　　 )
　_____)　　　Noted without Oral Argument for May
22　　　　　　　　　　　　　　　　)　　　12, 2006 at 6:30 p.m.
　IMPULSE MARKETING GROUP,　　　)
23　INC.,　　　　　　　　　　　　 )　　　WITHOUT ORAL ARGUMENT
　　　　　　　　　　　　　　　　)
24　　　　Third-Party Plaintiff,　)
　vs.　　　　　　　　　　　　　　)
25　　　　　　　　　　　　　　　　)
　BONNIE GORDON, et al.,　　　　 )
26　　　　　　　　　　　　　　　　)
　　　　Third-Party Defendants.　)
27

28

Motion to Dismiss Third Party Defendants' Counterclaims
Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

Defendant and Third Party Plaintiff now Notices the Hearing of Third Party Plaintiff's Motion to Expedite the hearing of Third Party Plaintiff's Motion Dismiss Third Party Defendants' Amended Counterclaims on May 18, 2006, at 10 a.m.

This Notice is for hearing without oral argument on May 12, 2006 at 6:30 p.m.

DATED this 12th day of May, 2006.

        S/FLOYD E. IVEY
        _____
        Liebler, Ivey, Conner, Berry &
        St. Hilaire
        By:   Floyd E. Ivey
        1141 N. Edison, Suite C
        P.O. Box 6125
        Kennewick, Washington 99336
        Local Counsel for Defendant
           Impulse Marketing Group, Inc.


        S/FLOYD E. IVEY for SEAN MOYNIHAN and PETER GLANTZ
        _____
        Sean A. Moynihan
        Peter J. Glantz
        Klein, Zelman, Rothermel & Dichter, LLP
        485 Madison Avenue, 15th Floor
        New York, New York 10022
        (212) 935-6020
        (212) 753-8101 (fax)

1   I hereby certify that on May 12, 2006, I electronically filed NOTICE OF
2   HEARING OF THIRD PARTY PLAINTIFF'S MOTION TO EXPEDITE
3   HEARING OF THIRD PARTY PLAINTIFF'S MOTION TO DISMISS THIRD
    PARTY DEFENDANTS' AMENDED COUNTERCLAIMS with the Clerk of the
4   Court using the CM/ECF System which will send notification of such filing to
5   Robert J. Siegel, Peter J. Glantz and Sean A. Moynihan.  I hereby certify that I
    have served the foregoing to the following non-CM/ECF participants by other
6   means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett,
7   Emily Abbey and Jamila Gordon.

8

9

10                          S/ FLOYD E. IVEY

11                          FLOYD E. IVEY
12