UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JAMES S. GORDON, JR., an individual
residing in Benton County, Washington,

                Plaintiff,

        v.

IMPULSE MARKETING GROUP, INC., a Nevada
Corporation,

                Defendant.

No. CV-04-5125-FVS

**ORDER AND NOTICE OF
HEARING**

IMPULSE MARKETING GROUP, INC.,

                Third-Party Plaintiff,

        v.

BONNIE GORDON, JAMES S. GORDON, III,
JONATHAN GORDON, JAMILA GORDON, ROBERT
PRITCHETT and EMILY ABBEY,

                Third-Party Defendants.

        The Court, being fully advised, now therefore,

        **IT IS HEREBY ORDERED:**

        1.  Defendant / Third-Party Plaintiff Marketing Impulse Group's

Motion to Expedite (**Ct. Rec. 366**) is **GRANTED.**  Marketing Impulse

Group's Motion to Dismiss Third-Party Defendants' Amended

Counterclaims (**Ct. Rec. 365**) shall be noted for telephonic hearing on

**May 18, 2006, at 10:00 a.m.**


**ORDER AND NOTICE OF HEARING** - 1

Dockets.Justia.com

1  //

2  **IT IS SO ORDERED.**  The District Court Executive is hereby

3  directed to enter this Order and furnish copies to counsel.

4  **DATED** this <u>12th</u> day of May, 2006.

5                          s/ Fred Van Sickle
                           _____
                              Fred Van Sickle
6                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26