```
                   UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JAMES S. GORDON, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>        Defendant. | No. CV-04-5125-FVS<br><br>ORDER APPOINTING SPECIAL DISCOVERY MASTER |
| IMPULSE MARKETING GROUP, INC.,<br><br>        Third-Party Plaintiff,<br><br>    v.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>        Third-Party Defendants. | |

The Court concludes the interests of justice require the appointment of a Special Discovery Master to resolve the parties' motions to compel and their ongoing discovery dispute. Accordingly,

**IT IS HEREBY ORDERED:**

1. Judge Harold D. Clarke is hereby appointed Special Discovery Master in this case pursuant to Local Rule 37.1(f) and Federal Rule of Civil Procedure 53.

2. The Special Discovery Master is directed to resolve the parties' motions to compel and any related discovery disputes. The Special Discovery Master is authorized to conduct hearings when he

ORDER APPOINTING SPECIAL DISCOVERY MASTER - 1

deems appropriate, to resolve discovery disputes in a more informal manner when he deems appropriate, and to do whatever is reasonably required to assure that discovery proceeds in this case within the spirit of the rules.

3. The Special Discovery Master shall file and serve a copy of the written recommendation upon the parties and the Court.

4. All matters reported on by the Special Master in the written report are recommendations subject to the district court's de novo review. *See* Fed.R.Civ.P. 53(g)(3),(4).

5. The Special Master shall be compensated at his customary hourly rate for services of this nature and may enlist and bill for the reasonable assistance of associates and support staff at their customary hourly rates and for reasonable disbursements. The parties shall each pay fifty percent of the fees and costs of the Special Discovery Master, unless he recommends otherwise, and the Special Master shall invoice the parties' counsel directly at the end of each month in which the Special Master incurs fees or costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel **AND to the Third-Party Defendants who are proceeding *pro se* AND to Judge Harold D. Clarke**

>     Algeo, Clark & Erickson
>     102 E. Baldwin Ave.
>     Spokane, WA 99207
>     (509) 328-6123

**DATED** this 15th day of May, 2006.

>                 *s/ Fred Van Sickle*
>                 Fred Van Sickle
>          United States District Judge

ORDER APPOINTING SPECIAL DISCOVERY MASTER - 2