FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 2 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

James S. Gordon, Jr., Plaintiff,

v.

Impulse Marketing Group, Inc.,

Defendant

Impulse Marketing Group, Inc., Jeffrey P. Goldstein, Gregory Greenstein, Kenneth Adamson, Phillip Huston, and John Doe spammers 1-50,

Third-Party Plaintiffs,

v.

Bonnie F. Gordon, Third-Party Defendant

Case No.: CV-04-5125-FVS

SUPPLEMENTAL DECLARATION IN SUPPORT OF THIRD PARTY DEFENDANT'S MOTION FOR TEMPORARY INJUNCTION

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

1

# Introduction

On or about March 27, 2006, I filed a Motion for Injunction against Impulse Marketing Group, Inc. The enclosed declaration of that document cited recent email sent by Impulse to me.

This supplement to that declaration is prompted by the discovery of a scheme and **new emails** by Impulse and its affiliates to continue to harass and annoy me. However, this time the apparent offending entity (ies are) is entitled Heritage Prepaid Mastercard and Nationwide Platinum Card, one of its marketing partners

# Declaration

I, Bonnie F. Gordon, declare the following:

1) I am a named third party defendant in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) The company which appears to own the credit product offerings is Internet Website Hosting of NV, LLC. **Exhibit 1**

3) The listed officer/manager of this company according to Nevada Secretary of State, Dean Heller's web site is Mr. Steve Wadley. **Exhibit 2**

4) Mr. Wadley, coincidentally, is the president of Impulse Marketing Group, Inc. of Atlanta, GA, the third party plaintiff in the above captioned case. **Exhibit 3**

5) Impulse has used 100s of domains and over a thousand aliases in an attempt to obfuscate is identity. These ruses enable it to

perpetually spam an individual as the company that is being shut down by regulators hands the spam "baton" to the next company or companies. By calling these companies marketing partners, Impulse believes it confers the right to spam its list of so-called customers and members without end. As one company or entity is shut down another is primed and ready to go.

6) I also believe that Impulse is using a massive pornography operation to which it is allied to and/or has an ownership interest in, Nationalnet of Atlanta, GA to send pornographic spam to me. **Exhibit 4**

7) The document which shows the co-habitation of Cyberspace between Impulse and Nationalnet is the ARIN Whois look-up database wherein all U.S. organizations and individuals with domain names are listed. **Exhibit 5**

THEREFORE, third party defendant moves this Court to issue an order for a permanent injunction against Impulse Marketing Group, Inc. (a Nevada corporation) doing business in the State of Georgia and **all** its marketing partners, past, present and future.

Specifically, the undersigned asks this Court to enjoin Impulse and its agents, employees, directors, owners, contractors, and all others acting on behalf of Impulse from sending email to me and to enjoin Impulse from sending its email to all Washington State residents until this lawsuit has been adjudicated. Impulse and its marketing partners are engaged in reckless and perhaps criminal behaviors that are anathema to the "public trust". Impulse's support of a massive

3

pornography operation, which may or not be legal, is an imminent threat to the youth of this state (and nation).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Bonnie F. Gordon, Pro Se
9804 Buckingham Drive
Pasco, WA 99301
509-210-1069

EXECUTED this 12th day of May, 2006.

_____

## Certificate of Service

I, hereby, certify that on May 12, 2006, I filed this motion with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

_____

4

```
Return-Path: <faye@gordonworks.com>
Delivered-To: 7-jim@gordonworks.com
Received: (qmail 1665 invoked by uid 0); 12 May 2006 10:05:36 -0600
Received: (qmail 28736 invoked from network); 12 May 2006 10:05:28 -0600
Received: from auqfkt.e-prizeweb.com (64.186.211.15)
  by jammtomm.com with SMTP; 12 May 2006 10:05:26 -0600
MIME-Version: 1.0
X-Accept-Language: en
X-Priority: Normal
From: Activations Dept. <support@prizeweb.com>
To: faye@gordonworks.com
Subject: FAYE, You are pre-approved for the 0% APR Heritage Prepaid Mastercard
Content-Type: multipart/alternative;
    boundary="----------114744906736093";
    class-id=1:982DjYxbosb5NbohK7.bM:1403174
Date: Fri, 12 May 2006 11:57:21 EST
Message-ID: <1-1403174-8BL.b94tcQtD6tcYR78tS@auqfkt.e-prizeweb.com>
X-Mailer: 3.2.8-67 [Apr 25 2006, 16:07:16]
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=BAYES_44,HTML_FONT_INVISIBLE,
    HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTTP_WITH_EMAIL_IN_URL,
    LIMITED_TIME_ONLY,OFFERS_ETC,RCVD_IN_BL_SPAMCOP_NET,RCVD_IN_SBL,
    RCVD_IN_SORBS,URI_OFFERS autolearn=no version=2.63
```



Case 2:04-cv-05125-FVS    Document 372    Filed 05/12/2006

\* see website for complete details

To contact the sponsor of this email you may click here or write to:
Ultimate Offer, 2533 North Carson Street, Suite #6029, Carson City, Nevada 89706

Receive the Heritage prepaid MasterCard with up to a 2500 USD load limit, &

The Nationwide Platinum Card with a 7500 USD Un secured Credit-Line- 0% APR,
No Cre dit-Checks or No Security Deposit required.

Finally, you may be eligible to receive a separate Un secured Cash Advance up to 1500 USD.

Limited time only.
Apply now

**We Respect Your Privacy.**
Do not reply to this email. You have received this message as a subscriber to StarDealz or one of it's partners. To discontinue future announcements of savings and special offers please follow this link or write to us at:
PO Box 232, Old Bethpage, NY - 11804

<1;7QH@UEUxKUhFUxJiomUA;1403174>

 theultimateoffer.com

 69.48.204.17

 Internet Website Hosting of NV, LLC.
2533 North Carson St. Suite #6029
Carson City, NV 89706
US

 Service, Customer domains@ompvp.com
2533 North Carson St. Suite #6029
Carson City, NV 89706
US
+1.7758820542

 Administrator, Domain support@R4L.com
P.O. Box 191
St. Bruno, QC J3V 4P9
CA
+1.5149056500

 NS1.INFLOW.NET 216.183.96.120
NS2.INFLOW.NET 66.179.112.115
NS3.INFLOW.NET 216.183.114.115
NS4.INFLOW.NET 66.179.160.115
NS5.INFLOW.NET 216.183.108.116
NS6.INFLOW.NET 12.47.192.116

 Created: 20-Feb-2006
Updated: 28-Mar-2006
Expires: 20-Feb-2007
Source: whois.opensrs.net



# Business Entity Search

Search by: Officer Name:    First Name: Steve    Middle Init.:
Last Name: Wadley
☐ Include phonetic matches

Sort by: Relevance    ● descending ○ ascending order

Search Tips



**Search Results** 1 - 8 of 8 search results

| Officer Name | Officer Type | Entity Name |
|---|---|---|
| STEVE WADLEY | President | JNS2, INC. |
| STEVE WADLEY | Secretary | JNS2, INC. |
| STEVE WADLEY | Treasurer | JNS2, INC. |
| STEVE WADLEY | Director | FAM I, INC. |
| STEVE WADLEY | President | FAM I, INC. |
| STEVE WADLEY | Secretary | FAM I, INC. |
| STEVE WADLEY | Treasurer | FAM I, INC. |
| STEVE WADLEY | Manager | INTERNET WEBSITE HOSTING OF NV, LLC |

1

NOTE: This web site has been assured to work with either Microsoft Internet Explorer 6.0 or newer or Netscape Navigator 7.0 or newer. Usage of any other browser to view this site is discouraged.



You are currently not logged in

Copyright © 1996-2005

Exhibit 3

PCDOCS#. 353290.1

either party merely because of their efforts in its preparation. Any controversy over construction of this Agreement shall be decided without regard to events of authorship or negotiation.

29.  **Facsimile Signatures.**  Each party agrees to accept the facsimile signature of the other parties to this Agreement as evidence of the execution and delivery of this Agreement. Such facsimile signature will be deemed to be binding upon the parties sending such facsimile signature. In addition, CMG and IMG agree that facsimile signatures will be deemed to be binding on the parties sending such facsimile signature with respect to the approval required in Sections 2 and 16 regarding the CMG USA Gold Card website.

IN WITNESS WHEREOF, the duly authorized representatives of each party have executed this Agreement effective as of the date first written above.

COMMONWEALTH MARKETING GROUP, INC.

By: _____
(signature)

Name: Robert E. Kane
Title: President

IMPULSE MARKETING GROUP, INC.

By: _____
(signature)

Name: STEVE B. WADLEY
Title: President

-10-

9





FREE Newsletters | XBiz World | XBiz Video | XBiz Forum | XBiz Awards

• Bookmark XBiz　• Register!
• Search

BOARDS　NEWS　ARTICLES　DIRECTORY　CALENDAR　SERVICES



🏠 Home > News > Headline News > NationalNet Expands Web-Hosting Facility

Thursday, May 11, 2006

### NEWS STORY

# NationalNet Expands Web-Hosting Facility

By Rhett Pardon
Monday, November 15, 2004

**XBIZ NEWS**

ATLANTA — One of the largest adult web hosting companies announced Monday it has tripled its office space as it acquired new facilities in downtown Atlanta.

NationalNet Inc.'s acquisition of the former Genuity Data Center brings its total to more than 15,000 square feet of built-out data center space.

"With 95 percent of our customers in the adult business, we've seen dramatic changes," NationalNet president Tony Morgan told XBiz. "[Bandwidth] price is decreasing and consumption is skyrocketing."

Morgan noted that the 7-year-old company has more than 1,000 online adult customers — small- and large-scale companies — and said the company's growth, coupled with aggressive sales goals, fueled the expansion.

"This single transaction propels NationalNet to a level shared with very few hosting companies and dominated by the large carriers," Morgan said. "[2005] is shaping up to be the largest growth year on record for NationalNet."

The facility has more than 10,000 square feet of space for server racks, plus dual AC/DC power plants designed to generate enough power to handle most large neighborhoods, said Morgan, who noted he will speak at a seminar at the Webmaster Access show in Santa Monica, Calif., later this week.



**Poll**

How much of your content is exclusive to your site?

○ All
○ More than half
○ Less than half
○ None

[VOTE]　[VIEW RESULTS]

▼ **Newsletters**

Stay informed of the latest industry developments. Get XBiz Newsletters delivered to your inbox. Subscribe today!

☑ XBiz Weekly Wrap-up
☑ XBiz Daily News Briefs
☐ XBiz Community
☐ Specials & Promotions

Enter email address:
[　　　　　　] [>>]

**Sponsor**

[PRINT] [EMAIL]

 Add XBIZ Headline News to your RSS reader

👉 Are you listed?　Add your company to the XBiz Business Directory, free!　Submit here »

**See Also...**

　ICANN Rejects .XXX
　Smash Pictures Signs Exclusive
　With World Wide Content

**Discussions...**

　Hi, I'm newbie
　A stupid question regarding Table
　vs. Div

## Nationalnet Adult Domains

1 18LIVETEEN.COM.
2 18TEENLIVE.COM.
3 ADULATRENTAL.COM.
4 ADULTAPPRENTICE.COM.
5 ADULTASSOCIATE.COM.
6 ADULTMOVIENETWORK.COM.
7 ADULTMOVIENETWORK.NET.
8 ADULTRENAL.COM.
9 ADULTRENTAL.COM.
10 ADULTRENTALS.COM.
11 ADULTRNTAL.COM.
12 ADULTVIDEONETWORK.COM.
13 ADULTXXXPORNSTARS.COM.
14 ADULTXXXSTARS.COM.
15 ANALBOYTOY.COM.
16 ANALBOYTOYS.COM.
17 ANALCRAVINGS.COM.
18 ANALSEXLESSON.COM.
19 ANALSEXLESSONS.COM.
20 ASIANASBLASTER.COM.
21 ASIANASBLASTERS.COM.
22 ASIANASSBLASTER.COM.
23 ASIANASSBLASTERS.COM.
24 ASIANCREAM.COM.
25 BANGCOKBANGERS.COM.
26 BANGINGMACHINE.COM.
27 BANGINGMACHINES.COM.
28 BANGKOKBANGER.COM.
29 BANGKOKBANGERS.COM.
30 BICURIOUSHUNKS.COM.
31 BIGTITINVASION.COM.
32 BUSHHUNTER.COM.
33 CASHSTRAPPEDTEEN.COM.
34 CASHSTRAPPEDTEENS.COM.
35 COCKS.NET.
36 COCKSUSA.COM.
37 COLLEGEFUCKINGTOURS.COM.
38 COLLEGEFUCKTOUR.COM.
39 CONTEXTREVENUE.COM.
40 CONTEXTUALREVENUE.COM.
41 CREAMFILLEDHOLES.COM.
42 CUMSWALLOWINGLESSON.COM.
43 CUMSWALLOWINGLESSONS.COM.
44 CUMSWAPPINGBITCHES.COM.
45 CURIOUSHUNKS.COM.
46 CURIOUSSTUDS.COM.
47 CURIOUSTWINKS.COM.
48 CUSTOMERSUPPORTHELP.COM.
49 DEEPBLUEMOVIES.COM.
50 DISCOUNTAMATEURPASS.COM.
51 DISCOUNTANALPASS.COM.
52 DISCOUNTANIMEPASS.COM.
53 DISCOUNTASIANPASS.COM.
54 DISCOUNTBBWPASS.COM.
55 DISCOUNTBEARPASS.COM.
56 DISCOUNTBLONDEPASS.COM.
57 DISCOUNTBOOBSPASS.COM.
58 DISCOUNTBROADBANDPASS.COM.
59 DISCOUNTBRUNETTEPASS.COM.
60 DISCOUNTCHEERLEADERPASS.COM.
61 DISCOUNTCOLLEGEFUCKPASS.COM.
62 DISCOUNTCOLLEGEFUCKTOUR.COM.
63 DISCOUNTCOLLEGEGIRLSPASS.COM.
64 DISCOUNTCUMSHOTPASS.NET.
65 DISCOUNTCUMSWAPPINGBITCHES.COM.
66 DISCOUNTEBONYPASS.COM.
67 DISCOUNTFACIALSPASS.COM.
68 DISCOUNTGANGBANGPASS.COM.
69 DISCOUNTGAYCLOSETMOVIES.COM.
70 DISCOUNTGAYEBONYPASS.COM.
71 DISCOUNTGAYFACIALSPASS.COM.
72 DISCOUNTGAYMATUREPASS.COM.
73 DISCOUNTGAYPASS.COM.
74 DISCOUNTGAYTOONSPASS.COM.
75 DISCOUNTGAYVIDEOPASS.COM.
76 DISCOUNTHARDCOREPASS.COM.
77 DISCOUNTHISFIRSTTHREESOME.COM.
78 DISCOUNTHUGEDICKSLITTLECHICKS.COM.
79 DISCOUNTINTERRACIALPASS.COM.
80 DISCOUNTLATINAPASS.COM.
81 DISCOUNTLESBIANPASS.COM.
82 DISCOUNTLIVECAMPASS.COM.
83 DISCOUNTMATUREPASS.COM.
84 DISCOUNTMILFPASS.COM.
85 DISCOUNTMILFRIDERS.COM.
86 DISCOUNTMILITARYPASS.COM.
87 DISCOUNTMONSTERCOCKPASS.COM.
88 DISCOUNTMONSTERCOCKSEXPASS.COM.
89 DISCOUNTMONSTERGAYCOCKPASS.COM.
90 DISCOUNTMOVIEPASS.COM.
91 DISCOUNTPETITEPASS.COM.
92 DISCOUNTPORNSTARPASS.COM.
93 DISCOUNTREDHEADPASS.COM.
94 DISCOUNTSHEMALEPASS.COM.
95 DISCOUNTSTORIESPASS.COM.
96 DISCOUNTTEENDIRTBAGS.COM.
97 DISCOUNTTEENPASS.COM.
98 DISCOUNTTRANSSEXUALPASS.COM.
99 DISCOUNTTWINKPASS.COM.
100 DISCOUNTVIDEOPASS.COM.
101 DISCOUNTVOYEURPASS.COM.
102 DISCOUNTWHITECHICKSBLACKDICKS.COM.
103 DISCOUNTWHITEPUSSYBLACKCOCKS.COM.
104 DISCOUNTXXXPASS.COM.
105 EBONYGIRLSONLINE.COM.

1

Nationalnet Adult Domains

106 FACIALBUFFET.COM.
107 FACIALS-101.COM.
108 FETISHVIEW.COM.
109 FREAKISHCOCKS.COM.
110 FREEAMATEURPASS.COM.
111 FREEANALPASS.COM.
112 FREEANIMEPASS.COM.
113 FREEASIANPASS.COM.
114 FREEBBWPASS.COM.
115 FREEBDSMPASS.COM.
116 FREEBEARSPASS.COM.
117 FREEBLONDEPASS.COM.
118 FREEBROADBANDPASS.COM.
119 FREEBRUNETTEPASS.COM.
120 FREECHEERLEADERPASS.COM.
121 FREECOLLEGEFUCKTOURPASS.COM.
122 FREECOLLEGEGIRLSPASS.COM.
123 FREECUMSHOTPASS.COM.
124 FREEEBONYPASS.COM.
125 FREEFACIALSPASS.COM.
126 FREEFARMPASS.COM.
127 FREEFETISHPASS.COM.
128 FREEGAYAMATEURPASS.COM.
129 FREEGAYASIANPASS.COM.
130 FREEGAYCAMPASS.COM.
131 FREEGAYCLOSETMOVIESPASS.COM.
132 FREEGAYEBONYPASS.COM.
133 FREEGAYFACIALSPASS.COM.
134 FREEGAYFETISHPASS.COM.
135 FREEGAYINTERRACIALPASS.COM.
136 FREEGAYMATUREPASS.COM.
137 FREEGAYTEENPASS.COM.
138 FREEGAYTOONSPASS.COM.
139 FREEGAYVIDEOPASS.COM.
140 FREEGRANNYPASS.COM.
141 FREEHARDCOREPASS.COM.
142 FREEINDIANPASS.COM.
143 FREEINTERRACIALPASS.COM.
144 FREELATINAPASS.COM.
145 FREELESBIANLESSONSPASS.COM.
146 FREELESBIANPASS.COM.
147 FREELIVECAMPASS.COM.
148 FREEMATUREPASS.COM.
149 FREEMILFPASS.COM.
150 FREEMILITARYPASS.COM.
151 FREEMONSTERCOCKSEXPASS.COM.
152 FREEMONSTERGAYCOCKPASS.COM.
153 FREEPETITEPASS.COM.
154 FREEPORNSTARPASS.COM.
155 FREEREDHEADPASS.COM.
156 FREESHAVEDPASS.COM.
157 FREESHEMALEPASS.COM.
158 FREESTORIESPASS.COM.
159 FREETEENPASS.COM.
160 FREETRANSSEXUALPASS.COM.
161 FREETWINKSPASS.COM.
162 FREEUPSKIRTPASS.COM.
163 FREEVIDEOPASS.COM.
164 FREEVOYEURPASS.COM.
165 FUCKEDBYFRANK.COM.
166 GANGBANGLESSON.COM.
167 GANGBANGLESSONS.COM.
168 GANGBANGSLESSON.COM.
169 GANGBANGSLESSONS.COM.
170 GANGSBANGLESONS.COM.
171 GANGSBANGLESSON.COM.
172 GAYBLOWJOBAUDITIONS.COM.
173 GAYCLOSETBOYS.COM.
174 GAYCLOSETMOVIES.COM.
175 GAYJERKOFFAUDITIONS.COM.
176 GAYTHRILLS.COM.
177 GUYSLUCKYDAY.COM.
178 HANDJOBLESSON.COM.
179 HANDJOBLESSONS.COM.
180 HARDCOREMOVIESTATION.COM.
181 HARDCORESWEETHEARTS.COM.
182 HENTAIXXXSEX.COM.
183 HISFIRSTTHREESOME.COM. <- hello
184 HISFIRSTTHREESOMES.COM.
185 HOTSPERMFACIALS.COM.
186 HUGEDICKSLITTLECHICKS.COM.
187 HYPEMEDIA.COM.
188 INTERRACIALTV.COM.
189 IWANTAMATEURS.COM.
190 KBWATERFRONT.COM.
191 KOSMAYER.COM.
192 KOSMAYERENTERPRISES.COM.
193 LESBIANLESSONS.COM.
194 LESBIANRECRUITER.COM.
195 LESBIANRECRUITERS.COM.
196 LESBORAMA.COM.
197 MASSIVERODS.COM.
198 MATUREHOTEL.COM.
199 MEANDMYPUSSY.COM.
200 MILFRAIDERS.COM.
201 MILFRIDER.COM.
202 MILFRIDERS.COM.
203 MILITARYFANTASY.COM.
204 MOMSNEEDCASH.COM.
205 MONSTERCOCKCLUB.COM.
206 MONSTERCOCKFARM.COM.
207 MOVIEEROTICA.COM.
208 ORGYFANTASY.COM.
209 PEPESADVENTURES.COM.
210 PETITEBEAVER.COM.
211 PLATINUMDIALERS.COM.
212 PLATINUMEMEDIA.COM.
213 PURETEENPORN.COM.

2

12

## Nationalnet Adult Domains

214 PURETEENSTREAMS.COM.
215 PUSSYPUNISHERS.COM.
216 REALANDNATURAL.COM.
217 **REALITYPORNPASS.COM**.
218 REALTRANNIES.COM.
219 SEX-FUNN.COM.
220 SHAVEDNWET.COM.
221 SHEMALESEDUCTION.COM.
222 SIMPLYAMATEUR.COM.
223 SLUTTOONS.COM.
224 SO-CAL-COED.COM.
225 STRAIGHTGOESGAY.COM.
226 STUDTOONS.COM.
227 TEENAGETWINKS.COM.
228 TEENDIRTBAGS.COM.
229 TEENSLUTSGONEWILD.COM.
230 TEENTHRILLS.COM.
231 THEADULTASSOCIATE.COM.
232 TWINKCOCKS.COM.
233 TWINKFROMTHEHOD.COM.
234 TWINKFROMTHEHOOD.COM.
235 TWINKSFROMDAHOOD.COM.
236 TWINKSFROMTHEHOD.COM.
237 TWINKSFROMTHEHOOD.COM.
238 ULTRASTUD.COM.
239 UNCENSOREDEXTREME.COM.
240 VIPCHANNELS.COM.
241 WHITEPUSSYBLACKCOCKS.COM.
242 WHITEPUSSYBLACKDONGS.COM.
243 WILDLATINAGIRLS.COM.
244 WILDSOLO.COM.
245 WILDSOLOS.COM.
246 XXX-ADULT-CINEMA.COM.
247 XXX-TELEVISION.COM.

```
DNS Information...
IP address: 69.50.141.0
Host Name: none assigned
IP Address is assigned to: UNITED STATES

[Query: 69.50.141.0, Server: whois.arin.net]

OrgName:        NationalNet, Inc.
OrgID:          NATL
Address:        Tenth Floor Network Operations Department
Address:        55 Marietta Street North West
City:           Atlanta
StateProv:      GA
PostalCode:     30303
Country:        US

NetRange:       69.50.128.0 - 69.50.143.255
CIDR:           69.50.128.0/20
NetName:        NATL-MACH10-NET
NetHandle:      NET-69-50-128-0-1
Parent:         NET-69-0-0-0-0
NetType:        Direct Allocation
NameServer:     NS1.MACH10HOSTING.COM
NameServer:     NS2.MACH10HOSTING.COM
Comment:
RegDate:        2003-06-04
Updated:        2004-03-24

OrgTechHandle: IA88-ARIN
OrgTechName:   IP Administrator
OrgTechPhone:  +1-770-471-9075
OrgTechEmail:  ipadmin@national-net.com

OrgName:        Impulse Marketing Group
OrgID:          IMG-57
Address:        5887 Glenridge Drive Suite 400
City:           Atlanta
StateProv:      GA
PostalCode:     30328
Country:        US

NetRange:       69.50.141.0 - 69.50.141.255
CIDR:           69.50.141.0/24
NetName:        IM-NETBLOCK1
NetHandle:      NET-69-50-141-0-1
Parent:         NET-69-50-128-0-1
NetType:        Reassigned
Comment:
RegDate:        2005-11-28
Updated:        2005-11-28

OrgTechHandle: SYSTE122-ARIN
OrgTechName:   System Administrator
OrgTechPhone:  +1-678-805-2122
OrgTechEmail:  security@impulsemg.com

# ARIN WHOIS database, last updated 2006-05-09 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.

[End Query]
```

14