UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>  Plaintiff,<br><br>  v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>  Defendant. | No. CV-04-5125-FVS<br><br>**ORDER AND NOTICE OF HEARING** |
| IMPULSE MARKETING GROUP, INC.,<br><br>  Third-Party Plaintiff,<br><br>  v.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>  Third-Party Defendants. | |

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that pursuant to Local Rule 7.1(h)(3), the Court determines in its discretion that oral argument is not warranted on Third-Party Plaintiff Impulse Marketing's Motion to Dismiss Third-Party Defendants' Counterclaims (Ct. Rec. 320) and Motion to Dismiss Third-Party Defendants' Amended Counterclaims (Ct. Rec. 365). An Order ruling on these motions will be forthcoming.

**ORDER AND NOTICE OF HEARING** - 1

1  The **telephonic hearing scheduled for May 18, 2006, is STRICKEN.**

2  **IT IS SO ORDERED.**  The District Court Executive is hereby
3  directed to enter this Order and furnish copies to counsel and to
4  those parties proceeding *pro se*.

5  **DATED** this 17th day of May, 2006.

                         s/ Fred Van Sickle
                         Fred Van Sickle
                    United States District Judge

**ORDER AND NOTICE OF HEARING** – 2