```
                                          FILED IN THE
                                       U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF WASHINGTON

                                          MAY 19 2006

                                       JAMES R. LARSEN, CLERK
                                                        _____DEPUTY
                                         RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| v. | SUPPLEMENTAL DECLARATION IN SUPPORT OF THIRD PARTY DEFENDANT'S MOTION FOR TEMPORARY INJUNCTION |
| Impulse Marketing Group, Inc., | |
| Defendant | |
| | |
| Impulse Marketing Group, Inc., | |
| Jeffrey P. Goldstein, Gregory Greenstein, Kenneth Adamson, Phillip Huston, and John Doe spammers 1-50, | |
| Third-Party Plaintiffs, | |
| v. | |
| Emily Abbey, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

AND TO: Peter J. Glantz and Sean A. Moynihan

1

## Introduction

On or about March 26, 2006, I filed a Motion for Injunction against Impulse Marketing Group, Inc. The declaration which accompanied that motion cited recent email sent by Impulse to an email account bearing my name.

This supplement to that declaration was prompted by the discovery of **new emails** by Impulse and its affiliates which have the effect of harassing and annoying me as Impulse has known for over two years that it should not send emails to "gordonworks.com" email accounts. However, on this occasion the ostensible offending party is a company which sells Heritage Prepaid Mastercard (and Nationwide Platinum Card), one of Impulse's marketing partners.

## Declaration

I, Emily Abbey, declare the following:

1) I am a named third party defendant in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) The company which appears to own the credit product offerings above is Internet Website Hosting of NV, LLC. **Exhibit 1**

3) The listed officer/manager of this company according to the web site of the Nevada's Secretary of State is Mr. Steve Wadley. **Exhibit 2**

4) Mr. Wadley, coincidentally, is the president of Impulse Marketing Group, Inc. of Atlanta, GA, the third party plaintiff in the above captioned case. **Exhibit 3**

5) Impulse has used 100s of domains and over a thousand aliases in an attempt to obfuscate is identity. The purpose of these throwaway domains and aliases is anonymity. This fraud enables Impulse to spam anyone and everyone with impunity. If an individual requests the cessation of emails

– thereby validating her or his email address Impulse et al can then continue to sell and re-sell this valid address, especially to companies which it owns and/or controls. To date its alleged marketing partners' identities have not been formally divulged to third parties due, in part, to the enmeshing of Impulse's identity with entities both legal and illegal. As one company or entity is shut down another is primed and ready to go oftentimes using false registration information.

6) I also believe that Impulse is using a massive pornography operation to which it is allied with and/or has an ownership interest in, Nationalnet of Atlanta, GA to send pornographic spam to the email address at "gordonworks.com" which bears my name. **Exhibit 4**

7) The document which shows the enmeshing of Impulse and Nationalnet is the ARIN Whois look-up database wherein U.S. organizations and individuals with domain names are listed. **Exhibit 5**

THEREFORE, third party defendant moves this Court to issue an order for a permanent injunction against Impulse Marketing Group, Inc. (a Nevada corporation) doing business in the State of Georgia and **all** its marketing partners, past, present and future.

Specifically, the undersigned asks this Court to enjoin Impulse and its agents, employees, directors, owners, contractors, and all others acting on behalf of Impulse from sending email to me and to all Washington State residents until this lawsuit has been adjudicated. Impulse and its marketing partners are engaged in reckless and perhaps criminal behaviors that are anathema to the "public trust". Impulse's support of a massive pornography operation, which may or not be legal, is an imminent threat to the youth of this state (and nation).

1  I declare under penalty of perjury under the laws of the United States that
2  the foregoing is true and correct.

3  Emily Abbey, Pro Se
4  1407 Second Avenue West, #608
   Seattle, WA 98119
5  (206) 217-0466

6
7  EXECUTED this 19ᵗʰ EHA day of May, 2006.

8  *Emily H Abbey*

9                                    Certificate of Service

10 I, hereby, certify that on May 19ᵗʰ EHA, 2006, I filed this motion with this Court. I
   have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila
11 Gordon, James Gordon III, Jonathan Gordon, Bonnie Gordon, and Robert Pritchett
12 by other means.

13 _____

14
15
16
17
18
19
20
21
22
23
24
25

4

SUPP DECL MTN INJUNCTION-

```
Return-Path: <emily@gordonworks.com>
Delivered-To: 7-jim@gordonworks.com
Received: (qmail 1728 invoked by uid 0); 12 May 2006 10:05:37 -0600
Received: (qmail 30113 invoked from network); 12 May 2006 10:05:30 -0600
Received: from auqfkt.e-prizeweb.com (64.186.211.15)
  by jammtomm.com with SMTP; 12 May 2006 10:05:29 -0600
MIME-Version: 1.0
X-Accept-Language: en
X-Priority: Normal
From: Activations Dept. <support@prizeweb.com>
To: emily@gordonworks.com
Subject: Emily, You are pre-approved for the 0% APR Heritage Prepaid Mastercard
Content-Type: multipart/alternative;
    boundary="------------114744906736093";
    class-id=1:3T14Xjn3pEepIApE6SYMp1:1403174
Date: Fri, 12 May 2006 11:57:24 EST
Message-ID: <1-1403174-8bShO.94tcQtD6tcYR78tS@auqfkt.e-prizeweb.com>
X-Mailer: 3.2.8-67 [Apr 25 2006, 16:07:16]
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=BAYES_44,HTML_FONT_INVISIBLE,
    HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTTP_WITH_EMAIL_IN_URL,
    LIMITED_TIME_ONLY,OFFERS_ETC,RCVD_IN_BL_SPAMCOP_NET,RCVD_IN_SBL,
    RCVD_IN_SORBS,URI_OFFERS autolearn=no version=2.63
```



 theultimateoffer.com

 69.48.204.17

 Internet Website Hosting of NV, LLC.
2533 North Carson St. Suite #6029
Carson City, NV 89706
US

 Service, Customer domains@ompvp.com
2533 North Carson St. Suite #6029
Carson City, NV 89706
US
+1.7758820542

 Administrator, Domain support@R4L.com
P.O. Box 191
St. Bruno, QC J3V 4P9
CA
+1.5149056500

 NS1.INFLOW.NET 216.183.96.120
NS2.INFLOW.NET 66.179.112.115
NS3.INFLOW.NET 216.183.114.115
NS4.INFLOW.NET 66.179.160.115
NS5.INFLOW.NET 216.183.108.116
NS6.INFLOW.NET 12.47.192.116

 Created: 20-Feb-2006
Updated: 28-Mar-2006
Expires: 20-Feb-2007
Source: whois.opensrs.net

Case 2:04-cv-05125-FVS    Document 380    Filed 05/19/2006    Exhibit 2

# NEVADA Secretary of State
## Dean Heller

| Online Services | | Fee Schedule | | Login |

**Online Services**
My Data Reports *     >
Business Entity Search
Election Search
UCC Filings *
Corporation Filings *
*Login required

## Business Entity Search

Search by [Officer Name:]    First Name [Steve]    Middle Init. [ ]
Last Name [Wadley]
☐ Include phonetic matches

Sort by [Relevance]    ● descending ○ ascending **order**

Search Tips

[Search]

### Search Results 1 - 8 of 8 search results

| Officer Name | Officer Type | Entity Name |
|---|---|---|
| STEVE WADLEY | President | JNS2, INC. |
| STEVE WADLEY | Secretary | JNS2, INC. |
| STEVE WADLEY | Treasurer | JNS2, INC. |
| STEVE WADLEY | Director | FAM I, INC. |
| STEVE WADLEY | President | FAM I, INC. |
| STEVE WADLEY | Secretary | FAM I, INC. |
| STEVE WADLEY | Treasurer | FAM I, INC. |
| STEVE WADLEY | Manager | INTERNET WEBSITE HOSTING OF NV, LLC |

1

NOTE: This web site has been assured to work with either Microsoft Internet Explorer 6.0 or newer or Netscape Navigator 7.0 or newer. Usage of any other browser to view this site is discouraged.





SOS Contact Information

SOS Home | Legislature | Nevada Home

You are currently not logged in

Copyright © 1996-2005

8

**Nevada Secretary of State**
Dean Heller

Online Services | Fee Schedule | Login

# INTERNET WEBSITE HOSTING OF NV, LLC

PRINT

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Active | File Date: | 9/8/2005 4:00:02 PM |
| Type: | Domestic Limited-Liability Company | Corp Number: | E0599452005-4 |
| Qualifying State: | NV | List of Officers Due: | 9/30/2006 |
| Managed By: | Managers | Expiration Date: | |

| Resident Agent Information | | | |
|---|---|---|---|
| Name: | LAUGHLIN ASSOCIATES | Address 1: | 2533 N. CARSON STREET |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89706 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

View all business entities under this resident agent

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $0 |

No stock records found for this company

| Officers | | | Include Inactive Officers |
|---|---|---|---|
| Managing Member - SAMUEL J FUCHS | | | |
| Address 1: | 2533 NORTH CARSON STREET | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip Code: | 89706 | Country: | |
| Status: | Active | Email: | |
| Manager - JOSEPH HEGDUS | | | |
| Address 1: | 2533 NORTH CARSON STREET | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip Code: | 89706 | Country: | |
| Status: | Active | Email: | |
| Manager - STEVE WADLEY | | | |

9

04/19/04 MON 14:45 FAX 206 622 ... DAVIS WRIGHT TREMAINE ☒045
04/19/2004 11:15 724-439-5... SUPPLY ROOM
Case 2:04-cv-05125-FVS   Document 380   Filed 05/19/2006   PAGE 11

Exhibit 3

PCDOCS#. 353290.1

either party merely because of their efforts in its preparation. Any controversy over construction of this Agreement shall be decided without regard to events of authorship or negotiation.

29. **Facsimile Signatures**. Each party agrees to accept the facsimile signature of the other parties to this Agreement as evidence of the execution and delivery of this Agreement. Such facsimile signature will be deemed to be binding upon the parties sending such facsimile signature. In addition, CMG and IMG agree that facsimile signatures will be deemed to be binding on the parties sending such facsimile signature with respect to the approval required in Sections 2 and 16 regarding the CMG USA Gold Card website.

IN WITNESS WHEREOF, the duly authorized representatives of each party have executed this Agreement effective as of the date first written above.

COMMONWEALTH MARKETING GROUP, INC.

By: _____
        (signature)

Name: Robert E. Kane
Title: President

IMPULSE MARKETING GROUP, INC.

By: _____
        (signature)

Name: STEVE B. WADLEY
Title: President



FREE Newsletters | XBiz World | XBiz Video | XBiz Forum | XBiz Awards

- Bookmark XBiz   - Register!
- Search

BOARDS  NEWS  ARTICLES  DIRECTORY  CALENDAR  SERVICES



**Want more? CLICK HERE!**

Home > News > Headline News > NationalNet Expands Web-Hosting Facility

Thursday, May 11, 2006

**NEWS STORY**

## NationalNet Expands Web-Hosting Facility
By Rhett Pardon
Monday, November 15, 2004
**XBIZ NEWS**

ATLANTA — One of the largest adult web hosting companies announced Monday it has tripled its office space as it acquired new facilities in downtown Atlanta.

NationalNet Inc.'s acquisition of the former Genuity Data Center brings its total to more than 15,000 square feet of built-out data center space.

"With 95 percent of our customers in the adult business, we've seen dramatic changes," NationalNet president Tony Morgan told XBiz. "[Bandwidth] price is decreasing and consumption is skyrocketing."

Morgan noted that the 7-year-old company has more than 1,000 online adult customers — small- and large-scale companies — and said the company's growth, coupled with aggressive sales goals, fueled the expansion.

"This single transaction propels NationalNet to a level shared with very few hosting companies and dominated by the large carriers," Morgan said. "[2005] is shaping up to be the largest growth year on record for NationalNet."

The facility has more than 10,000 square feet of space for server racks, plus dual AC/DC power plants designed to generate enough power to handle most large neighborhoods, said Morgan, who noted he will speak at a seminar at the Webmaster Access show in Santa Monica, Calif., later this week.



**Poll**

How much of your content is exclusive to your site?

○ All
○ More than half
○ Less than half
○ None

VOTE   VIEW RESULTS

▼ **Newsletters**

Stay informed of the latest industry developments. Get XBiz Newsletters delivered to your inbox. Subscribe today!

☑ XBiz Weekly Wrap-up
☑ XBiz Daily News Briefs
☐ XBiz Community
☐ Specials & Promotions

Enter email address:

[            ] >>

**Sponsor**

PRINT   EMAIL

Add XBIZ Headline News to your RSS reader

Are you listed?  Add your company to the XBiz Business Directory, free!   Submit here »

**See Also...**

ICANN Rejects .XXX
Smash Pictures Signs Exclusive With World Wide Content

**Discussions...**

Hi, I'm newbie
A stupid question regarding Table vs. Div

```
DNS Information...
IP address: 69.50.141.0
Host Name: none assigned
IP Address is assigned to: UNITED STATES

[Query: 69.50.141.0, Server: whois.arin.net]

OrgName:     NationalNet, Inc.
OrgID:       NATL
Address:     Tenth Floor Network Operations Department
Address:     55 Marietta Street North West
City:        Atlanta
StateProv:   GA
PostalCode:  30303
Country:     US

NetRange:    69.50.128.0 - 69.50.143.255
CIDR:        69.50.128.0/20
NetName:     NATL-MACH10-NET
NetHandle:   NET-69-50-128-0-1
Parent:      NET-69-0-0-0-0
NetType:     Direct Allocation
NameServer:  NS1.MACH10HOSTING.COM
NameServer:  NS2.MACH10HOSTING.COM
Comment:
RegDate:     2003-06-04
Updated:     2004-03-24

OrgTechHandle: IA88-ARIN
OrgTechName:   IP Administrator
OrgTechPhone:  +1-770-471-9075
OrgTechEmail:  ipadmin@national-net.com

OrgName:     Impulse Marketing Group
OrgID:       IMG-57
Address:     5887 Glenridge Drive Suite 400
City:        Atlanta
StateProv:   GA
PostalCode:  30328
Country:     US

NetRange:    69.50.141.0 - 69.50.141.255
CIDR:        69.50.141.0/24
NetName:     IM-NETBLOCK1
NetHandle:   NET-69-50-141-0-1
Parent:      NET-69-50-128-0-1
NetType:     Reassigned
Comment:
RegDate:     2005-11-28
Updated:     2005-11-28

OrgTechHandle: SYSTE122-ARIN
OrgTechName:   System Administrator
OrgTechPhone:  +1-678-805-2122
OrgTechEmail:  security@impulsemg.com

# ARIN WHOIS database, last updated 2006-05-09 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.

[End Query]
```