ROBERT J. SIEGEL
Attorney At Law
1325 Fourth Avenue
Suite 940
Seattle, WA 98101
(206) 624-9410

THE HON. FRED VAN SICKLE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

**JAMES S. GORDON, JR.,**

                  **Plaintiff,**

   v.

**IMPULSE MARKETING
GROUP, INC.,**

                  **Defendant,**

**NO.** CV-04-5125-FVS

**NOTICE OF ABSENCE**

TO:        Clerk of Court

AND TO:    Defendants, and their attorneys

      You and each of you please take note that Robert J. Siegel, attorney of

record for Plaintiff James S. Gordon, Jr. in the above-captioned proceeding, will be

absent from his office and outside of the state from Monday, July 3rd through

Friday, July 14th 2006.

- 1

**MERKLE SIEGEL & FRIEDRICHSEN, P.C.**
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392 FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

The undersigned therefore requests that no motions, depositions, court hearing or other matters requiring his attention, in person or by pleading, be scheduled in his absence. The undersigned has no associates or partners who can handle this matter and, consequently, may request terms or other sanctions in the event any matters requiring his attention or attendance are scheduled during his absence.

The undersigned further requests that the Clerk of Court transmit this information to the appropriate judge or commissioner in the event any motion or other matter is set during the period noted above.

Dated: June 6, 2006

MERKLE, SIEGEL, & FRIEDRICHSEN

BY: _____
ROBERT J. SIEGEL, WSBA #17312
Attorney for Plaintiff

- 2

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## Certificate of Service

I, hereby, certify that on June 6, 2006, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to: Floyd E. Ivey, Peter Glantz, and Sean Moynihan.


/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorney for Plaintiff

- 3

J:\RJS\CLIENTS\COLE\CAPTION.DOC