1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:    Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   Robert J. Siegel
11 1325 4th Ave. Suite 940
   Seattle, Wa. 98101-2509
12 Telephone: 206 624 9392
   Facsimile Number 206 624 0717
13 Attorney for Plaintiff

14

15           **UNITED STATES DISTRICT COURT FOR THE**

16              **EASTERN DISTRICT OF WASHINGTON**

17 JAMES S. GORDON, JR.,           )     No. CV-04-5125-FVS
                                   )
18        Plaintiff,               )     NOTICE OF ABSENCE OF
   vs.                             )     ATTORNEY PETER GLANTZ
19                                 )
   IMPULSE MARKETING GROUP,        )
20 INC.,                           )
                                   )
21        Defendant                )
   _____ )
22                                 )
   IMPULSE MARKETING GROUP,        )
23 INC.,                           )
                                   )
24     Third-Party Plaintiff,      )
   vs.                             )
25                                 )
   BONNIE GORDON, et al.,          )
26                                 )
       Third-Party Defendants.     )
27

28

Notice of Absence                    LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Page 1 of 3                                      Attorneys at Law
                                                  P.O. Box 6125
                                          Kennewick, Washington 99336-0125
                                                  (509) 735-3581

Dockets.Justia.com

Please take notice that Peter J. Glantz, an attorney of record for defendant Impulse Marketing Group, Inc. in the above-captioned proceeding, will be absent from his office and outside the country from Monday, July 3, 2006 through Thursday, July 20, 2006. Coincidentally, Robert J. Siegel, counsel for plaintiff James S. Gordon, has previously notified the Court of his absence during most of the same time period. The undersigned therefore requests that no motions, depositions, court hearings or other matters requiring his attention, in person or by pleading, be scheduled in his absence.

DATED this 14th day of June, 2006.

S/FLOYD E. IVEY

_____

Liebler, Ivey, Conner, Berry & St. Hilaire
By:   Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, Washington 99336
Local Counsel for Defendant
Impulse Marketing Group, Inc.

S/FLOYD E. IVEY for SEAN MOYNIHAN and PETER GLANTZ

_____

Sean A. Moynihan
Peter J. Glantz
Klein, Zelman, Rothermel & Dichter, LLP

485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020
(212) 753-8101 (fax)

    I hereby certify that on June 14, 2006, I electronically filed NOTICE OF ABSENCE OF ATTORNEY PETER GLANTZ with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert J. Siegel, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

    S/ FLOYD E. IVEY

    FLOYD E. IVEY