MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, Washington 98101-2509
Phone (206)-624-9392
Fax (206) 624-0717

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>　　Plaintiff,<br><br>v.<br><br>Impulse Marketing Group, Inc.,<br>Defendant<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon,<br><br>Third-Party Defendants | NO. CV-04-5125-FVS<br><br>**PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL**<br><br>JULY 6, 2006<br>[WITHOUT ORAL ARGUMENT]<br><br>**[JURY DEMAND]** |

　　Plaintiff moves to withdraw Plaintiff's Motion to Compel. Plaintiff's Motion to Withdraw is requested to be set for hearing without Oral Argument on Thursday, July 6, 2006.

NO. CV-05-5079-FVS
PLAINTIFF'S MOTION TO WITHDRAW
　　　　　　　Page 1 of 3
MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

dockets.Justia.com

1  Dated: July 5, 2006

MERKLE, SIEGEL, & FRIEDRICHSEN

BY: /s/ Robert J. Siegel
ROBERT J. SIEGEL, WSBA #17312

NO. CV-05-5079-FVS
PLAINTIFF'S MOTION TO WITHDRAW.

Page 2 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

## Certificate of Service

I, hereby, certify that on July 5, 2006, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to: Floyd E. Ivey.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
PLAINTIFF'S MOTION TO WITHDRAW.

Page 3 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717