MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, Washington 98101-2509
Phone (206)-624-9392
Fax (206) 624-0717

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

James S. Gordon, Jr.,

   Plaintiff,

v.

Impulse Marketing Group, Inc.,
Defendant

Impulse Marketing Group, Inc.,

Third-Party Plaintiff,

v.

Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon,

Third-Party Defendants

NO. CV-04-5125-FVS

**ORDER ON PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL**

[WITHOUT ORAL ARGUMENT]

The Court having considered Plaintiff's Motion to Withdraw Motion Plaintiff's Motion to Compel, said Order is hereby (granted) _____ (denied) _____.

NO. CV-05-5079-FVS
ORDER ON PLAINTIFF'S MOTION TO WITHDRAW

Page 1 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

Dated this _____ day of _____, 2006

_____
Judge Fred Van Sickle

RESPECTFULLY SUBMITTED, this 5th day of July, 2006.

MERKLE SIEGEL & FRIEDRICHSEN, P.C.

/s/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
ORDER ON PLAINTIFF'S MOTION TO
WITHDRAW

Page 2 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

## Certificate of Service

I, hereby, certify that on July 5, 2006, I filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to: Floyd E. Ivey.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
ORDER ON PLAINTIFF'S MOTION TO WITHDRAW

Page 3 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717