```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>　　　　　Defendant. | No. CV-04-5125-FVS<br><br>ORDER GRANTING MOTION TO WITHDRAW MOTION TO COMPEL |
| IMPULSE MARKETING GROUP, INC.,<br><br>　　　　　Third-Party Plaintiff,<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>　　　　　Third-Party Defendants. | |

　　The Court, being fully advised, now therefore,

　　**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw Motion to Compel (**Ct. Rec. 388**) is **GRANTED**. Plaintiff's Motion to Compel (**Ct. Rec. 386**) is **WITHDRAWN.**

　　**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and to the Third-Party Defendants proceeding *pro se*.

　　**DATED** this 11th day of July, 2006.

　　　　　　　　　　　　　　*s/ Fred Van Sickle*
　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION TO WITHDRAWN MOTION TO COMPEL - 1