MERKLE SIEGEL & FRIEDRICHSEN, P.C.        THE HON. FRED VANSICKLE
Robert J. Siegel
1325 Fourth Ave., Suite 940
Seattle, WA 98101
206-624-9392

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT

OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,        Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | |
| Impulse Marketing Group, Inc., | CR 37 CERTIFICATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL |
| Defendant | |
| | [HEARING NOTED WITHOUT ORAL ARGUMENT ON AUGUST 24, 2006] |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | [For Resolution By Discovery Master The Hon. Harold D. Clarke] |
| v. | |
| Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon, Third-Party Defendants | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Sean Moynihan, Peter Glantz, Attorneys for Defendants.

CR 37 CERTIFICATION OF COUNSEL IN          **MERKLE SIEGEL & FRIEDRICHSEN, P.C.**
                                                                    **1325 Fourth Ave., Suite 940**
SUPPORT OF PLAINTIFF'S FIRST MOTION                 **Seattle, WA 98101**
                                                                         **206-624-9392**
TO COMPEL - 1

Dockets.Justia.com

I, Robert J. Siegel, state and declare as follows:

1.    I am the attorney for the plaintiff herein, and make this declaration in support of Plaintiff's Motion To Compel.

2.    Plaintiff's First Interrogatories and Requests for Production of Documents were served on Defendants on March 2, 2006. (See **Exhibit "A"** to Plaintiff's Motion**).**

3.    Despite repeated demands, Defendants failed to respond or provide any discovery responses until April 24, 2006.  Defendant's initial responses were grossly deficient, not a single discovery request answered substantively, posing unfounded, boilerplate objections to each and every question! (See Defendants' initial responses at **Exhibit "B"** to Plaintiff's Motion).

4.    Consequently, on May 9, 2006 undersigned counsel initiated and held an FRCP 37 discovery conference with counsel for Defendants.  During that conference both parties agreed to provide additional time to reconsider their previous discovery responses, and to provide supplemental responses.  Plaintiff provided Defendants with his supplemental responses in the form of a more detailed analysis of the offending emails. When finally received, Defendants' supplemental responses were once again grossly deficient and non-responsive. (See Defendants' Supplemental Responses at **Exhibit "C"** to Plaintiff's Motion). Attached to Defendants' Supplemental Responses To Plaintiff's First Request For Production Of Documents is the sum total of all documents produced by Defendants.  What should arguably be the production of boxes of documents, is instead merely 14 pages, largely consisting of a *current* print out of its own terms and conditions from its website.

CR 37 CERTIFICATION OF COUNSEL IN

SUPPORT OF PLAINTIFF'S FIRST MOTION

TO COMPEL - 2

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
206-624-9392

1      I declare under penalty of perjury under the laws of the State of Washington

2  that the above declaration is true and correct to the best of my knowledge and

3  belief.

MERKLE SIEGEL & FRIEDRICHSEN, P.C.

4

5

6  _____

7  Robert J. Siegel, WSBA #17312
   Attorney for Plaintiff

8

9

10

11

12

13

14

15

**Certificate of Service**

16  We, hereby, certify that on July 24, 2006, we filed this pleading with this Court.
    The Clerk of the Court will provide electronic notification system using the

17  CM/ECF, which will send an electronic copy of this Notice to: Peter J. Glantz,
    Sean A. Moynihan, and Floyd E. Ivey. I have served all non-CM/ECF participants

18  and third-party defendants by other means.

19

20

21

22

23

24

25

CR 37 CERTIFICATION OF COUNSEL IN

SUPPORT OF PLAINTIFF'S FIRST MOTION

TO COMPEL - 3