| | | |
|---|---|---|
| 1 | MERKLE SIEGEL & FRIEDRICHSEN, P.C. | THE HON. FRED VANSICKLE |
| | Robert J. Siegel | |
| 2 | 1325 Fourth Ave., Suite 940 | |
| | Seattle, WA 98101 | |
| 3 | 206-624-9392 | |

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT

OF WASHINGTON AT RICHLAND

| | | |
|---|---|---|
| 12 | James S. Gordon, Jr.,    Plaintiff, | Case No.: CV-04-5125-FVS |
| 13 | vs. | [PROPOSED] |
| 14 | Impulse Marketing Group, Inc., | ORDER ON PLAINTIFF'S MOTION TO COMPEL |
| 15 | Defendant | |
| 16 | | [HEARING NOTED WITHOUT ORAL ARGUMENT ON AUGUST 24, 2006] |
| 17 | Impulse Marketing Group, Inc., Third- | |
| 18 | Party Plaintiff, | [For Resolution By Discovery Master The Hon. Harold D. Clarke] |
| 19 | v. | |
| 20 | Bonnie F. Gordon, Jamila Gordon, | |
| 21 | James Gordon III, and Jonathan | |
| 22 | Gordon, Third-Party Defendants | |

23  THIS MATTER having come before the Court by motion of plaintiff James
24  S. Gordon, through his attorney Robert Siegel, and the Court, having considered all

PLAINTIFF'S FIRST MOTION TO COMPEL - 1

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
206-624-9392

1 moving and responsive pleadings, and having found that good cause exists, therefore

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion To Compel is GRANTED as follows:

1. Defendant shall provide full and complete answers and responses to Plaintiff's First discovery requests by _____, 2006;
2. Plaintiff shall have judgment against Defendant in the amount of $250.00 per day for every day beyond _____, 2006 and until Plaintiff receives Defendant's full and complete discovery answers and responses

AND IT IS FURTHER ORDERED, that Plaintiff is awarded $ 1,500 for his attorney fees, and

$ _____ as sanctions for Defendant's intransigence, making this Motion necessary.

DONE IN OPEN COURT this _____ day of August, 2006.

_____
The Hon. Harold Clarke,
Discovery Master

PRESENTED BY:

**MERKLE SIEGEL & FRIEDRICHSEN**

By: _____
    Robert J. Siegel, WSBA No. 17312
    Attorney for Plaintiff.

### Certificate of Service

We, hereby, certify that on the 24th day of July, 2006, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to: Peter J. Glantz, Sean A. Moynihan, and Floyd E. Ivey. I have served all non-CM/ECF participants and third-party defendants by other means.