```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON


JAMES S. GORDON, JR.,
                                          No. CV-04-5125-FVS
          Plaintiff,

     v.                                   ORDER

IMPULSE MARKETING GROUP, INC., a Nevada
Corporation,

          Defendant.

IMPULSE MARKETING GROUP, INC.,

          Third-Party Plaintiff,

     v.

BONNIE GORDON, JAMES S. GORDON, III,
JONATHAN GORDON, JAMILA GORDON, ROBERT
PRITCHETT and EMILY ABBEY,

          Third-Party Defendants.
```

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that the parties are advised that they are responsible for serving copies of all discovery motions, memoranda, and proposed orders on Judge Clarke.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel **AND to the Third-Party Defendants who are proceeding *pro se***.

**DATED** this 25th day of July, 2006.

                              *s/ Fred Van Sickle*
                              Fred Van Sickle
                              United States District Judge

ORDER - 1