```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF WASHINGTON
 3
 4
 5   JAMES S. GORDON, JR.,
                                              No. CV-04-5125-FVS
 6              Plaintiff,

 7        v.                                  ORDER

 8   IMPULSE MARKETING GROUP, INC.,a Nevada
     Corporation,
 9
                Defendant.
10
     IMPULSE MARKETING GROUP, INC.,
11
                Third-Party Plaintiff,
12
          v.
13
     BONNIE GORDON, JAMES S. GORDON, III,
14   JONATHAN GORDON, JAMILA GORDON, ROBERT
     PRITCHETT and EMILY ABBEY,
15
                Third-Party Defendants.
16
```

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that the parties are advised that they are responsible for serving copies of all discovery motions, memoranda, and proposed orders on Judge Clarke.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel **AND to the Third-Party Defendants who are proceeding *pro se***.

**DATED** this 25th day of July, 2006.

                    *s/ Fred Van Sickle*
                    Fred Van Sickle
                    United States District Judge

ORDER - 1