FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Klein, Zelman, Rothermel, & Dichter, L.L.P.
By:   Sean Moynihan, Esq.; Peter Glantz
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Robert J. Siegel
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., ) | No. CV-04-5125-FVS |
| ) | |
| Plaintiff, ) | STIPULATION OF THE PARTIES |
| vs. ) | RE: DEFENDANT IMPULSE |
| ) | MARKETING GROUP'S RESPONSE |
| IMPULSE MARKETING GROUP, ) | TO PLAINTIFF'S AMENDED |
| INC., ) | COMPLAINT |
| ) | |
| Defendant ) | |
| _____ ) | |
| ) | |
| IMPULSE MARKETING GROUP, ) | |
| INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| ) | |
| BONNIE GORDON, et al., ) | |
| ) | |
| Third-Party Defendants. ) | |

STIPULATION OF PLAINTIFF AND DEFENDANT IMPULSE
MARKETING GROUP

Stipulation re: Defendant Impulse filing Response to Amended
Complaint
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Plaintiff and Defendant Impulse Marketing Group, Inc. now Stipulate and Agree that Defendant Impulse Marketing Group, Inc. shall have until August 31, 2006 to file its response to Plaintiff's Amended Complaint.

| | |
|---|---|
| /S/ ROBERT J. SIEGEL | /S/ FLOYD E. IVEY |
| Robert J. Siegel, WSBA #17312 for Plaintiff | Floyd E. Ivey, WSBA#6888 for Defendant Impulse, Sean Moynihan and Peter Glantz with authority |
| 1325 Fourth Avenue, Suite 940 | 1141 N. Edison, Suite C |
| Seattle, WA 98101-2509 | P.O. Box 6125 |
| Attorney for Plaintiff | Kennewick, Washington 99336 |
| | Attorneys for Defendant Impulse |

I hereby certify that on July 27, 2006, I electronically filed STIPULATION OF PLAINTIFF AND DEFENDANT IMPULSE MARKETING GROUP with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel, Peter J. Glantz and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Stipulation re: Defendant Impulse filing Response to Amended Complaint
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581