UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendant. | No. CV-04-5125-FVS<br><br>**ORDER STRIKING SCHEDULING ORDER** |
| IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BONNIE GORDON, JAMES S. GORDON, III, JONATHAN GORDON, JAMILA GORDON, ROBERT PRITCHETT and EMILY ABBEY,<br><br>Third-Party Defendants. | |

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that the Scheduling Order (**Ct. Rec. 153**) and the dates contained therein, including the trial date, are **STRICKEN**. The Court will hold a telephonic scheduling conference when the parties have resolved their discovery dispute.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel **AND** those parties proceeding *pro se*.

**DATED** this 4th day of August, 2006.

s/ Fred Van Sickle
Fred Van Sickle
United States District Judge

ORDER STRIKING SCHEDULING ORDER - 1