Liebler, Ivey, Conner, Berry & St. Hilaire     Hon. Fred Van Sickle
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
*Local Counsel for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson*

Klein, Zelman, Rothermel & Dichter, L.L.P.
By: Sean A. Moynihan
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
*Attorneys for Defendant Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., <br>      Plaintiff, <br> v. <br> Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson, <br>      Defendants. <br><br> Impulse Marketing Group, Inc., <br>      Third-Party Plaintiff, <br> v. <br> Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon, <br>      Third-Party Defendants. | Case No.: CV-04-5125-FVS <br><br> DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1), (2) AND (6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e) |

Defendants Impulse Marketing Group, Inc. ("Impulse"), Jeffrey Goldstein ("Goldstein") and Kenneth Adamson ("Adamson") (collectively, "Defendants"), by

DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT - 1
00079805;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

Dockets.Justia.com

and through their counsel, Klein, Zelman, Rothermel & Dichter, L.L.P., now move for dismissal of the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1), (2) and (6) or, in the alternative, for a more definite statement pursuant to Fed. R. Civ. P. 12(e). This motion is based upon the Declarations of Sean A. Moynihan, Esq., Kenneth Adamson and Jeffrey Goldstein in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint or, in the Alternative, for a More Definite Statement and the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint or, in the Alternative, for a More Definite Statement.

DATED this 31st day of August, 2006.

KLEIN, ZELMAN, ROTHERMEL
& DICHTER, L.L.P.

By: _____
Sean A. Moynihan, admitted *pro hac vice*
Attorneys for Defendants Impulse Marketing
Group, Inc., Jeffrey Goldstein and Kenneth
Adamson

LIEBLER, CONNOR, IVEY, BERRY
& ST. HILAIRE

By: Floyd E. Ivey w/ telephone authority
Floyd E. Ivey
Local Counsel for Defendants Impulse
Marketing Group, Inc., Jeffrey Goldstein and
Kenneth Adamson

DEFENDANTS' MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR A MORE
DEFINITE STATEMENT - 2
00079805;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020