| | | |
|---|---|---|
| 1 | Liebler, Ivey, Conner, Berry & St. Hilaire | Hon. Fred Van Sickle |
| 2 | By: Floyd E. Ivey<br>1141 N. Edison, Suite C | |
| 3 | P.O. Box 6125<br>Kennewick, WA 99336 | |
| 4 | *Local Counsel for Defendants Impulse Marketing*<br>*Group, Inc., Jeffrey Goldstein and Kenneth Adamson* | |
| 5 | Klein, Zelman, Rothermel & Dichter, L.L.P. | |
| 6 | By: Sean A. Moynihan<br>485 Madison Avenue, 15th Floor | |
| 7 | New York, NY 10022<br>(212) 935-6020 | |
| 8 | *Attorneys for Defendant Impulse Marketing*<br>*Group, Inc., Jeffrey Goldstein and Kenneth Adamson* | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WASHINGTON**
**AT RICHLAND**

| | | |
|---|---|---|
| James S. Gordon, Jr., | ) | Case No.: CV-04-5125-FVS |
| Plaintiff, | ) | |
| v. | ) | DECLARATION OF JEFFREY GOLDSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT |
| Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson, | ) | |
| Defendants. | ) | |
| Impulse Marketing Group, Inc., | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon, | ) | |
| Third-Party Defendants. | ) | |

I, Jeffrey Goldstein, hereby declare, under penalty of perjury, as follows:

1.  I am a defendant in the above-entitled action.

---

DECLARATION OF JEFFREY GOLDSTEIN
IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT - 1
00080012;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVE., 15TH FL., NEW YORK, NY 10022
(212) 935-6020

1.     2.    I am a citizen of the United States and am over the age of eighteen. I have personal knowledge of the facts set forth in this declaration.

2.     3.    I am a resident of the State of Georgia. I am not now, nor have I ever been, a resident of the State of Washington.

3.     4.    I do not personally conduct business in the State of Washington, and I have never visited the State of Washington.

4.     5.    I do not own property in the State of Washington, nor do I have any business or personal bank accounts within the State of Washington.

5.     6.    I have not personally sent email messages to James S. Gordon, Jr. ("Gordon") or to Gordonworks.com, and no email messages were sent to Gordon or Gordonworks.com on my behalf.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

DATED this 30th day of August, 2006.

_____
Jeffrey Goldstein

DECLARATION OF JEFFREY GOLDSTEIN  
IN SUPPORT OF DEFENDANTS' MOTION  
TO DISMISS OR, IN THE ALTERNATIVE,  
FOR A MORE DEFINITE STATEMENT - 2  
00080012;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.  
485 MADISON AVE., 15TH FL., NEW YORK, NY 10022  
(212) 935-6020