1   Liebler, Ivey, Conner, Berry & St. Hilaire          Hon. Fred Van Sickle
    By: Floyd E. Ivey
2   1141 N. Edison, Suite C
    P.O. Box 6125
3   Kennewick, WA 99336
    *Local Counsel for Defendants Impulse*
4   *Marketing Group, Inc., Jeffrey Goldstein*
    *and Kenneth Adamson*
5
    Klein, Zelman, Rothermel & Dichter, L.L.P.
6   By: Sean A. Moynihan
    485 Madison Avenue, 15th Floor
7   New York, NY 10022
    (212) 935-6020
8   *Attorneys for Defendant Impulse*
    *Marketing Group, Inc., Jeffrey Goldstein*
9   *and Kenneth Adamson*

10              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF WASHINGTON
11                        AT RICHLAND

12   James S. Gordon, Jr.,                    )
                                             )   Case No.: CV-04-5125-FVS
13              Plaintiff,                    )
                                             )
14        v.                                  )   [PROPOSED] ORDER DISMISSING
                                             )   FIRST AMENDED COMPLAINT
15   Impulse Marketing Group, Inc.,           )   UNDER FED. R. CIV. P. 12(b)(1), (2)
     Jeffrey Goldstein, Phillip Huston,       )   & (6) OR, IN THE ALTERNATIVE
16   and Kenneth Adamson,                     )   FOR A MORE DEFINITE
                                             )   STATEMENT UNDER FED. R. CIV.
17              Defendants.                   )   P. 12(e)
     _____)
18
     Impulse Marketing Group, Inc.,           )
19                                            )
                Third-Party Plaintiff,        )
20                                            )
          v.                                  )
21                                            )
     Bonnie F. Gordon, Jamila Gordon,         )
22   James Gordon, III, and Jonathan          )
     Gordon,                                  )
23              Third-Party Defendants.       )
     _____)

24        THIS MATTER comes before the Court on the Motion to Dismiss the First

25   Amended Complaint Under Fed. R. Civ. 12(b)(1), (2) and (6) or, in the Alternative, for

26

27   PROPOSED ORDER, DEFENDANTS' MOTION TO DISMISS      KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
     OR, IN THE ALTERNATIVE, FOR A MORE                 485 MADISON AVENUE, 15TH FLOOR
     DEFINITE STATEMENT - 1                             NEW YORK, NEW YORK 10022
28   00080078;1                                         (212) 935-6020

a More Definite Statement Under Fed. R. Civ. P. 12(e) filed by Defendants Impulse Marketing Group, Inc. ("Impulse"), Jeffrey Goldstein ("Goldstein") and Kenneth Adamson ("Adamson") (collectively, "Defendants"), the Court hereby finds as follows:

1.    The Plaintiff failed to comply with this Court's order denying his request to add new plaintiffs to the action.

2.    The Plaintiff lacks standing to assert any causes of action on behalf of unregistered d/b/a Gordonworks.com.

3.    The Plaintiff, an individual, lacks standing to assert the matters complained of in his First Cause of Action.

4..    The Plaintiff is neither an "interactive computer service" as defined in RCW § 19.190, et seq., nor an "internet access service" as defined in 15 U.S.C. § 7701, et seq, and therefore lacks standing as an interactive computer service or internet access service to assert the matters complained of in his First and Second Causes of Action.

5.    After due deliberation, this Court has determined that it lacks jurisdiction over the persons of Jeffrey Goldstein and Kenneth Adamson.

6.    After due deliberation, this Court has determined that the First Amended Complaint fails to state a claim on which relief may be granted

WHEREFORE, it is hereby ORDERED that:

a.    The motion to dismiss is GRANTED.

b.    The clerk will enter a judgment dismissing this action with prejudice and awarding Defendants their costs.

DATED this _____ day of _____, 2006.

_____
Hon. Fred Van Sickle
United States District Court Judge

PROPOSED ORDER, DEFENDANTS' MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR A MORE
DEFINITE STATEMENT - 2
00080078;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020