Liebler, Ivey, Conner, Berry & St. Hilaire
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
*Local Counsel for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson*

Klein, Zelman, Rothermel & Dichter, L.L.P.
By: Sean A. Moynihan
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
*Attorneys for Defendant Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson*

Hon. Fred Van Sickle

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>    Plaintiff,<br><br>v.<br><br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson,<br><br>    Defendants.<br>―――――――――――――――<br>Impulse Marketing Group, Inc.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon,<br><br>    Third-Party Defendants. | Case No.: CV-04-5125-FVS<br><br>**NOTICE OF HEARING**<br><br>Date: October 10, 2006<br><br>WITHOUT ORAL ARGUMENT |

PLEASE TAKE NOTICE that the Defendants' Motion to Dismiss the First Amended Complaint Pursuant to Fed R. Civ. P. 12(b)(1), (2) and (6) or, in the

NOTICE OF HEARING OF DEFENDANTS'
MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT - 1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

1. Alternative, for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) is to be
2. heard on October 10, 2006, or as soon thereafter as the Court deems appropriate.
3.     DATED this 31st day of August, 2006.

5. KLEIN, ZELMAN, ROTHERMEL
6. & DICHTER, L.L.P.

7.
8. By: _____
    Sean A. Moynihan, admitted *pro hac vice*
9.     Attorneys for Defendants Impulse Marketing
    Group, Inc., Jeffrey Goldstein and Kenneth
10.     Adamson

11. LIEBLER, CONNOR, IVEY, BERRY
12. & ST. HILAIRE

13. By: *Floyd E. Ivey w/ telephone authority*
14.     Floyd E. Ivey
    Local Counsel for Defendants Impulse
15.     Marketing Group, Inc., Jeffrey Goldstein and
    Kenneth Adamson

28. NOTICE OF HEARING OF DEFENDANTS'    KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
MOTION TO DISMISS OR, IN THE ALTERNATIVE,    485 MADISON AVENUE, 15TH FLOOR
FOR A MORE DEFINITE STATEMENT - 2    NEW YORK, NEW YORK 10022
    (212) 935-6020