```
Liebler, Ivey, Conner, Berry & St. Hilaire          Hon. Fred Van Sickle
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
```
*Local Counsel for Defendants Impulse Marketing*
*Group, Inc., Jeffrey Goldstein and Kenneth Adamson*

Klein, Zelman, Rothermel & Dichter, L.L.P.
By: Sean A. Moynihan
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
*Attorneys for Defendant Impulse Marketing*
*Group, Inc., Jeffrey Goldstein and Kenneth Adamson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson, <br><br> Defendants. | Case No.: CV-04-5125-FVS <br><br> DECLARATION OF KENNETH ADAMSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT |
| Impulse Marketing Group, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon, <br><br> Third-Party Defendants. | |

I, Kenneth Adamson, hereby declare, under penalty of perjury, as follows:

1. I am a defendant in the above-entitled action.

---

DECLARATION OF KENNETH ADAMSON
IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT - 1
00080014;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVE., 15TH FL., NEW YORK, NY 10022
(212) 935-6020

2. I am a citizen of the United States and am over the age of eighteen. I have personal knowledge of the facts set forth in this declaration.

3. I am a resident of the State of Georgia. I am not now, nor have I ever been, a resident of the State of Washington.

4. I do not personally conduct business in the State of Washington, and I have never visited the State of Washington.

5. I do not own property in the State of Washington, nor do I have any business or personal bank accounts within the State of Washington.

6. I have not personally sent email messages to James S. Gordon, Jr. ("Gordon") or to Gordonworks.com, and no email messages were sent to Gordon or Gordonworks.com on my behalf.

7. I am neither an officer, director, nor majority shareholder of Impulse Marketing Group, Inc. ("Impulse").

8. I am an employee of Impulse. I do not control, authorize or direct Impulse's policies and/or practices.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

DATED this 30 day of August, 2006.

_____
Kenneth Adamson

DECLARATION OF KENNETH ADAMSON
IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT - 2
00080014;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVE., 15TH FL., NEW YORK, NY 10022
(212) 935-6020