ROBERT J. SIEGEL
Attorney At Law
1325 Fourth Avenue
Suite 940
Seattle, WA 98101
(206) 624-9410

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.,<br><br>    Plaintiff,<br>v.<br><br>IMPULSE MARKETING GROUP, INC., et al.,<br>    Defendants. | NO. CV-04-5125-FVS<br><br>DECLARATION OF JAMES S. GORDON, JR. IN OPPOSITION TO DEFENDANTS' <u>SECOND</u> MOTION TO DISMISS<br><br>[HEARING: OCTOBER 10, 2006] |

James S. Gordon, Jr. declares as follows:

1) I, James S. Gordon, Jr., am the Plaintiff in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

2) Attached herewith as **Exhibit "A"** is a true and correct copy, with one instance of highlighting, of a typical email sent by or on behalf of the Defendant, Impulse Marketing Group, Inc. (IMG) to my interactive computer service maintained at the domain

---

DECLARATION OF JAMES S. GORDON, JR. IN OPPOSITION TO DEFENDANTS' <u>SECOND</u> MOTION TO DISMISS - 1

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

gordonworks.com.

3) The e-mail advertises a product known as "USA Platinum."

4) I have first hand knowledge that the "USA Platinum product is sold by Commonwealth Marketing Group, Inc. (CMG)

5) IMG has filed a contract with the Court in this action which provides that IMG is the exclusive marketing agent for CMG.

6) A portion of the e-mail reads "USA Platinum c/o Impulse Marketing Group 1100 Hammond Drive NE Suite 410A – 202 Atlanta, GA 30328." I have highlighted that portion of the e-mail to make it easy to identify.

7) As a result of the exclusive marketing arrangement between IMG and CMG, and the plain language contained on the email, I believe that the attached e-mail was sent by or on behalf of IMG.

8) I am the owner of the domain name Gordonworks.com

9) I registered the domain name Gordonworks.com on or about May 1998.

10) At the time of registration, I listed my home address in Washington State and home telephone number as both the administrative contact and registrant with Network Solutions, who handled the domain registration for me.

11) From that time forward, the domain registration has always reflected my home address in Washington State and my home telephone number as both the administrative and registrant.

12) Beginning on or about May 1998, I placed content on a server connected to the Internet accessible to the general public at the Gordonworks.com domain. This content included job-search information and resources for small business. Included within this information were reciprocal links from institutions such as colleges and universities, employment related agencies in five different states, and the Federal Small Business Administration. By "reciprocal" links, I mean that not only did I have links to these institutions and agencies, but also that these institutions and agencies had links on their websites to my website at Gordonworks.com. As a result of these reciprocal links, Gordonworks.com served as a clearinghouse for job-search information and small business resources on the World Wide Web.

DECLARATION OF JAMES S. GORDON, JR. IN OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS - 2

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

13) At all times relevant to this action, I leased the server space that hosted the gordonworks.com domain and content placed thereon.

14) I have maintained this content and leased space continuously through to the present.

15) By September 2003, I had provided numerous e-mail accounts using the Gordonworks.com domain name to various individuals.

16) All of these e-mail accounts could be accessed by these individuals using the World Wide Web.

17) Unfortunately, these e-mail accounts were inundated with commercial electronic mail messages, rendering them unusable by many of these individuals. As a result, I took over the administration of many those e-mail accounts and began receiving directly the e-mail sent thereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

James S. Gordon, Jr.
9804 Buckingham Drive
Pasco, WA 99301
509-210-1069

EXECUTED this 11th day of September, 2006

_____
James S. Gordon, Jr.

DECLARATION OF JAMES S. GORDON, JR. IN OPPOSITION TO
DEFENDANTS' SECOND MOTION TO DISMISS - 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392 FAX: (206) 624-0717

Certificate of Service

I, hereby, certify that on September 11, 2006, I filed this affidavit with this Court via approved electronic filing, and served the following:
Attorneys for Defendants: Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey,
Third Party Defendants: Jamila Gordon, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

/s/ Adana Lloyd
Adana Lloyd

DECLARATION OF JAMES S. GORDON, JR. IN OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS - 4

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC