EXHIBIT A

To

# DECLARATION OF JAMES S. GORDON, JR. IN OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS

NO. CV-04-5125-FVS

```
X-Persona: <Webmasters.com>
Return-Path: <bounce-lhsfozwkgoyhzzgo@mail5.freeslide-eservices.com>
Delivered-To: virtual-gordonworks_com-jeg@gordonworks.com
Received: (qmail 21753 invoked from network); 10 Mar 2005 14:42:05 -0000
Received: from unknown (HELO mail5.freeslide-eservices.com) (69.56.7.213)
  by ns48.webmasters.com with SMTP; 10 Mar 2005 14:42:05 -0000
DomainKey-Signature: a=rsa-sha1; c=nofws; q=dns; s=default;
   d=freeslide-db.com;

b=eE/q5KOQ0MccUiMjCgPgMxB4FnbdJU0YFMCn+quoLQdPiDymbKCKMNaCV0gbs7AQ
   /Qid+bEK6atjDYJb4jW/fA==;
Message-ID: <7575191.1110465757300.JavaMail.root@freeslide-eservices.com>
Date: Thu, 10 Mar 2005 08:42:37 -0600 (CST)
From: Get Platinum <FreeSlide@freeslide-db.com>
Reply-To: Get Platinum <caihbounlbcaoolb@freeslide-eservices.com>
To: Jamila <jeg@gordonworks.com>
Subject: Enjoy the status of the Platinum Card
Mime-Version: 1.0
Content-Type: text/html; charset=us-ascii
Content-Transfer-Encoding: 7bit
X-Ad1: qirlmilanztolotnieeonaee ztzrponmlaotznnao piaizpalr
```

To forward this email, complete the form below.

Email: [                    ] [Forward]
or click here to forward this email.

If you cannot adequately view this message, please follow this link: USA Platinum

**Seven Thousand Five Hundred Dollars**
CONFIRMATION REQUIRED
Issue, Name, Address

2



*Extremely Important*
▼



# Congratulations!

**Your $7500.00 USA Platinum is *Guaranteed**

Dear Friend,

Records indicate that your financial status has made you eligible for a USA Platinum, offering (A whopping $7,500 line of credit). To receive your card and to start spending and establishing your credit, **Click here to confirm** that you are 18 years old, a U.S. Citizen, or permanent resident (excluding Wisconsin) and make at least $200 a week and have no undischarged bankruptcies... and after that the card is yours!

Congratulations,

*[signature]*

Manager,
Platinum Department

▷ ▷ ▷  

*see website for terms and conditions
If you wish to opt out of this offer Click Here
USA Platinum c/o Impulse Marketing Group 1100 Hammond Drive NE Suite 410A - 202 Atlanta, Georgia 30328

---

You requested to receive this message at www.producttestpanel.com.
Our record indicates that you registered on 2004-11-02 13:50:40 using your computer IP:68.113.27.187

To no longer receive these messages, please **send a blank emaill here:** unsub-caihbounlbcaoolb@freeslide-eservices.com
OR Send a postal mail to: 5 Lake Carolina Way Suite 260 Columbia, SC 29229