Certificate of Service

I, hereby, certify that on September 11, 2006, I filed Plaintiff's Response in Opposition to Defendants' Second Motion to Dismiss with this Court via approved electronic filing, and served the following:
Attorneys for Defendants: Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey,
Third Party Defendants: Jamila Gordon, Bonnie Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett by other means.

/s/ Adana Lloyd
Adana Lloyd

DECLARATION OF JAMES S. GORDON, JR. IN OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS - 4

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

Dockets.Justia.com