```
Liebler, Ivey, Conner, Berry & St. Hilaire              Hon. Fred Van Sickle
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Local Counsel for Defendants Impulse Marketing
Group, Inc., Jeffrey Goldstein and Kenneth Adamson

Klein, Zelman, Rothermel & Dichter, L.L.P.
By: Sean A. Moynihan and Peter J. Glantz
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
Attorneys for Defendant Impulse Marketing
Group, Inc., Jeffrey Goldstein and Kenneth Adamson
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson, <br><br> Defendants. | Case No.: CV-04-5125-FVS <br><br> OBJECTION TO PLAINTIFF'S UNAUTHORIZED PLEADING |
| Impulse Marketing Group, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon, <br><br> Third-Party Defendants. | |

DEFENDANTS' OBJECTION TO PLAINTIFF'S
UNAUTHORIZED PLEADING - 1

00080278;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FL., NEW YORK, NY 10022
(212) 935-6020

To: Robert J. Siegel, Attorney for Plaintiff James S. Gordon, Jr., Merkle Siegel & Friedrichsen, P.C., 1325 Fourth Avenue, Suite 940, Seattle, Washington 98101.

Objection is made to the paper styled Second Amended Complaint for Damages, dated September 11, 2006, and served on defendants Impulse Marketing Group, Inc., Kenneth Adamson and Jeffrey Goldstein ("Defendants") on or about September 11, 2006, on the ground that the pleading is an unwarranted amendment of your First Amended Complaint and is without authority or leave of the court.

Take notice that Defendants refuse to accept the purported amended pleading and returns the same to you with this objection.

RESPECTFULLY SUBMITTED this 13th day of September, 2006.

By: _____
Sean A. Moynihan, admitted *pro hac vice*
Peter J. Glantz, admitted *pro hac vice*
Klein, Zelman, Rothermel & Dichter, L.L.P.
485 Madison Avenue, 15th Floor
New York, NY 10022
Tel: (212) 935-6020
Attorneys for Defendants Impulse
Marketing Group, Inc., Jeffrey Goldstein
and Kenneth Adamson

By: Floyd E. Ivey w/ authority
Floyd E. Ivey
Liebler, Ivey, Conner, Berry & St. Hilaire
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Attorneys for Defendants Impulse Marketing
Group, Inc., Jeffrey Goldstein and
Kenneth Adamson

DEFENDANTS' OBJECTION TO PLAINTIFF'S
UNAUTHORIZED PLEADING - 2

00080278;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FL., NEW YORK, NY 10022
(212) 935-6020

## Certificate of Service

I, hereby, certify that on September 13, 2006, I electronically filed this objection with this Court. The Clerk of the Court will provide electronic notification using the CM/ECF system, which will send an electronic copy of Defendants' Objection to Plaintiff's Unauthorized Pleading to: Robert J. Siegel and Floyd E. Ivey. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon; Jonathan Gordon; James S. Gordon, III; Robert Pritchett; Jamila Gordon; Emily Abbey and Hon. Harold D. Clarke, Jr.

_____
Sean A. Moynihan, admitted *pro hac vice*
Attorneys for Defendants Impulse
Marketing Group, Inc., Jeffrey Goldstein
and Kenneth Adamson

DEFENDANTS' OBJECTION TO PLAINTIFF'S
UNAUTHORIZED PLEADING - 3

00080278;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FL., NEW YORK, NY 10022
(212) 935-6020