MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, Washington 98101-2509
Phone (206)-624-9392
Fax (206) 624-0717

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Impulse Marketing Group, Inc., <br> Defendant <br><br> Impulse Marketing Group, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon, <br><br> Third-Party Defendants | NO. CV-04-5125-FVS <br><br> PLAINTIFF'S MOTION TO AMEND COMPLAINT <br><br> **[JURY DEMAND]** |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Sean Moynihan, Peter Glantz, Attorneys for Defendants.

Plaintiff, James S. Gordon, Jr., by and through his undersigned attorney, Robert J. Siegel, pursuant to FRCP 15, and FRCP 20 hereby moves the Court for an

NO. CV-05-5079-FVS
PLAINTIFF'S MOTION FOR LEAVE TO
FILE A SECOND AMENDED COMPLAINT

Page 1 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

Dockets.Justia.com

order granting him leave to file and serve his Second Amended Complaint.

Plaintiff's Motion to Amend Complaint is requested to be set for hearing without oral argument on Monday, November 13, 2006 at 6:30pm.

DATED this 10th day of October, 2006.

**MERKLE SIEGEL & FRIEDRICHSEN, P.C.**

/s/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT    Page 2 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

## Certificate of Service

I, hereby, certify that on October 10, 2006, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to: Floyd E. Ivey.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs