Liebler, Ivey, Conner, Berry & St. Hilaire        Hon. Fred Van Sickle
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
*Local Counsel for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson*

Klein, Zelman, Rothermel & Dichter, L.L.P.
By: Sean A. Moynihan & Peter J. Glantz
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
*Attorneys for Defendant Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>    Plaintiff,<br><br>v.<br><br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson,<br><br>    Defendants. | Case No.: CV-04-5125-FVS<br><br>DECLARATION OF SEAN A. MOYNIHAN, ESQ. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT |
| Impulse Marketing Group, Inc.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon,<br><br>    Third-Party Defendants. | |

    Sean A. Moynihan, an attorney and counselor at law duly licensed in the State of New York, now declares:

DECLARATION OF SEAN A. MOYNIHAN, ESQ.        KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
IN SUPPORT OF DEFENDANTS' OPPOSITION TO      485 MADISON AVE., 15TH FL., NEW YORK, NY 10022
PLAINTIFF'S MOTION TO AMEND - 1

1.   I am a partner with the law firm of Klein, Zelman, Rothermel & Dichter, L.L.P., counsel for Defendants Impulse Marketing Group, Inc. ("Impulse"), Jeffrey Goldstein ("Goldstein") and Kenneth Adamson ("Adamson") (collectively, "Defendants") in the above-captioned action. I submit this declaration in support of Defendants' Memorandum in Opposition to Plaintiff's Motion to Amend Complaint. Except as to matters alleged below as being upon information and belief, I am fully and personally familiar with the facts and circumstances set forth herein.

2.   This action was commenced by Plaintiff in his individual capacity by the filing of a summons and complaint on November 23, 2004 against Impulse (the "Original Complaint").

3.   On or about March 29, 2006, Plaintiff filed a motion seeking leave to file a first amended complaint.

4.   On or about May 2, 2006, this Court granted in part and denied in part Plaintiff's motion to amend his original complaint. In particular, the order denied Plaintiff's request to add new plaintiffs to the action.

5.   On or about June 13, 2006, Plaintiff filed his First Amended Complaint, and, in direct contradiction to the Court's Order, counsel surreptitiously added "dba Gordonworks.com" as a plaintiff in the action.

6.   On or about August 31, 2006, Defendants moved to dismiss Plaintiff's First Amended Complaint on several grounds including, but not limited to, the unauthorized amendment of the original complaint, lack of jurisdiction and failure to state a claim upon which relief could be granted. In addition, Defendants concurrently moved in the alternative for a more definite statement.

7.   On or about September 11, 2006, Plaintiff filed a memorandum in response to Defendants' motion concurrently with Plaintiffs unauthorized Second

1 Amended Complaint. The Second Amended Complaint was filed unilaterally without
2 Plaintiff ever seeking leave from the Court.

3     8. On or about September 13, 2006, Defendants filed an objection to the
4 unauthorized Second Amended Complaint and returned the rejected pleading to
5 Plaintiff's counsel.

6     9. Subsequent to the filing of the objection, Defendants requested that
7 Plaintiff withdraw the offending pleading.

8     10. Now, almost exactly two (2) years and 419 docket entries after the filing
9 of the Original Complaint, Plaintiff seeks to again amend his complaint, in effect,
10 recommencing the entire action.

11 DATED this 23rd day of October, 2006.

_____
Sean A. Moynihan

DECLARATION OF SEAN A. MOYNIHAN, ESQ.       KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
IN SUPPORT OF DEFENDANTS' OPPOSITION TO      485 MADISON AVE., 15TH FL., NEW YORK, NY 10022
PLAINTIFF'S MOTION TO AMEND - 3

## Certificate of Service

I, hereby, certify that on October 23, 2006, I electronically filed this pleading with this Court. The Clerk of the Court will provide electronic notification using the CM/ECF system, which will send an electronic copy of the Declaration of Sean A. Moynihan, Esq. in Support of Defendants' Memorandum in Opposition to Plaintiff's Motion to Amend Complaint to: Robert J. Siegel and Floyd Ivey. I hereby certify that I have served the forgoing to the following non-CM/ECF participants by other means: Bonnie Gordon; Jonathan Gordon; James S. Gordon, III; Robert Pritchett; Jamila Gordon; Emily Abbey and Hon. Harold D. Clarke, Jr.

_____
Sean A. Moynihan, admitted *pro hac vice*
Attorneys for Defendants Impulse
Marketing Group, Inc., Jeffrey Goldstein
and Kenneth Adamson