1

2   MERKLE SIEGEL &
    FRIEDRICHSEN, P.C.
3   1325 Fourth Ave., Suite 940
4   Seattle, Washington 98101-2509
    Phone (206)-624-9392
5   Fax (206) 624-0717

THE HONORABLE FRED VAN
SICKLE

6

7

8           IN THE UNITED STATES DISTRICT COURT
9       FOR THE EASTERN DISTRICT OF WASHINGTON
                    AT RICHLAND

10  James S. Gordon, Jr.,

11          Plaintiff,

12          v.

13  Impulse Marketing Group, Inc.,
    Defendant
14
    Impulse Marketing Group, Inc.,
15
    Third-Party Plaintiff,
16
     v.
17
    Bonnie F. Gordon, Jamila Gordon,
18  James Gordon III, and Jonathan
    Gordon,
19
    Third-Party Defendants
20

**NO.** CV-04-5125-FVS

REPLY TO DEFENDANT"S RESPONSE
TO PLAINTIFF'S MOTION TO AMEND
(2ND Amended) COMPLAINT

**[JURY DEMAND]**

21

22  TO: Clerk of the Court

23  AND TO: Floyd E. Ivey, Sean Moynihan, Peter Glantz, Attorneys for Defendants.
24

25

26

27  NO.  CV-05-5079-FVS
    REPLY TO DEFENDANT"S RESPONSE TO
28  PLAINTIFF'S MOTION TO AMEND
    COMPLAINT

Page 1 of 6

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

1    The Defendant's make a great show of complaining about the fact that this

2    action has been pending for two years and has 421 docket entries. The Plaintiff

3

4    suggests that Defendants should simply comply with the rules of discovery and

5    provide the business records that the Plaintiff has requested and which are routinely

6

7    produced in civil litigation. The Plaintiff would then file a motion for summary

8    judgment, and this case would be over. The Defendant could also simplify the

9    litigation by voluntarily dismissing the Defendant's claims against the Plaintiff's

10

11    friends and family, which have no factual basis whatsoever, and which were

12    asserted by the Defendant purely for the vindictive purpose of punishing the

13    Plaintiff by attacking those closest to him. The Court might note that third-party

14

15    related pleadings account for a substantial number of the docket entries in this

16    matter.

17    Instead, the Defendants persist in engaging in the same scorched earth

18

19    litigation tactics that have resulted in this case requiring the two years and 421

20    docket entries about which the Defendants complain. For example, the Defendants

21    now deny that they had anything whatsoever to do with the emails that form the

22

23    basis of this action, despite the fact that Defendants have themselves made a

24    counterclaim based in part on the their own acts of sending the emails. (see the

25    Defendants' Fourth amended counterclaim against Plaintiff, paragraphs 31-42, Dkt.

26

27

28    REPLY TO DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO AMEND
COMPLAINT

Page 2 of 6

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

58). The Defendants further deny sending the emails despite the fact that the Defendants have previously admitted, and entered into evidence, the contract whereby the Defendants were given the "exclusive" right to "market" the products advertised in the emails. (see declaration of Philip Huston, Dkt. 6-1 ¶ 12 and exhibit F thereto). Plainly, the Defendants cannot keep their story straight, and the fact that they are now forcing the Plaintiff to prove even those elements of the Plaintiff's claims which the Defendants previously admitted, but now conveniently deny, has undoubtedly exacerbated and complicated this litigation. It certainly provides an obvious explanation for why the Defendants have refused to produce any meaningful discovery for two years.

In the instant motion, the Defendants are in effect complaining about the fact that the Plaintiff took efforts to address the Defendants' earlier complaints.

In the Defendants' motion to dismiss the Plaintiff's First Amended Complaint, the Defendants complained of various minor technical matters in the First Amended Complaint. For example, the Defendants complained that the Plaintiff had described itself under a "dba" in the caption. Since the Federal Rules of Civil Procedure allow broad notice pleading, these technical details were not fatal to any of the claims asserted, and did not need to be fixed to satisfy the Rules. Nevertheless, to simplify matters, the Plaintiff filed a Second Amended Complaint,

REPLY TO DEFENDANT"S RESPONSE TO
PLAINTIFF'S MOTION TO AMEND
COMPLAINT

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

1  which corrected these minor technical details.  However, rather than accept that the

2

3  Plaintiff addressed these technical details about which the Defendant itself had

4  complained, the Defendant now lodges a new grievance; that the Second Amended

5  Complaint was filed without a motion!  (Of course, this unnecessary resistance to

6
7  what should otherwise be a perfunctory matter, coming from a party complaining

8  about the number of docket entries, should not be lost on the Court.)

9       The Defendants have not yet filed an answer to the Plaintiff's First Amended

10
11  Complaint, and Plaintiff notes that Fed R. Civ. Pr. 15(a) provides that "A party may

12  amend the party's pleading once as a matter of course at any time before a

13  responsive pleading is served."  Accordingly, under the Rules, the Plaintiff was free

14
15  to amend its First Amended Complaint without a motion, because no responsive

16  pleading had been filed.  Nevertheless, if the Defendants wanted Plaintiff to file a

17  motion to amend, Plaintiff again decided to make things easy on Defendants, and

18
19  Plaintiff filed exactly just such a motion.  Now, having previously complained that

20  the Plaintiff didn't seek leave of the Court to amend, the Defendant makes the

21  opposite argument, and complains that the Plaintiff *has* sought leave of the Court.

22
23  Plainly, there is nothing that Plaintiff can do, short of conceding and dismissing the

24  lawsuit, that won't generate complaints from the Defendant.

25

26

27

28  REPLY TO DEFENDANT"S RESPONSE TO
PLAINTIFF'S MOTION TO AMEND
COMPLAINT

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

1    Notwithstanding the foregoing, the entire matter is a tempest in a teapot.  The

2
Plaintiff's First Amended Complaint is substantively identical to its Second
3
4    Amended Complaint, and alleges the exact same causes of action.  The Court has

5    already granted Plaintiff leave to amend its original complaint, and to include all of

6
the causes of action and parties set forth in both the First and Second Amended
7
8    Complaints.  In any event, Defendants have never answered either the First or the

9    Second Amended Complaints, so regardless of which complaint is allowed, the

10
Defendants are in an identical procedural posture.
11
12        The Court should therefore ignore Defendants' objections, and grant Plaintiff

13    leave to file its Second Amended Complaint, as it does nothing except correct the

14
technical details about which the Defendants themselves have previously
15
16    complained.

17    DATED this 25th day of October, 2006.

18

19    **MERKLE SIEGEL & FRIEDRICHSEN, P.C.**

20

21    /s/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
22    Attorneys for Plaintiffs

23

24

25

26

27                                                           MERKLE SIEGEL & FRIEDRICHSEN, P.C.
                                                             1325 Fourth Ave., Suite 940
28    REPLY TO DEFENDANT"S RESPONSE TO        Page 5 of 6    Seattle, WA 98101-2509
PLAINTIFF'S MOTION TO AMEND                                  Phone: 206-624-9392
COMPLAINT                                                    Fax: 206-624-0717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Certificate of Service

I, hereby, certify that on October 25, 2006, we filed this pleading with this Court.

The Clerk of the Court will provide electronic notification system using the

CM/ECF, which will send an electronic copy of this Notice to: Floyd E. Ivey.


/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

REPLY TO DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO AMEND
COMPLAINT

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717