# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington<br><br>      Plaintiff,<br>  vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>      Defendant.<br><br>IMPULSE MARKETING GROUP, INC.,<br><br>      Third-Party Plaintiff,<br>  vs.<br><br>BONNIE GORDON, et al.,<br><br>      Third-Party Defendants. | **Case No.** CV-04-5125-FVS<br><br>**MINUTES**<br><br>**DATE:** 11/3/06<br><br>**LOCATION:** SPOKANE<br><br>**TELEPHONIC HEARING** |

| | **Judge Fred Van Sickle** | |
|---|---|---|
| Cindy Parks | Natalie Havlina | Mark Snover |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Robert J. Siegel | | Floyd Ivey and Sean A. Moynihan |
| **Plaintiff's Counsel** | | **Defendant's Counsel** |

[X] Telephonic hearing

Matter brought on for hearing to address concerns of the Court re: letters addressed to Judge Clarke; Court advises counsel re: federal rules of civil procedure and directs them to address matters by way of motions in accordance with the local rules and to timely comply with the schedules established by the Court.

| CONVENED: 2:00 PM | ADJOURNED: 2:10 PM | TIME: 10 MIN | CALENDARED [  ] |
|---|---|---|---|