Liebler, Ivey, Conner, Berry & St. Hilaire
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
*Local Counsel for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson*

Klein, Zelman, Rothermel & Dichter, L.L.P.
By: Sean A. Moynihan & Peter J. Glantz
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
*Attorneys for Defendant Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson*

Hon. Fred Van Sickle

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>    Plaintiff,<br><br>v.<br><br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson,<br><br>    Defendants.<br><br>Impulse Marketing Group, Inc.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon,<br><br>    Third-Party Defendants. | Case No.: CV-04-5125-FVS<br><br>**NOTICE OF HEARING**<br><br>Date: December 4, 2006<br><br>WITHOUT ORAL ARGUMENT |

    PLEASE TAKE NOTICE that the Defendants' Motion for Sanctions Pursuant to Fed R. Civ. P. 11 is to be heard on December 11, 2006, or as soon thereafter as the

NOTICE OF HEARING OF DEFENDANTS'
MOTION FOR SANCTIONS - 1

00080586;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

1 | Court deems appropriate.
2 |     DATED this 8th day of November, 2006.
3 |
4 |                           KLEIN, ZELMAN, ROTHERMEL
                          & DICHTER, L.L.P.

By: _____
    Sean A. Moynihan, admitted *pro hac vice*
    Peter J. Glantz, admitted *pro hac vice*
    Attorneys for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson

LIEBLER, CONNOR, IVEY, BERRY
& ST. HILAIRE

By: _____ w/phone auth.
    Floyd E. Ivey
    Local Counsel for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson

---

NOTICE OF HEARING OF DEFENDANTS'
MOTION FOR SANCTIONS - 2

00080586;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

<u>Certificate of Service</u>

I, hereby, certify that on November 8, 2006, I electronically filed this pleading with this Court. The Clerk of the Court will provide electronic notification using the CM/ECF system, which will send an electronic copy of the Notice of Hearing of Defendants' Motion for Sanctions to: Robert J. Siegel and Floyd Ivey. I hereby certify that I have served the forgoing to the following non-CM/ECF participants by other means: Bonnie Gordon; Jonathan Gordon; James S. Gordon, III; Robert Pritchett; Jamila Gordon; Emily Abbey and Hon. Harold D. Clarke, Jr.

_____
Sean A. Moynihan, admitted *pro hac vice*
Attorneys for Defendants Impulse
Marketing Group, Inc., Jeffrey Goldstein
and Kenneth Adamson

NOTICE OF HEARING OF DEFENDANTS'
MOTION FOR SANCTIONS - 3

00080586;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020