| | | |
|---|---|---|
| 1 | Liebler, Ivey, Conner, Berry & St. Hilaire<br>By: Floyd E. Ivey | Hon. Fred Van Sickle |
| 2 | 1141 N. Edison, Suite C<br>P.O. Box 6125 | |
| 3 | Kennewick, WA 99336<br>*Local Counsel for Defendants Impulse* | |
| 4 | *Marketing Group, Inc., Jeffrey Goldstein*<br>*and Kenneth Adamson* | |
| 5 | | |
| 6 | Klein, Zelman, Rothermel & Dichter, L.L.P.<br>By: Sean A. Moynihan & Peter J. Glantz | |
| 7 | 485 Madison Avenue, 15th Floor<br>New York, NY 10022 | |
| 8 | (212) 935-6020<br>*Attorneys for Defendant Impulse* | |
| 9 | *Marketing Group, Inc., Jeffrey Goldstein*<br>*and Kenneth Adamson* | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Impulse Marketing Group, Inc.,<br>Jeffrey Goldstein, Phillip Huston,<br>and Kenneth Adamson,<br><br>　　　　Defendants.<br>_____<br><br>Impulse Marketing Group, Inc.,<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>Bonnie F. Gordon, Jamila Gordon,<br>James Gordon, III, and Jonathan<br>Gordon,<br>　　　　Third-Party Defendants.<br>_____ | Case No.: CV-04-5125-FVS<br><br>**NOTICE OF HEARING**<br><br>Date: December 11, 2006<br><br>WITHOUT ORAL ARGUMENT |

PLEASE TAKE NOTICE that the Defendants' Motion for Sanctions Pursuant to Fed R. Civ. P. 11 is to be heard on December 11, 2006, or as soon thereafter as the

NOTICE OF HEARING OF DEFENDANTS'  　　　KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
MOTION FOR SANCTIONS - 1　　　　　　　　　485 MADISON AVENUE, 15TH FLOOR
　　　　　　　　　　　　　　　　　　　　　　NEW YORK, NEW YORK 10022
00080586;1　　　　　　　　　　　　　　　　　(212) 935-6020

1   Court deems appropriate.
2       DATED this 8th day of November, 2006.
3
4                           KLEIN, ZELMAN, ROTHERMEL
                            & DICHTER, L.L.P.
5
6
7   By: _____
        Sean A. Moynihan, admitted *pro hac vice*
        Peter J. Glantz, admitted *pro hac vice*
8       Attorneys for Defendants Impulse Marketing
        Group, Inc., Jeffrey Goldstein and Kenneth
9       Adamson
10
                            LIEBLER, CONNOR, IVEY, BERRY
11                          & ST. HILAIRE
12
13  By: _Floyd E. Ivey_ w/phone auth.
        Floyd E. Ivey
14      Local Counsel for Defendants Impulse
        Marketing Group, Inc., Jeffrey Goldstein and
        Kenneth Adamson
15
16
17
18
19
20
21
22
23
24
25
26
27
28  NOTICE OF HEARING OF DEFENDANTS'          KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
    MOTION FOR SANCTIONS - 2                  485 MADISON AVENUE, 15TH FLOOR
                                              NEW YORK, NEW YORK 10022
    00080586;1                                (212) 935-6020

<u>Certificate of Service</u>

I, hereby, certify that on November 8, 2006, I electronically filed this pleading with this Court. The Clerk of the Court will provide electronic notification using the CM/ECF system, which will send an electronic copy of the Notice of Hearing of Defendants' Motion for Sanctions to: Robert J. Siegel and Floyd Ivey. I hereby certify that I have served the forgoing to the following non-CM/ECF participants by other means: Bonnie Gordon; Jonathan Gordon; James S. Gordon, III; Robert Pritchett; Jamila Gordon; Emily Abbey and Hon. Harold D. Clarke, Jr.

_____
Sean A. Moynihan, admitted *pro hac vice*
Attorneys for Defendants Impulse
Marketing Group, Inc., Jeffrey Goldstein
and Kenneth Adamson

NOTICE OF HEARING OF DEFENDANTS'
MOTION FOR SANCTIONS - 3

00080586;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020