IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | ORDER ON THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT – RULE 56 |
| Impulse Marketing Group, Inc., Defendant | |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | **PROPOSED** |
| v. | |
| Emily Abbey, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED
NOV 1 3 2006
CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

)

1  The Court having considered Third Party Defendant's Motion for
2  Summary Judgment – said Order is hereby (granted) _____
3  (denied) _____. The complaint of Impulse Marketing Group versus
4  the undersigned is hereby (dismissed with prejudice)_____(not
5  dismissed)_____.
6
7  Dated this _____ day of _____, 2006/2007.
8
9  _____
10 JUDGE VAN SICKLE
11
12
13
                    Certificate of Service
14
   I, hereby, certify that on November 13, 2006, I filed this Order on Third
15 Party Defendant's Motion to for Summary Judgment with this Court. I
   have served Bob Siegel, Douglas McKinley, Peter J. Glantz, Sean A.
16 Moynihan, Floyd E. Ivey, James Gordon III, Jonathan Gordon, Emily
   Abbey, Bonnie Gordon, and Robert Pritchett by other means.
17
       *Emily H Abbey* (signature)
18 _____
19
20
21
22
23
24
25

2