```
                              FILED IN THE
                           U.S. DISTRICT COURT
                      EASTERN DISTRICT OF WASHINGTON

                              NOV 13 2006

                         JAMES R. LARSEN, CLERK
                                        DEPUTY
                          RICHLAND, WASHINGTON
```

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | NOTICE OF HEARING ON THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT – RULE 56 |
| Impulse Marketing Group, Inc., Defendant | |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | |
| v. | |
| Emily Abbey, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1. PLEASE TAKE NOTICE that the Third Party Defendant's Motion for
2. Summary Judgment will be heard on 11/27/06 at 6:30 pm, or as soon
3. thereafter as the Court deems appropriate, without oral argument.
4.
5. Emily Abbey, Pro Se
6. 1407 Second Avenue West, #608
7. Seattle, WA 98119
8. 206-217-0466
9.
10. EXECUTED this 13th day of November, 2006.
11. _____Emily H Abbey_____
12.
13.                Certificate of Service
14. I, hereby, certify that on November 13, 2006, I filed this Order on Third Party Defendant's Motion to for Summary Judgment with this Court. I
15. have served Bob Siegel, Douglas McKinley, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan
16. Gordon, Bonnie Gordon, and Robert Pritchett by other means.
17. _____Emily H Abbey_____
18.
19.
20.
21.
22.
23.
24.
25. 2