FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 13 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br> vs. <br> Impulse Marketing Group, Inc., <br> Defendant <br><br> Impulse Marketing Group, Inc., <br> Third-Party Plaintiff, <br> v. <br> Bonnie F. Gordon, Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> NOTICE OF HEARING ON THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT – RULE 56 |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1  PLEASE TAKE NOTICE that the Third Party Defendant's Motion for
2  Summary Judgment will be heard on 11/27/06 at 6:30 pm, or as soon
3  thereafter as the Court deems appropriate, without oral argument.
4
5  Bonnie F. Gordon, Pro Se
6  9804 Buckingham Drive
7  Pasco, WA 99301
8  509-210-1069
9
10  EXECUTED this 13th day of November, 2006.
11  *[signature]*
12
13  Certificate of Service
14  I, hereby, certify that on November 13, 2006, I filed this Order on Third Party Defendant's Motion to for Summary Judgment with this Court. I
15  have served Bob Siegel, Douglas McKinley, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan
16  Gordon, Emily Abbey, and Robert Pritchett by other means.
17  *[signature]*

2