IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | ORDER ON THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT – RULE 56 |
| Impulse Marketing Group, Inc., Defendant | |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | **PROPOSED** |
| v. | |
| James. S. Gordon III, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED
NOV 1 3 2006
CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1

1  The Court having considered Third Party Defendant's Motion for
2  Summary Judgment – said Order is hereby (granted) _____
3  (denied) _____. The complaint of Impulse Marketing Group versus
4  the undersigned is hereby (dismissed with prejudice)_____(not
5  dismissed)_____.

7  Dated this _____ day of _____, 2006/2007.

9  _____
10 JUDGE VAN SICKLE

Certificate of Service

I, hereby, certify that on November 13, 2006, I filed this Order on Third Party Defendant's Motion to for Summary Judgment with this Court. I have served Bob Siegel, Douglas McKinley, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, James Gordon III, Jonathan Gordon, Emily Abbey, Bonnie Gordon, and Robert Pritchett by other means.

*[signature]*