```
                                            FILED IN THE
                                         U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF WASHINGTON

                                            NOV 13 2006

                                       JAMES R. LARSEN, CLERK
                                       _____ DEPUTY
                                         RICHLAND, WASHINGTON
```

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br><br>vs.<br><br>Impulse Marketing Group, Inc.,<br><br>Defendant<br><br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>James S. Gordon III,<br><br>Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>**NOTICE OF HEARING ON THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT – RULE 56** |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1

1  PLEASE TAKE NOTICE that the Third Party Defendant's Motion for
2  Summary Judgment will be heard on 11/27/06 at 6:30 pm, or as soon
3  thereafter as the Court deems appropriate, without oral argument.
4
5  James S. Gordon III, Pro Se
6  9804 Buckingham Drive
7  Pasco, WA 99301
8  509-210-1069
9
10 EXECUTED this 13th day of November, 2006.
11 _____
12
13                     Certificate of Service
14 I, hereby, certify that on November 13, 2006, I filed this Order on Third
   Party Defendant's Motion to for Summary Judgment with this Court. I
15 have served Bob Siegel, Douglas McKinley, Peter J. Glantz, Sean A.
   Moynihan, Floyd E. Ivey, Jamila Gordon, Jonathan Gordon, Emily
16 Abbey, Bonnie Gordon, and Robert Pritchett by other means.
17 _____
18
19
20
21
22
23
24
25

2