FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 13 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | NOTICE OF HEARING ON THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT – RULE 56 |
| Impulse Marketing Group, Inc., Defendant | |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, | |
| v. | |
| Jamila E. Gordon, Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1

1   PLEASE TAKE NOTICE that the Third Party Defendant's Motion for

2   Summary Judgment will be heard on 11/27/06 at 6:30 pm, or as soon

3   thereafter as the Court deems appropriate, without oral argument.

4

5   Jamila Gordon, Pro Se

6   9804 Buckingham Drive

7   Pasco, WA 99301

8   509-210-1069

9

10  EXECUTED this 13th day of November, 2006.

11  _____

12

13                  Certificate of Service

14  I, hereby, certify that on November 13, 2006, I filed this Order on Third
    Party Defendant's Motion to for Summary Judgment with this Court. I
15  have served Bob Siegel, Douglas McKinley, Peter J. Glantz, Sean A.
    Moynihan, Floyd E. Ivey, James Gordon III, Jonathan Gordon, Emily
16  Abbey, Bonnie Gordon, and Robert Pritchett by other means.

17  _____

18

19

20

21

22

23

24

25

2