IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br> vs. <br> Impulse Marketing Group, Inc., <br> Defendant <br><br> Impulse Marketing Group, Inc., <br> Third-Party Plaintiff, <br> v. <br> Jonathan K. Gordon, <br> Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> ORDER ON THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT – RULE 56 <br><br> **PROPOSED** |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED

NOV 13 2006

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1

1  The Court having considered Third Party Defendant's Motion for
2  Summary Judgment – said Order is hereby (granted) _____
3  (denied) _____. The complaint of Impulse Marketing Group versus
4  the undersigned is hereby (dismissed with prejudice)_____(not
5  dismissed)_____.

6

7  Dated this _____ day of _____, 2006/2007.

8

9  _____
10 JUDGE VAN SICKLE

11

12

13
                         Certificate of Service
14
   I, hereby, certify that on November 13, 2006, I filed this Order on Third
15 Party Defendant's Motion to for Summary Judgment with this Court. I
   have served Bob Siegel, Douglas McKinley, Peter J. Glantz, Sean A.
16 Moynihan, Floyd E. Ivey, James Gordon III, Jonathan Gordon, Emily
   Abbey, Bonnie Gordon, and Robert Pritchett by other means.
17
   _____
18

19

20

21

22

23

24

25

2