1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN

9           DISTRICT OF WASHINGTON AT RICHLAND

10

11    James S. Gordon, Jr., Plaintiff,    )    Case No.: CV-04-5125-FVS
                                          )
12             vs.                        )    ORDER ON THIRD PARTY
                                          )    DEFENDANT'S MOTION FOR
13    Impulse Marketing Group, Inc.,      )    SUMMARY JUDGMENT – RULE
                                          )    56
14    Defendant                           )
                                          )
15                                        )
                                          )
16    Impulse Marketing Group, Inc.,      )
                                          )
17    Third-Party Plaintiff,              )
                                          )
18     v.                                 )
19
      Robert L Pritchett,
20
      Third-Party Defendant
21

22    ─────────────────────────────
      TO: Clerk of the Court
23
      AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff
24

25                                              RECEIVED

                                               NOV 1 3 2006

                                          CLERK, US DISTRICT COURT
1                                            RICHLAND, WASHINGTON

Dockets.Justia.com

1    The Court having considered Third Party Defendant's Motion for

2    Summary Judgment – said Order is hereby (granted) _____

3    (denied) _____. The complaint of Impulse Marketing Group versus

4    the undersigned is hereby (dismissed with prejudice)_____(not

5    dismissed)_____.

6

7    Dated this _____ day of _____, 2006/2007.

8

9    _____

10   JUDGE VAN SICKLE

11

12

13

14                        Certificate of Service

15   I, hereby, certify that on November 13, 2006, I filed this Order on Third
     Party Defendant's Motion to for Summary Judgment with this Court. I
16   have served Bob Siegel, Douglas McKinley, Peter J. Glantz, Sean A.
     Moynihan, Floyd E. Ivey, James Gordon III, Jonathan Gordon, Emily
17   Abbey, Bonnie Gordon, and Jamila Gordon by other means.

18   _____

19

20

21

22

23

24

25

     2