1   FLOYD E. IVEY
    Liebler, Ivey, Connor, Berry & St. Hilaire
2   P. O. Box 6125
    Kennewick, WA 99336-0125
3   509-735-3581
    Attorneys for Defendant
4   Impulse Marketing Group, Inc.
    and Third Party Plaintiff
5
    Klein, Zelman, Rothermel, & Dichter, L.L.P.
6   By:    Sean Moynihan, Esq.; Peter Glantz
    485 Madison Avenue
7   New York, New York 10022
    Telephone Number (212) 935-6020
8   Facsimile Number (212) 753-8101
    Attorneys for Defendant
9   Impulse Marketing Group, Inc.
    and Third Party Plaintiff
10
    Robert J. Siegel
11  1325 4th Ave. Suite 940
    Seattle, Wa. 98101-2509
12  Telephone: 206 624 9392
    Facsimile Number 206 624 0717
13  Attorney for Plaintiff

14

15              **UNITED STATES DISTRICT COURT FOR THE**

16                **EASTERN DISTRICT OF WASHINGTON**

17  JAMES S. GORDON, JR.,            )        No. CV-04-5125-FVS
                                     )
18            Plaintiff,             )        MOTION TO STRIKE THIRD
    vs.                              )        PARTY PLAINTIFFS' MOTIONS
19                                   )        FOR SUMMARY JUDGMENT
    IMPULSE MARKETING GROUP,         )
20  INC.,                            )        WITHOUT  ORAL ARGUMENT
                                     )
21            Defendant             )
    _____)
22                                   )
    IMPULSE MARKETING GROUP,         )
23  INC.,                            )
                                     )
24         Third-Party Plaintiff,    )
    vs.                              )
25                                   )
    BONNIE GORDON, et al.,           )
26                                   )
          Third-Party Defendants.    )
27

28

Motion to Strike Third Party Defendants' Motions for Summary          LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Judgment and for Sanctions                                                        Attorneys at Law
Page 1 of 3                                                                         P.O. Box 6125
                                                                        Kennewick, Washington 99336-0125
                                                                                  (509) 735-3581

Dockets.Justia.com

Defendant and Third Party Plaintiff now Moves to Strike the Motions for

Summary Judgment filed by Third Party Defendants Bonnie Gordon, Jonathan

Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon

on November 14, 2006 and noted for hearing November 27, 2006.  This Motion is

supported by Defendant's Memorandum Supporting Motion to Strike and the

Declaration of Floyd E. Ivey in Support of Motion to Strike.

DATED this 15th day of   November, 2006.
S/FLOYD E. IVEY
_____

Liebler, Ivey, Conner, Berry &
St. Hilaire
By:    Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, Washington 99336
Local Counsel for Defendant
          Impulse Marketing Group, Inc.


S/FLOYD E. IVEY for SEAN
MOYNIHAN, PETER GLANTZ and
STACY WOLERY
_____

Sean A. Moynihan
Peter J. Glantz
Stacy Wolery
Klein, Zelman, Rothermel & Dichter,
LLP
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020
(212) 753-8101 (fax)

1
2
3
4
5
6

I hereby certify that on November 15, 2006, I electronically filed DEFENDANT AND THIRD PARTY PLAINTIFF'S MOTION TO STRIKE THIRD PARTY DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert J. Siegel, Peter J. Glantz, Stacy Wolery and Sean A. Moynihan.  I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

7
8
9
10
11

S/ FLOYD E. IVEY

FLOYD E. IVEY

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28