1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz; Stacy Wolery
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   Robert J. Siegel
11 1325 4th Ave. Suite 940
   Seattle, Wa. 98101-2509
12 Telephone: 206 624 9392
   Facsimile Number 206 624 0717
13 Attorney for Plaintiff

14

15             **UNITED STATES DISTRICT COURT FOR THE**

16                **EASTERN DISTRICT OF WASHINGTON**

17  JAMES S. GORDON, JR.,                 )   No. CV-04-5125-FVS
                                          )
18         Plaintiff,                     )   MEMORANDUM IN SUPPORT OF
    vs.                                   )   DEFENDANT'S MOTION TO
19                                        )   STRIKE THIRD PARTY
    IMPULSE MARKETING GROUP,              )   PLAINTIFFS' MOTIONS FOR
20  INC.,                                 )   SUMMARY JUDGMENT
                                          )
21         Defendant                      )   WITHOUT  ORAL ARGUMENT
    _____       )
22                                        )
    IMPULSE MARKETING GROUP,              )
23  INC.,                                 )
                                          )
24       Third-Party Plaintiff,           )
    vs.                                   )
25                                        )
    BONNIE GORDON, et al.,                )
26                                        )
         Third-Party Defendants.          )
27

28

Memorandum Supporting Motion to Strike Third Party Defendants    LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Motions for Summary Judgment                                     Attorneys at Law
Page 1 of 3                                                      P.O. Box 6125
                                                                 Kennewick, Washington 99336-0125
                                                                 (509) 735-3581

Dockets.Justia.com

Defendant and Third Party Plaintiff now Moves to Strike the Motions for Summary Judgment filed by Third Party Defendants Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon. Mr. Pritchett's motion was personally served on Defendant on November 14, 2006 and was thus scheduled for hearing 14 days following service on the Defendant. The Motions of Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Emily Abbey and Jamila Gordon were served by mail post marked November 14, 2006 and thus were served 10 days before the hearing scheduled for November 27, 2006. The scheduling of said Motions for Summary Judgment is not in compliance with Local Rule 7.1(h).  Further, the Motions do not comply with Local Rule 56.1(a) and ( c).  While Fed. R. Civ. P. 11 Sanctions are not requested, Third Party Defendants' Motions for Summary Judgment are not in compliance with said rule. That is, the following violations of Rule 11 are noted: 1.) Re: Rule 11(a), the Motion of Third Party Defendant Jamila Gordon is signed by non-attorney James Gordon POA(Power of Attorney); 2.) Re: Rule 11(b)(1), the failure to comply with the Rules of Civil Procedure impose burdens on the Defendant and Third Party Plaintiff.

Defendant requests the Court to Strike the Motions for Summary Judgment.

DATED this 15th day of   November, 2006.

|  |  |
|---|---|
| 1 | S/FLOYD E. IVEY |
| 2 | _____ |
| 3 | Liebler, Ivey, Conner, Berry & St. Hilaire |
| 4 | By:   Floyd E. Ivey |
|   | 1141 N. Edison, Suite C |
| 5 | P.O. Box 6125 |
| 6 | Kennewick, Washington 99336 |
|   | Local Counsel for Defendant |
| 7 |    Impulse Marketing Group, Inc. |

S/FLOYD E. IVEY for SEAN MOYNIHAN, PETER GLANTZ and STACY WOLERY

_____
Sean A. Moynihan
Peter J. Glantz
Stacy Wolery
Klein, Zelman, Rothermel & Dichter, LLP
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020
(212) 753-8101 (fax)

   I hereby certify that on November 15, 2006, I electronically filed MEMORANDUM SUPPORTING DEFENDANT AND THIRD PARTY PLAINTIFF'S MOTION TO STRIKE THIRD PARTY DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert J. Siegel, Peter J. Glantz, Stacy Wolery and Sean A. Moynihan.  I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY    
FLOYD E. IVEY