1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

5  Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz; Stacy Wolery
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

10

11 Robert J. Siegel
   1325 4th Ave. Suite 940
   Seattle, Wa. 98101-2509
12 Telephone: 206 624 9392
   Facsimile Number 206 624 0717
13 Attorney for Plaintiff

14

15 **UNITED STATES DISTRICT COURT FOR THE**

16 **EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, | DECLARATION OF FLOYD E. IVEY IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE THIRD PARTY PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT |
| vs. | |
| IMPULSE MARKETING GROUP, INC., | |
| Defendant | WITHOUT ORAL ARGUMENT |
| IMPULSE MARKETING GROUP, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |

Declaration Supporting Motion to Strike Third Party Defendants
Motions for Summary Judgment
Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

I am local counsel for Defendant and Third Party Plaintiff.  On November 14, 2006, Third Party Defendant Mr. Pritchett delivered his Motion, Notice and proposed Order for Summary Judgment to this law office.  On November 15, 2006 the Motions, Notices and proposed Orders for Summary Judgment for Ms. Abbey, Ms. Jamila Gordon, Mrs. Bonnie Gordon, Mr. Jonathan Gordon and Mr. James Gordon III were received by U.S. Mail post marked November 14, 2006.  All motions were noted for hearing on November 27, 2006.  The pleadings submitted by Ms. Jamila Gordon are signed by Mr. James Gordon through Power of Attorney.  Mr. James Gordon is not an attorney.

The Motions are not noted for hearing in compliance with the Local Rules and do not comply with LR 56.1.

I certify and declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.  Signed this Day in Kennewick, Washington.

DATED this 15th day of   November, 2006.
S/FLOYD E. IVEY
_____
Liebler, Ivey, Conner, Berry &
St. Hilaire
By:   Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125

2

| | |
|---|---|
| 1 | Kennewick, Washington 99336 |
| 2 | Local Counsel for Defendant |
| 3 | Impulse Marketing Group, Inc. |

S/FLOYD E. IVEY for SEAN MOYNIHAN, PETER GLANTZ and STACY WOLERY

_____

Sean A. Moynihan

Peter J. Glantz

Stacy Wolery

Klein, Zelman, Rothermel & Dichter, LLP

485 Madison Avenue, 15th Floor

New York, New York 10022

(212) 935-6020

(212) 753-8101 (fax)

I hereby certify that on November 15, 2006, I electronically filed DECLARATION OF FLOYD E. IVEY SUPPORTING DEFENDANT AND THIRD PARTY PLAINTIFF'S MOTION TO STRIKE THIRD PARTY DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert J. Siegel, Peter J. Glantz, Stacy Wolery and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY

FLOYD E. IVEY