1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   Robert J. Siegel
11 1325 4th Ave. Suite 940
   Seattle, Wa. 98101-2509
12 Telephone: 206 624 9392
   Facsimile Number 206 624 0717
13 Attorney for Plaintiff

14

15            **UNITED STATES DISTRICT COURT FOR THE**

16            **EASTERN DISTRICT OF WASHINGTON**

17 | JAMES S. GORDON, JR.,              )        No. CV-04-5125-FVS
                                        )
18 |        Plaintiff,                  )        MOTION TO EXPEDITE
   | vs.                                )        DEFENDANT'S MOTION TO
19 |                                    )        STRIKE THIRD PARTY
   | IMPULSE MARKETING GROUP,           )        DEFENDANTS' MOTIONS FOR
20 | INC.,                              )        SUMMARY JUDGMENT
   |                                    )
21 |        Defendant                   )        Motion to Expedite Noted without Oral
   | _____    )        Argument for November 16, 2006 at
22 |                                    )        6:30 p.m.
   | IMPULSE MARKETING GROUP,           )
23 | INC.,                              )        WITHOUT  ORAL ARGUMENT
   |                                    )
24 |        Third-Party Plaintiff,      )
   | vs.                                )
25 |                                    )
   | BONNIE GORDON, et al.,             )
26 |                                    )
   |        Third-Party Defendants.     )
27

28

Motion to Expedite Defendant's Motion to Strike Third Party         LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Defendants' Motion for Summary Judgment                                        Attorneys at Law
Page 1 of 3                                                                      P.O. Box 6125
                                                                    Kennewick, Washington 99336-0125
                                                                            (509) 735-3581

1

2

3          Defendant and Third Party Plaintiff now Moves to Expedite the hearing,

4    without oral argument on November 16, 2006, of Defendant and Third Party

5    Plaintiff's Motion to Strike Third Party Defendants' Motions for Summary

6

7    Judgment which are set for hearing November 27, 2006.  This Motion is supported

8    by Defendant's Memorandum Supporting Defendant's Motion to Strike Third

9

     Party Defendants' Motion for Summary Judgment.

10

11                                          DATED this 15th day of November, 2006.
                                            S/FLOYD E. IVEY

12                                          _____

13                                          Liebler, Ivey, Conner, Berry &
                                            St. Hilaire

14                                          By:    Floyd E. Ivey
                                            1141 N. Edison, Suite C

15                                          P.O. Box 6125
                                            Kennewick, Washington 99336

16                                          Local Counsel for Defendant
                                                 Impulse Marketing Group, Inc.

17

18

19

20                                          S/FLOYD E. IVEY for SEAN
                                            MOYNIHAN, PETER GLANTZ and

21                                          STACY WOLERY

22                                          _____
                                            Sean A. Moynihan

23                                          Peter J. Glantz
                                            Stacy Wolery

24                                          Klein, Zelman, Rothermel & Dichter,

25                                          LLP
                                            485 Madison Avenue, 15th Floor

26                                          New York, New York 10022
                                            (212) 935-6020

27                                          (212) 753-8101 (fax)

28

1        I hereby certify that on May 12, 2006, I electronically filed DEFENDANT

2    AND THIRD PARTY PLAINTIFF'S MOTION TO EXPEDITE HEARING OF
     THIRD PARTY PLAINTIFF'S MOTION TO STRIKE THIRD PARTY

3    DEFENDANT MR. PRITCHETT'S MOTION FOR SUMMARY JUDGMENT

4    with the Clerk of the Court using the CM/ECF System which will send notification
     of such filing to Robert J. Siegel, Peter J. Glantz and Sean A. Moynihan.  I hereby

5    certify that I have served the foregoing to the following non-CM/ECF participants

6    by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert
     Pritchett, Emily Abbey and Jamila Gordon.

7

8

9

10                                      S/ FLOYD E. IVEY

11                                      FLOYD E. IVEY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28