1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   Robert J. Siegel
11 1325 4th Ave. Suite 940
   Seattle, Wa. 98101-2509
12 Telephone: 206 624 9392
   Facsimile Number 206 624 0717
13 Attorney for Plaintiff

14

15            **UNITED STATES DISTRICT COURT FOR THE**

16                **EASTERN DISTRICT OF WASHINGTON**

17 JAMES S. GORDON, JR., )              No. CV-04-5125-FVS
                         )
18         Plaintiff,    )              NOTICE OF HEARING OF MOTION
   vs.                   )              TO EXPEDITE DEFENDANT'S
19                       )              MOTION TO STRIKE THIRD
   IMPULSE MARKETING GROUP, )           PARTY DEFENDANT PRITCHETT'S
20 INC.,                 )              MOTION FOR SUMMARY
                         )              JUDGMENT
21         Defendant     )
   _____ )              Motion to Expedite Noted without Oral
22                       )              Argument for November 16, 2006 at
   IMPULSE MARKETING GROUP, )           6:30 p.m.
23 INC.,                 )
                         )              WITHOUT  ORAL ARGUMENT
24         Third-Party Plaintiff, )
   vs.                   )
25                       )
   BONNIE GORDON, et al.,)
26                       )
           Third-Party Defendants. )
27

28

Motion to Expedite Defendant's Motion to Strike Third Party
Defendants' Motion for Summary Judgment
Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

Defendant and Third Party Plaintiff now Notices for Hearing Defendant's Motion to Expedite the hearing, without oral argument on November 16, 2006, of Defendant and Third Party Plaintiff's Motion to Strike Third Party Defendants' Motions for Summary Judgment which are set for hearing November 27, 2006. This Motion is supported by Defendant's Memorandum Supporting Defendant's Motion to Strike Third Party Defendants' Motion for Summary Judgment.

DATED this 15th day of November, 2006.
S/FLOYD E. IVEY

_____
Liebler, Ivey, Conner, Berry & St. Hilaire
By:    Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, Washington 99336
Local Counsel for Defendant
    Impulse Marketing Group, Inc.


S/FLOYD E. IVEY for SEAN MOYNIHAN, PETER GLANTZ and STACY WOLERY

_____
Sean A. Moynihan
Peter J. Glantz
Stacy Wolery
Klein, Zelman, Rothermel & Dichter, LLP
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020
(212) 753-8101 (fax)

1  I hereby certify that on May 12, 2006, I electronically filed NOTICE OF
2  HEARING TO EXPEDITE HEARING OF DEFENDANT AND THIRD PARTY
   PLAINTIFF'S MOTION TO EXPEDITE HEARING OF THIRD PARTY
3  PLAINTIFF'S MOTION TO STRIKE THIRD PARTY DEFENDANTS'
4  MOTIONS FOR SUMMARY JUDGMENT with the Clerk of the Court using the
   CM/ECF System which will send notification of such filing to Robert J. Siegel,
5  Peter J. Glantz and Sean A. Moynihan.  I hereby certify that I have served the
6  foregoing to the following non-CM/ECF participants by other means: Bonnie
   Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey
7  and Jamila Gordon.
8
9
10
11             S/ FLOYD E. IVEY
12             FLOYD E. IVEY