FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Klein, Zelman, Rothermel, & Dichter, L.L.P.
By:   Sean Moynihan, Esq.; Peter Glantz
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Robert J. Siegel
1325 4th Ave. Suite 940
Seattle, Wa. 98101-2509
Telephone: 206 624 9392
Facsimile Number 206 624 0717
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., <br><br> Plaintiff, <br> vs. <br><br> IMPULSE MARKETING GROUP, INC., <br><br> Defendant <br> _____ <br> IMPULSE MARKETING GROUP, INC., <br><br>   Third-Party Plaintiff, <br> vs. <br><br> BONNIE GORDON, et al., <br><br>   Third-Party Defendants. | No. CV-04-5125-FVS <br><br> NOTICE OF HEARING OF MOTION TO STRIKE THIRD PARTY DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT <br><br> Motion to Expedite Noted without Oral Argument for November 16, 2006 at 6:30 p.m. <br><br> WITHOUT  ORAL ARGUMENT |

Notice of Hearing of Defendant's Motion to Strike Third Party
Defendants' Motion for Summary Judgment
Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

Defendant and Third Party Plaintiff now Notices for Hearing Defendant's Motion Strike Third Party Defendants' Motions for Summary Judgment, without oral argument on November 16, 2006.

DATED this 15th day of November, 2006.
S/FLOYD E. IVEY

_____
Liebler, Ivey, Conner, Berry & St. Hilaire
By:    Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, Washington 99336
Local Counsel for Defendant
    Impulse Marketing Group, Inc.


S/FLOYD E. IVEY for SEAN MOYNIHAN, PETER GLANTZ and STACY WOLERY

_____
Sean A. Moynihan
Peter J. Glantz
Stacy Wolery
Klein, Zelman, Rothermel & Dichter, LLP
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020
(212) 753-8101 (fax)

I hereby certify that on May 12, 2006, I electronically filed NOTICE OF HEARING OF DEFENDANT AND THIRD PARTY PLAINTIFF'S MOTION TO TO STRIKE THIRD PARTY DEFENDANTS' MOTIONS FOR SUMMARY

1  JUDGMENT with the Clerk of the Court using the CM/ECF System which will
2  send notification of such filing to Robert J. Siegel, Peter J. Glantz and Sean A.
   Moynihan. I hereby certify that I have served the foregoing to the following non-
3  CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S.
4  Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

            S/ FLOYD E. IVEY

            FLOYD E. IVEY