ROBERT J. SIEGEL
Attorney At Law
1325 Fourth Avenue
Suite 940
Seattle, WA 98101
(206) 624-9410

THE HON. FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., <br><br> Plaintiff, <br><br> v. <br><br> IMPULSE MARKETING GROUP, INC., <br><br> Defendant. | NO. CV-04-5125-FVS <br><br> **RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS** <br><br> [HEARING: DECEMBER 11, 2006] |

Plaintiff respectfully responds as follows to Defendants' Motion For Sanctions:

**1.    Defendant's Motion Is Not Well Founded.**    As part of their ongoing scorched earth litigation tactics, Defendants bring this Motion in an attempt to intimidate and disparage Plaintiff.   Defendants' Motion is nothing but a tempest in a teapot.  Defendants complain about conduct by Plaintiff which the Defendants themselves had requested, and which does not prejudice Defendants in the slightest.

RESPONSE TO DEFENDANT'S
SECOND MOTION TO COMPEL - 1

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392 FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

Dockets.Justia.com

The sequence of relevant acts about which Defendants complain are as follows:

 a. Plaintiff moves for leave to file an amended complaint;

 b. This Court grants Plaintiff's motion in part;

 c. Plaintiff files his First Amended Complaint ("FAC"), but inadvertently and erroneously includes a "d/b/a" designation in the caption for Plaintiff (a mere scrivener's error);

 d. The Defendant files a Motion To Dismiss, disingenuously complaining that the use of the d/b/a somehow added an additional Plaintiff and complaining of other inconsequential technical deficiencies in the FAC;

 e. In an attempt to expeditiously remedy these harmless errors <u>AND prior to Defendants having answered the FAC</u>, Plaintiff files a Second Amended Complaint ("SAC") removing the "dba" language the Defendant apparently found to be so offensive, and also making some other minor revisions in a good faith attempt to address the inconsequential pleading errors alleged by Defendants (Both the FAC and the SAC are attached hereto as **Exhibit "A"** with the revisions highlighted for the Court's convenience and comparison);

 f. Defendants then shift ground, and begin to complain that Plaintiff failed to move the Court for leave to file the SAC, and threaten Plaintiff with sanctions for failing to file a motion for leave to amend;

 g. In response to these new complaints, the Plaintiff again accedes to the Defendant's complaints, and files a motion for leave to

RESPONSE TO DEFENDANT'S
SECOND MOTION TO COMPEL - 2

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

2

file the Plaintiff's SAC, which is now pending before this Court;

h. Defendants apparently care nothing that Plaintiff, by attempting to cure the minor deficiencies in the SAC, did exactly what the Defendant had asked them to do. Rather, Defendants would prefer to seize on these minor, and inconsequential grievances, and use them in an attempt to disparage Plaintiff before this Court, as they proceed to file this baseless Motion seeking sanctions.

2. **Plaintiff's SAC Is Well Grounded In Fact, Has A Colorable Basis In Law, And Was Not Filed For An Improper Purpose.**

Defendants attempt to characterize the above conduct by Plaintiff as something egregious and "vexatious", warranting the imposition of severe sanctions under FRCP 11. However, nothing could be further from the truth. Plaintiff trusts that this Court, viewing the record herein, will see that if Plaintiff is guilty of anything, it is merely of attempting to expeditiously and efficiently respond to and remedy the inconsequential pleading issues raised by Defendants. Notwithstanding its precise technical correctness, to characterize such conduct as "vexatious", and rising to the level of sanctionable conduct is simply nonsensical, and plainly exposes Defendants' true motives. That is, scorched earth tactics used by defense counsel employed by a wealthy client (which has insurance coverage in place), with an obvious carte blanc to wage a war of attrition, to use every tool at their disposal to intimidate and harass

RESPONSE TO DEFENDANT'S
SECOND MOTION TO COMPEL - 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392 FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

3

Plaintiff. Such conduct is wholly consistent with bringing baseless countersuits against Plaintiff's family members and friends, thereby senselessly increasing their own legal costs.

In any event, as this Court has already denied Defendants' first motion to dismiss, the Court has implicitly found that Plaintiff's complaint was well-grounded in fact, and had a colorable basis in the law. And, as neither Plaintiff's FAC nor his SAC substantially changed the allegations in the original complaint, it cannot be reasonably argued that either of the subsequent complaints were filed for an improper purpose, or in "bad faith". Defendants are simply wrong, and their true motives are exposed in bringing this Motion.

**RESPECTFULLY SUBMITTED** this 17th day of November, 2006.

**MERKLE SIEGEL & FRIEDRICHSEN, P.C.**

/s/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiff

RESPONSE TO DEFENDANT'S
SECOND MOTION TO COMPEL - 4

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

**Certificate of Service**

I, hereby, certify that on November 17, 2006, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to Floyd Ivey.

_____
Adana Lloyd

RESPONSE TO DEFENDANT'S
SECOND MOTION TO COMPEL - 5

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC