Liebler, Ivey, Conner, Berry & St. Hilaire  
By: Floyd E. Ivey  
1141 N. Edison, Suite C  
P.O. Box 6125  
Kennewick, WA 99336  
*Local Counsel for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson*

Klein, Zelman, Rothermel & Dichter, L.L.P.  
By: Sean A. Moynihan & Peter J. Glantz  
485 Madison Avenue, 15th Floor  
New York, NY 10022  
(212) 935-6020  
*Attorneys for Defendant Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson*

Hon. Fred Van Sickle

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson,<br><br>Defendants.<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon,<br><br>Third-Party Defendants. | Case No.: CV-04-5125-FVS<br><br>REPLY DECLARATION OF SEAN A. MOYNIHAN, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS |

Sean A. Moynihan, an attorney and counselor at law duly licensed in the State of New York, now declares:

---

REPLY DECLARATION OF SEAN A. MOYNIHAN, ESQ.  
IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS- 1  
00081522:1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.  
485 MADISON AVE., 15TH FL., NEW YORK, NY 10022

1.   I am a partner with the law firm of Klein, Zelman, Rothermel & Dichter, L.L.P., counsel for Defendants Impulse Marketing Group, Inc. ("Impulse"), Jeffrey Goldstein ("Goldstein") and Kenneth Adamson ("Adamson") (collectively, "Defendants") in the above-captioned action. I submit this reply declaration in support of Defendants' Motion for Sanctions. Except as to matters alleged below as being upon information and belief, I am fully and personally familiar with the facts and circumstances set forth herein.

2.   On or about March 29, 2006, Plaintiff filed a motion seeking leave to file a first amended complaint.

3.   On or about May 2, 2006, this Court granted in part and denied in part Plaintiff's motion to amend his original complaint. In particular, the order denied Plaintiff's request to add new plaintiffs to the action.

4.   On or about June 13, 2006, Plaintiff filed his First Amended Complaint, and, in direct contradiction to the Court's Order, counsel surreptitiously added "dba Gordonworks.com" as a plaintiff in the action.

5.   On or about August 31, 2006, Defendants moved to dismiss Plaintiff's First Amended Complaint on several grounds including, but not limited to, the unauthorized amendment of the original complaint, lack of jurisdiction and failure to state a claim upon which relief could be granted. In addition, Defendants concurrently moved in the alternative for a more definite statement.

6.   On or about September 11, 2006, Plaintiff filed a memorandum in response to Defendants' motion to dismiss the First Amended Complaint. Simultaneously, therewith, and again without leave of Court, Plaintiff filed an unauthorized Second Amended Complaint. The Second Amended Complaint changed the caption yet again and made substantial material revisions to Plaintiff's factual allegations and causes of action.

7. On or about September 13, 2006, Defendants filed an objection to the unauthorized Second Amended Complaint and returned the rejected pleading to Plaintiff's counsel.

8. The motion for sanctions and supporting papers were served on Robert J. Siegel, Esq. on October 4, 2006, more than 21 days ago.

9. On or about November 7, 2006, Defendants again wrote to Plaintiff's counsel demanding that the unauthorized pleading be withdrawn from the record.

10. To date, Plaintiff's counsel has failed/refused to withdraw the offending pleading, which remains on file with the Court.

11. As a result of the filing of this unauthorized pleading and Plaintiff's pattern of misconduct, Defendants have incurred substantial legal expenses.

DATED this 27th day of November, 2006.

_____
Sean A. Moynihan

<u>Certificate of Service</u>

1. I, hereby, certify that on November 27, 2006, I electronically filed this pleading with
2. this Court. The Clerk of the Court will provide electronic notification using the
3. CM/ECF system, which will send an electronic copy of the Reply Declaration of Sean
4. A. Moynihan, Esq. in Support of Defendants' Motion for Sanctions to: Robert J.
5. Siegel and Sean Moynihan. I hereby certify that I have served the forgoing to the
6. following non-CM/ECF participants by other means: Bonnie Gordon; Jonathan
7. Gordon; James S. Gordon, III; Robert Pritchett; Jamila Gordon; Emily Abbey and
8. Hon. Harold D. Clarke, Jr.

_____
Floyd Ivey, Esq.
Attorney for Defendants Impulse
Marketing Group, Inc., Jeffrey Goldstein
and Kenneth Adamson

REPLY DECLARATION OF SEAN A. MOYNIHAN, ESQ.         KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS- 4    485 MADISON AVE., 15TH FL., NEW YORK, NY 10022
00081522.1