Liebler, Ivey, Conner, Berry & St. Hilaire                    Hon. Fred Van Sickle
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
*Local Counsel for Defendants Impulse*
*Marketing Group, Inc., Jeffrey Goldstein,*
*Kenneth Adamson and Phillip Huston*

Klein, Zelman, Rothermel & Dichter, L.L.P.
By: Sean A. Moynihan
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
*Attorneys for Defendants Impulse*
*Marketing Group, Inc., Jeffrey Goldstein,*
*Kenneth Adamson and Phillip Huston*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT RICHLAND

James S. Gordon, Jr.,                          )   Case No.: CV-04-5125-FVS
                                               )
             Plaintiff,                        )   DEFENDANT HUSTON'S
                                               )   MOTION TO DISMISS THE FIRST
        v.                                     )   AMENDED COMPLAINT
                                               )   PURSUANT TO FED. R. CIV. P.
Impulse Marketing Group, Inc.,                 )   12(b)(1), (2) AND (6) OR, IN THE
Jeffrey Goldstein, Phillip Huston,             )   ALTERNATIVE, FOR A MORE
and Kenneth Adamson,                           )   DEFINITE STATEMENT
                                               )   PURSUANT TO FED. R. CIV. P. 12(e)
             Defendants.                       )
_____        )
                                               )
Impulse Marketing Group, Inc.,                 )
                                               )
             Third-Party Plaintiff,            )
                                               )
        v.                                     )
                                               )
Bonnie F. Gordon, Jamila Gordon,               )
James Gordon, III, and Jonathan                )
Gordon,                                        )
             Third-Party Defendants.           )
_____        )

Defendant Phillip Huston ("Huston"), by and through his counsel, Klein,

Zelman, Rothermel & Dichter, L.L.P., now moves for dismissal of the First Amended

DEFENDANT HUSTON'S MOTION TO DISMISS OR,              KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
IN THE ALTERNATIVE, FOR A MORE                        485 MADISON AVENUE, 15TH FLOOR
DEFINITE STATEMENT - 1                                NEW YORK, NEW YORK 10022
00082059;1                                            (212) 935-6020

1   Complaint pursuant to Fed. R. Civ. P. 12(b)(1), (2) and (6) or, in the alternative, for a

2   more definite statement pursuant to Fed. R. Civ. P. 12(e).  This motion is based upon

3   the Declarations of Sean A. Moynihan, Esq., and Phillip Huston in Support of

4   Defendant Huston's Motion to Dismiss Plaintiff's First Amended Complaint or, in the

5   Alternative, for a More Definite Statement and the Memorandum of Law in Support

6   of Defendant Huston's Motion to Dismiss Plaintiff's First Amended Complaint or, in

7   the Alternative, for a More Definite Statement.

        DATED this 2nd day of January, 2007.

8

9

10                          KLEIN, ZELMAN, ROTHERMEL
                            & DICHTER, L.L.P.
11

12                          By:_____
                               Sean A. Moynihan, admitted *pro hac vice*
13                             Attorneys for Defendants Impulse Marketing
                               Group, Inc., Jeffrey Goldstein and Kenneth
14                             Adamson

15
                            LIEBLER, CONNOR, IVEY, BERRY
16                          & ST. HILAIRE

17
                            By:_____
18                             Floyd E. Ivey
                               Local Counsel for Defendants Impulse
19                             Marketing Group, Inc., Jeffrey Goldstein and
                               Kenneth Adamson

20

21

22

23

24

25

26

27   DEFENDANT HUSTON'S MOTION TO DISMISS OR,           KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
     IN THE ALTERNATIVE, FOR A MORE                     485 MADISON AVENUE, 15TH FLOOR
     DEFINITE STATEMENT - 2                             NEW YORK, NEW YORK 10022
28   00082059;1                                         (212) 935-6020