Liebler, Ivey, Conner, Berry & St. Hilaire
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
*Local Counsel for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, Kenneth Adamson and Phillip Huston*

Klein, Zelman, Rothermel & Dichter, L.L.P.
By: Sean A. Moynihan
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
*Attorneys for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, Kenneth Adamson and Phillip Huston*

Hon. Fred Van Sickle

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson,<br><br>Defendants.<br><hr>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon,<br><br>Third-Party Defendants. | Case No.: CV-04-5125-FVS<br><br>[PROPOSED] ORDER DISMISSING FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(1), (2) & (6) OR, IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT UNDER FED. R. CIV. P. 12(e) |

THIS MATTER comes before the Court on the Motion to Dismiss the First Amended Complaint Under Fed. R. Civ. 12(b)(1), (2) and (6) or, in the Alternative, for

---

PROPOSED ORDER, DEFENDANT HUSTON'S MOTION
TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE
DEFINITE STATEMENT - 1
00082064;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

a More Definite Statement Under Fed. R. Civ. P. 12(e) filed by Defendant Phillip Huston ("Huston"), the Court hereby finds as follows:

1. The Plaintiff failed to comply with this Court's order denying his request to add new plaintiffs to the action.

2. The Plaintiff lacks standing to assert any causes of action on behalf of unregistered d/b/a Gordonworks.com.

3. The Plaintiff, an individual, lacks standing to assert the matters complained of in his First Cause of Action.

4.. The Plaintiff, an individual, is neither an "interactive computer service" as defined in RCW § 19.190, *et seq.*, nor an "internet access service" as defined in 15 U.S.C. § 7701, *et seq*, and therefore lacks standing as an interactive computer service or internet access service to assert the matters complained of in his First and Second Causes of Action.

5. After due deliberation, this Court has determined that it lacks jurisdiction over the person of Phillip Huston.

6. After due deliberation, this Court has determined that the First Amended Complaint fails to state a claim on which relief may be granted.

WHEREFORE, it is hereby ORDERED that:

a. The motion to dismiss is GRANTED.

b. The clerk will enter a judgment dismissing this action with prejudice and awarding Defendant his costs.

DATED this ____ day of _____, 2007.

_____
Hon. Fred Van Sickle
United States District Court Judge

PROPOSED ORDER, DEFENDANT HUSTON'S MOTION
TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE
DEFINITE STATEMENT - 2
00082064;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020