| | |
|---|---|
| Liebler, Ivey, Conner, Berry & St. Hilaire<br>By: Floyd E. Ivey<br>1141 N. Edison, Suite C<br>P.O. Box 6125<br>Kennewick, WA 99336<br>*Local Counsel for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, Kenneth Adamson and Phillip Huston* | Hon. Fred Van Sickle |
| Klein, Zelman, Rothermel & Dichter, L.L.P.<br>By: Sean A. Moynihan<br>485 Madison Avenue, 15th Floor<br>New York, NY 10022<br>(212) 935-6020<br>*Attorneys for Defendant Impulse Marketing Group, Inc., Jeffrey Goldstein, Kenneth Adamson and Phillip Huston* | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br>　　Plaintiff,<br>v.<br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson,<br>　　Defendants. | Case No.: CV-04-5125-FVS<br><br>DECLARATION OF PHILLIP HUSTON IN SUPPORT OF HIS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT |
| Impulse Marketing Group, Inc.,<br>　　Third-Party Plaintiff,<br>v.<br>Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon,<br>　　Third-Party Defendants. | |

I, Phillip Huston, hereby declare, under penalty of perjury, as follows:

1. I am a defendant in the above-entitled action.

00082107;1

2.    I am a citizen of the United States and am over the age of eighteen. I have personal knowledge of the facts set forth in this declaration.

3.    I am a resident of the State of Nevada. I am not now, nor have I ever been, a resident of the State of Washington.

4.    I do not personally conduct business in the State of Washington, and I have never visited the State of Washington.

5.    I do not own property in the State of Washington, nor do I have any business or personal bank accounts within the State of Washington.

6.    I have not personally sent email messages to James S. Gordon, Jr. ("Gordon") or to Gordonworks.com, and no email messages were sent to Gordon or Gordonworks.com on my behalf.

7.    I ceased employment with Impulse Marketing Group, Inc. in or around the end of March 2005.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

DATED this 2nd day of January, 2007.

_____
Phillip Huston

00082107;1