```
 1  Liebler, Ivey, Conner, Berry & St. Hilaire          Hon. Fred Van Sickle
    By: Floyd E. Ivey
 2  1141 N. Edison, Suite C
    P.O. Box 6125
 3  Kennewick, WA 99336
    Local Counsel for Defendants Impulse
 4  Marketing Group, Inc., Jeffrey Goldstein,
    Kenneth Adamson and Phillip Huston
 5
    Klein, Zelman, Rothermel & Dichter, L.L.P.
 6  By: Sean A. Moynihan
    485 Madison Avenue, 15th Floor
 7  New York, NY 10022
    (212) 935-6020
 8  Attorneys for Defendant Impulse
    Marketing Group, Inc., Jeffrey Goldstein,
 9  Kenneth Adamson and Phillip Huston
10
11          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF WASHINGTON
12                    AT RICHLAND
13  James S. Gordon, Jr.,              )  Case No.: CV-04-5125-FVS
                                       )
14        Plaintiff,                   )
                                       )  NOTICE OF HEARING
15        v.                           )
                                       )  Date: February 5, 2007
16  Impulse Marketing Group, Inc.,     )
    Jeffrey Goldstein, Phillip Huston, )  WITHOUT ORAL ARGUMENT
17  and Kenneth Adamson,               )
                                       )
18        Defendants.                  )
                                       )
19  _____)
                                       )
20  Impulse Marketing Group, Inc.,     )
                                       )
21        Third-Party Plaintiff,       )
                                       )
22        v.                           )
                                       )
23  Bonnie F. Gordon, Jamila Gordon,   )
    James Gordon, III, and Jonathan    )
24  Gordon,                            )
          Third-Party Defendants.      )
25  _____)
```

PLEASE TAKE NOTICE that the Defendant Huston's Motion to Dismiss the First Amended Complaint Pursuant to Fed R. Civ. P. 12(b)(1), (2) and (6) or, in the

NOTICE OF HEARING OF DEFENDANT HUSTON'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT - 1
00082098;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

Alternative, for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) is to be heard on February 5, 2007, or as soon thereafter as the Court deems appropriate.

DATED this 2nd day of January, 2007.

KLEIN, ZELMAN, ROTHERMEL
& DICHTER, L.L.P.

By: _____
Sean A. Moynihan, admitted *pro hac vice*
Attorneys for Defendants Impulse Marketing
Group, Inc., Jeffrey Goldstein, Kenneth
Adamson and Phillip Huston

LIEBLER, CONNOR, IVEY, BERRY
& ST. HILAIRE

By: _____
Floyd E. Ivey
Local Counsel for Defendants Impulse
Marketing Group, Inc., Jeffrey Goldstein,
Kenneth Adamson and Phillip Huston

NOTICE OF HEARING OF DEFENDANT HUSTON'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT - 2
00082098;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020