1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

5  Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

10
   ROBERT SIEGEL
11 Attorney At Law
   1325 Fourth Avenue, Suite 940
12 Seattle, WA 98101-2509
   Attorney for Plaintiff
13

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., ) | No. CV-04-5125-FVS |
| Plaintiff, ) | |
| vs. ) | DEFENDANT HUSTON'S CERTIFICATE OF FILING ON JANUARY 2, 2007 RE: MOTION TO DISMISS |
| IMPULSE MARKETING GROUP, ) INC., ) | |
| Defendant ) | |
| _____ ) | |
| IMPULSE MARKETING GROUP, ) INC., ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| BONNIE GORDON, et al., ) | |
| Third-Party Defendants. ) | |

Certification of Service re: Defendant Huston's Motion to Dismiss
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

# DEFENDANT'S CERTIFICATE OF FILING RE: DEFENDANT HUSTON'S MOTION TO DISMISS

I hereby certify that on January 2, 2007, I electronically filed the following:

1. Defendant Huston's Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1),and (6) or, in the Alterative, for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e);

2. Memorandum of Law in Support of Defendant Huston's Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1),and (6) or, in the Alterative, for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e);

3. Notice of Hearing Date: February 5, 2007 WITHOUT ORAL ARGUMENT;

4. Declaration of Phillip Huston in Support of His Motion to Dismiss or, in the Alternative, for a More Definite Statement;

5. Declaration of Sean Moynihan, Esq., in Support of Defendant Huston's Motion to Dismiss or, in the Alterative, for a More Definite Statement;

6. [Proposed] Order Dismissing First Amended Complaint Under Fed. R. Civ. P. 12(b)(1),and (6) or, in the Alterative, for a More Definite Statement Under Fed. R. Civ. P. 12(e);

with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

                S/ FLOYD E. IVEY  
                FLOYD E. IVEY  
                WSBA #6888  
                Attorneys for Defendant

Certification of Service re: Defendant Huston's Motion to Dismiss  
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE  
Attorneys at Law  
P.O. Box 6125  
Kennewick, Washington 99336-0125  
(509) 735-3581