**United States District Court**
**Eastern District of Washington Richland**

| | | |
|---|---|---|
| **James S. Gordon Jr.** | PLAINTIFF(S) | CASE NO: **CV04-5125 FVS** |
| vs. | | |
| **Impulse Marketing Group Inc.** | DEFENDANT(S) | **AFFIDAVIT OF SERVICE** |

STATE OF NEVADA
COUNTY OF CLARK

Jim Baker, being first duly sworn, deposes and says: That affiant is, and was a citizen of the United States, over 18 years of age, and not a party to, nor interested in the proceeding in which this affidavit is made. That affiant received copies of the Summons and First Amended Complaint, on November 1, 2006 and served the same on November 2, 2006 at 12:00 PM, in the following manner:

By serving Philip Huston by personally delivering and leaving a copy with Rhonda Huston, Wife, a person of suitable age and discretion residing at Philip Huston's usual place of abode.

Said service was effected at: 1583 Deer Meadow, Henderson, NV 89012.

Jim Baker, Process Server
License No: 999A

SUBSCRIBED AND SWORN TO before me today Friday, November 3, 2006.

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
PAMELA DUDLEY
Appt. No 04-90439-1
My Appt. Expires July 22, 2008

**Legal Express**
911 S. 1st St.
Las Vegas, NV, 89101
(702) 877-0200 , (702) 384-8170 Fax
mailto:legex@aol.com
License No(s): 999/999A

Service Fees: $41.35

Prepared for:
Merkle Siegel & Friedrichsen
1325 Fourth Ave
Suite 940
Seattle, WA 98101
*Legex Slip # 49397-Adana/Pd$41.35 #7171*

dockets.Justia.com