ROBERT J. SIEGEL
Attorney At Law
1325 Fourth Avenue
Suite 940
Seattle, WA 98101
(206) 624-9410

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.,<br><br>          Plaintiff,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., ET AL.<br>          Defendants | NO. CV-04-5125-FVS<br><br>**OBJECTION TO MOTION**<br><br>[WITHOUT ORAL ARGUMENT]<br>[HEARING: FEB. 5, 2007] |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Sean Moynihan, Attorneys for Defendants.

Objection is made to Defendant Philip Huston's Motion to Dismiss, dated and served on Plaintiff January 2, 2007, on the ground that the motion is premature and substantially duplicative of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. Currently pending before the Court are the Plaintiff's motion for leave of the Court to file the Plaintiff's Second Amended Complaint

- 1

**MERKLE SIEGEL & FRIEDRICHSEN, P.C.**
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392 FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

and Defendant Impulse Marketing Group Inc.'s (IMG) Motion to Dismiss Plaintiff's First Amended Complaint. Defendant Philip Huston's Motion to Dismiss is premature because until the Court decides the Plaintiff's motion for leave, it is unclear which complaint is operative in the case. Forcing the Court and the Plaintiff to respond to a motion to dismiss a complaint that will likely be inoperative by virtue of a pending motion is a waste of judicial resources. Defendant Philip Huston's Motion to Dismiss is also duplicative because it simply re-alleges the basis for dismissal set forth in the Defendant Impulse Marketing Group Inc.'s (IMG) Motion to Dismiss Plaintiff's First Amended Complaint. Forcing the Court and the Plaintiff to respond to a motion that is substantially duplicative of a pending motion is also a waste of judicial resources.

For the forgoing reasons, the Plaintiff respectfully requests that the Defendant voluntarily rescind its motion until such time as the Court has ruled on the Plaintiff's motion for leave to file the Plaintiff's Second Amended Complaint and Defendant Impulse Marketing Group Inc.'s (IMG) Motion to Dismiss Plaintiff's First Amended Complaint. Absent such voluntary rescission, the Plaintiff reserves the right to move the Court for sanctions under Fed. R. Civ. Pro. 11.

- 2

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

Dated: January 3, 2007

MERKLE, SIEGEL, & FRIEDRICHSEN

BY: /S/ ROBERT J. SIEGEL
ROBERT J. SIEGEL, WSBA #17312
Attorney for Plaintiff

## Certificate of Service

I, hereby, certify that on January 3, 2007, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to: Floyd E. Ivey, Sean Moynihan.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

- 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC