ROBERT J. SIEGEL
Attorney At Law
1325 Fourth Avenue
Suite 940
Seattle, WA 98101
(206) 624-9410

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.,<br><br>                **Plaintiff,**<br>v.<br><br>IMPULSE MARKETING GROUP, INC.,<br>                **Defendant,** | NO. CV-04-5125-FVS<br><br>**PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE**<br><br>WITHOUT ORAL ARGUMENT |

Plaintiff moves the Court for an Order relieving Plaintiff from having to respond to Plaintiff's pending Motion to Dismiss Philip Huston until an Order is entered in Plaintiff's pending motion for leave of the Court to file the Plaintiff's Second Amended Complaint and Defendant Impulse Marketing Group Inc.'s (IMG) Motion to Dismiss Plaintiff's First Amended Complaint.

- 1

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

Dockets.Justia.com

1  Dated: January 4, 2007

2

3

4

5                                          MERKLE, SIEGEL, & FRIEDRICHSEN

6

7

8           BY: /S/ ROBERT J. SIEGEL
               ROBERT J. SIEGEL, WSBA #17312
9                                          Attorney for Plaintiff

10

11

12
## Certificate of Service
13

14  I, hereby, certify that on January 4, 2007, we filed this pleading with

15  this Court. The Clerk of the Court will provide electronic notification

16
    system using the CM/ECF, which will send an electronic copy of this
17

18  Notice to: Floyd E. Ivey, Sean Moynihan

19

20

21  /S/ Robert J. Siegel
    Robert J. Siegel, WSBA #17312
22  Attorneys for Plaintiffs

23

24

25

26

- 2

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC