ROBERT J. SIEGEL
Attorney At Law
1325 Fourth Avenue
Suite 940
Seattle, WA 98101
(206) 624-9410

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JAMES S. GORDON, JR.,**<br><br>     **Plaintiff,**<br>v.<br><br>**IMPULSE MARKETING GROUP, INC.,**<br><br>     **Defendant,** | NO. CV-04-5125-FVS<br><br>**ORDER ON PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE**<br>WITHOUT ORAL ARGUMENT<br><br>PROPOSED |

The Court having considered Plaintiff's Motion for Relief from Deadline, said Order is hereby (granted) _____ (denied) _____.

Dated this _____ day of _____, 2007.

_____
JUDGE VAN SICKLE

- 1

**MERKLE SIEGEL & FRIEDRICHSEN, P.C.**
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

## Certificate of Service

I, hereby, certify that on January 4, 2007, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to: Floyd E. Ivey.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

- 2

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC