MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, Washington 98101-2509
Phone (206)-624-9392
Fax (206) 624-0717

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Impulse Marketing Group, Inc.,<br>Defendant<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon,<br><br>Third-Party Defendants | NO. CV-04-5125-FVS<br><br>MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE<br><br>**[JURY DEMAND]** |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Sean Moynihan, Attorneys for Defendants.

Plaintiff, James S. Gordon, Jr., (Gordon) by and through his undersigned attorney, Robert J. Siegel, hereby moves the Court for an order relieving him from

NO. CV-05-5079-FVS
PLAINTIFF'S MOTION FOR LEAVE TO
FILE A SECOND AMENDED COMPLAINT

Page 1 of 5

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

responding to Defendants' Motion to Dismiss Philip Huston until an Order is entered in Defendants' pending Motion to Dismiss Plaintiff's First Amended Complaint.

## STATEMENT OF FACTS

1. In 2004, Gordon properly commenced this action against the Defendant Impulse Marketing Group, Inc. ("Impulse").

2. Impulse has appeared and defended the action. Discovery is ongoing.

3. Pursuant to an order of this Court granting Plaintiff leave; on June 13, 2006 Gordon filed his First Amended Complaint.

3. Impulse did not file an Answer to Plaintiff's First Amended Complaint, but instead brought a Motion To Dismiss which was filed on August 31, 2006.

5. As part of, and contemporaneously with Plaintiff's Response to Defendants' Motion To Dismiss the First Amended Complaint, Gordon filed a Second Amended Complaint, which sought to correct and clarify some of the issues about which Defendants complained in their Motion To Dismiss.

6. The Defendants then objected to the filing of the Second Amended Complaint.

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

7. Gordon then moved the Court for an Order granting Gordon leave to file Gordon's Second Amended Complaint.

## ARGUMENT

Defendant Philip Huston's Motion to Dismiss, dated and served on Plaintiff January 2, 2007, is premature because until the Court decides the Plaintiff's motion for leave to file an amended complaint, it is unclear which complaint is operative in the case. Accordingly, the Plaintiff cannot meaningfully respond to Defendant Huston's motion, because Plaintiff does not know which complaint the Court will ultimately use to determine if the complaint satisfies Rule 12(b)(6). While the Plaintiff is confident that the Court will ultimately rule to allow the Plaintiff's Second Amended Complaint to be entered, forcing the Court to rule on, and Plaintiff to respond to, a motion to dismiss in the interim is a waste of judicial resources because it requires both the Court and the Plaintiff to respond to the adequacy of a complaint that will likely be rendered moot by virtue of the Plaintiff's already pending motion to amend.

Defendant Philip Huston's Motion to Dismiss does contain some new grounds for dismissal that are specific to Defendant Philip Huston, but for the most part it simply re-alleges the basis for dismissal set forth in the Defendant Impulse

PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE

Page 3 of 5

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

Marketing Group Inc.'s (IMG) Motion to Dismiss Plaintiff's First Amended Complaint. As such, the Defendants have in effect filed two identical copies of the same motion. Forcing the Court and the Plaintiff to respond to the second version of a motion that is substantially duplicative of a pending motion is also a waste of judicial resources.

For the forgoing reasons, the Plaintiff respectfully requests that the Court relieve the Plaintiff from responding to the Defendant Philip Huston's pending Motion to Dismiss until an Order is entered in pending Plaintiff's pending motion for leave of the Court to file the Plaintiff's Second Amended Complaint, and an order is entered in Defendant Impulse Marketing Group Inc.'s (IMG) Motion to Dismiss Plaintiff's First Amended Complaint.

DATED this 4th day of January, 2007.

**MERKLE SIEGEL & FRIEDRICHSEN, P.C.**

/s/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE

Page 4 of 5

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

## Certificate of Service

I, hereby, certify that on January 4, 2007, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to: Floyd E. Ivey.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE

Page 5 of 5

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717