ROBERT J. SIEGEL
Attorney At Law
1325 Fourth Avenue
Suite 940
Seattle, WA 98101
(206) 624-9410

THE HON. FRED VANSICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

JAMES S. GORDON, JR.,

    Plaintiff,

v.

IMPULSE MARKETING GROUP, INC.,

    Defendant,

NO. CV-04-5125-FVS

**PLAINTIFF'S MOTION TO EXPEDITE PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE**

[WITHOUT ORAL ARGUMENT]

Plaintiff moves the Court to Expedite the hearing on Plaintiff's Motion for Relief from Deadline for hearing without Oral Argument on January 8, 2007.

Dated: January 4, 2007

- 1

**MERKLE SIEGEL & FRIEDRICHSEN, P.C.**
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

1
2
3          MERKLE, SIEGEL, & FRIEDRICHSEN, P.C.
4          BY: /S/ ROBERT J. SIEGEL
           ROBERT J. SIEGEL, WSBA #17312
5          Attorney for Plaintiff
6
7
8                    **Certificate of Service**

9  I, hereby, certify that on January 4, 2007, we filed this pleading with
10
11 this Court. The Clerk of the Court will provide electronic notification
12 system using the CM/ECF, which will send an electronic copy of this
13
14 Notice to: Floyd E. Ivey & Sean Moynihan
15
16 /S/ Robert J. Siegel
17 Robert J. Siegel, WSBA #17312
   Attorneys for Plaintiffs
18
19
20
21
22
23
24
25
26

- 2

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC