1  ROBERT J. SIEGEL
   Attorney At Law
2  1325 Fourth Avenue
   Suite 940
3  Seattle, WA 98101
   (206) 624-9410

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JAMES S. GORDON, JR.,** | NO. CV-04-5125-FVS |
| Plaintiff, | ORDER ON PLAINTIFF'S MOTION TO EXPEDITE PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE |
| v. | |
| **IMPULSE MARKETING GROUP, INC.,** | |
| Defendant, | WITHOUT ORAL ARGUMENT |

The Court having considered Plaintiff's Motion to Expedite Plaintiff's Motion for Relief from Deadline, said Order is hereby (granted) _____

(denied) _____.

Dated this _____ day of _____, 2007.

_____
JUDGE VAN SICKLE

- 1

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

## Certificate of Service

I, hereby, certify that on January 4, 2007, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to: Floyd E. Ivey.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

- 2

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC