MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, Washington 98101-2509
Phone (206)-624-9392
Fax (206) 624-0717

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Impulse Marketing Group, Inc.,<br>Defendant<br><br>Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon,<br><br>Third-Party Defendants | NO. CV-04-5125-FVS<br><br>NOTICE OF HEARING OF PLAINTIFF'S MOTION TO EXPEDITE MOTION FOR RELIEF FROM DEADLINE<br><br>[Jury Trial Demanded] |

PLEASE TAKE NOTICE that the Plaintiff's Motion to Expedite Motion for Relief from Deadline be heard on Monday, January 8, 2007 at 6:30 p.m., or as soon thereafter as the Court deems appropriate, without oral argument.

---

NO. CV-05-5079-FVS
NOTICE OF HEARING –MOTION TO EXPEDITE PLAINTIFF'S MOTION TO AMEND COMPLAINT

Page 1 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

1
2
3
4
5    RESPECTFULLY SUBMITTED, this 4th day of January, 2007.
6
7    MERKLE SIEGEL & FRIEDRICHSEN, P.C.
8
     /s/ Robert J. Siegel
9    Robert J. Siegel, WSBA #17312
     Attorneys for Plaintiffs
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  NO. CV-05-5079-FVS
NOTICE OF HEARING – PLAINTIFF'S
MOTION TO EXPEDITE

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717

## Certificate of Service

I hereby, certify that on January 4, 2007, I filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to:

Floyd E. Ivey.


/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
NOTICE OF HEARING – PLAINTIFF'S
MOTION TO EXPEDITE

Page 3 of 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-624-9392
Fax: 206-624-0717