1 FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
2 P. O. Box 6125
Kennewick, WA 99336-0125
3 509-735-3581
Attorneys for Defendant
4 Impulse Marketing Group, Inc.
and Third Party Plaintiff

5
Klein, Zelman, Rothermel, & Dichter, L.L.P.
6 By:   Sean Moynihan, Esq.; Peter Glantz
485 Madison Avenue
7 New York, New York 10022
Telephone Number (212) 935-6020
8 Facsimile Number (212) 753-8101
Attorneys for Defendant
9 Impulse Marketing Group, Inc.
and Third Party Plaintiff

10
Robert J. Siegel
11 1325 4th Ave. Suite 940
Seattle, Wa. 98101-2509
12 Telephone: 206 624 9392
Facsimile Number 206 624 0717
13 Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, vs. | DEFENDANT HUSTON'S RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE |
| IMPULSE MARKETING GROUP, INC., | Motion Noted without Oral Argument for January 8, 2007 at 6:30 p.m. |
| Defendant | WITHOUT ORAL ARGUMENT |
| IMPULSE MARKETING GROUP, INC., | |
| Third-Party Plaintiff, vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |

Defendant Huston's Response to Plaintiff's Motion for Relief From Deadline
Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Defendant Huston has moved for dismissal. Plaintiff has Objected and seeks Relief from the Deadline for Response to the Motion to Dismiss Huston. Plaintiff contends that the Motion to Dismiss is not timely filed until such time that the Court has decided pending Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Plaintiff's Motion to Amend to a Second Amended Complaint.

Mr. Huston's motion is not premature. Plaintiff's office served the First Amended Complaint upon Mr. Huston on or about November 2 ,2006, which is approximately two (2) months after Plaintiff's unauthorized filing of a Second Amended Complaint. Pursuant to the mandates of the Federal Rules of Civil Procedure, and consistent with the dates set forth in Plaintiff's Amended Summons, Defendant has responded timely to Plaintiff's First Amended Complaint. Had Defendant Huston not filed his timely response Plaintiff may well have moved for default.

Mr. Huston's Motion to Dismiss is not "duplicative" of any other matter. As a party to the action, Mr. Huston is required to interpose his own response. Of course it is similar to Responses of other Defendants' in that the response is to the same pleading.

Defendant Huston requests the Court to Deny Plaintiff's Motion for Relief from the Deadline of responding to the Motion to Dismiss Huston and to retain the said Motion to Dismiss for hearing on February 5, 2007.

DATED this 8th day of January, 2007.

S/FLOYD E. IVEY
_____
Liebler, Ivey, Conner, Berry & St. Hilaire
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, Washington 99336
Local Counsel for Defendant
    Impulse Marketing Group, Inc.


S/FLOYD E. IVEY for SEAN MOYNIHAN
_____
Sean A. Moynihan
Klein, Zelman, Rothermel & Dichter, LLP
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020
(212) 753-8101 (fax)

I hereby certify that on January 8, 2007, I electronically filed DEFENDANT HUSTON'S RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert J. Siegel, Stacy Woolery and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY

FLOYD E. IVEY