```
 1                      UNITED STATES DISTRICT COURT
 2                     EASTERN DISTRICT OF WASHINGTON
 3
 4
 5   JAMES S. GORDON,
                                          No. CV-04-5125-FVS
 6                Plaintiff,

 7        v.                              ORDER GRANTING RELIEF FROM
                                          DEADLINE
 8
     IMPULSE MARKETING GROUP, INC. ET
 9   AL.,

10                Defendant.

11
```

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Relief From Deadline, Ct. Rec. 460. The Plaintiff is represented by Robert J. Siegal. The Defendants are represented by Floyd E. Ivey, Peter J. Glantz, and Sean A. Moynihan.

A number of motions concerning the Plaintiff's complaint are currently pending before this Court. With permission of the Court, the Plaintiff filed his First Amended Complaint on June 16, 2006. (Ct. Rec. 384.) The Defendants subsequently moved to dismiss the First Amended Complaint. (Ct. Rec. 403.) In response, the Plaintiff filed a Second Amended Complaint, Ct. Rec. 410, to which the Defendants objected. (Ct. Rec. 414.) The Plaintiff then moved to amend or correct his First Amended Complaint. (Ct. Rec. 417.)

On January 2, 2007, Defendant Phillip Huston filed a Motion to Dismiss the First Amended Complaint. (Ct. Rec. 451.) The Plaintiff now requests an order relieving him of the obligation to respond to

ORDER GRANTING RELIEF FROM DEADLINE- 1

1  this motion until such time as the Court has ruled upon the other
2  pending motions discussed above.  This course of action is
3  appropriate, the Plaintiff argues, because "it is unclear which
4  complaint is operative" at this point.  Given the state of the
5  pleadings, the Court agrees.  Accordingly,

6  **IT IS HEREBY ORDERED :**

7  1. The Plaintiff's Motion for Relief From Deadline, **Ct. Rec. 460**,
8  is **GRANTED.**

9  2. The Plaintiff's Motion to Expedite, **Ct. Rec. 463**, is **GRANTED.**

10  **IT IS SO ORDERED.**  The District Court Executive is hereby
11  directed to enter this order and furnish copies to counsel.

12  **DATED** this  9th  day of January, 2007.

          s/ Fred Van Sickle
          Fred Van Sickle
          United States District Judge

ORDER GRANTING RELIEF FROM DEADLINE- 2