ROBERT J. SIEGEL
Attorney At Law
1325 Fourth Avenue
Suite 940
Seattle, WA 98101
(206) 624-9410

THE HON. FRED VAN SICKLE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.,<br><br>                    Plaintiff,<br>v.<br><br>IMPULSE MARKETING GROUP, INC.,<br><br>                    Defendant, | NO. CV-04-5125-FVS<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

TO:         Clerk of Court

AND TO:   Defendants, and their attorneys

PLEASE TAKE NOTICE that i.Justice Law, P.C. is hereby substituted for Merkle, Siegel, & Friedrichsen, P.C. as counsel of record for Plaintiff James S. Gordon in this matter. Copies of all further papers and proceedings herein, except

- 1

I.JUSTICE LAW, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 304-5400 FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

1 | original service of process, shall be served upon the undersigned at the following
2 | address:

          Robert J. Siegel
          i.Justice Law, P.C.
   1325 Fourth Avenue, Suite 940
         Seattle, WA 98101
        Phone: 206.304.5400
         Fax: 206.624.0717

Dated: January 17, 2007

                                                          i.JUSTICE LAW, P.C.

                              By: /S/ ROBERT J. SIEGEL
                                ROBERT J. SIEGEL, WSBA #17312
                                       ATTORNEY FOR PLAINTIFFS

The undersigned consents to his withdrawal as counsel for Plaintiff and to the substitution of i.Justice Law, P.C. as counsel for Plaintiff.

Dated: January 17, 2007

                              MERKLE, SIEGEL, & FRIEDRICHSEN, P.C.

                              By: /s/ ROBERT J. SIEGEL
                                ROBERT J. SIEGEL, WSBA #17312

J:\RJS\CLIENTS\COLE\CAPTION.DOC

## Certificate of Service

I, hereby, certify that on January 17, 2007, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to: Floyd E. Ivey, Peter Glantz, and Sean Moynihan.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorney for Plaintiff

- 3

I.JUSTICE LAW, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 304-5400  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC