FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 5 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br>vs.<br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs<br><br>Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10<br>v.<br>Emily H. Abbey,<br>Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1

MOTION TO WITHDRAW - PRO SE -

COMES NOW the Third Party Defendant, Emily H. Abbey, and files this motion to Withdraw my Motion to Dismiss (dated November 2006) claims brought by Third Party Plaintiff, Impulse Marketing Group.

Emily H. Abbey
1407 2nd Ave W. # 608
Seattle, WA 98119
206-217-0466

Dated this 23rd day of January, 2007

*Emily H Abbey*

I, hereby, certify that on January ____, 2007, I filed this affidavit with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Bonnie Gordon, and Robert Pritchett by other means.

*Emily H Abbey*

MOTION TO WITHDRAW - PRO SE -