IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br>vs.<br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs<br><br>Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10<br>v.<br>Emily H. Abbey,<br>Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>ORDER ON THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED

JAN 25 2007

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1

MOTION TO WITHDRAW - PRO SE -

1  The Court having considered Third Party Defendant's Motion to
2  Withdraw the November 2006 Motion to Dismiss -- said Order is hereby
3  (granted) _____ (denied) _____.
4
5  Dated this _____ day of _____, 2007
6
7  _____
8  JUDGE VAN SICKLE
9
10
11 Emily H. Abbey
   1407 2nd Ave W. # 608
12 Seattle, WA 98119
13 206-217-0466
14
15 Dated this 23rd day of January, 2007
16 *Emily H Abbey* (signature)
17
18 I, hereby, certify that on January ____, 2007, I filed this affidavit with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Bonnie Gordon, and Robert Pritchett
19 by other means.
20 *Emily H Abbey* (signature)
21
22
23
24
25

2

MOTION TO WITHDRAW - PRO SE -