FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 25 2007

RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br>vs.<br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs<br><br>Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10<br>v.<br>Emily H. Abbey,<br>Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>HEARING ON THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT<br><br>WITHOUT ORAL ARGUMENT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1

MOTION TO WITHDRAW  - PRO SE -

1  PLEASE TAKE NOTICE that the Third Party Defendant's Motion to Withdraw its
2  Motion to Dismiss will be heard on February 23, 2007 at 6:30 pm, or as soon
3  thereafter as the Court deems appropriate, without oral argument.
4
5
6  Emily H. Abbey
   1407 2nd Ave W. # 608
7  Seattle, WA 98119
8  206-217-0466
9
   Dated this 23rd day of January, 2007
10
11  *Emily H Abbey*
12
13  I, hereby, certify that on January      , 2007, I filed this affidavit with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett
14  by other means.
15  *Emily H Abbey*
16
17
18
19
20
21
22
23
24
25

2

MOTION TO WITHDRAW - PRO SE -