IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br> vs. <br> Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs <br><br> Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10 <br> v. <br> Jonathan K. Gordon, <br> Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1

COMES NOW the Third Party Defendant, Jonathan K. Gordon, and files this motion to Withdraw my Motion to Dismiss (dated November 2006) claims brought by Third Party Plaintiff, Impulse Marketing Group.

Jonathan K. Gordon
9804 Buckingham Dr.
Pasco, WA 99301
509-210-1069

Dated this 24th day of January, 2007

_____

I, hereby, certify that on January 25, 2007, I filed this affidavit with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Bonnie Gordon, Emily Abbey, and Robert Pritchett by other means.

_____