IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, | Case No.: CV-04-5125-FVS |
| vs. | |
| Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs | ORDER ON THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT |
| Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10 | |
| v. | |
| Jonathan K. Gordon, | |
| Third-Party Defendant | |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED

JAN 25 2007

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1

1  The Court having considered Third Party Defendant's Motion to
2  Withdraw the November 2006 Motion to Dismiss – said Order is
3  hereby (granted) _____ (denied) _____.

5  Dated this _____ day of _____, 2007

7  _____
8  **JUDGE VAN SICKLE**

11 Jonathan K. Gordon
12 9804 Buckingham Dr.
   Pasco, WA 99301
13 509-210-1069

14 Dated this 24th day of January, 2007

16 _____*[signature]*_____

18 I, hereby, certify that on January 25, 2007, I filed this affidavit with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Bonnie Gordon, Emily Abbey, and Robert Pritchett by
19 other means.
20 _____*[signature]*_____

2