FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 25 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br> vs. <br> Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs <br><br> Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10 <br> v. <br> Jonathan K. Gordon, <br> Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> HEARING ON THIRD-PARTY DEFENDANT'S <br> MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT <br><br> WITHOUT ORAL ARGUMENT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1

1  PLEASE TAKE NOTICE that the Third Party Defendant's Motion to Withdraw its

2  Motion to Dismiss will be heard on February 24, 2007 at 6:30 pm, or as soon

3  thereafter as the Court deems appropriate, without oral argument.

6  Jonathan K. Gordon
   9804 Buckingham Dr.
7  Pasco, WA 99301
8  509-210-1069

9  Dated this 24th day of January, 2007

11  _____

13  I, hereby, certify that on January 25, 2007, I filed this affidavit with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Bonnie Gordon, Emily Abbey, and Robert Pritchett by
14  other means.

15  _____

2