```
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 5 2007

JAMES R. LARSEN, CLERK
                    DEPUTY
RICHLAND, WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br>vs.<br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs<br><br>Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10<br>v.<br>Jamila E. Gordon,<br>Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1

1  COMES NOW the Third Party Defendant, Jamila E. Gordon, and files this

2  motion to Withdraw my Motion to Dismiss (dated November 2006) claims brought

3  by Third Party Plaintiff, Impulse Marketing Group.

4

5

6  Jamila E. Gordon
   9804 Buckingham Dr.
7  Pasco, WA 99301
   509-210-1069
8

9  Dated this 23rd day of January, 2007

10 *(signature)*

11 _____

12 I, hereby, certify that on January 23, 2007, I filed this affidavit with this Court. I
   have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, ~~Jamila~~
13 Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett
   by other means.
14 *(signature)*

15 _____

2