IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br>vs.<br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs<br><br>Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10<br>v.<br>Jamila E. Gordon,<br>Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>ORDER ON THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED

JAN 25 2007

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1

1  The Court having considered Third Party Defendant's Motion to
2  Withdraw the November 2006 Motion to Dismiss – said Order is hereby
3  (granted) _____  (denied) _____.

5  Dated this _____ day of _____, 2007

7  _____
8  **JUDGE VAN SICKLE**

11 Jamila E. Gordon
   9804 Buckingham Dr.
12 Pasco, WA 99301
13 509-210-1069

14 Dated this 23rd day of January, 2007

16 *[signature: Jamila Gordon]*

17 I, hereby, certify that on January 23, 2007, I filed this affidavit with this Court. I
18 have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, ~~Jamila~~
   Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett
19 by other means.

20 *[signature: Jamila Gordon]*