FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT

JAN 25 2007

JAMES R. LARSEN, DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br>vs.<br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs<br><br>Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10<br>v.<br>Jamila E. Gordon,<br>Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>HEARING ON THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT<br><br>WITHOUT ORAL ARGUMENT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1

1  PLEASE TAKE NOTICE that the Third Party Defendant's Motion to Withdraw its
2  Motion to Dismiss will be heard on February 23, 2007 at 6:30 pm, or as soon
3  thereafter as the Court deems appropriate, without oral argument.
4
5
6  Jamila E. Gordon
   9804 Buckingham Dr.
7  Pasco, WA 99301
   509-210-1069
8
9
   Dated this 23rd day of January, 2007
10
11  _____
12
    I, hereby, certify that on January 23, 2007, I filed this affidavit with this Court. I
13  have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila
    Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett
14  by other means.
15  _____
16
17
18
19
20
21
22
23
24
25

2