1

2



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 5 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

11  James S. Gordon, Jr., Plaintiff,                    )  Case No.: CV-04-5125-FVS
12       vs.                                            )
    Impulse Marketing Group, Inc., Jeffrey             )  THIRD-PARTY DEFENDANT'S
13  Goldstein, Phil Huston, Kenneth                    )  MOTION TO WITHDRAW THE
    Adamson, Third Party Plaintiffs                    )  NOVEMBER 2006 MOTION TO
14                                                      )  DISMISS BY THIRD PARTY
                                                        )  DEFENDANT
15                                                      )
    Impulse Marketing Group, Inc.,  Third-            )
16  Party Plaintiff, Jeffrey Goldstein, Phil          )
    Huston, Kenneth Adamson, and John                 )
17  Does 1-10                                          )
18  v.
    Robert L. Pritchett,
19
    Third-Party Defendant
20  _____

21

22  TO: Clerk of the Court

23  AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

24

25

1

MOTION TO WITHDRAW  - PRO SE -

Dockets.Justia.com

COMES NOW the Third Party Defendant, Robert L. Pritchett, and files this

motion to Withdraw my Motion to Dismiss (dated November 2006) claims brought

by Third Party Plaintiff, Impulse Marketing Group.


Robert L. Pritchett
1952 Thayer Drive
Richland, WA 99354
1-509-210-0217


Dated this 25rd day of January, 2007

_____

I, hereby, certify that on January 25, 2007, I filed this affidavit with this Court. I
have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila
Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Bonnie F. Gordon
by other means.

_____

2

MOTION TO WITHDRAW - PRO SE -