IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br>vs.<br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs<br><br>Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10<br>v.<br>Robert L. Pritchett,<br>Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>ORDER ON THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED

JAN 25 2007

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1

MOTION TO WITHDRAW - PRO SE -

The Court having considered Third Party Defendant's Motion to Withdraw the November 2006 Motion to Dismiss – said Order is hereby (granted) _____ (denied) _____.

Dated this _____ day of _____, 2007

_____
JUDGE VAN SICKLE

Robert L. Pritchett
1952 Thayer Drive
Richland, WA 99354
1-509-210-0217

Dated this 25rd day of January, 2007

_____

I, hereby, certify that on January 25, 2007, I filed this affidavit with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Bonnie F. Gordon by other means.

_____

2

MOTION TO WITHDRAW - PRO SE -