U.S. DISTRICT
EASTERN DISTRICT

JAN 25 2007

JAMES R. LARSEN, CLERK
RICHLAND, WASHINGTON    DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br>vs.<br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs<br><br>Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10<br>v.<br>Robert L. Pritchett,<br>Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>HEARING ON THIRD-PARTY DEFENDANT'S<br>MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT<br><br>WITHOUT ORAL ARGUMENT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1

MOTION TO WITHDRAW  - PRO SE -

1  PLEASE TAKE NOTICE that the Third Party Defendant's Motion to Withdraw its
2  Motion to Dismiss will be heard on February 23, 2007 at 6:30 pm, or as soon
3  thereafter as the Court deems appropriate, without oral argument.
4
5
6  Robert L. Pritchett
   1952 Thayer Drive
7  Richland, WA 99354
8  1-509-210-0217
9
   Dated this 25rd day of January, 2007
10
11  _____
12
    I, hereby, certify that on January 25, 2007, I filed this affidavit with this Court. I
13  have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila
    Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Bonnie F. Gordon
14  by other means.
15  _____
16
17
18
19
20
21
22
23
24
25

2

MOTION TO WITHDRAW - PRO SE -