FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 5 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, ) <br> vs. ) <br> Impulse Marketing Group, Inc., Jeffrey ) <br> Goldstein, Phil Huston, Kenneth ) <br> Adamson, Third Party Plaintiffs ) <br> ) <br> ) <br> Impulse Marketing Group, Inc., Third- ) <br> Party Plaintiff, Jeffrey Goldstein, Phil ) <br> Huston, Kenneth Adamson, and John ) <br> Does 1-10 <br> v. <br> Bonnie F. Gordon, <br> Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1

Dockets.Justia.com

COMES NOW the Third Party Defendant, Bonnie F. Gordon, and files this

motion to Withdraw my Motion to Dismiss (dated November 2006) claims brought

by Third Party Plaintiff, Impulse Marketing Group.


Bonnie F. Gordon
9804 Buckingham Dr.
Pasco, WA 99301
509-210-1069


Dated this 24th day of January, 2007

_____

I, hereby, certify that on January 25, 2007, I filed this affidavit with this Court. I
have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila
Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett
by other means.

_____

2