IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br>vs.<br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs<br><br>Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10<br>v.<br>Bonnie F. Gordon,<br>Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>ORDER ON THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1

RECEIVED
JAN 25 2007
CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

Dockets.Justia.com

1 The Court having considered Third Party Defendant's Motion to
2 Withdraw the November 2006 Motion to Dismiss – said Order is
3 hereby (granted) _____ (denied) _____.
4
5 Dated this _____ day of _____, 2007
6
7 _____
8 JUDGE VAN SICKLE
9
10
11 Bonnie F. Gordon
12 9804 Buckingham Dr.
   Pasco, WA 99301
13 509-210-1069
14
   Dated this 24th day of January, 2007
15
16 _____
17
   I, hereby, certify that on January 25, 2007, I filed this affidavit with this Court. I
18 have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila
   Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett
19 by other means.
20 _____
21
22
23
24
25

2