1

2                                                            FILED IN THE
                                                        U.S. DISTRICT COURT
3                                                   EASTERN DISTRICT OF WASHINGTON

                                                        JAN 2 5 2007

4                                                   JAMES R. LARSEN, CLERK
                                                                    , DEPUTY
5                                                       RICHLAND, WASHINGTON

6

7

8

9

10              IN THE UNITED STATES DISTRICT COURT FOR THE

              EASTERN DISTRICT OF WASHINGTON AT RICHLAND

11    James S. Gordon, Jr., Plaintiff,        )  Case No.: CV-04-5125-FVS
              vs.                             )
12                                            )  HEARING ON THIRD-PARTY
      Impulse Marketing Group, Inc., Jeffrey  )  DEFENDANT'S
13    Goldstein, Phil Huston, Kenneth         )  MOTION TO WITHDRAW THE
      Adamson, Third Party Plaintiffs         )  NOVEMBER 2006 MOTION TO
14                                            )  DISMISS BY THIRD PARTY
                                              )  DEFENDANT
15    Impulse Marketing Group, Inc.,  Third-  )
16    Party Plaintiff, Jeffrey Goldstein, Phil)  WITHOUT ORAL ARGUMENT
      Huston, Kenneth Adamson, and John       )
17    Does 1-10                               )

18     v.

19    Bonnie F. Gordon,

20    Third-Party Defendant
      _____

21

22    TO: Clerk of the Court

23    AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

24

25

1

1    PLEASE TAKE NOTICE that the Third Party Defendant's Motion to Withdraw its

2    Motion to Dismiss will be heard on February 24, 2007 at 6:30 pm, or as soon

3    thereafter as the Court deems appropriate, without oral argument.

4

5

6    Bonnie F. Gordon
     9804 Buckingham Dr.
7    Pasco, WA 99301
     509-210-1069
8

9
     Dated this 24th day of January, 2007
10

11    _____

12

13    I, hereby, certify that on January 25, 2007, I filed this affidavit with this Court. I
     have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila
     Gordon, James Gordon III, Jonathan Gordon, Emily Abbey, and Robert Pritchett
14    by other means.

15    _____

16

17

18

19

20

21

22

23

24

25