IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br> vs. <br> Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs <br><br> Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10 <br> v. <br> James S. Gordon III, <br> Third-Party Defendant | Case No.: CV-04-5125-FVS <br><br> ORDER ON THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT <br><br> PROPOSED |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

RECEIVED

JAN 25 2007

CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1

1 | The Court having considered Third Party Defendant's Motion to
2 | Withdraw the November 2006 Motion to Dismiss – said Order is
3 | hereby (granted) _____ (denied) _____.

5 | Dated this _____ day of _____, 2007

7 | _____
8 | JUDGE VAN SICKLE

11 | James S. Gordon III
12 | 9804 Buckingham Dr.
Pasco, WA 99301
13 | 509-210-1069

15 | Dated this 24th day of January, 2007

16 | /s/ James Gordon III

18 | I, hereby, certify that on January 25, 2007, I filed this affidavit with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, Jonathan Gordon, Bonnie Gordon, Emily Abbey, and Robert Pritchett by other means.

20 | /s/ James Gordon III

2