FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 25 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff,<br>vs.<br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phil Huston, Kenneth Adamson, Third Party Plaintiffs<br><br>Impulse Marketing Group, Inc., Third-Party Plaintiff, Jeffrey Goldstein, Phil Huston, Kenneth Adamson, and John Does 1-10<br>v.<br>James S. Gordon III,<br>Third-Party Defendant | Case No.: CV-04-5125-FVS<br><br>HEARING ON THIRD-PARTY DEFENDANT'S MOTION TO WITHDRAW THE NOVEMBER 2006 MOTION TO DISMISS BY THIRD PARTY DEFENDANT<br><br>WITHOUT ORAL ARGUMENT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Third-Party Plaintiff

1

1 PLEASE TAKE NOTICE that the Third Party Defendant's Motion to Withdraw its
2 Motion to Dismiss will be heard on February 24, 2007 at 6:30 pm, or as soon
3 thereafter as the Court deems appropriate, without oral argument.

6 James S. Gordon III
7 9804 Buckingham Dr.
  Pasco, WA 99301
8 509-210-1069

Dated this 24th day of January, 2007

_[signature]_

I, hereby, certify that on January 25, 2007, I filed this affidavit with this Court. I have served Bob Siegel, Peter J. Glantz, Sean A. Moynihan, Floyd E. Ivey, Jamila Gordon, Jonathan Gordon, Bonnie Gordon, Emily Abbey, and Robert Pritchett by other means.

_[signature]_