1	UNITED STATES DISTRICT COURT
2	EASTERN DISTRICT OF WASHINGTON

5	JAMES S. GORDON, JR.,
6	    Plaintiff,
7	v.
9	IMPULSE MARKETING, INC., JEFFREY GOLDSTEIN, PHILLIP HUSTON, and
10	KENNETH ADAMSON,
11	    Defendants.

13	IMPULSE MARKETING GROUP, INC.,
15	    Third-Party Plaintiff,
17	v.
18	EMILY ABBEY; JAMES S. GORDON, III; BONNIE GORDON; JAMILA
19	GORDON, JONATHAN GORDON; and ROBERT PRITCHETT,
21	    Third-Party Defendants.

No. CV-04-5125-FVS

ORDER GRANTING THIRD PARTY DEFENDANTS' MOTIONS TO WITHDRAW

**THIS MATTER** comes before the Court on the motions to withdraw filed by third-party Defendants Emily Abbey, James S. Gordon, III, Bonnie Gordon, Jamila Gordon, Jonathan Gordon, and Robert Pritchett. The Third-Party Plaintiff is represented by Floyd Ivey, Sean A.

ORDER GRANTING THIRD PARTY DEFENDANTS' MOTIONS TO WITHDRAW- 1

Moynihan, and Peter Glantz.  The Third-Party Defendants are proceeding pro se.

The Third-Party Defendants having moved to withdraw their motions for summary judgment filed in November 2006, and the Third-Party Plaintiff having filed no objection,

**IT IS HEREBY ORDERED:**

1. Emily Abbey's Motion to Withdraw, **Ct. Rec. 469**, is **GRANTED.**

2. Emily Abbey's Motion For Summary Judgment, **Ct. Rec. 429**, is **WITHDRAWN.**

3. James S. Gordon, III's Motion to Withdraw, **Ct. Rec. 479**, is **GRANTED.**

4. James S. Gordon, III's Motion For Summary Judgment, **Ct. Rec. 433**, is **WITHDRAWN.**

5. Bonnie Gordon's Motion to Withdraw, **Ct. Rec. 477**, is **GRANTED.**

6. Bonnie Gordon's Motion For Summary Judgment, **Ct. Rec. 431**, is **WITHDRAWN.**

7. Jamila Gordon's Motion to Withdraw, **Ct. Rec. 473**, is **GRANTED.**

8. Jamila Gordon's Motion for Summary Judgment, **Ct. Rec. 436**, is **WITHDRAWN.**

9. Jonathan Gordon's Motion to Withdrawn, **Ct. Rec. 471**, is **GRANTED.**

10. Jonathan Gordon's Motion for Summary Judgment, **Ct. Rec. 438**, is **WITHDRAWN.**

11. Robert Pritchett's Motion to Withdraw, **Ct. Rec. 475**, is **GRANTED.**

12. Robert Pritchett's Motion For Summary Judgment, **Ct. Rec. 440**,

is **WITHDRAWN.**

13.  The Third-Party Plaintiff's Motion to Strike, **Ct. Rec. 442,** is **DENIED AS MOOT.**

14. The Third-Party Plaintiff's Motion to Expedite, **Ct. Rec. 445,** is **DENIED AS MOOT.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  14th  day of May, 2007.

                              s/ Fred Van Sickle
                              Fred Van Sickle
                              United States District Judge

ORDER GRANTING THIRD PARTY DEFENDANTS' MOTIONS TO WITHDRAW- 3