1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   ROBERT SIEGEL
11 Attorney At Law
   Attorney for Plaintiff
12

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, | |
| vs. | ORDER ON MOTION FOR WITHDRAWAL OF PETER J. GLANTZ AS PRO HAC VICE COUNSEL FOR DEFENDANTS |
| IMPULSE MARKETING GROUP, INC., | |
| Defendant | WITHOUT ORAL ARGUMENT |
| IMPULSE MARKETING GROUP, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |

The Court having considered Defendant's Motion for the Withdrawal of Peter J. Glantz as Pro Hac Vice for Defendants and good cause being shown now

Declaration Ivey re: Withdrawal of Peter J. Glantz  - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  Grants Defendant's Motion.

2      Done this _____ day of _____, 2007

3

4

5      _____

6      The Honorable Judge Fred Van Sickle

7

8

Presented by Defendants
9  DATED this 17th day of   May, 2007.

10
**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**
11

12

13
**s/ FLOYD E. IVEY**
14  **Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendant Impulse**
15

16

17
    I hereby certify that on May 17, 2007, I electronically filed **Proposed Order**
18  **Granting Defendant's Motion for Withdrawal of Peter J. Glantz as Pro Hac**
19  **Vice for Defendants** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan.  I
20  hereby certify that I have served the foregoing to the following non-CM/ECF
21  participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.
22

23

24                                S/ FLOYD E. IVEY
                              FLOYD E. IVEY
25

26

27

28