1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   ROBERT SIEGEL
11 Attorney At Law
   Attorney for Plaintiff
12

13           UNITED STATES DISTRICT COURT FOR THE
14              EASTERN DISTRICT OF WASHINGTON
15

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, | |
| vs. | DECLARATION OF FLOYD E. IVEY RE: WITHDRAWAL OF PETER J. GLANTZ AS PRO HAC VICE COUNSEL FOR DEFENDANTS |
| IMPULSE MARKETING GROUP, INC., | |
| Defendant | WITHOUT ORAL ARGUMENT |
| IMPULSE MARKETING GROUP, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |

ATTORNEY FLOYD E. IVEY'S DECLARATION RE: WITHDRAWAL OF

PETER J. GLANTZ AS PRO HAC VICE FOR DEFENDANTS

Declaration Ivey re: Withdrawal of Peter J. Glantz - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

I am local Counsel for Impulse Marketing Group, Inc. (hereafter Impulse) in the above entitled matter. I have appeared in Association with the Firm of Klein, Zelman, Rothermel, & Dichter, L.L.P. Mr. Peter J. Glantz, of the firm of Klein, Zelman, Rothermel, & Dichter, L.L.P., appeared as counsel for Defendants as Pro Hac Vice. Mr. Glantz is no longer with the firm of Klein, Zelman, Rothermel, & Dichter, L.L.P. and is no longer in a representative capacity for Defendants. Defendants request that Mr. Glantz be withdrawn as Pro Hac Vice from this case.

I certify and declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

_____  Date May 17, 2007
FLOYD E. IVEY, WSBA 6888
Signed at Kennewick Washington

I hereby certify that on May 17, 2007, I electronically filed **Declaration of Floyd E. Ivey regarding Withdrawal of Peter J. Glantz as Pro Hac Vice for Defendants** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY

FLOYD E. IVEY