1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein, Zelman, Rothermel, & Dichter, L.L.P.
6  By:   Sean Moynihan, Esq.; Peter Glantz
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   ROBERT SIEGEL
11 Attorney At Law
   Attorney for Plaintiff
12

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., ) | No. CV-04-5125-FVS |
| Plaintiff, ) | |
| vs. ) | NOTICE OF HEARING OF |
| ) | DEFENDANT'S MOTION FOR |
| IMPULSE MARKETING GROUP, ) | WITHDRAWAL OF PETER J. |
| INC., ) | GLANTZ AS PRO HAC VICE |
| ) | COUNSEL FOR DEFENDANTS |
| Defendant ) | |
| _____ ) | WITHOUT ORAL ARGUMENT |
| ) | |
| IMPULSE MARKETING GROUP, ) | |
| INC., ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| BONNIE GORDON, et al., ) | |
| Third-Party Defendants. ) | |

Defendants Notice Defendant's Motion for the Withdrawal of Counsel Peter J. Glantz as Pro Hac Vice for Defendants for hearing, without oral argument, on

Declaration Ivey re: Withdrawal of Peter J. Glantz - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  May 25, 2007 at 6:30 p.m.
2  Dated: May 17, 2007
3  LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
4  By _s/ FLOYD E. IVEY_____
5  FLOYD E. IVEY, WSBA#6888
6  Attorneys for Defendant
7
8  I hereby certify that on May 17, 2007, I electronically filed **Notice of**
9  **Hearing for Withdrawal of Peter J. Glantz as Pro Hac Vice for Defendants**
10 with the Clerk of the Court using the CM/ECF System which will send notification
11 of such filing to Robert Siegel and Sean A. Moynihan.  I hereby certify that I have
12 served the foregoing to the following non-CM/ECF participants by other means:
13 Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily
14 Abbey and Jamila Gordon.
15
16
17 S/ FLOYD E. IVEY
18 FLOYD E. IVEY

Declaration Ivey re: Withdrawal of Peter J. Glantz - Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581