1

2  FLOYD E. IVEY                                JUDGE FRED VAN SICKLE
3  Liebler, Ivey, Connor, Berry & St. Hilaire
   P. O. Box 6125
4  Kennewick, WA 99336-0125
5  509-735-3581
   Attorneys for Defendants
6  Impulse Marketing Group, Inc.
7  and Third Party Plaintiff

8  Klein Zelman Rothermel LLP
9  By:   Sean Moynihan, Esq.
   485 Madison Avenue
10 New York, New York 10022
11 Telephone Number (212) 935-6020
   Facsimile Number (212) 753-8101
12 Attorneys for Defendants
13 Impulse Marketing Group, Inc.
   and Third Party Plaintiff
14

15 ROBERT SIEGEL
   Attorney At Law
16 Attorney for Plaintiff

17

18

19

20         **IN THE UNITED STATES DISTRICT COURT**
21         **FOR THE EASTERN DISTRICT OF WASHINGTON**

22

23 JAMES S. GORDON, JR., an individual   )   NO. CV-04-5125-FVS
24 residing in Benton County, Washington, )
                                          )
25         Plaintiff                      )   **MOTION TO PARTICIPATE**
                                          )   **PRO HAC VICE**
26                                        )
   vs.                                    )
27                                        )
28

Motion to Participate Pro Hac Vice Wolery - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  IMPULSE MARKETING GROUP, INC., )    Without Oral Argument
2  a Nevada Corporation, et al.    )
3              Defendants.          )
4  _____ )

The Defendant now moves for permission by this Court for the participation of Stacy K. Wolery as Pro Hac Vice in the above-entitled matter as counsel for the Defendant. This motion is brought by attorney Floyd E. Ivey , Washington State Bar Association No. 6888, who resides in and has an office in this state, is admitted to practice in this Court and who is joined of record in the appearance for the Defendant. This motion is supported by the Declaration of Stacy K. Wolery supporting the Motion to Participate as Pro Hac Vice.

This motion is accompanied by a filing fee of $100 for application to participate as pro hac vice.

Dated:   May 18, 2007

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

By _s/ FLOYD E. IVEY_____
    FLOYD E. IVEY, WSBA#6888
    Attorneys for Defendant

I hereby certify that on May 18, 2007, I electronically filed **Motion for Participation of Stacy K. Wolery as Pro Hac Vice for Defendants** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have served the

Motion to Participate Pro Hac Vice Wolery - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Motion to Participate Pro Hac Vice Wolery - 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581