FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
Attorneys for Defendants
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Klein Zelman Rothermel LLP
By: Sean Moynihan, Esq.
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendants
Impulse Marketing Group, Inc.
and Third Party Plaintiff

ROBERT SIEGEL
Attorney At Law
Attorney for Plaintiff

JUDGE FRED VAN SICKLE

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> IMPULSE MARKETING GROUP, ) <br> INC., et al. ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> IMPULSE MARKETING GROUP, ) <br> INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> vs. ) <br> ) <br> BONNIE GORDON, et al., ) <br> ) <br> Third-Party Defendants. ) | No. CV-04-5125-FVS <br><br> ORDER ON MOTION FOR ADMISSION OF STACY K. WOLERY AS PRO HAC VICE COUNSEL FOR DEFENDANTS <br><br> WITHOUT ORAL ARGUMENT |

The Court having considered Defendants' Motion for the Admission of

Order on Motion for Admission Stacy K. Wolery - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1 | Stacy K. Wolery as Pro Hac Vice for Defendants now Grants Defendants' Motion.

2 |         Done this _____ day of _____, 2007

5 |         _____

6 |         The Honorable Judge Fred Van Sickle

8 | Presented by Defendants
DATED this 18th day of   May, 2007.

**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**

**s/ FLOYD E. IVEY**
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendant Impulse**

        I hereby certify that on May 18, 2007, I electronically filed **Proposed Order Granting Defendant's Motion for Admission of Stacy K. Wolery as Pro Hac Vice for Defendants** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan.  I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

                        S/ FLOYD E. IVEY
                        FLOYD E. IVEY