FLOYD E. IVEY                                          JUDGE FRED VAN SICKLE
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Klein Zelman Rothermel LLP
By:    Sean Moynihan, Esq.
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

ROBERT SIEGEL
Attorney At Law
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

JAMES S. GORDON, JR., an individual      )    NO.  CV-04-5125-FVS
residing in Benton County, Washington,   )
                                         )
            Plaintiff                    )    **DECLARATION OF
                                         )    STACY K. WOLERY IN
vs.                                      )    SUPPORT OF MOTION TO
                                         )    PARTICIPATE PRO HAC
IMPULSE MARKETING GROUP, INC.,           )    VICE**
a Nevada Corporation, et al.             )
                                         )
            Defendants.                  )
_____  )

Stacy K. Wolery now declares that I am one of the attorneys appearing on

behalf of the Defendants in the above-entitled matter.  My address is 485 Madison

Avenue, New York, NY 10022 and my  telephone number is (212) 935-6020.  I

was admitted to the New York Bar Association in 2006 and to the Southern

Declaration of Stacy K. Wolery in Support of Motion to Participate Pro Hac          LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Vice - 1                                                                                          Attorneys at Law
                                                                                                    P.O. Box 6125
                                                                                            Kennewick, Washington 99336-0125
                                                                                                   (509) 735-3581

1   District of New York in 2007.  I am an attorney with Klein Zelman Rothermel

2   LLP, New York, New York.  Attorney Floyd E. Ivey, 1141 N. Edison, Suite C,

3   Kennewick, WA 99336, (509) 735-3581, is associated as defense counsel in this

4   matter.  I have never been subject to any disciplinary sanctions by any Court or bar

5   association.

6          I certify and declare, under penalty of perjury under the laws of the State of

7   Washington, that the foregoing is true and correct.

8   _____        _____5/18/07_____

9   STACY K. WOLERY                                        Date

10  Signed at New York, NY

11

12

13         I hereby certify that on May 18, 2007, I electronically filed **Declaration of
    Stacy K. Wolery regarding Admission as Pro Hac Vice for Defendants** with the

14  Clerk of the Court using the CM/ECF System which will send notification of such
    filing to Robert Siegel and Sean A. Moynihan.  I hereby certify that I have served

15  the foregoing to the following non-CM/ECF participants by other means: Bonnie
    Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey

16  and Jamila Gordon.

17

18                         S/ FLOYD E. IVEY_____
                          FLOYD E. IVEY

19

20

21

22

23

24

25

26

27

28
    Declaration of Stacy K. Wolery in Support of Motion to Participate Pro Hac
    Vice - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581