FLOYD E. IVEY  
Liebler, Ivey, Connor, Berry & St. Hilaire  
P. O. Box 6125  
Kennewick, WA 99336-0125  
509-735-3581  
Attorneys for Defendant  
Impulse Marketing Group, Inc.  
and Third Party Plaintiff  

Klein Zelman Rothermel LLP  
By: Sean Moynihan, Esq.  
485 Madison Avenue  
New York, New York 10022  
Telephone Number (212) 935-6020  
Facsimile Number (212) 753-8101  
Attorneys for Defendant  
Impulse Marketing Group, Inc.  
and Third Party Plaintiff  

ROBERT SIEGEL  
Attorney At Law  
Attorney for Plaintiff  

JUDGE FRED VAN SICKLE

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., <br><br> Plaintiff, <br><br> vs. <br><br> IMPULSE MARKETING GROUP, INC., et al. <br><br> Defendants. <br> _____ <br><br> IMPULSE MARKETING GROUP, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> BONNIE GORDON, et al., <br><br> Third-Party Defendants. | No. CV-04-5125-FVS <br><br> NOTICE OF HEARING OF DEFENDANT'S MOTION FOR ADMISSION OF STACY K. WOLERY AS PRO HAC VICE COUNSEL FOR DEFENDANTS <br><br> WITHOUT ORAL ARGUMENT |

Defendants Notice Defendant's Motion for the Admission of Counsel Stacy

Notice of Hearing re: Motion for Admission of Stacy K. Wolery - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE  
Attorneys at Law  
P.O. Box 6125  
Kennewick, Washington 99336-0125  
(509) 735-3581

K. Wolery as Pro Hac Vice for Defendants for hearing, without oral argument, on May 25, 2007 at 6:30 p.m.

Dated: May 17, 2007

        LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE

        By _s/ FLOYD E. IVEY_____

        FLOYD E. IVEY, WSBA#6888

        Attorneys for Defendant

I hereby certify that on May 18, 2007, I electronically filed **Notice of Hearing for Admission Stacy K. Wolery as Pro Hac Vice for Defendants** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

        S/ FLOYD E. IVEY

        FLOYD E. IVEY

Notice of Hearing re: Motion for Admission of Stacy K. Wolery - Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581