# EXHIBIT A

DECLARATION OF SEAN A. MOYNIHAN, ESQ.
IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS- 5
00084322;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVE., 15TH FL., NEW YORK, NY 10022

## KLEIN, ZELMAN, ROTHERMEL & DICKLER, L.L.P.

485 MADISON AVENUE
NEW YORK, NEW YORK 10022-5803

TEL (212) 935-6020
FAX (212) 753-8101
e-mail: kzrd@kzrd.com

```
                                                Inv#      1020410
                                                Date      10/10/06
IMPULSE MARKETING GROUP, INC.                   02683.00006-DOK
ATT: Harvey Botvinick
5887 Glenridge Dr.
Suite 400
Atlanta, GA  30328

Re:  GORDON WA LITIGATION
```

FOR PROFESSIONAL SERVICES RENDERED AS FOLLOWS:

|  | Hours | Amount |
|---|---|---|

**Redacted**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| /12/06 | SAM | review unauthorized second amended complaint; legal research re: nullifying pleading and striking same; sanctions and notice of rejection; | 2.40 | 1,188.00 |
| 9/12/06 | SKW | Review plaintiff's second amended complaint; confer with S. Moynihan and P. Glantz re: plaintiff's papers; research re: sanctions | 4.00 | 900.00 |

**KLEIN, ZELMAN, ROTHERMEL & DICKLER, L.L.P.**

485 MADISON AVENUE
NEW YORK, NEW YORK 10022-5803

TEL (212) 935-6020
FAX (212) 753-8101
e-mail: kzrd@kzrd.com

```
                                                    Inv#    1020410
                                                    Date    10/10/06
IMPULSE MARKETING GROUP, INC.                       02683.00006-DOK
ATT:  Harvey Botvinick
5887 Glenridge Dr.
Suite 400
Atlanta, GA  30328

Re:  GORDON WA LITIGATION
```

FOR PROFESSIONAL SERVICES RENDERED AS FOLLOWS:

|  | Hours | Amount |
|---|---|---|

Redacted

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| /12/06 | SAM | review unauthorized second amended complaint; legal research re: nullifying pleading and striking same; sanctions and notice of rejection; | 2.40 | 1,188.00 |
| 9/12/06 | SKW | Review plaintiff's second amended complaint; confer with S. Moynihan and P. Glantz re: plaintiff's papers; research re: sanctions | 4.00 | 900.00 |

KLEIN, ZELMAN, ROTHERMEL & DICKER, L.L.P.

Schedule of Services Rendered            Page         2
and/or Expenses Advanced                 Inv#   1020410
                                         Date  10/10/06
Re: GORDON WA LITIGATION                 02683.00006-DOK

|  | Hours | Amount |
|---|---|---|

Redacted

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/13/06 SAM | review new pleading and research dismissal and sanctions; | 1.80 | 891.00 |
| 9/13/06 SKW | Email correspondence with local counsel re: objection; draft and file objection to unauthorized pleading; | 3.80 | 855.00 |

Redacted

| | | | |
|---|---|---|---|
| 9/14/06 SAM | confer with local counsel re: dismissal of unauthorized second amended complaint; | 2.30 | 1,138.50 |

Redacted

**KLEIN, ZELMAN, ROTHERMEL & DICKLER, L.L.P.**

Schedule of Services Rendered
and/or Expenses Advanced

Page 3
Inv# 1020410
Date 10/10/06
02683.00006-DOK

Re: GORDON WA LITIGATION

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 9/15/06 | SAM | Redacted legal research on sanctions; | 2.30 | 1,138.50 |
| | | Redacted | | |
| 9/18/06 | SAM | continue research on 2nd Amended Complaint being rendered a nullity; work on sanctions issues; | 2.40 | 1,188.00 |
| | | Redacted | | |
| 9/20/06 | SAM | Review filed documents including unauthorized Second Amended Complaint and rejection thereof; | .80 | 396.00 |
| | | Redacted | | |
| 9/22/06 | SKW | Research re: sanctions motion; | .90 | 202.50 |
| 9/26/06 | SKW | Email correspondence with local counsel re: safe harbor; research re: sanctions; | .30 | 67.50 |

DECLARATION OF SEAN A. MOYNIHAN, ESQ.          KLEIN ZELMAN ROTHERMEL LLP
IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS- 9      485 MADISON AVE., 15TH FL., NEW YORK, NY 10022
00084322;1

## KLEIN, ZELMAN, ROTHERMEL & DICKER, L.L.P.

Schedule of Services Rendered  
and/or Expenses Advanced

Page        4  
Inv#   1020410  
Date   10/10/06  
02683.00006-DOK

Re: GORDON WA LITIGATION

|  |  | Hours | Amount |
|---|---|---|---|
| 9/27/06 SKW | Draft brief in support of sanctions; research re: sanctions; email correspondence with local counsel re: sanctions procedures; | 3.50 | 787.50 |
| 9/28/06 SAM | work on sanctions issues and striking 2nd Amended Complaint; | 1.80 | 891.00 |
| 9/28/06 SKW | Draft motion and brief in support of sanctions; | 3.20 | 720.00 |

Redacted

Wire Transfer Information:  
Sterling National Bank & Trust Co. of N.Y.  
425 Park Avenue

```
                KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.


           Schedule of Services Rendered              Page           5
              and/or Expenses Advanced                Inv#     1020410
                                                      Date    10/10/06
   Re: GORDON WA LITIGATION                           02683.00006-DOK


   New York, New York 10022      Redacted
   ABA Code:
   Account No.:
   For the account of: Klein, Zelman, Rothermel & Dichter, L.L.P.
```

**KLEIN, ZELMAN, ROTHERMEL & DICKER, L.L.P.**

485 MADISON AVENUE
NEW YORK, NEW YORK 10022-5803

TEL (212) 935-6020
FAX (212) 753-8101
e-mail: kzrd@kzrd.com

Inv#    1020796
Date    11/09/06
02683.00006-DOK

IMPULSE MARKETING GROUP, INC.
ATT:  Harvey Botvinick
5887 Glenridge Dr.
Suite 400
Atlanta, GA  30328

Re:  GORDON WA LITIGATION

FOR PROFESSIONAL SERVICES RENDERED AS FOLLOWS:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/02/06 | SAM | Work on motion for sanctions; | 1.40 | 693.00 |
| 10/03/06 | SAM | Work on declaration; motion and memorandum and order for sanctions for unlawful pleading; | 1.80 | 891.00 |
| 10/03/06 | SKW | Draft Moynihan Declaration, Motion for Sanctions and Proposed Order Granting Sanctions; | 1.70 | 382.50 |
| 10/04/06 | SKW | Revise and serve Motion for Sanctions, Moynihan Declaration, Memorandum in Support of Motion and Proposed Order; | .60 | 135.00 |
| 10/10/06 | SAM | Review                          and opposition to motion to amend; review safe harbor motion for sanctions; | 1.80 | 891.00 |
| 10/10/06 | SKW | Confer with S. Moynihan; review correspondence received from Siegel re: sanctions motion; | .30 | 67.50 |

Redacted

DECLARATION OF SEAN A. MOYNIHAN, ESQ.
IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS- 12
00084322;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVE., 15TH FL., NEW YORK, NY 10022

KLEIN, ZELMAN, ROTHERMEL & DICKER, L.L.P.

Schedule of Services Rendered             Page            2
and/or Expenses Advanced                  Inv#      1020796
                                          Date     11/09/06
Re: GORDON WA LITIGATION                  02683.00006-DOK

|  |  | Hours | Amount |
|---|---|---|---|
| 10/16/06 SKW | Review motion for leave to amend and supporting papers filed by Plaintiff; | .20 | 45.00 |
| 10/18/06 SAM | Legal research re: opposing motion to amend 1st Amendment Complaint; review motion for leave | 1.60 | 792.00 |
| 10/18/06 SKW | Review of local rules re: time to oppose plaintiff's motion for leave to amend; review plaintiff's motion; | .80 | 180.00 |
| 10/19/06 SAM | Legal research re: standards for opposing leave to amend pleadings; | 1.20 | 594.00 |
| 10/19/06 SKW | Research re: opposition motion and Rule 11; confer with P. Glantz re: research and opposition memo; | 3.30 | 742.50 |

Redacted

| 10/20/06 SAM | Continue opposition to amendment of pleading; | | |

Redacted

| 10/23/06 SAM | oppose motion to amend; | 2.60 | 1,287.00 |
| 10/23/06 SKW | Research and draft opposition to motion for leave to amend; draft Moynihan Declaration; file and serve opposition | 4.50 | 1,012.50 |

DECLARATION OF SEAN A. MOYNIHAN, ESQ.          KLEIN ZELMAN ROTHERMEL LLP
IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS- 13    485 MADISON AVE., 15TH FL., NEW YORK, NY 10022
00084322;1

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.

```
Schedule of Services Rendered              Page           3
    and/or Expenses Advanced               Inv#     1020796
                                           Date    11/09/06
Re: GORDON WA LITIGATION                   02683.00006-DOK
```

|  |  | Hours | Amount |
|---|---|---|---|
| | and declaration; | | |

Redacted

| 10/26/06 SKW | Review plaintiff's reply memorandum in support of motion for leave to amend; | 1.00 | 225.00 |

Redacted

| 10/30/06 SAM | _____ draft final safe harbor/sanctions letter; | 1.80 | 891.00 |

Redacted

**KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.**

Schedule of Services Rendered
and/or Expenses Advanced

Page         4
Inv#    1020796
Date    11/09/06
02683.00006-DOK

Re: GORDON WA LITIGATION

| | Hours | Amount |
|---|---|---|

Redacted

Wire Transfer Information:
Sterling National Bank & Trust Co. of N.Y.
425 Park Avenue
New York, New York 10022
ABA Code:    Redacted
Account No.:
For the account of: Klein, Zelman, Rothermel & Dichter, L.L.P.

**KLEIN, ZELMAN, ROTHERMEL & DICKER, L.L.P.**

485 MADISON AVENUE
NEW YORK, NEW YORK 10022-5803

TEL (212) 935-6020
FAX (212) 753-8101
e-mail: kzrd@kzrd.com

Inv#     1021202
Date    11/20/06
02683.00006-DOK

IMPULSE MARKETING GROUP, INC.
ATT:  Harvey Botvinick
5887 Glenridge Dr.
Suite 400
Atlanta, GA  30328

Re:  GORDON WA LITIGATION

FOR PROFESSIONAL SERVICES RENDERED AS FOLLOWS:

|  | Hours | Amount |
|---|---|---|
| Redacted | | |
| 11/02/06 SKW  Confer with S. Moynihan re: sanctions motion; draft letter to Siegel re: sanctions; | .60 | 135.00 |
| Redacted | | |
| 11/03/06 SAM  Work on motion for sanctions; | 2.60 | 1,287.00 |
| 11/03/06 SKW  Redacted ... revise letter to Siegel re: sanctions; | 3.50 | 787.50 |

DECLARATION OF SEAN A. MOYNIHAN, ESQ.
IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS- 16
00084322;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVE., 15TH FL., NEW YORK, NY 10022

**KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.**

Schedule of Services Rendered
and/or Expenses Advanced

Page 2
Inv# 1021202
Date 11/20/06
02683.00006-DOK

Re: GORDON WA LITIGATION

| | | Hours | Amount |
|---|---|---|---|
| | Redacted | | |
| 11/06/06 SKW | Revise letter to Siegel re: sanctions; | .70 | 157.50 |
| 11/07/06 SKW | Finalize letter to Siegel; | .20 | 45.00 |
| 11/08/06 SKW | Revise, file and serve sanctions motion and supporting papers; | 1.00 | 225.00 |
| | Redacted | | |
| 11/09/06 SKW | Confer with P. Glantz re: notice of hearing; re-file notice of hearing for sanctions motion; confer with S. | .70 | 157.50 |
| | Redacted | | |

KLEIN, ZELMAN, ROTHERMEL & DICKER, L.L.P.

```
Schedule of Services Rendered              Page         3
   and/or Expenses Advanced                Inv#    1021202
                                           Date   11/20/06
Re: GORDON WA LITIGATION                   02683.00006-DOK
```

                                                    Hours        Amount

# Redacted

```
Wire Transfer Information:
Sterling National Bank & Trust Co. of N.Y.
425 Park Avenue
```

```
KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.

         Schedule of Services Rendered              Page          4
           and/or Expenses Advanced                 Inv#     1021202
                                                    Date    11/20/06
Re: GORDON WA LITIGATION                            02683.00006-DOK

New York, New York 10022
ABA Code:                        Redacted
Account No.:
For the account of: Klein, Zelman, Rothermel & Dichter, L.L.P.
```

**KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.**

485 MADISON AVENUE
NEW YORK, NEW YORK 10022-5803

TEL (212) 935-6020
FAX (212) 753-8101
e-mail: kzrd@kzrd.com

Inv#    1021323
Date    12/12/06
02683.00006-DOK

IMPULSE MARKETING GROUP, INC.
ATT:  Harvey Botvinick
5887 Glenridge Dr.
Suite 400
Atlanta, GA  30328

Re:  GORDON WA LITIGATION

FOR PROFESSIONAL SERVICES RENDERED AS FOLLOWS:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/20/06 | SKW | Redacted ... review plaintiff's opposition to sanctions motion; | 1.50 | 337.50 |
| 11/21/06 | SKW | Draft reply memorandum in support of defendants' sanctions motion; | 2.50 | 562.50 |
| 11/22/06 | SKW | Continue drafting reply memorandum; draft Moynihan Declaration in Support of Sanctions; | 4.00 | 900.00 |
| 11/27/06 | SAM | Review and revise file reply in support of motion for sanctions; | 1.20 | 594.00 |

Redacted

Total Services

| | |
|---|---|
| 1 | KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P. |
| 2 | |
| 3 | Schedule of Services Rendered  Page    2 |
|   | and/or Expenses Advanced      Inv#  1021323 |
|   |                               Date  12/12/06 |
| 4 | Re: GORDON WA LITIGATION       02683.00006-DOK |

**Redacted**

Wire Transfer Information:
Sterling National Bank & Trust Co. of N.Y.
425 Park Avenue
New York, New York 10022
ABA Code:
Account No.:
For the account of: Klein, Zelman, Rothermel & Dichter, L.L.P.

DECLARATION OF SEAN A. MOYNIHAN, ESQ.                KLEIN ZELMAN ROTHERMEL LLP
IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS- 21   485 MADISON AVE., 15TH FL., NEW YORK, NY 10022
00084322;1