Floyd E. Ivey
Liebler, Ivey & Connor, P.S.
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

JAMES S. GORDON, JR., an individual residing in Benton County, Washington,

Plaintiffs

vs.

IMPULSE MARKETING GROUP, INC.,
a Nevada Corporation,

Defendants

NO. CV-04-5125-FVS

DECLARATION OF FLOYD E. IVEY RE: DEFENDANT'S MOTION FOR ATTORNEY'S FEES

I am local counsel for Defendants herein. In preparation for the Motion to Dismiss my time involved was 2.75 hours at a rate of $265.00 per hour for a total of $728.75. The time expended was reasonable and necessary in support of the bringing of the motions. The attached redacted narrative statement of efforts undertaken is found as Exhibit 1.

I certify and declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

_____            May 24, 2007
FLOYD E. IVEY                         Date
Signed at Kennewick, WA

Declaration of Floyd E. Ivey Re: Defendant's Motion for Attorney's Fees - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Date: 05/23/2007

Detail Transaction File List
Liebler, Ivey & Connor, P.S.

Page: 25

| Fees | Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours Worked | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1698.051 | 10/23/2006 | FEI | A | 84 | 265.00 | 2.50 | 2.50 | 662.50 | Review email from Ms. Woolery and Mr. Moynihan re: response to Plaintiff's Motion to Second Amendment or Correction; teleconference with Clerk of Court; telephone call to Plaintiff counsel re: extension of one week and email to Ms. Woolery and Mr. Moynihan. Advice from Plaintiff counsel of refusal to agree to extension with teleconference/email with Mr. Moynihan. Commence preparation of Motion, Notice, Declaration to Expedite hearing of Motion for Extension; draft Motion/Notice/Declaration for Motion for Extension. Teleconference/email from Mr. Moynihan re: posibility of filing reaponse on 10/23. Review email and telephone call from Ms. Woolery re: filing of Response with no need to file Motions for Extension.<br>Impulse Marketing Group, Inc.<br>RE: Internet spam | ARCH |
| | 1698.051 | 11/03/2006 | FEI | A | 107 | 265.00 | 0.25 | 0.25 | 66.25 | Telephone call from Federal Court re: hearing with Judge at 2 pm. Review email from attorney Mr. Moynihan.<br>Impulse Marketing Group, Inc.<br>RE: Internet spam | ARCH |

EXHIBIT 1

GRS