FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Klein Zelman Rothermel LLP
By:  Sean Moynihan, Esq.
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

ROBERT SIEGEL
Attorney At Law
Attorney for Plaintiff

JUDGE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>Plaintiff<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation, et al.<br><br>Defendants. | NO. CV-04-5125-FVS<br><br>SECOND DECLARATION OF FLOYD E. IVEY IN SUPPORT OF MOTION FOR ATTORNEY FEES RE: DEFENDANT'S MOTION TO DISMISS |

I am local counsel for Defendants herein. In preparation for the May 25, 2007 argument of Defendants' Motion for Sanctions and Fees my time involved was 4.85 hours at a rate of $265.00 per hour for a total $1,285.25. The time expended was reasonable and necessary for preparation for the Motion for

Declaration, Second, of Floyd E. Ivey in Support of Motion for Attorney Fees - 1

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  Sanctions/Fees, argument and filing of the Declarations. The attached redacted
2  narrative statement of efforts undertaken and fees is found as Exhibit 1 pages 3
3  and 4 of this Declaration.
4      I certify and declare, under penalty of perjury under the laws of the State of
5  Washington, that the foregoing is true and correct.

6  _____   May 25, 2007
7  FLOYD E. IVEY                                Date
8  Signed at Kennewick, Washington

10
11     I hereby certify that on May 25, 2007, I electronically filed **Declaration of Floyd E. Ivey in Support of Motion for Attorney Fees** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

                S/ FLOYD E. IVEY
                FLOYD E. IVEY

Declaration, Second, of Floyd E. Ivey in Support of Motion for Attorney Fees - 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Date: 05/25/2007            **Detail Transaction File List**            Page: 27
Liebler, Ivey & Connor, P.S.

| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours Worked | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *estimated* | | | |
| 1698.051 | 05/17/2007 | FEI | P | 84 | 265.00 | 1.0 | 1.0 | 265.00 | Review email from Ms. Wolery and Mr. Moynihan re: recent decisions and re: argument for sanctions. Teleconference with Ms. Wolery and Mr. Moynihan re: required Declaration re: time spent re: the recent Granted Motion. | 9 |
| | | | | | | | | | | 10 |
| 1698.051 | 05/23/2007 | FEI | P | 84 | 265.00 | 0.75 | 0.75 | 198.75 | Review substance of materials required for Teleconference with the Court on 5/25 re: attorneys fees. Teleconference with attorney Ms. Wolery for preparation of declarations of Mr. Moynihan and Ms. Wolery with narrative statements of efforts and charges relating to the Motion. Review of time expended by attorney Ivey relative to this Motion. Impulse Marketing Group, Inc. RE: Internet spam | 11 |
| 1698.051 | 05/24/2007 | FEI | P | 37 | 265.00 | 1.25 | 1.25 | 331.25 | Dictation of Declaration of Floyd E. Ivey in support of Defendant's Motion for Attorneys Fees. Review email and Declarations from | 12 |

3

Date: 05/25/2007            **Detail Transaction File List**            Page: 28
Liebler, Ivey & Connor, P.S.

Fees

| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours Worked | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | co-counsel Mr. Moynihan and Ms. Wolery re: time and attorney fees in bringing Motion to Dismiss and for Sanctions. Review Court Order. Email message to Ms. Wolery re: conference morning of 5/25 re: Hearing. Impulse Marketing Group, Inc. RE: Internet spam | |
| 1698.051 | 05/25/2007 | FEI | P | 84 | 265.00 | 1.85 | 1.85 | 490.25 | Review Declaration of Ivey and revise. File Declarations of Mr. Moynihan, Ms. Wolery and Ivey. Teleconference with attorney Ms. Wolery re: factors of particular consequence for argument. Draft 2nd Declaration of Ivey re: time/fees for preparation for argument and file with the Court. Estimated time with co-counsel pre-argument and with the Court for hearing. Impulse Marketing Group, Inc. RE: Internet spam | 13 |