# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington<br><br>Plaintiff,<br>vs.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation,<br><br>Defendant. | Case No. CV-04-5125-FVS<br><br>**MINUTES**<br><br>DATE: MAY 25, 2007<br><br>LOCATION: SPOKANE<br><br>TELEPHONIC HEARING |

| **Judge Fred Van Sickle** | | |
|---|---|---|
| Cindy Parks | Natalie Havlina | Mark Snover |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Robert J. Siegel | Floyd Ivey and Sean A. Moynihan<br>Stacy K. Wolery | |
| **Plaintiff's Counsel** | **Defendant's Counsel** | |

[X] Telephonic hearing

    Motion before the Court:
    Motion for Sanctions (Ct. Rec. 425) - *Granted in Part and Denied in Part*

Court addresses counsel re: Rule 15 and orders sanctions in the amount of $1,500.00 to be paid to defendants for plaintiff's failure to follow civil rules. Matter will proceed as indicated in Court's previous written orders.

*[X] ORDER FORTHCOMING*

| **CONVENED: 11:00 AM** | **ADJOURNED: 11:18 AM** | **TIME: 10 MIN** | **CALENDARED [ ]** |
|---|---|---|---|