|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF WASHINGTON | |
| JAMES S. GORDON, JR., an individual residing in Benton County, Washington,<br><br>        Plaintiff,<br><br>   v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada Corporation, et al.,<br><br>        Defendants. | No. CV-04-5125-FVS<br><br>NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE |

**PLEASE TAKE NOTICE:**

**A telephonic Scheduling Conference will be held on June 28, 2007 at 2:00 p.m. The parties shall call the Court's conference line (509) 372-1234.**

On or before **June 25, 2007**, the parties shall file the following:

1. **Consent Form**. The parties shall complete the enclosed Consent Form or advise the Clerk of the Court that there will be no consent that this case may be tried by a United States Magistrate Judge. See, 28 U.S.C. § 636 as amended; **and**

2. **Proposed Discovery Plan**. The parties shall file a Proposed Discovery Plan as discussed in FRCP 26(f) that includes the disclosures required under Rule 26(a)(1); **and**

3. **Statement Identifying Corporate Information**: Any non-governmental corporate party to this action shall file a statement

NOTICE - 1

identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock. Counsel have an on-going responsibility to supplement this information.

4. **Joint Status Certificate** The parties shall file a Joint Status Certificate outlining the issues set forth below. If a joint certificate cannot be completed, the parties shall file separate certificates; and

Counsel shall confer at least 14 days in advance of the conference with respect to the following issues.

    a. Are there any issues regarding service of process?

    b. Are there any issues regarding jurisdiction or venue?

    c. What motions are anticipated?

    d. When can discovery be completed? Dispositive motions will be due seven days after the discovery cutoff. The trial will be set approximately 120 days after the discovery cutoff.

    e. Are any special procedures needed, such as consolidation of actions for discovery or pretrial, reference to a special master, a magistrate, arbitration, or to the Judicial Panel on Multi-district Litigation, or application for Manual for Complex Litigation?

    f. Are any modifications to the standard pretrial procedures needed because of simplicity or complexity of this case?

    g. Should this case be bifurcated? Or are there other issues regarding the structuring sequence of the trial?

    h. What are the prospects for settlement? Will there be a point before the discovery cutoff when the parties can conduct meaningful settlement discussions or participate in a form of

alternative dispute resolution?

      i.  Are there any other matters to discuss that may insure the effective resolution of this case?

**DATED** this ___30th___ day of May, 2007.

                            JAMES R. LARSEN
                            DISTRICT COURT CLERK

                            s/Cindy K. Parks
                            CINDY K. PARKS
                            Deputy Clerk