```
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF WASHINGTON
```

JAMES S. GORDON, JR.,

        Plaintiff,

        v.

IMPULSE MARKETING GROUP, INC.,

        Defendant.

No. CV-04-5125-FVS

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SANCTIONS

**THIS MATTER** came before the Court for a hearing on the Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, Ct. Rec. 425. The Plaintiff is represented by Robert J. Siegal. The Defendant is represented by Floyd E. Ivey, Peter J. Glantz, and Sean A. Moynihan. In view of the failure of Plaintiff's counsel to comply with Federal Rule of Civil Procedure 15(a), the Court finds the imposition of sanctions appropriate. Counsel for both parties are expected to comport themselves in a professional and civil manner in conducting this litigation. The Court being fully advised,

**IT IS HEREBY ORDERED:**

1. The Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, **Ct. Rec. 425**, is **GRANTED IN PART** and **DENIED IN PART.**

2. Sanctions are imposed on Plaintiff's counsel for failure to comply with the Federal Rules of Civil Procedure. Plaintiff's counsel

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SANCTIONS- 1

shall pay sanctions in the amount of one thousand five hundred dollars ($1,500) to Defendant's counsel.

3. The Plaintiff's unauthorized Second Amended Complaint, **Ct. Rec. 410,** is **STRICKEN**.

4. As provided in the Court's Order Granting in Part and Denying in Part Motion to Amend, Ct. Rec. 481, the Plaintiff may now file an amended pleading amending Section 4.3 of the First Amended Complaint to allege damages under the Prize Statute.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  15th  day of June, 2007.

> s/ Fred Van Sickle
> Fred Van Sickle
> United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SANCTIONS- 2