1

2   i.JUSTICE LAW, P.C.                    THE HONORABLE FRED VAN
    1325 Fourth Ave., Suite 940           SICKLE
3   Seattle, Washington 98101-2509
    Phone (206)-304-5400
4   Fax (206) 624-0717

5

6

7                        IN THE UNITED STATES DISTRICT COURT
8                      FOR THE EASTERN DISTRICT OF WASHINGTON
                                    AT RICHLAND
9
    JAMES S. GORDON, JR,                   **NO.** CV-04-5125-FVS
10  a married individual;

11              Plaintiff,                 **[AMENDED FIRST AMENDED]**
                                           **COMPLAINT FOR DAMAGES UNDER**
12  v.                                     **THE CAN-SPAM ACT OF 2003 [15**
                                           **U.S.C. §7701, *et seq.*]; WASHINGTON**
13                                         **CONSUMER PROTECTION ACT**
    **IMPULSE MARKETING**                  **(RCW 19.86); THE WASHINGTON**
14  **GROUP, INC., a**                     **COMMERCIAL ELECTRONIC MAIL**
    **Nevada/Georgia corporation;**        **ACT (RCW 19.190); RCW 19.170 et seq.,**
15  **JEFFREY GOLDSTEIN,**                 **and Injunctive Relief**
    **individually and as part of his**
16  **marital community; PHILLIP**         **[JURY DEMAND]**
    **HUSTON, individually and as**
17  **part of his marital community;**
    **KENNETH ADAMSON,**
18  **individually and as part of his**
    **marital community; JOHN**
19  **DOES, I-X,**

20

21         COMES NOW, Plaintiff James S. Gordon, Jr. and, pursuant to order of this

22  Court, files this Amended First Amended Complaint against defendants named

23
    herein. Plaintiff alleges the following on information and belief:
24

25

26

27

Dockets.Justia.com

## 1. PARTIES

1.1     Plaintiff James S. Gordon, Jr. ("Gordon") is a married individual who

is and was a resident of Benton and/or Franklin County, Washington, and

who was doing business as an interactive computer service as

'gordonworks.com', during the time of all acts complained of herein.

1.2     Defendant Impulse Marketing Group, Inc., ("Impulse") upon

information and belief, is a **Nevada** corporation, with its principle place of

business located in Georgia.

1.3     Defendant Jeffrey Goldstein ("Goldstein") is an officer, director,

and/or majority shareholder of Impulse, and as such controls its policies,

activities, and practices, including those alleged herein on behalf of Impulse.

All acts and practices undertaken by Goldstein on behalf of Impulse are and

were for the benefit of his marital community.  Defendant resides in the State

of Georgia and transacts or has transacted business in the State of

Washington and in the Eastern District of Washington.

1.4     Defendant Phil Huston ("Huston") is an officer, director, and/or

majority shareholder of Impulse, and as such controls its policies, activities,

and practices, including those alleged herein on behalf of Impulse.  All acts

AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -2
GORDON v. IMPULSE
MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

1  and practices undertaken by Huston on behalf of Impulse are and were for

2

3  the benefit of his marital community.  Defendant resides in the State of

4  Georgia and transacts or has transacted business in the State of Washington

5  and in the Eastern District of Washington.

6

7  1.5     Defendant Kenneth Adamson ("Adamson") is an officer, director,

8  and/or majority shareholder of Impulse, and as such controls its policies,

9  activities, and practices, including those alleged herein on behalf of Impulse.

10

11 All acts and practices undertaken by Huston on behalf of Impulse are and

12 were for the benefit of his marital community.  Defendant resides in the State

13 of Georgia and transacts or has transacted business in the State of

14 Washington, and in the Eastern District of Washington.

15

16 1.6     The actions alleged herein to have been undertaken by the defendants

17 were undertaken by each defendant individually, were actions of which each

18

19 defendant had knowledge and that each defendant authorized, controlled,

20 directed, or had the ability to authorize, control or direct, and/or were actions

21 each defendant assisted and/or participated in, and are actions for which each

22

23 defendant is liable.  Each defendant aided, abetted, assisted, and conspired

24 with the actions of each other defendant herein in that each defendant had

25

26

27 AMENDED FIRST AMENDED
   COMPLAINT FOR DAMAGES,
28 PENALTIES, ETC. -3
   GORDON v. IMPULSE
   MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

knowledge of those actions, provided assistance and benefited from those

actions, in whole or in part.  Each of the defendants was the agent of each of

the other defendants, and in committing those acts herein alleged, was acting

within the course and scope of such agency and with the permission and

consent of other defendants.

## II.    JURISDICTION

2.1       This Court has original jurisdiction of the causes of action herein

which are brought  under the CAN-SPAM Act of 2003 – 15 U.S.C. §7701, *et*

*seq.*, 15 U.S.C. §7707(g)(1).

2.2       The unlawful actions of the defendants were committed in the States of

Washington, Georgia, and in the judicial district of this Court.

2.3       The Defendants regularly transact business within the State of

Washington by virtue of the fact that they regularly send commercial bulk

emails into the State, which emails are received on computers and other

electronic devices owned and maintained by residents of the State in the

State.  As a result of the Defendants' acts and transactions within the State of

Washington, this Court has personal jurisdiction over the Defendants under

RCW 4.28.185(1)(a).

AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -4
GORDON v. IMPULSE
MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

2.4     The causes of action complained of herein include allegations that commercial electronic messages sent by or on behalf of the Defendants to the Plaintiff violates RCW 19.190 et seq., the Washington Commercial Electronic Mail Act (CEMA) and RCW 19.86 et seq.  the Washington State Consumer Protection Act (CPA).

2.5     This Court has diversity jurisdiction over the parties named herein as plaintiffs and defendants are residents of different states, and the complaint includes a prayer for relief in excess of $75,000, exclusive of interest and costs.

2.6     Jurisdiction to commence this action is conferred by 15 U.S.C. §7701, *et seq.*, 15 U.S.C. §7707(g)(1); RCW 19.86.080, 19.86.090, 19.86.160, RCW 19.190.030 and RCW 4.12.020-.025.

### III.     General Allegations

3.1     Plaintiffs reallege and incorporate as though fully set forth herein, all prior paragraphs herein.

3.2     Plaintiff Gordon is the registrant of the internet domain "gordonworks.com".

3.3     Plaintiff Gordon is the registrant of the internet domain

AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -5
GORDON v. IMPULSE
MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

'gordonworks.com', and is an interactive computer service as that term is defined in 15 U.S.C. §7703(11); 47 USC 231(e)(4); and RCW 19.190.010 (7), and is the owner of an internet domain server, which, among others, hosts the 'Gordonworks.com' domain.

3.4     Gordon provides or enables computer access by multiple users to a computer server that hosts the "gordonworks.com" domain name and further provides electronic mail accounts to individuals utilizing their personal domain names for electronic messaging, including individuals residing within the Federal judicial district in which this case is brought.

3.5     Plaintiff Gordon is a user of the interactive computer service provided by 'gordonworks.com', and maintains electronic mail message accounts with 'gordonworks.com, including under the address jim@gordonworks.com as well as the domain name "rcw19190020.com".

3.6     At all times relevant to this action Plaintiff status as Washington residents is and was public knowledge and available to defendants upon request from the Plaintiff, their domain registrar information, and other readily accessible sources.

3.7     The Defendants have initiated the transmission of numerous

AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -6
GORDON v. IMPULSE
MARKETING, INC., ET AL

Page 6 of 18

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

commercial email messages directed to and through Plaintiff's interactive

computer service, and/or to and through Plaintiff's domain

'gordonworks.com', and/or further addressed to Plaintiff Gordon's email

addresses, including but not limited to jim@gordonworks.com.

## IV.   Causes of Action

### 4.1   First Cause of Action

**Violations of the Can-Spam Act of 2003 [**15 U.S.C. §7701 et seq.]

Plaintiff realleges all preceding paragraphs and incorporates them herein as if set

forth in full:

4.1.1      Plaintiff has received thousands of commercial electronic mail

messages from or on behalf of defendants, sent to Plaintiff's electronic mail

server located in Benton and Franklin Counties, Washington, and/or to its

registered domains, including 'gordonworks.com' in violation of the CAN-

SPAM Act of 2003, 15 U.S.C. §7701 et seq.

4.1.2   Plaintiff Gordon further alleges that he received numerous items of

electronic mail from the defendants sent to the 'gordonworks.com'

domain, and to email addresses served thereby, that were responded to

with specific requests not to receive future commercial electronic mail

AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -7
GORDON v. IMPULSE
MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

messages, which requests went unheeded for a substantial amount of time during which defendants continued to send unlawful email to plaintiff in violation of 15 U.S.C. §7704(a)(4).

4.1.3   Plaintiff further alleges that the defendants sent at least one (1) separate item of electronic mail to the plaintiff to an address most likely harvested from domain name registration and/or by other means of anonymous internet information harvesting.  Said conduct was in violation of 15 U.S.C. §7704(b)(1)(A)(i), and (ii).

4.1.4     Plaintiff further alleges that defendants initiated the transmission of commercial electronic mail to plaintiff at and through his 'gordonworks.com' domain, and to individual email accounts at that domain and on its server, which electronic mail included materially misleading subject lines, which constitutes a violation of 15 USC 7704(a)(2).

4.1.5     Plaintiff further alleges that defendants initiated the transmission of commercial electronic mail to plaintiff at and through the 'gordonworks.com' domain and to individual email accounts served thereby, which electronic mail failed to provide a functioning mechanism, clearly and conspicuously displayed, that a recipient may use, in a manner specified in the message, to

AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -8
GORDON v. IMPULSE
MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

1  request not to receive further messages from the sender, which constitutes

2

3  violations of 15 USC 7704(a)(3)(A), and 7704(a)(4)(A)(ii).

4  4.1.6      Plaintiff further alleges that defendants initiated the transmission of

5  commercial electronic mail to plaintiffs at and through the

6

7  'gordonworks.com' domain to individual email accounts served thereby,

8  which electronic mail failed to provide clear and conspicuous notice that the

9  mail is an "advertisement", which constitutes a violation of 15 USC

10

11  7704(a)(4)(A)(i).

12  4.1.7      As a proximate result of said unlawful conduct by said defendants,

13  Plaintiff is entitled to damages for the actual monetary loss incurred or

14

15  statutory damages in the amount of up to $100.00 in the case of violation of

16  Section 5(a)(1) or up to $25.00 in the case of each violation of the other

17  subsections of Section 5 in the form of statutory damages as set forth in 15

18

19  U.S.C. §7707(g)(1) and (3)(A).

20  4.1.9      Plaintiff furthermore seeks a preliminary and permanent injunction

21  against the defendants for their current and future violations of the CAN-

22

23  SPAM Act of 2003 as it and members of the general public will continue to

24  incur damages as a result of the unlawful conduct of said defendants.  The

25

26

27

28

AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -9
GORDON v. IMPULSE
MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

seeking of injunctive relief by the plaintiff is specifically authorized by 15 U.S.C. §7707(g)(1)(A).

4.1.6     Plaintiff furthermore seeks their attorney fees and costs against the defendants pursuant to 15 U.S.C. §7707(g)(4).

## 4.2     Second and Third Causes of Action

**Violations of the Washington CEMA [RCW 19.190.020 et seq.]**

**and the Washington Consumer Protection Act [RCW 19.86 et seq.]**

Plaintiffs reallege all preceding paragraphs and incorporates them herein as if set forth in full:

4.2.1     It is a violation of RCW 19.190.020(1)(a)(b) and 19.190.030(1)(a)(b) to initiate the transmission, conspire with another to initiate the transmission, or assist the transmission, of a commercial electronic mail message from a computer located in Washington or to an electronic mail address that the sender knows, or has reason to know, is held by a Washington resident that uses a third party's internet domain name without permission of the third party, or otherwise misrepresents or obscures any information in identifying the point of origin or the transmission path of a commercial electronic mail message, or contains false or misleading information in the subject line.

AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -10
GORDON v. IMPULSE
MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

4.2.2    Defendants initiated the transmission, or assisted and/or conspired to transmit numerous commercial electronic mail messages to Plaintiff's domain and server, and to Plaintiff Gordon's individual email account which defendants knew, or had reason to know were located in the state of Washington, which emails misrepresented or obscured information identifying the point of origin or the transmission path, and/or which contained false or misleading information in the subject line, which constitutes violations of RCW 19.190 et seq.

4.2.3    It is further a violation of RCW 19.190.080 to "solicit, request, or take any action to induce a person to provide personally identifying information by means of a web page, electronic mail message, or otherwise using the internet by representing oneself, either directly or by implication, to be another person, without the authority or approval of such other person." Numerous emails sent by Defendants and received by Plaintiff violated this provision of the CEMA.

4.2.4    Pursuant to RCW 19.190.020(1)(a)(b), each email sent in this Second Cause of Action is a separate and distinct violation of RCW 19.190, and pursuant to RCW 19.190.030(1)(a)(b), (2), and (3) constitutes a separate and

AMENDED FIRST AMENDED COMPLAINT FOR DAMAGES, PENALTIES, ETC. -11
GORDON v. IMPULSE MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

distinct violation of the Consumer Protection Act, RCW 19.86.

4.2.5     Further, defendants' acts herein alleged, constitute separate and distinct violations of RCW 19.86 as they constitute unfair or deceptive acts and practices, occurring in the regular course of defendants' conduct of commerce and trade, and are unfair methods of competition, which acts have been, or are likely to be perpetrated against other residents of the State.


Plaintiff has been damaged as a result of Defendants' statutory violations as set forth herein, in an amount to be proven at trial.


### 4.3     Fourth Cause of Action
### RCW 19.170 et seq.

Plaintiff realleges all preceding paragraphs and incorporates them herein as if set forth in full:

4.3.1   RCW 19.170 et seq. makes it unlawful under Washington State law to deceptively advertise or promote "free" prizes, gifts, awards, travel coupons or certificate, free item, or any other item offered in a promotion that is different and distinct from the goods, service, or property promoted by a sponsor.  The statute makes a violation of RCW 19.170 a per se

AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -12
GORDON v. IMPULSE
MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

1   violation of the State Consumer Protection Act (RCW 19.86 et seq.)

2   4.3.2  Numerous email advertisements, i.e., "spam" which Defendants

3

4   transmitted to Plaintiff, as described herein, violated RCW 19.170 et seq.,

5   in the following ways:  In violation of RCW 19.170.030:

6

7   (a) The offending emails contained offers, and promotions for
        prizes, gifts, and awards which failed to identify the name and

8       address of the promoter and the sponsor of the promotion;
        and/or,

9

10  (b) failed to state the verifiable retail value of each prize offered in
        it; and/or,

11

12  (c) failed to disclose the verifiable retail value and odds for each
        prize which must be stated in immediate proximity on the same

13      page with the first listing of each prize in type at least as large as
        the typeface used in the standard text of the offer; and/or

14

15  (d) failed to conspicuously disclose, if a person is required or
        invited to view, hear, or attend a sales presentation in order to

16      claim a prize that has been awarded, may have been awarded, or
        will be awarded, the requirement or invitation must be

17      conspicuously disclosed under subsection (7) of this section to
        the person in the offer in bold-face type at least as large as the

18      typeface used in the standard text of the offer; and/or,

19

20  (e) or failed to otherwise comply with RCW 19.170.030 which
        requires that "No item in an offer may be denominated a prize,

21      gift, award, premium, or similar term that implies the item is
        free if, in order to receive the item or use the item for its

22      intended purpose the intended recipient is required to spend any
        sum of money, including but not limited to shipping fees,

23      deposits, handling fees, payment for one item in order to receive

24      another at no charge, or the purchase of another item or the

25

26  AMENDED FIRST AMENDED                Page 13 of 18

27  COMPLAINT FOR DAMAGES,
    PENALTIES, ETC. -13

28  GORDON v. IMPULSE
    MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

expenditure of funds in order to make meaningful use of the item awarded in the promotion. The payment of any applicable state or federal taxes by a recipient directly to a government entity is not a violation of this section."

In violation of RCW 19.170.040:

(a)     included a prize in an offer when the promoter or sponsor knows or has reason to know that the prize will not be available in a sufficient quantity based upon the reasonably anticipated response to the offer.

(b)     failed to comply with subsection (5) which provides: "If the prize is not available for immediate delivery to the recipient, the recipient shall be given, at the promoter or sponsor's option, a rain check for the prize, the verifiable retail value of the prize in cash, or a substitute item of equal or greater verifiable retail value."

(c)     failed to comply with subsection 5(b), which provides: "If the rain check cannot be honored within thirty days, the promoter or sponsor shall mail to the person a valid check or money order for the verifiable retail value of the prize described in this chapter."

(d)     failed to comply with subsection (6), which provides: "A sponsor shall fulfill the rain check within thirty days if the person named as being responsible fails to honor it."

(e)     failed to comply with subsection (7) , which provides: "The offer shall contain the following clear and conspicuous statement of recipients' rights printed in type at least as large as the typeface used in the standard text of the offer:" If you receive a rain check in lieu of the prize, you are entitled by law to receive the prize, an item of equal or greater value, or the cash equivalent of the offered prize within thirty days of the date on which you claimed the prize."

AMENDED FIRST AMENDED COMPLAINT FOR DAMAGES, PENALTIES, ETC. -14 GORDON v. IMPULSE MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

(f)     failed to comply with subsection (8) , which provides: "It is a violation of this chapter to misrepresent the quality, type, value, or availability of a prize."

4.3.3  On at least one occasion, Plaintiff attempted to claim a free prize.

4.3.4  No free prize was ever received.  Instead, Plaintiff received a torrent of spam that has not ended to this day.

4.3.5  Plaintiff was damaged thereby.

5.     **Demand for jury.**    Plaintiff demands that this cause be tried to a jury.

## PRAYER FOR RELIEF

Plaintiff prays for relief as follows:

That the Court adjudge and decree that defendant has engaged in the conduct complained of herein.

That the Court adjudge and decree that the conduct complained of herein constitutes violations of the Federal Can-Spam Act of 2003, 15 U.S.C. §7705, and that Plaintiff are entitled to all damages provided for thereunder, as may be proved at trial;

That the Court adjudge and decree that the conduct complained of herein constitutes violations of the Washington Commercial Electronic Mail Act, RCW 19.190 et seq., and that Plaintiff is entitled to all damages provided

AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -15
GORDON v. IMPULSE
MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

for thereunder, as may be proved at trial, including but not limited to treble damages of up to three times the per statutory damages provided therein for each violation committed by the defendants, in an amount to be proven at trial;

That the Court adjudge and decree that the conduct complained of herein constitutes violations of RCW 19.170 et seq. and that Plaintiff is entitled to all damages provided for thereunder, as may be proved at trial, including but not limited to aggravated damages under RCW 19.170.060 of up to three times the amount of statutory damages for these violations committed by the defendants willfully and knowingly, and for defendants' unlawful activity.

That the Court adjudge and decree that the conduct complained of herein constitutes violations of the Washington Consumer Protection Act, RCW 19.86 et seq., and that Plaintiff is entitled to all damages provided for thereunder, as may be proved at trial;

That the Court assess civil penalties, pursuant to 19.190.040(1) of five hundred dollars ($500) per violation against defendant for each and every one of the commercial electronic mail messages sent to plaintiff Gordon in violation of RCW 19.190.020.

AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -16
GORDON v. IMPULSE
MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

That the Court assess civil penalties, pursuant to 19.190.040(1) one thousand dollars ($1,000) per violation against defendant for each and every one of the commercial electronic mail messages sent through plaintiff Gordon's interactive computer service in violation of RCW 19.190.020.

That the Court assess civil penalties in the way of treble damages pursuant to RCW 19.86.140, of two thousand dollars ($2,000) for each and every one of the violations of RCW 19.86 caused by the conduct complained of herein.

That the Court enter judgment pursuant to RCW 19.86.140 providing that Plaintiff has been injured by the conduct complained of herein, and ordering that Plaintiff recover from the defendant the costs of this action, including reasonable attorney's fees.

That the Court order such other relief as it may deem just and proper to fully and effectively remedy the effects of, and prevent future instances of, the conduct complained of herein, or which may otherwise seem proper to the Court.

DATED this 22nd day of June, 2007.


**i.JUSTICE LAW, P.C.**

AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -17
GORDON v. IMPULSE
MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717

1

2 /s/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
3 Attorneys for Plaintiffs

4

5

6

7

8

9                           **Certificate of Service**

10 I, hereby, certify that on June 22, 2007, we filed this pleading with this

11 Court. The Clerk of the Court will provide electronic notification system

12 using the CM/ECF, which will send an electronic copy of this Notice to:

13 Floyd E. Ivey; Sean Moynihan; Stacy Wolery.  I further certify that I

14 have served the foregoing to the following non-CM/ECF participants by

15 other means: Bonnie Gordon; Jonathan Gordon; James S. Gordon, III;

16 Jamila Gordon; Emily Abbey; and Hon. Harld D. Clarke, Jr.

17

18

19 /S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
20 Attorneys for Plaintiffs

21

22

23

24

25

26                                    Page 18 of 18

27 AMENDED FIRST AMENDED
COMPLAINT FOR DAMAGES,
PENALTIES, ETC. -18
28 GORDON v. IMPULSE
MARKETING, INC., ET AL

i.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
Phone: 206-304-5400
Fax: 206-624-0717