Hon. Fred Van Sickle

Liebler, Ivey, Conner, Berry & St. Hilaire
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
*Local Counsel for Defendants Impulse Marketing Group, Inc.,*
*Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

Klein Zelman Rothermel LLP
By: Sean A. Moynihan & Stacy K. Wolery
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
*Attorneys for Defendants Impulse Marketing Group, Inc.,*
*Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., | Case No.: CV-04-5125-FVS |
| Plaintiff, | |
| v. | DEFENDANTS' MOTION TO DISMISS THE AMENDED FIRST AMENDED COMPLAINT AND TO STRIKE PLAINTIFF'S MORE DEFINITE STATEMENT |
| Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson, | |
| Defendants. | |
| Impulse Marketing Group, Inc., | |
| Third-Party Plaintiff, | |
| v. | |
| Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon, | |
| Third-Party Defendants. | |

Defendants Impulse Marketing Group, Inc. ("Impulse"), Jeffrey Goldstein

("Goldstein"), Phillip Huston ("Huston") and Kenneth Adamson (collectively,

DEFENDANTS' MOTION TO DISMISS THE AMENDED FIRST
AMENDED COMPLAINT AND TO STRIKE THE MORE
DEFINITE STATEMENT - 1
00084836;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

"Defendants") now move for dismissal of the Amended First Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1), (2), (6) and 12(e) and 41(b) and to strike the More Definite Statement pursuant to Fed. R. Civ. P. 12(f). This motion is based upon the Declarations of Sean A. Moynihan, Esq. in Support of Defendants' Motion to Dismiss Plaintiff's Amended First Amended Complaint and to Strike the More Definite Statement and the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended First Amended Complaint and to Strike the More Definite Statement.

DATED this 28 day of June, 2007.


KLEIN ZELMAN ROTHERMEL LLP


By: _____
     Sean A. Moynihan, admitted *pro hac vice*
     Stacy K. Wolery, admitted *pro hac vice*
     Attorneys for Defendants Impulse Marketing
     Group, Inc., Jeffrey Goldstein, Kenneth
     Adamson and Phillip Huston


LIEBLER, CONNOR, IVEY, BERRY
& ST. HILAIRE


By: _____
     Floyd E. Ivey
     Local Counsel for Defendants Impulse
     Marketing Group, Inc., Jeffrey Goldstein,
     Kenneth Adamson and Phillip Huston

DEFENDANTS' MOTION TO DISMISS THE AMENDED FIRST
AMENDED COMPLAINT AND TO STRIKE THE MORE
DEFINITE STATEMENT - 2
00084836;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

1

<u>**Certificate of Service**</u>

2   I, hereby, certify that on June 27, 2007, I electronically filed this pleading with this

3   Court. The Clerk of the Court will provide electronic notification using the CM/ECF

4   system, which will send an electronic copy of the Motion to Dismiss the Amended

5   First Amended Complaint and to Strike the More Definite Statement to: Robert J.

6   Siegel, Floyd E. Ivey and Sean A. Moynihan. I hereby certify that I have served the

7   forgoing to the following non-CM/ECF participants by other means:

8
Bonnie Gordon
9804 Buckingham Drive
Pasco, WA 99301
9

10
Jonathan Gordon
9804 Buckingham Drive
Pasco, WA 99301
11

12
James S. Gordon, III
9804 Buckingham Drive
Pasco, WA 99301
13

14
Robert Pritchett
1952 Thayer Drive
Richland, WA 99354
15

16
Jamila Gordon
9804 Buckingham Drive
Pasco, WA 99301
17

18
Emily Abbey
1407 2nd Avenue West, # 608
Seattle, WA 98119
19

20
Hon. Harold D. Clarke, Jr.
Special Discovery Master
Algeo Clarke & Erickson
E 102 Baldwin
Spokane, WA 99207
21

22

23

24   _____

Stacy K. Wolery, Esq.
25   Attorney for Defendants Impulse
Marketing Group, Inc., Jeffrey Goldstein,
26   Phillip Huston and Kenneth Adamson

27   DEFENDANTS' MOTION TO DISMISS THE AMENDED FIRST     KLEIN ZELMAN ROTHERMEL LLP
AMENDED COMPLAINT AND TO STRIKE THE MORE     485 MADISON AVENUE, 15TH FLOOR
28   DEFINITE STATEMENT - 3     NEW YORK, NEW YORK 10022
00084836;1     (212) 935-6020