1  Hon. Fred Van Sickle

2  Liebler, Ivey, Conner, Berry & St. Hilaire
   By: Floyd E. Ivey
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   *Local Counsel for Defendants Impulse Marketing Group, Inc.,*
5  *Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

6  Klein Zelman Rothermel LLP
   By: Sean A. Moynihan & Stacy K. Wolery
7  485 Madison Avenue, 15th Floor
   New York, NY 10022
8  (212) 935-6020
   *Attorneys for Defendants Impulse Marketing Group, Inc.,*
9  *Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

10

11  ## IN THE UNITED STATES DISTRICT COURT
    ## FOR THE EASTERN DISTRICT OF WASHINGTON
    ## AT RICHLAND

12

13  James S. Gordon, Jr.,                          Case No.: CV-04-5125-FVS
                            )
14           Plaintiff,    )
                            )    [PROPOSED] ORDER DISMISSING
15       v.                )    PLAINTIFF'S AMENDED FIRST
                            )    AMENDED COMPLAINT AND TO
16  Impulse Marketing Group, Inc.,   )   STRIKE PLAINTIFF'S MORE
    Jeffrey Goldstein, Phillip Huston,  )  DEFINITE STATEMENT
17  and Kenneth Adamson,    )
                            )
           Defendants.      )
18  _____ )

19  Impulse Marketing Group, Inc.,    )
                            )
20         Third-Party Plaintiff,    )
                            )
21       v.                )
                            )
22  Bonnie F. Gordon, Jamila Gordon,  )
    James Gordon, III, and Jonathan   )
23  Gordon,                 )
               Third-Party Defendants. )
24  _____ )

25       THIS MATTER comes before the Court on the Motion to Dismiss the

26  Amended First Amended Complaint and to Strike the More Definite Statement under

27  PROPOSED ORDER, DEFENDANTS' MOTION                KLEIN ZELMAN ROTHERMEL LLP
    TO DISMISS THE AMENDED FIRST AMENDED COMPLAINT    485 MADISON AVENUE, 15TH FLOOR
28  AND TO STRIKE THE MORE DEFINITE STATEMENT - 1     NEW YORK, NEW YORK 10022
    00084859;1                                        (212) 935-6020

Fed. R. Civ. 12(b)(1), (2) and (6), 12(e), 41(b) and 12(f) filed by Defendants. The Court hereby finds as follows:

Defendants' Motion to Dismiss Pursuant to 41(b):

    1.    The Plaintiff failed to comply with this Court's order denying his request to add new plaintiffs to the action.

    2.    The Plaintiff failed to comply with Fed. R. Civ. P. 15 by filing the Second Amended Complaint without leave of Court or consent of the parties.

    3.    The Plaintiff failed to comply with Fed. R. Civ. P. 12(e) by filing his More Definite Statement nearly one (1) month late and as a separate document without reference to the Amended First Amended Complaint.

    4.    The Plaintiff failed to comply with the Court's order requiring him to provide a more definite statement that does not properly address issues raised in the Court's order.

    5.    The Plaintiff failed to comply with the Court's order to pay sanctions to Defendants in the amount of One Thousand Five Hundred ($1,500).

Defendants' Motion to Dismiss Pursuant to 12(e):

    6.    The Plaintiff failed to provide a more definite statement within the time limits prescribed by Fed. R. Civ. P. 12(e).

    7.    The Plaintiff failed to provide an adequate more definite statement that referenced allegations contained in the underlying pleading.

Defendants' Motion to Dismiss Pursuant to 12(b)(1), (2) and (6):

    8.    The Plaintiff lacks standing to assert any causes of action on behalf of unregistered d/b/a Gordonworks.com.

    9.    The Plaintiff, an individual, lacks standing to assert the matters complained of in his First Cause of Action.

PROPOSED ORDER, DEFENDANTS' MOTION
TO DISMISS THE AMENDED FIRST AMENDED COMPLAINT
AND TO STRIKE THE MORE DEFINITE STATEMENT - 2
00084859;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

10.    The Plaintiff, an individual, is neither an "interactive computer service" as defined in RCW § 19.190, *et seq*., nor an "internet access service" as defined in 15 U.S.C. § 7701, *et seq*, and therefore lacks standing as an interactive computer service or internet access service to assert the matters complained of in his First and Second Causes of Action.

11.    After due deliberation his Court has determined that it lacks jurisdiction over the persons of Jeffrey Goldstein, Kenneth Adamson and Phillip Huston.

12.    After due deliberation, this Court has determined that the First Amended Complaint fails to state a claim on which relief may be granted.

Defendants' Motion to Strike Pursuant to 12(f):

13.    The Plaintiff's More Definite Statement is an inadequate response to the Court's order.

14.    The Plaintiff's More Definite Statement was not filed within the time limits prescribed by Fed. R. Civ. P. 12(e).

15.    The Plaintiff's More Definite Statement contained impertinent and immaterial accusations and redundant statutory quotations.

WHEREFORE, it is hereby ORDERED that:

a.    The motion to dismiss the Amended First Amended Complaint is GRANTED.

b.    The motion to strike the More Definite Statement is GRANTED.

c.    The clerk will enter a judgment dismissing this action with prejudice and awarding Defendant his costs.

PROPOSED ORDER, DEFENDANTS' MOTION
TO DISMISS THE AMENDED FIRST AMENDED COMPLAINT
AND TO STRIKE THE MORE DEFINITE STATEMENT - 3
00084859;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

1    DATED this ____ day of _____, 2007.

2

3                          _____
                           Hon. Fred Van Sickle
4                          United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26