1                                                              Hon. Fred Van Sickle

2   Liebler, Ivey, Conner, Berry & St. Hilaire
    By: Floyd E. Ivey
3   1141 N. Edison, Suite C
    P.O. Box 6125
4   Kennewick, WA 99336
    *Local Counsel for Defendants Impulse Marketing Group, Inc.,*
5   *Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

6   Klein Zelman Rothermel LLP
    By: Sean A. Moynihan & Stacy K. Wolery
7   485 Madison Avenue, 15th Floor
    New York, NY 10022
8   (212) 935-6020
    *Attorneys for Defendants Impulse Marketing Group, Inc.,*
9   *Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

10

11              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF WASHINGTON
12                            AT RICHLAND

13  James S. Gordon, Jr.,                )  Case No.: CV-04-5125-FVS
                                         )
14              Plaintiff,               )  EXPEDITED MOTION TO
                                         )  WITHDRAW DEFENDANTS'
15          v.                           )  MOTION TO DISMISS THE
                                         )  AMENDED FIRST AMENDED
16  Impulse Marketing Group, Inc.,       )  COMPLAINT AND TO STRIKE
    Jeffrey Goldstein, Phillip Huston,   )  PLAINTIFF'S MORE DEFINITE
17  and Kenneth Adamson,                 )  STATEMENT
                                         )
18              Defendants.              )
    _____ )
19  Impulse Marketing Group, Inc.,       )
                                         )
20              Third-Party Plaintiff,   )
                                         )
21          v.                           )
                                         )
22  Bonnie F. Gordon, Jamila Gordon,     )
    James Gordon, III, and Jonathan      )
23  Gordon,                              )
                Third-Party Defendants.  )
24  _____ )

25      Defendants Impulse Marketing Group, Inc. ("Impulse"), Jeffrey Goldstein

26  ("Goldstein"), Phillip Huston ("Huston") and Kenneth Adamson ("Adamson")

27  EXPEDITED MOTION TO WITHDRAW DEFENDANTS' MOTION        KLEIN ZELMAN ROTHERMEL LLP
    TO DISMISS THE AMENDED FIRST AMENDED COMPLAINT         485 MADISON AVENUE, 15TH FLOOR
28  AND TO STRIKE THE MORE DEFINITE STATEMENT - 1          NEW YORK, NEW YORK 10022
    00084962;1                                             (212) 935-6020

1  (collectively, "Defendants") now move on an expedited basis to withdraw Defendants'
2  Motion to Dismiss the Amended First Amended Complaint and to Strike the More
3  Definite Statement, with leave to renew the motion following the court ordered
4  submission of an amended pleading by Plaintiff on or before July 29, 2007.
5  Defendants request that the present motion be expedited due to the fact that the
6  Motion to Dismiss the Amended First Amended Complaint and to Strike the More
7  Definite Statement is currently noticed for hearing on July 31, 2007.

8       DATED this _9th_ day of July, 2007.

KLEIN ZELMAN ROTHERMEL LLP

By: _____
    Sean A. Moynihan, admitted *pro hac vice*
    Stacy K. Wolery, admitted *pro hac vice*
    Attorneys for Defendants Impulse Marketing
    Group, Inc., Jeffrey Goldstein, Kenneth
    Adamson and Phillip Huston

LIEBLER, CONNOR, IVEY, BERRY
& ST. HILAIRE

By: _____
    Floyd E. Ivey
    Local Counsel for Defendants Impulse
    Marketing Group, Inc., Jeffrey Goldstein,
    Kenneth Adamson and Phillip Huston

EXPEDITED MOTION TO WITHDRAW DEFENDANTS' MOTION
TO DISMISS THE AMENDED FIRST AMENDED COMPLAINT
AND TO STRIKE THE MORE DEFINITE STATEMENT - 2
00084962;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

<u>**Certificate of Service**</u>

I, hereby, certify that on July 9, 2007, I electronically filed this pleading with this Court. The Clerk of the Court will provide electronic notification using the CM/ECF system, which will send an electronic copy of the Expedited Motion to Withdraw the Motion to Dismiss the Amended First Amended Complaint and to Strike the More Definite Statement to: Robert J. Siegel, Floyd E. Ivey and Sean A. Moynihan. I hereby certify that I have served the forgoing to the following non-CM/ECF participants by other means:

Bonnie Gordon
9804 Buckingham Drive
Pasco, WA 99301

Jonathan Gordon
9804 Buckingham Drive
Pasco, WA 99301

James S. Gordon, III
9804 Buckingham Drive
Pasco, WA 99301

Robert Pritchett
1952 Thayer Drive
Richland, WA 99354

Jamila Gordon
9804 Buckingham Drive
Pasco, WA 99301

Emily Abbey
1407 2nd Avenue West, # 608
Seattle, WA 98119

Hon. Harold D. Clarke, Jr.
Special Discovery Master
Algeo Clarke & Erickson
E 102 Baldwin
Spokane, WA 99207

Stacy K. Wolery, Esq.
Attorney for Defendants Impulse
Marketing Group, Inc., Jeffrey Goldstein,
Phillip Huston and Kenneth Adamson

EXPEDITED MOTION TO WITHDRAW DEFENDANTS' MOTION
TO DISMISS THE AMENDED FIRST AMENDED COMPLAINT
AND TO STRIKE THE MORE DEFINITE STATEMENT - 3
00084962;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020