Hon. Fred Van Sickle

Liebler, Ivey, Conner, Berry & St. Hilaire
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
*Local Counsel for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

Klein Zelman Rothermel LLP
By: Sean A. Moynihan & Stacy K. Wolery
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
*Attorneys for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., <br> Plaintiff, <br> v. <br> Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson, <br> Defendants. | Case No.: CV-04-5125-FVS <br><br> **NOTICE OF HEARING** <br><br> Date: July 16, 2007 <br><br> WITHOUT ORAL ARGUMENT |
| Impulse Marketing Group, Inc., <br> Third-Party Plaintiff, <br> v. <br> Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon, <br> Third-Party Defendants. | |

PLEASE TAKE NOTICE that the Defendants' Expedited Motion to Withdraw Defendants' Motion to Dismiss the Amended First Amended Complaint

NOTICE OF HEARING OF DEFENDANTS' EXPEDITED
MOTION TO WITHDRAW DEFENDANTS' MOTION
TO DISMISS AND TO STRIKE- 1
00084963;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

and to Strike the More Definite Statement is to be heard on July 16, 2007 at 6:30 p.m., or as soon thereafter as the Court deems appropriate.

DATED this 9th day of July, 2007.

KLEIN ZELMAN ROTHERMEL LLP

By: _____
Sean A. Moynihan, admitted *pro hac vice*
Stacy K. Wolery, admitted *pro hac vice*
Attorneys for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, Kenneth Adamson and Phillip Huston

LIEBLER, CONNOR, IVEY, BERRY & ST. HILAIRE

By: _____
Floyd E. Ivey
Local Counsel for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, Kenneth Adamson and Phillip Huston

NOTICE OF HEARING OF DEFENDANTS' EXPEDITED
MOTION TO WITHDRAW DEFENDANTS' MOTION
TO DISMISS AND TO STRIKE- 2
00084963;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

## Certificate of Service

I, hereby, certify that on July 9, 2007, I electronically filed this pleading with this Court. The Clerk of the Court will provide electronic notification using the CM/ECF system, which will send an electronic copy of the Notice of Hearing to: Robert J. Siegel, Floyd E. Ivey and Sean A. Moynihan. I hereby certify that I have served the forgoing to the following non-CM/ECF participants by other means:

Bonnie Gordon
9804 Buckingham Drive
Pasco, WA 99301

Jonathan Gordon
9804 Buckingham Drive
Pasco, WA 99301

James S. Gordon, III
9804 Buckingham Drive
Pasco, WA 99301

Robert Pritchett
1952 Thayer Drive
Richland, WA 99354

Jamila Gordon
9804 Buckingham Drive
Pasco, WA 99301

Emily Abbey
1407 2nd Avenue West, # 608
Seattle, WA 98119

Hon. Harold D. Clarke, Jr.
Special Discovery Master
Algeo Clarke & Erickson
E 102 Baldwin
Spokane, WA 99207

_____
Stacy K. Wolery, Esq.
Attorney for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston and Kenneth Adamson

NOTICE OF HEARING OF DEFENDANTS' EXPEDITED
MOTION TO WITHDRAW DEFENDANTS' MOTION
TO DISMISS AND TO STRIKE- 3
00084963;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020