Hon. Fred Van Sickle

Liebler, Ivey, Conner, Berry & St. Hilaire
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
*Local Counsel for Defendants Impulse Marketing Group, Inc.,
Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

Klein Zelman Rothermel LLP
By: Sean A. Moynihan & Stacy K. Wolery
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
*Attorneys for Defendants Impulse Marketing Group, Inc.,
Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson,<br><br>Defendants. | Case No.: CV-04-5125-FVS<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EXPEDITED MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS AND TO STRIKE |
| Impulse Marketing Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon,<br><br>Third-Party Defendants. | |

THIS MATTER comes before the Court on the Expedited Motion to Withdraw Defendants' Motion to Dismiss the Amended First Amended Complaint and to Strike

PROPOSED ORDER GRANTING DEFENDANTS' MOTION
TO WITHDRAW DEFENDANTS' MOTION TO DISMISS
AND TO STRIKE- 1
00084964;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

the More Definite Statement. The Court, being fully advised, now therefore:

IT IS HEREBY ORDERED that:

    a.    Defendants' Expedited Motion to Withdraw Defendants' Motion to Dismiss the Amended First Amended Complaint and to Strike the More Definite Statement is GRANTED.

    b.    Defendants are granted leave to renew such motion following the Court ordered submission of Plaintiff's amended pleading on or before July 29, 2007.

DATED this ____ day of _____, 2007.

_____
Hon. Fred Van Sickle
United States District Court Judge

PROPOSED ORDER GRANTING DEFENDANTS' MOTION
TO WITHDRAW DEFENDANTS' MOTION TO DISMISS
AND TO STRIKE- 2
00084964;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020