# EXHIBIT "A"
# AMENDED FIRST AMENDED COMPLAINT

**(This Exhibit is in digital format on a compact disc, and has been delivered to the Court Clerk, and mailed to counsel for Defendants)**