[SPAM] Apply now for your credit card! Results in SECONDS! Doc. 513 Att. 3

Case 2:04-cv-05125-FVS    Document 513-4    Filed 07/30/2007

**Subject:** [SPAM] Apply now for your credit card! Results in SECONDS!
**From:** NewCard <NewCard@uniontype.com>
**Date:** Fri, 22 Jun 2007 11:52:29 -0800
**To:** <sarg@chiefmusician.net>

Subscriber, Apply now for your credit card! Results in SECONDS!



If you wish to opt out of this offer, Click Here.
NewCreditEra c/o Impulse Marketing Group
1100 Hammond Drive NE
Suite 410A - 202
Atlanta, Georgia 30328

Your email address has been verified to receive offers from one of our affiliates. We respect your privacy and pledge not to abuse your email address. If you prefer not to receive further emails of this type, click here.

Postal Address: Customer Care
5482 Wilshire Blvd #302
Los Angeles, CA 90036

Dockets.Justia.com

6/29/2007 12:01 PM

 [uniontype.com](uniontype.com)

 64.59.101.10

 FocalExpertSite.com
5482 Wilshire Blvd. #302
Los Angeles, CA 90036
US
213-947-0740

 Personnel, Admin [contact@focalexpertsite.com](contact@focalexpertsite.com)
5482 Wilshire Blvd. #302
Los Angeles, CA 90036
US
213-947-0740

 Personnel, Admin [contact@focalexpertsite.com](contact@focalexpertsite.com)
5482 Wilshire Blvd. #302
Los Angeles, CA 90036
US
213-947-0740

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 06-09-2007
Expires: 06-09-2008
Source: whois.directnic.com



**Business Search Corporations**

New Search

Search Tips

Field Definitions

Status Definitions

Name Availability

Corporate Records

Business Entities Records Order Form
  Certificates
  Copies
  Status Reports

FAQs

Corporations Main Page

Site Search

# Corporations

The information displayed here is current as of "JUN 22, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

**No results matched the search term : "FocalExpertSite.com"**

**Need help with your search?**

Copyright ©2001 California Secretary of State. Privacy Statement.

Case 2:04-cv-05125-FVS        Document 513-4        Filed 07/30/2007



The information displayed here is current as of "Jun 22, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

### No results matched the search term : "FocalExpertSite.com"

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement**.

Case 2:04-cv-05125-FVS     Document 513-4     Filed 07/30/2007

**Subject:** Jamila, Apply now for your credit card! Results in SECONDS!
**From:** NewCard <NewCard@fleetwoodresponse.com>
**Date:** Sat, 26 May 2007 15:26:23 -0800
**To:** <mila@jammtomm.com>

Jamila, Apply now for your credit card! Results in SECONDS!



If you wish to opt out of this offer, Click Here.
NewCreditEra c/o Impulse Marketing Group
1100 Hammond Drive NE
Suite 410A - 202
Atlanta, Georgia 30328

To stop receiving our offers click here or write to:
Blist Compliance Request, 9625 Mission Gorge Rd., Suite B2-313, Santee, CA 92071

 fleetwoodresponse.com

 64.209.215.131

 Smartnet Interactive
9625 Mission Gorge Rd.
Suite B2-313
Santee, CA 92071
US
1-619-330-1826

 Service, Customer contact@SmartnetInteractive.com
9625 Mission Gorge Rd.
Suite B2-313
Santee, CA 92071
US
1-619-330-1826

 Service, Customer contact@SmartnetInteractive.com
9625 Mission Gorge Rd.
Suite B2-313
Santee, CA 92071
US
1-619-330-1826

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 03-02-2007
Expires: 03-02-2008
Source: whois.directnic.com

Case 2:04-cv-05125-FVS    Document 513-4    Filed 07/30/2007



# Corporations

The information displayed here is current as of "JUN 22, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

**No results matched the search term : "Smartnet Interactive"**

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement**.



The information displayed here is current as of "Jun 22, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

### No results matched the search term : "Smartnet Interactive"

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement**.

Case 2:04-cv-05125-FVS     Document 513-4     Filed 07/30/2007

**Subject:** Apply now for your credit card! Results in SECONDS!
**From:** NewCreditEra <NewCreditEra@arrowtide.com>
**Date:** Wed, 27 Jun 2007 21:11:58 -0800
**To:** <darin@ewaterdragon.com>

Subscriber, Apply now for your credit card! Results in SECONDS!



If you wish to opt out of this offer, Click Here.
NewCreditEra c/o Impulse Marketing Group
1100 Hammond Drive NE
Suite 410A - 202
Atlanta, Georgia 30328

Your email address has been verified to receive offers from one of our affiliates. We respect your privacy and pledge not
to abuse your email address. If you prefer not to receive further emails of this type, click here.

Marketing Department 1-G
5482 Wilshire Blvd #302
Los Angeles, CA 90036

 arrowtide.com

 216.188.168.85

 WorldTechnologiesLimited.com
5482 Wilshire Blvd. #302
Los Angeles, CA 90036
US
213-947-0740

 Desk, Help contact@worldtechnologieslimited.com
5482 Wilshire Blvd. #302
Los Angeles, CA 90036
US
213-947-0740

 Desk, Help contact@worldtechnologieslimited.com
5482 Wilshire Blvd. #302
Los Angeles, CA 90036
US
213-947-0740

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 06-26-2007
Expires: 06-26-2008
Source: whois.directnic.com

**Subject:** You Are Approved For A $7500 Credit Line
**From:** USAPlatinumCreditLine <USAPlatinumCreditLine@profitturn.com>
**Date:** Sat, 23 Jun 2007 00:48:52 -0800
**To:** <jim@ewaterdragon.com>

Congratulations Subscriber!

You have been selected to receive a $7500 unsecured Platinum Credit Line from USA Platinum! You're approval is *Guaranteed.  Simply click on the link to complete the application.

http://putdcadbgfmihr.profitturn.com/link.asp?a=c&u=34099994&e=3203165


This offer is valid even if you,ve had past credit problems or even no credit history. Now you can receive $7500 unsecured Platinum Credit Line that can help establish your credit.
And to help get your card to you sooner, there will be no employment or credit verification.
http://putdcadbgfmihr.profitturn.com/link.asp?a=c&u=34099994&e=3203165

That's right, now you can enjoy great merchandise while establishing your credit because USA Platinum reports your new credit to a major credit bureau. We can help establish your credit line while you purchase the items you want to have today!

http://putdcadbgfmihr.profitturn.com/link.asp?a=c&u=34099994&e=3203165


You're approval is *guaranteed! Act now and claim your unsecured USA Platinum Credit Line with a starting $7500 credit limit today!

http://putdcadbgfmihr.profitturn.com/link.asp?a=c&u=34099994&e=3203165

Sincerely,
Your New Offers Department

*see website for Terms and Conditions
If you wish to opt out of this offer
http://putdcadbgfmihr.profitturn.com/link.asp?a=c&u=34099995&e=3203165  USA Platinum c/o Impulse Marketing Group 1100 Hammond Drive NE Suite 410A - 202 Atlanta, Georgia 30328

If you think you received this email in error or would prefer not to receive emails from us,
click here: http://putdcadbgfmihr.profitturn.com/link.asp?a=r&m=13526532&e=3203165
Marketing Department 1-G,5482 Wilshire Blvd #302, Los Angeles, CA 90036

 profitturn.com

 216.188.168.130

 WorldTechnologiesLimited.com
5482 Wilshire Blvd. #302
Los Angeles, CA 90036
US
213-947-0740

 Desk, Help contact@worldtechnologieslimited.com
5482 Wilshire Blvd. #302
Los Angeles, CA 90036
US
213-947-0740

 Desk, Help contact@worldtechnologieslimited.com
5482 Wilshire Blvd. #302
Los Angeles, CA 90036
US
213-947-0740

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 06-18-2007
Expires: 06-18-2008
Source: whois.directnic.com

Case 2:04-cv-05125-FVS     Document 513-4     Filed 07/30/2007

**Subject:** Emily, You Are Approved For A $7500 Credit Line
**From:** USAPlatinumCreditLine <USAPlatinumCreditLine@flycreation.com>
**Date:** Thu, 21 Jun 2007 05:40:59 -0800
**To:** <hum@ehahome.com>

Congratulations Emily!

You have been selected to receive a $7500 unsecured Platinum Credit Line from USA
Platinum! You're approval is *Guaranteed.  Simply click on the link to complete the
application.

http://putijfhbcfmihr.flycreation.com/link.asp?a=c&u=33769920&e=8957125


This offer is valid even if you,ve had past credit problems or even no credit
history. Now you can receive $7500 unsecured Platinum Credit Line that can help
establish your credit.
And to help get your card to you sooner, there will be no employment or credit
verification.
http://putijfhbcfmihr.flycreation.com/link.asp?a=c&u=33769920&e=8957125

That's right, now you can enjoy great merchandise while establishing your credit
because USA Platinum reports your new credit to a major credit bureau. We can help
establish your credit line while you purchase the items you want to have today!

http://putijfhbcfmihr.flycreation.com/link.asp?a=c&u=33769920&e=8957125


You're approval is *guaranteed! Act now and claim your unsecured USA Platinum
Credit Line with a starting $7500 credit limit today!

http://putijfhbcfmihr.flycreation.com/link.asp?a=c&u=33769920&e=8957125

Sincerely,
Your New Offers Department

*see website for Terms and Conditions
If you wish to opt out of this offer
http://putijfhbcfmihr.flycreation.com/link.asp?a=c&u=33769924&e=8957125  USA
Platinum c/o Impulse Marketing Group 1100 Hammond Drive NE Suite 410A - 202
Atlanta, Georgia 30328

If you think you received this email in error or would prefer not to receive emails
from us,
click here: http://putijfhbcfmihr.flycreation.com/link.asp?a=r&m=13401042&e=8957125

Marketing Department 1-G,5482 Wilshire Blvd #302, Los Angeles, CA 90036

 [flycreation.com](flycreation.com)

 206.112.100.132

 This domain is not active.
invalid WHOIS, domain disabled
invalid WHOIS, domain disabled
invalid WHOIS, domain disabled
invalid WHOIS domain disabled, WY 99999
US
9990000000

 This domain was reported to, ICANN for invalid WHOIS info. [customer-must-correct-the-info@or-the-domain-will-be-deleted.com](customer-must-correct-the-info@or-the-domain-will-be-deleted.com)
invalid WHOIS, domain disabled
invalid WHOIS, domain disabled
invalid WHOIS, domain disabled
invalid WHOIS domain disabled, WY 99999
US
9990000000

 This domain was reported to, ICANN for invalid WHOIS info. [customer-must-correct-the-info@or-the-domain-will-be-deleted.com](customer-must-correct-the-info@or-the-domain-will-be-deleted.com)
invalid WHOIS, domain disabled
invalid WHOIS, domain disabled
invalid WHOIS, domain disabled
invalid WHOIS domain disabled, WY 99999
US
9990000000

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 05-17-2007
Expires: 05-17-2008
Source: whois.directnic.com



Welcome **jim12531**    Logout    My Account

| Whois | Domain Suggestions | For Sale | Auctions | Advanced Auctions | Domain Search | Domain Monitor |

| Domain Directory | Ping | Traceroute | My IP Address | Cheap Domain Name Registration | Bulk Check | *more* > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

# Domain History

```
Domain:     flycreation.com
Cache Date: 2007-06-19
Registrar:  INTERCOSMOS MEDIA GROUP, INC. D/B/A DIRECTNIC.COM


Registrant:
WorldTechnologiesLimited.com
5482 Wilshire Blvd.
#302
Los Angeles, CA 90036
US
213-947-0740


Domain Name: FLYCREATION.COM

Administrative Contact:
Desk, Help contact@worldtechnologieslimited.com
5482 Wilshire Blvd.
#302
Los Angeles, CA 90036
US
213-947-0740

Technical Contact:
Desk, Help contact@worldtechnologieslimited.com
5482 Wilshire Blvd.
#302
Los Angeles, CA 90036
US
213-947-0740

Record last updated 05-17-2007 05:05:04 PM
Record expires on 05-17-2008
Record created on 05-17-2007

Domain servers in listed order:
        NS0.DIRECTNIC.COM       204.251.10.100
        NS1.DIRECTNIC.COM       206.251.177.2
```

Members Area  |  Hosting Metrics  |  Stock Ticker  |  Download  |  Domain Registration  |  Whois  |  Domain Suggestions  |  Site Map;



# Corporations

The information displayed here is current as of "JUN 22, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

**No results matched the search term : "WorldTechnologiesLimited.com"**

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement**.



The information displayed here is current as of "Jun 22, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

## No results matched the search term : "WorldTechnologiesLimited.com"

**Need help with your search?**

Copyright ©2001 California Secretary of State. Privacy Statement.

**Subject:** Temon, Apply now for your credit card! Results in SECONDS!
**From:** NewCard <NewCard@choicesweek.com>
**Date:** Sat, 23 Jun 2007 03:00:31 -0800
**To:** <temon@jaycelia.com>

Temon, Apply now for your credit card! Results in SECONDS!



If you wish to opt out of this offer, Click Here.
NewCreditEra c/o Impulse Marketing Group
1100 Hammond Drive NE
Suite 410A - 202
Atlanta, Georgia 30328

You are receiving this e-mail because you registered with MarketerSpark (a mailing service) or one of our marketing partners. MarketerSpark does not sponsor or endorse the goods and/or services advertised herein. This e-mail may be part of a recurring mailing campaign. By continuing to receive e-mails you agree to the terms of our Privacy Policy.

To be removed from this mailing list, please follow the instructions above. To unsubscribe from receiving future e-mail marketing from the advertiser (company advertising the product/service contained in this email), please click here.

Click here if you received this message in error or if you would like to be removed from this publisher's mailing list. During the removal process, you may receive offers that were already in the process when your request was received.

Member ServicesW, 1072 Casitas Pass Road, Suite 117, Carpinteria, CA 93013

 choicesweek.com

 64.209.223.98

 BasisWorldWide.com
1072 Casitas Pass Road
Suite 117
Carpinteria, CA 93013
US
866-944-2533

 Team, Support contact@basisworldwide.com
1072 Casitas Pass Road
Suite 117
Carpinteria, CA 93013
US
866-944-2533

 Team, Support contact@basisworldwide.com
1072 Casitas Pass Road
Suite 117
Carpinteria, CA 93013
US
866-944-2533

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 04-04-2007
Expires: 04-04-2008
Source: whois.directnic.com

Case 2:04-cv-05125-FVS    Document 513-4    Filed 07/30/2007

**Subject:** [SPAM] Temon, You Are Approved For A $7500 Credit Line
**From:** USAPlatinumCreditLine <USAPlatinumCreditLine@havepoint.com>
**Date:** Sun, 24 Jun 2007 03:40:45 -0800
**To:** <temon@jaycelia.com>

Congratulations Temon!

You have been selected to receive a $7500 unsecured Platinum Credit Line from USA
Platinum! You're approval is *Guaranteed.  Simply click on the link to complete the
application.

http://putdbcibdghmebr.havepoint.com/tracker.asp?a=c&u=34317508&e=31281367


This offer is valid even if you,ve had past credit problems or even no credit
history. Now you can receive $7500 unsecured Platinum Credit Line that can help
establish your credit.
And to help get your card to you sooner, there will be no employment or credit
verification.
http://putdbcibdghmebr.havepoint.com/tracker.asp?a=c&u=34317508&e=31281367

That's right, now you can enjoy great merchandise while establishing your credit
because USA Platinum reports your new credit to a major credit bureau. We can help
establish your credit line while you purchase the items you want to have today!

http://putdbcibdghmebr.havepoint.com/tracker.asp?a=c&u=34317508&e=31281367


You're approval is *guaranteed! Act now and claim your unsecured USA Platinum
Credit Line with a starting $7500 credit limit today!

http://putdbcibdghmebr.havepoint.com/tracker.asp?a=c&u=34317508&e=31281367

Sincerely,
Your New Offers Department

*see website for Terms and Conditions
If you wish to opt out of this offer
http://putdbcibdghmebr.havepoint.com/tracker.asp?a=c&u=34317510&e=31281367  USA
Platinum c/o Impulse Marketing Group 1100 Hammond Drive NE Suite 410A - 202
Atlanta, Georgia 30328

If you think you received this email in error or would prefer not to receive emails
from us,
click here:
http://putdbcibdghmebr.havepoint.com/tracker.asp?a=r&m=13609390&e=31281367
Member ServicesW, 1072 Casitas Pass Road, Suite 117, Carpinteria, CA 93013

 [havepoint.com](havepoint.com)

 64.209.223.14

 BasisWorldWide.com
1072 Casitas Pass Road
Suite 117
Carpinteria, CA 93013
US
866-944-2533

 Team, Support [contact@basisworldwide.com](mailto:contact@basisworldwide.com)
1072 Casitas Pass Road
Suite 117
Carpinteria, CA 93013
US
866-944-2533

 Team, Support [contact@basisworldwide.com](mailto:contact@basisworldwide.com)
1072 Casitas Pass Road
Suite 117
Carpinteria, CA 93013
US
866-944-2533

 NS0.DIRECTNIC.COM 204.251.10.100
NS1.DIRECTNIC.COM 206.251.177.2

 Created: 04-04-2007
Expires: 04-04-2008
Source: whois.directnic.com

**Subject:** You Are Approved For A $7500 Credit Line
**From:** USAPlatinumCreditLine <USAPlatinumCreditLine@managersof.com>
**Date:** Wed, 6 Jun 2007 00:40:45 -0800
**To:** <byron@ehahome.com>

Congratulations Subscriber!

You have been selected to receive a $7500 unsecured Platinum Credit Line from USA
Platinum! You're approval is *Guaranteed.  Simply click on the link to complete the
application.

http://putdbbcdagamebr.managersof.com/tracker.asp?a=c&u=31121256&e=31123060


This offer is valid even if you,ve had past credit problems or even no credit
history. Now you can receive $7500 unsecured Platinum Credit Line that can help
establish your credit.
And to help get your card to you sooner, there will be no employment or credit
verification.
http://putdbbcdagamebr.managersof.com/tracker.asp?a=c&u=31121256&e=31123060

That's right, now you can enjoy great merchandise while establishing your credit
because USA Platinum reports your new credit to a major credit bureau. We can help
establish your credit line while you purchase the items you want to have today!

http://putdbbcdagamebr.managersof.com/tracker.asp?a=c&u=31121256&e=31123060


You're approval is *guaranteed! Act now and claim your unsecured USA Platinum
Credit Line with a starting $7500 credit limit today!

http://putdbbcdagamebr.managersof.com/tracker.asp?a=c&u=31121256&e=31123060

Sincerely,
Your New Offers Department

*see website for Terms and Conditions
If you wish to opt out of this offer
http://putdbbcdagamebr.managersof.com/tracker.asp?a=c&u=31121257&e=31123060   USA
Platinum c/o Impulse Marketing Group 1100 Hammond Drive NE Suite 410A - 202
Atlanta, Georgia 30328

If you think you received this email in error or would prefer not to receive emails
from us,
click here:
http://putdbbcdagamebr.managersof.com/tracker.asp?a=r&m=12389117&e=31123060
Member ServicesW, 1072 Casitas Pass Road, Suite 117, Carpinteria, CA 93013

 [managersof.com](managersof.com)

 64.209.223.2

 BasisWorldWide.com
1072 Casitas Pass Road
Suite 117
Carpinteria, CA 93013
US
866-944-2533

 Team, Support [contact@basisworldwide.com](mailto:contact@basisworldwide.com)
1072 Casitas Pass Road
Suite 117
Carpinteria, CA 93013
US
866-944-2533

 Team, Support [contact@basisworldwide.com](mailto:contact@basisworldwide.com)
1072 Casitas Pass Road
Suite 117
Carpinteria, CA 93013
US
866-944-2533

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 04-04-2007
Expires: 04-04-2008
Source: whois.directnic.com

**Subject:** [SPAM] Apply now for your credit card! Results in SECONDS!
**From:** NewCard <NewCard@quickwhats.com>
**Date:** Tue, 26 Jun 2007 01:40:27 -0800
**To:** <jim@ewaterdragon.com>

Subscriber, Apply now for your credit card! Results in SECONDS!



If you wish to opt out of this offer, Click Here.
NewCreditEra c/o Impulse Marketing Group
1100 Hammond Drive NE
Suite 410A - 202
Atlanta, Georgia 30328

You are receiving this e-mail because you registered with MarketerSpark (a mailing service) or one of our marketing partners. MarketerSpark does not sponsor or endorse the goods and/or services advertised herein. This e-mail may be part of a recurring mailing campaign. By continuing to receive e-mails you agree to the terms of our Privacy Policy.

To be removed from this mailing list, please follow the instructions above. To unsubscribe from receiving future e-mail marketing from the advertiser (company advertising the product/service contained in this email), please click here.

Click here if you received this message in error or if you would like to be removed from this publisher's mailing list. During the removal process, you may receive offers that were already in the process when your request was received.

Member ServicesW, 1072 Casitas Pass Road, Suite 117, Carpinteria, CA 93013

 quickwhats.com

 64.209.223.2

 BasisWorldWide.com
1072 Casitas Pass Road
Suite 117
Carpinteria, CA 93013
US
866-944-2533

 Team, Support  contact@basisworldwide.com
1072 Casitas Pass Road
Suite 117
Carpinteria, CA 93013
US
866-944-2533

 Team, Support  contact@basisworldwide.com
1072 Casitas Pass Road
Suite 117
Carpinteria, CA 93013
US
866-944-2533

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 04-04-2007
Expires: 04-04-2008
Source: whois.directnic.com

Case 2:04-cv-05125-FVS      Document 513-4      Filed 07/30/2007



The information displayed here is current as of "JUN 22, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

**No results matched the search term : "BasisWorldWide.com"**

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement**.



The information displayed here is current as of "Jun 22, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

## No results matched the search term : "BasisWorldWide.com"

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement**.

Case 2:04-cv-05125-FVS     Document 513-4     Filed 07/30/2007

**Subject:** amra, Apply now for your credit card! Results in SECONDS!
**From:** NewCard <NewCard@castfound.com>
**Date:** Sun, 24 Jun 2007 06:44:28 -0800
**To:** <ant@anthonycentral.com>

amra, Apply now for your credit card! Results in SECONDS!



If you wish to opt out of this offer, Click Here.
NewCreditEra c/o Impulse Marketing Group
1100 Hammond Drive NE
Suite 410A - 202
Atlanta, Georgia 30328

Your email address has been verified to receive offers from one of our affiliates. We respect your privacy and pledge not to abuse your email address. If you prefer not to receive further emails of this type, click here.

Customer Service WN, 8581 Santa Monica Blvd #226, West Hollywood, CA 90069

 [castfound.com](castfound.com)

 208.116.241.98

 BirdRockResponse.com
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support [contact@birdrockresponse.com](mailto:contact@birdrockresponse.com)
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support [contact@birdrockresponse.com](mailto:contact@birdrockresponse.com)
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 NS0.DIRECTNIC.COM 204.251.10.100
NS1.DIRECTNIC.COM 206.251.177.2

 Created: 05-24-2007
Expires: 05-24-2008
Source: whois.directnic.com

Case 2:04-cv-05125-FVS      Document 513-4      Filed 07/30/2007

**Subject:** [SPAM] Robert, Apply now for your credit card! Results in SECONDS!
**From:** NewCard <NewCard@gaterest.com>
**Date:** Sat, 23 Jun 2007 21:36:42 -0800
**To:** <jim@rcw19190020.com>

Robert, Apply now for your credit card! Results in SECONDS!



If you wish to opt out of this offer, Click Here.
NewCreditEra c/o Impulse Marketing Group
1100 Hammond Drive NE
Suite 410A - 202
Atlanta, Georgia 30328

Your email address has been verified to receive offers from one of our affiliates. We respect your privacy and pledge not to abuse your email address. If you prefer not to receive further emails of this type, click here.

Customer Service WN, 8581 Santa Monica Blvd #226, West Hollywood, CA 90069

 gaterest.com

 208.116.241.49

 BirdRockResponse.com
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support contact@birdrockresponse.com
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support contact@birdrockresponse.com
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 05-24-2007
Expires: 05-24-2008
Source: whois.directnic.com

[SPAM] Apply now for your credit card! Results in SECONDS!

Case 2:04-cv-05125-FVS     Document 513-4     Filed 07/30/2007

**Subject:** [SPAM] Apply now for your credit card! Results in SECONDS!
**From:** NewCard <NewCard@lessonsee.com>
**Date:** Sat, 23 Jun 2007 20:32:03 -0800
**To:** <jim@itdidnotendright.com>

Subscriber, Apply now for your credit card! Results in SECONDS!



If you wish to opt out of this offer, Click Here.
NewCreditEra c/o Impulse Marketing Group
1100 Hammond Drive NE
Suite 410A - 202
Atlanta, Georgia 30328

Your email address has been verified to receive offers from one of our affiliates. We respect your privacy and pledge not to abuse your email address. If you prefer not to receive further emails of this type, click here.

Customer Service WN, 8581 Santa Monica Blvd #226, West Hollywood, CA 90069

 [lessonsee.com](lessonsee.com)

 208.116.241.81

 BirdRockResponse.com
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support [contact@birdrockresponse.com](mailto:contact@birdrockresponse.com)
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support [contact@birdrockresponse.com](mailto:contact@birdrockresponse.com)
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 05-24-2007
Expires: 05-24-2008
Source: whois.directnic.com

Case 2:04-cv-05125-FVS      Document 513-4      Filed 07/30/2007

**Subject:** TJ, Apply now for your credit card! Results in SECONDS!
**From:** NewCard <NewCard@stockrecover.com>
**Date:** Sun, 24 Jun 2007 15:21:57 -0800
**To:** <tj@jammtomm.com>

[TJ, Apply now for your credit card! Results in SECONDS!](#)



If you wish to opt out of this offer, Click Here.
NewCreditEra c/o Impulse Marketing Group
1100 Hammond Drive NE
Suite 410A - 202
Atlanta, Georgia 30328

Your email address has been verified to receive offers from one of our affiliates. We respect your privacy and pledge not to abuse your email address. If you prefer not to receive further emails of this type, click here.

Customer Service WN, 8581 Santa Monica Blvd #226, West Hollywood, CA 90069

 [stockrecover.com](stockrecover.com)

 208.116.241.162

 BirdRockResponse.com
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support [contact@birdrockresponse.com](contact@birdrockresponse.com)
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support [contact@birdrockresponse.com](contact@birdrockresponse.com)
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 05-30-2007
Expires: 05-30-2008
Source: whois.directnic.com

**Subject:** Temon, Apply now for your credit card! Results in SECONDS!
**From:** NewCard <NewCard@teachlike.com>
**Date:** Sun, 24 Jun 2007 04:33:09 -0800
**To:** <temon@jaycelia.com>

Temon, Apply now for your credit card! Results in SECONDS!



If you wish to opt out of this offer, Click Here.
NewCreditEra c/o Impulse Marketing Group
1100 Hammond Drive NE
Suite 410A - 202
Atlanta, Georgia 30328

Your email address has been verified to receive offers from one of our affiliates. We respect your privacy and pledge not to abuse your email address. If you prefer not to receive further emails of this type, click here.

Customer Service WN, 8581 Santa Monica Blvd #226, West Hollywood, CA 90069

 [teachlike.com](teachlike.com)

 208.116.241.66

 BirdRockResponse.com
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support [contact@birdrockresponse.com](contact@birdrockresponse.com)
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support [contact@birdrockresponse.com](contact@birdrockresponse.com)
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 05-24-2007
Expires: 05-24-2008
Source: whois.directnic.com

**Subject:** [SPAM] You Are Approved For A $7500 Credit Line
**From:** USAPlatinumCreditLine <USAPlatinumCreditLine@toolwhich.com>
**Date:** Fri, 1 Jun 2007 06:22:57 -0800
**To:** <sarg@chiefmusician.net>

Congratulations Subscriber!

You have been selected to receive a $7500 unsecured Platinum Credit Line from USA Platinum! You're approval is *Guaranteed.  Simply click on the link to complete the application.

http://putiecefbjmicr.toolwhich.com/t.asp?a=c&u=30402345&e=8424519


This offer is valid even if you,ve had past credit problems or even no credit history. Now you can receive $7500 unsecured Platinum Credit Line that can help establish your credit.
And to help get your card to you sooner, there will be no employment or credit verification.
http://putiecefbjmicr.toolwhich.com/t.asp?a=c&u=30402345&e=8424519

That's right, now you can enjoy great merchandise while establishing your credit because USA Platinum reports your new credit to a major credit bureau. We can help establish your credit line while you purchase the items you want to have today!

http://putiecefbjmicr.toolwhich.com/t.asp?a=c&u=30402345&e=8424519


You're approval is *guaranteed! Act now and claim your unsecured USA Platinum Credit Line with a starting $7500 credit limit today!

http://putiecefbjmicr.toolwhich.com/t.asp?a=c&u=30402345&e=8424519

Sincerely,
Your New Offers Department

*see website for Terms and Conditions
If you wish to opt out of this offer
http://putiecefbjmicr.toolwhich.com/t.asp?a=c&u=30402346&e=8424519  USA Platinum
c/o Impulse Marketing Group 1100 Hammond Drive NE Suite 410A - 202 Atlanta, Georgia 30328

If you think you received this email in error or would prefer not to receive emails from us,
click here: http://putiecefbjmicr.toolwhich.com/t.asp?a=r&m=12109402&e=8424519
Postal Address: Customer Care
8581 Santa Monica Blvd #226
West Hollywood, CA 90069

 [toolwhich.com](toolwhich.com)

 208.116.241.113

 BirdRockResponse.com
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support [contact@birdrockresponse.com](contact@birdrockresponse.com)
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support [contact@birdrockresponse.com](contact@birdrockresponse.com)
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 05-24-2007
Expires: 05-24-2008
Source: whois.directnic.com

Case 2:04-cv-05125-FVS      Document 513-4      Filed 07/30/2007

**Subject:** [SPAM] Apply now for your credit card! Results in SECONDS!
**From:** NewCard <NewCard@windsglobal.com>
**Date:** Sun, 24 Jun 2007 17:04:51 -0800
**To:** <jon@jaykaysplace.com>

Subscriber, Apply now for your credit card! Results in SECONDS!



If you wish to opt out of this offer, Click Here.
NewCreditEra c/o Impulse Marketing Group
1100 Hammond Drive NE
Suite 410A - 202
Atlanta, Georgia 30328

Your email address has been verified to receive offers from one of our affiliates. We respect your privacy and pledge not to abuse your email address. If you prefer not to receive further emails of this type, click here.

Customer Service WN, 8581 Santa Monica Blvd #226, West Hollywood, CA 90069

 [windsglobal.com](windsglobal.com)

 208.116.241.35

 BirdRockResponse.com
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support [contact@birdrockresponse.com](mailto:contact@birdrockresponse.com)
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 Team, Support [contact@birdrockresponse.com](mailto:contact@birdrockresponse.com)
8581 Santa Monica Blvd #226
West Hollywood, CA 90069
US
323-983-7800

 NS0.DIRECTNIC.COM 69.46.233.245
NS1.DIRECTNIC.COM 69.46.234.245

 Created: 05-24-2007
Expires: 05-24-2008
Source: whois.directnic.com



Copyright ©2001 California Secretary of State. **Privacy Statement**.

Case 2:04-cv-05125-FVS     Document 513-4     Filed 07/30/2007



The information displayed here is current as of "Jun 22, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

### No results matched the search term : "BirdRockResponse.com"

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement**.