1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff

JUDGE FRED VAN SICKLE

5
   Klein Zelman Rothermel LLP
6  By:   Sean Moynihan, Esq.; Stacy K. Wolery
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   Robert J. Siegel
11 1325 Fourth Avenue, Suite 940
   Seattle, WA 98101-2509
12 Attorney for Plaintiff

13
## UNITED STATES DISTRICT COURT FOR THE
14
## EASTERN DISTRICT OF WASHINGTON
15

| | |
|---|---|
| JAMES S. GORDON, JR.,        ) | No. CV-04-5125-FVS |
|                              ) | |
|         Plaintiff,           ) | STIPULATION OF THE PARTIES |
| vs.                          ) | RE: DEFENDANT IMPULSE |
|                              ) | MARKETING GROUP'S RESPONSE |
| IMPULSE MARKETING GROUP,     ) | TO PLAINTIFF'S AMENDED |
| INC.,                        ) | COMPLAINT |
|                              ) | |
|         Defendant            ) | |
| _____ ) | |
|                              ) | |
| IMPULSE MARKETING GROUP,     ) | |
| INC.,                        ) | |
|                              ) | |
|     Third-Party Plaintiff,   ) | |
| vs.                          ) | |
|                              ) | |
| BONNIE GORDON, et al.,       ) | |
|                              ) | |
|     Third-Party Defendants.  ) | |

28       STIPULATION OF PLAINTIFF AND DEFENDANT IMPULSE

Stipulation re: Defendant Impulse filing Response to Amended Complaint
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

MARKETING GROUP

Plaintiff and Defendant Impulse Marketing Group, Inc. now Stipulate and Agree that Defendant Impulse Marketing Group, Inc. shall have until August 23, 2007 to file its response to Plaintiff's Amended First Amended Complaint.

Dated: August 15, 2007

| /S/ ROBERT J. SIEGEL | /S/ FLOYD E. IVEY |
|---|---|
| Robert J. Siegel, WSBA #17312 for Plaintiff signed with authority<br>1325 Fourth Avenue, Suite 940<br>Seattle, WA 98101-2509<br>Attorney for Plaintiff | Floyd E. Ivey, WSBA#6888 for Defendant Impulse, Sean Moynihan and Stacy Wolery with authority<br>1141 N. Edison, Suite C<br>P.O. Box 6125<br>Kennewick, Washington 99336<br>Attorneys for Defendant Impulse |

I hereby certify that on August 15, 2007, I electronically filed STIPULATION OF PLAINTIFF AND DEFENDANT IMPULSE MARKETING GROUP with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel, Stacy Wolery and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Stipulation re: Defendant Impulse filing Response to Amended Complaint
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581