| | |
|---|---|
| 1  FLOYD E. IVEY | JUDGE FRED VAN SICKLE |

1  FLOYD E. IVEY
   Liebler, Ivey, Connor, Berry & St. Hilaire
2  P. O. Box 6125
   Kennewick, WA 99336-0125
3  509-735-3581
   Attorneys for Defendant
4  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
5
   Klein Zelman Rothermel LLP
6  By:  Sean Moynihan, Esq.; Stacy K. Wolery
   485 Madison Avenue
7  New York, New York 10022
   Telephone Number (212) 935-6020
8  Facsimile Number (212) 753-8101
   Attorneys for Defendant
9  Impulse Marketing Group, Inc.
   and Third Party Plaintiff
10
   Robert J. Siegel
11 1325 Fourth Avenue, Suite 940
   Seattle, WA 98101-2509
12 Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, | NOTICE OF HEARING OF MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED FIRST AMENDED COMPLAINT |
| vs. | |
| IMPULSE MARKETING GROUP, INC., | |
| Defendant | |
| _____ | |
| IMPULSE MARKETING GROUP, INC., | |
| Third-Party Plaintiff, | Without Oral Argument |
| vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |

Defendant Impulse Marketing Group, Inc., Notices its Motion for an

Notice of Hearing of Motion
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1 Extension of time for Defendant to file its response to Plaintiff's Amended First
2 Amended Complaint for hearing September 14, 2007 without Oral Argument at
3 6:30p.m.

5 Dated: August 13, 2007

6 /S/ FLOYD E. IVEY

7 Floyd E. Ivey, WSBA#6888 for
Defendant Impulse, Sean Moynihan
8 and Stacy Wolery with authority
1141 N. Edison, Suite C
9 P.O. Box 6125
Kennewick, Washington 99336
10 Attorneys for Defendant Impulse

   I hereby certify that on August 13, 2007, I electronically filed NOTICE OF HEARING OF DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S AMENDED FIRST AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel, Stacy Wolery and Sean A. Moynihan.  I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

                        S/ FLOYD E. IVEY
                        FLOYD E. IVEY

Notice of Hearing of Motion
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581