UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.,<br><br>            Plaintiff,<br><br>       v.<br><br>IMPULSE MARKETING GROUP, INC.,<br><br>            Defendant. | No. CV-04-5125-FVS<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR EXTENSION OF TIME |

**THIS MATTER** comes before the Court on the parties' Stipulated Motion For Extension of Time to File Response to Plaintiff's Amended First Amended Complaint, Ct. Rec. 514. The Plaintiff is represented by Robert J. Siegel. The Defendants are represented by Floyd E. Ivey, Peter J. Glantz, Sean A. Moynihan, and Stacy K. Wolery. The Court being fully advised,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion For Extension of Time to File Response to Plaintiff's Amended First Amended Complaint, **Ct. Rec. 514**, is **GRANTED.**

2. The Defendants shall file their response to the Plaintiff's Amended Second Amended Complaint no later than August 23, 2007.

3. The Defendants' Motion to Expedite, **Ct. Rec. 517**, is **GRANTED.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  17th  day of August, 2007.

                              s/ Fred Van Sickle
                              Fred Van Sickle
                         United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME- 1