| | |
|---|---|
| FLOYD E. IVEY<br>Liebler, Ivey, Connor, Berry & St. Hilaire<br>P. O. Box 6125<br>Kennewick, WA 99336-0125<br>509-735-3581<br>Attorneys for Defendant<br>Impulse Marketing Group, Inc.<br>and Third Party Plaintiff | JUDGE FRED VAN SICKLE |

Klein Zelman Rothermel LLP
By:   Sean Moynihan, Esq.; Stacy K. Wolery
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Robert J. Siegel
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.,<br>           Plaintiff,<br>vs.<br>IMPULSE MARKETING GROUP,<br>INC.,<br>           Defendant<br>_____<br>IMPULSE MARKETING GROUP,<br>INC.,<br>      Third-Party Plaintiff,<br>vs.<br>BONNIE GORDON, et al.,<br>      Third-Party Defendants. | No. CV-04-5125-FVS<br><br>NOTICE OF HEARING OF SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED FIRST AMENDED COMPLAINT<br><br><br><br><br><br>Without Oral Argument |

Defendant Impulse Marketing Group, Inc., Notices the Second Motion for

Notice of Hearing of Motion
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

an Extension of time for Defendant to file its response to Plaintiff's Amended First Amended Complaint for hearing September 25, 2007 without Oral Argument at 6:30p.m.

Dated: August 22, 2007

/S/ FLOYD E. IVEY

Floyd E. Ivey, WSBA#6888 for
Defendant Impulse, Sean Moynihan
and Stacy Wolery with authority
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, Washington 99336
Attorneys for Defendant Impulse

    I hereby certify that on August 22, 2007, I electronically filed NOTICE OF HEARING OF DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S AMENDED FIRST AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel, Stacy Wolery and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila Gordon and Emily Abbey.

                                    S/ FLOYD E. IVEY
                                    FLOYD E. IVEY

Notice of Hearing of Motion
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581