| | |
|---|---|
| 1  FLOYD E. IVEY<br>   Liebler, Ivey, Connor, Berry & St. Hilaire<br>2  P. O. Box 6125<br>   Kennewick, WA 99336-0125<br>3  509-735-3581<br>   Attorneys for Defendant<br>4  Impulse Marketing Group, Inc.<br>   and Third Party Plaintiff<br>5<br>   Klein Zelman Rothermel LLP<br>6  By:  Sean Moynihan, Esq.; Stacy K. Wolery<br>   485 Madison Avenue<br>7  New York, New York 10022<br>   Telephone Number (212) 935-6020<br>8  Facsimile Number (212) 753-8101<br>   Attorneys for Defendant<br>9  Impulse Marketing Group, Inc.<br>   and Third Party Plaintiff<br>10<br>   Robert J. Siegel<br>11 1325 Fourth Avenue, Suite 940<br>   Seattle, WA 98101-2509<br>12 Attorney for Plaintiff | JUDGE FRED VAN SICKLE |

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.,<br>       Plaintiff,<br>vs.<br>IMPULSE MARKETING GROUP, INC.,<br>       Defendant<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br>       Third-Party Plaintiff,<br>vs.<br>BONNIE GORDON, et al.,<br>       Third-Party Defendants. | No. CV-04-5125-FVS<br><br>MOTION TO EXPEDITE HEARING OF STIPULATED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED FIRST AMENDED COMPLAINT<br><br>Without Oral Argument |

Defendant moves to Expedite the hearing of the Second Stipulated Motion to grant Defendant an extension of time to September 20, 2007 to respond to

Motion to Expedite
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  Plaintiff's Amended First Amended Complaint.

2  Dated: August 22, 2007

3

4  /S/ FLOYD E. IVEY

5  Floyd E. Ivey, WSBA#6888 for
   Defendant Impulse, Sean Moynihan
6  and Stacy Wolery with authority
   1141 N. Edison, Suite C
7  P.O. Box 6125
   Kennewick, Washington 99336
8  Attorneys for Defendant Impulse

9

10     I hereby certify that on August 22, 2007, I electronically filed
    DEFENDANT'S MOTION TO EXPEDITE HEARING OF SECOND
11  STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
12  PLAINTIFF'S AMENDED FIRST AMENDED COMPLAINT with the Clerk of
    the Court using the CM/ECF System which will send notification of such filing to
13  Robert Siegel, Stacy Wolery and Sean A. Moynihan. I hereby certify that I have
14  served the foregoing to the following non-CM/ECF participants by other means:
    Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila
15  Gordon and Emily Abbey.

16

17                              S/ FLOYD E. IVEY
                                FLOYD E. IVEY
18

19

20

21

22

23

24

25

26

27

28

Motion to Expedite
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581