| | |
|---|---|
| FLOYD E. IVEY<br>Liebler, Ivey, Connor, Berry & St. Hilaire<br>P. O. Box 6125<br>Kennewick, WA 99336-0125<br>509-735-3581<br>Attorneys for Defendant<br>Impulse Marketing Group, Inc.<br>and Third Party Plaintiff | JUDGE FRED VAN SICKLE |

Klein Zelman Rothermel LLP
By:   Sean Moynihan, Esq.; Stacy K. Wolery
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

Robert J. Siegel
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.,<br><br>  Plaintiff,<br>vs.<br><br>IMPULSE MARKETING GROUP, INC.,<br><br>  Defendant<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>  Third-Party Plaintiff,<br>vs.<br><br>BONNIE GORDON, et al.,<br><br>  Third-Party Defendants. | No. CV-04-5125-FVS<br><br>NOTICE OF HEARING OF MOTION TO EXPEDITE HEARING OF SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED FIRST AMENDED COMPLAINT<br><br><br><br><br>Without Oral Argument |

Defendant Notices for hearing Defendant's Motion to Expedite the Stipulated Motion granting an Extension of Time to Defendant to respond to

Notice of hearing for Motion to Expedite
Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  Plaintiff's Amended First Amended Complaint for August 29, 2007 at 6:30 p.m.
2  without oral argument.
3
4  Dated: August 22, 2007
5
6  /S/ FLOYD E. IVEY
7  Floyd E. Ivey, WSBA#6888 for
   Defendant Impulse, Sean Moynihan
8  and Stacy Wolery with authority
   1141 N. Edison, Suite C
9  P.O. Box 6125
   Kennewick, Washington 99336
10 Attorneys for Defendant Impulse
11
12    I hereby certify that on August 22, 2007, I electronically filed NOTICE OF
13 HEARING OF DEFENDANT'S SECOND MOTION TO EXPEDITE HEARING
   OF STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
14 TO PLAINTIFF'S AMENDED FIRST AMENDED COMPLAINT with the Clerk
15 of the Court using the CM/ECF System which will send notification of such filing
   to Robert Siegel, Stacy Wolery and Sean A. Moynihan. I hereby certify that I have
16 served the foregoing to the following non-CM/ECF participants by other means:
17 Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Jamila
   Gordon and Emily Abbey.
18
19              S/ FLOYD E. IVEY
                FLOYD E. IVEY
20
21
22
23
24
25
26
27
28

Notice of hearing for Motion to Expedite
Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581