

i.Justice Law, P.C.
PO Box 25817
Seattle, Washington 98165-1317
Phone/Fax 888-839-3299

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

James S. Gordon, Jr.,

              Plaintiff,

v.

Impulse Marketing Group, Inc.,

              Defendant

Impulse Marketing Group, Inc.,
Third-Party Plaintiff,

 v.

Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon,

             Third-Party Defendants

NO.  CV-04-5125-FVS

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND TO FILE DECLARATIONS UNDER SEAL**

     Pursuant to GR 83.2(d), the undersigned attorneys of record for Plaintiff

herein, for good cause, move the Court for an order permitting their withdrawal as

counsel, and to file declarations under seal.  The facts supporting the good cause are

NO.  CV-04-5125-FVS
NOTICE OF MOTION TO WITHDRAW AS
COUNSEL

Page 1 of 3

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

Dockets.Justia.com

1   submitted in the declarations of counsel submitted herewith, and, subject to the

2   Court's authorization, are filed under seal.

3

4

5        RESPECTFULLY SUBMITTED, this 23rd day of August, 2007.

6   i.Justice Law,  P.C.                          DOUGLAS E. MCKINLEY, JR

7                                                 Attorney at Law

8   /S/ Robert J. Siegel                          /S/ Douglas E. McKinley, Jr.
9   Robert J. Siegel, WSBA #17312                 Douglas E. McKinley, Jr.,
    WSBA#20806
10       Attorney for Plaintiffs                       Attorney for Plaintiffs

11

12            .

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
NO.  CV-05-5079-FVS
MOTION TO WITHDRAW AS COUNSEL          Page 2 of 3

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

**Certificate of Service**

I hereby, certify that on August 23, 2007, I filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to attorneys for Defendants. I also served this pleading on James S. Gordon, Jr. electronically sent to his working email addresses, and by regular US mail, postage prepaid, and to other non-CM/ECF participants via regular US mail, postage prepaid.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
MOTION TO WITHDRAW AS COUNSEL          Page 3 of 3

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299