i.Justice Law, P.C.
PO Box 25817
Seattle, Washington 98165-1317
Phone/Fax 888-839-3299

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>        Plaintiff,<br>v.<br><br>Impulse Marketing Group, Inc.,<br><br>        Defendant<br><br>Impulse Marketing Group, Inc.,<br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon,<br><br>        Third-Party Defendants | NO. CV-04-5125-FVS<br><br>[PROPOSED]<br><br>**ORDER GRANTING LEAVE FOR COUNSEL TO WITHDRAW, AND TO FILE DECLARATIONS UNDER SEAL** |

The Court having considered the motion of plaintiff's counsel Robert J. Siegel, and Douglas E. McKinley to withdraw, and supporting declarations, and having considered all responses thereto, **HEREBY FINDS** that there is good cause to grant leave for counsel to withdraw, **AND HEREBY ORDERS** that such leave is hereby granted,

NO. CV-04-5125 FVS
NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Page 1 of 4

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

**AND FURTHER** that counsel is granted permission to file Declarations under seal.

Dated this _____ day of September, 2007.

_____
THE HON. JUDGE VAN SICKLE

RESPECTFULLY SUBMITTED, this 23rd day of August, 2007.

i.Justice Law, P.C.

/s/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

.

NO. CV-05-5079-FVS
MOTION TO WITHDRAW AS COUNSEL    Page 2 of 4

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

**Certificate of Service**

I hereby, certify that on August 23, 2007, I filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to attorneys for Defendants. I also served this pleading on James S. Gordon, Jr. electronically sent to his working email addresses, and by regular US mail, postage prepaid, and to other non-CM/ECF participants via regular US mail, postage prepaid.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
MOTION TO WITHDRAW AS COUNSEL         Page 3 of 4

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

**Certificate of Service**

I hereby, certify that on August 20, 2007, I filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to: Floyd E. Ivey.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
MOTION TO WITHDRAW AS COUNSEL
Page 4 of 4

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299