i.Justice Law, P.C.
PO Box 25817
Seattle, Washington 98165-1317
Phone/Fax 888-839-3299

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>                Plaintiff,<br>v.<br><br>Impulse Marketing Group, Inc.,<br><br>                Defendant<br><br>Impulse Marketing Group, Inc.,<br>Third-Party Plaintiff,<br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon,<br><br>      Third-Party Defendants | NO. CV-04-5125-FVS<br><br>[proposed]<br><br>**NOTICE OF HEARING ON MOTION FOR LEAVE OF COUNSEL TO WITHDRAW AND TO FILE DECLARATIONS UNDER SEAL** |

PLEASE TAKE NOTICE that counsel's Motion To Withdraw is to be heard on Friday, September 7, 2007 at 2:00p.m., or as soon thereafter as the Court deems appropriate, without oral argument.

NO. CV-05-5079-FVS
NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Page 1 of 3

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

1 | RESPECTFULLY SUBMITTED, this 23rd day of August, 2007.

| i.Justice Law, P.C. | DOUGLAS E. MCKINLEY, JR |
| --- | --- |
| | Attorney at Law |
| /S/ Robert J. Siegel | /S/ Douglas E. McKinley, Jr. |
| Robert J. Siegel, WSBA #17312 | Douglas E. McKinley, Jr., |
| WSBA#20806 | |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

.

NO. CV-05-5079-FVS
MOTION TO WITHDRAW AS COUNSEL     Page 2 of 3

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

**Certificate of Service**

I hereby, certify that on August 23, 2007, I filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to attorneys for Defendants. I also served this pleading on James S. Gordon, Jr. electronically sent to his working email addresses, and by regular US mail, postage prepaid, and to other non-CM/ECF participants via regular US mail, postage prepaid.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
MOTION TO WITHDRAW AS COUNSEL        Page 3 of 3

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299