i.Justice Law, P.C.
PO Box 25817
Seattle, Washington 98165-1317
Phone/Fax 888-839-3299

THE HONORABLE FRED VAN SICKLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., <br><br> Plaintiff, <br> v. <br><br> Impulse Marketing Group, Inc., <br><br> Defendant <br><br> Impulse Marketing Group, Inc., <br> Third-Party Plaintiff, <br><br> v. <br><br> Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon, <br><br> Third-Party Defendants | NO. CV-04-5125-FVS <br><br> [proposed] <br><br> **NOTICE OF HEARING ON MOTION FOR LEAVE OF COUNSEL TO WITHDRAW AND TO FILE DECLARATIONS UNDER SEAL** |

PLEASE TAKE NOTICE that counsel's Motion To Withdraw is to be heard on Friday, September 7, 2007 at 2:00p.m., or as soon thereafter as the Court deems appropriate, without oral argument.

NO. CV-05-5079-FVS
NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Page 1 of 3

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

RESPECTFULLY SUBMITTED, this 23rd day of August, 2007.

| | |
|---|---|
| i.Justice Law, P.C. | DOUGLAS E. MCKINLEY, JR<br>Attorney at Law |
| /S/ Robert J. Siegel<br>Robert J. Siegel, WSBA #17312<br>WSBA#20806<br>    Attorney for Plaintiffs | /S/ Douglas E. McKinley, Jr.<br>Douglas E. McKinley, Jr.,<br><br>Attorney for Plaintiffs |

NO. CV-05-5079-FVS
MOTION TO WITHDRAW AS COUNSEL     Page 2 of 3

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

**Certificate of Service**

I hereby, certify that on August 23, 2007, I filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to attorneys for Defendants. I also served this pleading on James S. Gordon, Jr. electronically sent to his working email addresses, and by regular US mail, postage prepaid, and to other non-CM/ECF participants via regular US mail, postage prepaid.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
MOTION TO WITHDRAW AS COUNSEL       Page 3 of 3

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299