| | |
|---|---|
| i.Justice Law, P.C.<br>PO Box 25817<br>Seattle, Washington 98165-1317<br>Phone/Fax 888-839-3299 | THE HONORABLE FRED VAN SICKLE |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr.,<br><br>    Plaintiff,<br>v.<br><br>Impulse Marketing Group, Inc.,<br><br>    Defendant<br><br>Impulse Marketing Group, Inc.,<br>Third-Party Plaintiff,<br><br>v.<br><br>Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon,<br><br>    Third-Party Defendants | NO.  CV-04-5125-FVS<br><br>**PRAECIPE TO CORRECT**<br><br>**NOTICE OF HEARING ON MOTION FOR LEAVE OF COUNSEL TO WITHDRAW AND TO FILE DECLARATIONS UNDER SEAL**<br><br>NOTE FOR HEARING: SEPT 7, 2007, W/O ORAL ARGUMENT: 6:30 P.M. |

PLEASE TAKE NOTICE that counsel's Motion To Withdraw is to be heard on Friday, September 7, 2007 at 6:30 p.m., or as soon thereafter as the Court deems appropriate, without oral argument.

NO.  CV-05-5079-FVS
NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Page 1 of 3

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

Dockets.Justia.com

RESPECTFULLY SUBMITTED, this 23rd day of August, 2007.

i.Justice Law, P.C.                          DOUGLAS E. MCKINLEY, JR
                                             Attorney at Law

/S/ Robert J. Siegel                         /S/ Douglas E. McKinley, Jr.
Robert J. Siegel, WSBA #17312                Douglas E. McKinley, Jr.,
WSBA#20806
   Attorney for Plaintiffs                      Attorney for Plaintiffs

.

NO. CV-05-5079-FVS
MOTION TO WITHDRAW AS COUNSEL     Page 2 of 3

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

## Certificate of Service

I hereby, certify that on August 27, 2007, I filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to attorneys for Defendants. I also served this pleading on James S. Gordon, Jr. electronically sent to his working email addresses, and by regular US mail, postage prepaid, and to other non-CM/ECF participants via regular US mail, postage prepaid.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorneys for Plaintiffs

NO. CV-05-5079-FVS
MOTION TO WITHDRAW AS COUNSEL     Page 3 of 3

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299