UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>IMPULSE MARKETING, INC., JEFFREY GOLDSTEIN, PHILLIP HUSTON, and KENNETH ADAMSON,<br><br>  Defendants. | No. CV-04-5125-FVS<br><br>ORDER DENYING HUSTON'S MOTION TO DISMISS |

   **THIS MATTER** comes before the Court on Defendant Huston's Motion to Dismiss, Ct. Rec. 451. Mr. Huston seeks dismissal of the Plaintiff's First Amended Complaint. The First Amended Complaint has been superceded by the Plaintiff's Amended Amended Complaint, Ct. Rec. 513. Accordingly,

   **IT IS HEREBY ORDERED** that Defendant Huston's Motion to Dismiss, **Ct. Rec. 451**, is **DENIED AS MOOT.**

   **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

   **DATED** this   18th   day of September, 2007.

                    s/ Fred Van Sickle
                      Fred Van Sickle
              United States District Judge

ORDER DENYING HUSTON'S MOTION TO DISMISS- 1