Hon. Fred Van Sickle

Liebler, Ivey, Connor, Berry & St. Hilaire
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
*Local Counsel for Defendants Impulse Marketing Group, Inc.,*
*Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

Klein Zelman Rothermel LLP
By: Sean A. Moynihan & Stacy K. Wolery
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
*Attorneys for Defendants Impulse Marketing Group, Inc.,*
*Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., | Case No.: CV-04-5125-FVS |
|     Plaintiff, | |
|     v. | **DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED FIRST AMENDED COMPLAINT** |
| Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson, | |
|     Defendants. | |
| | |
| Impulse Marketing Group, Inc., | |
|     Third-Party Plaintiff, | |
|     v. | |
| Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon, | |
|     Third-Party Defendants. | |

Defendants Impulse Marketing Group, Inc. ("Impulse"), Jeffrey Goldstein

("Goldstein"), Phillip Huston ("Huston") and Kenneth Adamson (collectively,

DEFENDANTS' MOTION TO DISMISS THE 2nd AMENDED FIRST
AMENDED COMPLAINT AND TO STRIKE THE MORE
DEFINITE STATEMENT - 1
00086068;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

"Defendants") now move for dismissal of the Second Amended First Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1), (2) and (6) and 41(b). This motion is based upon the Declarations of Stacy K. Wolery, Esq. in Support of Defendants' Motion to Dismiss Plaintiff's Second Amended First Amended Complaint and the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Second Amended First Amended Complaint.

DATED this _20th_ day of September, 2007.


KLEIN ZELMAN ROTHERMEL LLP


By:_____
      Sean A. Moynihan, admitted *pro hac vice*
      Stacy K. Wolery, admitted *pro hac vice*
      Attorneys for Defendants Impulse Marketing
      Group, Inc., Jeffrey Goldstein, Kenneth
      Adamson and Phillip Huston


LIEBLER, CONNOR, IVEY, BERRY
& ST. HILAIRE


By:_____
      Floyd E. Ivey
      Local Counsel for Defendants Impulse
      Marketing Group, Inc., Jeffrey Goldstein,
      Kenneth Adamson and Phillip Huston


DEFENDANTS' MOTION TO DISMISS THE 2nd AMENDED FIRST
AMENDED COMPLAINT AND TO STRIKE THE MORE
DEFINITE STATEMENT - 2
00086068;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

## Certificate of Service

I, hereby, certify that on September 20, 2007, I electronically filed this pleading with this Court. The Clerk of the Court will provide electronic notification using the CM/ECF system, which will send an electronic copy of the Motion to Dismiss the Second Amended First Amended Complaint to: Robert J. Siegel, Floyd E. Ivey and Sean A. Moynihan. I hereby certify that I have served the forgoing to the following non-CM/ECF participants by other means:

Bonnie Gordon
9804 Buckingham Drive
Pasco, WA 99301

Jonathan Gordon
9804 Buckingham Drive
Pasco, WA 99301

James S. Gordon, III
9804 Buckingham Drive
Pasco, WA 99301

Robert Pritchett
1952 Thayer Drive
Richland, WA 99354

Jamila Gordon
9804 Buckingham Drive
Pasco, WA 99301

Emily Abbey
1407 2nd Avenue West, # 608
Seattle, WA 98119

Hon. Harold D. Clarke, Jr.
Special Discovery Master
Algeo Clarke & Erickson
E 102 Baldwin
Spokane, WA 99207

Stacy K. Wolery, Esq.
Attorney for Defendants Impulse
Marketing Group, Inc., Jeffrey Goldstein,
Phillip Huston and Kenneth Adamson

DEFENDANTS' MOTION TO DISMISS THE 2nd AMENDED FIRST
AMENDED COMPLAINT AND TO STRIKE THE MORE
DEFINITE STATEMENT - 3
00086068;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020