Hon. Fred Van Sickle

Liebler, Ivey, Connor, Berry & St. Hilaire
By: Floyd E. Ivey
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
*Local Counsel for Defendants Impulse Marketing Group, Inc.,
Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

Klein Zelman Rothermel LLP
By: Sean A. Moynihan & Stacy K. Wolery
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
*Attorneys for Defendants Impulse Marketing Group, Inc.,
Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., <br> Plaintiff, <br> v. <br> Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston, and Kenneth Adamson, <br> Defendants. <br><br> Impulse Marketing Group, Inc., <br> Third-Party Plaintiff, <br> v. <br> Bonnie F. Gordon, Jamila Gordon, James Gordon, III, and Jonathan Gordon, <br> Third-Party Defendants. | Case No.: CV-04-5125-FVS <br><br> [PROPOSED] ORDER DISMISSING PLAINTIFF'S SECOND AMENDED FIRST AMENDED COMPLAINT |

THIS MATTER comes before the Court on the Motion to Dismiss the Second Amended First Amended Complaint under Fed. R. Civ. 12(b)(1), (2) and (6) and 41(b)

PROPOSED ORDER, DEFENDANTS' MOTION
TO DISMISS THE AMENDED FIRST AMENDED COMPLAINT
AND TO STRIKE THE MORE DEFINITE STATEMENT - 1
00086067;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

Dockets.Justia.com

filed by Defendants. The Court hereby finds as follows:

Defendants' Motion to Dismiss Pursuant to 41(b):

1. Plaintiff failed to comply with this Court's order denying his request to add new plaintiffs to the action.

2. Plaintiff failed to comply with Fed. R. Civ. P. 15 by filing the Second Amended Complaint without leave of Court or consent of the parties.

3. Plaintiff failed to comply with Fed. R. Civ. P. 12(e) by filing his More Definite Statement nearly one (1) month late and as a separate document without reference to the Amended First Amended Complaint.

4. Plaintiff failed to comply with the Court's May 14, 2007 Order requiring him to provide a more definite statement.

5. Plaintiff's counsel failed to comply with the Court's order to pay sanctions to Defendants in the amount of One Thousand Five Hundred ($1,500).

6. Plaintiff failed to comply with the Court's July 9, 2007 Order by filing an amended pleading failing to set forth the particulars as required by the Order.

Defendants' Motion to Dismiss Pursuant to 12(b)(1), (2) and (6):

7. Plaintiff, an individual, lacks standing to assert the matters complained of in his First Cause of Action.

8. Plaintiff, an individual, is neither an "interactive computer service" as defined in RCW § 19.190, *et seq.*, nor an "internet access service" as defined in 15 U.S.C. § 7701, *et seq*, and therefore lacks standing as an interactive computer service or internet access service to assert the matters complained of in his First and Second Causes of Action.

9. After due deliberation his Court has determined that it lacks jurisdiction over the persons of Jeffrey Goldstein, Kenneth Adamson and Phillip Huston.

10. After due deliberation, this Court has determined that the Second

PROPOSED ORDER, DEFENDANTS' MOTION
TO DISMISS THE AMENDED FIRST AMENDED COMPLAINT
AND TO STRIKE THE MORE DEFINITE STATEMENT - 2
00086067;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

Amended First Amended Complaint fails to state a claim on which relief may be granted.

WHEREFORE, it is hereby ORDERED that:

    a.    The motion to dismiss the Second Amended First Amended Complaint is GRANTED.

    b.    The clerk will enter a judgment dismissing this action with prejudice and awarding Defendant his costs.

DATED this ____ day of _____, 2007.

_____
Hon. Fred Van Sickle
United States District Court Judge

PROPOSED ORDER, DEFENDANTS' MOTION
TO DISMISS THE AMENDED FIRST AMENDED COMPLAINT
AND TO STRIKE THE MORE DEFINITE STATEMENT - 3
00086067;1

KLEIN ZELMAN ROTHERMEL LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020