1                                          Hon. Fred Van Sickle

2  Liebler, Ivey, Connor, Berry & St. Hilaire
   By: Floyd E. Ivey
3  1141 N. Edison, Suite C
   P.O. Box 6125
4  Kennewick, WA 99336
   *Local Counsel for Defendants Impulse Marketing Group, Inc.,*
5  *Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

6  Klein Zelman Rothermel LLP
   By: Sean A. Moynihan & Stacy K. Wolery
7  485 Madison Avenue, 15th Floor
   New York, NY 10022
8  (212) 935-6020
   *Attorneys for Defendants Impulse Marketing Group, Inc.,*
9  *Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

10

11              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF WASHINGTON
12                          AT RICHLAND

13 James S. Gordon, Jr.,                ) Case No.: CV-04-5125-FVS
14        Plaintiff,                    ) DECLARATION OF
                                        ) STACY K. WOLERY IN SUPPORT
15        v.                            ) OF DEFENDANTS' MOTION TO
                                        ) DISMISS THE SECOND
16 Impulse Marketing Group, Inc.,       ) AMENDED FIRST AMENDED
   Jeffrey Goldstein, Phillip Huston,   ) COMPLAINT
17 and Kenneth Adamson,                 )
                                        )
18        Defendants.                   )
                                        )
19 ─────────────────────────────────────)
   Impulse Marketing Group, Inc.,       )
20                                      )
          Third-Party Plaintiff,        )
21                                      )
          v.                            )
22                                      )
   Bonnie F. Gordon, Jamila Gordon,     )
23 James Gordon, III, and Jonathan      )
   Gordon,                              )
24        Third-Party Defendants.       )
                                        )
25 ─────────────────────────────────────)

26

27 WOLERY DECLARATION IN SUPPORT OF          KLEIN ZELMAN ROTHERMEL, LLP
   DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' 485 MADISON AVENUE, 15TH FLOOR
   2ND AMENDED FIRST AMENDED COMPLAINT - 1   NEW YORK, NEW YORK 10022
28 00086063;1                                (212) 935-6020

STACY K. WOLERY, an attorney and counselor at law duly licensed in the State of New York and admitted *pro hac vice* in this action, now declares:

1. I am an associate with the law firm of Klein Zelman Rothermel, LLP, counsel for defendants Impulse Marketing Group, Inc. ("Impulse"), Jeffrey Goldstein ("Goldstein"), Philip Huston ("Huston") and Kenneth Adamson ("Adamson") (collectively, "Defendants") in the above-captioned action. I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended First Amended Complaint. Except as to matters alleged herein below as being upon information and belief, I am fully and personally familiar with the facts and circumstances set forth herein.

2. Nearly three (3) years and five hundred thirty (530) docket entries ago, Plaintiff commenced this action by the filing of a summons and complaint on November 23, 2004 against Impulse (the "Original Complaint").

3. On or about June 13, 2006, Plaintiff filed his First Amended Complaint (the "FAC"), naming three (3) new defendants and adding new causes of action. Despite the Courts' specific order denying Plaintiff's request to add new plaintiffs, Plaintiff surreptitiously added the d/b/a "Gordonworks.com" as a plaintiff in the action.

4. The Original Complaint and the FAC were, *inter alia*, rife with vague, ambiguous and often conclusory allegations that Impulse (and later, Defendants) had violated "at least one" prohibition of RCW § 19.190, *et seq.* (collectively, "CEMA").

5. Impulse, Goldstein and Adamson moved to dismiss the FAC on or about August 31, 2006. Huston was not served with the FAC until November 2, 2006, and his motion to dismiss the FAC was filed on or about January 2, 2007.

WOLERY DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
2ND AMENDED FIRST AMENDED COMPLAINT - 2
00086063;1

KLEIN ZELMAN ROTHERMEL, LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

6.	On or about September 11, 2006, in response to Defendants' motion to dismiss, Plaintiff unilaterally filed an unauthorized Second Amended Complaint (the "SAC") in direct contravention of Fed. R. Civ. P. 15.

7.	On or about September 13, 2006, Defendants filed an objection to the unauthorized pleading and rejected the SAC.

8.	On or about October 10, 2006, Plaintiff moved to amend his complaint.

9.	On or about November 8, 2006, Defendants filed a motion for sanctions against Plaintiff based upon his repeated violations of the Fed. R. Civ. P. and orders of the Court.

10.	On or about May 14, 2007, the Court granted in part and denied in part Defendants' motion to dismiss, requiring Plaintiff to file a more definite statement.

11.	On or about May 25, 2007, the Court granted in part and denied in part Defendants' motion for sanctions and sanctioned Plaintiff's counsel, Robert Siegel, in the amount of One Thousand Five Hundred Dollars ($1,500.00). The Court reiterated its award of sanctions in its June 15, 2007 order.

12.	To date, Mr. Siegel has failed to pay to Defendants' counsel the sanctions as ordered.

13.	In response to the Court's May 14, 2007 order, Plaintiff filed his Amended First Amended Complaint (the "AFAC") and More Definite Statement on or about June 22, 2007, nearly one (1) month past the time prescribed by Fed. R. Civ. P. 12(e).

14.	On or about June 26, 2007, Defendants filed an objection to the offending pleadings and returned same to Plaintiff as rejected.

15.	During the June 28, 2007 telephonic hearing, and in the Court's subsequent July 9, 2007 order, the Court provided Plaintiff with one final opportunity

WOLERY DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
2ND AMENDED FIRST AMENDED COMPLAINT - 3
00086063;1

KLEIN ZELMAN ROTHERMEL, LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

1   to remedy his vague complaint, and ordered Plaintiff to file an amended pleading
2   fulfilling the requirements outlined in the July 9 Order no later than July 29, 2007.

3       16.   On or about July 30, 2007, Plaintiff filed the Second Amended First
4   Amended Complaint (the "2nd AFAC"). Plaintiff's 2nd AFACT fails to comply with
5   each of the requirements set forth in the Court's July 9 Order.

6       17.   On or about August 23, 2007, Plaintiff's counsel filed a motion for leave
7   to withdraw as counsel. The declarations in support of, and the memorandum and
8   declaration in opposition to, such motion were filed under seal.

9       18.   James S. Gordon, Jr. is a professional plaintiff, with no less than eleven
10  (11) similar cases pending in United States District Courts in the State of Washington.
11  Plaintiffs are testing their luck at making their "spam business" extraordinarily lucrative
12  by seeking statutory damages through a strategy of spam collection and serial litigation.
13  DATED this 20th day of September, 2007.

_____
Stacy K. Wolery

WOLERY DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
2ND AMENDED FIRST AMENDED COMPLAINT - 4
00086063;1

KLEIN ZELMAN ROTHERMEL, LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020

# CERTIFICATE OF SERVICE

I, hereby, certify that on September 20, 2007, I electronically filed this pleading with this Court. The Clerk of the Court will provide electronic notification using the CM/ECF system, which will send an electronic copy of the Wolery Declaration in Support of the Motion to Dismiss the Second Amended First Amended Complaint: Robert J. Siegel, Floyd E. Ivey and Sean A. Moynihan. I hereby certify that I have served the forgoing to the following non-CM/ECF participants by other means:

Bonnie Gordon
9804 Buckingham Drive
Pasco, WA 99301

Jonathan Gordon
9804 Buckingham Drive
Pasco, WA 99301

James S. Gordon, III
9804 Buckingham Drive
Pasco, WA 99301

Robert Pritchett
1952 Thayer Drive
Richland, WA 99354

Jamila Gordon
9804 Buckingham Drive
Pasco, WA 99301

Emily Abbey
1407 2nd Avenue West, # 608
Seattle, WA 98119

Hon. Harold D. Clarke, Jr.
Special Discovery Master
Algeo Clarke & Erickson
E 102 Baldwin
Spokane, WA 99207

_____
Stacy K. Wolery, Esq.
Attorney for Defendants Impulse
Marketing Group, Inc., Jeffrey Goldstein,
Phillip Huston and Kenneth Adamson

WOLERY DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
2ND AMENDED FIRST AMENDED COMPLAINT - 5
00086063;1

KLEIN ZELMAN ROTHERMEL, LLP
485 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10022
(212) 935-6020