UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.,<br><br>        Plaintiff,<br><br>        v.<br><br>IMPULSE MARKETING GROUP, INC. ET AL.,<br><br>        Defendants. | No. CV-04-5125-FVS<br><br>ORDER GRANTING MOTION TO WITHDRAW |

**THIS MATTER** comes before the Court on the Defendants' Motion to Withdraw Pro Hac Vice Peter J. Glantz, Ct. Rec. 486.  The Court being fully advised,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Withdraw Pro Hac Vice Peter J. Glantz, **Ct. Rec. 486**, is **GRANTED.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  25th  day of September, 2007.

                                  S/ Fred Van Sickle
                                    Fred Van Sickle
                         United States District Judge

ORDER GRANTING MOTION TO WITHDRAW- 1