Hon. Fred Van Sickle

FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
*Local Counsel for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

Klein Zelman Rothermel LLP
By:   Sean Moynihan, Esq.
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
*Attorneys for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

ROBERT SIEGEL
Attorney At Law
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., <br><br> Plaintiff, <br><br> vs. <br><br> IMPULSE MARKETING GROUP, INC., <br><br> Defendant <br>_____ <br><br> IMPULSE MARKETING GROUP, INC., <br><br> Third-Party Plaintiff, <br> vs. <br><br> BONNIE GORDON, et al., <br><br> Third-Party Defendants. | No. CV-04-5125-FVS <br><br> DEFENDANTS' MOTION RE: WITHDRAWAL OF STACY K. WOLERY, ESQ. AS PRO HAC VICE COUNSEL FOR DEFENDANTS <br><br> WITHOUT ORAL ARGUMENT |

Defendants' Move to Withdraw Stacy K. Wolery as pro hac vice counsel for Defendants. This Motion is supported by the Declaration of Stacy K. Wolery.

Motion Withdrawal of Stacy K. Wolery - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  Dated: September 25, 2007

**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**

**s/ FLOYD E. IVEY**
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendant Impulse**

I hereby certify that on September 25, 2007, I electronically filed **Motion to Withdraw Stacy K. Wolery as Pro Hac Vice for Defendants** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Motion Withdrawal of Stacy K. Wolery - Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581