Hon. Fred Van Sickle

FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
*Local Counsel for Defendants Impulse Marketing Group, Inc.,
Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

Klein Zelman Rothermel LLP
By:   Sean Moynihan, Esq.
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
*Attorneys for Defendants Impulse Marketing Group, Inc.,
Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

ROBERT SIEGEL
Attorney At Law
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., <br><br>Plaintiff,<br><br>vs.<br><br>IMPULSE MARKETING GROUP, INC.,<br><br>Defendant<br>_____<br>IMPULSE MARKETING GROUP, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BONNIE GORDON, et al.,<br><br>Third-Party Defendants. | No. CV-04-5125-FVS<br><br>DECLARATION OF STACY K. WOLERY RE: WITHDRAWAL OF STACY K. WOLERY, ESQ. AS PRO HAC VICE COUNSEL FOR DEFENDANTS<br><br>WITHOUT ORAL ARGUMENT |

<u>ATTORNEY STACY K. WOLERY'S DECLARATION RE: WITHDRAWAL OF
STACY K. WOLERY AS PRO HAC VICE FOR DEFENDANTS</u>

Declaration Wolery re: Withdrawal of Stacy K. Wolery - Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

I am Counsel for Impulse Marketing Group, Inc. et al (hereafter Defendants) in the above entitled matter. I have appeared in Association with the Firm of Klein Zelman Rothermel, LLP. I will terminate my association with the firm of Klein Zelman Rothermel, LLP on September 25, 2007 and will no longer be in a representative capacity for Defendants. The Defendants and I request that I be withdrawn as Pro Hac Vice from this case.

I certify and declare, under penalty of perjury under the laws of the State of New York, that the foregoing is true and correct.

_____     9/25/07
STACY K. WOLERY                            Date
Signed at ___New York___, New York
                DATED this 25th day of September, 2007.


**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**


s/ FLOYD E. IVEY
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendant Impulse**

I hereby certify that on September 25, 2007, I electronically filed **Declaration of Stacy K. Wolery regarding Withdrawal of Stacy K. Wolery as Pro Hac Vice for Defendants** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY

Declaration Wolery re: Withdrawal of Stacy K. Wolery - Page 2 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

FLOYD E. IVEY

Declaration Wolery re: Withdrawal of Stacy K. Wolery - Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581