|   |   |
|---|---|
| 1 | Hon. Fred Van Sickle |
| 2 | FLOYD E. IVEY |
|   | Liebler, Ivey, Connor, Berry & St. Hilaire |
| 3 | P. O. Box 6125 |
|   | Kennewick, WA 99336-0125 |
| 4 | 509-735-3581 |
|   | Attorneys for Defendant |
| 5 | Impulse Marketing Group, Inc. |
|   | and Third Party Plaintiff |

Klein, Zelman, Rothermel, & Dichter, L.L.P.
By:   Sean Moynihan, Esq.; Peter Glantz
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
Attorneys for Defendant
Impulse Marketing Group, Inc.
and Third Party Plaintiff

ROBERT SIEGEL
Attorney At Law
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| JAMES S. GORDON, JR., | ) No. CV-04-5125-FVS |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF HEARING OF |
|   | ) DEFENDANT'S MOTION FOR |
| IMPULSE MARKETING GROUP, INC., | ) WITHDRAWAL OF STACY K. |
|   | ) WOLERY AS PRO HAC VICE |
|   | ) COUNSEL FOR DEFENDANTS |
| Defendant | ) |
| _____ | ) WITHOUT ORAL ARGUMENT |
| IMPULSE MARKETING GROUP, INC., | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| BONNIE GORDON, et al., | ) |
| Third-Party Defendants. | ) |

Defendants Notice Defendant's Motion for the Withdrawal of Counsel Stacy

Notice of Hearing - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  K. Wolery as Pro Hac Vice for Defendants for hearing, without oral argument, on
2  October 5, 2007 at 6:30 p.m.
3      Dated: September 25, 2007
4          LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
5          By _s/ FLOYD E. IVEY_____
6          FLOYD E. IVEY, WSBA#6888
7          Attorneys for Defendant
8
9      I hereby certify that on September 25, 2007, I electronically filed **Notice of**
10 **Hearing for Withdrawal of Stacy K. Wolery as Pro Hac Vice for Defendants**
11 with the Clerk of the Court using the CM/ECF System which will send notification
12 of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have
13 served the foregoing to the following non-CM/ECF participants by other means:
14 Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily
15 Abbey and Jamila Gordon.
16
17
18          S/ FLOYD E. IVEY
19          FLOYD E. IVEY
20
21
22
23
24
25
26
27
28

Notice of Hearing - Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581