Hon. Fred Van Sickle

FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
*Local Counsel for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

Klein Zelman Rothermel LLP
By:   Sean Moynihan, Esq.
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
*Attorneys for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

ROBERT SIEGEL
Attorney At Law
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, | |
| vs. | DECLARATION OF FLOYD E. IVEY RE: EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S RESPONSE RE: DEFENDANTS' MOTION TO DISMISS |
| IMPULSE MARKETING GROUP, INC., | |
| Defendant | |
| IMPULSE MARKETING GROUP, INC., | WITHOUT ORAL ARGUMENT |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |

ATTORNEY FLOYD E. IVEY'S DECLARATION RE: EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY RE: DEFENDANTS' MOTION TO

Declaration Ivey re: Extension to File Reply - Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  DISMISS

2  I am local Counsel for Impulse Marketing Group, Inc. et al (hereafter
3  Defendants) in the above entitled matter. On September 25, 2007 I filed Defendants'
4  Motion for withdrawal of counsel Stacy K. Wolery from representation in this matter.
5  Ms. Wolery is no longer with the firm of Klein Zelman Rothermel LLP.

6  Ms. Wolery was significantly involved in preparing Defendants' Motion to
7  Dismiss. Plaintiff has Responded. Defendants' Reply is due Friday, September 28,
8  2007. With scheduling conflicts and with the need for file review, it will be a burden
9  for Defendant counsel to provide Defendants' Reply by September 28, 2007. The
10 Defendants request an extension of time within which to provide the Defendants'
11 Reply to Plaintiff's Response to October 12, 2007. The hearing of this Motion to
12 Dismiss is set for October 22, 2007.

13 I have attempted but have been unsuccessful in reaching Plaintiff counsel Mr.
14 Siegel regarding his agreement to this requested extension.

15 I certify and declare, under penalty of perjury under the laws of the State of
16 Washington, that the foregoing is true and correct.

17 _____    September 27, 2007
18 Floyd E. Ivey                                  Date
19 Signed at _Kennewick_, Washington
20                                               DATED this 27th day of September, 2007.

23                                               LIEBLER, IVEY, CONNOR, BERRY & ST.
                                                 HILAIRE

26                                               s/ FLOYD E. IVEY
27                                               Floyd E. Ivey, WSBA #6888
                                                 Attorneys for the Defendant Impulse

      I hereby certify that on September 27, 2007, I electronically filed **Declaration of Floyd E. Ivey regarding Defendants' Motion for an Extension of Time to File Reply** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Declaration Ivey re: Extension to File Reply - Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581