Hon. Fred Van Sickle

FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
*Local Counsel for Defendants Impulse Marketing Group, Inc.,
Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

Klein Zelman Rothermel LLP
By:   Sean Moynihan, Esq.
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
*Attorneys for Defendants Impulse Marketing Group, Inc.,
Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

ROBERT SIEGEL
Attorney At Law
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, | |
| vs. | DEFENDANTS' NOTICE OF HEARING OF DEFENDANTS' MOTION RE: EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY RE: DEFENDANTS' MOTION TO DISMISS |
| IMPULSE MARKETING GROUP, INC., | |
| Defendant | |
| IMPULSE MARKETING GROUP, INC., | WITHOUT ORAL ARGUMENT |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |

Defendants' now Notice for hearing Defendants' Motion for an Extension of time to file Defendants' Reply Memorandum regarding Defendants' Motion to

Notice of hearing of Motion For Extension to File Reply - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  Dismiss for Friday, October 26, 2007 at 6:30 p.m. without oral argument.

2  Dated: September 27, 2007

**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**

**s/ FLOYD E. IVEY**
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendant Impulse**

I hereby certify that on September 27, 2007, I electronically filed **Defendants' Notice of hearing of Defendants' Motion For Extension to File Reply** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Notice of hearing of Motion For Extension to File Reply - Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581