1                                                                            Hon. Fred Van Sickle

FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
*Local Counsel for Defendants Impulse Marketing Group, Inc.,*
*Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

Klein Zelman Rothermel LLP
By:   Sean Moynihan, Esq.
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
*Attorneys for Defendants Impulse Marketing Group, Inc.,*
*Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

ROBERT SIEGEL
Attorney At Law
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., <br><br>         Plaintiff, <br><br> vs. <br><br> IMPULSE MARKETING GROUP, INC., <br><br>         Defendant <br> _____ <br><br> IMPULSE MARKETING GROUP, INC., <br><br>         Third-Party Plaintiff, <br><br> vs. <br><br> BONNIE GORDON, et al., <br><br>         Third-Party Defendants. | No. CV-04-5125-FVS <br><br> DEFENDANTS' MOTION TO EXPEDITE HEARING OF DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY RE: DEFENDANTS' MOTION TO DISMISS <br><br> WITHOUT ORAL ARGUMENT |

       Defendants' Move to Expedite the Hearing of Defendants' Motion for an Extension of time to file Defendants' Reply Memorandum regarding Defendants'

Motion To Expedite Hearing of Motion For Extension to File Reply  - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

Motion to Dismiss. This Motion is filed in accordance with Local Rule 7.1(h)(6), is supported by the Declaration of Floyd E. Ivey and Defendants' Memorandum of authorities.

Dated: September 27, 2007

**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**

**s/ FLOYD E. IVEY**
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendant Impulse**

I hereby certify that on September 27, 2007, I electronically filed **Motion To Expedite Hearing of Defendants' Motion For Extension to File Reply** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Motion To Expedite Hearing of Motion For Extension to File Reply - Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581