|   |   |
|---|---|
| 1 | Hon. Fred Van Sickle |
| 2 | FLOYD E. IVEY |
|   | Liebler, Ivey, Connor, Berry & St. Hilaire |
| 3 | P. O. Box 6125 |
|   | Kennewick, WA 99336-0125 |
| 4 | 509-735-3581 |
|   | *Local Counsel for Defendants Impulse Marketing Group, Inc.,* |
| 5 | *Jeffrey Goldstein, Phillip Huston and Kenneth Adamson* |
| 6 | Klein Zelman Rothermel LLP |
|   | By:  Sean Moynihan, Esq. |
| 7 | 485 Madison Avenue |
|   | New York, New York 10022 |
| 8 | Telephone Number (212) 935-6020 |
|   | Facsimile Number (212) 753-8101 |
| 9 | *Attorneys for Defendants Impulse Marketing Group, Inc.,* |
|   | *Jeffrey Goldstein, Phillip Huston and Kenneth Adamson* |
| 10 |   |
|   | ROBERT SIEGEL |
| 11 | Attorney At Law |
|   | Attorney for Plaintiff |

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., | No. CV-04-5125-FVS |
| Plaintiff, | |
| vs. | DECLARATION OF FLOYD E. IVEY RE: EXPEDITING HEARING OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY RE: DEFENDANTS' MOTION TO DISMISS |
| IMPULSE MARKETING GROUP, INC., | |
| Defendant | |
| IMPULSE MARKETING GROUP, INC., | WITHOUT ORAL ARGUMENT |
| Third-Party Plaintiff, | |
| vs. | |
| BONNIE GORDON, et al., | |
| Third-Party Defendants. | |

ATTORNEY FLOYD E. IVEY'S DECLARATION RE: EXPEDITING

HEARING OF DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR

Declaration Ivey re: Expediting Hearing of Motion for Extension to File Reply - Page 1 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

Dockets.Justia.com

1  DEFENDANTS TO FILE REPLY RE: DEFENDANTS' MOTION TO DISMISS

2  I am local Counsel for Impulse Marketing Group, Inc. et al (hereafter
3  Defendants) in the above entitled matter. On September 25, 2007 I filed Defendants'
4  Motion for withdrawal of counsel Stacy K. Wolery from representation in this matter.
5  Ms. Wolery is no longer with the firm of Klein Zelman Rothermel LLP.

6  Ms. Wolery was significantly involved in preparing Defendants' Motion to
7  Dismiss. Plaintiff has Responded. Defendants' Reply is due Friday, September 28,
8  2007. With scheduling conflicts and with the need for file review, it will be a burden
9  for Defendant counsel to provide Defendants' Reply by September 28, 2007. The
10 Defendants request an extension of time within which to provide the Defendants'
11 Reply to Plaintiff's Response to October 12, 2007. The hearing of this Motion to
12 Dismiss is set for October 22, 2007.

13 I have attempted to reach Plaintiff's Counsel, Mr. Siegel, to request counsel's
14 agreement to the requested extension of time to Reply but have not been able to reach
15 him. Mr. Siegel has always been accommodating but is presently not able to be
16 contacted.

17 Defendants' Motion for Extension is set in accordance with LR 7.1 for October
18 26, 2007. Defendants' Move to have the Motion expedited to Friday, September 28,
19 2007.

20 I certify and declare, under penalty of perjury under the laws of the State of
21 Washington, that the foregoing is true and correct.

22
23 _____        September 27, 2007
24 Floyd E. Ivey                         Date
25 Signed at _Kennewick___, Washington
       DATED this 27th day of September, 2007.
26
27
28                    LIEBLER, IVEY, CONNOR, BERRY & ST.

Declaration Ivey re: Expediting Hearing of Motion for Extension to
File Reply - Page 2 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

HILAIRE

**s/ FLOYD E. IVEY**
Floyd E. Ivey, WSBA #6888
**Attorneys for the Defendant Impulse**

I hereby certify that on September 27, 2007, I electronically filed **Declaration of Floyd E. Ivey regarding Defendants' Motion To Expedite Hearing of Defendants' Motion for an Extension of Time to File Reply** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Declaration Ivey re: Expediting Hearing of Motion for Extension to File Reply - Page 3 of 3

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581