Hon. Fred Van Sickle

FLOYD E. IVEY
Liebler, Ivey, Connor, Berry & St. Hilaire
P. O. Box 6125
Kennewick, WA 99336-0125
509-735-3581
*Local Counsel for Defendants Impulse Marketing Group, Inc.,*
*Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

Klein Zelman Rothermel LLP
By:   Sean Moynihan, Esq.
485 Madison Avenue
New York, New York 10022
Telephone Number (212) 935-6020
Facsimile Number (212) 753-8101
*Attorneys for Defendants Impulse Marketing Group, Inc.,*
*Jeffrey Goldstein, Phillip Huston and Kenneth Adamson*

ROBERT SIEGEL
Attorney At Law
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.,<br><br>    Plaintiff,<br>vs.<br><br>IMPULSE MARKETING GROUP, INC.,<br><br>    Defendant<br>_____<br><br>IMPULSE MARKETING GROUP, INC.,<br><br>    Third-Party Plaintiff,<br>vs.<br><br>BONNIE GORDON, et al.,<br><br>    Third-Party Defendants. | No. CV-04-5125-FVS<br><br>DEFENDANTS' NOTICE OF HEARING OF DEFENDANTS' MOTION TO EXPEDITE THE HEARING OF DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY RE: DEFENDANTS' MOTION TO DISMISS<br><br>WITHOUT ORAL ARGUMENT |

Defendants' now Notice for hearing Defendants' Motion for an Extension of time to file Defendants' Reply Memorandum regarding Defendants' Motion to

Notice of hearing of Motion to Expedite Hearing of Motion For Extension to File Reply  - Page 1 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

1  Dismiss for Friday, September 28, 2007 at 6:30 p.m. without oral argument.

2  Dated: September 27, 2007

**LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE**

**s/ FLOYD E. IVEY**
**Floyd E. Ivey, WSBA #6888**
**Attorneys for the Defendant Impulse**

I hereby certify that on September 27, 2007, I electronically filed **Defendants' Notice of hearing of Defendants' Motion To Expedite Hearing for Defendants' Motion For Extension to File Reply** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Siegel and Sean A. Moynihan. I hereby certify that I have served the foregoing to the following non-CM/ECF participants by other means: Bonnie Gordon, Jonathan Gordon, James S. Gordon, III, Robert Pritchett, Emily Abbey and Jamila Gordon.

S/ FLOYD E. IVEY
FLOYD E. IVEY

Notice of hearing of Motion to Expedite Hearing of Motion For Extension to File Reply - Page 2 of 2

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581