```
                                                    FILED IN THE
                                                 U.S. DISTRICT COURT
                                             EASTERN DISTRICT OF WASHINGTON

                                                    OCT 19 2007

                                                JAMES R. LARSEN, CLERK
                                                              DEPUTY
                                                 RICHLAND, WASHINGTON
```

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| James S. Gordon, Jr., Plaintiff, <br><br> vs. <br><br> Impulse Marketing Group, Inc., <br><br> Defendant <br><br><br> Impulse Marketing Group, Inc., Third-Party Plaintiff, <br><br> v. <br><br> Bonnie F. Gordon, Jamila Gordon, James Gordon III, and Jonathan Gordon, Third-Party Defendants | Case No.: CV-04-5125-FVS <br><br> RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED FIRST AMENDED COMPLAINT |

TO: Clerk of the Court

AND TO: Floyd E. Ivey, Attorney for Defendant

Response to Motion to Dismiss- 1

The information that Impulse's counsel appears to be seeking is:

A. Plaintiff has received approximately 3,200 emails form Defendant.

B. The time period encompasses August 2003 through at least April of 2007.

C. The only domain is "gordonworks.com". The email addresses were james@; faye@; jamila@; jay@; jonathan@; emily@; business@; cash@; jobs@; links@; lynkstation@; msm@; marketer@; prize@; sd@; telecom@. Plaintiff will review the eighteen thousand or more emails in the Omni v. Impulse lawsuit to see if there are other email names.

D. The emails have (or had) the Impulse Marketing Group contact information in the email, and/or it contained a domain owned or controlled by Defendant, and/or it featured a product that Defendant had the exclusive right to market.

E. The cds provide additional details not required by the referenced Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 19th day of October, 2007

James S. Gordon, Jr., Pro Se
9804 Buckingham Drive
Pasco, WA 99301
509-210-1069

Response to Motion to Dismiss- 2

## Certificate of Service

I, hereby, certify that on October 19, 2007, I filed this Response with this Court. I have mailed a copy to counsel of record for defendant. And I have served third party defendants by alternate means

_____

Response to Motion to Dismiss- 3