1                  UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF WASHINGTON

3

4   JAMES S. GORDON, JR.,

5                Plaintiff,

6                                        No. CV-04-5125-FVS
        v.

7                                        ORDER GRANTING MOTION TO
                                         WITHDRAW
8   IMPULSE MARKETING GROUP, INC.,
    JEFFREY GOLDSTEIN, PHILLIP
9   HUSTON, and KENNETH ADAMSON,

10               Defendants.

11

12      **THIS MATTER** comes before the Court on the Motion For Leave to

13   Withdraw, Ct. Rec. 525, filed by the Plaintiff's attorneys, Robert J.

14   Siegel and Douglas E. McKinley.   The Plaintiff objects to the proposed

15   withdrawal.

16      Under Washington's Rules of Professional Conduct, an attorney may

17   withdraw so long as the withdrawal will not have "material adverse

18   effects on the interests of the client."   RPC 1.5(b).   An attorney may

19   also withdraw if "the client insists upon pursuing an objective that

20   the lawyer considers repugnant or imprudent," the representation would

21   impose an unreasonable financial burden on the attorney, or for good

22   cause.   *Id.*

23      The documentation provided by Mr. Gordon and his attorneys

24   illustrates that the attorney client relationship has deteriorated to

25   such an extent that vigorous legal representation is no longer

26   possible.   Requiring Mr. Siegel and Mr. McKinley to continue

ORDER GRANTING MOTION TO WITHDRAW- 1

representing Mr. Gordon under these circumstances would deprive Mr. Gordon of the opportunity to obtain competent counsel. In view of the unscheduled status of this case, Mr. Gordon's interests will not be materially affected by the withdrawal of his counsel. The Court being fully advised,

**IT IS HEREBY ORDERED:**

1. The Motion For Leave to Withdraw, **Ct. Rec. 525**, is **GRANTED.** Mr. Siegel and Mr. McKinley may withdraw from their representation of the Plaintiff **in this case.**

2. Ms. Wolery's Motion to Withdraw As Pro Hac Vice Counsel For Defendants, **Ct. Rec. 538**, is **GRANTED.**

3. The parties' Stipulated Motion For Extension of Time to File Response to Plaintiff's Amended First Amended Complaint, **Ct. Rec. 520,** is **GRANTED.**

4. The parties' Motion to Expedite, **Ct. Rec. 523**, is **DENIED.**

5. The Defendants' Motion For Extension of Time to File Defendants' Reply For Defendants' Motion to Dismiss, **Ct. Rec. 541**, is **GRANTED.**

6. The Defendants' Motion to Expedite, **Ct. Rec. 545**, is **DENIED.**

7. This action is **STAYED** for 60 days to allow the Plaintiff to obtain new counsel.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this __29th__ day of October, 2007.

        s/ Fred Van Sickle
              Fred Van Sickle
        United States District Judge

ORDER GRANTING MOTION TO WITHDRAW- 2