AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAMES S. GORDON, JR.,

        Plaintiff,

v.

IMPULSE MARKETING, INC., JEFFREY GOLDSTEIN, PHILLIP HUSTON, and KENNETH ADAMSON,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-04-5125-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants are entitled to reasonable attorneys' fees in the amount of $317,648.70 and costs in the amount of $9,312.95.

Judgment is entered in favor of Defendants and against Plaintiff for the amounts described above.

| | |
|---|---|
| September 25, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |